## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| MISSOURI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Cause No. 14-2077 |
| FERGUSON-FLORISSANT SCHOOL DISTRICT, et al., | ) ) ) | |
| Defendants. | ) | |

## ANSWER OF DEFENDANT FERGUSON-FLORISSANT SCHOOL DISTRICT

COMES NOW Defendant Ferguson-Florissant School District (hereinafter "FFSD"), and for its Answer to Plaintiff's Complaint, states as follows:

1.      Defendant FFSD denies the allegations in Paragraph 1.  For further answer and as an affirmative defense, Defendant FFSD states the voting process for school board elections are statutory and that it has no authority to change the voting process.  See §§162.261, 162.291, 162.341, 162.459, 115.121.3 RSMo. (2004).

2.      Defendant FFSD admits the District extends through numerous municipalities.  Defendant FFSD denies all other allegation in Paragraph 2.  For further answer and as an affirmative defense, Defendant FFSD states the voting process for school board elections are statutory and that it has no authority to change the voting process.  See §§162.261, 162.291, 162.341, 162.459, 115.121.3 RSMo. (2004).

3.     Defendant FFSD has insufficient knowledge or belief to admit or deny the statements regarding the NAACP or the individual plaintiffs contained in Paragraph 3, so therefore deny the same.  Defendant denies all other allegations in Paragraph 3.  For further answer and as an affirmative defense, Defendant FFSD states the voting process for school board elections are statutory and that it has no authority to change the voting process.  See §§162.261, 162.291, 162.341, 162.459, 115.121.3 RSMo. (2004).

4.     Defendant FFSD denies the allegations in Paragraph 4.  For further answer and as an affirmative defense, Defendant FFSD states the voting process for school board elections are statutory and that it has no authority to change the voting process.  See §§162.261, 162.291, 162.341, 162.459, 115.121.3 RSMo. (2004).

5.     Defendant FFSD has insufficient knowledge or belief to admit or deny the statements/allegation in Paragraph 5, so therefore denies the same.

6.     Defendant FFSD admits the allegation in Paragraph 6.

7.     Defendant FFSD has insufficient information to admit or deny the allegations in Paragraph 7, so therefore denies the same.

8.     Defendant FFSD denies the allegations in Paragraph 8.

9.     Defendant FFSD denies the allegations in Paragraph 9.

10.    Defendant FFSD denies the allegations in Paragraph 10.

11.    Defendant FFSD denies the allegations in Paragraph 11.

12.    Defendant FFSD denies the allegations in Paragraph 12.

13.    Defendant FFSD denies the allegations in Paragraph 13.

14.    Defendant FFSD admits the allegations in Paragraph 14.

15.    Defendant FFSD admits the allegations in Paragraph 15.

16.    Defendant FFSD admits the allegations in Paragraph 16.

17.    Defendant FFSD denies the allegations in Paragraph 17.

18.    Defendant FFSD admits the allegations in Paragraph 18.

19.    Defendant FFSD admits the allegations in Paragraph 19 regarding the Voting

Right Act, but denies the FFSD's method of elections violates the Voting Rights Act,

Section 2.  For further answer and as an affirmative defense, Defendant FFSD states

the voting process for school board elections are statutory and that it has no authority

to change the voting process.  See §§162.261, 162.291, 162.341, 162.459, 115.121.3

RSMo. (2004).

20.    Defendant FFSD denies the allegations in Paragraph 20.  For further answer and

as an affirmative defense, Defendant FFSD states the voting process for school board

elections are statutory and that it has no authority to change the voting process.  See

§§162.261, 162.291, 162.341, 162.459, 115.121.3 RSMo. (2004).

21.    Paragraph 21 is a statement of law, and as such, Defendant FFSD need not

admit or deny same.

22.    Defendant FFSD denies the allegations in Paragraph 22.

23.    Defendant FFSD denies the allegations in Paragraph 23.

24.    Defendant FFSD denies the allegations in Paragraph 24.

25.    Defendant FFSD admits a single African-American candidate was elected to one

of three available seats in the April 2014 election.  Defendant FFSD denies all other

allegations in Paragraph 25, and specifically denies the former superintendent was "removed" as superintendent. The former superintendent resigned as superintendent rather than have the reasons for his suspension made public. For further answer and as an affirmative defense, the same FFSD school board also hired the first African-American superintendent.

26.     Paragraph 26 is a statement of law, and as such, Defendant FFSD need not admit or deny same.

27.     Defendant FFSD denies the allegations in Paragraph 27.

28.     Defendant FFSD denies the allegations in Paragraph 28.

29.     Defendant FFSD denies the allegations in Paragraph 29.

30.     Defendant FFSD denies the allegations in Paragraph 30. For further answer and as an affirmative defense, Defendant FFSD states the voting process for school board elections are statutory and that it has no authority to change the voting process. See §§162.261, 162.291, 162.341, 162.459, 115.121.3 RSMo. (2004).

31.     Defendant FFSD denies the allegations in Paragraph 31.

32.     Defendant FFSD denies the allegations in Paragraph 32.

33.     Defendant FFSD denies the allegations in Paragraph 33.

34.     Defendant FFSD denies the allegations in Paragraph 34.

35.     Defendant FFSD denies the allegation in Paragraph 35, and specifically denies the former superintendent was "removed" as superintendent. The former superintendent resigned as superintendent rather than have the reasons for his

suspension made public. For further answer and as an affirmative defense, the same FFSD school board also hired the first African-American superintendent.

36. The allegations in Paragraph 36 refer to allegations against or actions of the City of Ferguson, who is not a defendant in this matter, and do not refer to the actions of the FFSD; therefore, Defendant FFSD deny the same.

37. Defendant FFSD denies the allegations in Paragraph 37. For further answer and as an affirmative defense, Defendant FFSD states the voting process for school board elections are statutory and that it has no authority to change the voting process. See §§162.261, 162.291, 162.341, 162.459, 115.121.3 RSMo. (2004).

38. Defendant FFSD admits the allegations in Paragraph 38.

39. Defendant FFSD admits the allegations in Paragraph 39.

WHEREFORE, having fully answered Plaintiff's Complaint, Defendant FFSD prays this Court dismiss this Complaint against Defendant Ferguson-Florissant School District and for any other relief deemed appropriate by this Court.

Respectfully submitted,

CROTZER & ORMSBY, LLC

/s/ Cindy Reeds Ormsby
Cindy Reeds Ormsby, #50986MO
Angela Gable, #
130 S. Bemiston, Suite 602
Clayton, MO 63105
314-726-3040/314-726-5120 (fax)
cormsby@crotzerormsby.com

Attorneys for Defendant Ferguson-Florissant School District

## CERTIFICATE OF SERVICE

On January 7th, 2015, a copy of the foregoing was electronically filed with the Clerk of the Court using the e-filing system, an electronic copy therefore being served on Anthony E. Rothert, Grant R. Doty, Andrew J. McNulty, Gillian R. Wilcox, Dale E. Ho, Julie A. Ebenstein, and M. Laughlin McDonald, Attorneys for Plaintiffs.

/s/ *Cindy Reeds Ormsby*