UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MISSOURI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al.,, <br><br>     Plaintiffs, <br><br> vs. <br><br> FERGUSON-FLORISSANT SCHOOL DISTRICT, et al., <br><br>     Defendants. | Case No. 4:14 CV 2077 RWS |

## **ORDER**

In accordance with and for the reasons stated on the record during today's hearing,

**IT IS HEREBY ORDERED** that Defendant Ferguson-Florissant School District's Motion to Amend Case Management Order #[25] is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Compel Production of Documents #[33] is **GRANTED**.  Defendants shall produce Dr. McCoy's personnel file subject to the entry of a protective order and the following conditions.  The parties shall file a stipulated protective order with the Court no later than **May 27, 2015**.  Immediately following the Court's entry of the protective order, the parties shall notify counsel for Dr. McCoy of the Court's Order compelling production of Dr. McCoy's personnel file and shall provide Dr. McCoy's counsel a copy of the protective order.  Counsel for Dr. McCoy shall have until **June 5, 2015** to notify this Court of any reason that would preclude the Court from compelling production of the personnel file and, absent any further Court order on this matter, Defendant shall produce Dr. McCoy's

personnel file to Plaintiffs no later than **June 12, 2015**.

　　　　　　　　　　　　　　　　　　　_/s/ Rodney W. Sippel_
　　　　　　　　　　　　　　　　　　　RODNEY W. SIPPEL
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Dated this 20th day of May, 2015.