UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MISSOURI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | Cause No. 4:14 CV 2077 RWS |
| FERGUSON-FLORISSANT SCHOOL DISTRICT, et al., | ) ) ) ) | |
| Defendants. | ) | |

**MOTION FOR SANCTIONS**

Defendant Ferguson-Florissant School District ("FFSD"), by and through counsel, moves the Court for sanctions to be imposed on Plaintiffs for witness tampering. Plaintiffs transmitted FFSD's amended Fed. R. Civ. 26(a)(1) disclosures to the national NAACP office, which led to the witness being instructed not to testify.

WHEREFORE, FFSD prays this Court impose sanctions on Plaintiffs, including but not limited to, monetary penalties and attorney fees, as well as prohibiting Plaintiffs from litigating the motivations of FFSD's former superintendent's suspension and the supposed justifications for single-member district elections for school boards. FSD's Memorandum in Support is attached hereto and incorporated herein. A copy of a Proposed Order has been filed with this Motion.

1

Respectfully submitted,

FLOYD, PFLUEGER & RINGER, P.S.

s/ John A. Safarli
John Armen Safarli, *pro hac vice*
200 W. Thomas St., Ste. 500
Seattle, WA 98119
(206) 441-4455
(206) 441-8484 (fax)
jsafarli@floyd-ringer.com

CROTZER & ORMSBY, LLC

Cindy Reeds Ormsby, #50986
Angela Gabel, #58227
130 S. Bemiston, Ste. 602
Clayton, MO 63105
(314) 726-3040
(314) 726-5120 (fax)
cormsby@crotzerormsby.com
agabel@crotzerormsby.com

*Attorneys for Defendant Ferguson-Florissant School District*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is a person of such age and discretion as to be competent to serve papers. It is further certified that on September 4, 2015, the undersigned electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participant(s):

Anthony E. Rothert
Andrew J. McNulty
Jessie M. Steffan
ACLU of Missouri Foundation
454 Whittier Street
St. Louis, MO 63108
Phone: 314-652-3114
Fax: 314-652-3112
trothert@aclu-mo.org
andrew.joseph.mcnulty@gmail.com
jsteffan@aclu-mo.org
*Counsel for Plaintiffs*

Dale Ho
Julie A. Ebenstein
Sophia Lin Lakin
ACLU Voting Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Phone: 212-549-2686
dale.ho@aclu.org
jebenstein@aclu.org
slakin@aclu.org
*Counsel for Plaintiffs*

M. Laughlin McDonald
ACLU Voting Rights Project
2700 International Tower
229 Peachtree Street, N.E.
Atlanta, GA 30303
Phone: 404-500-1235
lmcdonald@aclu.org
*Counsel for Plaintiffs*

Gillian R. Wilcox
ACLU of Missouri
3601 Main St.
Kansas City, MO 64111
gwilcox@aclu-mo.org
*Counsel for Plaintiffs*

    Dated this 4th day of September, 2015.

                                        s/ John A. Safarli
                                        John A. Safarli, *pro hac vice*