## DECLARATION OF REV. GILL FORD

1. I am over eighteen years of age and have personal knowledge of all the acts to which I hereby attest in this Declaration.

2. I am national director of unit administration for the NAACP.

3. I have never discussed the case *Missouri State Conference of the National Association for the Advancement of Colored People v. Ferguson-Florissant School District*, 4:14-cv-2077-RWS (Mo. E.D.), with Esther Haywood.

4. I am not aware of anyone contacting Ms. Haywood about this case.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: September 17, 2015

_____
Rev. Gill Ford