UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
JUDGE RODNEY W. SIPPEL
COURTROOM PROCEEDING 16 SOUTH
COURTROOM MINUTE SHEET CIVIL

CASE NO.   4:14cv2077 RWS

STYLE:  Missouri State Conference of the NAACP v. Ferguson-Florissant School Dist

DATE:   9/22/2015

Court Reporter:   Reagan Fiorino

Deputy Clerk:   Cheryl Ritter

Attorneys for Plaintiffs:
Anthony Rothert and Jessie Steffan

Attorneys for Defendant Ferguson-Florissant School District:
Cindy Reeds Ormsby and Angela Bullock Gabel

Attorney for Defendant St Louis County Board of Election Commissioners:
Darold Crotzer

(X)   Parties present for hearing on:

Continued Hearing on the Motion for Sanctions filed by Defendant Ferguson-Florissant School District.   Argument presented by counsel.   Order to follow.   A follow up status conference is set for October 13, 2015, at 10:00 am.

Proceeding Commenced and Ended:  12:47 pm – 1:17 pm