# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MISSOURI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al., )))))) | |
| Plaintiffs, )) | |
| vs. )) | Cause No. 14-2077 |
| FERGUSON-FLORISSANT SCHOOL DISTRICT, et al., )))) | |
| Defendants. ) | |

## NOTICE OF NON-PARTY SUBPOENAS

TAKE NOTICE, pursuant to Fed. R. Civ. P. 45(b)(1), of Defendant Ferguson-Florissant School District, by and through Counsel, intent to serve the attached subpoenas on Esther Haywood and Gill Ford

    Respectfully submitted,

    CROTZER & ORMSBY, LLC

    /s/ Cindy Reeds Ormsby
    Cindy Reeds Ormsby, #50986MO
    Angela Gable, #
    130 S. Bemiston, Suite 602
    Clayton, MO  63105
    314-726-3040/314-726-5120 (fax)
    cormsby@crotzerormsby.com

    Attorneys for Defendant Ferguson-Florissant School District

## **CERTIFICATE OF SERVICE**

On September 25, 2015, a copy of the foregoing was electronically filed with the Clerk of the Court using the e-filing system, an electronic copy therefore being served on Anthony E. Rothert, Grant R. Doty, Andrew J. McNulty, Gillian R. Wilcox, Dale E. Ho, Julie A. Ebenstein, and M. Laughlin McDonald, Attorneys for Plaintiffs.

/s/ Cindy Reeds Ormsby