# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| MISSOURI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Cause No. 4:14 CV 2077 RWS |
| FERGUSON-FLORISSANT SCHOOL DISTRICT, et al., | ) ) ) | |
| Defendants. | ) | |

## DEFENDANT FERGUSON-FLORISSANT SCHOOL DISTRICT'S MOTION FOR SUMMARY JUDMENT

Pursuant to Federal Rule of Civil Procedure 56(c) and Local Rule 7-4.01(E), Defendant Ferguson Florissant School Board submits its Motion for Summary Judgment on Plaintiffs' Petition. The reasons in support of this Motion are set forth in full in the accompanying memorandum.

Wherefore, Defendant Ferguson Florissant School Board, by counsel, respectfully requests the Court grant its Motion for Summary Judgment and enter an Order dismissing Plaintiffs' Complaint with prejudice, and granting the Ferguson Florissant School Board any further legal or equitable relief that the Court deems appropriate.

Respectfully submitted,

CROTZER & ORMSBY, LLC

_____
Cindy Reeds Ormsby, #50986
Angela Gabel, #58227
130 S. Bemiston, Ste. 602
Clayton, MO 63105
(314) 726-3040
(314) 726-5120 (fax)
cormsby@crotzerormsby.com
agabel@crotzerormsby.com

FLOYD, PFLUEGER & RINGER, P.S.

s/ John A. Safarli*
_____
John Armen Safarli, *pro hac vice*
200 W. Thomas St., Ste. 500
Seattle, WA 98119
(206) 441-4455
(206) 441-8484 (fax)
jsafarli@floyd-ringer.com

*Attorneys for Defendant Ferguson-Florissant School District*

*Pursuant to Local Rule 2.11, the filing attorney verifies that a signed original exists with the original signatures of the attorneys.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he is a person of such age and discretion as to be competent to serve papers. It is further certified that on September 30, 2015, the undersigned electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participant(s):

Anthony E. Rothert
Andrew J. McNulty
Jessie M. Steffan
ACLU of Missouri Foundation
454 Whittier Street
St. Louis, MO 63108
Phone: 314-652-3114
Fax: 314-652-3112
trothert@aclu-mo.org
andrew.joseph.mcnulty@gmail.com
jsteffan@aclu-mo.org
*Counsel for Plaintiffs*

Dale Ho
Julie A. Ebenstein
Sophia Lin Lakin
ACLU Voting Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Phone: 212-549-2686
dale.ho@aclu.org
jebenstein@aclu.org
slakin@aclu.org
*Counsel for Plaintiffs*

M. Laughlin McDonald
ACLU Voting Rights Project
2700 International Tower
229 Peachtree Street, N.E.
Atlanta, GA 30303
Phone: 404-500-1235
lmcdonald@aclu.org
*Counsel for Plaintiffs*

Gillian R. Wilcox
ACLU of Missouri
3601 Main St.
Kansas City, MO 64111
gwilcox@aclu-mo.org
*Counsel for Plaintiffs*

Dated this 30th day of September, 2015.

s/ John A. Safarli
John A. Safarli, *pro hac vice*