EXHIBIT B

## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI

MISSOURI NAACP, et al.

      Plaintiffs,

v.                                Civ. No. 14-2077

FERGUSON-FLORISSANT SCHOOL
DISTRICT and ST. LOUIS COUNTY
BOARD OF ELECTION
COMMISSIONERS,

      Defendants.

## **DECLARATION OF WILLIAM S. COOPER**

WILLIAM S. COOPER, acting in accordance with 28 U.S.C. § 1746, Federal Rules of Civil Procedure 26(a)(2)(B) and 26(e), and Federal Rules of Evidence 702 and 703, does hereby declare and say:

1.      My name is William S. Cooper.  I have a B.A. in Economics from Davidson College.  As a private consultant, I currently serve as a demographic and redistricting expert for the Plaintiffs.  I am compensated at a rate of $100 to $150 per hour for my work.

2.      I have testified at trial as an expert witness on redistricting and demographics in federal courts in about 35 voting rights cases.  Three of these lawsuits resulted in changes to statewide legislative boundaries: *Rural West Tennessee African-American Affairs v. McWherter*, *Old Person v. Cooney*, and

*Bone Shirt v. Hazeltine*.  Approximately 25 of the cases led to changes in local election district plans.

3.      Since the release of the 2010 Census in February 2011, I have developed several statewide legislative plans (Alabama, Georgia, Kentucky, Florida, South Carolina, and Virginia) and about 150 local redistricting plans, primarily for groups working to protect minority voting rights.  Three plans that I developed for local government clients during 2011 – in Bolivar County, Mississippi; the City of Grenada, Mississippi; and Sussex County, Virginia – were precleared under Section 5 of the Voting Rights Act by the U.S. Department of Justice.

4.      In 2013, I served as a redistricting consultant for the Claiborne County, Mississippi Board of Supervisors and the Tunica County, Mississippi Board of Supervisors.

5.      In March 2014, I was retained by the City of Decatur, Alabama as a redistricting consultant in *Voketz v. City of Decatur*.

6.      Two federal courts have recently granted summary judgment on the first prerequisite (*Gingles 1*) of a Section 2 claim pursuant to *Thornburg v. Gingles*, 478 U.S. 30 (1986), based in part on my testimony: *Pope v. Albany County, New York* (N.D.N.Y. Jan. 28, 2014; N.D.N.Y. Mar. 24, 2015), and *Montes v. City of Yakima, Washington* (E.D. Wash. Aug. 22, 2014).

7.      In *Montes v. City of Yakima* (E.D. Wash. Feb. 17, 2015) the court adopted, as a remedy for the Section 2 violation, a seven single-member district plan that I developed for the plaintiffs.

8.      For more information on my testimony as an expert witness and experience preparing and assessing proposed redistricting maps for Section 2 litigation and other efforts to promote compliance with the Voting Rights Act, see a summary of my redistricting work attached as **Exhibit A**.

9.      The attorneys for the Plaintiffs in this case asked me to determine whether it is possible to create four majority-Black districts in a seven single-member district plan for the Ferguson-Florissant School District ("Ferguson-Florissant SD" or "School District").  For background, the attorneys also asked me to review historical and current demographics of the School District (reported in the decennial Census), as well as socio-economic characteristics of African Americans and non-Hispanic Whites (reported in the American Community Survey).

10.     In addition, the Plaintiffs' attorneys asked me to compile population demographics, as reported by the 2010 Census at the census block level, by precinct, for use in the voting analysis performed by Dr. Richard Engstrom in this litigation.

11.     As discussed in **Sections III** and **IV** below, I conclude that the African-American population in the Ferguson-Florissant SD is sufficiently numerous and geographically compact to allow for four districts with Black voting-age population (BVAP) majorities in a seven single-member district plan.

## I.     DEMOGRAPHIC PROFILE OF FERGUSON-FLORISSANT SD

12.     The Ferguson-Florissant SD is located in northern St. Louis County, Missouri, a densely populated suburban county (pop. 998,954) that surrounds the City of St. Louis. The School District encompasses all or parts of 11 municipalities and covers a land area of about 25 square miles.

13.     There are minor discrepancies in the boundary for the Ferguson-Florissant SD as defined by the U. S. Census Bureau ("Census Bureau") compared to the boundary for the School District as defined by the St. Louis County Board of Elections ("Board of Elections"). The net effect, according to my calculation, is that the Board of Elections boundary has 387 fewer persons than the 69,050 persons reported by the Census Bureau in the 2010 Census.  This has no significant impact on the demographics in the School District, as the percentage point differences by race between the two geographic definitions are under one tenth of a percent.

14.     The School District (as defined by the Board of Elections) is shaded pink and St. Louis County is light grey in the regional map in **Figure 1** on the next page**.**

4

**Figure 1**

**Ferguson-Florissant School District and St. Louis County**



15.     The current Board of Elections boundary for the School District must

be used for redistricting plan apportionment.  Nonetheless, the Census Bureau

boundary definition remains relevant because that is how the School District is

defined in official decennial Census Bureau datasets, including the American

Community Survey.  (Also, the 1990 Census Bureau boundary is identical to the

5

present-day boundary as defined by the Board of Elections.[1] )

## 2010 Census – Population by Race, Ethnicity, and Age

16.    According to the boundary defined by the Board of Elections and corresponding 2010 Census block-level data, the Ferguson-Florissant SD has a total population of 68,663, with a single-race Black[2] population of 35,860 (52.23%) and an Any Part (AP) Black[3] population of 36,967 (53.84%).

17.    The 2010 non-Hispanic White population is 29,581 (43.08%). The 2010 total minority population in Ferguson-Florissant SD is 39,082 (56.92%) – consisting of all persons who are not single-race, non-Hispanic White.

18.    In the Ferguson-Florissant SD, African Americans constitute a smaller percentage of the voting-age population than the total population, while the reverse is true for non-Hispanic Whites. Based on the 2010 Census, Ferguson-Florissant SD has a total voting-age population of 50,771, of whom a minority – a

---

[1] The source for the 1990 School District population data is a nationwide Special Tabulation performed by the Census Bureau for the National Center for Education Statistics. See, for example:
http://nces.ed.gov/surveys/sdds/1990/Master90sd.asp?ID=P008&type=P&age=N&ctyname=N&distid=12010&enroll=N&geotype=02&state=29&table=2PS&univ=2B

[2] In this declaration, the terms "Black" or "African American" are used synonymously and include single-race Black Hispanics, unless otherwise noted. "White" refers to single race non-Hispanic White.

[3] The Any Part Black classification counts as "Black" all persons who identified in the 2010 Census as single-race Black and all persons who identified as more than one race and some part Black. The AP Black category includes persons who are some part Black and Hispanic. It is my understanding that following the U.S. Supreme Court decision in *Georgia v. Ashcroft*, 539 U.S. 461 (2003), the "any part" definition is an appropriate Census classification to use in most Section 2 cases.

total of 24,030 (47.33%) – are single-race Black, with an AP Black voting-age population of 24,466 (48.19%).

19.     Non-Blacks are a majority of the voting-age population in Ferguson-Florissant SD, with non-Hispanic Whites as the largest racial group in terms of voting-age population.  The non-Hispanic White voting-age population in Ferguson-Florissant SD is 24,852 (48.95%).

20.     The 2010 Census counted a total population of 1,324 (1.93%)  Latinos in Ferguson-Florissant SD, of whom 824 (1.62%) are of voting age.  Latinos are persons of Hispanic origin or heritage and may be of any race.  Based on the 2010 Census, there are 133 persons who identify as single-race Black Hispanic and 80 persons of voting age who identify as single-race Black Hispanic in the School District.

## Population by Race and Ethnicity – 1990 to 2010

21.     The table in **Figure 2** (on the next page) shows the population of the Ferguson-Florissant SD by race and ethnicity for the decennial Censuses between 1990 and 2010, according to the Board of Elections boundary definition.

**Figure 2**

### Ferguson-Florissant SD – 1990 Census to 2010 Census Population and Race Distribution

|  | 1990 Number | Percent | 2000 Number | Percent | 2010 Number | Percent |
|---|---|---|---|---|---|---|
| Total Population | 80,938 | 100% | 73,350 | 100% | 68,663 | 100% |
| Total Hispanics | 656 | 0.81% | 918 | 1.25% | 1,324 | 1.93% |
| White* | 59,995 | 74.12% | 43,583 | 59.42% | 29,581 | 43.08% |
| Black* | 19,694 | 24.33% | 26,995 | 36.80% | 35,727 | 52.03% |
| American Indian and Alaska Native* | 126 | 0.16% | 150 | 0.20% | 167 | 0.24% |
| Asian*# | 402 | 0.50% | 491 | 0.67% | 394 | 0.57% |
| Hawaiian and Pacific Islander*# | NA | NA | 13 | 0.02% | 14 | 0.02% |
| Other* | 65 | 0.08% | 115 | 0.16% | 124 | 0.18% |
| Two or More Races* | NA | NA | 1,085 | 1.48% | 1,332 | 1.94% |
| Black (Including Hispanics) | 19,783 | 28.65% | 27,095 | 36.94% | 35,860 | 52.23% |
| Any Part Black (Including Hispanics) | NA | NA | NC | NC | 36,967 | 53.84% |

\* Non-Hispanics only
\# In 1990, "Asian" includes Hawaiian and Pacific Islander.
 NA Not available
 NC Not calculated

22.     Since 1990, the Ferguson-Florissant SD has experienced a significant population decline – from 80,938 persons in 1990 to 68,663 in 2010. This represents a loss of 12,275 persons (-15.17%).

23.     As shown in the chart in **Figure 3** (on the next page), even as the overall population declined over the 20-year period, the total Black population in the School District increased by 16,077 persons (81.27%) – from 19,783 in 1990 to 35,860 in 2010.

**Figure 3**

### Ferguson-Florissant SD – 1990 Census to 2010 Census African-American and Non-Hispanic White Population



24.     **Figure 3** also reveals that the non-Hispanic White population experienced a much sharper decline than the overall population during the 20-year period – dropping from 59,995 in 1990 to 29,581 in 2010. This decline amounted to a loss of 30,414 persons and cut the non-Hispanic White population by half (-50.69%).

25.     As the Black population increased in the School District between 1990 and 2010, the Black population percentage climbed – from 28.65% in 1990 to

36.94% in 2000 and then to 52.23% in 2010.  By contrast, the non-Hispanic White population percentage fell from 74.12% in 1990 to 43.08% in 2010.

26.     For the record, I have reproduced **Figure 2** and **Figure 3**, according to the Census Bureau boundary definition for 1990 through 2010 in **Exhibit B-1.** **Exhibit B-2** is a map showing the boundaries for the 2010 Census voting districts ("VTDs") with an overlay of the 2011 BOE precincts.  On this map, one can discern that the outer boundaries of the School District as defined by Census Bureau VTDs (in red) are slightly different from the BOE definition outlined by precincts (in green).

27.     The table in **Figure 4** compares Black and non-Hispanic White voting age population between 1990 and 2010 in the School District, according to the Board of Elections boundary definition.

**Figure 4**

### Ferguson-Florissant SD – 1990 Census to 2010 Census<br>Voting Age Population – African-American and Non-Hispanic White

|  | 1990 VAP Number | Percent | 2000 VAP Number | Percent | 2010 VAP Number | Percent |
|---|---|---|---|---|---|---|
| Voting Age Population | 60,722 | 100% | 53,199 | 100% | 50,771 | 100% |
| Non-Hispanic White | 47,290 | 77.88% | 34,274 | 64.43% | 24,852 | 48.95% |
| Non-Hispanic Black | 12,582 | 20.72% | 17,297 | 32.51% | 23,950 | 47.17% |
| Single-race Black | 12,613 | 20.77% | 17,348 | 32.61% | 24,030 | 47.33% |
| Any Part Black | NA | NA | NC | NC | 24,466 | 48.19% |

NA Not Available
NC Not Calculated

28.      Since 1990, the voting age population in the Ferguson-Florissant SD has declined in step with the overall population loss – from 60,722 persons 18 and over in 1990 to 50,771 in 2010. This represents a loss of 9,951 persons (-16.39%).

29.      As shown in the table in **Figure 4** and chart in **Figure 5**, the non-Hispanic White voting age population dropped from 47,290 in 1990 to 24,852 in 2010 – a loss of 22,438 persons (-47.45%).

**Figure 5**

**Ferguson-Florissant SD – 1990 Census to 2010 Census
African-American and Non-Hispanic White Voting Age Population**



30.     Non-Hispanic Whites comprised a substantial majority of the voting age population (77.88%) in 1990.  By 2010, a plurality of the voting-age population – approximately 48.95% – was non-Hispanic White.

31.     The African-American voting age population nearly doubled between 1990 and 2010 – from 12,613 to 24,030 in 2010.  In 1990, the School District was 20.77% BVAP.  By 2010 – at 47.33% BVAP – African Americans remained a minority of the voting age population, despite the significant population gain over the two decades.

**2010 Population by Place**

32.     There are 11 municipalities that are wholly or partly within the Ferguson-Florissant SD.  The table in **Figure 6** (on the next page) reports African-American population counts within the School District based on the 2010 Census for these 11 places.  Four municipalities are entirely within the School District – Berkeley, Calverton Park, Cool Valley, and Kinloch.

