EXHIBIT C

Case: 4:14-cv-02077-RWS   Doc. #:  82-3   Filed: 09/30/15   Page: 2 of 3 PageID #: 921



# American Community Survey (ACS)

## What is the American Community Survey?

The American Community Survey (ACS) is an ongoing survey that provides vital information on a yearly basis about our nation and its people. Information from the survey generates data that help determine how more than $400 billion in federal and state funds are distributed each year.

Through the ACS, we know more about jobs and occupations, educational attainment, veterans, whether
people own or rent their home, and other topics. Public officials, planners, and entrepreneurs use this information to assess the past and plan the future. When you respond to the ACS, you are doing your part to help your community plan hospitals and schools, support school lunch programs, improve emergency services, build bridges, and inform businesses looking to add jobs and expand to new markets, and more.

**Thank you for your time and effort. It makes a difference!**

**contact us | website feedback | email updates | site map**

Last Revised: June 22, 2015

Case: 4:14-cv-02077-RWS   Doc. #:  82-3   Filed: 09/30/15   Page: 3 of 3 PageID #: 922