EXHIBIT D



# American Community Survey (ACS)

About the Survey

Respond to the Survey

News & Updates

Data

Guidance for Data Users

Geography & ACS

Technical Documentation

Methodology

Library

Operations and Administration

Contact Us

The American Community Survey helps local officials, community leaders and businesses understand the changes taking place in their communities. It is the premier source for detailed information about the American people and workforce.

What is the ACS?



How do I respond to the ACS?



Where can I get ACS data?

## Latest

| Data | News | Events | Library |

### 2014 Data Release
Learn more about the latest ACS 1-year data release on September 17th, including changes for this release and links for more information.

### Data Tables & Tools
The ACS provides data tables including Comparison and Selected Population Profiles, and Subject, Detailed, Ranking, and Geographic Comparison Tables.

### Summary File Data
The ACS Summary File is a set of comma-delimited text files that contain all of the detailed tables for the ACS.

Case: 4:14-cv-02077-RWS   Doc. #:  82-4   Filed: 09/30/15   Page: 3 of 3 PageID #: 925