EXHIBIT E

Case: 4:14-cv-02077-RWS   Doc. #:  82-5   Filed: 09/30/15   Page: 2 of 3 PageID #: 927



# American Community Survey (ACS)

## When to Use 1-year, 3-year, or 5-year Estimates

Choosing which dataset involves more than simply considering the population size in your area. You must think about the balance between currency and sample size/reliability/precision.

For details, research implications, and examples, see "Understanding and Using ACS Single-Year and Multiyear Estimates," page 9 in General Data Users Handbook.

**Distinguishing features of ACS 1-year, 3-year, and 5-year estimates**

| **1-year estimates** | **3-year estimates*** | **5-year estimates** |
|---|---|---|
| 12 months of collected data | 36 months of collected data | 60 months of collected data |
| *Example:* 2014 ACS 1-year estimates *Date collected between:* January 1, 2014 and December 31, 2014 | *Example:* 2011-2013 ACS 3-year estimates *Date collected between:* January 1, 2011 and December 31, 2013 | *Example:* 2010-2014 ACS 5-year estimates *Date collected between:* January 1, 2010 and December 31, 2014 |
| Data for areas with populations of 65,000+ | Data for areas with populations of 20,000+ | Data for all areas |

| Less reliable than 3-year or 5-year | More reliable than 1-year; less reliable than 5-year | Most reliable |
|---|---|---|
| Most current data | Less current than 1-year estimates; more current than 5-year | Least current |
| **Best used when** | **Best used when** | **Best used when** |
| Currency is more important than precision<br><br>Analyzing large populations | More precise than 1-year, more current than 5-year<br><br>Analyzing smaller populations<br><br>Examining smaller geographies because 1-year estimates are not available | Precision is more important than currency<br><br>Analyzing very small populations<br><br>Examining tracts and other smaller geographies because 1-year estimates are not available |

*ACS 3-year estimates have been discontinued. The 2005-2007, 2006-2008, 2007-2009, 2008-2010, 2009-2011, 2010-2012 and 2011-2013 ACS 3-year estimates will remain available to data users, but no new 3-year estimates will be produced. Every community in the nation will continue to receive a detailed statistical portrait of its social, economic, housing and demographic characteristics through 1-year and 5-year ACS products.

**contact us | website feedback | email updates | site map**

Last Revised: August 25, 2015