**Figure 6**

**Ferguson-Florissant SD Population by Place – 2010 Census**

| Municipality | 2010 Pop. in School District | 2010 Black Pop. in School District | % Black | % of Total Pop. in Municipality within District | % of Black Pop. in Municipality within District |
|---|---|---|---|---|---|
| Berkeley | 8,978 | 7,346 | 81.82% | 100.00% | 100.00% |
| Black Jack (one block) | 4 | 1 | 25.00% | 0.06% | 0.02% |
| Calverton Park | 1,293 | 546 | 42.23% | 100.00% | 100.00% |
| Cool Valley | 1,196 | 1,011 | 84.53% | 100.00% | 100.00% |
| Dellwood | 855 | 578 | 67.60% | 17.01% | 14.53% |
| Ferguson | 17,178 | 10,571 | 61.54% | 81.02% | 73.94% |
| Florissant | 28,538 | 9,657 | 33.84% | 54.71% | 69.19% |
| Hazelwood | 2,983 | 1,569 | 52.60% | 11.61% | 20.03% |
| Kinloch | 298 | 282 | 94.63% | 100.00% | 100.00% |
| Normandy | 1,313 | 1,118 | 85.15% | 26.22% | 32.01% |
| Old Jamestown | 1,129 | 539 | 47.74% | 5.89% | 5.23% |

## Geographic Compactness of the African-American Population

33.     The map in **Figure 7** (on the next page) displays the distribution of the African-American population in the Ferguson-Florissant SD at the block group level, with an overlay of municipal boundaries (white dashed lines).  Block groups (purple lines) contain multiple census blocks and often follow neighborhood lines.

**Figure 7**

**Ferguson-Florissant SD – Percent Black by Block Group (2010 Census)**



34.    The pink to red areas in **Figure 7** are overwhelmingly African-American neighborhoods (60% or higher).  The orange areas are more diverse in the range of 40% to 60%.  From the map, it is clear that the African-American population is sufficiently numerous and geographically compact to comprise several majority-Black districts under a seven single-member district plan.

14

35.     A more detailed street-level version of the **Figure 7** map is in **Exhibit C**.  The numbers displayed with the labels on the map in **Exhibit C** show the 2010 single-race Black population count by block group (or partial count where block groups are split by the School District boundaries).

## II.     SOCIOECONOMIC PROFILE OF FERGUSON-FLORISSANT SD

36.     Non-Hispanic Whites in the Ferguson-Florissant SD outpace African Americans across a broad range of socio-economic measures, as reported in the 3-year *2011 to 2013 American Community Survey* (released by the Census Bureau in October 2014).  This disparity is summarized below and depicted with further detail in charts and tables found in **Exhibit D**.[4]

*(a) Income*

- Nearly one-fourth (23.0%) of the Back population in the School District lives in poverty, compared to 9.7% of Whites.  In addition, over one-third of Black children (36.0%) live in poverty, compared to19.6% of White children.  (**Exhibit D at pp. 17-18.**)

- In the School District, Black median household income is $38,760 – about 70% of the $52,781 median income of White households.  (**Exhibit D at pp. 19-20.**)

- Black family households (defined by the Census Bureau as households with related persons) in the School District exhibit a similar median income disparity *vis-à-vis* White family households – $44,099 for Black median family household income compared to $66,096 for White family households.  (**Exhibit D at pp. 21-22.**)

---

[4] In this section, "White" refers to non-Hispanic White. There is not a separate category for non-Hispanic Black or Any Part Black in the American Community Survey.

15

- Reflecting the high Black poverty rate, over twice as many Black households rely on food stamps compared to White households, with 26.8% of Black households participating in the Supplemental Nutrition Assistance Program (SNAP), compared to 10.0% of White households in the School District.   (**Exhibit D at pp. 31-32.**)

*(b) Employment*

- The $26,671 median earnings level of African Americans working full-time in the Ferguson-Florissant SD is just 83% of the $32,202 annual median earnings garnered by Whites.  (**Exhibit D at pp. 25-26.**)

- The Black unemployment rate (for the working-age population ages 16-64, expressed as a percent of the civilian labor force) is several percentage points higher than the rate for Whites.  On average, over the course of the 3-year survey, 14.3% of working-age African Americans were unemployed, while 9.9% of their White counterparts were unemployed.  (**Exhibit D at pp. 33-36.**)

- Just 24.9% of African Americans in the School District are employed in management or professional occupations compared to 37.2% of Whites.  (**Exhibit D at pp. 37-38.**)

*(c) Housing*

- About one-half of Black households (49.3%) rent their residences, compared to a rental rate of about 15.5% for White households.  (**Exhibit D at pp. 39-40.**)

37.    The map in **Figure 8** (on the next page) shows median household income for all races by block group in the School District, as reported in the 5-year *2008-12 American Community Survey* (released by the Census Bureau in December 2013).  Most of the predominantly African-American neighborhoods (see **Figure 7** *supra*) are in areas with lower median household incomes.

16

**Figure 8**

**Ferguson-Florissant SD – Median Household Income (2008-12 ACS)**



## III.   REDISTRICTING

## Methodology and Sources

38.    In the preparation of this report, I analyzed population and geographic data from the 1990 to 2010 decennial Censuses and the American Community Survey conducted by the Census Bureau.

17

39.     For my redistricting analysis, I used a geographic information system (GIS) software package called *Maptitude for Redistricting*, developed by the Caliper Corporation.  This software is deployed by many local and state governing bodies across the country for redistricting and other types of demographic analysis.

40.     The geographic boundary files that I used with *Maptitude* are created from the U.S. Census 1992, 2000, 2010, and 2014 TIGER (Topologically Integrated Geographic Encoding and Referencing) files.  The population data are from the U. S. Census 1990, 2000 and 2010 PL 94-171 data files.  The PL 94-171 dataset is published in electronic format and is the complete count population file designed by the Census Bureau for use in legislative redistricting.  The file contains basic race and ethnicity data on the total population and voting-age population found in units of Census geography such as states, counties, municipalities, townships, reservations, school districts, census tracts, census block groups, precincts (called voting districts or "VTDs" by the Census Bureau) or precinct proxies (called "pseudo-VTDs" by the Census Bureau), and census blocks.

41.     The *Maptitude for Redistricting* software processes the TIGER files to produce a map for display on a computer screen.  The software also merges demographic data from the PL 94-171 files to match the relevant decennial Census geography.

42.     I developed the illustrative plans presented in this report at the census block level using *Maptitude for Redistricting*.  A census block is the smallest geographic tabulation area from the decennial Census.  A block may be as small as a regular city block bounded by four streets, or as large as several square miles in a rural area.  Generally, a census block is bounded on all sides by visible features such as streets, rivers, and railroad tracks.

43.     I obtained electronic Geographic Information System (GIS) shapefiles on CD depicting current boundaries for the Ferguson-Florissant SD (and all school districts in St. Louis County) from the St. Louis County GIS Department. Additional geographic shapefiles were available on this CD, including boundaries for the 2014 municipal wards in St. Louis County.  These files were mailed to me on CD by the St. Louis County GIS Department.

44.     I also obtained GIS shapefiles depicting precincts for the School District (and all precincts in St. Louis County) for the April elections in 2011 through 2014 from the St. Louis County Board of Elections.  These files were mailed to me on CD by the Board of Elections. In addition, the Plaintiffs' attorneys gave me a GIS shapefile (via email) depicting precincts in the School District as of April 2015.

45.     I used the 2014/2015 precinct shapefiles as overlays (with *Maptitude*) when developing the illustrative plans included in this declaration. In addition, for

19

the statistical analysis conducted by Dr. Richard Engstrom, I relied on the 2011

through 2015 precinct shapefiles to derive population totals by race (with

*Maptitude*) for precincts and consolidated precincts for elections held between 2011

and 2015.

46.     In many instances, current and historical St. Louis County precinct

boundaries do not precisely match census block geography.  Where these minor

anomalies occurred, I used the "whole block" criterion employed by the Census

Bureau to approximate precinct boundaries.  This visual method assigns all of the

population in a split census block to the nearest precinct boundary.[5]  The map in

**Exhibit B-2** overlays 2011 BOE precincts onto 2010 Census VTDs.  The 2010

Census VTDs consistently match 2010 census block geography, while the 2011(and

2012-2015) BOE precincts do not.[6]

47.     As shown in the map in **Exhibit B-2**, areas where there is not a perfect

match between the 2011 BOE precincts and census block geography can be

---

[5] The Census Bureau describes this method to approximate precinct boundaries as follows: "The entities identified as VTDs are not necessarily those legally or currently established in part because to meet the whole block criterion a State may have had to depict the boundaries of VTDs that split blocks to follow nearby block boundaries the Census Bureau refers to such VTDs as pseudo VTDs." See *A Guide to State and Local Census Geography*, U.S. Census Bureau, 1993, p.10.

[6] In some instances, the 2010 VTDs shown in the **Exhibit B-2** map are split by the Census Bureau defined school district boundaries along census block geography (*i.e.*, part of the 2010 VTD is in Ferguson-Florissant School District with the remainder (not displayed) in another school district).

discerned where the red VTD lines are displayed.[7]  In many instances, these

discrepancies involve unpopulated census blocks and even where populated census

blocks are involved the potential differences in population percentages by race

would be minimal between the "whole block" criterion method I used and some

other estimation method (*e.g.*, block centroids or proportional land area).[8]

48.     The map in **Exhibit B-3** (zooming on 2015 BOE precinct AP038), with

realigned precincts color-coded, shows how I modified 2015 BOE precinct

boundaries (thick green lines) to match 2010 Census blocks (thin black lines), using

the "whole block" criterion.  Realigned AP038 is color-coded yellow and follows

whole census blocks.  The black numbers identify the 2010 voting age population by

census block.[9]

49.     The Plaintiffs' attorneys also gave me a list of the home addresses of

the seven incumbent school board members.  I geocoded these addresses and

created a point overlay file for use with *Maptitude*.

---

[7] One obvious exception in the **Exhibit B-2** map is where a red line VTD extends west into a
populated area that is adjacent to the City of Black Jack (163 persons in two census blocks).
These two blocks are entirely excluded from the BOE definition of the School District, so there
are no split blocks in that area.

[8] I used the 2011 BOE precincts for this illustration because subsequent BOE precinct boundary
changes due to state and municipal post-2010 redistricting result in differences with VTD
boundaries that are not necessarily related to Census block splits.

[9] April 2015 Precinct APO38 was numbered AP055 in 2011.

## Plaintiffs' Illustrative Plan 1

50.    I developed the *Plaintiffs' Illustrative Plan 1* depicted in **Figure 9**. The plan has seven single-member districts.  Four of the districts are majority-Black voting age.  **Exhibit E-1** contains a similar map with street detail.

**Figure 9**

### Plaintiffs' Illustrative Plan 1 – Ferguson-Florissant School District



51.     The table in **Figure 10** summarizes population statistics by district for

*Plaintiffs' Illustrative Plan 1*.  The four majority-Black districts range from 52.86%

BVAP in District 7 to 74.36% BVAP in District 3. The plan has an overall

deviation of 7.18% from the ideal population size of 9,809. (68,663 divided by 7).

**Exhibit E-2** contains detailed population statistics for *Plaintiffs' Illustrative Plan 1*.

**Figure 10**

### Plaintiffs' Illustrative Plan 1 – 2010 Census Summary

| District | Population | % Dev | % Black | 18+ Pop | % 18+ Black | % 18+ NH White |
|---|---|---|---|---|---|---|
| 1 | 9841 | 0.33% | 69.63% | 6918 | 63.93% | 32.68% |
| 2 | 10025 | 2.20% | 66.36% | 7071 | 60.95% | 35.75% |
| 3 | 9923 | 1.16% | 77.64% | 6984 | 74.36% | 21.12% |
| 4 | 9321 | -4.98% | 30.50% | 7406 | 27.84% | 68.09% |
| 5 | 9997 | 1.92% | 20.33% | 7790 | 17.45% | 79.11% |
| 6 | 9980 | 1.74% | 44.05% | 7442 | 38.94% | 57.58% |
| 7 | 9576 | -2.38% | 56.18% | 7160 | 52.86% | 43.25% |

52.     *Plaintiffs' Illustrative Plan 1* generally follows 2014 precinct

boundaries.  (See **Exhibit E-3**.)  Three of the 96 precincts[10] in the School District

are split by *Plaintiffs' Illustrative Plan 1* district boundaries, with a few additional

splits where the affected precincts are split by 2010 Census blocks.  No census

blocks are split by district boundaries under *Plaintiffs' Illustrative Plan 1*.

---

[10] Of the 96 precincts in the Ferguson-Florissant School District as of April 2015, 23 are
identified as "No Vote Precincts" in the shapefile.  There were no votes cast in the 2015 election
from these precincts.

53.     Public schools are balanced across all seven districts, with each district having two to five schools.  (See the map in **Exhibit E-4** and table in **Exhibit E-5**.) *Plaintiffs' Illustrative Plan 1* pairs three incumbents in District 2 and two incumbents in District 7.  (See the map in **Exhibit E-6** and table in **Exhibit E-7**.)

**<u>Plaintiffs' Illustrative Plan 2</u>**

54.     I also developed *Plaintiffs' Illustrative Plan 2* depicted in **Figure 11** (on the next page).  **Exhibit F-1** contains a similar map with street detail.

**Figure 11**

**Plaintiffs' Illustrative Plan 2 – Ferguson-Florissant School District**



55.     The table in **Figure 12** (on the next page) summarizes population statistics by district for *Plaintiffs' Illustrative Plan 2*.  The four majority-Black districts range from 51.50% BVAP in District 6 to 75.67% BVAP in District 3.  The plan has an overall deviation of 7.52% from the ideal population size.  **Exhibit F-2** contains detailed population statistics for *Plaintiffs' Illustrative Plan 2*.

**Figure 12**

**Plaintiffs' Illustrative Plan 2– 2010 Census Summary**

| District | Population | % Dev | % Black | 18+ Pop | % 18+ Black | % 18+ NH White |
|---|---|---|---|---|---|---|
| 1 | 10020 | 2.15% | 70.15% | 7039 | 64.53% | 32.09% |
| 2 | 9494 | -3.21% | 66.46% | 6688 | 60.89% | 35.90% |
| 3 | 9736 | -0.74% | 78.66% | 6816 | 75.67% | 19.76% |
| 4 | 9755 | -0.55% | 31.10% | 7671 | 28.12% | 68.35% |
| 5 | 10232 | 4.31% | 20.20% | 8008 | 17.42% | 78.87% |
| 6 | 9620 | -1.93% | 55.71% | 7149 | 51.50% | 45.14% |
| 7 | 9806 | -0.03% | 44.90% | 7400 | 40.86% | 54.85% |

56.     *Plaintiffs' Illustrative Plan 2* generally follows 2014 precinct boundaries.  (See **Exhibit F-3**.)  Nine of the 96 precincts in the School District are split by *Plaintiffs' Illustrative Plan 2* district boundaries, with a few additional splits where the affected precincts are split by 2010 Census blocks.  No census blocks are split by district boundaries under *Plaintiffs' Illustrative Plan 2*.

57.     Public schools are balanced across all seven districts, with each district having two to four schools.  (See the map in **Exhibit F-4** and table in **Exhibit F-5**.)  *Plaintiffs' Illustrative Plan 2* pairs two incumbents who reside in the same census block in District 2.  There are no other incumbent conflicts.  (See the map in **Exhibit F-6** and table in **Exhibit F-7**.)

**Compactness Scores**

58.     The districts in the Plaintiffs' illustrative plans are reasonably compact.  Under *Illustrative Plan 1*, the overall mean average Reock compactness score for

the plan is .41, ranging from a low of .26 (District 4) to a high of .66 (District 6). (See **Exhibit E-8**.)  Under *Illustrative Plan 2*, the overall mean average Reock compactness score for the plan is .38, ranging from a low of .29 (District 3) to a high of .46 (District 2).[11]  (See **Exhibit F-8**.)

59.     By comparison, Reock scores for the districts in the Plaintiffs' illustrative plans are in line with Reock scores for current municipal wards in St. Louis County.  Of the 221 municipal wards in the County, the mean average Reock score is .39 – ranging from a low of .15 to a high of .66.  Twenty-six wards (11.8%) score at or below the .26 recorded for District 4 under *Plaintiffs' Illustrative Plan 1* and 44 wards (19.9%) score at or below the .29 recorded for District 3 under *Plaintiffs' Illustrative Plan 2*.[12]

**Contiguity**

60.     All districts in the Plaintiffs' illustrative plans are contiguous.  With respect to redistricting plans, "contiguity" signifies that all parts (*i.e.*, census blocks) of each component election district are connected and there are no geographically disparate areas.

---

[11] "The Reock test is an area-based measure that compares each district to a circle, which is considered to be the most compact shape possible.  For each district, the Reock test computes the ratio of the area of the district to the area of the minimum enclosing circle for the district.  The measure is always between 0 and 1, with 1 being the most compact.  The Reock test computes one number for each district and the minimum, maximum, mean and standard deviation for the plan."  (Source: *Maptitude For Redistricting* documentation.)

[12] I generated the compactness scores for the municipal wards using *Maptitude for Redistricting*.

## III.   SUMMARY CONCLUSIONS

61.   From the preceding analysis, I reach the following conclusions:

▪   The African-American population – in absolute numbers and percentages – has increased over the past two decades to the point where African Americans represent 47.33%  of the voting age population (48.19%  AP BVAP), based on the 2010 Census.

▪   As reported in the 3-Year *2011-2013 American Community Survey*, in the Ferguson-Florissant SD, non-Hispanic Whites significantly outpace African Americans across most key indicators of socio-economic well-being.

▪   African Americans in the Ferguson-Florissant SD are sufficiently numerous and geographically compact to comprise a majority of the voting-age population in four of seven single-member districts.

▪   In sum, both illustrative plans comply with traditional redistricting principles, including one-person one-vote, compactness, contiguity, respect for communities of interest, and the non-dilution of minority voting strength.

I reserve the right to continue to supplement my declarations in light of additional facts, testimony and/or materials that may come to light.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct according to the best of my knowledge, information and belief.

Executed on: May 27, 2015

_____
WILLIAM S. COOPER

Exhibit A

*William S. Cooper*
*525 Garden Lane*
*Bristol, VA 24201*
*276-669-8567*
*bcooper@msn.com*

## Summary of Redistricting Work

I have a B.A. in Economics from Davidson College in Davidson, North Carolina.

Since 1986, I have prepared proposed redistricting maps of approximately 700 jurisdictions for Section 2 litigation, Section 5 comment letters, and for use in other efforts to promote compliance with the Voting Rights Act of 1965. I have analyzed and prepared election plans in over 100 of these jurisdictions for two or more of the decennial censuses – either as part of concurrent legislative reapportionments or, retrospectively, in relation to litigation involving many of the cases listed below.

Since the release of the 2010 Census in February 2011, I have developed statewide legislative plans on behalf of clients in six states (Alabama, Florida, Georgia, Kentucky, South Carolina, and Virginia), as well as over 150 local redistricting plans in approximately 30 states – primarily for groups working to protect minority voting rights.

In March 2011, I was retained by the Sussex County, Virginia Board of Supervisors and the Bolivar County, Mississippi Board of Supervisors to draft new district plans based on the 2010 Census. In the summer of 2011, both counties received Section 5 preclearance from the Department of Justice.

Also in 2011, I was retained by way of a subcontract with Olmedillo X5 LLC to assist with redistricting for the Miami-Dade County, Florida Board of Commissioners and the Miami-Dade, Florida School Board.  Final plans were adopted in late 2011 following public hearings.

1

In the fall of 2011, I was retained by the City of Grenada, Mississippi to provide redistricting services. The ward plan I developed received preclearance in March 2012.

In 2012 and 2013, I served as a redistricting consultant for the Tunica County, Mississippi Board of Supervisors and the Claiborne County, Mississippi Board of Supervisors.

In March 2014, I was retained by the City of Decatur, Ala. as a redistricting consultant in *Voketz v. City of Decatur*.

I am currently a consultant and expert for the plaintiffs in *Georgia State Conference NAACP et al. v. Fayette County*; *Alabama Legislative Black Caucus et al. v. Alabama*; *Montes v. City of Yakima, Washington*; *Pope v. County of Albany, New York*; *Navajo Nation v. San Juan County, Utah*; *Fairley et al. v. Hattiesburg, Mississippi*; *Terrebonne Parish Branch NAACP et al. v. Jindal et al.*; *Davidson v. City of Cranston, Rhode Islan*d; *Missouri State Conference NAACP et al. v. Ferguson-Florissant School District et al.; Partee v. Coahoma County, Mississippi; Figgs v. Quitman County, Mississippi;* and *Calvin et al. v. Jefferson County, Florida.*

In *Montes v. City of Yakima* (E.D. Wash. Feb. 17, 2015) the court adopted, as a remedy for the Section 2 violation, a seven single-member district plan that I developed for the plaintiffs.

Since 2011, I have served as a redistricting and demographic consultant to the Massachusetts-based Prison Policy Initiative and to Demos for a nationwide project to end prison-based gerrymandering. I have analyzed proposed and adopted election plans in about 25 states as part of my work with these two organizations.

During the 2000s, I analyzed census data and prepared draft election plans involving about 300 local-level jurisdictions in 25 states. I produced these plans at the request of local

2

citizens' groups, national organizations such as the NAACP and, in a few instances, by contract with local governments. Election plans I developed for two counties – Sussex County, Virginia and Webster County, Mississippi –  were adopted and precleared in 2002 by the U.S. Department of Justice. A ward plan I prepared for the City of Grenada, Mississippi was precleared in August 2005. A county council plan I developed for Native American plaintiffs in a Section 2 lawsuit (*Blackmoon v. Charles Mix County*) was adopted by Charles Mix County, South Dakota in November 2005. A county supervisors' plan I produced for Bolivar County, Mississippi was precleared in January 2006. A plan I drafted for Latino plaintiffs in Bethlehem, Pennsylvania (*Pennsylvania Statewide Latino Coalition v. Bethlehem Area School District*) was adopted in March 2009. Plans I developed for minority plaintiffs in Columbus County, North Carolina and Cortez-Montezuma School District in Colorado were adopted in 2009.

In addition, during the post-2000 reapportionment process, I drafted proposed statewide legislative plans on behalf  of clients in eight states – Florida, Montana, New Mexico, North Dakota, South Dakota, Tennessee, Virginia, and Wyoming.  In August 2005, a federal court ordered the State of South Dakota to remedy a Section 2 voting rights violation and adopt a state legislative plan I developed (*Bone Shirt v. Hazeltine*).

Since 1986, I have prepared election plans for Section 2 litigation in Alabama, Connecticut, Florida, Georgia, Louisiana, Maryland, Mississippi, Missouri, Montana, Nebraska, New Jersey, New York, North Carolina, Ohio, Pennsylvania, South Carolina, South Dakota, Tennessee, Utah, Virginia, Washington, and Wyoming.

I have testified at trial as an expert witness on redistricting and demographics in federal courts in the following voting rights cases (approximate most recent testimony dates are in parentheses):

3

**Alabama**
*Alabama Legislative Black Caucus et al. v. Alabama et al. (2013)*

**Colorado**
*Cuthair v. Montezuma-Cortez School Board (1997)*

**Georgia**
*Cofield v. City of LaGrange (1996)*
*Love v. Deal (1995)*
*Askew v. City of Rome (1995)*
*Woodard v. Lumber City (1989)*

**Louisiana**
*Knight v. McKeithen (1994)*
*Reno v. Bossier Parish  (1995)*
*Wilson v. Town of St. Francisville (1997)*

**Maryland**
*Cane v. Worcester County (1994)*

**Mississippi**
*Addy v Newton County (1995)*
*Boddie v. Cleveland  (2003)*
*Boddie v. Cleveland School District (2010)*
*Ewing v. Monroe County(1995)*
*Fairley v. Hattiesburg (2014)*
*Fairley v. Hattiesburg (2008)*
*Jamison v. City of Tupelo (2006)*
*Gunn v. Chickasaw County   (1995)*
*NAACP v. Fordice (1999)*
*Nichols v. Okolona (1995)*
*Smith v. Clark (1995)*

**Montana**
*Old Person v. Cooney (1998)*
*Old Person v. Brown (on remand) (2001)*

**Nebraska**
*Stabler v. Thurston County (1995)*

***New York***
*Arbor Hills Concerned Citizens v. Albany County (2003)*
*Pope v. County of Albany (2015)*

**South Carolina**
*Smith v. Beasley (1996)*

4

**South Dakota**
*Bone Shirt v. Hazeltine (2004)*
*Cottier v. City of Martin (2004)*

**Tennessee**
*Cousins v. McWherter (1994)*
*Rural West Tennessee  African American Affairs Council v. McWherter (1993)*

**Virginia**
*Henderson v. Richmond County (1988)*
*McDaniel v. Mehfoud (1988)*
*White* v. *Daniel (1989)*
*Smith v. Brunswick County (1991)*

***Wyoming***
*Large v. Fremont County (2007)*

In addition, I have filed declarations or been deposed in these voting rights cases:

**Alabama**
*Voketz v. City of Decatur (2014)*

**Florida**
*Burton v. City of Belle Glade (1997)*
*Johnson v. DeSoto County (1999)*
*Thompson v. Glades County (2001)*

**Georgia**
*Georgia State Conference NAACP, et al. v. Fayette County (2012)*
*Jones v. Cook County (1993)*
*Johnson v. Miller (1998)*
*Knighton v. Dougherty County (2002)*

**Kentucky**
*Herbert v. Kentucky State Board of Elections (2013)*

**Louisiana**
*Terrebonne Parish NAACP v. Jindal, et al. (2015)*
*NAACP v. St. Landry Parish Council (2005)*
*Prejean v. Foster (1994)*
*Rodney v. McKeithen (1993)*

**Maryland**
*Fletcher  v. Lamone (2011)*

Exhibit A

**Mississippi**
*Partee v. Coahoma County (2015)*
*Figgs v. Quitman County (2015)*
*Williams v. Bolivar County (2005)*
*Clark v. Calhoun County (on remand)(1993)*
*Houston v. Lafayette County (2002)*
*Wilson v. Clarksdale (1992)*
*Stanfield v. Lee County(1991)*
*Teague v. Attala County (on remand)(1993)*

**Montana**
*Alden v. Rosebud County (2000)*

**North Carolina**
*Lewis v. Alamance County (1991)*
*Gause v. Brunswick County (1992)*
*Webster v. Person County (1992)*

**South Carolina**
*Vander Linden v. Campbell (1996)*

**South Dakota**
*Emery v. Hunt (1999)*
*Kirkie v. Buffalo County (2004*

**Tennessee**
*NAACP v. Frost, et al. (2003)*

**Utah**
*Navajo Nation v. San Juan County (2014)*

**Virginia**
*Moon v. Beyer (1990)*

***Washington***
*Montes v. City of Yakima (2014)*

*# # #*

Exhibit B

## Ferguson-Florissant SD – 1990 Census to 2010 Census Population and Race Distribution

| | 1990 Number | Percent | 2000 Number | Percent | 2010 Number | Percent |
|---|---|---|---|---|---|---|
| Total Population | 80,938 | 100% | 73,767 | 100% | 69,050 | 100% |
| Total Hispanics | 656 | 0.81% | 922 | 1.34% | 1,342 | 1.94% |
| White* | 59.995 | 74.12% | 43.811 | 63.45% | 29.698 | 43.01% |
| Black* | 19,694 | 24.33% | 27,170 | 39.35% | 35,968 | 52.09% |
| American Indian and Native American* | 126 | 0.16% | 151 | 0.22% | 168 | 0.24% |
| Asian*# | 402 | 0.50% | 492 | 0.71% | 395 | 0.57% |
| Hawaiian and Pacific Islander*# | NA | NA | 15 | 0.02% | 14 | 0.02% |
| Other* | 65 | 0.08% | 114 | 0.17% | 126 | 0.18% |
| Two or More Races* | *NA* | NA | | | 1,339 | 1.94% |
| Black (Including Hispanics) | 19,783 | 28.65% | 27,270 | 39.49% | 36,101 | 52.28% |
| Any Part Black (Including Hispanics) | NA | NA | NC | NC | 37,212 | 53.89% |

\* Non-Hispanics only
\# In 1990, "Asian" includes Hawaiian and Pacific Islander.
NA Not Available
NC Not Calculated

## Ferguson-Florissant SD – 1990 Census to 2010 Census African-American and Non-Hispanic White Population Comparison



Exhibit B-2

2010 Census VTDs and 2011 BOE Precincts
2010 Census VTDs
2011 Precincts
0 .4 .8 1.2
Miles
Ferguson-Florissant School District
FLO018
SPL016
FLO019
SPL206
FLO202
FLO024
FLO205
SPL026
SPL210
SPL208
FLO016
FLO041
FLO023
SPL018
FLO017
SPL020
FLO026
SPL202
FLO028
FLO033
SPL201
SPL012
FLO012
FLO015
FLO014
FLO005
FLO003
FLO011
FLO008
FER041
FLO022
FLO025
FLO031
FLO004
FLO029
FLO013
FLO034
FER201
FLO030
FLO037
FLO020
NW209
FLO006
FER048
FER045
FLO207
FLO039
FLO007
FER051
FER003
FER015
NW005
FER024
FER023
FER013
FER005
AP233
AP228
AP203
AP055
AP237
FER207
AP227
AP054
FER033
NRW003
NW207
FER047
NRW004
AP216
NRW007
FER036
AP221
FER038
FER009
AP027
FER035
AP214
AP206
NRW005
FER032
NRW017
FER010
FER034
FER040
AP056
NRW019
NRW009
NRW008
FER021
FER012
AP215
NRW020
NRW025
NRW001
NRW015
NRW024
NRW021
AP036
AP010
AP038
NOR004
NOR012
NOR205
NOR013
NOR201





Exhibit C

Ferguson-Florissant School District
2010 Census
Water Area
Census Place
Highway
% Black by Block Group
No population
0% to 5%
5% to 20%
20% to 40%
40% to 60%
60% to 80%
80% to 95%
0 .4 .8 1.2
Miles
Numbers show 2010 Black Pop.
Old Jamestown
Florissant
Black Jack
Hazelwood
Ferguson
Dellwood
Castle Poin
Bridgeton
Berkeley
Kinloch
Edmundson
Woodson Terrace
St. Ann
Cool Valley
Normandy
Jennings
Country Club Hills
Moline



Exhibit D

# Selected Socio-Economic Data

## Ferguson-Florissant School District, Missouri

### African American and White, Not Hispanic

### Data Set: 2011-2013 American Community Survey 3-Year Estimates

20-Nov-14

Exhibit D

**C02003. RACE - Universe:  TOTAL  POPULATION**
Data Set: 2011-2013 American Community Survey 3-Year  Estimates

| | Ferguson-Florissant School District, Missouri | | |
|---|---|---|---|
| | Population | Margin of Error (+/-) | % of Total |
| **Total:** | **66,758** | **2776** | **100.0%** |
| Population of one race: | 64,562 | 2,878 | 96.7% |
| White | 28,160 | 1,789 | 42.2% |
| Black or African American | 35,087 | 2,458 | 52.6% |
| American Indian and Alaska Native | 85 | 122 | 0.1% |
| Asian alone | 544 | 273 | 0.8% |
| Native Hawaiian and Other Pacific Islander | 0 | 104 | 0.0% |
| Some other race | 686 | 470 | 1.0% |
| Population of two or more races: | 2,196 | 743 | 3.3% |
| Two races including Some other race | 38 | 45 | 0.1% |
| Two races excluding Some other race, and three or more races | 2,158 | 741 | 3.2% |
| Population of two races: | 2,043 | 730 | 3.1% |
| White; Black or African American | 1,183 | 516 | 1.8% |
| White; American Indian and Alaska Native | 117 | 73 | 0.2% |
| White; Asian | 182 | 176 | 0.3% |
| Black or African American; American Indian and Alaska Native | 381 | 401 | 0.6% |
| All other two race combinations | 180 | 150 | 0.3% |
| Population of three races | 153 | 112 | 0.2% |
| Population of four or more races | 0 | 104 | 0.0% |

Note: Hispanics may be of any race. See Table C03002 and chart.

Source: U.S. Census Bureau, 2011-2013 American Community  Survey

Although the American Community Survey (ACS) produces population, demographic and housing unit estimates, it is the Census Bureau's Population Estimates Program that produces and disseminates the official estimates of the population for the nation, states, counties, cities and towns and estimates  of housing units for states and counties.

Exhibit D

# Population by Race

## Ferguson-Florissant School District, Missouri



Source:  C02003. RACE - Universe:  TOTAL  POPULATION
Data Set: 2011-2013 American Community Survey 3-Year  Estimates

Exhibit D

**C03002. HISPANIC OR LATINO ORIGIN BY RACE - Universe: TOTAL  POPULATION**
Data Set: 2011-2013 American Community Survey 3-Year  Estimates

|  | Ferguson-Florissant School District, Missouri | | |
|---|---|---|---|
|  | Population | Margin of Error (+/-) | % of Total |
| **Total:** | **66,758** | 2776 | **100.0%** |
| Not Hispanic or Latino: | 65,795 | 2697 | 98.6% |
| White alone | 27,587 | 1,717 | 41.3% |
| Black or African American  alone | 34,955 | 2,444 | 52.4% |
| American Indian and Alaska Native  alone | 85 | 122 | 0.1% |
| Asian alone | 544 | 273 | 0.8% |
| Native Hawaiian and Other Pacific Islander  alone | 0 | 104 | 0.0% |
| Some other race alone | 489 | 482 | 0.7% |
| Two or more races: | 2,135 | 740 | 3.2% |
| Two races including Some other race | 25 | 40 | 0.0% |
| Two races excluding Some other race, and three or more races | 2,110 | 740 | 3.2% |
| Hispanic or Latino | 963 | 477 | 1.4% |

Source: U.S. Census Bureau, 2011-2013 American Community  Survey

Although the American Community Survey (ACS) produces population, demographic and housing unit estimates, it is the Census Bureau's Population Estimates Program that produces and disseminates the official estimates of the population for the nation, states, counties, cities and towns and  estimates of housing units for states and counties.

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

Exhibit D

## Non-Hispanic by Race and Hispanic Population

## Ferguson-Florissant School District, Missouri



Source:   C03002. HISPANIC OR LATINO ORIGIN BY RACE - Universe: TOTAL  POPULATION
Data Set: 2011-2013 American Community Survey 3-Year  Estimates

Exhibit D

**C01001. SEX BY AGE**
Data Set: 2011-2013 American Community Survey 3-Year  Estimates

| | Ferguson-Florissant School District, Missouri | | | | | |
|---|---|---|---|---|---|---|
| | African-American | Margin of Error (+/-) | % of AA Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| **Total:** | **35,087** | **2,458** | **100.0%** | **27,587** | **1,717** | **100.0%** |
| Under 18 years | 10,774 | NC | 30.7% | 4,345 | NC | 15.8% |
| 18 to 64 years | 21,237 | NC | 60.5% | 16,847 | NC | 61.1% |
| 65 years and over | 3,076 | NC | 8.8% | 6,395 | NC | 23.2% |
| Male: | 14,881 | 1,433 | 42.4% | 13,401 | 1,012 | 48.6% |
| Under 18 years | 5,299 | 975 | 15.1% | 2,368 | 501 | 8.6% |
| 18 to 64 years | 8,358 | 954 | 23.8% | 8,499 | 826 | 30.8% |
| 65 years and over | 1,224 | 291 | 3.5% | 2,534 | 363 | 9.2% |
| Female: | 20,206 | 1,571 | 57.6% | 14,186 | 987 | 51.4% |
| Under 18 years | 5,475 | 905 | 15.6% | 1,977 | 410 | 7.2% |
| 18 to 64 years | 12,879 | 978 | 36.7% | 8,348 | 669 | 30.3% |
| 65 years and over | 1,852 | 367 | 5.3% | 3,861 | 534 | 14.0% |

Source: U.S. Census Bureau, 2011-2013 American Community  Survey

Although the American Community Survey (ACS) produces population, demographic and housing unit estimates, it is the Census Bureau's Population Estimates Program that produces and disseminates the official estimates of the population for the nation,  states, counties, cities and towns and estimates of housing units for states and counties.

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

Exhibit D

## Population by Age

## Ferguson-Florissant School District, Missouri



Source:   C01001. SEX BY AGE
Data Set: 2011-2013 American Community Survey 3-Year  Estimates

Exhibit D

**B07004. GEOGRAPHICAL MOBILITY IN THE PAST YEAR BY RACE FOR CURRENT RESIDENCE IN THE UNITED STATES - Universe: POPULATION 1 YEAR AND OVER**

Data Set: 2011-2013 American Community Survey 3-Year  Estimates

| | Ferguson-Florissant School District,  Missouri | | | | | |
|---|---|---|---|---|---|---|
| | African-American | Margin of Error (+/-) | % of AA Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| Total: | **34,563** | **2,409** | **100.0%** | **27,297** | **1,696** | **100.0%** |
| Same house 1 year ago | 28,974 | 2,025 | 83.8% | 25,556 | 1,754 | 93.6% |
| Moved within same county | 4,292 | 1,226 | 12.4% | 905 | 385 | 3.3% |
| Moved from different county within same  state | 596 | 504 | 1.7% | 466 | 203 | 1.7% |
| Moved from different  state | 696 | 443 | 2.0% | 347 | 233 | 1.3% |
| Moved from abroad | 5 | 8 | 0.0% | 23 | 31 | 0.1% |

Source: U.S. Census Bureau, 2011-2013 American Community  Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

Exhibit D

# Geographical Mobility in the Past Year (Population 1 Year and Over)

## Ferguson-Florissant School District, Missouri



Source:  B07004. GEOGRAPHICAL MOBILITY IN THE PAST YEAR BY RACE FOR CURRENT RESIDENCE IN THE UNITED STATES -  Universe: POPULATION 1 YEAR AND OVER
Data Set: 2011-2013 American Community Survey 3-Year  Estimates

Exhibit D

**C08105. MEANS OF TRANSPORTATION TO WORK - Universe: WORKERS 16 YEARS AND OVER**
Data Set: 2011-2013 American Community Survey 3-Year  Estimates

| | Ferguson-Florissant School District,  Missouri | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | African-American | Margin of Error (+/-) | % of AA Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| **Total:** | 14408 | 1096 | **100.0%** | 12785 | 976 | **100.0%** |
| Car, truck, or van - drove alone | 11845 | 1125 | 82.2% | 11248 | 917 | 88.0% |
| Car, truck, or van - carpooled | 728 | 235 | 5.1% | 832 | 255 | 6.5% |
| Public transportation (excluding taxicab) | 931 | 311 | 6.5% | 112 | 78 | 0.9% |
| Taxicab, motorcycle, bicycle, walked, or other  means | 367 | 214 | 2.5% | 242 | 129 | 1.9% |
| Worked at home | 537 | 206 | 3.7% | 351 | 192 | 2.7% |

Source: U.S. Census Bureau, 2011-2013 American Community  Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

Exhibit D

## Means of Transportation to Work (Workers 16 Years and Over)

## Ferguson-Florissant School District, Missouri



Source:  C08105. MEANS OF TRANSPORTATION TO WORK - Universe: WORKERS 16 YEARS AND  OVER
Data Set: 2011-2013 American Community Survey 3-Year  Estimates

Exhibit D

**C15002. SEX BY EDUCATIONAL ATTAINMENT FOR THE POPULATION 25 YEARS AND OVER**
Data Set: 2011-2013 American Community Survey 3-Year  Estimates

| | Ferguson-Florissant School District,  Missouri | | | | | |
|---|---|---|---|---|---|---|
| | African-American | Margin of Error (+/-) | % of AA Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| **Total:** | **20,459** | **1,404** | **100.0%** | **21,419** | **1,332** | **100.0%** |
| Less than high school diploma | 2,148 | NC | 10.5% | 1,785 | NC | 8.3% |
| High school graduate, GED, or alternative | 6,142 | NC | 30.0% | 6,795 | NC | 31.7% |
| Some college or associate's degree | 8,665 | NC | 42.4% | 6,847 | NC | 32.0% |
| Bachelor's degree or higher | 3,504 | NC | 17.1% | 5,992 | NC | 28.0% |
| Male: | 7,639 | 752 | 37.3% | 10,028 | 771 | 46.8% |
| Less than high school diploma | 858 | 267 | 4.2% | 668 | 199 | 3.1% |
| High school graduate, GED, or alternative | 2,573 | 425 | 12.6% | 3,275 | 494 | 15.3% |
| Some college or associate's degree | 3,019 | 506 | 14.8% | 3,205 | 510 | 15.0% |
| Bachelor's degree or higher | 1,189 | 315 | 5.8% | 2,880 | 418 | 13.4% |
| Female: | 12,820 | 966 | 62.7% | 11,391 | 760 | 53.2% |
| Less than high school diploma | 1,290 | 274 | 6.3% | 1,117 | 296 | 5.2% |
| High school graduate, GED, or alternative | 3,569 | 524 | 17.4% | 3,520 | 466 | 16.4% |
| Some college or associate's degree | 5,646 | 847 | 27.6% | 3,642 | 501 | 17.0% |
| Bachelor's degree or higher | 2,315 | 432 | 11.3% | 3,112 | 423 | 14.5% |

Source: U.S. Census Bureau, 2011-2013 American Community  Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

Exhibit D

## Educational Attainment for the Population 25 Years and Older

## Ferguson-Florissant School District, Missouri



Source:   C15002. SEX BY EDUCATIONAL ATTAINMENT FOR THE POPULATION 25 YEARS AND  OVER
Data Set: 2011-2013 American Community Survey 3-Year  Estimates

**B16005. NATIVITY BY LANGUAGE SPOKEN AT HOME BY ABILITY TO SPEAK ENGLISH FOR THE POPULATION 5 YEARS AND  OVER** Exhibit D

Data Set: 2011-2013 American Community Survey 3-Year  Estimates

| | Ferguson-Florissant School District,  Missouri | | | | | |
|---|---|---|---|---|---|---|
| | African-American | Margin of Error (+/-) | % of AA Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| **Total:** | **32,672** | **2,203** | **100.0%** | **26,150** | **1,586** | **100.0%** |
| Speak only English | 31,946 | NC | 97.8% | 25,429 | NC | 97.2% |
| Speak another language | 726 | NC | 2.2% | 721 | NC | 2.8% |
| Speak English "very well" | 628 | NC | 1.9% | 605 | NC | 2.3% |
| Speak English "less than very well" | 98 | NC | 0.3% | 116 | NC | 0.4% |
| Native: | 32,310 | 2,233 | 98.9% | 25,890 | 1,557 | 99.0% |
| Speak only English | 31,878 | 2,216 | 97.6% | 25,282 | 1,480 | 96.7% |
| Speak another language | 432 | 234 | 1.3% | 608 | 269 | 2.3% |
| Speak English "very well" | 349 | 188 | 1.1% | 529 | 245 | 2.0% |
| Speak English "less than very well" | 83 | 95 | 0.3% | 79 | 91 | 0.3% |
| Foreign born: | 362 | 204 | 1.1% | 260 | 129 | 1.0% |
| Speak only English | 68 | 57 | 0.2% | 147 | 81 | 0.6% |
| Speak another language | 294 | 191 | 0.9% | 113 | 110 | 0.4% |
| Speak English "very well" | 279 | 186 | 0.9% | 76 | 64 | 0.3% |
| Speak English "less than very well" | 15 | 26 | 0.0% | 37 | 59 | 0.1% |

Source: U.S. Census Bureau, 2011-2013 American Community  Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

Exhibit D

## Speak English "Less than Very Well" (Population 5 Years and Over)

## Ferguson-Florissant School District, Missouri



Source:  B16005. NATIVITY BY LANGUAGE SPOKEN AT HOME BY ABILITY TO SPEAK ENGLISH FOR THE POPULATION 5 YEARS AND  OVER
Data Set: 2011-2013 American Community Survey 3-Year  Estimates

Exhibit D

**C17010. POVERTY STATUS IN THE PAST 12 MONTHS OF FAMILIES BY FAMILY TYPE BY PRESENCE OF RELATED CHILDREN UNDER 18 YEARS**

Data Set: 2011-2013 American Community Survey 3-Year Estimates

| | Ferguson-Florissant School District, Missouri | | | | | |
|---|---|---|---|---|---|---|
| | African-American | Margin of Error (+/-) | % of AA Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| **Total:** | **9,456** | **749** | **100.0%** | **7,829** | **550** | **100.0%** |
| Income in the past 12 months below poverty level: | 1,982 | 379 | 21.0% | 398 | 185 | 5.1% |
| Married-couple family: | 134 | 98 | 1.4% | 245 | 161 | 3.1% |
| With related children under 18 years | 113 | 94 | 1.2% | 232 | 159 | 3.0% |
| Other family: | 1,848 | 384 | 19.5% | 153 | 125 | 2.0% |
| Male householder, no wife present | 123 | 157 | 1.3% | 63 | 61 | 0.8% |
| With related children under 18 years | 21 | 27 | 0.2% | 63 | 61 | 0.8% |
| Female householder, no husband present | 1,725 | 353 | 18.2% | 90 | 113 | 1.1% |
| With related children under 18 years | 1,447 | 373 | 15.3% | 71 | 94 | 0.9% |
| Income in the past 12 months at or above poverty level: | 7,474 | 704 | 79.0% | 7,431 | 571 | 94.9% |
| Married-couple family: | 3,392 | 556 | 35.9% | 5,313 | 507 | 67.9% |
| With related children under 18 years | 1,561 | 402 | 16.5% | 1,500 | 316 | 19.2% |
| Other family: | 4,082 | 538 | 43.2% | 2,118 | 432 | 27.1% |
| Male householder, no wife present | 794 | 289 | 8.4% | 599 | 203 | 7.7% |
| With related children under 18 years | 431 | 266 | 4.6% | 197 | 120 | 2.5% |
| Female householder, no husband present | 3,288 | 461 | 34.8% | 1,519 | 363 | 19.4% |
| With related children under 18 years | 2,225 | 419 | 23.5% | 658 | 245 | 8.4% |

Source: U.S. Census Bureau, 2011-2013 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

Exhibit D

## Family Households Below Poverty in the Past 12 Months

## Ferguson-Florissant School District, Missouri



Source: C17010. POVERTY STATUS IN THE PAST 12 MONTHS OF FAMILIES BY FAMILY TYPE BY PRESENCE OF RELATED CHILDREN UNDER 18 YEARS

Data Set: 2011-2013 American Community Survey 3-Year Estimates

Exhibit D

## Female-headed Households with Related Children Below Poverty in the Past 12 Months

### Ferguson-Florissant School District, Missouri



Source:  C17010. POVERTY STATUS IN THE PAST 12 MONTHS OF FAMILIES BY FAMILY TYPE BY PRESENCE OF RELATED CHILDREN UNDER  18 YEARS
Data Set: 2011-2013 American Community Survey 3-Year  Estimates

Exhibit D

**B17020 POVERTY STATUS IN THE PAST 12 MONTHS BY AGE - Universe: POPULATION FOR WHOM POVERTY STATUS IS  DETERMINED**
Data Set: 2011-2013 American Community Survey 3-Year  Estimates

| | Ferguson-Florissant School District,  Missouri | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | African-American | Margin of Error (+/-) | % of AA By Age | White, Not Hispanic | Margin of Error (+/-) | % of NHW By Age |
| **Total:** | **34,571** | **2,379** | **100.0%** | **27,141** | **1,689** | **100.0%** |
| Income in the past 12 months below poverty  level: | 7,954 | 1,459 | 23.0% | 2,640 | 885 | 9.7% |
|    Under 18 years | 3,768 | NC | 36.0% | 850 | NC | 19.6% |
|    18 to 59 years | 3,579 | 673 | 18.4% | 1,417 | 460 | 10.1% |
|    60 years and over | 607 | NC | 13.1% | 373 | NC | 9.2% |
| Income in the past 12 months at or above poverty  level: | 26,617 | 2,271 | 77.0% | 24,501 | 1,742 | 90.3% |
|    Under 18 years | 6,699 | NC | 64.0% | 3,491 | NC | 80.4% |
|    18 to 59 years | 15,899 | 1,402 | 81.6% | 12,618 | 1,090 | 89.9% |
|    60 years and over | 4,019 | NC | 86.9% | 3,679 | NC | 90.8% |

Source: U.S. Census Bureau, 2011-2013 American Community  Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

Exhibit D

**Population Below Poverty in the Past 12 Months**

**Ferguson-Florissant School District, Missouri**



Source:   B17020 POVERTY STATUS IN THE PAST 12 MONTHS BY AGE - Universe: POPULATION FOR WHOM POVERTY STATUS IS   DETERMINED
Data Set: 2011-2013 American Community Survey 3-Year  Estimates

Exhibit D

**B19013. MEDIAN HOUSEHOLD INCOME IN THE PAST 12 MONTHS (IN 2013 INFLATION-ADJUSTED  DOLLARS)**
Data Set: 2011-2013 American Community Survey 3-Year  Estimates

| | Ferguson-Florissant School District,  Missouri | | | |
| --- | --- | --- | --- | --- |
| | African-American | Margin of Error (+/-) | White, Not Hispanic | Margin of Error (+/-) |
| Median household income in the past 12 months (in 2013 inflation-adjusted  dollars) | $    38,760 | $    2,475 | $    52,781 | $    3,652 |

Source: U.S. Census Bureau, 2011-2013 American Community  Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

Exhibit D

# Median Household Income in the Past 12 Months

## Ferguson-Florissant School District, Missouri



Source:   B19013. MEDIAN HOUSEHOLD INCOME IN THE PAST 12 MONTHS (IN 2013 INFLATION-ADJUSTED  DOLLARS)
Data Set: 2011-2013 American Community Survey 3-Year  Estimates

Exhibit D

**B19113. MEDIAN FAMILY INCOME IN THE PAST 12 MONTHS (IN 2013 INFLATION-ADJUSTED  DOLLARS)**
Data Set: 2011-2013 American Community Survey 3-Year  Estimates

|  | Ferguson-Florissant School District, Missouri | | | |
|  | African-American | Margin of Error (+/-) | White, Not Hispanic | Margin of Error (+/-) |
|---|---|---|---|---|
| Median family income in the past 12 months (in 2013 inflation-adjusted  dollars) | $    44,099 | $     3,178 | $     66,086 | $     3,976 |

Source: U.S. Census Bureau, 2011-2013 American Community  Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

Exhibit D

# Median Family Income in the Past 12 Months

## Ferguson-Florissant School District, Missouri



Source:   B19113. MEDIAN FAMILY INCOME IN THE PAST 12 MONTHS (IN 2013 INFLATION-ADJUSTED  DOLLARS)
Data Set: 2011-2013 American Community Survey 3-Year  Estimates

**B19202. MEDIAN NONFAMILY HOUSEHOLD INCOME IN THE PAST 12 MONTHS (IN 2013 INFLATION-ADJUSTED DOLLARS)**
Data Set: 2011-2013 American Community Survey 3-Year Estimates

| | Ferguson-Florissant School District, Missouri | | | |
| --- | --- | --- | --- | --- |
| | African-American | Margin of Error (+/-) | White, Not Hispanic | Margin of Error (+/-) |
| Median nonfamily household income in the past 12 months (in 2013 inflation-adjusted dollars) | $ 28,544 | $ 4,156 | $ 30,691 | $ 5,731 |

Source: U.S. Census Bureau, 2011-2013 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

Exhibit D

# Median Non-Family Income in the Past 12 Months

## Ferguson-Florissant School District, Missouri



Median nonfamily household income in the past 12 months (in 2013 inflation-adjusted dollars)

Source:   B19202. MEDIAN NONFAMILY HOUSEHOLD INCOME IN THE PAST 12 MONTHS (IN 2013 INFLATION-ADJUSTED  DOLLARS)
Data Set: 2011-2013 American Community Survey 3-Year  Estimates

Exhibit D

**B20017. MEDIAN EARNINGS IN THE PAST 12 MONTHS (IN 2013 INFLATION-ADJUSTED DOLLARS) BY SEX BY WORK EXPERIENCE IN  THE PAST 12 MONTHS FOR THE POPULATION 16 YEARS AND OVER WITH EARNINGS IN THE PAST 12  MONTHS**

Data Set: 2011-2013 American Community Survey 3-Year  Estimates

| | Ferguson-Florissant School District,  Missouri | | | |
| --- | --- | --- | --- | --- |
| | African-American | Margin of Error (+/-) | White, Not Hispanic | Margin of Error (+/-) |
| Median earnings in the past 12 months (in 2013 inflation-adjusted dollars)  -- | | | | |
|   Total: | $ 26,671 | $ 1,916 | $ 32,202 | $ 2,518 |
|   Male  -- | | | | |
|     Total | $ 26,748 | $ 4,922 | $ 34,903 | $ 3,959 |
|     Worked full-time, year-round in the past 12  months | $ 37,767 | $ 4,933 | $ 42,813 | $ 4,322 |
|     Other | $ 7,975 | $ 2,459 | $ 11,609 | $ 2,911 |
|   Female  -- | | | | |
|     Total | $ 26,625 | $ 2,206 | $ 30,453 | $ 2,970 |
|     Worked full-time, year-round in the past 12  months | $ 33,087 | $ 2,795 | $ 46,409 | $ 2,272 |
|     Other | $ 8,783 | $ 2,477 | $ 11,348 | $ 1,978 |

Source: U.S. Census Bureau, 2011-2013 American Community  Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

Exhibit D

**Median earnings in the Past 12 Months (16 Years and Over with Earnings)**

**Ferguson-Florissant School District, Missouri**



Source:  B20017. MEDIAN EARNINGS IN THE PAST 12 MONTHS (IN 2013 INFLATION-ADJUSTED DOLLARS) BY SEX BY WORK EXPERIENCE IN THE PAST 12 MONTHS FOR THE POPULATION 16 YEARS AND OVER WITH EARNINGS IN THE PAST 12  MONTHS
Data Set: 2011-2013 American Community Survey 3-Year  Estimates

Exhibit D

**C21001. SEX BY AGE BY VETERAN STATUS FOR THE CIVILIAN POPULATION 18 YEARS AND OVER**
Data Set: 2011-2013 American Community Survey 3-Year Estimates

| | Ferguson-Florissant School District, Missouri | | | | | |
|---|---|---|---|---|---|---|
| | African-American | Margin of Error (+/-) | % of AA Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| **Total:** | **24,313** | **1,513** | **100.0%** | **23,242** | **1,413** | **100.0%** |
| Veteran | 2,380 | NC | 9.8% | 2,728 | NC | 11.7% |
| Nonveteran | 21,933 | NC | 90.2% | 20,514 | NC | 88.3% |
| Male: | 9,582 | 946 | 39.4% | 11,033 | 870 | 47.5% |
| 18 to 64 years: | 8,358 | 954 | 34.4% | 8,499 | 826 | 36.6% |
| Veteran | 1,371 | 377 | 5.6% | 1,051 | 272 | 4.5% |
| Nonveteran | 6,987 | 869 | 28.7% | 7,448 | 748 | 32.0% |
| 65 years and over: | 1,224 | 291 | 5.0% | 2,534 | 363 | 10.9% |
| Veteran | 755 | 261 | 3.1% | 1,593 | 262 | 6.9% |
| Nonveteran | 469 | 190 | 1.9% | 941 | 271 | 4.0% |
| Female: | 14,731 | 1,029 | 60.6% | 12,209 | 808 | 52.5% |
| 18 to 64 years: | 12,879 | 978 | 53.0% | 8,348 | 669 | 35.9% |
| Veteran | 240 | 153 | 1.0% | 66 | 49 | 0.3% |
| Nonveteran | 12,639 | 957 | 52.0% | 8,282 | 661 | 35.6% |
| 65 years and over: | 1,852 | 367 | 7.6% | 3,861 | 534 | 16.6% |
| Veteran | 14 | 23 | 0.1% | 18 | 28 | 0.1% |
| Nonveteran | 1,838 | 370 | 7.6% | 3,843 | 535 | 16.5% |

Source: U.S. Census Bureau, 2011-2013 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

Exhibit D

## Veterans in the Civilian Population 18 Years and Over

## Ferguson-Florissant School District, Missouri



Source:   C21001. SEX BY AGE BY VETERAN STATUS FOR THE CIVILIAN POPULATION 18 YEARS AND  OVER
Data Set: 2011-2013 American Community Survey 3-Year  Estimates

Exhibit D

**B22005. RECEIPT OF FOOD STAMPS/SNAP IN THE PAST 12 MONTHS BY RACE OF  HOUSEHOLDER**
Data Set: 2011-2013 American Community Survey 3-Year  Estimates

| | Ferguson-Florissant School District,  Missouri | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | African-American | Margin of Error (+/-) | % of AA Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| **Total:** | **13,669** | **876** | **100.0%** | **13,084** | **757** | **100.0%** |
| HH received Food Stamps/SNAP in the past 12  months | 3,661 | 519 | 26.8% | 1,307 | 365 | 10.0% |
| HH did not receive Food Stamps/SNAP in the past 12  months | 10,008 | 809 | 73.2% | 11,777 | 772 | 90.0% |

Source: U.S. Census Bureau, 2011-2013 American Community  Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

Exhibit D

## Receipt of Food Stamps/SNAP in the Past 12 Months by Household

## Ferguson-Florissant School District, Missouri



Source:  B22005. RECEIPT OF FOOD STAMPS/SNAP IN THE PAST 12 MONTHS BY RACE OF  HOUSEHOLDER
Data Set: 2011-2013 American Community Survey 3-Year  Estimates

Exhibit D

**C23002. SEX BY AGE BY EMPLOYMENT STATUS FOR THE POPULATION 16 YEARS AND OVER**
Data Set: 2011-2013 American Community Survey 3-Year Estimates

| | Ferguson-Florissant School District, Missouri | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | African-American | Margin of Error (+/-) | % of AA Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| **Total:** | **25,544** | **1,629** | **100.0%** | **23,813** | **1,403** | **100.0%** |
| In labor force: | 17,343 | NC | 67.9% | 14,642 | NC | 61.5% |
| In Armed Forces | 0 | NC | 0.0% | 0 | NC | 0.0% |
| Civilian: | 16,773 | NC | 65.7% | 13,774 | NC | 57.8% |
| Employed | 14,948 | NC | 58.5% | 13,282 | NC | 55.8% |
| Unemployed | 2,395 | NC | 9.4% | 1,360 | NC | 5.7% |
| Not in labor force | 8,201 | NC | 32.1% | 9,171 | NC | 38.5% |
| Male: | 10,114 | 1,035 | 39.6% | 11,401 | 867 | 47.9% |
| 16 to 64 years: | 8,890 | 1,047 | 34.8% | 8,867 | 835 | 37.2% |
| In labor force: | 6,768 | 750 | 26.5% | 7,253 | 717 | 30.5% |
| In Armed Forces | 0 | 104 | 0.0% | 0 | 104 | 0.0% |
| Civilian: | 6,768 | 750 | 26.5% | 7,253 | 717 | 30.5% |
| Employed | 5521 | 665 | 21.6% | 6492 | 688 | 27.3% |
| Unemployed | 1,247 | 414 | 4.9% | 761 | 246 | 3.2% |
| Not in labor force | 2,122 | 595 | 8.3% | 1,614 | 407 | 6.8% |
| 65 years and over: | 1,224 | 291 | 4.8% | 2,534 | 363 | 10.6% |
| In labor force: | 379 | 194 | 1.5% | 416 | 156 | 1.7% |
| Employed | 361 | 191 | 1.4% | 400 | 153 | 1.7% |
| Unemployed | 18 | 33 | 0.1% | 16 | 31 | 0.1% |
| Not in labor force | 845 | 259 | 3.3% | 2,118 | 338 | 8.9% |

Exhibit D

| | Ferguson-Florissant School District,  Missouri | | | | | |
|---|---|---|---|---|---|---|
| | African-American | Margin of Error (+/-) | % of AA Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| Female: | 15,430 | 1,126 | 60.4% | 12,412 | 807 | 52.1% |
| 16 to 64 years: | 13,578 | 1,090 | 53.2% | 8,551 | 683 | 35.9% |
| In labor force: | 10,005 | 955 | 39.2% | 6,521 | 599 | 27.4% |
| In Armed Forces | 0 | 104 | 0.0% | 0 | 104 | 0.0% |
| Civilian: | 10,005 | 955 | 39.2% | 6,521 | 599 | 27.4% |
| Employed | 8,875 | 792 | 34.7% | 5,959 | 537 | 25.0% |
| Unemployed | 1,130 | 374 | 4.4% | 562 | 266 | 2.4% |
| Not in labor force | 3,573 | 561 | 14.0% | 2,030 | 360 | 8.5% |
| 65 years and over: | 1,852 | 367 | 7.3% | 3,861 | 534 | 16.2% |
| In labor force: | 191 | 91 | 0.7% | 452 | 158 | 1.9% |
| Employed | 191 | 91 | 0.7% | 431 | 146 | 1.8% |
| Unemployed | 0 | 104 | 0.0% | 21 | 34 | 0.1% |
| Not in labor force | 1,661 | 349 | 6.5% | 3,409 | 502 | 14.3% |

Source: U.S. Census Bureau, 2011-2013 American Community  Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

Exhibit D

## Employment Status for the Population 16 years and over

## Ferguson-Florissant School District, Missouri



Source:   C23002. SEX BY AGE BY EMPLOYMENT STATUS FOR THE POPULATION 16 YEARS AND  OVER
Data Set: 2011-2013 American Community Survey 3-Year  Estimates

Exhibit D

# Unemployment of Working Age Population (Ages 16 to 64)
## (As a Percent of 16-64 Civilian Labor Force)

### Ferguson-Florissant School District, Missouri



Source:   C23002. SEX BY AGE BY EMPLOYMENT STATUS FOR THE POPULATION 16 YEARS AND  OVER
Data Set: 2011-2013 American Community Survey 3-Year  Estimates

Exhibit D

**C24010. SEX BY OCCUPATION FOR THE CIVILIAN EMPLOYED POPULATION 16 YEARS AND OVER**
Data Set: 2011-2013 American Community Survey 3-Year Estimates

| | Ferguson-Florissant School District, Missouri | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | African-American | Margin of Error (+/-) | % of AA Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| **Total:** | **14,948** | **1,138** | **100.0%** | **13,282** | **984** | **100.0%** |
| Management, professional, and related occupations | 3,718 | NC | 24.9% | 4,947 | NC | 37.2% |
| Service occupations | 4,028 | NC | 26.9% | 2,106 | NC | 15.9% |
| Sales and office occupations | 3,806 | NC | 25.5% | 3,687 | NC | 27.8% |
| Natural resources, construction, and maintenance occupations: | 716 | NC | 4.8% | 1,152 | NC | 8.7% |
| Production, transportation, and material moving occupations | 2,680 | NC | 17.9% | 1,390 | NC | 10.5% |
| Male: | 5,882 | 697 | 39.3% | 6,892 | 656 | 51.9% |
| Management, business, science, and arts occupations: | 712 | 258 | 4.8% | 2,256 | 440 | 17.0% |
| Service occupations | 1,532 | 355 | 10.2% | 748 | 192 | 5.6% |
| Sales and office occupations | 953 | 339 | 6.4% | 1,625 | 340 | 12.2% |
| Natural resources, construction, and maintenance occupations: | 691 | 297 | 4.6% | 1,116 | 329 | 8.4% |
| Production, transportation, and material moving occupations | 1,994 | 446 | 13.3% | 1,147 | 299 | 8.6% |
| Female: | 9,066 | 795 | 60.7% | 6,390 | 576 | 48.1% |
| Management, professional, and related occupations | 3,006 | 562 | 20.1% | 2,691 | 396 | 20.3% |
| Service occupations | 2,496 | 464 | 16.7% | 1,358 | 400 | 10.2% |
| Sales and office occupations | 2,853 | 468 | 19.1% | 2,062 | 377 | 15.5% |
| Natural resources, construction, and maintenance occupations: | 25 | 42 | 0.2% | 36 | 44 | 0.3% |
| Production, transportation, and material moving occupations | 686 | 298 | 4.6% | 243 | 147 | 1.8% |

Source: U.S. Census Bureau, 2011-2013 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

Exhibit D

## Occupation for the Civilian Employed 16 Years and Over Population

## Ferguson-Florissant School District, Missouri



Source:   C24010. SEX BY OCCUPATION FOR THE CIVILIAN EMPLOYED POPULATION 16 YEARS AND  OVER
Data Set: 2011-2013 American Community Survey 3-Year  Estimates

Exhibit D

**B25003. TENURE - Universe: OCCUPIED HOUSING UNITS**
Data Set: 2011-2013 American Community Survey 3-Year Estimates

| | Ferguson-Florissant School District, Missouri | | | | | |
|---|---|---|---|---|---|---|
| | African-American | Margin of Error (+/-) | % of AA Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| **Total:** | **13,669** | **876** | **100.0%** | **13,084** | **757** | **100.0%** |
| Owner occupied | 6,924 | 598 | 50.7% | 11,053 | 729 | 84.5% |
| Renter occupied | 6,745 | 735 | 49.3% | 2,031 | 423 | 15.5% |

Source: U.S. Census Bureau, 2011-2013 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.h

Exhibit D

# Home Owners and Renters by Household

## Ferguson-Florissant School District, Missouri



Source:  B25003. TENURE - Universe: OCCUPIED HOUSING UNITS
Data Set: 2011-2013 American Community Survey 3-Year Estimates

Exhibit D

**B25014. OCCUPANTS PER ROOM  -   Universe: OCCUPIED HOUSING UNITS**
Data Set: 2011-2013 American Community Survey 3-Year  Estimates

| | Ferguson-Florissant School District, Missouri | | | | | |
|---|---|---|---|---|---|---|
| | African-American | Margin of Error (+/-) | % of AA Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| **Total:** | **13,669** | **876** | **100.0%** | **13,084** | **757** | **100.0%** |
| 1.00 or less occupants per room | 13,620 | 879 | 99.6% | 12,849 | 778 | 98.2% |
| 1.01 or more occupants per room | 49 | 45 | 0.4% | 235 | 157 | 1.8% |

Source: U.S. Census Bureau, 2011-2013 American Community  Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.ht

Exhibit D

## More than One Person per Room (Crowding) by Household

## Ferguson-Florissant School District, Missouri



Source:  B25014. OCCUPANTS PER ROOM  -  Universe: OCCUPIED HOUSING  UNITS
Data Set: 2011-2013 American Community Survey 3-Year  Estimates

**B18101: AGE BY DISABILITY STATUS**

Data Set: 2011-2013 American Community Survey 3-Year  Estimates

|  | Ferguson-Florissant School District, Missouri | | | | | |
|---|---|---|---|---|---|---|
|  | African-American | Margin of Error (+/-) | % of AA Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| **Total:** | **34,880** | **2,452** | **100.0%** | **27,246** | **1,700** | **100.0%** |
| Under 18 years: | 10,773 | 1,560 | 30.9% | 4,343 | 743 | 15.9% |
| With a disability | 686 | 378 | 2.0% | 190 | 113 | 0.7% |
| No disability | 10,087 | 1,513 | 28.9% | 4,153 | 705 | 15.2% |
| 18 to 64 years: | 21,198 | 1,420 | 60.8% | 16,748 | 1,231 | 61.5% |
| With a disability | 3,309 | 592 | 9.5% | 2,006 | 452 | 7.4% |
| No disability | 17,889 | 1,289 | 51.3% | 14,742 | 1,157 | 54.1% |
| 65 years and over: | 2,909 | 521 | 8.3% | 6,155 | 751 | 22.6% |
| With a disability | 1,025 | 281 | 2.9% | 2,439 | 540 | 9.0% |
| No disability | 1,884 | 394 | 5.4% | 3,716 | 505 | 13.6% |

Source: U.S. Census Bureau, 2011-2013 American Community  Survey


For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

Exhibit D

# Disability by Age

## Ferguson-Florissant School District, Missouri



Source:   B18101: AGE BY DISABILITY STATUS
Data Set: 2011-2013 American Community Survey 3-Year Estimates

**C27001B: HEALTH INSURANCE COVERAGE STATUS BY AGE**
Data Set: 2011-2013 American Community Survey 3-Year  Estimates

| | Ferguson-Florissant School District, Missouri | | | | | |
|---|---|---|---|---|---|---|
| | African-American | Margin of Error (+/-) | % of AA Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| Total: | **34,880** | **2,452** | **100.0%** | **27,246** | **1,700** | **100.0%** |
| Under 18 years: | 10,773 | 1,560 | 30.9% | 4,343 | 743 | 15.9% |
| With health insurance coverage | 10,313 | 1,566 | 29.6% | 4,260 | 747 | 15.6% |
| No health insurance coverage | 460 | 210 | 1.3% | 83 | 78 | 0.3% |
| 18 to 64 years: | 21,198 | 1,420 | 60.8% | 16,748 | 1,231 | 61.5% |
| With health insurance coverage | 16,281 | 1,402 | 46.7% | 14,012 | 1,105 | 51.4% |
| No health insurance coverage | 4,917 | 665 | 14.1% | 2,736 | 499 | 10.0% |
| 65 years and over: | 2,909 | 521 | 8.3% | 6,155 | 751 | 22.6% |
| With health insurance coverage | 2,891 | 515 | 8.3% | 6,155 | 751 | 22.6% |
| No health insurance coverage | 18 | 23 | 0.1% | 0 | 104 | 0.0% |

Source: U.S. Census Bureau, 2011-2013 American Community  Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

Exhibit D

## Lack of Health Insurance Coverage by Age

## Ferguson-Florissant School District, Missouri



Source:   C27001B: HEALTH INSURANCE COVERAGE STATUS BY AGE
Data Set: 2011-2013 American Community Survey 3-Year Estimates



Exhibit E-1

Plaintiffs' Illustrative Plan 1
Streets
Water Area
Census Place
Highway
0 .4 .8 1.2
Miles
Ferguson-Florissant School District
1
2
3
4
5
6
7
Old Jamestown
Black Jack
Florissant
Hazelwood
Calverton Park
Ferguson
Dellwood
Castle Point
Moline Ac
Bridgeton
Berkeley
Kinloch
Edmundson
Woodson Terrace
St. Ann
Cool Valley
Normandy
Jennings
Country Club Hills
Flordell Hills

Exhibit E-2

# Population Summary Report

### Ferguson-Florissant  School District, MO – Plaintiffs' Illustrative Plan 1

| District | Population | Deviation | % Deviation | Black | % Black | AP Black | % AP Black | Hispanic | % Hispanic | NH White | % NH White |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 9841 | 32 | 0.33% | 6852 | 69.63% | 7005 | 71.18% | 161 | 1.64% | 2596 | 26.38% |
| 2 | 10025 | 216 | 2.20% | 6653 | 66.36% | 6807 | 67.90% | 131 | 1.31% | 2952 | 29.45% |
| 3 | 9923 | 114 | 1.16% | 7704 | 77.64% | 7852 | 79.13% | 312 | 3.14% | 1692 | 17.05% |
| 4 | 9321 | -488 | -4.98% | 2843 | 30.50% | 2979 | 31.96% | 192 | 2.06% | 6010 | 64.48% |
| 5 | 9997 | 188 | 1.92% | 2032 | 20.33% | 2165 | 21.66% | 201 | 2.01% | 7513 | 75.15% |
| 6 | 9980 | 171 | 1.74% | 4396 | 44.05% | 4583 | 45.92% | 180 | 1.80% | 5111 | 51.21% |
| 7 | 9576 | -233 | -2.38% | 5380 | 56.18% | 5576 | 58.23% | 147 | 1.54% | 3707 | 38.71% |
| **Total** | **68663** | | **7.18%** | **35860** | **52.23%** | **36967** | **53.84%** | **1324** | **1.93%** | **29581** | **43.08%** |

| District | 18+_Pop | 18+ Black | % 18+ Black | 18+ AP Black | % 18+ AP Black | 18+ Hisp. | % 18+ Hisp. | 18+_NH White | % 18+ NH White |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 6918 | 4423 | 63.93% | 4492 | 64.93% | 99 | 1.43% | 2261 | 32.68% |
| 2 | 7071 | 4310 | 60.95% | 4364 | 61.72% | 81 | 1.15% | 2528 | 35.75% |
| 3 | 6984 | 5193 | 74.36% | 5260 | 75.32% | 188 | 2.69% | 1475 | 21.12% |
| 4 | 7406 | 2062 | 27.84% | 2121 | 28.64% | 123 | 1.66% | 5043 | 68.09% |
| 5 | 7790 | 1359 | 17.45% | 1415 | 18.16% | 122 | 1.57% | 6163 | 79.11% |
| 6 | 7442 | 2898 | 38.94% | 2956 | 39.72% | 117 | 1.57% | 4285 | 57.58% |
| 7 | 7160 | 3785 | 52.86% | 3858 | 53.88% | 94 | 1.31% | 3097 | 43.25% |
| **Total** | **50771** | **24030** | **47.33%** | **24466** | **48.19%** | **824** | **1.62%** | **24852** | **48.95%** |

| District | Group Quarters – Incarcerated | Group Quarters – College Dorms | Grooup Quarters – Military |
|---|---|---|---|
| 1 | 0 | 0 | 0 |
| 2 | 0 | 0 | 0 |
| 3 | 0 | 0 | 0 |
| 4 | 0 | 0 | 0 |
| 5 | 0 | 0 | 0 |
| 6 | 4 | 190 | 0 |
| 7 | 0 | 0 | 0 |
| **Total** | **4** | **190** | **0** |

Group quarters data are from the 2010 Advance Group Quarters File released by the Census Bureau on April 20, 2011

Exhibit E-3

Plaintiffs' Illustrative Plan 1
2015 Precincts
Water Area
Census Place
Highway
2015 Precincts
0
.4
.8
1.2
Miles
1
2
3
4
5
6
7
FLO018
SPL016
FLO019
FLO024
FLO200
SPL026
SPL206
SPL210
SPL208
FLO017
SPL018
SPL020
SPL202
SPL207
SPL012
FER029
FLO023
FLO016
FLO002
FLO014
FLO012
FLO005
FLO003
FLO010
FLO011
FLO031
FLO022
FLO008
FLO004
FLO013
FLO030
FLO029
FLO020
FLO007
FLO006
FER023
FER016
FER036
FLO207
FER003
FER015
FER044
FER024
FER013
FER005
FER207
AP038
FER033
NW209
NW005
AP233
AP203
AP237
AP003
NRW003
NRW004
NW207
AP216
NRW002
NRW007
FER020
AP214
AP206
NRW005
FER035
FER009
NRW017
FER032
FER034
AP027
NRW008
FER031
FER021
NRW009
FER012
AP215
NRW019
NRW025
NRW001
NRW015
NRW021
AP036
NRW029
NOR004
NOR012
NRW203
NOR013
NRW202
270
70
170
67
370
180
115
367



Exhibit E-4

Plaintiffs' Illustrative Plan 1
Public Schools by District
Water Area
Census Place
Highway
0 .4 .8 1.2
Miles
Ferguson-Florissant School District
Old Jamestown
WEDGWOOD ELEM.
CROSS KEYS MIDDLE
7
HALLS FERRY ELEM.
Black Jack
Florissant
EARLY EDUCATION CENTER
COMBS ELEM.
5
PARKER ROAD ELEM.
COMMONS LANE ELEM.
DUCHESNE ELEM.
MCCLUER NORTH HIGH
6
Florissant
STUDENT SUPPORT CENTER
ROBINWOOD ELEM.
Hazelwood
MCCLUER HIGH
Hazelwood
WALNUT GROVE ELEM.
Calverton Park
Ferguson
BERKELEY MIDDLE
Hazelwood
4
LEE HAMILTON ELEM.
Castle Point
Bridgeton
1
Dellwood
FERGUSON MIDDLE
AIRPORT ELEM.
GRIFFITH ELEM.
Ferguson
VOGT ELEM.
Moline Ac
3
Berkeley
CENTRAL ELEM.
2
Kinloch
Edmundson
MCCLUER SOUTH-BERKELEY HIGH
Woodson Terrace
BERMUDA ELEM.
St. Ann
COOL VALLEY ELEM.
HOLMAN ELEM.
Normandy
Jennings
Country Club Hills
Flordell Hills
idgeton
67
270
370
170
70
180
115
367

Exhibit E-5

# Plaintiffs' Illustrative Plan 1 -- Public Schools by District

| School Name | 2010-2011 Enrollment | Illustrative Plan 1 District Assignment |
|---|---|---|
| BERKELEY MIDDLE | 305 | 1 |
| CENTRAL ELEM. | 291 | 1 |
| FERGUSON MIDDLE | 583 | 1 |
| JOHNSON WABASH ELEM. | 410 | 1 |
| BERMUDA ELEM. | 279 | 2 |
| GRIFFITH ELEM. | 371 | 2 |
| VOGT ELEM. | 268 | 2 |
| AIRPORT ELEM. | 302 | 3 |
| COOL VALLEY ELEM. | 246 | 3 |
| HOLMAN ELEM. | 216 | 3 |
| MCCLUER SOUTH-BERKELEY HIGH | 646 | 3 |
| LEE HAMILTON ELEM. | 311 | 4 |
| MCCLUER HIGH | 1394 | 4 |
| WALNUT GROVE ELEM. | 424 | 4 |
| COMBS ELEM. | 348 | 5 |
| DUCHESNE ELEM. | 418 | 5 |
| EARLY EDUCATION CENTER | 546 | 6 |
| PARKER ROAD ELEM. | 378 | 6 |
| COMMONS LANE ELEM. | 464 | 6 |
| MCCLUER NORTH HIGH | 1827 | 6 |
| ROBINWOOD ELEM. | 409 | 6 |
| STUDENT SUPPORT CENTER | 0 | 6 |
| CROSS KEYS MIDDLE | 789 | 7 |
| HALLS FERRY ELEM. | 367 | 7 |
| WEDGWOOD ELEM. | 644 | 7 |

Source for School Location Shapefile and Data:
 National Center for Education Statistics
http://nces.ed.gov/surveys/sdds/ed/index.asp



Exhibit E-6

Plaintiffs' Illustrative Plan 1
Water Area
Census Place
Highway
2015_Incumbents
0
.4
.8
1.2
Miles
Ferguson-Florissant School District
Old Jamestown
Black Jack
Florissant
Florissant
Hazelwood
Hazelwood
Hazelwood
Calverton Park
Ferguson
Ferguson
Dellwood
Castle Point
Moline Ac
Bridgeton
idgeton
Berkeley
Kinloch
Edmundson
Woodson Terrace
St. Ann
Cool Valley
Normandy
Country Club Hills
Jennings
Flordell Hills
1
2
3
4
5
6
7
67
270
370
170
70
180
115
367

Exhibit E-7

## Incumbent Assignments -- Plaintiffs' Illustrative Plan 1

| NAME | ADDRESS | CITY | STATE | ZIP | District |
|------|---------|------|-------|-----|----------|
| Leslie Suzanne Hogshead | 975 Buckeye Drive | Ferguson | MO | 63135 | 1 |
| Keith A. Brown | 410 Hereford Ave. | Ferguson | MO | 63135 | 2 |
| Robert Chabot | 149 N. Elizabeth Ave. | Ferguson | MO | 63135 | 2 |
| Paul T. Morris | 510 Larkin Ave | Ferguson | MO | 63135 | 2 |
| Brian Scott Ebert | 1360 Hialeah Place | Florissant | MO | 63033 | 5 |
| Courtney Michelle Graves | 2075 Aqueduct Dr | Florissant | MO | 63033-2861 | 7 |
| Donna Thurman | 12959 Eadstone Ln | Florissant | MO | 63033-4020 | 7 |

Exhibit E-8

# Reock Measures of Compactness – Plaintiffs' Illustrative Plan 1

| DISTRICT | Reock |
|----------|-------|
| 1 | 0.35 |
| 2 | 0.44 |
| 3 | 0.29 |
| 4 | 0.26 |
| 5 | 0.54 |
| 6 | 0.66 |
| 7 | 0.34 |
| 8 | 0.39 |
| | |
| Sum | N/A |
| Min | 0.26 |
| Max | 0.66 |
| Mean | 0.41 |
| Std. Dev. | 0.13 |



Exhibit F-1

Plaintiffs' Illustrative Plan 2
Streets
Water Area
Census Place
Highway
0 .4 .8 1.2
Miles
Ferguson-Florissant School District
Old Jamestown
Florissant
Black Jack
Hazelwood
Calverton Park
Ferguson
Dellwood
Castle Point
Bridgeton
Berkeley
Kinloch
Edmundson
Woodson Terrace
St. Ann
Cool Valley
Normandy
Jennings
Country Club Hills
Flordell Hills
Moline Ac
1
2
3
4
5
6
7

Exhibit F-2

# Population Summary Report

### Ferguson-Florissant  School District, MO – Plaintiffs Illustrative Plan 2

| District | Population | Deviation | % Deviation | Black | % Black | AP Black | % AP Black | Hispanic | % Hispanic | NH White | % NH White |
|---------|-----------|-----------|-------------|-------|---------|----------|------------|----------|------------|----------|------------|
| 1 | 10020 | 211 | 2.15% | 7029 | 70.15% | 7183 | 71.69% | 163 | 1.63% | 2594 | 25.89% |
| 2 | 9494 | -315 | -3.21% | 6310 | 66.46% | 6439 | 67.82% | 124 | 1.31% | 2808 | 29.58% |
| 3 | 9736 | -73 | -0.74% | 7658 | 78.66% | 7819 | 80.31% | 306 | 3.14% | 1548 | 15.90% |
| 4 | 9755 | -54 | -0.55% | 3034 | 31.10% | 3198 | 32.78% | 203 | 2.08% | 6267 | 64.24% |
| 5 | 10232 | 423 | 4.31% | 2067 | 20.20% | 2184 | 21.34% | 211 | 2.06% | 7670 | 74.96% |
| 6 | 9620 | -189 | -1.93% | 5359 | 55.71% | 5523 | 57.41% | 125 | 1.30% | 3838 | 39.90% |
| 7 | 9806 | -3 | -0.03% | 4403 | 44.90% | 4621 | 47.12% | 192 | 1.96% | 4856 | 49.52% |
| **Total** | **68663** | | **7.52%** | **35860** | **52.23%** | **36967** | **53.84%** | **1324** | **1.93%** | **29581** | **43.08%** |

| District | 18+_Pop | 18+ Black | % 18+ Black | 18+ AP Black | % 18+ AP Black | 18+ Hisp. | % 18+ Hisp. | 18+_NH White | % 18+ NH White |
|---------|---------|-----------|-------------|--------------|----------------|-----------|-------------|--------------|----------------|
| 1 | 7039 | 4542 | 64.53% | 4612 | 65.52% | 100 | 1.42% | 2259 | 32.09% |
| 2 | 6688 | 4072 | 60.89% | 4121 | 61.62% | 74 | 1.11% | 2401 | 35.90% |
| 3 | 6816 | 5158 | 75.67% | 5227 | 76.69% | 185 | 2.71% | 1347 | 19.76% |
| 4 | 7671 | 2157 | 28.12% | 2215 | 28.87% | 136 | 1.77% | 5243 | 68.35% |
| 5 | 8008 | 1395 | 17.42% | 1446 | 18.06% | 117 | 1.46% | 6316 | 78.87% |
| 6 | 7149 | 3682 | 51.50% | 3737 | 52.27% | 81 | 1.13% | 3227 | 45.14% |
| 7 | 7400 | 3024 | 40.86% | 3108 | 42.00% | 131 | 1.77% | 4059 | 54.85% |
| **Total** | **50771** | **24030** | **47.33%** | **24466** | **48.19%** | **824** | **1.62%** | **24852** | **48.95%** |

| District | Group Quarters – Incarerated | Grooup Quarters – College Dorms | Grooup Quarters – Military |
|---------|------------------------------|---------------------------------|----------------------------|
| 1 | 0 | 0 | 0 |
| 2 | 0 | 0 | 0 |
| 3 | 0 | 0 | 0 |
| 4 | 4 | 0 | 0 |
| 5 | 0 | 0 | 0 |
| 6 | 0 | 190 | 0 |
| 7 | 0 | 0 | 0 |
| **Total** | **4** | **190** | **0** |

Group quarters data are from the 2010 Advance Group Quarters File released by the Census Bureau on April 20, 2011





Exhibit F-3

Plaintiffs' Illustrative Plan 2
2015 Precincts
Water Area
Census Place
Highway
2015 Precincts
0 .4 .8 1.2
Miles
1
2
3
4
5
6
7
FLO018
SPL016
FLO019
FLO024
FLO200
SPL026
SPL206
SPL208
FLO023
FLO017
SPL018
SPL020
FLO016
FLO002
SPL202
FLO014
SPL012
FER029
FLO012
FLO005
FLO003
FLO011
FLO010
FLO031
FLO022
FLO008
FLO004
FLO030
FLO013
FLO029
FER036
FLO020
FLO007
FLO006
FER023
FER016
FLO207
FER003
FER015
FER044
FER024
FER013
FER005
AP233
AP203
AP237
AP038
FER207
AP003
NRW003
NRW004
FER033
NW005
NW207
AP216
NW209
FER020
NRW007
NRW002
FER035
FER009
AP214
AP206
NRW005
NRW017
FER032
FER034
AP027
NRW008
FER031
NRW009
FER021
FER012
AP215
NRW019
NRW025
NRW001
NRW015
NRW021
AP036
NRW029
NOR004
NOR012
NRW203
NOR013
NRW202
67
270
370
170
70
180
115
367

Exhibit F-4

Plaintiffs' Illustrative Plan 2
Public Schools by District
Water Area
Census Place
Highway
0 .4 .8 1.2
Miles
Ferguson-Florissant School District
Old Jamestown
WEDGWOOD ELEM.
CROSS KEYS MIDDLE
7
HALLS FERRY ELEM.
Black Jack
Florissant
EARLY EDUCATION CENTER
PARKER ROAD ELEM.
COMBS ELEM.
5
6
COMMONS LANE ELEM.
DUCHESNE ELEM.
MCCLUER NORTH HIGH
Florissant
STUDENT SUPPORT CENTER
ROBINWOOD ELEM.
Hazelwood
MCCLUER HIGH
4
WALNUT GROVE ELEM.
Hazelwood
Calverton Park
Ferguson
BERKELEY MIDDLE
Hazelwood
Bridgeton
LEE HAMILTON ELEM.
Castle Point
1
FERGUSON MIDDLE
Dellwood
AIRPORT ELEM.
GRIFFITH ELEM.
Ferguson
VOGT ELEM.
3
Berkeley
CENTRAL ELEM.
Moline Ac
2
Kinloch
Edmundson
MCCLUER SOUTH-BERKELEY HIGH
Woodson Terrace
BERMUDA ELEM.
St. Ann
COOL VALLEY ELEM.
HOLMAN ELEM.
Normandy
Jennings
Country Club Hills
Flordell Hills
idgeton

# Plaintiffs' Illustrative Plan 2 -- Public Schools by District

| School Name | 2010-2011 Enrollment | Illustrative Plan 2 District Assignment |
|---|---|---|
| BERKELEY MIDDLE | 305 | 1 |
| CENTRAL ELEM. | 291 | 1 |
| FERGUSON MIDDLE | 583 | 1 |
| JOHNSON WABASH ELEM. | 410 | 1 |
| BERMUDA ELEM. | 279 | 2 |
| GRIFFITH ELEM. | 371 | 2 |
| VOGT ELEM. | 268 | 2 |
| AIRPORT ELEM. | 302 | 3 |
| COOL VALLEY ELEM. | 246 | 3 |
| HOLMAN ELEM. | 216 | 3 |
| MCCLUER SOUTH-BERKELEY HIGH | 646 | 3 |
| DUCHESNE ELEM. | 418 | 4 |
| LEE HAMILTON ELEM. | 311 | 4 |
| MCCLUER HIGH | 1394 | 4 |
| WALNUT GROVE ELEM. | 424 | 4 |
| COMBS ELEM. | 348 | 5 |
| EARLY EDUCATION CENTER | 546 | 5 |
| MCCLUER NORTH HIGH | 1827 | 5 |
| PARKER ROAD ELEM. | 378 | 5 |
| COMMONS LANE ELEM. | 464 | 6 |
| HALLS FERRY ELEM. | 367 | 6 |
| ROBINWOOD ELEM. | 409 | 6 |
| STUDENT SUPPORT CENTER | 0 | 6 |
| CROSS KEYS MIDDLE | 789 | 7 |
| WEDGWOOD ELEM. | 644 | 7 |

Source for School Location Shapefile and Data:
 National Center for Education Statistics
http://nces.ed.gov/surveys/sdds/ed/index.asp



Exhibit F-6

Plaintiffs' Illustrative Plan 2
Water Area
Census Place
Highway
2015_Incumbents
0
.4
.8
1.2
Miles
Ferguson-Florissant School District
Old Jamestown
Florissant
Black Jack
Florissant
Hazelwood
Hazelwood
Calverton Park
Ferguson
idgeton
Hazelwood
Bridgeton
Dellwood
Castle Point
Ferguson
Moline Ac
Berkeley
Kinloch
Edmundson
Woodson Terrace
St. Ann
Cool Valley
Normandy
Jennings
Country Club Hills
Flordell Hills
1
2
3
4
5
6
7
67
270
170
70
370
180
115
367

Exhibit F-7

**Incumbent Assignments -- Plaintiffs' Illustrative Plan 2**

| NAME | ADDRESS | CITY | STATE | ZIP | District |
|------|---------|------|-------|-----|----------|
| Leslie Suzanne Hogshead | 975 Buckeye Drive | Ferguson | MO | 63135 | 1 |
| Keith A. Brown | 410 Hereford Ave. | Ferguson | MO | 63135 | 2 |
| Robert Chabot | 149 N. Elizabeth Ave. | Ferguson | MO | 63135 | 2 |
| Paul T. Morris | 510 Larkin Ave | Ferguson | MO | 63135 | 4 |
| Brian Scott Ebert | 1360 Hialeah Place | Florissant | MO | 63033 | 5 |
| Donna Thurman | 12959 Eadstone Ln | Florissant | MO | 63033-4020 | 6 |
| Courtney Michelle Graves | 2075 Aqueduct Dr | Florissant | MO | 63033-2861 | 7 |

Exhibit F-8

# Reock Measures of Compactness –
# Plaintiffs' Illustrative Plan 2

| DISTRICT | Reock |
|----------|-------|
| 1 | 0.36 |
| 2 | 0.46 |
| 3 | 0.29 |
| 4 | 0.40 |
| 5 | 0.37 |
| 6 | 0.39 |
| 7 | 0.38 |
| Sum | N/A |
| Min | 0.29 |
| Max | 0.46 |
| Mean | 0.38 |
| Std. Dev. | 0.05 |