EXHIBIT I

JONATHAN RODDEN, Ph.D.    8/20/2015

## Page 1

1        UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF MISSOURI
2
3    MISSOURI STATE CONFERENCE OF)
     THE NATIONAL ASSOCIATION FOR)
4    THE ADVANCEMENT OF COLORED )
     PEOPLE, REDDITT HUDSON, F. )
5    WILLIS JOHNSON and DORIS    )
     BAILEY,                     )
6                                )
               Plaintiffs,       )
7                                )
     vs.                         ) Civ. No. 14-2077
8                                )
     FERGUSON-FLORISSANT SCHOOL )
9    DISTRICT and ST. LOUIS      )
     COUNTY BOARD OF ELECTIONS   )
10   COMMISSIONERS,              )
                                 )
11             Defendants.       )
12
13       DEPOSITION OF WITNESS, JONATHAN RODDEN, Ph.D.,
14   produced, sworn and examined on the 20th day of August,
15   2015, commencing at approximately 9:39 A.M. at the offices
16   of the American Civil Liberties Union of Eastern Missouri,
17   454 Whittier Street, St. Louis, Missouri, before BETH O.
18   ZINK, a Registered Professional Reporter, Missouri
19   Certified Court Reporter, Illinois Certified Shorthand
20   Reporter and Notary Public, in a certain cause now pending
21   in the United States District Court for the Eastern
22   District of Missouri, wherein MISSOURI STATE CONFERENCE OF
23   THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED
24   PEOPLE, ET AL. are Plaintiffs and FERGUSON-FLORISSANT
25   SCHOOL DISTRICT, ET AL. are Defendants.

## Page 2

1            INDEX OF QUESTIONERS
2
3    EXAMINATION                  PAGE NO.
     By Mr. Ho               5
4    By Ms. Ormsby           334
5    By Mr. Ho               348
6
7            INDEX OF EXHIBITS
     PLAINTIFFS'
     RODDEN DEPOSITION
9    EXHIBIT NO.     DESCRIPTION      PAGE NO.
10   1    Curriculum vitae of           8
          Jonathan Rodden, Ph.D.
11   2    Abstract, Quarterly Journal   27
          of Political Science, 2013
12        Unintentional Gerrymandering:
          Political Geography and
13        Electoral Bias in Legislatures
     3    Washington Post blog post     34
14        By J. Rodden, 8/18/2014
     4    5/27/15 Report of Jonathan    47
15        Rodden, Ph.D.
     5    Table 4b. Reported Voting and 67
16        Registration by sex, race and
          Hispanic origin for states,
17        November 2014
     6    Turnout rates, 2000-2015      81
18   7    Rodden Report Figure 6,       81
          Turnout rates
19   8    Figure 3, Ferguson-Florissant 99
          SD - 1990 Census to 2010 Census
20        African-American & Non-Hispanic
          White Population
21   9    Excel spreadsheet corresponding 107
          with Figure 3
22   10   Underlying data for Figure 8   127
     11   Reformatted spreadsheet        127
23   12   Figure 8 FFSD Election         136
          Results, 2000-2015, Candidates
24        with Highest Point Estimates
25

## Page 3

1            INDEX OF EXHIBITS
                (Continued)
2
3    PLAINTIFFS'
     RODDEN DEPOSITION
4    EXHIBIT NO.     DESCRIPTION      PAGE NO.
5    13   Figure 8 FFSD Election      164
          Results, 2000-2015, Success
6         Rates of Candidates of Choice
     14   Facts and Data Considered in 237
7         Expert Report, J. Rodden,6/15/15
     15   3/12/14 St. Louis Post       238
8         Dispatch article, Ferguson-
          Florissant Superintendent
9         Art McCoy Resigns
     16   3/12/14 St. Louis Public Radio 238
10        Article, McCoy Resigns as
          Ferguson-Florissant
11        Superintendent
     17   1/23/14 St. Louis Public Radio 238
12        Article, Contests Set for
          Ferguson-Florissant School
13        Board
     18   Top-ranked Candidates         259
14        According to Rodden Report
          Figure 8
15   19   Supplemental Report of        272
          Jonathan Rodden, Bloc
16        Voting and Cohesion
     20   Supplemental Report of        287
17        Jonathan Rodden, Senate Factors
     21   2014 Montana General Election 317
18        Voter Information Guide flyer
     22   Decision, McCulloch v.        321
19        Stanford and Dartmouth
     DEFENDANTS'
20   EXHIBIT    DESCRIPTION      PAGE NO.
21
     Q    Chart of election years,     336
22        Number of successful black
          Candidates, existing at-large
23        System and Cooper Plan #2
          (Demonstrative exhibit)
24
     (Exhibits attached to original and copy of transcript.)
25

## Page 4

1        A P P E A R A N C E S
2
3    For the Plaintiffs:
4        AMERICAN CIVIL LIBERTIES UNION FOUNDATION
         125 Broad Street, 18th Floor
5        New York, New York  10004
         By:  Ms. Julie Ebenstein
6            Mr. Dale Ho
             (212)549-2686
7        e-mail:  jebenstein@aclu.org
                  dale.ho@aclu.org
8
         AMERICAN CIVIL LIBERTIES UNION
9        OF EASTERN MISSOURI
         454 Whittier Street
10       St. Louis, Missouri  63108
         By:  Mr. Anthony Rothert
11       (314)652-3114
         e-mail:  tony@aclu-em.org
12
13   For the Defendants:
14
         CROTZER & ORMSBY
15       130 South Bemiston Avenue, Suite 602
         St. Louis, Missouri  63105
16       By:  Ms. Cindy Ormsby
             Ms. Angela Bullock Gabel
17       (314)726-3040
         e-mail:  cormsby@crotzerormsby.com
18               agabel@crotzerormsby.com
19
     Also Present:  Sophia Lin Lakin, ACLU
20
21
     Reported By:
22   Beth O. Zink, RPR
     MO-CCR#799, IL-CSR084.004477
23   Midwest Litigation Services
     711 North 11th Street
24   St. Louis, Missouri  63101
     (314)644-2191
25

MIDWEST LITIGATION SERVICES
www.midwestlitigation.com        Phone: 1.800.280.3376        Fax: 314.644.1334

JONATHAN RODDEN, Ph.D.   8/20/2015

Page 5

1    IT IS HEREBY STIPULATED AND AGREED, by and between
2    counsel for the Plaintiffs and counsel for the Defendants,
3    that this deposition may be taken in shorthand by Beth O.
4    Zink, a notary public and shorthand reporter, and
5    afterwards transcribed into typewriting: and the signature
6    of the witness is expressly reserved.
7         (Rodden Deposition Exhibits 1 through 4 were
8    previously marked for identification.)
9         (Whereupon, the deposition commenced at
10   approximately 9:39 A.M.)
11        * * * * *
12        JONATHAN RODDEN, Ph.D.,
13   produced, sworn and examined on behalf of the Plaintiffs,
14   deposes and says:
15        DIRECT EXAMINATION,
16   QUESTIONS BY MR. HO:
17   Q.  Good morning, Dr. Rodden.
18   A.  Good morning.
19   Q.  Could you state and spell your full name for
20   the record.
21   A.  Jonathan, J-o-n-a-t-h-a-n, Andrew,
22   A-n-d-r-e-w, Rodden, R-o-d-d-e-n.
23   Q.  And Dr. Rodden, you've been deposed before,
24   correct?
25   A.  Yes, I have.

Page 6

1    Q.  I just want to very briefly go over some basic
2    rules.  This will be familiar to you, but just to refresh
3    your memory.  First, obviously there's a court reporter
4    here who's transcribing everything that we say.  The thing
5    I'll ask is that if you could wait until I finish a
6    question before giving your answer, and I'll wait until
7    you finish your answer before asking the next question,
8    that will keep -- help keep the record clear.  Is that
9    okay?
10   A.  Yes.
11   Q.  Great.  And I'll also ask that you answer
12   questions verbally.  The court reporter can't take down
13   gestures like head nods and shaking heads.
14   A.  Yes.
15   Q.  Is that okay?
16   A.  Yes.
17   Q.  Great.  You understand today that you're under
18   oath?
19   A.  Yes.
20   Q.  Under penalty of perjury?
21   A.  Yes.
22   Q.  Is there any reason that you cannot testify
23   truthfully today?
24   A.  No.
25   Q.  From time to time when I ask questions, one of

Page 7

1    the attorneys on your side may object.  As a general
2    matter, you can still answer my question unless they
3    instruct you specifically not to.  Do you understand?
4    A.  Understood, yes.
5    Q.  Okay.  It's okay to take breaks.  Any time
6    that you want to take a break, just let me know.  The one
7    thing I would ask is that if I've posed a question to you,
8    you answer that question before taking your break.  Is
9    that okay?
10   A.  Yes.
11   Q.  Great.  What did you do to prepare for today's
12   deposition?
13   A.  I sat down with my expert reports and re-read
14   them and I also read the reports from the plaintiffs'
15   expert witnesses.
16   Q.  Did you do anything else?
17   A.  No.
18   Q.  Did you meet with your -- with the attorneys
19   on your side?
20   A.  I arrived in town, I was here yesterday, and I
21   did speak with them yesterday.
22   Q.  Okay.  So in addition to preparing -- in
23   addition to reviewing your reports, you also met with the
24   attorneys to prepare for today's deposition?
25   A.  Not in the -- not -- we spoke about the case,

Page 8

1    but not really in the spirit of deposition preparation.
2    Q.  About how long did you meet?
3    A.  Maybe three, four hours.
4    Q.  Prior to that meeting yesterday, did you have
5    any conversations with the attorneys on your side to
6    prepare for today's deposition?
7    A.  No.
8    Q.  Okay.  So just one meeting yesterday three or
9    four hours?
10   A.  That's right.
11   Q.  Okay.  I want to show you something that we've
12   marked as Rodden Exhibit 1.
13        MS. ORMSBY:  Thank you.
14   Q.  Sure.  This is your CV, Dr. Rodden?
15   A.  Yes.
16   Q.  Okay.  Now, you've been a professor of
17   political science at Stanford since 2007; is that right?
18   A.  Yes.
19   Q.  And prior to that, you were a professor of
20   political science at MIT?
21   A.  Yes.
22   Q.  And that's -- you became a professor of
23   political science at MIT in 1999; is that right?
24   A.  Yes.
25   Q.  Now, from the look of your CV here, it seems

2 (Pages 5 to 8)

JONATHAN RODDEN, Ph.D.   8/20/2015

Page 9

1  you've published a number of peer-reviewed articles and
2  book chapters; is that correct?
3       A.  Yes.
4       Q.  And you are on a number of selection
5  committees for awarding prizes for political science
6  scholarship; is that right?
7       A.  I have done those things, yes.
8       Q.  So is it fair to say that you're familiar with
9  generally accepted standards for reliability for empirical
10  research in the field of political science?
11       A.  Yes.
12       Q.  Also fair to say that you are familiar with
13  professional and ethical guidelines for the conduct of
14  research in political science?
15       A.  Yes.
16       Q.  Okay.  What would you describe as your primary
17  area of research within the field of political science?
18       A.  My current primary area of research is in the
19  field that I call political geography, and in particular I
20  am interested in understanding the geographic distribution
21  of political preferences and voting behavior as well as
22  various demographic information.
23            I'm interested in how these things are
24  distributed in geographic space, especially in the context
25  of cities, and I'm interested in what happens when

Page 10

1  electoral districts are mapped on top of those -- of those
2  underlying features of geography.  I'm interested in how
3  those features of geography change over time and then what
4  happens to the process of political representation when we
5  draw those districts.
6            So this is something that I study in many
7  countries, but I have developed a particular interest in
8  the United States and have been working a lot on that
9  recently.
10       Q.  Is it fair to describe that topic with the
11  term political geography, for shorthand?
12       A.  Yes.
13       Q.  Okay.  You said that's your current area of
14  focus?
15       A.  Yes.
16       Q.  Have you had other areas of focus prior to
17  that in your research?
18       A.  Yes.  I spent a lot of time working on
19  questions related to federalism and the vertical
20  distribution of authority within political systems.  So by
21  that I mean the relationship between central governments,
22  state or provincial governments, and local or municipal
23  governments in countries around the world, in particular
24  with respect to fiscal structures.  So I've done a lot of
25  work on the topic that one might call fiscal federalism

Page 11

1  and political and fiscal decentralization, so I'm
2  interested in local government more generally.  And I, in
3  fact, still work in that topic -- on that topic as well.
4       Q.  Have there been other areas of focus in terms
5  of your research other than political geography and
6  federalism?
7       A.  There's also been a body of work on what I
8  call issue voting, so the extent to which -- extent to
9  which people, when they go to cast a ballot in a vote, are
10  thinking about economic issues versus social issues, by
11  which I mean things like gay rights and abortion, the
12  extent to which voting behavior has multiple issue
13  components.  I'm interested in the way those -- those
14  issue preferences translate into voting behavior.  I have
15  some papers that I think fit pretty well under that topic,
16  but I think those three overarching themes capture pretty
17  well most of what I've done.
18       Q.  Beyond those three areas, political geography,
19  fiscal federalism and issue voting, any other areas of
20  focus in your research as a political scientist?
21       A.  I think those are three broad categories that
22  capture most of my research.
23       Q.  And you consider yourself an expert on those
24  three areas, political geography, fiscal federalism and
25  issue voting?

Page 12

1       A.  Yes.
2       Q.  Do you consider yourself an expert on
3  residential segregation?
4       A.  Yes.
5       Q.  And what's your basis for considering yourself
6  an expert on residential segregation?
7       A.  I have developed a course at Stanford that
8  focuses heavily on residential segregation.  I am the
9  founder and director of the spatial social science lab at
10  Stanford.  A big focus of this group is residential
11  segregation.  We have been actively trying to understand
12  patterns of segregation in different cities using very
13  fine-grained data.
14            We have been looking at residential
15  segregation by race using data, block-level data from
16  different censuses, and as I described earlier, one of my
17  interests in particular is political segregation.  I have
18  developed a data set that is now being used widely in the
19  field by lots of people.  It is a precinct-level data set
20  of election results that allow us to put together
21  information on race and information on voting behavior at
22  the level of precincts really for the first time.  So I've
23  been using that to understand patterns of residential
24  segregation within cities, by both race and partisanship,
25  and that's something that I've been doing in a number of

3 (Pages 9 to 12)

JONATHAN RODDEN, Ph.D.   8/20/2015

## Page 13

1    cities.

2        I've also looked at residential -- patterns of

3    residential segregation in other countries.  I'm very

4    interested in how urban form in the United States is

5    different from urban form in other places, and so

6    particular suburbanization is a topic on which I've -- to

7    which I've given a great deal of attention.

8        Q.  You have your CV in front of you.

9        A.  Yes.

10       Q.  Could you just give me a few examples of some

11   of your peer-reviewed research on the issue of racial

12   segregation.

13      A.  This is an area that I have -- of research

14   I've moved into recently.  I do not have a peer-reviewed

15   article yet that is -- that focuses on urban form as I

16   just described it.  There is a paper here that is

17   published in the -- in the Annual Review of Political

18   Science called the Geographic Distribution of Political

19   Preferences, which goes into some detail about questions

20   of -- involving the residential -- the distribution of

21   residential patterns in the United States in particular

22   and talks about the way in which patterns of segregation

23   within cities shape the overall distribution of political

24   preferences.

25      I also have a book manuscript that is in

## Page 14

1    progress that has quite a bit of analysis of patterns of

2    residential segregation by race and segregation by partisanship, and

3    this is a book project that I've been working on for some

4    time, and my hope is to complete that book manuscript in

5    the upcoming months.

6        Q.  But as of right now, you don't have any

7   peer-reviewed publications that address patterns of racial

8   segregation specifically, correct, Dr. Rodden?

9      A.  As I mentioned, I believe -- well, the focus

10   of the paper I mentioned in Annual Review of Political

11   Science is not -- is not 100 percent on racial

12   segregation, but there is no paper that -- with that in

13   the title where that is in the abstract.  It's there under

14   the surface in several of my papers in much of my ongoing

15   work, but there is no -- there is no recent peer-reviewed

16   paper that has that as its main focus.

17      Q.  Okay.  Do you consider yourself an expert on

18   socioeconomic disparities by race?

19      A.  It is an area in which I feel I've been

20   gaining expertise.  As I described, this is a -- my

21   research is moving in this direction and it's something

22   I've been deeply immersed in trying to understand

23   recently, and I would say that I've reached the point

24   where I would call myself an expert in this.

25      Q.  Do any of your peer-reviewed publications to

## Page 15

1    date focus on the issue of socioeconomic disparities by

2   race?

3      A.  Focusing in particular on disparities where

4   that's the main -- the main focus is to try to explain

5   disparities or use disparities to explain something else,

6   I would say there's no paper that meets that description

7   that is currently published and peer-reviewed.  I would

8   say that is an important topic under the surface in

9   several of these papers, including one called Geography

10   and Gridlock in the United States, in Nathaniel Persily,

11   Editor, Solutions to Political Polarization in America.

12   There are a few other papers in which these topics are

13   important, but they are not the focus of those papers.

14      Q.  Do you consider yourself an expert on local

15   politics in the St. Louis metro area?

16      A.  I would, in the past, have answered no to that

17   question.  At this point I would answer yes to that

18   question.  I have become deeply immersed in that question.

19      Q.  And when have you -- can you explain what

20   accounts for that change?

21      A.  Because the St. Louis area, which is my home,

22   has become the focus of a great deal of attention, and in

23   my work on cities I already described a course that I've

24   developed in which one of the things students do is pick a

25   city and ask -- answer a number of questions about

## Page 16

1    segregation, patterns of disparities.

2      I have designed labs for my students where

3    they have to download data from the census and from the

4    ACS, put those into a map and try to explore patterns of

5    segregation and income disparity, socioeconomic

6    disparities.  That's one of the things my students do in

7    those labs.  One of the cities we've been focusing on for

8    some time, because it's my home and because I know a lot

9    about it, has been St. Louis.  So it has been a number of

10   years we've been doing labs with the students and I've

11   been teaching using material drawn from St. Louis, and I

12   have not gotten to the point of publishing it yet.

13      It has become the focus of national attention

14   recently, and so I kind of doubled my efforts to try to

15   understand the place.  And I began reviewing some other

16   literature, some other things that others have been

17   writing about St. Louis, and I was -- I was interested to

18   notice that there were a number of mischaracterizations of

19   North County in particular which gave me even more reason

20   to want to explore, and has become something that

21   I've done really -- prior to becoming involved in this

22   lawsuit, I put a lot of effort into mapping and trying to

23   understand socioeconomic disparities and information about

24   racial groups in space and particular economic

25   information.  I'm very interested in class and economic

**MIDWEST LITIGATION SERVICES**
www.midwestlitigation.com    Phone: 1.800.280.3376    Fax: 314.644.1334

JONATHAN RODDEN, Ph.D.   8/20/2015

Page 17

1   distribution -- distribution of economic information,
2   income in particular, in the St. Louis area. So through
3   that -- through those efforts, I believe I've developed
4   some expertise on this.
5       Q. And that's all within the last year?
6       A. Well, as I described, the -- I had already
7   been working on this question for many years and more in
8   my teaching capacity than in my research capacity,
9   although it was just an interest of mine. But I would say
10  it's become a research focus in the last year.
11      Q. And to be clear, you have not authored any
12  published peer-reviewed research on local politics in the
13  St. Louis metro area, correct?
14      A. I do not typically publish case studies of
15  particular cities. That's not the style of research I do
16  in peer-reviewed journals. That is something that I would
17  typically do through a different kind of outlet, and so I
18  did publish an article in the Washington Post that
19  summarized some research that I had been doing. The
20  Washington Post is not peer-reviewed, although the blog in
21  which this appeared is actually edited by some prominent
22  political scientists who did review the work and give me
23  some feedback that then helped me craft the article that I
24  published.
25      Q. But you don't have anything in a peer-reviewed

Page 18

1   political science journal that addresses the issue of
2   local politics in the St. Louis metro area --
3       A. No.
4       Q. -- correct?
5       A. That's correct.
6       Q. Okay. Dr. Rodden, are you an expert on the
7   Voting Rights Act?
8       A. Yes.
9       Q. Now, you have testified in redistricting
10  litigation in the state of Florida, correct?
11      A. Yes.
12      Q. And you testified in open court, correct?
13      A. Yes.
14      Q. And when you gave that testimony, you were
15  under oath, correct?
16      A. Yes.
17      Q. Do you recall testifying in that case that you
18  were not an expert on the Voting Rights Act?
19      A. I do.
20      Q. Okay. Now your testimony is that you are an
21  expert on the Voting Rights Act?
22      A. That is correct.
23      Q. What accounts for the change between
24  your testimony in the Florida redistricting case and your
25  assessment of yourself as an expert on the Voting Rights

Page 19

1   Act today?
2       A. To begin with, the -- the claim I made in the
3   Florida case needs to be taken into context, which is that
4   this was a case in which I was testifying for the
5   plaintiffs in a gerrymandering case, and a big part of the
6   defense was that certain districts that were
7   overwhelmingly democratic had been drawn as part of a
8   requirement of Section 5 of the Voting Rights Act, and
9   there were also some claims that were very unclear and
10  quite muddy about Section 2. So I was asked by the -- by
11  the -- by the attorneys for the defense whether certain
12  districts were required to be -- whether they had to draw
13  certain districts as part of the -- as part of the
14  requirements of the Voting Rights Act, and my response was
15  essentially that this is a legal opinion that I'm not
16  willing to offer, this is a legal opinion on which I do
17  not have expertise.
18      There is a professional class of Voting Rights
19  Acts -- Voting Rights Act experts. There is a class of
20  expert witnesses who are professional Voting Rights Acts
21  -- Voting Rights Act expert witnesses. I'm not part of
22  that class of individuals and I do not feel qualified to
23  make statements about conditions under which --
24  particularly with respect to Section 5 at that time, I did
25  not feel qualified to make legal conclusions, legal

Page 20

1   judgments, that I thought should be left to the Court
2   about whether those districts needed to be drawn. So it
3   was an effort to make clear to the Court that I was not an
4   expert on case law related to the VRA, and I am still not
5   an individual who -- I don't have a J.D., I've not been to
6   law school, I do not have expertise on case law.
7       I've read some cases and I try to understand
8   the plain language as a political scientist, but I do not
9   have expertise on the Voting Rights Act. I do not teach
10  in the law school. I do not teach classes in the law
11  school on case law, and that's what I was trying to
12  communicate with that claim.
13      It is also the case that since that Florida
14  case, I learned a lot about the Voting Rights Act while we
15  were -- my expertise at the time, the focus of that case
16  was on gerrymandering. As I've studied gerrymandering and
17  I've tried to understand how to identify it, I've learned
18  that that can't be done very effectively without really
19  immersing yourself in the Voting Rights Act and trying to
20  understand it. So this is something that I've been doing,
21  I had started before that Florida case, and it's something
22  I've been working on pretty intensively since that.
23      Q. And just for the record, what year, if you
24  remember, did you testify in that Florida case?
25      A. I don't recall now, but it was -- it was --

MIDWEST LITIGATION SERVICES
www.midwestlitigation.com          Phone: 1.800.280.3376                    Fax: 314.644.1334

JONATHAN RODDEN, Ph.D.   8/20/2015

---

Page 21

1   I'm sorry.  I don't recall.
2      Q.  That's okay.  2012, 2013?
3      A.  It was perhaps -- I'm sorry.  I just -- I'm
4   not going to guess.
5      Q.  That's fine.
6      A.  Because I might get it wrong by a year, so --
7      Q.  Sure.
8      A.  I'm sure you have the information and you can
9   enter it into the record.  I don't remember.
10     Q.  Okay.  So at the time of your testimony in the
11  Florida case, you did not view yourself as someone who
12  could assess whether or not a district or an electoral
13  arrangement complies with the requirements of the Voting
14  Rights Act, correct, Dr. Rodden?
15     A.  As a social scientist, I can -- I can do the
16  data analysis that is required for that assessment.  I am
17  not in a position to offer legal judgments about which
18  particular districts need to be drawn, in particular with
19  respect to Section 5.  I don't have that legal expertise.
20  As a social scientist, I do have the expertise to do the
21  requisite data analysis.  The type of analysis that needs
22  to be done is rather straightforward and rather well
23  established.  I do have the expertise to do that analysis.
24     Q.  You referred to a group of people as a class
25  of experts who were professional Voting Rights experts --

---

Page 22

1   Voting Rights Act experts?
2      A.  Yes.  Within law schools in the United States
3   there are people who teach classes on the VRA.  I am
4   tempted to teach such a class in the future.  It is of
5   great interest to me, but it is not something that I have
6   yet done.
7      Q.  Now, do you consider yourself among that class
8   of people who could describe themselves as professional
9   Voting Rights Act experts?
10     A.  I am joining their ranks over time.  I believe
11  I have -- I'm probably -- I believe I'm in that -- I'm in
12  that class perhaps of people who has the social science
13  expertise to do expert witness work on these cases.  But
14  as I said before, I still don't -- I'm not a law professor
15  and I do not feel comfortable and will not today be making
16  legal conclusions about -- about how the Court should
17  consider some of the unsettled areas of this law, and
18  there are some areas that, in my understanding, are still
19  unsettled.
20     Q.  So as of today, you do not consider yourself
21  qualified to render an expert opinion as to whether or not
22  a particular districting arrangement complies with the
23  requirements of the Voting Rights Act; is that correct,
24  Dr. Rodden?
25     A.  That's incorrect.

---

Page 23

1      Q.  Okay.
2      A.  I do believe I have that expertise.
3      Q.  So you said, I think earlier, that you don't
4   believe that you have the legal expertise to state whether
5   or not a district complies with the Voting Rights Act; is
6   that correct, Dr. Rodden?
7      A.  Would you rephrase the question?  I believe
8   the question has been asked in slightly different ways
9   that I may have missed, so perhaps you could rephrase the
10  question as you would like me to answer it.
11     Q.  So I believe you testified earlier that you do
12  not believe yourself to be qualified to render a legal
13  opinion as to whether or not a districting arrangement
14  complies with the requirements of the Voting Rights Act?
15     MS. ORMSBY:  I'm going to object.  That
16  misrepresents the testimony that he provided.
17     Q.  Does that misrepresent your testimony, Dr.
18  Rodden?
19     A.  I believe it does.  I will -- I will try to be
20  as clear as possible, and we can keep at this for a while
21  if we need to.  I'll just try to make myself clear.  I am
22  able to do quantitative analysis that will reveal to the
23  Court the information it needs to lead to -- to make a
24  decision about whether a districting plan is in compliance
25  with the VRA.  My understanding as an expert witness is

---

Page 24

1   that that is the Court's job.
2      I have a more humble understanding of my job
3   as an expert witness, which is to provide the Court with
4   information.  Now, sometimes I have to do the best I can
5   to read the law and understand it in order to know how to
6   process that information and write it down, but in the end
7   I believe it's the Court's job to use that information and
8   make the decision.  It is not my job.
9      Q.  So in this case you are not offering an
10  opinion as to the ultimate legal question of whether or
11  not the districting arrangement at issue in this case
12  complies with the Voting Rights Act; is that correct, Dr.
13  Rodden?
14     A.  State the question again, please.
15     Q.  If you could read it back to him.
16     (Whereupon, the requested material was read by
17  the reporter as follows:
18     "QUESTION:  So in this case you are not
19  offering an opinion as to the ultimate legal question of
20  whether or not the districting arrangement at issue in
21  this case complies with the Voting Rights Act; is that
22  correct, Dr. Rodden?
23     A.  I am offering an opinion, if you would like to
24  call it a legal opinion, that's fine, but it's not -- it's
25  for the Court to decide what is -- what is -- what is

---

6 (Pages 21 to 24)

JONATHAN RODDEN, Ph.D.   8/20/2015

Page 25

1   ultimately admissible.
2       Q.  Do you consider yourself an expert on racial
3   polarization, Dr. Rodden?
4       A.  Will you define racial polarization for me?
5   I'm not sure what you mean.  Racial polarization of what?
6       Q.  Of voting patterns.  Are you an expert on
7   racial polarization in voting patterns, Dr. Rodden?
8       A.  Yes.
9       Q.  Okay.  Who, in your mind, are some of the
10  nation's leading scholars on the study of racially
11  polarized voting patterns?
12      A.  I need more time to add more names to the
13  list.  I can come back later.  Some good work has been
14  done by Stephen Ansolabehere.  I'm sure there are people
15  I'm missing and I'll feel bad about missing, but I might
16  have to come back to that and give you more names after
17  I've had more time to think.
18      Q.  Have you heard of Bernard Rothman?
19      A.  Yes.
20      Q.  Would you describe him as one of the leading
21  scholars on -- within political science on the study of
22  racially polarized voting?
23      A.  Yes.
24      Q.  Have you heard of Dick Engstrom?
25      A.  Yes.

Page 26

1       Q.  Would you describe him as one of the nation's
2   leading scholars in political science on the study of
3   racially polarized voting?
4       A.  I believe -- I believe I would.
5       Q.  Now, have you published any peer-reviewed
6   publications that focus on the question of racially
7   polarized voting patterns?
8       A.  No.
9       Q.  Prior to your work in this case, had you ever
10  conducted an analysis of racially polarized voting
11  patterns?
12      A.  Not that is published in a peer-reviewed
13  publication, but I certainly have done a lot of work to
14  examine the relationship between the racial composition of
15  a place and the voting behavior of that place, which is
16  ultimately what lies behind this analysis.
17      Q.  Okay.  Would you consider whether or not a
18  districting arrangement provides minority voters with an
19  opportunity to elect their preferred candidates within
20  your area of expertise?
21      A.  Yes.
22      Q.  And what is your basis for saying that?
23      A.  It is a question that requires the collection
24  of low-level data, at the level of -- at a level of
25  analysis that can be combined with voting behavior.  As I

Page 27

1   described earlier, I've put a lot of effort into putting
2   census data together with voting data at the lowest level
3   possible and conducting analysis of those.  The required
4   data analysis is precinct-level analysis of the
5   relationship between the race of a place and the voting
6   behavior of a place.  This is something that I -- in which
7   I consider myself to be an expert and is something which I
8   have done a great deal of teaching and on which I've been
9   focusing recent research.
10      Q.  Okay.  Have any of your peer-reviewed
11  publications ever attempted to assess whether or not a
12  district or electoral arrangement provides minority voters
13  with an opportunity to elect their preferred candidates?
14      A.  That is a question that is of interest to the
15  courts.  It is -- and it's something on which I've been
16  working with respect to this lawsuit.  It is not something
17  on which I have published a peer-reviewed paper.
18      Q.  Now, you have published peer-reviewed research
19  that draws districts before, right, Dr. Rodden?
20      A.  Yes.
21      Q.  I want to show you I think a paper of yours.
22  We've marked it as Rodden Exhibit 2.  The title of this
23  paper that you co-authored with Jowei Chen is
24  "Unintentional Gerrymandering:  Political Geography and
25  Electoral Bias in Legislatures."  Is that correct?

Page 28

1       A.  Yes.
2       Q.  And you published this article in 2013?
3       A.  Yes.
4       Q.  What would you describe as the purpose of this
5   article?  You know, let me withdraw that question because
6   I think that was a little broad.
7       A.  Okay.
8       Q.  Am I correct, Dr. Rodden, that in this
9   article, among other things, you ran random redistricting
10  simulations in order to determine whether or not partisan
11  bias in terms of the composition of congress is the
12  product of intentional gerrymandering?  Is that accurate?
13      A.  That is one of the interesting analyses I
14  think that emerges from the paper.  The reason for doing
15  the research initially arose from something I described
16  earlier was my interest in understanding how the geography
17  of voters in space, so the distribution of voters across
18  census blocks, across neighborhoods, how that pure
19  geography affects representation when we draw electoral
20  districts.
21          I wanted to know what happens when we draw
22  electoral districts and how might that inevitably help one
23  party or another purely because of geography.  We have a
24  literature in American political science that argues in
25  the presence of an asymmetry in the transformation of

7 (Pages 25 to 28)

JONATHAN RODDEN, Ph.D.   8/20/2015

Page 29

1   votes to seats, that gerrymandering is the cause, and we
2   have a public discourse in newspapers that whenever people
3   see that a party gets more seats than votes, they assume
4   that this is the cause of gerrymandering.  What my hunch--
5       Q.  I'm sorry.  Do you mean is caused by
6   gerrymandering?  I think you said --
7       A.  I'm sorry.  The effect of.  Thank you.
8       Q.  Okay.
9       A.  That this was caused by gerrymandering.  So --
10  so in my analysis I wanted to -- and this is also related
11  to the book manuscript that I described that I've been
12  working on, the hope was to be able to capture what the --
13  what the partisanship of some districts would be if they
14  were not drawn by politicians in state legislatures.  We
15  wanted to just get a baseline understanding of what some
16  districts would look like if they were compact and
17  contiguous and so forth.
18      Q.  So is it fair to say that you wanted to test
19  or assess in a quantitative way whether or not this
20  hypothesis that intentional gerrymandering was the cause
21  of partisan bias in the legislature?
22      A.  We wanted to see if we could learn something
23  about how much of the observed bias can be explained by
24  gerrymandering.
25      Q.  And --

Page 30

1       A.  As we continued in this process, we have
2   learned that some of the -- that some -- some of the bias
3   we see, in our view, is likely to have been caused by
4   gerrymandering, but there's a considerable amount that
5   would also still be there if we allowed an algorithm like
6   ours to draw the districts.
7       Q.  Now, in your opinion as a political scientist,
8   would it be sufficient to address this hypothesis of
9   whether or not gerrymandering causes partisan bias with
10  qualitative evidence, or do we need to test it
11  quantitatively the way that you do here in order to
12  satisfy standards of peer review?
13      A.  In order to satisfy standards of peer review,
14  a quantitative analysis is -- it is more likely to satisfy
15  standards of peer review.
16      Q.  I mean if someone just sort of cited the
17  qualitative discourse that, oh, there's some intentional
18  gerrymandering efforts, and look, there's partisan bias in
19  the legislature, and then tried to publish a peer-reviewed
20  study based on that, do you think that would get through
21  peer review?
22      A.  Not likely.
23      Q.  You would want to supplement that kind of
24  analysis with some sort of quantitative research like you
25  do here, right?

Page 31

1       A.  Yes.
2       Q.  Okay.  Now, in simulating districts in this
3   article, you tried to insure that the districts were
4   roughly equal in terms of population size, correct?
5       A.  Yes.
6       Q.  And in measuring the population size of the
7   districts, you used decennial census data; is that
8   correct?
9       A.  Because redistricting requires the use of
10  decennial data, that is -- that's the law.  It is also the
11  case that decennial census data are available at the level
12  of blocks.  There are no other data available at the level
13  of blocks, so those were the only data that were available
14  to us to aggregate up to the level of precincts.
15      Q.  Could you turn to Page 248 in your article?
16  And I'm looking at the first paragraph and the last
17  sentence in that paragraph where you write, "Rather than
18  examining the bias associated with existing districting
19  plans, many of which were undoubtedly influenced by
20  efforts at partisan and racial gerrymandering, we seek to
21  estimate the electoral bias that would emerge under
22  hypothetical districting plans that are not intentionally
23  gerrymandered."
24          Did I read that correctly?
25      A.  Yes.

Page 32

1       Q.  What do you mean by the phrase racial
2   gerrymandering in this sentence?
3       A.  An effort to -- effort to stack districts with
4   members of a minority group that would affect -- affect
5   outcomes.  You know, there are efforts that individuals
6   might be -- might be undertaking in the legislature with
7   respect to really we're thinking mostly of partisanship.
8   What we learned in the Florida case is that a lot of
9   partisan gerrymandering is done under the cloak of the
10  Voting Rights Act, so we were --
11      Q.  I'm sorry, Dr. Rodden.  I didn't -- my
12  question wasn't about the Florida case.  I'm just asking
13  about what you meant here in this article when you used
14  the expression racial gerrymandering.
15      A.  My answer doesn't change.  I was only using
16  the Florida case as an example, highlighting something
17  that I know -- I believe takes place, which is that in
18  some states it is in the interest of the Republican Party
19  to draw districts that are republican partisan
20  gerrymanders, but it is in their interest to present them
21  as having been required by the Voting Rights Act.
22          That may not be what other people mean by
23  racial gerrymandering, and if I misused the phrase, then
24  I'm -- then I'll have to learn how others use it, but
25  that's what I had in mind.

JONATHAN RODDEN, Ph.D.   8/20/2015

Page 33

1    Q.  I'm just curious to know about how you meant
2    it when you were using it.  I believe the first thing you
3    said, when you answered my question, was efforts to stack
4    districts with a certain percentage of minorities to
5    affect election outcomes?
6        A.  To -- I was thinking about partisan outcomes.
7        Q.  Uh-huh.
8        A.  Yes.  I was thinking about -- I mean I
9    understand this is a complicated area of the law in which
10   -- in which one might -- it's difficult to disentangle --
11       Q.  Now --
12       A.  -- efforts at racial and partisan
13   gerrymandering.  I really had in mind here the notion that
14   one, with partisan goals, might -- might use -- might use
15   racial groups as a -- you know, as a kind of shorthand.
16   When one is moving around census blocks and trying to
17   achieve a certain partisan gerrymandering outcome, race is
18   most certainly one of the variables they use.
19       Q.  Okay.
20       A.  That's what I had in mind.
21       Q.  So when you're referring to racial
22   gerrymandering here, you're referring to efforts that have
23   partisan intentions.  You're not referring to any
24   consideration of race in redistricting that seeks to
25   affect the outcome of an election; is that right, Dr.

Page 34

1    Rodden?
2        A.  That is correct.  I would not refer
3    intentionally to an -- an honest effort to abide by the
4    Voting Rights Act, I would not refer to that as
5    gerrymandering, and if I appear to have done so, it was
6    inadvertent.
7        Q.  Oh, no.  I wasn't making any statements about
8    what you appear to be doing.  I just wanted to understand
9    what you were saying.
10       A.  I understand.
11       Q.  Let's turn to something else.  This has been
12   pre-marked as Rodden Exhibit 3.  Do you recognize this?
13       A.  I do.
14       Q.  I believe earlier you testified that you had
15   written something for the Washington Post about the St.
16   Louis metro area.  Is this what you were referring to?
17       A.  Yes.
18       Q.  Okay.  I want to turn to Page 6.  I'm sorry,
19   and to be clear, this is for the Monkey Cage blog on the
20   Washington Post, correct?
21       A.  Correct.
22       Q.  This didn't appear in print, correct?
23       A.  Oh, I don't know.  I don't have a subscription
24   to the Washington Post, so I don't know.
25       Q.  So I'm looking at the last paragraph on Page 6

Page 35

1    and the first sentence.  "Recent research by political
2    scientists has shown that small, but well-organized
3    interest groups such as unionized teachers and municipal
4    workers benefit handsomely from low turnout off-cycle
5    elections."
6            Did I read what you wrote correctly?
7        A.  Yes.
8        Q.  And what do you mean by off-cycle elections?
9        A.  Non-November elections.
10       Q.  Okay.  And the Ferguson-Florissant School
11   District board elections are off-cycle elections, correct?
12       A.  Correct.
13       Q.  In your opinion as a political scientist,
14   unionized teachers benefit from off-cycle elections,
15   correct?
16       A.  That is a finding of a student of mine who has
17   written a dissertation on the topic.
18       Q.  And do you have any reason to dispute that
19   finding?
20       A.  No.
21       Q.  So in your opinion as a political scientist,
22   unionized teachers benefit from off-cycle elections?
23       A.  That is my opinion of the state of the
24   literature.  I have not done research on that topic.
25       Q.  And specifically in your opinion, do the

Page 36

1    teachers unions in the Ferguson-Florissant school district
2    benefit from off-cycle elections in the
3    Ferguson-Florissant school district?
4        A.  I have not done analysis on union involvement
5    in local elections in the Ferguson-Florissant school
6    district.
7        Q.  So you don't have an opinion one way or
8    another as to whether or not the teachers union in the
9    Ferguson-Florissant school district benefits from the fact
10   that elections are off-cycle?
11       A.  I don't.
12       Q.  Do you have any reason to think that the
13   Ferguson-Florissant school district teachers union is
14   different from other teachers unions, which I believe you
15   testified, as a general matter you have seen the research,
16   benefit from off-cycle elections?
17       A.  I don't have the counterfactual.  I have not
18   observed Ferguson-Florissant School Districts held in --
19   Ferguson-Florissant school board elections held in
20   November, so I cannot make the comparison.  I can only
21   tell you that a dissertation has been written in which
22   places that had off-cycle elections had higher teacher
23   salaries and more generous pensions than places that had
24   on-cycle elections.  Those were matched pairs.  It was a
25   well-done research design.  I believed in the results.

JONATHAN RODDEN, Ph.D.   8/20/2015

Page 37

1    Whether that finding is externally valid
2  sufficiently so that it is also true of every school
3  district in the United States, I do not know.  And so
4  whether I can say specifically that that research applies
5  in this context, whether there is some unknown factor in
6  that research that makes it only work in certain districts
7  and not others, that I do not know.
8       Q.  Okay.  The next sentence in your blog post
9  here reads, "Historically, off-cycle elections have been a
10 favored strategy of established ethnic groups in American
11 cities who wish to keep immigrants and minorities out of
12 power.  In North St. Louis County the most organized
13 groups are white homeowners who have been in the same
14 neighborhood since the 1970s, along with police officers
15 and municipal employees who benefit from the status quo
16 and they have been able to dominate local elections."
17      Did I read what you wrote correctly?
18      A.  Yes.
19      Q.  Now, in your opinion as a political scientist,
20 off-cycle elections have historically been used to keep
21 minorities out of power?
22      A.  This is also something that arises from the
23 same research which also had a historical component, and
24 there was some analysis, not of St. Louis in particular,
25 but some old eastern cities that suggested this was the

Page 38

1  case.
2       Q.  And when you say this was the case, you mean
3  that off-cycle elections have historically been used to
4  keep minorities out of power, correct?
5       A.  That is what emerges from that research, yes.
6       Q.  And you don't have any reason to dispute that
7  research, correct?
8       A.  That's correct.
9       Q.  And specifically you opine here that white
10 homeowners and municipal employees have been able to
11 dominate local elections in North County, correct?
12      A.  That was my impression, yes.
13      Q.  Okay.  And Ferguson-Florissant school district
14 is in North County, correct?
15      A.  Yes.
16      Q.  Can we look up to the second paragraph on this
17 page where you write -- same page.
18      A.  Oh, sorry.
19      Q.  Stay on Page 6.  In the second paragraph here
20 you write, "The immediate problem in Ferguson is neither
21 residential segregation nor its demise.  Rather, as many
22 have pointed out, it is that the racial integration of the
23 community has not been reflected in the municipal
24 government and police force whose racial composition still
25 reflects the status quo of the 1980s.  In fact, the

Page 39

1  problem is even worse in some of the communities
2  surrounding Ferguson."
3       Did I read that correctly?
4       A.  Yes.
5       Q.  So your understanding is that the racial
6  composition of the Ferguson area has changed since the
7  1980s; is that correct?
8       A.  Yes.
9       Q.  And in particular, it's become more
10 African-American; is that correct?
11      A.  That is correct.
12      Q.  And in your opinion as a political scientist,
13 that change in the racial composition of Ferguson since
14 the 1980s in terms of becoming more African-American, that
15 has not been reflected in the diversity of municipal
16 government in the Ferguson area, correct?
17      A.  That is correct.
18      Q.  And you describe in your blog post this
19 mismatch between the composition of the population and the
20 municipal government in the Ferguson area as a "problem",
21 correct?
22      A.  That's correct.
23      Q.  Okay.
24      A.  It is a problem that I care deeply about.
25      Q.  Okay.  The last sentence in the third

Page 40

1  paragraph notes, "Six out of the seven members of the
2  board of overwhelmingly black Ferguson-Florissant school
3  district are white."
4       Did I read what you wrote accurately?
5       A.  Yes.  That was the case at the time.
6       Q.  And the student body of the
7  Ferguson-Florissant school district is, in your words,
8  overwhelmingly black, correct?
9       A.  The registered student body, I believe, is
10 comfortable majority African-American, and the population
11 of the district is majority African-American.
12      Q.  Now, one example in which the local government
13 does not reflect the diversity of the community, that
14 problem that you were referring to earlier, one
15 manifestation of that or example of that is that at the
16 time that you wrote this, six out of seven members of the
17 Ferguson-Florissant school board were white, correct?
18      A.  Yes.
19      Q.  And today it's five out of seven members of
20 the Ferguson-Florissant school board that are white,
21 correct?
22      A.  That's correct.
23      Q.  Okay.  Can we turn to Page 1 in your blog
24 post.  The first paragraph here you write, "Over the last
25 few days punditry about Ferguson, Missouri has converged

10 (Pages 37 to 40)

**JONATHAN RODDEN, Ph.D.   8/20/2015**

---

Page 41

1    on a common, well-rehearsed narrative about segregation in
2    St. Louis that goes back to the 19th century:  Whites will
3    do whatever it takes to prevent blacks from moving into
4    their neighborhoods, including redlining, restrictive
5    covenants, large lot zoning, intimidation and violence.
6    When these ultimately fail, whites build a new" -- sorry
7    -- "whites build new interstates and move in mass to the
8    next ring of undeveloped farm land, leaving behind
9    destitute neighborhoods with no investment or
10   opportunity."
11        Did I read what you wrote correctly?
12        A.  Yes.
13        Q.  Now, you were, in this blog post, attempting
14   to dispute that narrative, correct?
15        A.  Indeed.
16        Q.  Now, is it your opinion that discriminatory
17   redlining has not been an issue in the St. Louis area?
18        A.  That is not my opinion.
19        Q.  Is it your view that the effects of past
20   discriminatory redlining no longer play a role in
21   socioeconomic life in the St. Louis area?
22        A.  No, that is not my opinion.
23        Q.  Is it your opinion that restrictive covenants
24   against black home ownership have not been an issue in the
25   St. Louis area?

Page 42

1        A.  No.
2        Q.  Okay.  So you agree that restrictive covenants
3    against black home ownership have been an issue in the St.
4    Louis area?
5        A.  Yes.
6        Q.  And you agree that the effects of past
7    restrictive covenants prohibiting black ownership continue
8    to play a role in socioeconomic life in the St. Louis
9    area?
10        A.  Yes.
11        Q.  You also agree that large lot zoning has been
12   an issue in the St. Louis area, correct?
13        A.  Yes.
14        Q.  And you agree that past large lot zoning
15   continues to play a role in socioeconomic life in the St.
16   Louis area, correct?
17        A.  Sorry.  Say that one again.  I'm sorry.  I was
18   still thinking about the previous one.
19        Q.  That's okay.  You agree that large lot zoning
20   practices continue to have an effect on socioeconomic life
21   in the St. Louis area, correct?
22        A.  Yes.
23        Q.  And you would agree that intimidation and
24   violence along racial lines has been an issue in the St.
25   Louis area?

Page 43

1        A.  Yes.
2        Q.  And do you agree that that past history of
3    intimidation and violence in the St. Louis area continues
4    to play a role in socioeconomic life in St. Louis?
5        A.  Yes.
6        Q.  What do you mean in the first sentence here
7    when you say that the narrative about segregation in St.
8    Louis is well rehearsed?
9        A.  There have been a number of articles in the
10   popular press, a large number of articles in the popular
11   press, laying out this narrative.  I meant it is well
12   rehearsed in that aspects of it are repeated over and over
13   again and there are a number of authors who kind of cite
14   one another and have gotten into a -- gotten into kind of
15   a groove of saying these things and then drawing very
16   broad conclusions about not only North St. Louis County,
17   but about American suburbs in general.
18        And one of the things I'm trying to
19   understand, and the direction in which my research has
20   gone, is trying to understand the process of
21   suburbanization, and what I've been learning is it's much
22   more complex than what this narrative suggests.  And the
23   narrative is one that people have stopped questioning, and
24   I believe some aspects of that narrative need to be
25   questioned, because in many American cities the

Page 44

1    African-American middle class has suburbanized and much of
2    that suburbanization has been a middle class movement, and
3    the characterization here is that the desegregation of
4    suburbia is primarily a desegregation that involves the
5    movement of impoverished people from city centers to the
6    suburbs.  And it is the case that poverty has increased in
7    inner ring and middle ring suburbs, but what is also the
8    case, and which is much more overwhelming in the numbers,
9    is that African-American middle class people have moved to
10   suburbs and have become homeowners; not nearly in numbers
11   that one might prefer, but within every U.S. metro area
12   there has been a substantial suburbanization of the
13   African-American middle class.
14        There has been a substantial desegregation of
15   the population.  United States is far less residentially
16   segregated than it was in the 2000 census, and that was a
17   far less segregated population than in the 1990 census.
18   So there is a move towards integration that we must try to
19   understand, and I believed it was important that people
20   understand the reality in the North County area around
21   Ferguson and Florissant, because if the rhetoric and the
22   narrative focuses exclusively on poverty and crime, when
23   in fact places like Florissant and even most of Ferguson
24   are middle class and do not have an overwhelming increase
25   in crime, that the very phenomenon that well-meaning

JONATHAN RODDEN, Ph.D.   8/20/2015

## Page 45

1   authors would like to put an end to, simply ends up being
2   sped up; that when suburban whites receive a message that
3   suburbanization of the African-American population is
4   equated with an increase in poverty and crime, it has
5   potential to speed up the process of white flight, and
6   that is the -- really the theme of this article, is that
7   understanding the reality is important.  Understanding not
8   a simple narrative about suburbanization, but
9   understanding the facts about suburbanization, in
10  particular in Ferguson-Florissant, is important.  That's
11  what really got me started on trying to understand those
12  facts, and those facts have made their way into my expert
13  reports in this case.
14      Q.  You mentioned being focussed on the reality.
15  You would agree, Dr. Rodden, that the reality is is that
16  St. Louis remains among the most segregated metropolitan
17  regions in the United States, correct?
18      A.  That is correct, and as I point out in the
19  article, there are a few bright spots.  There are a few
20  places that are desegregated, and one of those is the
21  Ferguson-Florissant school district.  And it's not
22  desegregated by accident.  It was desegregated by court
23  order and that court order was successful.
24      Q.  So just so I understand, it wasn't
25  desegregated voluntarily, it was desegregated by force of

## Page 46

1   federal law, correct?
2       A.  Several decades ago, yes.
3       Q.  Okay.  Now, on Page 5 of your blog post, you
4   have, I believe, a chart -- correct me if I misunderstand
5   this.  It's a chart that compares relative levels of
6   segregation of various cities within the St. Louis metro
7   area; is that right?
8       A.  Uh-huh.  Yes.
9       Q.  Now, in this chart you are purporting to show
10  that Ferguson is relatively less segregated than many --
11  or some other cities in the St. Louis area, correct?
12      A.  Yes.
13      Q.  Now, this chart does not include any
14  comparison of Ferguson to areas outside of the St. Louis
15  area in terms of its level of segregation, correct?
16      A.  Those areas -- you mean in Missouri or --
17      Q.  Just outside of the St. Louis metro area.
18      A.  No.  This is a graph that is based on the St.
19  Louis metro area.
20      Q.  Okay.  And in this blog post do you cite any
21  statistics comparing Ferguson to levels of segregation
22  outside of the St. Louis metro area?
23      A.  No.
24          MR. HO:  Now may be a good time for a break.
25  I mean I'm happy to keep going, but we've been about an

## Page 47

1   hour.  If you want to take a break, we can now.
2           MS. ORMSBY:  I'm good.  Do you want to take a
3   break?
4           THE WITNESS:  I'm happy to keep going.  If
5   it's a change in topics that is a good moment for a break,
6   that would be fine, too.
7           MR. HO:  Why don't we just keep going for a
8   few more minutes.
9           THE WITNESS:  Okay.
10      Q.  I'm going to show you what's been marked as
11  Rodden Exhibit 4, Dr. Rodden.  I believe this is the
12  initial expert report that you offered in this case; is
13  that correct?
14      A.  Yes.
15      Q.  And it's dated May 7th, 2015; is that correct?
16      A.  Yes.
17      Q.  And you signed this, to the best of your
18  knowledge, under oath, under penalty of perjury; is that
19  correct?
20      A.  Yes.
21      Q.  Okay.  Could you turn to Page 12 in your
22  report, Dr. Rodden?  I'm looking at the header on Page 12
23  that states, "An assessment of turnout by race in
24  Ferguson-Florissant school board elections."  Now, in this
25  section of your report you're looking at comparative

## Page 48

1   turnout rates by race within the Ferguson-Florissant
2   school district, correct?
3       A.  Make sure I remember what is in this section.
4       Q.  Take your time.
5       A.  You characterized it as comparative turnout
6   rates by race.  That's a fine summary, yes.
7       Q.  Okay.  And fair to say that in your opinion,
8   black and white turnout rates in Ferguson-Florissant
9   school district for school board elections are relatively
10  even?
11      A.  Well, as I discovered, it varies from one
12  election to another.
13      Q.  So that's not your opinion that turnout rates
14  between blacks and whites are relatively even in
15  Ferguson-Florissant school board elections?
16      A.  In the most recent handful -- yeah, I think it
17  was -- my testimony is that the -- there's no significant
18  difference between the rates in 2012, 13 and 14, and there
19  is a sizable difference in the two years in which -- as I
20  described in the report, the two years in which there were
21  Florissant mayoral elections.
22      Q.  As a general matter, is it your opinion --
23  sorry.  Let me start that again.  Is it your opinion that
24  as a general matter, turnout between blacks and whites has
25  achieved rough parity in Ferguson-Florissant school board

JONATHAN RODDEN, Ph.D.   8/20/2015

## Page 49

1  elections?
2      A.  Recently.
3      Q.  Okay.  Now, I believe, and correct me if I'm
4  wrong, you have two different forms of analysis in this
5  section of your report.  First, you have a correlation
6  analysis where you attempt to measure the -- if there's a
7  correlation between turnout and the percent black voting
8  age population of each precinct in the Ferguson-Florissant
9  school district.  Is that an accurate characterization of
10  what's in Figure 5 on Page 13 of your report?
11      A.  Yes.
12      Q.  And second, I believe, on Page 15, Figure 6 in
13  your report, you have a series of ecological inference
14  estimates for black and white turnout rates in the
15  Ferguson-Florissant school board elections since 2000; is
16  that correct?
17      A.  Correct.
18      Q.  Okay.  Are there any other quantitative
19  analyses in your report about turnout rates in
20  Ferguson-Florissant school board elections other than the
21  two that I just described?
22      A.  I need you to be a little bit more clear.  If
23  you are asking whether there is any analysis that involves
24  turnout rate, then the answer is yes.  The supplemental
25  report in which Professor Chen and I attempted to

## Page 50

1  understand the effectiveness of the districts drawn by Dr.
2  Cooper, turnout of African-Americans was included as part
3  of that analysis.
4      Q.  Right.
5      A.  There is no other analysis that I'm thinking
6  of right now in which turnout was the focus, the thing we
7  were trying to explain.
8      Q.  Right.  So my question is your opinion about
9  relative rates of turnout between blacks and whites in the
10  Ferguson-Florissant school board, it's based on these two
11  analyses where you attempt to measure turnout in past
12  Ferguson-Florissant school board elections, correct?
13      A.  Correct.
14      Q.  The ecological inference and the bivariate
15  correlation, correct?
16      A.  That's correct, yes.
17      Q.  Okay.  There's no other analysis on which that
18  opinion about comparative turnout rates between blacks and
19  whites in the Ferguson-Florissant school board is based,
20  correct?
21      A.  Correct.
22      Q.  Okay.  Now, in performing your turnout
23  analysis, it's very important that the data you utilize be
24  accurate, correct?
25      A.  Yes.

## Page 51

1      Q.  And that's because if that underlying data is
2  not accurate, that could undermine your ultimate opinion,
3  right?
4      A.  It would depend on the level of inaccuracy.
5      Q.  But it could, right?  If the underlying data
6  was inaccurate, that could undermine your ultimate
7  opinion?
8      A.  Yes, if the underlying data had been assembled
9  inappropriately, then yes, that would be -- it could
10  undermine the analysis, sure.
11      Q.  And it's your opinion that the data that you
12  used for these analyses in analyzing turnout rates is
13  accurate, right, Dr. Rodden?
14      A.  Yes, to the best my knowledge and the best of
15  my abilities to assemble it, yes.
16      Q.  It's also important that the data be recent,
17  right?
18      A.  As recent as possible, yes.
19      Q.  And in your opinion as a political scientist,
20  the data that you used for this turnout analysis was
21  sufficiently recent for your purposes in this report,
22  correct?
23      A.  It was the only data available at the level of
24  blocks that I could then aggregate up to the level of
25  precincts in order to conduct the analysis.  So faced with

## Page 52

1  the choice of not analyzing turnout or analyzing turnout
2  using the most recent data, I chose the latter.
3      Q.  And so you would agree then that the data that
4  you used for your turnout analysis was the best available
5  data for that purpose, right?
6      A.  Yes.
7      Q.  Let's talk about your bivariate correlation
8  analysis on Page 13, Figure 5.  I've described that
9  accurately at a bivariate correlation, haven't I, Dr.
10  Rodden?
11      A.  I don't report a correlation coefficient.  I
12  plot all of the precincts, and then I fit, instead of
13  fitting a straight line, it's -- when you look at the
14  data, it seems like, just from visually one gets the
15  impression there might be some nonlinearity.  In that
16  situation when one is drawing a visual display, it makes
17  sense to use a kind of a nonlinear smoother to present the
18  data.
19          It's really more a visual aid, but there is --
20  there is no bivariate correlation reported here.  There is
21  a lowest plot that is presented in red.
22      Q.  Okay.  But am I accurate in saying that you're
23  trying to determine whether or not there's a correlation
24  between turnout rates, on the one hand, and the percentage
25  voting age population of a precinct that is black, on the

**MIDWEST LITIGATION SERVICES**
www.midwestlitigation.com          Phone: 1.800.280.3376          Fax: 314.644.1334

JONATHAN RODDEN, Ph.D.   8/20/2015

Page 53

1    other hand?
2        A.  Correct.
3        Q.  And you calculate turnout as the number of
4    ballots cast divided by registered voters; is that
5    correct?
6        A.  If you got that from the text of the report,
7    then it is correct.
8        Q.  All right.  I think, if I remember
9    correctly -- let's see.  On Page 12, Paragraph 21 the
10   second sentence, I believe you say that turnout is defined
11   as the number of ballots cast in the April election
12   divided by the number of registered voters; is that right?
13       A.  That's correct.  It would be the election
14   commissioners report a column for each precinct that lets
15   us know the total number of ballots cast, and I -- and we
16   also have the number of registered voters, so those are
17   the data I used.
18       Q.  Registered voters is the denominator?
19       A.  Yes.
20       Q.  Okay.  Now, in your analysis here you didn't
21   go back before the 2011 election, right?
22       A.  Oh, I -- I made those graphs.  I just
23   included, in order to make something that was visually
24   nice and not too overwhelming, I just put the most recent
25   elections on the graph.

Page 54

1        Q.  But -- so you didn't include -- you did a
2    similar analysis for elections before 2012, but you didn't
3    include those in your report?
4        A.  That's correct, but I would have a hard time
5    remembering what they looked like.  I remember the -- I
6    remember the overall relationship looking very similar.
7        Q.  Okay.  Now, on Page 15, Figure 6, these are
8    your ecological inference estimates for black and white
9    turnout in Ferguson-Florissant school board elections,
10   right?
11       A.  Yes.
12       Q.  Okay.  Now, in your turnout analysis here, you
13   also calculate turnout as the number of ballots cast
14   divided by registered voters, correct?
15       A.  This is the -- this comes from the ecological
16   inference analysis.  I need to refresh my memory about
17   this.
18       Q.  So as you're doing that, I guess to clarify
19   what my question is, I want to understand if your measure
20   of turnout for your ecological inference estimate here is
21   the same as your measure for turnout in your correlation
22   analysis on the previous page.  Is it ballots cast divided
23   by registered voters, or is it some other measure of
24   turnout?
25       A.  So the question is -- is whether, again, we

Page 55

1    can -- whether these are comparable essentially, is --
2        Q.  Well, just if you're measuring turnout the
3    same way, right?  I understand how you measure turnout --
4    you calculate turnout in your correlation analysis, it's
5    ballots cast divided by registered voters.  I'm trying to
6    understand if in your ecological inference estimates here
7    you're calculating turnout in the same way.
8        A.  I believe so.  That is my recollection.
9        Q.  Okay.  Now, for both of these turnout analyses
10   you need to know the voting age population and the percent
11   -- the total voting age population and the percent of the
12   voting age population that is black for each precinct; is
13   that correct?
14       A.  Yes, that's what I used, right.
15       Q.  And for purposes of calculating the voting age
16   population and the percent black of the voting age
17   population for each precinct in the Ferguson-Florissant
18   school district, you used decennial census data; is that
19   correct?
20       A.  Yes.  As I described, that is the only data
21   available at the block level.  There are no mid-decade
22   block counts to work with.
23       Q.  And you testified that it's sufficiently
24   accurate and recent enough, and by that I mean -- when I
25   say it, I mean the decennial census data, is sufficiently

Page 56

1    accurate and recent enough to ascertain the total voting
2    age population and the percent black voting age population
3    of each precinct in the Ferguson-Florissant school
4    district, correct, Dr. Rodden?
5        A.  It allowed us to make the -- it allows me to
6    make the comparisons that I make here.  The -- in an ideal
7    world there would be block level decennial numbers that I
8    could use.  I should also add that I use the 2000 census
9    for the earlier -- for the earlier years, so I'm trying to
10   use the most appropriate data based on what's available.
11       Q.  And when you say you're using the most
12   appropriate data based on what's available, you are using,
13   just so I understand what you're doing, you're using
14   decennial census data to determine the voting age
15   population and the black voting age population of each
16   precinct within the Ferguson-Florissant school district,
17   correct?
18       A.  For the purposes of this analysis, that was
19   the best I could do, yes.
20       Q.  Okay.  Now, you reference in your reports the
21   Census Bureau's American Community Survey data, correct?
22       A.  Yes.
23       Q.  Now, that's different from the decennial
24   census, right?
25       A.  Yes.

14 (Pages 53 to 56)

JONATHAN RODDEN, Ph.D.   8/20/2015

Page 57

1     Q.   Now, the decennial census is an actual
2  enumeration, or at least purports to be an actual
3  enumeration of the entire population, correct?
4     A.   It is an effort to achieve the unachievable,
5  but it is a fine effort.
6     Q.   It's a good effort, right?
7     A.   Yes.
8     Q.   Okay.  And political scientists use the
9  decennial census data for all sorts of purposes, correct?
10    A.   Yes.
11    Q.   Now, the American Community Survey data, or
12 ACS, which I'll call it for short, that's based on a
13 sample of about two percent of the population, right?
14    A.   Each -- I don't recall the percentage, but
15 that sounds right.
16    Q.   Okay.  It's based on a small percentage --
17    A.   Thought it was higher than that, but --
18    Q.   -- of the population?
19    A.   It's based on a sample, we can agree on that.
20    Q.   And because it's based on a sample, it has
21 error margins associated with it; is that right?
22    A.   There are two types of bias we need to be
23 concerned with here.  One is sampling bias, the other is
24 non-sampling bias.
25    Q.   So I'm just asking about sampling bias.

Page 58

1     A.   Yes.
2     Q.   There's sampling bias, right?
3     A.   And what is preferable about a census is that
4  it minimizes sampling bias, and we have some sampling bias
5  in the ACS which we need to take into account.
6     Q.   And that sampling bias means it has confidence
7  intervals or error margins associated with the numbers
8  that are reported in the ACS, correct?
9     A.   Yes, and it's based on the sampling procedure.
10    Q.   And those confidence intervals are larger if
11 the sample is smaller, correct?
12    A.   Yes.
13    Q.   So when you're using the ACS data, when you
14 get down to smaller geographic subunits, the margins of
15 error increase; is that correct?
16    A.   Yes.
17    Q.   And when you slice down to individual
18 demographic groups within geographic areas, the confidence
19 intervals, the error margins increase as well, correct?
20    A.   That's correct.
21    Q.   Okay.  Now, when the federal government
22 apportions representation in congress amongst the states,
23 it uses decennial census data and not the ACS, correct?
24    A.   That's correct.
25    Q.   And when states engage in redistricting and

Page 59

1  they attempt to measure the population of different
2  districts, they use the decennial census data and not the
3  ACS, correct?
4     A.   Of course, because the census data is reported
5  at the level of blocks and they are plugging the software
6  into their computers in order to draw districts, so the
7  ACS is not suitable to that task.
8     Q.   Okay.  So if you were trying to draw districts
9  for a state even five years after a census, like in 2015,
10 if the state of Missouri wanted to redistrict, they would
11 continue to use 2010 decennial census data and not the
12 more recent ACS estimates for that purpose, correct?
13    A.   Because of the lack of block level data, they
14 would be forced to, yes.
15    Q.   Now, I want to return to your calculation of
16 turnout here.  We established before when you calculate
17 turnout, it's votes divided by registered voters, right?
18    A.   Ballots cast divided by registered voters.
19    Q.   Okay.  Now, based on that calculation, do we
20 know whether or not the actual number of votes cast by
21 whites is roughly equal to the actual number of votes cast
22 by blacks?
23    A.   Do you mean based on the analysis in Figure 6?
24 Because we would need to know --
25    Q.   Uh-huh.  Yes.

Page 60

1     A.   -- the -- we would need to know the -- we
2  would need to have some sense of the numbers of -- this is
3  just giving us a percentage, and as you point out, we are
4  basing this on the 2010 decennial census.  Just -- that is
5  -- those are the, you know, the share of African-Americans
6  in the population, in the voting age population that is
7  being considered here, does not change every year.  It is
8  a rather blunt number that comes from the 2010 census.
9       So yeah, the answer to your question is that
10 if we wanted to know -- for each of the dots on this
11 graph, if we wanted to know is the electorate -- are the
12 people who are showing up to vote, are they -- are more of
13 them African-American or more of them whites, we would
14 want to combine this information with some better
15 information about the overall district population, which
16 the ACS does give us.  Because as you pointed out, the ACS
17 allows us to make inferences about groups of a certain
18 size, and the Census Department is very clear about the
19 conditions under which we might choose to use the -- I
20 mean to use the five-year ACS, those in which we might use
21 the three-year ACS, or those in which we might want to use
22 the one-year ACS, and the Census Department tells us that
23 a place that has a population of 20,000 is one in which
24 the -- in which the three-year ACS can be used.
25       The population of the Ferguson-Florissant

15 (Pages 57 to 60)

JONATHAN RODDEN, Ph.D.  8/20/2015

Page 61

1    district is well beyond 20,000.  So if the task is to
2    understand the size of the African-American voting age
3    population in, say, 2014, we have a tool for that.  We
4    have -- we have something better than the census.  We have
5    something that the United States government invested a lot
6    of money in and that the Census Department is very good
7    at.  They removed all of the interesting -- for a social
8    scientist, all of the interesting variables related to
9    income and poverty and so forth, took them out of the
10   long-form census, perhaps as a money-saving move, put them
11   into the ACS so that they try to do a very good sample
12   mid-decade of the ACS, so we can get all the information,
13   aggregate it up and understand something about those
14   indicators.  But we're in a very good position, using the
15   ACS, to understand, for instance in 2012, what is the
16   African-American voting age population and what is the
17   white voting age population.
18        Q.  I'm sorry to interrupt.  I'm just going to
19   interrupt you, because I think you've misapprehended my
20   question, and if you want to talk more about the ACS or
21   the decennial with your counsel, that's perfectly fine
22   with me.
23        A.  I must have misunderstood the question.
24        Q.  Yeah.  My question was not about the decennial
25   or the ACS data.  My question was about the way that you

Page 62

1    calculate turnout here as a percentage of ballots cast
2    divided by registered voters, right?  And what I'm trying
3    to get at is you did not attempt -- well, here, let me
4    give you a hypothetical.  Okay.  Let's take a jurisdiction
5    with 100 African-Americans of voting age population and
6    100 whites of voting age population, okay?  Start there,
7    right?
8        A.  Uh-huh.
9        Q.  So that jurisdiction has rough parity between
10   blacks and whites in terms of VAP, V-A-P, voting age
11   population.
12        A.  Yes.
13        Q.  Now, it's roughly 50/50 black and white?
14        A.  Yeah.
15        Q.  That's your assessment of -- correct me if I'm
16   wrong, but that's essentially your assessment of what the
17   Ferguson-Florissant school district looks like, right?
18   It's about 50/50 black and white; that's your opinion?
19        A.  No longer.  Its voting age population is an
20   African-American majority.  That is my opinion.
21        Q.  Okay.  Well, let's just stay then with my --
22        A.  Yeah.
23        Q.  -- hypothetical.
24        A.  But it's close.  It's close.  It's not
25   overwhelming.

Page 63

1        Q.  Okay.  So in your opinion --
2        A.  We'll agree on that.
3        Q.  Okay.  So in your opinion, Ferguson-Florissant
4    school district is close to 50/50 black and white in terms
5    of the voting age population, right?
6        A.  I think we'll all agree on that.
7        Q.  I don't know about that, but let's just stick
8    with your opinion now.  Now, let's assume for a moment
9    that 100 percent of the white voting age population is
10   registered to vote.
11        A.  Uh-huh.
12        Q.  Okay?  So you have 100 registered white voters
13   in this hypothetical jurisdiction.
14        A.  Yes.
15        Q.  Now, let's assume that 50 percent of the black
16   voting age population is registered to vote.  You have 50
17   registered black voters in this jurisdiction.
18        A.  These data are available and they're very easy
19   to analyze.  We have --
20        Q.  I'm just sticking with my hypothetical.
21        A.  We do have registered voters and we -- the
22   correlation between -- at the precinct level between the
23   registered voters and voting age population is extremely
24   high.
25        Q.  Okay.  Well --

Page 64

1        A.  There are very few people who are in the VAP
2    who are not registered.
3        Q.  Okay.
4        A.  So if the question is could it be that
5    registration rates are radically different among
6    African-Americans and whites, not really.
7        Q.  Well --
8        A.  Not from the data I've seen.
9        Q.  That wasn't the question that I asked, Dr.
10   Rodden.  My question was about my hypothetical, right?  So
11   in my hypothetical, right, where there is a gap in
12   registration rates between whites and blacks, right, you
13   have 100 white registered voters and 50 black registered
14   voters, correct?
15        A.  Uh-huh.
16        Q.  Okay.  Now, let's assume that half of all
17   registered voters, both white and black, turn out.  So the
18   way that you've calculated turnout rates as a percentage
19   of registered voters, there's parity between whites and
20   blacks, correct?
21        A.  In your example?
22        Q.  Hypothetical, yes.
23        A.  Yes.
24        Q.  But in my example there would be 50 white
25   voters and only 25 black voters, correct?

16 (Pages 61 to 64)

JONATHAN RODDEN, Ph.D.   8/20/2015

Page 65

1    A.   In your example in which half of
2  African-Americans are not registered?
3    Q.   Yes.
4    A.   Sure, that would be the case.  This
5  hypothetical is not applicable in the district where there
6  is no evidence of any asymmetry in registration.
7    Q.   Didn't ask whether or not it was applicable in
8  the district.  I'm just asking you to stick with my
9  hypothetical for a moment here, Dr. Rodden.
10    A.   Okay.
11    Q.   So in my hypothetical, right, white voters
12  outnumber black voters two to one, correct?
13    A.   So we're in a hypothetical where there are 100
14  white voters, there are 100 -- sorry, voting age
15  population, correct?  I want to make sure I understand the
16  hypothetical.  So there are 100 voting age whites, there
17  are 100 voting age blacks and there are 100 of the whites
18  who are registered and 50 of the African-Americans who are
19  registered?
20    Q.   Yes.
21    A.   Okay.  And the question is?
22    Q.   Let's assume you have 50 percent turnout among
23  both groups.  Calculating turnout the way that you
24  calculate turnout in this report, ballots divided by
25  registered voters, in that scenario you would have 50

Page 66

1  white voters and 25 black voters, correct?
2    A.   Yes.
3    Q.   Okay.  So in this scenario white voters
4  outnumber blacks two to one, correct?
5    A.   White voters on election day?
6    Q.   Yeah.
7    A.   Showing up to the polls?
8    Q.   Yes.
9    A.   Yes.
10    Q.   Okay.  But the way that you calculate turnout
11  as ballots divided by registered voters, one wouldn't know
12  that looking at this hypothetical, right?  You would
13  assume that there was parity, even though, in fact, white
14  voters vastly outnumber black voters on election day,
15  correct?
16    A.   Correct.
17    Q.   Okay.  Now, given the way that you calculate
18  turnout in this report, right, one would need to know
19  something about registration rates in order to make the
20  inference that there's parity between white voters and
21  black voters on election day, correct?
22    A.   Yes.  And in fact, I have collected the data
23  necessary.  It did not seem -- it did not rise to the
24  level of something that I thought should be put in a
25  footnote.  It was something I did, but did not -- did not

Page 67

1  include in a footnote.
2    Q.   Okay.  So there's no information about
3  relative registration rates between whites and blacks in
4  the Ferguson-Florissant school district in your report; is
5  that correct?
6    A.   I would be happy to write a supplemental
7  report and provide that information if required.
8    Q.   That's great.  My question is in your report
9  is there any information that I can find about relative
10  registration rates between whites and blacks in the
11  Ferguson-Florissant school district?
12    A.   No, I don't think so.
13    Q.   Okay.  What is the -- what are the comparative
14  registration rates between whites and blacks in the
15  Ferguson-Florissant school district?
16    A.   I don't have the data in front of me.  As I
17  said, I would be happy to do that analysis.
18    Q.   Let's mark this as Rodden Exhibit 5.
19       (Whereupon, Rodden Deposition Exhibit No. 5
20  was marked for identification.)
21       MS. ORMSBY:  Are they all the same?
22    Q.   Yes.  So this is census data concerning
23  registration rates in the various states, Dr. Rodden,
24  downloaded from the Census Bureau's website.  I would like
25  you to turn to Missouri.  They're in alphabetical order

Page 68

1  here.  And what is the registration rate -- sorry.  Let me
2  start that again.  The registration rate for people
3  designated as black alone is 67.1 percent; is that right?
4    A.   Would you mind telling me the source of this
5  data?
6    Q.   This is the Census Bureau's -- this is from
7  the Census Bureau's website.
8    A.   So the census collects information from state
9  governments on registration?  Is that correct?  I'm not --
10  just these are --
11    Q.   Have you heard of the -- you've heard of the
12  current population survey?
13    A.   Yes.
14    Q.   And you've heard of the voter registration
15  supplement --
16    A.   Yes.
17    Q.   -- within the current population survey?
18    A.   This is what this comes from?
19    Q.   Yes.
20    A.   Okay.  Thank you.
21    Q.   Okay.  So Missouri, according to the Census
22  Bureau's data for November of 2014, people identifying
23  themselves as black alone are registered at a rate of 67.1
24  percent; is that right?
25    A.   Yes.

17 (Pages 65 to 68)

JONATHAN RODDEN, Ph.D.   8/20/2015

Page 69

1    Q.  And people identifying themselves as white
2    alone are registered at a rate of 72.2 percent; is that
3    correct?
4        A.  Yes.
5        Q.  So according to the Census Bureau's data for
6    November of 2014, whites have a higher registration rate
7    than blacks by about five points; is that right?
8        A.  Yes.
9        Q.  So in Missouri, if we were to find that
10   turnout rates between whites and blacks are equal, and
11   when I say turnout rates, I mean turnout rates the way you
12   calculate them by votes divided by registered voters,
13   right?  In Missouri, that would not mean that the number
14   of whites and blacks on election day are equal, because
15   there's a disparity in the registration rate, correct, Dr.
16   Rodden?
17       A.  I've shown elsewhere in my report that
18   disparities between African-Americans and whites in the
19   state of Missouri are far greater than they are in the
20   Ferguson-Florissant school district.  There are several
21   socioeconomic indicators on which disparities between
22   African-Americans and whites are -- are much smaller in
23   the Ferguson-Florissant school district for many other
24   categories of the ACS including -- including educational
25   outcomes, poverty rates and income.  So I would --

Page 70

1        Q.  My question was not about socioeconomic
2    disparities and it wasn't about Ferguson-Florissant even
3    specifically.  I just asked a question about Missouri
4    generally.
5        A.  Oh, I'm sorry.
6        Q.  So given the difference in registration rates
7    in Missouri, with whites having a registration rate that's
8    about five points higher than blacks in Missouri, if we
9    were to present data that showed that the turnout rate
10   between whites and blacks in Missouri was equal,
11   calculating turnout the same way that you do in this
12   report which is votes divided by registered voters, in
13   fact, the number of white voters on election day would
14   exceed the number of black voters on election day,
15   correct, Dr. Rodden?
16       A.  Yes.
17       Q.  Okay.
18       A.  But I do think it's appropriate for me, in
19   answering that question, to point out to the Court that --
20   that the assumption that the Ferguson-Florissant school
21   district with respect to disparities between
22   African-Americans and whites is the same as the state of
23   Missouri is demonstrably a bad assumption, so I would not
24   find that hypothetical analysis, nor would I find the
25   state of Missouri analysis to be especially useful to the

Page 71

1    Court in determining turnout rates in the school district.
2            Furthermore, I would like to add that the
3    reason I hesitated for some time in answering your
4    question about Figure 6 is that I have done the ecological
5    inference analysis both ways using voting age population
6    as the denominator and using -- and using registered
7    voters as the denominator.  I thought that through.  I did
8    it both ways.  The results were identical and it seemed
9    that the report was already sufficiently long, it wasn't
10   necessary to go into that, but again --
11       Q.  But you didn't report that here?
12       A.  I did not, in the interest of brevity, but I
13   would be happy to provide supplemental information on that
14   if that would be useful.
15       Q.  And when you say that one can't make
16   assumptions about the Ferguson-Florissant school district
17   that you've demonstrated that the indicators within the
18   Ferguson-Florissant school district are different from
19   Missouri as a whole in terms of disparities, you're
20   referring to the socioeconomic disparities in one of your
21   rebuttal reports, right?
22       A.  Which political scientists know feed directly
23   into turnout.
24       Q.  Okay.
25       A.  And registration behavior.

Page 72

1        Q.  Okay.
2        A.  There are differential -- people who live in
3    conditions of poverty are less likely to take the effort
4    to become registered and go through the hoops that one
5    needs to go through to get registered.
6        Q.  There's no data in any of the four reports
7    that you presented comparing registration rates in
8    Ferguson-Florissant to Missouri as a whole, correct?
9        A.  That is correct.
10       Q.  And there's no data in any of your four
11   reports comparing black registration rates in the
12   Ferguson-Florissant school district to black registration
13   rates in Missouri as a whole, correct?
14       A.  That's correct.
15       Q.  Okay.  Let's talk about Figure 6 in your
16   report, Page 15, your ecological inference estimates for
17   turnout.
18       A.  Sure.
19       Q.  I notice that there are some years for which
20   you do not present turnout data, like 2005 for instance.
21       A.  Correct.
22       Q.  Is that right?
23       A.  Correct.
24       Q.  And the reason for that, correct me if I'm
25   wrong, Dr. Rodden, is that seats on the

JONATHAN RODDEN, Ph.D.   8/20/2015

Page 73

1  Ferguson-Florissant school board are uncontested in some
2  years, and so no election is held and no voting takes
3  place for the Ferguson-Florissant school board in some
4  years; is that right?
5      A.  That's correct.
6      Q.  And because there are no elections for
7  Ferguson-Florissant school board in those years, you don't
8  have any turnout data to present for those years, correct?
9      A.  That's correct.
10     Q.  When no election takes place, you just exclude
11 those years from your turnout analysis, right?
12     A.  To do otherwise would be rather -- would be
13 hard for me to come up with turnout analysis in an
14 election when there's no --
15     Q.  Well, you don't, for instance, say zero votes
16 by whites and zero votes by blacks, so turnout is equal?
17     A.  That is correct.  I did not do that.
18     Q.  All right.  And you don't say -- you don't
19 sort of like try to create some kind of model that tries
20 to generate what turnout rates would have been for like
21 for hypothetical candidates in those years or anything
22 like that, right?
23     A.  No.
24     Q.  And you don't, say, take turnout for other
25 elections that took place during the same year and look at

Page 74

1  the turnout rates within the Ferguson-Florissant school
2  district's precincts and use that as sort of a proxy for
3  turnout in the Ferguson-Florissant school board elections
4  for which no school board elections took place, right?
5      A.  I could have done that.  It seemed like that
6  would be -- it would make for a strange graph to have data
7  that come from a different election, a different source
8  for those years, so I did not do that.
9      Q.  We call this, in political science analysis,
10 exogenous elections, right?  Those are different kinds of
11 elections than the ones at issue between the parties,
12 right?
13     A.  That's -- that's correct.
14     Q.  As opposed to endogenous elections, which in
15 this case would be the Ferguson-Florissant school board
16 elections?
17     A.  Yes.
18     Q.  Okay.  And you didn't include turnout results
19 from exogenous elections because you thought it would be
20 kind of, I think you put it weird, to mix and match those
21 numbers?
22     A.  I certainly could have -- I could have done it
23 and made a separate graph, or simply marked those with a
24 different color, but it did not occur to me to do that.
25     Q.  And you didn't present them separately in like

Page 75

1  a separate chart, the turnout results from exogenous
2  elections?
3      A.  Did not occur to me to do that.
4      Q.  Didn't occur to you.  You didn't think that
5  that would be particularly illuminating for purposes of
6  this exercise, right?
7      A.  Not for a graph that is marked ecological
8  inference estimates for African-American and white turnout
9  for each contested Ferguson-Florissant school board
10 election.  I wanted to focus on school board elections
11 because this case is about school board.  I do think
12 exogenous races are useful, and I'm sure we will talk
13 about that later, but it did not occur to me to use the
14 exogenous races in the turnout graph presented here.  And
15 on further reflection, it would have been interesting to
16 have done some turnout analysis for those races, but it
17 didn't occur to me when I was writing this section.
18     Q.  You would agree, though, that in trying to
19 assess relative turnout rates for Ferguson-Florissant
20 school board elections, the endogenous elections are more
21 illuminating than exogenous ones, right?
22     A.  I would leave it up to the Court to decide
23 what was more illuminating.  Given that this is a lawsuit
24 about the school board elections, that is where I started.
25 And with more time, I certainly would have been happy to

Page 76

1  have looked at turnout in these other races.
2      Q.  Now, this chart for each estimate of black and
3  white turnout in each election, there's a dot, and lines
4  going up and down from each dot?
5      A.  Yes.
6      Q.  Right?  Am I correct that the dot represents
7  what you could call the point estimate for turnout of each
8  group in each election?
9      A.  Yes.
10     Q.  And the lines going up and down from the dots
11 are the confidence interval for those estimates; is that
12 right?
13     A.  Yes.
14     Q.  Now, again, please correct me if I'm wrong,
15 but am I right that the confidence interval is the range
16 within which you have a reasonable certainty as to the
17 actual turnout figure for each group in each election to a
18 95 percent degree of confidence?
19     A.  Yes.  That's not a bad summary.
20     Q.  And that 95 percent degree of confidence,
21 that's the level of certainty that's typically associated
22 in peer-reviewed political science research, correct?
23     A.  It is.  There is a lot of debate about whether
24 this is how we should continue to operate, but this is
25 what social scientists typically do.

19 (Pages 73 to 76)

JONATHAN RODDEN, Ph.D.   8/20/2015

Page 77

1    Q. It's consistent with generally accepted
2 standards in the field?
3    A. Yes, it is.
4    Q. Now, the relationship between the point
5 estimate and the confidence interval is that the point
6 estimate is the median of the confidence interval,
7 correct?
8    A. Yes.
9    Q. And we don't know to the same level of
10 precision that we talked about earlier, that 95 percent,
11 where, within the confidence interval, the actual value
12 lies, correct?
13    A. We are -- we have 95 percent confidence that
14 it falls somewhere in that -- in that range, but the point
15 estimate is the one that we typically talk about and
16 report in our research, although a case could be made for
17 reporting nearly the range. It depends on the application
18 one has in mind.
19    Q. Okay. So could you turn to Page 16, the next
20 page in your report, Paragraph 26. And I'm looking at the
21 third sentence that starts with "When one of the dots."
22 And you write here, "When one of the dots is only slightly
23 higher than the one of the opposite color and sits within
24 the confidence interval of the other, we cannot say with
25 confidence that the estimates of black and white turnout

Page 78

1 are different."
2    Did I read that accurately?
3    A. Yes.
4    Q. Okay. So is it fair to say that what you mean
5 here is that where the point estimate for turnout of one
6 group falls within the confidence interval of turnout for
7 another group, you cannot say with statistical certainty
8 whether there's any difference between the turnout of the
9 two groups; is that right, Dr. Rodden?
10    A. Yes, but I should clarify that this is a
11 visual display and this is rule of thumb that is meant to
12 assist the reader in wading through a visual display.
13    Q. Uh-huh.
14    A. What I did not do is -- is -- is conduct a
15 separate test to analyze whether the -- whether these were
16 statistically distinguishable from one another.
17    Q. Uh-huh.
18    A. The -- a better thing to do than to simply
19 look at the confidence interval and draw inferences in the
20 way that I described would be to do that, but I was -- I
21 was telling the reader that one can get a pretty good
22 sense of the data by doing that rule of thumb analysis
23 that I described.
24    Q. And for purposes of your report here, you
25 didn't conduct that separate analysis that you just

Page 79

1 referred to of testing statistical significance beyond
2 just looking at the confidence intervals?
3    A. I did not, right.
4    Q. And your -- when the confidence intervals for
5 turnout between blacks and whites in a particular
6 election, you're saying in this case -- I'm sorry -- in
7 this report, that as a statistical matter, they're
8 essentially indistinct; is that right?
9    A. Oh, I'm saying they're indistinct in 2012, 13
10 and 14.
11    Q. And the reason you're saying they're --
12    A. They're quite distinct in 2011 and 2015.
13    Q. Oh, right.  No, I'm not saying that you're
14 saying they are indistinct every time.  I'm saying that
15 when the confidence intervals overlap --
16    A. In those cases.
17    Q. If you wouldn't mind.  I know we've talked
18 over each other a lot, and I apologize for the times that
19 I've done it.  I just want to get the record clear here.
20 In 12, 13 and 14 when you say that the turnout rates
21 between blacks and whites are statistically indistinct,
22 it's because the confidence intervals between the
23 estimates for black and white turnout in each of those
24 years overlaps significantly, correct?
25    A. I want to make sure I'm not misstating.  Will

Page 80

1 you answer -- just ask the question one more time?
2    Q. Sure.  When you say in 2012, 2013 and 2014
3 that black and white turnout is statistically indistinct
4 in each of those years, that's because the confidence
5 intervals for your turnout estimates for each of those
6 groups overlaps in each of those years, correct?
7    A. It's because the point estimate lies within
8 the confidence interval.
9    Q. Got it. Okay.  So in 2014, for instance, the
10 point estimate for white turnout is higher than the point
11 estimate for black turnout?
12    A. Yes.
13    Q. But you do not, from that basis, opine that
14 white turnout is higher than black turnout.  You say
15 they're statistically indistinct because the point
16 estimates for each lie within the confidence intervals for
17 each; is that correct?
18    A. As I -- yeah, as I said before, this is a --
19 this is a -- it's a rule of thumb that I apply in
20 presenting the data here.  I would -- I would just --
21 look, I would be clear with the reader, the point estimate
22 is higher, it is -- it falls just short of statistical
23 significance, and then the reader can make what they will
24 of that.
25    Q. But essentially the point is in 2014 the point

20 (Pages 77 to 80)

**JONATHAN RODDEN, Ph.D.   8/20/2015**

## Page 81

1 estimates for black and white turnout fall within the
2 confidence intervals for each, and therefore you conclude
3 that they are statistically indistinguishable, correct?
4     A.  That's correct.
5     Q.  And failing to report those confidence
6 intervals here, just reporting the point estimates, would
7 that be consistent with generally accepted standards in
8 political science for peer review?
9     A.  No.  We like confidence intervals.
10     Q.  All right.  I want to show you a chart.  We
11 can mark this as Rodden Exhibit 6.
12         (Whereupon, Rodden Deposition Exhibit No. 6
13 was marked for identification.)
14     Q.  Can we do 6 and 7?
15         (Whereupon, Rodden Deposition Exhibit No. 7
16 was marked for identification.)
17     Q.  We'll just go over this quickly and then take
18 a little break.  This is a spreadsheet from an Excel file
19 that your counsel sent to us in response to a discovery
20 request.  I believe that this contains the numerical
21 values for what's represented in Figure 6.  Does that look
22 correct to you, Dr. Rodden?
23     A.  It does, yes.
24     Q.  Okay.  And I've given you what's marked as
25 Figure 7 -- I mean Rodden Exhibit 7.  It's the same

## Page 82

1 information, but we formatted it so it's a little easier
2 to read.  The columns and the rows are shaded.
3     A.  Okay.
4     Q.  I just wanted to provide that to you to make
5 it easier for you when I ask you some questions going
6 forward, but you can refer to either one.  But does that
7 look accurate, that 7 is the same data as 6?
8     A.  Yes.  I'll accept that it is.
9     Q.  Okay.  Now, to just understand what's going on
10 in these charts, the second column is your point estimate
11 for black turnout in each collection -- in each election,
12 right?
13     A.  I believe so, yes.
14     Q.  And the third column is your point estimate
15 for white turnout in each election?
16     A.  Oh, yes.  Yes.
17     Q.  And the next two columns represent the end
18 points for the confidence intervals for black turnout in
19 each election, correct?
20     A.  Yes.
21     Q.  And the last two columns represent the end
22 points for the confidence intervals of white turnout in
23 each election, correct?
24     A.  I certainly hope so.
25     Q.  Okay.

## Page 83

1     A.  I hope I gave you the right data.
2     Q.  All right.
3     A.  But yes.
4     Q.  Okay.  Why don't we take a break here, and
5 when we get back, I want to ask you a few questions about
6 this.
7     A.  Okay.
8         (Whereupon, a recess was taken from 11:23 to
9 11:36 A.M.)
10     Q.  So Dr. Rodden, could we turn to Page 16 of
11 your report and Paragraph 26.  Looking at the third to
12 last sentence, a little more than halfway down that starts
13 with "In six of the cases."  Do you see that?
14     A.  Uh-huh.
15     MS. ORMSBY:  Where?  I'm sorry.
16     Q.  Paragraph 26, four lines from the bottom.
17     A.  Yes.
18     Q.  Okay.  You write, "In six of the cases white
19 turnout estimates clearly surpass black turnout estimates,
20 2001, 2003, 2006, 2009, 2011 and 2015.  In the other six
21 election years turnout differences between the two racial
22 groups are indistinguishable."
23         Did I read that correctly?
24     A.  Yes.
25     Q.  Okay.  So there were 12 elections for which

## Page 84

1 you report results in terms of turnout for
2 Ferguson-Florissant school board between 2000 and 2015,
3 correct?
4     A.  Looks like it, yes.
5     Q.  And in six out of the 12 those elections,
6 white turnout exceeded black turnout at a statistically
7 significant -- to a statistically significant degree,
8 correct?
9     A.  Yes.
10     Q.  So another way of saying that is that in half
11 of the elections since 2000, white turnout exceeded black
12 turnout to a statistically significant degree, correct?
13     A.  Yes.
14     Q.  And in the other six elections you do not find
15 a statistically significant difference between black and
16 white turnout, correct?
17     A.  That's correct.
18     Q.  So is it fair to say that since going back to
19 2000, in 12 elections over 15 years, black turnout has
20 never exceeded white turnout to a statistically
21 significant degree?
22     A.  Not quite.
23     Q.  How have I stated that incorrectly?
24     A.  No, I'm sorry.  The answer was not quite.
25 That it was not quite achieved -- there was one year in

21 (Pages 81 to 84)

JONATHAN RODDEN, Ph.D.  8/20/2015

Page 85

1  which it was very close and it was not quite, so the
2  answer is yes, if I remember how you phrased it, yes.
3       Q.  So yes, black turnout has never exceeded white
4  turnout in the elections that you've analyzed to a
5  statistically significant degree?
6       A.  Correct.
7       Q.  Okay.  The last sentence in this paragraph on
8  Page 16 is, "In three of these cases the point estimates
9  for African-American turnout are actually higher, though
10  the difference is not quite statistically significant."
11       A.  That's correct.
12       Q.  I read that right?
13       A.  Yes.
14       Q.  Now, if we look at your point estimates, and
15  you can look at, you know, the spreadsheet or whatever,
16  black turnout only exceeds white turnout in terms of the
17  point estimate one time; isn't that right, in 2012?
18       A.  Yes.
19       Q.  So when you wrote here that the point estimate
20  for African-American turnout was higher than for white
21  turnout three times, that was incorrect?
22       A.  That is incorrect.  I would only supplement by
23  saying that I conducted this analysis using two different
24  denominators, as I mentioned before, one being the voting
25  age population and one being registered voters, and it's

Page 86

1  possible that when I was writing, I was imagining I would
2  put the other graph in the paper, so I apologize for that
3  mis -- that misrepresentation at the end of Paragraph 23.
4       Q.  26 you mean?
5       A.  Yes, 26.
6       Q.  Okay.  I just wanted the record to be clear.
7       A.  Yes.
8       Q.  So in all 12 -- in the 12 elections that you
9  looked at over 15 years, the point estimate for
10  African-American turnout was higher than for white turnout
11  only one time, correct?
12       A.  That is correct.
13       Q.  And that one time it was not higher to a
14  statistically significant degree, correct?
15       A.  Correct.
16       Q.  So that one time the turnout rates between
17  black and whites were, in your view, statistically
18  indistinguishable, correct?
19       A.  Yes, but as you mentioned earlier, it is
20  important to understand that the voting age population of
21  African-Americans now exceeds the voting age population of
22  whites, so if we actually are interested in the electorate
23  on election day, we might draw a different conclusion in
24  the very recent years.
25       Q.  Okay.  Now, I believe, looking at your graph,

Page 87

1  the two most recent elections in which white turnout
2  clearly exceeds black turnout are the 2011 and 2015
3  elections, correct?
4       A.  Yes.
5       Q.  And you attribute that, in part, to the
6  mayoral elections in Florissant in each of those years,
7  correct?
8       A.  I do, but I would not claim that that is the
9  only reason.  I don't really know.  I find this puzzling.
10       Q.  So you don't know why turnout for whites is
11  statistically significantly higher in 2011 and 2015 than
12  for blacks?
13       A.  I've made the case that it is -- the thing
14  that is different about these -- about these races that is
15  most obvious is the presence of a competitive mayoral
16  election in the community that has a larger white
17  population.
18       Q.  And --
19       A.  And this is --
20       Q.  -- I'm asking Florissant.
21       A.  And this is just based on my own knowledge of
22  having grown up there, that the very white neighborhood of
23  old town Florissant is a place where these particular
24  candidates generated a great deal of excitement.  And when
25  you look at the scatter plots of the kind we were looking

Page 88

1  at just a little bit earlier, the kinds of scatter plots
2  that were in Figure 5, one sees a little bit of what's
3  going on; that in the left-hand side of the scatter plot
4  we see -- we see that some of these old town Florissant
5  places have really high turnout in those elections.
6       Q.  You didn't, Dr. Rodden, attempt to calculate
7  turnout rates comparatively in the Ferguson-Florissant
8  school district in those two elections while subtracting
9  out Florissant, did you?
10       A.  Get rid of Florissant and redo the analysis?
11       Q.  Yeah.  You didn't try to do that, did you?
12       A.  I don't recall.
13       Q.  That would be one way to test the effect of
14  whether or not the mayoral election in Florissant had an
15  effect on turnout in the Ferguson-Florissant school
16  district in those elections, right?  You could have
17  subtracted Florissant out and seen if turnout, in fact,
18  went up outside of Florissant or was flat outside of
19  Florissant, right?
20       A.  When you say went up or was flat, you mean
21  re-examine the relationship between race and turnout
22  without Florissant?
23       Q.  Yes.
24       A.  That would be a reasonable thing to do.
25       Q.  Right.  That would be one way to

MIDWEST LITIGATION SERVICES
www.midwestlitigation.com          Phone: 1.800.280.3376          Fax: 314.644.1334

JONATHAN RODDEN, Ph.D.   8/20/2015

Page 89

1  quantitatively assess whether or not the Florissant
2  mayoral election had an effect on white turnout in the
3  Ferguson-Florissant school district in those two years,
4  correct?
5      A.  Yes.
6      Q.  And you could have done that, right?
7      A.  I'm not -- I will not go on record as saying I
8  didn't do it.  I don't remember.  It does seem like a
9  sufficiently reasonable thing to do, but -- I may have
10  done it.  I don't remember.
11      Q.  Okay.  And we established earlier, didn't we,
12  Dr. Rodden, that to get through peer review, one should
13  quantitatively test hypotheses, not rely simply on sort of
14  qualitative judgments about whether or not something was
15  the cause of something else, right?
16      A.  Yes.
17      Q.  So would the assertion here that the
18  Florissant mayoral campaign caused white turnout to spike
19  in the Ferguson-Florissant school district during these
20  two years, that hypothesis or assertion would not survive
21  peer review according to the standards that we discussed
22  earlier today, correct?
23      A.  If that was the purpose of the article was to
24  convince the reader that I have a finding about mayoral
25  elections and the impact of mayoral elections on turnout,

Page 90

1  this would not -- this is not the type of analysis one
2  would do.  The analysis here is an effort to understand a
3  pattern of African-American and white turnout, and what
4  happens in that analysis is that they look very similar in
5  quite a good number of years, and then there are these two
6  big spikes that really strike the reader to then, in that
7  kind of analysis, tell the reader what they think might be
8  going on to cause those outliers.  Yes, that type of a
9  post-analysis kind of discussion of outliers is absolutely
10  something one would do in a peer-reviewed article.
11      Q.  But the attribution of a causal relationship
12  between the Florissant mayoral election and turnout
13  patterns in 2011 and 2015, that's not something that you
14  assessed quantitatively in this report, correct?
15      A.  Not in the version of the report that is --
16  not in the final report.  I did satisfy myself with some
17  calculations that that was going on, but I realize that I
18  did not include any information like that in the report.
19      Q.  But -- so that causal proposition that the
20  Florissant mayoral elections in 2011 and 2015 caused white
21  turnout to spike in those two years, that is not the kind
22  of causal assertion, the way that you've supported it here
23  in this report, that would survive peer review, correct?
24      A.  As a discussion of outliers, it would be fine.
25  If that was the focus of the analysis, it would be

Page 91

1  insufficient.
2      Q.  Okay.  Can we look back at your report, Page
3  16, Paragraph 28.  You write, "As discussed below, the
4  2011 election attracted unusually high turnout due to
5  widespread anger over the revelation that a retiring
6  superintendent had been offered an exceptionally expensive
7  package of lifetime benefits.  This led to a tax revolt of
8  sorts in which all of the sitting incumbents were removed
9  from office."
10      Did I read that correctly?
11      A.  Yes.
12      Q.  Okay.  Would you describe black turnout in
13  this election as unusually high in 2011?  And you can look
14  at the spreadsheet if that helps.
15      A.  Sure.  I was just looking at the graph.  No.
16      Q.  No.  And in fact, black turnout is lower in
17  2011 as compared to the most recent election before that,
18  2009, correct?
19      A.  Yes, that's correct.
20      Q.  So only white turnout increased in 2011 as
21  compared to the previous election, correct?
22      A.  That's correct.
23      Q.  So then would it be fair to say that white
24  voters participated in the tax revolt that you're
25  referring to here?

Page 92

1      A.  If that was a factor.  Again, I have to
2  describe the spirit in which this analysis was done.  When
3  I see two big outliers like that, I want to explain them
4  to the reader and provide some context, and indeed it
5  seems to have been the case that among -- that these
6  things kind of -- these kinds of issues seem to spread
7  through social networks in a way.
8      It seemed to be the case that people in --
9  that people in Florissant were really -- there was a lot
10  of discussion about this.  So in the news media reporting
11  there was a lot of anger among Florissant residents.  And
12  again, I'm from Florissant, and my social network is based
13  on Florissant and I heard those people really talking
14  about this thing.
15      Q.  Uh-huh.
16      A.  I don't know much about -- about, you know, I
17  don't have a theory as to why this particular event would
18  have been more interesting to whites than
19  African-Americans.  I don't have that.
20      Q.  But you do say there was a tax revolt in the
21  2011 election?
22      A.  That's my understanding mainly from media
23  reporting.
24      Q.  Right.  And when that tax revolt happened,
25  white turnout spiked as compared to the previous election,

**MIDWEST LITIGATION SERVICES**
www.midwestlitigation.com        Phone: 1.800.280.3376        Fax: 314.644.1334

JONATHAN RODDEN, Ph.D.   8/20/2015

## Page 93

1    correct?
2        A.   Well, there was also a Florissant mayoral
3    election which I've described as, I think, a more
4    important factor.  That was a very nasty and contested
5    election.
6        Q.   In the 2011 election when the tax revolt
7    occurred, black turnout did not spike; it, in fact,
8    declined relative to the previous election, correct?
9        A.   Yes.
10       Q.   Would it be then fair to infer that black and
11   white voters responded to these events that you're
12   describing in 2011 differently?
13       A.   I don't know.  If the -- if the tax -- if this
14   thing really was a factor, it appears to have been a
15   factor in an asymmetric way, but I have no good story as
16   to why that would be.
17       Q.   Can you think of any reasons why black and
18   white voters may have responded to this incident with the
19   superintendent in different ways?  Could it stem from
20   different views on taxes since this is a tax revolt?
21       A.   This was -- this is someone who was an
22   outgoing white superintendent who had been given a very
23   nice pension package, and people -- you know, working
24   people, who themselves did not have such pension packages,
25   found that to be obscene and they were angry with the

## Page 94

1    school board for signing off on it.  I don't know why -- I
2    don't have a theory as to why anger over a compensation
3    package for a superintendent would be greater among one
4    racial group than the other.  The outgoing superintendent
5    was white.  I don't know if that matters.  He -- people --
6    you know, there's -- a lot of people are -- a lot of
7    people in Florissant are working people who probably don't
8    have much in the way of a pension, so I think that really
9    -- that really was something that angered them.
10       Q.   Fair to say that white voters participated in
11   this tax revolt disproportionately as compared to black
12   voters?
13       A.   I don't know.
14       Q.   You say that your information about this tax
15   revolt came from your social network; is that right?
16       A.   Yes.
17       Q.   Is it common for political scientists to rely
18   on her or his social network in peer-reviewed work?
19       A.   When one is facing a statistical outlier and
20   one is trying to understand it, there is a kind of -- it
21   is acceptable to, at the end of the analysis, to kind of
22   hypothesize about what some other -- what some other
23   possibilities might be without testing them, and in
24   drawing upon what you know about the world, to present
25   readers with a possible hypothesis is not something that I

## Page 95

1    would find unusual.  I think it's very frequently the case
2    that when someone does some analysis and finds some
3    relationship and there are a couple of outliers, there is
4    some puzzling about what might cause those outliers, and
5    it was in that spirit that I drew upon conversations with
6    friends and family and included that in my report.
7        Q.   Can you name the friends and family that you
8    discussed these issues with and upon which you based your
9    opinion in this report?
10       A.   The reporting about the existence of this
11   issue came from a number of media sources that I believe I
12   provided, but then I also just had conversations with my
13   immediate family and with a couple of other friends who
14   live in the district.
15       Q.   Right.  And that informed some of what you're
16   stating here?
17       A.   It reinforced what I read in the media
18   reports.
19       Q.   Okay.  And who were those people?
20       A.   You would like the name of my mother and
21   father and my sister?
22       Q.   Sure.
23       A.   Okay.  John, Judy and Janelle Rodden are my
24   immediate family.
25       Q.   And you talked about this issue with them?

## Page 96

1        A.   Sure.
2        Q.   And you mentioned some friends, too.  Who did
3    you mention this?
4        A.   I have a friend that lives in Florissant by
5    the name of Matt Koch, another friend by the name of Jerry
6    Laws, another friend by the name of Mike Rose.  These are
7    all people who know the district well and recall the
8    politics of different past years in the district.
9        Q.   And I believe your counsel represented to us
10   that you don't have any notes from any of these
11   conversations?
12       A.   No, absolutely not.
13       Q.   Okay.  Can you turn to Page 17.  Looking at
14   the top paragraph that is continuing from the previous
15   page, and you have a sentence, the last sentence here that
16   states, "Increased turnout among both racial groups in
17   2014 was likely a function of another controversy
18   involving an outgoing superintendent discussed further
19   below.  And of course the 2015 election took place amid
20   national attention and serious get-out-the-vote efforts
21   following the Michael Brown shooting and associated
22   protests."
23            Did I read that right?
24       A.   Yes.
25       Q.   Okay.  The controversy in 2014 that you're

24 (Pages 93 to 96)

JONATHAN RODDEN, Ph.D.   8/20/2015

Page 97

1  referring to, I believe, is that the separation of the
2  former superintendent, Art McCoy, from the school
3  district?
4      A.  Yes.
5      Q.  And the controversy around that, you're
6  positing here, may have caused turnout to increase in
7  2014?
8      A.  Over the previous couple of years, yes.
9      Q.  And that makes the 2014 election, in your
10  mind, different from some of the previous elections of the
11  Ferguson-Florissant school district?
12      A.  Not the turnout level.  You can see here the
13  turnout level is not anything special.  What is special
14  about this election is that the correlation between the
15  race of the population in the precinct and the race of the
16  candidates voted for increased dramatically.
17      Q.  So the controversy you would describe as
18  something special -- causing something special to happen
19  in the 2014 election?
20      A.  Yes.
21      Q.  The 2015 election you're referring to in this
22  paragraph, you say had national attention around it?
23      A.  Yes.
24      Q.  Because of the Michael Brown shooting?
25      A.  Yes.

Page 98

1      Q.  And you think that may have caused turnout to
2  increase in 2015?
3      A.  It's possible, yes.
4      Q.  And you also mentioned get-out-the-vote
5  efforts in 2015?
6      A.  Yes.  Based on media reports, I had the
7  impression that people were putting more effort into this
8  municipal election than would typically be the case.
9      Q.  And that national attention and those
10  get-out-the-vote efforts, in your mind, that makes -- that
11  marks something different about the 2015 election as
12  compared to some previous ones?
13      A.  I think 2014, you know, it depends on -- I
14  would say that we need to know what we're talking about,
15  what -- different in what respect.
16      Q.  Uh-huh.
17      A.  Different in terms of voting outcomes,
18  different in terms of turnout, I would say that with
19  respect to turnout, it was the -- it was not the highest
20  African-American turnout I reported.  It actually was kind
21  of, as I describe, a return to what African-American
22  turnout looked like earlier around 2000.  But as for
23  whites, it was the second highest turnout they've had.
24  You know, yeah, also the second highest turnout, just
25  eyeballing the data, for African-Americans.  So it was

Page 99

1  high turnout.
2      Q.  And that's what I guess I was asking about.
3      A.  Yeah.
4      Q.  You think that the events of 2015 -- I'm sorry
5  -- the events prior to the 2015 election, the national
6  attention after the Michael Brown shooting, the
7  get-out-the-vote efforts, these are special circumstances
8  that may have affected turnout in 2015?
9      A.  I believe they may have increased turnout.
10  That's one thing that might be special, but if we are
11  interested in racial polarization, we see that in Figure 5
12  racial polarization was -- I'm sorry, Figure 5 is not the
13  one I meant to refer to.  In terms of -- in terms of
14  racial polarization of voting behavior, it was as captured
15  by Figure 7.  It does not appear -- in Figure 7 it appears
16  that 2014 was the outlier, not 2015.
17          So if I'm going to say that something is --
18  that an election is special, I need to know on what
19  dimension, and if it's just turnout, I will say yes, it
20  was -- there was a high turnout in that election.
21      Q.  Okay.  I would like to show you something
22  we're going to mark as -- shift topics and show you
23  something we're going to mark as Rodden Exhibit 8.
24          (Whereupon, Rodden Deposition Exhibit No. 8
25  was marked for identification.)

Page 100

1      Q.  I'll represent to you that these are Pages 9
2  and 10 of the expert report of William Cooper.
3      A.  Okay.
4      Q.  On behalf of the plaintiffs.  And you
5  testified earlier that you've reviewed -- actually I don't
6  know if I asked you this.  You've reviewed Mr. Cooper's
7  report in this case, correct?
8      A.  Yes.
9      Q.  Could you look at Page 10 of Mr. Cooper's
10  report.  In Figure 4 Mr. Cooper presents --
11      MS. ORMSBY:  Dale, can I just -- is this from
12  his initial report or --
13      MR. HO:  Yes.  I apologize.
14      MS. ORMSBY:  I'm sorry to interrupt.
15      Q.  (By Mr. Ho) No, no, no.  It's fine.  This is
16  his initial report in this case, not his rebuttal report.
17  Page 10, Figure 4 has decennial census data concerning the
18  voting age population in the Ferguson-Florissant school
19  district from 1990 to 2010.  Do you see that?
20      A.  Yes.
21      Q.  Do you dispute the accuracy of what he's
22  represented here; that these are the -- last three
23  decennial census figures for the voting age population in
24  the Ferguson-Florissant school district?
25      A.  The question is whether I dispute that these

JONATHAN RODDEN, Ph.D.   8/20/2015

Page 101

1    are? No, I do not dispute.
2        Q.  Okay.  So to be clear, you do not dispute that
3    according to the 2010 decennial census, blacks are less
4    than 50 percent of the voting age population of the
5    Ferguson-Florissant school district, right?
6        A.  I do not dispute that.
7        Q.  And you do not dispute that, according to the
8    2010 decennial census, whites outnumber blacks in terms of
9    the voting age population of the Ferguson-Florissant
10   school district, correct?
11       A.  By a very small amount, that is correct.
12       Q.  Could we look back at your report, Dr. Rodden,
13   Exhibit 4, and could we look at Page 6 in your report,
14   Figure 3. Figure 3 shows your presentation of your
15   estimates of the voting age population within the
16   Ferguson-Florissant school district from 2000 to 2015,
17   correct?
18       A.  Correct.
19       Q.  And according to you, it is likely that blacks
20   are now a majority of the voting age population in the
21   Ferguson-Florissant school district, correct?
22       A.  That is correct.
23       Q.  And you define the term majority as more than
24   half, right?
25       A.  Yes.

Page 102

1        Q.  So 50 percent plus one would be a majority?
2        A.  Correct.
3        Q.  And that's different from a plurality, right?
4    A group can be a plurality without being a majority?
5        A.  That is correct.  It's already, according to
6    the 2013 ACS, a plurality.  But this is -- I do use the
7    word majority on occasion, and that is -- and that comes
8    from the continuation of the trend.
9        Q.  Right.  So I want to ask about the data
10   sources that you used to generate this graph.  Am I
11   correct that you have three different forms of data that
12   are presented in this graph, decennial census data, ACS
13   data, and your own linear projections based on the ACS?
14       A.  That is correct.
15       Q.  Can you tell me which years for which you're
16   presenting data you're using decennial census data?
17       A.  Yes.  There is a decennial census data point
18   at 2000.  There is a decennial data point -- I'm sorry.
19   Right.  In this graph what I did is I started with the
20   2000 decennial census, and then I use, in order to be
21   consistent, especially to have that trend that flows from
22   it, I then start using -- let me read the text to make
23   sure I don't misspeak.
24           Yes.  I explain this in Footnote 1 in
25   reference to Figure 1, and the same things are true about

Page 103

1    Figure 3.  The first observation comes from the 2000
2    decennial census.  For recent years I obtained three-year
3    population estimates from the American Community Survey,
4    which has now replaced the long-form census.  These are
5    placed on the graph at the position of the middle of the
6    three years, but it must be stressed that these estimates
7    are averages of responses over three years.
8        Q.  So --
9        A.  So these are three-year ACS that have been
10   plotted, and to make things easier on the reader, I made a
11   -- I just connected those -- those dots.
12       Q.  So to be clear, the 2000 -- the data for the
13   year 2000, that's decennial census data?
14       A.  Yes.
15       Q.  Right.  And then is there any other decennial
16   census data that you used for purposes of this graph?
17       A.  In this graph, no.
18       Q.  Okay.  And you used ACS data through which
19   year after 2000?  So starting with 2001 --
20       A.  I used -- I used all of the three-year ACS
21   estimates that were available.
22       Q.  Up until?
23       A.  Until the most recent one, which is the
24   2011-2013 ACS.
25       Q.  So you used that to generate data for the

Page 104

1    midpoint year, right, 2012?
2        A.  I used -- on the graph, yes, I want to be
3    clear about that.  On the graph, the 2011 to 2013 ACS is
4    represented as a dot -- well, there is no dot, it's just a
5    line, at 2012.
6        Q.  Okay.  So just to get this straight, 2001
7    through 2012, your calculations for the voting age
8    population of the Ferguson-Florissant school district,
9    those are based on three-year ACS estimates, correct?
10       A.  For the purpose of consistency in the
11   presentation of this graph, I wanted to use as much
12   comparable data in the recent years as possible.  I
13   certainly could have put the 2010 decennial data point on
14   the graph, but I chose not to because it would only -- it
15   would be apples and oranges.
16       Q.  Yeah, I'm not questioning your choices.
17       A.  I understand.  I'm trying to clarify what I
18   have done here.
19       Q.  Yeah, yeah.  I'm not questioning your choices
20   at all.  I'm actually just trying to clarify --
21       A.  Sure.
22       Q.  -- what is represented in each year.
23       A.  Sure.
24       Q.  And what I understand you to be saying is the
25   2000 data for the voting age population of the

26 (Pages 101 to 104)

JONATHAN RODDEN, Ph.D.   8/20/2015

Page 105

1   Ferguson-Florissant school district is decennial census
2   data, correct?
3       A.   Yes, uh-huh.
4       Q.   And for each of the years 2001 through 2012,
5   you're presenting the voting age population for the
6   Ferguson-Florissant school district with three-year ACS
7   data, correct?
8       A.   There are no three-year ACS estimates
9   available as far back as the first part of the decade, and
10  I don't, in my head right now, remember what was the first
11  one that was available.  So there is a -- that first part
12  of the graph is a -- I mean you can see, when you look at
13  it, that it is a line that is connecting 2000 with
14  whatever the first year was that the three-year ACS
15  estimates were available, which looks like it would be a
16  midpoint year of 2008, I want to guess, just from looking
17  at the graph, but I could be wrong by a year.
18      Q.   All right.
19      A.   So just to be clear, the first big chunk of
20  that white line -- or the black line is a connection of
21  two dots that are pretty far apart.
22      Q.   Okay.  So 2000 is decennial census data,
23  there's a gap in the data, and somewhere around 2008 you
24  start presenting the voting age population of the
25  Ferguson-Florissant school district based on the ACS

Page 106

1   estimates, correct?
2       A.   Correct.
3       Q.   Okay.  And that goes up until 2000, the data
4   that you present for the voting age population of
5   Ferguson-Florissant in 2012, correct?
6       A.   It's presented as 2012, but it is the period
7   that covers 11 to 13.
8       Q.   Right.  And when you start presenting data for
9   the population, the voting age population of the
10  Ferguson-Florissant school district after 2012, so
11  starting with the year 2013, you're presenting your linear
12  projections from the ACS data, correct?
13      A.   Yes.
14      Q.   Okay.  So to be clear, in this graph the most
15  recent year for which you are presenting purely government
16  data, without any projections by you, is the voting age
17  population of the Ferguson-Florissant school district in
18  2012, correct?
19      A.   No, it's the voting age population over the
20  period from 2011 to 13 as estimated from the sample that
21  the ACS collected during those years.  It is presented in
22  the graph at 2012 because that seemed like a sensible way,
23  kind of for presentation purposes, to do it.
24      Q.   Right.  So the most recent year for which you
25  present data in the graph that is purely government data,

Page 107

1   but not your projection, is what you're presenting for the
2   voting age population of the Ferguson-Florissant school
3   district in 2012, correct?
4       A.   Technically 2013 would be the answer.  2013 --
5   data collected in 2013 would go into that data point that,
6   on the graph, appears as 2012.
7       Q.   Right.  But the data that you're presenting
8   from 2013 onward represents your linear projections --
9       A.   Yes.
10      Q.   -- correct?  Okay.  Let's look at an exhibit.
11  I'll mark this as Rodden Exhibit 9.
12          (Whereupon, Rodden Deposition Exhibit No. 9
13  was marked for identification.)
14      Q.   Now, this is a spreadsheet from an Excel file
15  that your counsel sent to us.  I believe this corresponds
16  to what's presented in Figure 3.  Does that look correct
17  to you, Dr. Rodden?
18      A.   Yes.
19      Q.   Okay.  So for the year 2012, and this is where
20  you're presenting the midpoint -- it's the midpoint for
21  the three-year estimate of ACS 2011 to 2013, right?
22      A.   Yes.
23      Q.   Now, you are showing a white voting age
24  population, which I believe you can see on the first page
25  of this chart, of 23,740, correct?

Page 108

1       A.   Yes.
2       Q.   Could I ask you to just -- I'm going to give
3   you a sheet of paper and a pen.  Could you write that
4   down?
5       A.   (The witness complied.)
6       Q.   And on this chart you're showing a black
7   voting age population in the Ferguson-Florissant school
8   district of 24,313; is that right?
9       A.   Yes.
10      Q.   Now, there are some people who are neither
11  white nor black living in the Ferguson-Florissant school
12  district, right?
13      A.   Yes.
14      Q.   I believe they are on the very last page of
15  your spreadsheet under the column Other, 18-plus; is that
16  right?
17      A.   I need to take a closer look and make sure --
18      Q.   Sure.
19      A.   -- how these are categorized here, so --
20      Q.   Sure.  Take your time.
21      A.   Yeah.  I mean we can -- I can -- let's see
22  here.  We're looking at the year 2000.  It's hard to work
23  through the --
24      Q.   Yeah.
25      A.   -- pages without seeing the lines.

27 (Pages 105 to 108)

JONATHAN RODDEN, Ph.D.   8/20/2015

Page 109

1    Q.  We printed it out in the form that it was
2    given to us.
3    MS. ORMSBY:  Excel sheets.
4    A.  So this is -- we're talking about line one,
5    two, three, four, five -- line five, is that correct?
6    Q.  Uh-huh.  Under the headers, the fifth line
7    under the headers.
8    A.  Right, right.
9    Q.  What may be helpful, Dr. Rodden, is that you
10   have, you know, estimated numbers only for certain
11   columns, right?  You have an estimated number for the
12   White 18-plus column, you have an estimated number for the
13   Black 18-plus column, and the only other column for which
14   you have an estimated number is the Other 18-plus, which
15   is on the back page.
16   A.  Yes.  I'm just --
17   MS. ORMSBY:  Turn one more.
18   A.  Oh, there we are.  Okay.  So the question?  I
19   think I understand what we're looking at now.
20   Q.  Right.  I'm trying to figure out where in this
21   chart we have the voting age population of people who
22   don't fall into either the white or the black category,
23   and based on what's here, it seems like that's the Other
24   18-plus column at the very end.  Is that correct?
25   A.  Yes.  What I -- I just want to make sure

Page 110

1    there's no confusion about what is included here in Other
2    18-plus.  So not having the spreadsheet handy with the
3    formula in it, I would want to make sure that that
4    included -- my recollection is that this column includes
5    -- includes everyone else for whom a breakdown was
6    available, which would include Native-Americans, Asians
7    and people reporting more than one race.  That is my
8    recollection of what's there.
9    Q.  So in order to get the total voting age
10   population of the Ferguson-Florissant school district, we
11   need to add up the numbers in those three columns, the
12   White 18-plus, the Black 18-plus, and the Other 18-plus;
13   is that right?
14   A.  This is where -- yes, in theory.  The question
15   is whether everyone is here in 18-plus column, but I
16   believe -- let's assume that that's the case.
17   Q.  So there may be more people, but not less; not
18   fewer, right, than what's in the Other 18-plus?
19   A.  I don't know, but I -- let's assume that this
20   includes everyone who's in that category.
21   Q.  Okay.  So can you record that you have 956
22   people in the corresponding year, which I believe is for
23   2012, right, in the Other voting age population.
24   A.  Right.
25   Q.  And I'll hand you a calculator.  Could you

Page 111

1    total up the voting age population of the
2    Ferguson-Florissant school district in 2012 using the ACS
3    data, the three-year ACS estimate?
4    A.  49,009.
5    Q.  Okay.  And what percentage of the voting age
6    population, according to the three-year ACS estimates, was
7    black in 2012?
8    A.  49.6.
9    Q.  So that's less than a majority, right, which
10   we defined as 50 percent plus one?
11   A.  That's correct.
12   Q.  So according to the most recent data presented
13   in your graph, apart from your linear projections,
14   African-Americans are less than a majority of the voting
15   age population --
16   A.  No, single race African-Americans are less
17   than -- are 49.6 percent, single race African-Americans.
18   We know that there are a number of additional people in
19   the district who are reporting more than one race, and we
20   know that many of them, the vast majority of them, one of
21   the races is African-American.  So it is correct that
22   according to this estimate, 49.6 percent of the voting age
23   population is single race African-American, but it is very
24   clear to any demographer who looks at these data that the
25   any part African-American population will be over 50

Page 112

1    percent.
2    Q.  Okay.  But that's not presented here, right?
3    A.  No, that was --
4    Q.  I'm just asking about what's in your initial
5    report.
6    A.  That was just -- this is just a graph meant to
7    visually -- to give the reader a visual sense of the
8    population trend.
9    Q.  Okay.  Based on the data presented here,
10   individuals who are single race African-American are less
11   than a majority of the voting age population of the
12   Ferguson-Florissant school district as of 2012, correct?
13   A.  The as of 2012 part is hard, as we -- for
14   reasons we discussed, that this is a summary of one year
15   information that is collected every year from 2011 to
16   2013, but that's just a small --
17   Q.  And you're using that three-year estimate from
18   2011 to 2013 to produce an estimate from the ACS of the
19   voting age population of the Ferguson-Florissant school
20   district in 2012, correct, Dr. Rodden?
21   A.  It is graphed as 2012 for visual purposes.  I
22   do not mean to represent it as the information for 2012.
23   In fact, a single year 2012, one-year estimates are
24   available, but I didn't use one-year estimates, I used
25   three-year estimates.

28 (Pages 109 to 112)

JONATHAN RODDEN, Ph.D.   8/20/2015

Page 113

1    Q.   You used three-year estimates from 2011 to
2    2013 --
3       A.   Right.
4       Q.   -- to generate information for this graph?
5       A.   Yes.
6       Q.   For the voting age population of the
7    Ferguson-Florissant school district for 2012, correct?
8       A.   For the graph, 2012.
9       Q.   Right.  And for purposes of that graph in your
10   report, individuals who are single member African-American
11   -- single member race African-American are less than a
12   majority of the voting age population in the
13   Ferguson-Florissant school district in 2012, correct?
14      A.   That is correct.
15      Q.   Now, subsequent to 2012, you present
16   projections, starting in 2013, of the voting age
17   population in the Ferguson-Florissant school district,
18   correct?
19      A.   Yes.
20      Q.   And those are linear projections based on the
21   previous trends, Dr. Rodden?
22      A.   Yes.
23      Q.   Okay.  Now, if you're looking at Page 6 in
24   your report, the graph that shows population trends in the
25   Ferguson-Florissant school district, the slopes of those

Page 114

1    lines change from time to time, right?
2       A.   Yes.  There is a single -- there's a single
3    point that bumps upwards in mid year 2010.
4       Q.   I mean if you did a linear projection starting
5    in the year 2005, that might look different from one
6    starting in 2012, right?
7       A.   Sure.  If there's a little bit of a
8    discontinuity, then you're going to get slightly different
9    results depending on what years you choose.
10      Q.   And do you know -- sorry.  Let me start that
11   again.  Events can change the rate of these trends; you
12   would agree with that, right, Dr. Rodden?
13      A.   Sure.
14      Q.   And you don't know if any events since 2013
15   may have changed these trends, do you?
16      A.   I don't know.
17      Q.   You don't know, for instance, the controversy
18   over the shooting of Michael Brown may have made the
19   Ferguson-Florissant area less attractive to incoming black
20   residents, do you?
21      A.   If I had to guess, I would guess that the rate
22   of white exodus has increased.  You will notice --
23      Q.   But you don't have any data on that?
24      A.   You will notice that the trend line for
25   African-Americans is not nearly as steep as the trend line

Page 115

1    for whites.  African-American population in the district
2    has been increasing at a -- when we look visually at it,
3    we see that the rate of decrease over a long period of
4    time is much greater for whites.  The rate of increase for
5    African-Americans is -- it's more stable in the long run,
6    so if I had to guess what would be the more -- the larger
7    impact of the events of last summer, I would be -- it
8    would surprise me if it led a lot of African-Americans to
9    leave the school district, especially since the -- a lot
10   of the violence and protests did not occur within the
11   school district, they took place outside the school
12   district.  But if there was any impact on the population,
13   I would expect that the rate of decrease in the white
14   population probably increased.
15      Q.   And as you said, that's a guess, right?
16      A.   That is a guess.
17      Q.   You don't have --
18      A.   I have no idea.
19      Q.   You have no idea one way or the other, right?
20      A.   That's right.
21      Q.   Okay.  Now, we established earlier that the
22   ACS data has confidence intervals or error margins
23   associated with it, correct?
24      A.   Yes.
25      Q.   You don't report those confidence intervals or

Page 116

1    error margins here, did you?
2       A.   No.
3       Q.   And your projections, because they're based on
4    the ACS data, would also have confidence intervals
5    associated with it, wouldn't they?
6       A.   Yes.
7       Q.   And you don't present the confidence intervals
8    for your projections of the population of the
9    Ferguson-Florissant school district, correct, Dr. Rodden?
10      A.   No, I don't.
11      Q.   We established earlier that it's pretty
12   standard practice in political science research in peer
13   review to present confidence intervals, didn't we, Dr.
14   Rodden?
15      A.   Yes.
16      Q.   Now, we established earlier than when
17   jurisdictions redistrict, they typically use decennial
18   census data, right, Dr. Rodden?
19      A.   Correct.
20      Q.   Have you ever heard of a jurisdiction -- I
21   mean and you have experience with redistricting based on
22   your research, right?
23      A.   Yes.
24      Q.   And have you ever heard of a jurisdiction
25   using ACS projections along the lines of what you've done

**MIDWEST LITIGATION SERVICES**
www.midwestlitigation.com          Phone: 1.800.280.3376          Fax: 314.644.1334

JONATHAN RODDEN, Ph.D.   8/20/2015

Page 117

1    here as a basis for redistricting?
2        A.   For redistricting, as I described earlier,
3    it's impossible, because there are no data available at a
4    sufficiently low level of aggregation to get the
5    population counts that will fit within boundaries when
6    blocks are being assembled together for redistricting
7    purposes.
8        Q.   Could you take the decennial census data and
9    build linear projections off of it in the same way that
10   you've done with the ACS?
11       A.   Yes.
12       Q.   And you've never heard of a jurisdiction using
13   linear projections from the decennial census data, which
14   does have the level of detail necessary for redistricting,
15   you've never heard of a jurisdiction using linear
16   projections from the decennial census data for purposes of
17   redistricting, have you?
18       A.   Whether a jurisdiction uses projections at the
19   -- from like from 10 years earlier to the next 10 years
20   and then projecting some population into the blocks?  No,
21   I've never heard of that.
22       Q.   Okay.  I want to move to Page 18 of your
23   report, the section with the header, "An Assessment of
24   Race and Voting Behavior in Recent School Board
25   Elections."  This is a part of your report where you

Page 118

1    describe your analysis of whether or not voting patterns
2    in the Ferguson-Florissant school district are racially
3    polarized, correct, broadly speaking?
4        A.   Yes.
5        Q.   And you would agree, wouldn't you, that when
6    assessing whether voting is racially polarized, that
7    recent elections are the most probative?
8        A.   I took that language from a court case and I
9    believe the courts will view it that way, but again, I am
10   not an expert on that.
11       Q.   As a social scientist, do you think that
12   recent elections are the most probative in assessing
13   whether voting is racially polarized?
14       A.   I think we can analyze any year we want to
15   draw a conclusion about that year.  I believe your
16   question is for the purposes of voting rights case, what
17   is the most useful information, and I would -- again, this
18   is -- I don't want to put myself in the Court's shoes, but
19   if I were the Court looking at this case, I would be more
20   interested in the more recent elections, but I would not
21   ignore -- I would find the information useful.  I would
22   like to get the big picture and know what has been
23   happening over a long period of time and what the trends
24   are.  I would find that to be useful information, but this
25   is up to the Court.

Page 119

1        Q.   Let's look at Page 20 of your report, Figure
2    7.  Here, correct me if I'm wrong, but you are presenting
3    an analysis of whether or not there's a correlation
4    between the percent black voting age population of
5    different precincts within the Ferguson-Florissant school
6    district and the vote share received by black candidates
7    in those precincts, correct?
8        A.   That is correct.
9        Q.   And you're presenting data from the years 2012
10   through 2015, correct?
11       A.   Yes.
12       Q.   And you found a positive correlation between
13   African-American voting age population and
14   African-American candidate share at precincts within the
15   Ferguson-Florissant school district, correct?
16       A.   I do not report the correlation coefficient,
17   but it is -- visually one can see that there is a --
18   positive correlation in -- in each of these graphs.
19       Q.   And what that means, in layperson's terms, is
20   that in all four elections that you looked at, 2012
21   through 2015, as the black voting age population increases
22   in a precinct, generally speaking so too does the vote
23   share for black candidates, correct?
24       A.   That is correct.
25       Q.   On Page 21, Paragraph 39, the first sentence

Page 120

1    states, "Figure 7 reveals that both African-Americans and
2    whites" -- sorry.  Let me start that again.  "Figure 7
3    reveals that for both African-Americans and whites,
4    significant crossover voting is the norm in
5    Ferguson-Florissant School Board elections."
6            First, what do you mean by crossover voting?
7        A.   I mean situations in which whites vote for
8    African-American candidates and when African-Americans
9    vote for white candidates.
10       Q.   Okay.  And what do you mean by significant?
11       A.   I don't have a numerical threshold in mind.
12   The way I think about whether crossover voting is
13   significant here is with the bigger picture, where the
14   whole goal of this analysis is to understand whether the
15   electoral system, as it stands, prevents African-Americans
16   from electing the candidates of their choice, and so we
17   want to know about racially polarized voting in order to
18   answer that question.  And we want to know -- we need to
19   know something about crossover voting as well to be able
20   to answer that question, so --
21       Q.   Right.  And when you say --
22       A.   -- crossover voting is significant if it -- if
23   it would affect the ability of an African-American
24   candidate of choice to be elected.  As we try to
25   understand the answer to that question, there are

30 (Pages 117 to 120)

JONATHAN RODDEN, Ph.D.   8/20/2015

## Page 121

1   situations in which crossover voting is significant.  So I
2   don't have a numerical standard in mind that is a kind of
3   a catchall universal standard for when we want to say that
4   crossover voting is significant.
5         Q.   Dr. Rodden, the sentence that I asked you
6   about was one where you state, "Figure 7 reveals that both
7   African-Americans" -- "for both African-Americans and
8   whites, significant crossover voting is the norm."  So I
9   want you to look at Figure 7 --
10        A.   Sure.
11        Q.   -- and tell me where Figure 7 explains or
12   suggests that significant crossover voting is the norm and
13   how you define that crossover voting --
14        A.   Yes.
15        Q.   -- as significant.
16        A.   In the year 2015 in the districts where -- in
17   the precincts where the African-American share of voting
18   age population is 80 percent, we see that the votes of
19   African-American -- votes of African-American candidates
20   is around 60 percent.
21              If we go to the other side of the graph to
22   places where African-American -- African-Americans make up
23   20 percent of the population, we see that about half of
24   the votes go to -- go to -- to African-American
25   candidates.  So this means that places that are 80 percent

## Page 122

1   white give half of their votes to African-American
2   candidates, so that's one example.
3              If we look at 2013, we see that the
4   combination of Chuck Henson and Mr. Thomas, in places that
5   had African-American voting age population shares of 80
6   percent, we see that the combined vote shares of the
7   African-American candidates were well less than half.
8              In 2012 we see that when the voting age
9   population is 80 percent African-American, we see that a
10   little less than half of the votes go to African-American
11   candidates.  So I would say that there are substantial
12   numbers of people, when you can find lots of examples just
13   in the last four elections, in which something like half
14   of the votes cast by a group are going to the members of
15   the opposite group, then I would say there is significant
16   crossover voting.
17        Q.   Well, just to take one example, you didn't say
18   that half the members of a group were going to
19   African-American candidates in 2015.  What you said,
20   correct me if I'm wrong, Dr. Rodden, is that in a precinct
21   that is 80 percent white, about half of the votes go to
22   black candidates.  That's what you said, right?
23        A.   Yes.
24        Q.   And that's different from saying that half of
25   white votes went to a black candidate, right, Dr. Rodden?

## Page 123

1   There's an inferential problem here, right?
2         A.   Oh.  Well, we're looking at -- I mean we're
3   buying -- in the purpose of this graph we're buying into a
4   precinct-level analysis, which is, of course, why we go on
5   later to do the ecological inference.  I agree that just
6   looking at the aggregate data in this graph does not allow
7   us -- we don't look at this graph and say that we can draw
8   inferences necessarily about African-Americans and whites
9   within precincts.  That's why we do the ecological
10   inference.  However, this type of analysis is somewhat
11   useful and it's also relied upon by the plaintiffs'
12   experts in their homogenous precinct analysis which looks
13   at places that are 20 and 80 percent.
14              That's the kind of analysis I'm drawing upon
15   here, and what we see is that in precincts that are
16   overwhelmingly white, the African-American candidate
17   receives half the vote.  That is the essential inferential
18   strategy of homogenous precinct analysis.  I agree with
19   your critique of it.  I prefer ecological inference.
20        Q.   Now, you're referring -- when you say that --
21   that reference was to the 2015 election, right?  You're
22   not making reference to elections throughout time in the
23   Ferguson-Florissant school district --
24        A.   I made -- I made reference to those in -- in
25   answer to your question in looking at 2012 and 13.  I did

## Page 124

1   not make reference to 2014, because it's an outlier, as I
2   mentioned.
3         Q.   Well --
4         A.   I agree that 2014 has very little crossover
5   voting, although it does have some.
6         Q.   Well, Dr. Rodden, you cut me off, so I'll ask
7   you to let me finish my question before you start
8   answering, right?  When you said that half of the votes in
9   overwhelmingly white precincts go to black candidates,
10   you're referring to the 2015 election, right?  Because if
11   you look at 2012, that is not the case for the precincts
12   that are 80 percent white, correct, Dr. Rodden?
13        A.   That is correct.
14        Q.   Okay.  So your statement that half of the
15   votes go to black candidates in overwhelmingly white
16   precincts was a reference to the 2015 election,
17   specifically precincts that are 80 percent white, correct?
18        A.   Yes.  You asked for an example and I provided
19   that one.
20        Q.   Okay.
21        A.   I would point out that in 2013 in this
22   graph -- if we would like to stay with this graph, we can,
23   otherwise we can go to the ecological inference analysis,
24   which I believe is probably a good thing to do.  But in
25   this graph we see that in overwhelmingly white precincts

JONATHAN RODDEN, Ph.D.   8/20/2015

Page 125

1  the combined vote share of Charles Henson and Mr. Thomas
2  was in the 30s.
3      Q.  Well, we'll talk about each election
4  specifically in a little bit more detail, Dr. Rodden, but
5  I just want to understand what this analysis is.  Now, on
6  Page 23 in Paragraph 42 you explain that, "These aggregate
7  vote totals, according to the race of the candidates, mask
8  a good deal of important variation across candidates, and
9  indeed the Supreme Court in Gingles calls for a more
10  fine-grained analysis."
11      Did I read that right?
12      A.  Yes.
13      Q.  So this is not a fine-grained analysis,
14  correct?
15      A.  That's correct.
16      Q.  And this is not the kind of fine-grained
17  analysis that the Supreme Court calls for in Gingles,
18  correct?
19      A.  Well, I have testified that I am not an expert
20  in case law.  I do know that these correlations between --
21  between -- the kinds of correlations displayed in Figure 7
22  are sometimes called upon, which is why I included them.
23  But I believe, indeed, that it's important to go on and do
24  the next step.
25      Q.  Okay.  So let's look at Page 25, Figure 8 in

Page 126

1  your report.  This presents your ecological inference
2  estimates for black and white support for each candidate
3  in elections going back to the 2000 election, correct?
4      A.  Yes.
5      Q.  Now, I want to be clear as what's represented
6  here.  When you say white support for a candidate or white
7  vote share for a candidate in Figure 8, you're referring
8  to white voters not non-black voters, correct?  We
9  established there was this category of other?  Dr. Rodden,
10  I'm trying to understand if other is included here.
11      A.  And I'm trying to -- I'm trying to remember
12  how exactly I dealt with this in the -- in the -- in this
13  version of the report, so I need to --
14      Q.  Sure.  Take your time.
15      A.  -- take a moment.  In the assembly of this
16  data set, as I hopefully have described, I used block
17  level data, and those data had information for whites and
18  for -- single race whites and single race
19  African-Americans.  And I believe your question is whether
20  the -- whether the -- what was done with this category in
21  the decennial census data that doesn't fit into one of
22  those categories, and my recollection is that it was not
23  included in the -- under whites.
24      I know that in some of these cases whites are
25  -- that the minority group is viewed as one group and then

Page 127

1  all others are viewed as the other, and I know that it's
2  perfectly possible to do the analysis both ways.  I'm
3  quite confident that the results looked very similar both
4  ways.  I believe I have done this, and I certainly would
5  be able to check and get you the answer if I had access to
6  my files.  I believe that this analysis was done with a
7  strict comparison of African-American and whites, but I
8  need to check.
9      Q.  Okay.  I want to mark two exhibits as Rodden
10  Exhibits 10 and 11.
11      (Whereupon, Rodden Deposition Exhibits 10 and
12  11 were marked for identification.)
13      Q.  So 10 is what was produced to you by your
14  counsel.  Exhibit 10 is what was produced to us by your
15  counsel when we asked for the underlying data for Figure
16  8.  And could you just take a look at that and tell us,
17  does this look like the data that corresponds -- the
18  numerical data that corresponds to what you're presenting
19  visually in Figure 8?
20      A.  It does.  It does indeed.  I might like to ask
21  if we are going to stay for another 20 minutes, if I might
22  take a very quick bathroom break.
23      Q.  We could always just break for lunch now if
24  that makes sense.
25      (A discussion was held off the record and a

Page 128

1  lunch recess was taken from 12:38 to 1:45 P.M.)
2      Q.  Dr. Rodden, before the lunch break, we were
3  talking about what's been marked as Rodden Exhibit 10.
4  This is the Excel spreadsheet that corresponds to Figure 8
5  in your report, correct?
6      A.  Yes.
7      Q.  And the third column on this spreadsheet has
8  the point estimates in numerical terms for black support
9  for each candidate in each election in the
10  Ferguson-Florissant school district mentioned in Figure 8,
11  correct?
12      A.  Yes.
13      Q.  And the fourth column has the point estimates
14  for white support for each candidate in each election in
15  the Ferguson-Florissant school district, correct?
16      A.  Yes.
17      Q.  Okay.  And what's been marked as Rodden
18  Exhibit 11 has been -- is the same spreadsheet, but
19  reformatted to be a little easier to read, but it has the
20  same data.
21      A.  Thank you.  That's good.
22      Q.  Does that look correct to you?
23      A.  Yes.
24      Q.  Okay.  So I may ask you some questions from
25  time to time about the data in your report, and you can

32 (Pages 125 to 128)

JONATHAN RODDEN, Ph.D.   8/20/2015

Page 129

1    feel free to refer to either of these spreadsheets or
2    Figure 8 in your report, whatever is easiest for you.  Is
3    that okay?
4        A.  Yes.  I'm just making sure I understand
5    everything here.
6        Q.  Sure.  Just let me know when you're ready to
7    proceed.
8        A.  So these colors have been included to separate
9    different years?
10       Q.  Yes.
11       A.  Okay.  Yes.
12       Q.  Now, correct me if I'm wrong, but in a
13   two-seat election in the Ferguson-Florissant school
14   district, every voter has up to two votes, correct?
15       A.  Yes.
16       Q.  And in a three-seat election, every voter has
17   up to three votes?
18       A.  Yes.
19       Q.  And voters can only vote for one candidate at
20   a time, right, Dr. Rodden?  It's not like you can give
21   both of your votes to a single candidate, correct?
22       A.  That's correct.
23       Q.  Okay.  And you would agree that in a
24   multimember election like this, under the rules that we
25   have in the Ferguson-Florissant school district, there's a

Page 130

1    difference between the percentage of votes cast for a
2    candidate and the percentage of voters who supported a
3    candidate, correct?
4        A.  That is correct.  We're looking at the
5    percentage of votes cast here.
6        Q.  Right.  If you were to assume -- and I know
7    this isn't always the case, but if you were to assume that
8    in a two-seat election every voter used both of their
9    votes, the most votes that a candidate could receive, a
10   single candidate could receive, would be 50 percent of the
11   total votes, correct?
12       A.  From a particular racial group you're
13   referring to right now, or --
14       Q.  From a particular racial group or from voters
15   as a whole.
16       A.  That the most votes a candidate could receive
17   as a share of the votes cast is 50 percent?
18       Q.  Assuming that everyone uses all of their
19   votes.
20       A.  Oh, right.  Assuming everyone uses all their
21   votes, then that is correct.
22       Q.  And in a three-seat election, again assuming
23   everyone uses all of their votes, the most votes that a
24   candidate could get would be 33 percent of all votes cast,
25   correct, 33.3?

Page 131

1        A.  Yes.
2        Q.  Okay.  And in these scenarios that we've just
3    discussed -- well, let's just use the two-seat example
4    where all voters use all their votes, and let's say a
5    candidate gets 50 percent of the votes.  That would mean
6    that 100 percent of voters had cast a vote for that
7    candidate, correct?
8        A.  The stipulations again in this hypothetical,
9    just make sure I understand --
10       Q.  Oh, yeah.  Sure.  Two-seat election where
11   every voter uses all of their votes, so there's no what I
12   think you would call single-shot voting.
13       A.  Uh-huh.
14       Q.  Right?  If a candidate receives 50 percent of
15   the votes cast, that would mean that 100 percent of voters
16   had voted for that candidate, correct?
17       A.  Yes.
18       Q.  And so if we assume -- and again, this is a
19   stipulation -- we assume there's no single-shot voting,
20   one kind of rule of thumb we could apply, when we look at
21   the percentage of votes received by a candidate in a
22   two-seat election, we could basically double that number
23   to get a sense for how many voters supported that
24   candidate, again assuming no single-shot voting, right?
25       A.  If I was discussing a political jurisdiction

Page 132

1    in which single-shot voting was not allowed, then that
2    would be something that would make sense.
3        Q.  And in a three-seat election, you could just
4    triple the percentage of votes that a vote -- that a
5    candidate got in order to get a ball-park of how many
6    voters, what percentage of voters actually supported that
7    candidate, again assuming no single-shot voting?
8        A.  That would also assume no spoiled ballots and
9    so forth, but yes.
10       Q.  Okay.  I want to look at -- and try to keep
11   those spreadsheets kind of nearby, because we may refer to
12   them from time to time, but I want to look at the 2000 --
13   your discussion of the 2000 election on Page 33 of your
14   report which is at Paragraph 68.  Just let me know when
15   you get there.
16       A.  I am there.
17       Q.  Okay.  In this paragraph you identify two
18   candidates as minority-preferred candidates, Gwen Thomas
19   and Michael Hirsch; is that correct?
20       A.  Yes.
21       Q.  And the reason you identify them as
22   minority-preferred in the text of your report in Paragraph
23   68 is because, if we look at your spreadsheet for the
24   results of the 2000 election, Thomas and Hirsch have the
25   highest point estimates for black voter support, correct?

JONATHAN RODDEN, Ph.D.   8/20/2015

Page 133

1    A.   That is correct.
2    Q.   And throughout this section of your report you
3  use the term minority-preferred, and generally speaking,
4  am I right that when you use the term minority-preferred
5  in this report, you're using it in the same way that you
6  use it to describe the results of the 2000 election as
7  those candidates with the highest point estimates for
8  black support in that election?
9    A.   I need to clarify that I speak differently in
10 different parts of the report, but I'm clear, I believe,
11 about the -- about that fact.  My approach to this is to
12 try to aid the Court in understanding a complex question
13 about how to think about minority-preferred candidates in
14 a multi-seat system.  So in this passage of the text that
15 you're referring to of which -- of which Paragraph 68 is a
16 part, indeed I take the top two point estimates among
17 African-Americans and refer to them as minority-preferred
18 candidates, which is, again, stipulating that I am not an
19 expert in case law, but in the cases I have read, that has
20 been the approach that's been used.
21        However, I realize that that approach has a
22 disadvantage, which is that in some cases, in some
23 instances, voting among minorities, or for that matter
24 among whites, would be sufficiently incohesive that it is
25 -- that it may be within a small -- the third candidate,

Page 134

1  say, in a two-seat race might be rather close to the
2  second candidate.  And so because of that, I also explore
3  in -- a little bit later in the report, a different
4  approach which says let's just think about the first
5  candidate and let's call those minority-preferred
6  candidates.  And those are the two principled ways I could
7  think of to characterize minority-preferred candidates,
8  and so in this section I am -- I am adopting that first
9  approach, but then I recognize some of the limitations of
10 that approach, which is the reason why I then move into a
11 discussion of an alternative approach.
12   Q.   Okay.  For now I want to stick with that first
13 approach.
14   A.   Okay.
15   Q.   Using the highest point estimates --
16   A.   Okay.
17   Q.   -- of support for candidates to determine
18 whether or not the candidate is minority-preferred, but I
19 want to talk about the other methods available later in
20 the deposition today.
21        On Page 35 of your report, Paragraph 73, in
22 your last sentence I think you say that in contested
23 elections, minority-preferred candidates win 14 out of 27
24 seats.  Is that an accurate representation of what you're
25 asserting in that sentence?

Page 135

1    A.   Yes.
2    Q.   And when you say minority-preferred candidates
3  in this sentence and for this number 14 out of 27, you are
4  referring to the candidates with the highest point
5  estimates of black support in each election, right?
6  You're not using just the top vote-getter in each
7  election?
8    A.   I'm sorry.  In Paragraph 73 I state at the
9  beginning that I am here applying the approach in which I
10 only look at the top minority-preferred candidates, so the
11 answer is no.
12   Q.   Well, I mean you're not just looking at the
13 number one top minority-preferred candidate.  If it's a
14 two-seat election, you take the two candidates with the
15 highest point estimates for black support, and in a
16 three-seat election you take the three candidates with the
17 highest point estimates for black support, correct?
18   A.   In Paragraph 73 that is incorrect.
19   Q.   The second sentence here reads, "Let us ignore
20 the complexities of the overlapping confidence intervals
21 for second and third candidates in Figure 8 and simply
22 count up wins and losses of the candidates ranked by the
23 ecological inference estimates among the top N candidates
24 for African-American voters when there are N seats."
25   A.   I apologize.  I only read the final sentence

Page 136

1  and not the full paragraph.  That is -- this is indeed the
2  approach in which I count up the top two.
3    Q.   Okay.
4    A.   That is your first -- revise my initial
5  answer.  It is yes.
6    Q.   So when you say that 14 out of 27
7  minority-preferred candidates have won in contested
8  elections between 2000 and 2015, you're saying that the
9  candidates with the highest point estimates of black
10 support in those elections won 14 out of 27 times, and
11 again, two candidates for two-seat elections, three
12 candidates for three-seat elections, correct?
13   A.   That is correct.
14   Q.   Okay.  I want to run through your election
15 results in your chart.  You can either use your chart or
16 you can use Figure 8.  You can use the spreadsheet, I
17 mean, Rodden 11, or you can use Figure 8 in your report,
18 and I want to look at the top-ranked candidates for both
19 blacks and whites according to the point estimates in each
20 election.  Is that okay?
21   A.   Sure.
22   Q.   I want to give you something that I want to
23 mark as Rodden Exhibit 12.
24        (Whereupon, Rodden Deposition Exhibit No. 12
25 was marked for identification.)

JONATHAN RODDEN, Ph.D.  8/20/2015

Page 137

1     MS. ORMSBY:  Are these all the same?
2     Q.  Yes.  So I want to use this chart to record
3  the candidates for the highest point estimates for black
4  and white support and then total up the number of those
5  candidates who were successful, okay?
6     A.  Okay.
7     Q.  Great.  So let's look at the 2000 election.
8  Now, there were two seats in the 2000 election, correct?
9     A.  Yes.
10     Q.  And am I correct that the two candidates with
11  the highest point estimates for black support are Thomas
12  and Hirsch?
13     A.  Yes.
14     Q.  Could you record their names in the chart.
15     A.  (The witness complied.)
16     Q.  And am I correct that both of them were
17  elected?
18     A.  I don't recall.
19     Q.  Why don't you look at Page 33, Paragraph 68
20  from your report.  Both were elected, right, Professor
21  Rodden?
22     A.  Thomas and Hirsch?
23     Q.  Yes.
24     A.  Okay, both elected, yes.
25     Q.  Okay.  Can you write the number two in the

Page 138

1  next column to represent the two minority-preferred
2  candidates defined the way that we've defined it as those
3  with the highest point estimates for black support --
4     A.  Uh-huh.
5     Q.  -- were successful?  And I believe, according
6  to your chart, these same two candidates were the -- had
7  the highest point estimates for white support, just in the
8  reverse order, Hirsch first and then Thomas; is that
9  right?
10     A.  Yes.
11     Q.  Could you record that in the chart.
12     A.  (The witness complied.)
13     Q.  And both were successful, so could you record
14  that as well.
15     A.  Yes.
16     Q.  Great.  Let's look at the 2001 election.
17  There were two seats up in this election, correct?
18     A.  I believe so.
19     Q.  And Butler and Garofalo were the candidates
20  with the highest estimates of black support, according to
21  you, correct?
22     A.  Yes.
23     Q.  Could you record that.
24     A.  (The witness complied.)
25     Q.  And if we look at Page 33, Paragraph 67 of

Page 139

1  your report, it looks like Garofalo was elected, but not
2  Butler.  Is that right?
3     A.  Yes.
4     Q.  Okay.  Could we record the number.
5     A.  (The witness complied.)
6     Q.  And the two candidates with the highest levels
7  of white support in 2001 were Garofalo and Hogshead; is
8  that right?
9     A.  Yes.
10     Q.  And could we record that both were successful?
11     A.  (The witness complied.)
12     Q.  And let's look at the 2002 election now.
13  There were three seats up for election in this year,
14  right?
15     A.  Yes.
16     Q.  And according to your point estimates, the
17  candidates with the highest levels of black support were
18  Graham, Butler and Clark; is that right?
19     A.  Yes.
20     Q.  And Graham and Clark were elected that year,
21  right, but not Butler?
22     A.  I believe that's correct.
23     Q.  Okay.  Could you record that number.
24     A.  Two.
25     Q.  Two.  And according to your spreadsheet, the

Page 140

1  candidates with the highest estimated levels of white
2  support were Fletcher, Knorr -- I'm pronouncing it Knorr,
3  it's spelled K-n-o-r-r -- and Clark, correct?
4     A.  Yes.
5     Q.  And of those three, Fletcher and Clark were
6  elected; is that right?  You could look at Paragraph 66.
7     A.  That sounds -- yeah, I believe that's right,
8  too.  So two.
9     Q.  Okay.  Great.  Let's look at 2003.  The
10  candidates with the highest estimated levels -- sorry.
11  The candidates that you estimate had the highest levels of
12  black support were Thomas and Knorr; is that right?
13     A.  Yes.
14     Q.  And both were elected?
15     A.  Yes.
16     Q.  And the candidates that you estimate with the
17  highest levels of white support were Knorr and Lentz,
18  L-e-n-t-z, correct?
19     A.  Yes.
20     Q.  And of those two, Knorr was elected, but not
21  Lentz, correct?
22     A.  Yes.
23     Q.  In 2004 there were two seats, correct?
24     A.  Yes.
25     Q.  And the two candidates that you estimate as

35 (Pages 137 to 140)

JONATHAN RODDEN, Ph.D.   8/20/2015

Page 141

1  having the highest level of black support are Van and
2  McClendon, correct?
3      A.  Yes.
4      Q.  And neither were successful, correct?  I'm
5  looking at Paragraph 64 in your report if you want to
6  confirm that.
7      A.  Okay.
8      Q.  That's a yes, neither were elected?
9      A.  Right.  Yes.
10      Q.  In 2004 the two candidates with the highest
11  estimated levels of white support were Garofalo and
12  Hogshead; is that right?
13      A.  Yes.
14      Q.  And both were elected, correct?
15      A.  Yes.
16      Q.  The 2006 election, that's the next contested
17  election, and according to your estimates, the two
18  candidates with the highest levels of black support were
19  Thomas and Washington; is that right?
20      A.  Yes.
21      Q.  And if you look at Paragraph 63 of your
22  report, neither of those two were elected, correct?
23      A.  That's correct.
24      Q.  Okay.  The two candidates in 2006 that you
25  estimate as having the highest levels of white support

Page 142

1  were Schroeder and Knowles, correct?  Knowles is spelled
2  K-n-o-w-l-e-s.
3      A.  Yes.
4      Q.  And both were elected, correct?
5      A.  Yes.
6      Q.  Okay.  The next election I want to look at is
7  2009.  There were two seats in this election, correct?
8      A.  Yes.
9      Q.  And the two candidates that you estimate as
10  having the highest levels of black support were Knowles
11  and Schroeder?
12      A.  Yes.
13      Q.  And both were elected?
14      A.  Yes.
15      Q.  Okay.  And the two candidates that you
16  estimate as having the highest levels of white support
17  were Schroeder and Knowles, correct?
18      A.  Yes.
19      Q.  In that order.  And they were both elected,
20  right?
21      A.  Yes.
22      Q.  Okay.  2011, there were three seats up in this
23  election, correct?
24      A.  Yes.
25      Q.  And according to your spreadsheets, the

Page 143

1  candidates with the highest levels of black support, I
2  believe, were Graham, Hawkins and Clark; is that right?
3      A.  Yes.
4      Q.  And if we look at Paragraph 61 of your
5  report -- I'm sorry.  If we look at Paragraph 59 of your
6  report, we see that zero of those three candidates with
7  the highest -- that you estimate as having the highest
8  levels of black support were successful; is that correct?
9      A.  That's right.
10      Q.  In 2011 the candidates that you estimate as
11  having the highest levels of white support are Martinez,
12  Morris, and I think I'm going to pronounce this correctly,
13  but someone should tell me if I'm wrong, Chabot.
14      MS. ORMSBY:  Chabot.
15      Chabot, spelled C-h-a-b-o-t.
16      MS. ORMSBY:  Can I ask that you clarify which
17  Morris, because there's two Morrises that run.
18      Q.  I think this is P. Morris.
19      MS. ORMSBY:  You're correct.  Just want it to
20  be clear.
21      A.  Yes.
22      Q.  It's Martinez, Morris and Chabot as the
23  highest estimated white support?
24      A.  Yes.
25      Q.  And if you look at Paragraph 59 in your

Page 144

1  report, it appears that all three of them were elected,
2  correct?
3      A.  Correct.
4      Q.  Okay.  2012, the two candidates that you
5  estimate as having the highest levels of white support are
6  B. Morris and Schroeder; is that right?
7      A.  Yes.
8      Q.  And if you're looking at paragraph --
9      MS. ORMSBY:  You said white support.  Did you
10  mean --
11      MR. HO:  Oh, did I say white?  I apologize.
12      MS. ORMSBY:  Yeah.
13      Q.  I meant black support.  The two candidates
14  that you estimate as having the highest levels of black
15  support are B. Morris and Schroeder; is that right?
16      A.  Yes.
17      Q.  And if you look at Paragraph 57 of -- thank
18  you for that, Cindy.
19      MS. ORMSBY:  Uh-huh.
20      Q.  If you look at Paragraph 57, it appears that
21  Schroeder was successful, but B. Morris was not; is that
22  correct?
23      A.  I believe so.
24      Q.  Okay.  So one minority-preferred candidate was
25  elected that year, using the point estimates to define the

36 (Pages 141 to 144)

JONATHAN RODDEN, Ph.D.   8/20/2015

Page 145

1 minority-preferred; is that right?
2    A.  Yes.
3    Q.  And if we look at the candidates that you
4 estimate as having the highest levels of white support,
5 they are Ebert and Schroeder, in that order; is that
6 correct?
7    A.  Yes.
8    Q.  And both were elected?
9    A.  Yes.
10    Q.  Okay.  And if we look at 2013 -- excuse me --
11 the candidates that you estimate as having the highest
12 levels of black support in 2013 are Henson and Hogshead,
13 in that order; is that correct?
14    A.  Yes.
15    Q.  And of those two, Hogshead was elected only,
16 correct?
17    A.  Yes.
18    Q.  And the two candidates that you estimate as
19 having the highest levels of white support were Hogshead
20 and Brown, in that order; is that correct?
21    A.  Yes.
22    Q.  And if we're looking at Paragraph 55 in your
23 report, we can see that both of the two white-preferred
24 candidates, as defined by the point estimates, were
25 successful, correct?

Page 146

1    A.  Yes.
2    Q.  And if we look at 2014, this is an election
3 with three seats, correct?
4    A.  Yes.
5    Q.  And the three candidates with the highest
6 levels of black support you estimate -- as estimated by
7 you are Paulette-Thurman, Johnson, and Savala; is that
8 correct?
9    A.  Yes.
10    Q.  Okay.  Could you record that.
11    A.  Yes.
12    Q.  And of these three candidates that you
13 estimate having the -- as having the highest levels of
14 support amongst black voters, only one was elected; is
15 that correct?
16    A.  That is correct.
17    Q.  And the three candidates that you estimate as
18 having the highest levels of white support are Chabot, P.
19 Morris and Benz; is that right?
20    A.  Yes.
21    Q.  And two of three of those white-preferred
22 candidates, as we're defining that term for purposes of
23 this exercise, were elected, correct?
24    A.  Yes.
25    Q.  And the 2015 election, there were two seats up

Page 147

1 for election this year, correct?
2    A.  Yes.
3    Q.  And the two candidates that you estimate as
4 having the highest levels of black support were Graves and
5 Dameron; is that right?
6    A.  Yes.
7    Q.  And of those two, one minority-preferred
8 candidate, again defining that term as those candidates
9 with the highest point estimates for black support, was
10 elected, correct?
11    A.  Correct.
12    Q.  And the two candidates with the highest
13 estimated levels, according to you, of white support were
14 Ebert and Graves; is that right?
15    A.  Yes.  Let me just check.
16    Q.  Sure.
17    A.  Yes.
18    Q.  And both were elected; is that right?
19    A.  Yes.
20    Q.  Okay.  Now, overall here, there's a total of
21 12 contested elections between 2000 and 2015, right?
22    A.  Yes.
23    Q.  And a total of 27 seats that were up for
24 election all together in those 12 contests?
25    A.  Yes.

Page 148

1    Q.  Okay.  And just so that the record is clear,
2 this exhibit, Exhibit 12, lists those candidates that you
3 estimate as having the highest levels of black support and
4 the highest levels of white support, two candidates for
5 two-seat elections, three candidates for three-seat
6 elections --
7    A.  Yes.
8    Q.  Correct?
9    A.  Yes.
10    Q.  And it lists the number of black-preferred
11 candidates defined as those candidates with the highest
12 point estimates of black support.  It lists the number of
13 those candidates that were elected in each election,
14 correct?
15    A.  Yes.
16    Q.  And it does the same thing for white
17 candidates, correct?
18    A.  Yes.
19    Q.  Okay.  Using that definition of
20 minority-preferred as those candidates with the highest
21 point estimates of support amongst black voters, how many
22 black-preferred candidates have been elected since 2000?
23    A.  Looks like 13.
24    Q.  13.  Could you record that.
25    A.  I did.

37 (Pages 145 to 148)

JONATHAN RODDEN, Ph.D.  8/20/2015

Page 149

1    Q.  Great.  Now, in your report you said that 14
2  out of 27 minority-preferred candidates had been elected
3  since -- defining minority-preferred as those candidates
4  with the highest estimates of black support, we went over
5  that, right, Professor Rodden?
6    A.  Yes.  It's clear I must have made a mistake.
7    Q.  Okay.  So when you say that 14 out of 27
8  minority-preferred candidates were elected in your report,
9  that's incorrect?
10    A.  That should be altered to 13.
11    Q.  Okay.  In fact, 14 out of 27 black-preferred
12  candidates were not successful in the contested elections
13  from 2000 to 2015; is that correct?
14    A.  That is correct.
15    Q.  Okay.  And again, we're using this definition
16  of black-preferred or minority-preferred as those
17  candidates with the highest estimates -- point estimates
18  of black voter support.  What's the percentage -- and I'm
19  providing you with a calculator here.  What is the
20  percentage of black-preferred candidates who have been
21  successful in contested elections from 2000 to 2015?
22    A.  48 percent.
23    Q.  And so it's fair to say that using this
24  definition of minority-preferred candidates, that is those
25  candidates with the highest point estimates for black

Page 150

1  voter support, a majority of black-preferred candidates
2  did not prevail in contested elections between 2000 and
3  2015, correct?
4    A.  A very slim majority, yes.
5    Q.  Now, let's do the same numbers for
6  white-preferred candidates.  Can you tell me how many
7  white-preferred candidates were elected in the contested
8  -- or won office in the contested elections in the
9  Ferguson-Florissant school district from 2000 to 2015?
10    A.  Looks like 24.
11    Q.  So 24 out of 27 white-preferred candidates, as
12  we're defining that term for purposes of this exercise,
13  were successful, correct?
14    A.  Yes.
15    Q.  And fair to say essentially that using this
16  definition of white-preferred candidates, that
17  white-preferred candidates almost always win in the
18  Ferguson-Florissant school district?
19    A.  It's -- it is fair to say that the number here
20  is 89 percent with this approach.
21    Q.  Right.  That's about 40 percentage points
22  higher than the success rate for black-preferred
23  candidates; is that correct?
24    A.  Yes.
25    Q.  I want to do the same exercise for the last 10

Page 151

1  years worth of elections.  I count, and you can tell me if
2  I got this wrong, I count there as being, if we go back to
3  the 2006 election, 16 available seats in contested
4  elections from 2006 through 2015?
5    A.  What was your number again?
6    Q.  16.
7    A.  In the last 10 years I count one, two, three
8  four, five, six.
9    Q.  You count --
10    A.  Six elections have been held in the last 10
11  years that were contested.  The rest were uncontested.
12    Q.  Oh, right.  I meant the number of seats in
13  those six elections.
14    A.  Okay.
15    Q.  I have 16 seats in those six elections.
16    A.  So we're agreeing that by years, you mean
17  years, not election --
18    Q.  Yes.
19    A.  -- contested elections?
20    Q.  Yes.  I'm going back to the year 2006.
21    A.  Beginning with.
22    Q.  Starting with 2006.  Sorry if that wasn't
23  clear.
24    A.  You would like to apply a periodization that
25  begins in 2006?

Page 152

1    Q.  Yes.
2    A.  That is, you have selected that as a cut point
3  for a line on this chart that you would like me to fill
4  in?  Just want to understand what we're doing here.
5    Q.  Yeah.  We just did the, you know, last 15
6  years.
7    A.  So we're going to do one, two, three, four,
8  five, six -- the last seven elections, last seven
9  contested elections?
10    Q.  Yes, because there were seven contested
11  elections in the previous decade --
12    A.  Yes.
13    Q.  -- in the Ferguson-Florissant school district;
14  you agree with that, right?
15    A.  I -- yes.  If we want to throw out all of the
16  elections in which candidates did not receive challengers,
17  then that's correct.
18    Q.  Okay.
19    A.  So you want to know how many seats?
20    Q.  Uh-huh.
21    A.  16.
22    Q.  Okay.  Good.  So the chart is correct here
23  when it says 16?
24    A.  Oh, I see.  Yes.
25    Q.  Can we count how many black-preferred

38 (Pages 149 to 152)

JONATHAN RODDEN, Ph.D.   8/20/2015

Page 153

1    candidates, again using the same definition, those
2    candidates with the highest point estimate of black
3    support as you've calculated it, how many black-preferred
4    candidates were successful starting from the 2006 election
5    to the present?
6        A.  Six.
7        Q.  So six out of 16 black-preferred candidates
8    were successful in the previous decade in the
9    Ferguson-Florissant school district, again defining
10   black-preferred as we have, and limiting our analysis to
11   contested elections, correct, Dr. Rodden?
12       A.  Yes.
13       Q.  Can you tell me what success rate that is?
14       A.  37.5 percent.
15       Q.  Okay.  So it's lower if we look at the last 10
16   years, the black-preferred candidate success rate is --
17       A.  I have -- I've looked at this and I have
18   discovered that if you cut the periodization in exactly
19   the way you have, you can produce a lower number.  So you
20   have selected the cut point that produces the lowest
21   number, yes.
22       Q.  Well, we'll look at other cut points, Dr.
23   Rodden, and you're welcome to propose some of your own,
24   but it's a 15-year period, right?
25       A.  Yes.

Page 154

1        Q.  So I just want to do --
2        A.  You're free to cut it up however you like.
3        Q.  -- 15, 10 and five.  We'll just do three,
4    five-year chunks, if that's okay with you.  So we did the
5    whole 15 years, and if we now look at the most recent 10
6    years, the last decade, and we look at the contested
7    elections, six out of 16, or 37.5 percent of
8    black-preferred candidates, as we're defining that term
9    now, were successful, correct?
10       A.  Yes.
11       Q.  And that's lower than if we look at the
12   previous 15 years, correct?
13       A.  That is correct.
14       Q.  Okay.  And can you tell me how many
15   white-preferred candidates were successful in the last
16   decade in contested elections starting with 2006 to the
17   present?
18       A.  15.
19       Q.  So 15 out of 16 white-preferred candidates
20   have been successful in the last decade of contested
21   elections in the Ferguson-Florissant school district,
22   correct?
23       A.  Yes.
24       Q.  And that's about a 93 percent success rate?
25       A.  Yes.

Page 155

1        Q.  So if we limit our analysis to the last 10
2    years, the gap between white and black-preferred candidate
3    success increases, correct, Dr. Rodden?
4        A.  Yes.
5        Q.  It's about 55 percentage points when we look
6    at just the previous decade, correct?
7        A.  Sure.
8        Q.  Okay.  Now, let's do a different cut, because
9    I know you objected to the one that I used, and let's just
10   talk about the last five years, so let's start with the
11   2011 election to present.  Total of five elections over
12   those five years, correct?
13       A.  Correct.
14       Q.  And there were 12 seats up for election
15   collectively when you combine those five elections?
16       A.  Yes.
17       Q.  And how many black-preferred candidates, as
18   we're defining that term for purposes of this exercise?
19       A.  Four.
20       Q.  So four out of 12 black-preferred candidates,
21   or 33 percent or so of black candidates were successful;
22   is that correct?
23       A.  Yes.
24       Q.  So if we look at the last five years instead
25   of the last 10 years, the rate of black-preferred

Page 156

1    candidate success is actually lower, correct, Dr. Rodden?
2        A.  Yes.
3        Q.  Now, if we look at white candidates,
4    white-preferred candidates over the last 12 years, how
5    many were successful -- sorry -- over the last five years?
6        A.  11.
7        Q.  So 11 out of 12 white-preferred candidates
8    were successful in the previous five years, correct?
9        A.  Correct.
10       Q.  And that's about a 91 percent success rate; is
11   that correct?
12       A.  Yes.
13       Q.  So the gap in terms of success rate for white
14   and black-preferred candidates, if you're just looking at
15   the last five years, is about 60 percentage points; is
16   that correct?
17       A.  Yes.
18       Q.  Now, I know you mentioned earlier that you --
19   well, I'm sorry.  Let me -- so let's leave this aside.
20   We'll talk about this issue from a different angle for a
21   second.  Now, we established earlier, looking at Figure 8
22   in your report, that the lines extending from the dots are
23   the confidence intervals, correct?
24       A.  Yes.
25       Q.  And the numerical values for those confidence

JONATHAN RODDEN, Ph.D.   8/20/2015

Page 157

1    intervals, they appear on this spreadsheet that we were
2    using before, correct?
3        A.   Yes.
4        Q.   So if we look at Rodden Exhibit 11, and the
5    fifth and seventh columns give us the upper and lower
6    bounds of the confidence intervals for black support for
7    each candidate; is that correct?
8        A.   Yes.
9        Q.   And the sixth and eighth columns give us the
10   upper and lower bounds of the confidence interval for
11   white support for each candidate in each election; is that
12   correct?
13       A.   Uh-huh.
14       Q.   And we established earlier what those
15   confidence intervals mean; that you know to a 95 degree --
16   sorry -- 95 percent degree of certainty that the support
17   for a candidate from a particular racial group lies within
18   that confidence interval, correct, Dr. Rodden?
19       A.   Yes.
20       Q.   And that's the standard of certitude that you
21   would use in peer review publication.  I know you said
22   there's some discussion about that now, but that's what's
23   generally accepted within the field of political science?
24       A.   Yes.
25       Q.   Now, I want to talk about the results of the

Page 158

1    2015 election.  I believe at some point you mentioned that
2    the 2015 election involved a candidate suggesting that
3    voters employ a single-shot approach to voting, Ms. Graves
4    or Dr. Graves, I can't remember now if she has a doctorate
5    -- Dr. Graves may have encouraged some voters to vote for
6    her and for no other candidates; is that right?
7        A.   Yes.
8        Q.   Okay.  And according to your point estimates
9    here, she got about 49 percent of all votes cast by black
10   voters; that's your estimate, correct?
11       A.   Yes.
12       Q.   And I believe you describe this in your report
13   as strong support from African-Americans, and specifically
14   I'm looking at Page 26, Paragraph 47, the last sentence.
15       A.   Yes.
16       Q.   Is it fair to call that strong support that
17   she received cohesive support?
18       A.   African-Americans behaved cohesively with
19   respect to Dr. Graves.
20       Q.   Okay.
21       A.   But African-American support for the remaining
22   candidates was split almost evenly between Dameron, Ebert,
23   Hines and Person.
24       Q.   Okay.  I want to get to that in a second, but
25   let's stick with Dr. Graves for a moment.  Dr. Graves is

Page 159

1    African-American, correct?
2        A.   Yes.
3        Q.   And given what you've seen here, these
4    statistics, would you describe her as a black-preferred
5    candidate?
6        A.   Yes.
7        Q.   Now, you mentioned the other candidates.
8    Let's talk about the candidate with the second highest
9    estimate of black support, Dameron.  Now, you estimate
10   that she got 14 percent of all votes cast by
11   African-Americans, right?
12       A.   Yes.
13       Q.   And that's much less than the 49 percent that
14   you estimate for Dr. Graves, correct?
15       A.   Yes, it's lower.
16       Q.   It's about one-third, would you say?
17       A.   Yes.
18       Q.   And the upper bound for Dameron's estimated
19   support from black voters is lower than the lower bound
20   for Dr. Graves' estimate of support among black voters; is
21   that correct?
22       A.   That is correct.
23       Q.   So it's fair to say that we know with
24   statistical certainty or sufficient statistical certainty
25   to say that black voters voted for Graves at a higher rate

Page 160

1    than they voted for Dameron, correct?
2        A.   Yes.
3        Q.   Okay.  Now, I want to look at Page 27 of your
4    report and the first three sentences on this page.  You
5    write, "African-Americans lacked cohesiveness to an extent
6    that it is difficult to identify a clear second
7    minority-preferred candidate.  The black dots are
8    clustered together and their confidence intervals overlap.
9    The estimates suggest that African-American support was
10   slightly higher for Dameron, who is white, than Mr. Hines,
11   who is African-American, but the difference is not
12   statistically significant."
13           Did I read that correctly?
14       A.   Yes.
15       Q.   So I just want to understand what you're
16   saying here.  You're saying that the confidence intervals
17   of support among black voters for Dameron overlap
18   substantially with Hines?  Is that one of the things
19   you're -- I mean is that implicit in what you're saying
20   here?
21       A.   I'm saying that the point estimate in this
22   case cannot -- is not statistically distinguishable from
23   -- between Dameron and Hines.
24       Q.   And in fact, it's not statistically
25   distinguishable from Ebert and Person either, is it?  The

40 (Pages 157 to 160)

JONATHAN RODDEN, Ph.D.   8/20/2015

Page 161

1   point estimate for black support for Dameron lies within
2   the confidence intervals for all of those candidates,
3   doesn't it?
4        A.   The current question again?  Does Dameron's
5   point estimate lie within the confidence intervals --
6        Q.   For Person, Hines and Ebert?
7        A.   Let me check.  Dameron's point estimate is not
8   within Ebert's confidence interval.
9        Q.   Oh, I'm sorry.  But it is within the
10  confidence interval for Hines and Person; is that right?
11       A.   Yes.
12       Q.   So -- and we established earlier what it means
13  when a point estimate for one value lies within a
14  confidence interval for another value.  It means you can't
15  statistically distinguish between them?
16       A.   Yes.  The report is -- makes that statement in
17  Paragraph 48.
18       Q.   So we don't know, as a statistical matter,
19  whether Dameron got more black support in 2015 than either
20  Hines or Person; is that correct?
21       A.   That's correct.
22       Q.   Okay.  Fair to say that African-Americans were
23  not cohesive behind a second choice in this election?
24       A.   That's correct.
25       Q.   And it's difficult to identify a second

Page 163

1   across all elections.  What I would not find principled
2   and would not find useful would be to only examine the
3   cases in which there were -- there was a clear convergence
4   on one candidate, because in these elections sometimes the
5   votes are split among several candidates and sometimes
6   they converge on one or two, and the -- and each of those
7   types of elections has very different properties.
8        Q.   Right.  I see what you're saying.  So let's
9   try to walk through these elections just a little bit more
10  closely and let's just see what we can agree about with
11  respect to who's minority-preferred and who's not, and
12  who's white-preferred and who's not, given some of these
13  difficulties that you've identified.  And if we can't come
14  to any consensus on those things, that's fine, but I just
15  want to see if we can.  Is that okay?
16       A.   If the task at hand is to identify a -- is to
17  come up with a new standard during this process, I don't
18  anticipate that I will agree to a single standard.  I
19  believe I've made clear what two options are that I find
20  useful.
21       Q.   Okay.  Well, let's just walk through this and
22  just see what we can come up with, and maybe we can't come
23  to any kind of consensus on anything.  I want to mark
24  another table as Rodden Exhibit 12.
25            COURT REPORTER:  13.

Page 162

1   minority-preferred candidate because of that lack of
2   cohesiveness in the 2015 election, correct?
3        A.   That's correct.
4        Q.   Okay.  So we know -- I believe your testimony
5   earlier, you described Dr. Graves as a black-preferred
6   candidate?
7        A.   Yes.
8        Q.   But we just don't know whether or not there's
9   a second black-preferred candidate in this election, or
10  maybe we don't know -- we think there isn't a second
11  black-preferred candidate in this election.  I just want
12  your opinion as a political scientist here.  Is there a
13  second black-preferred candidate in this election?
14       A.   The concept of a preferred candidate, as I
15  described earlier, is one that, in a multi-winner system,
16  creates exactly the complexities you're pointing out, and
17  I was very clear about those complexities.
18            I believe the report is very clear about the
19  difficulty -- the difficult analytical choice one has in
20  trying to identify more than one preferred candidate in
21  exactly a situation like 2015.  So I think it is, as I
22  described, there were two approaches that seemed
23  principled, and the one that I felt handled effectively
24  exactly the dilemma that you are pointing to was to
25  examine only the top -- the top candidate and do that

Page 164

1        Q.   I'm sorry, 13.  We already did 12.
2            (Whereupon, Rodden Deposition Exhibit No. 13
3   was marked for identification.)
4        Q.   So the 2015 election had two seats in it,
5   right, Dr. Rodden?
6        A.   Yes.
7        Q.   And we established that you agreed that Dr.
8   Graves is a minority-preferred candidate in 2015, correct?
9        A.   Yes.
10       Q.   So let's record Dr. Graves here.  And I
11  believe you said that African-American voters weren't
12  cohesive behind a second choice; is that right?
13       A.   That's correct.
14       Q.   So can we write that there was one preferred
15  candidate in this election?  Would you agree to that?
16       A.   I don't agree to the approach that's being
17  taken.  I will write down on the paper what you ask me to
18  write, but I don't believe that throwing out all of the
19  candidates in every situation, when African-Americans are
20  incohesive in their voting behavior, is an analytically
21  appropriate choice.  I object to that approach.  It does
22  not -- is not an appropriate approach to the data, but I
23  will write down the number if that's what you like.
24       Q.   You agree that Dameron is not -- that black
25  voters were not cohesive behind Dameron, even though she

41 (Pages 161 to 164)

JONATHAN RODDEN, Ph.D.   8/20/2015

Page 165

1    had the second highest point estimate for black support,
2    according to you, correct?
3        A.   Yes.
4        Q.   So you don't agree that Dameron is not a
5    minority-preferred candidate?
6        A.   It's a double negative there.  Can you -- what
7    was the question?
8        Q.   Do you agree that Dameron is not a
9    minority-preferred candidate?
10       A.   I've already stated my approach, and I believe
11   we might end up at an impasse here: that if we look at the
12   point estimates and we adopt that approach, then she would
13   be -- that Dameron would be identified as a
14   minority-preferred candidate, so --
15       Q.   But you agree that as a statistical matter, we
16   don't know --
17       A.   I understand.
18       Q.   -- if Dameron has more support from black
19   voters than Hines and Person, correct?
20       A.   Which is why I identified a second approach to
21   the matter, which is to examine only the top seats.  That
22   is a principled approach to the question at hand.
23   Throwing out -- I mean if we are about to go through a
24   process of filling in this sheet and if we will spend the
25   next half an hour doing that, I'm happy to do it, but I am

Page 166

1    just registering, ahead of time, my objection to the
2    approach, but we can certainly do it.  It does not make
3    sense to take out all of the elections in which there was
4    a vote split among several candidates, throw them out, not
5    consider them at all, only focus on elections in which
6    there is convergence on one candidate of choice.
7        Q.   Well, I don't think that's what I was
8    suggesting.  I was just simply suggesting that you agree
9    that Graves is a candidate of choice, there's cohesive
10   support amongst blacks for Graves, correct?
11       A.   Yes.
12       Q.   But there isn't cohesive support around
13   Dameron.  And we, in fact, don't even know if Dameron got
14   more black votes than Hines or Person, correct, Dr.
15   Rodden?
16       A.   That's correct.
17       Q.   So what I was suggesting is, given those
18   facts, it's fair to say we know there's one
19   minority-preferred candidate here, and that was Graves.
20   That's what I'm asking if you would agree to.  Would you
21   agree to that?
22       A.   Yes.
23       Q.   Okay.  Because I'm not saying we should throw
24   away all results where, you know, in elections where
25   there's a split.  I'm just trying to get a closer look at

Page 167

1    who's minority-preferred and who's not than just using the
2    point estimates when you have significant confidence
3    intervals.
4            I guess what I'm saying is this.  I prefer to
5    you that if Dameron had a statistically significant level
6    of support that was higher than Hines and Person, we might
7    appropriately describe her as black-preferred, even if
8    Graves got a lot more votes than Dameron.  But under the
9    facts that we have here where Dameron's support was very
10   low and it's statistically -- in comparison to Graves and
11   it's statistically indistinguishable from two other
12   candidates, perhaps it's appropriate to call Graves the
13   candidate of choice and to simply say there is no second
14   candidate of choice, given these facts.  Do you disagree
15   with that statement, Dr. Rodden?
16       A.   No.
17       Q.   Okay.  So let's try this, and if, you know, at
18   the end of the day you just don't agree with what -- I'm
19   not going to ask you to write something in here that you
20   don't agree with, okay?  But if you agree that Graves is a
21   candidate of choice and that there are no other candidates
22   of choice for African-Americans in 2015, then I would ask
23   you to write Graves and one underneath the column for
24   preferred candidates.  Would you do that?
25       A.   Sure.

Page 168

1        Q.   And Graves was successful, right?
2        A.   Yes.
3        Q.   So we can say one out of one black-preferred
4    candidates were successful in 2015, using the definitions
5    that I'm employing here; is that fair?
6        A.   Yes.
7        Q.   Okay.  So I want to talk about white-preferred
8    candidates here, right?  Ebert has the highest level of
9    support amongst white voters; is that correct?
10       A.   Yes.
11       Q.   And Ebert's level of support falls outside of
12   the confidence intervals for white support for all of the
13   other candidates, correct?
14       A.   It's easier to look at the graph.  Yes.
15       Q.   So we know that there's a statistically
16   significant difference between white support for Ebert as
17   opposed to all other candidates, correct?
18       A.   Yes.
19       Q.   Would you say that white voters are cohesive
20   behind Ebert?
21       A.   I would say that white votes were cohesive
22   for Ebert and relatively -- they were less cohesive for
23   the remainder of the candidates.
24       Q.   So I think you have about 40.1 percent
25   estimated support, white support for Ebert here.  Would

42 (Pages 165 to 168)

## Page 169

1  you say, given what we've discussed, that he's a
2  white-preferred candidate?
3      A.  Yes.
4      Q.  Would you record that on the chart.
5      A.  (The witness complied.)
6      Q.  Now, I think you estimate the next highest
7  level of white support as going to Dr. Graves at about
8  22.9 percent, if I'm rounding; is that right?  I'm looking
9  at your spreadsheet.
10     A.  Okay.  Sure.
11     Q.  And the point estimate that you have here for
12 Graves in terms of white support, it falls within the
13 confidence interval of what you've estimated in terms of
14 white support for Hines; is that correct?
15     A.  That's correct.
16     Q.  Given that fact, would you say that we can't
17 tell, with a degree of statistical certainty, as to
18 whether Graves or Hines received a higher level of white
19 support?
20     A.  It is very close, and if we altered the -- if
21 we had a slightly different confidence interval, we would
22 get a different result, but that is correct.
23     Q.  Would you then say that white voters were not
24 cohesive with respect to a second choice in this election?
25     A.  This one is -- this one is very close, so it's

## Page 170

1  on the edge, but if I had to -- if I had to make this
2  concept of cohesiveness for the second candidate binary,
3  which is what you are asking me to do, then I would --
4  then that's how I would have to come down.
5      Q.  You would come down and say that white voters
6  were not cohesive behind a second choice here?
7      A.  If cohesiveness must be a binary category,
8  which for the purposes of filling out this chart it
9  apparently must be, then I would agree with that.
10     Q.  Okay.  So if you don't mind then, I think if
11 there's no cohesive support -- I'm sorry.  If whites are
12 not cohesive behind a second candidate, for purposes of
13 this chart, I think it makes sense to say that there's one
14 white-preferred candidate, Ebert, and that candidate
15 was successful.  And you've already filled it in, okay.
16     A.  So it looks like we have maybe a half an hour
17 ahead of us here, and I really have to use the restroom.
18     Q.  Sure.
19     A.  I know usually you don't ask that during the
20 middle of a line of questioning.
21     Q.  No, no.  I didn't pose a question to you, so
22 now is a perfect time to use the restroom if you like.
23     A.  Okay.  Thank you.
24     Q.  Of course.
25         (Whereupon, a recess was taken from 2:43 to

## Page 171

1  2:50 P.M.)
2      Q.  Dr. Rodden, I just want to ask you a few more
3  questions about the 2015 election.  In Paragraph 48 you
4  note that Dr. Graves ran a sophisticated campaign in which
5  she very explicitly encouraged her supporters to engage in
6  a single-shot voting strategy and cast a single vote for
7  her, foregoing the use of their second vote.  What do you
8  mean when you say that a single-shot strategy is
9  sophisticated?
10     A.  I don't believe I said that the single-shot
11 voting strategy was a sophisticated strategy.  I believe I
12 said that Ms. Graves ran a sophisticated campaign.
13     Q.  Okay.  In your view, are sophisticated
14 campaigns like the ones that Dr. Graves ran, are those
15 common in the Ferguson-Florissant school district?
16     A.  I don't know.  I have very little insight into
17 the campaign strategies of candidates in the past.
18     Q.  Are you aware of other candidates in the
19 Ferguson-Florissant school district encouraging a
20 single-shot voting strategy?
21     A.  I believe it is done rather frequently.
22     Q.  Can you name another candidate in the
23 Ferguson-Florissant school district who has employed or
24 encouraged the single-shot strategy?
25     A.  Well, one of them is sitting at the table.

## Page 172

1  One of the attorneys was on the Ferguson-Florissant School
2  Board and ran for election and encouraged people to use a
3  single-shot voting strategy in her case.  That was through
4  personal communication.  I do note that Charles Henson's
5  supporters encouraged a single-shot voting strategy in
6  that election.  Those are just some ones -- that's just
7  some that I know about.  I did not research this.  These
8  are things that came to my attention.
9      Q.  Are there any other candidates in the 2000
10 through 2015 elections other than Dr. Graves and Mr.
11 Henson that you're aware of who encouraged a single-shot
12 voting strategy?
13     A.  If they are smart, they all would have, but I
14 don't know -- I have not had a chance to ask them.  This
15 is not something I've been able to do, so I don't know and
16 I don't have a full sample of all of their campaign
17 materials, so I don't know.
18     Q.  You don't know one way or the other whether or
19 not single-shot voting is an unusual circumstance, or the
20 encouragement of single-shot voting is an unusual
21 circumstance in Ferguson-Florissant school district
22 elections?
23     A.  I do not, but I don't have reason to believe
24 that it's unusual.
25     Q.  But you just don't know one way or the other?

JONATHAN RODDEN, Ph.D.   8/20/2015

Page 173

1    A.   That's correct.
2    Q.   Let's talk about the 2000 election.  Do you
3  have any reason to think that single-shot voting was
4  encouraged as a strategy in the 2000 election in the same
5  way that it was in the 2015 election?
6    A.   I'm sorry.  Which election?
7    Q.   2000, which is described in Paragraph 68 of
8  your report.
9    A.   I do not have information about -- I just have
10  no special information about strategies used there.
11    Q.   Okay.  Now, we established -- well, I don't
12  know if we established it, but when we looked at your
13  spreadsheets, Rodden Exhibit 11, for the 2000 election the
14  candidate with the highest estimated level of black
15  support as estimated by you is Thomas with about 34
16  percent of black votes; is that correct?
17    So you said 2011?
18    Q.   2000.
19    A.   Oh, we're back at 2000.
20    Q.   Yes.  I just want to jump to the beginning.
21  We did the end.  Let's do the beginning.
22    A.   Yes.  I'm sorry.  You're asking me about the
23  estimated African-American support --
24    Q.   Uh-huh.
25    A.   -- for Gwen Thomas?

Page 174

1    Q.   Uh-huh.  About 34 percent?
2    A.   Yes.
3    Q.   And this is a three-seat -- wait a minute.
4    A.   No, I believe this was a two-seat.
5    Q.   Two-seat election, right.  My apologies.
6  Let's talk about the second candidate, or the candidate
7  you estimate as having the second highest level of black
8  support, Hirsch, at about 18.7 percent of black votes; is
9  that right?
10    A.   Uh-huh.  Yes.
11    Q.   Now, Thomas' support among black votes you
12  estimate to be about 15 percentage points higher than
13  Hirsch's, correct?
14    A.   Yes.
15    Q.   And in this case that's almost double the
16  level of support that Hirsch got from black voters; is
17  that right?
18    A.   Yes.
19    Q.   Would you think it's fair to say that Thomas
20  got substantially more votes among blacks than Hirsch?
21    A.   Yes.
22    Q.   Now, the candidate you estimate as having the
23  third highest level of support among black voters was
24  Smith at about 16.8 percent of black votes; is that
25  correct?

Page 175

1    A.   Yes.
2    Q.   Now, the confidence interval for Hirsch's
3  level of black support, the level of -- the point estimate
4  for Smith's support falls within the confidence interval
5  for Hirsch's level of black support, correct?
6    A.   Yes.
7    Q.   So as a statistical matter, we don't know
8  whether or not Hirsch or Smith was the candidate who
9  received the second most support from black voters,
10  correct?
11    A.   Correct.
12    Q.   So knowing that, who do you think it's fair to
13  describe as a black-preferred candidate in the 2000
14  election?
15    A.   There are two approaches to this question.
16  The first one just takes the top two point estimates.  The
17  second approach focuses on only the top vote recipient.
18    Q.   Couldn't a third approach, Dr. Rodden, be to
19  take the candidates who have statistically significant
20  higher levels of support, so in this case Thomas has a
21  higher level of support, clearly, than the other
22  candidates amongst black voters, and couldn't we use
23  statistical significance as a decision rule here in
24  assessing who's a black-preferred candidate of choice and
25  say Thomas is a black-preferred candidate of choice, but I

Page 176

1  can't really say if Hirsch or Smith are because their
2  levels of support amongst black voters are statistically
3  indistinguishable; wouldn't that be another objective
4  decision rule that we could employ here?
5    A.   That decision rule would lead to the following
6  silliness.  If there were five elections in a row, and in
7  four of those elections all the votes were split so that
8  there were overlapping confidence intervals everywhere,
9  and in the fifth election there was one very good
10  candidate who ran away with the race among -- among one
11  racial group and another candidate who did very well among
12  another racial group, and one of them received one more
13  vote than the other, then we would look at those five
14  elections, we would throw out the first four and we would
15  be focused only on that one election and we would say to
16  the Court that this is a valid VRA case in which the
17  preferred candidate of the minority always wins.  That is
18  the same logic that we would be engaging in if we were to
19  adopt that approach to these first and second seats.
20    Q.   Well, in that case wouldn't we then just say
21  that black voters weren't cohesive in the first four
22  elections, and the fifth time they were cohesive and they
23  elected a candidate?  I mean wouldn't -- wouldn't that --
24  isn't that what we would say under the VRA, Dr. Rodden?
25    A.   If we had -- if we had -- you can think of --

44 (Pages 173 to 176)

## JONATHAN RODDEN, Ph.D.   8/20/2015

### Page 177

1  the same kinds of examples can exist where the vote is
2  both cohesive for a bare majority of the cases, so if
3  there were five cases, we could have three where we barely
4  said is was cohesive and we could still -- if we threw out
5  those three -- I mean if we -- I'm sorry.  If we only kept
6  those three, then we could still end up telling the Court
7  that there was -- that there was, based on a very small
8  number of cases, we would end up telling the Court that
9  there was -- that there was a situation in which the
10  minority-preferred candidates usually lost.
11      **Q.  So the reason you don't like using the**
12  **statistical significance difference as a decision rule in**
13  **terms of assessing whether or not there are**
14  **minority-preferred candidates is because it gives you**
15  **fewer cases to choose from, right?  There are fewer -- the**
16  **N gets lower so --**
17      A.  No.  There's an additional reason, which is
18  that the type of election in which the votes are evenly
19  split between -- between voters in one group and the type
20  of election in which the votes for those voters are
21  focused on one candidate can be very different types of
22  elections.  So if we decide that we don't care about all
23  of the elections in which there are vote splits and we
24  only focus on those elections in which there is a focus on
25  one candidate, we're focusing on -- we're drawing

### Page 178

1  inferences from two very different types of things.
2      The Voting Rights Act, as I understand it,
3  does not ask us to only analyze elections in which voting
4  behavior is cohesive.  That is not my understanding, but
5  I'm willing to be -- I'm willing to be proven wrong.  What
6  I have tried to do in my --
7      **Q.  Because you're not an expert on the legal**
8  **requirements of the Voting Rights Act, right, Dr. Rodden?**
9      **MS. ORMSBY:  I'm going to ask you not to**
10  **interrupt him, just like you've asked him not to interrupt**
11  **you, okay?  Can he finish his answer, please?**
12      **Q.  Sure.**
13      A.  What I have done in my report --
14      **Q.  Then you can answer my question.**
15      A.  -- is I have provided the Court with the
16  information that is required to do exactly what we're
17  doing here, which is to try out different ideas for what a
18  minority-preferred candidate is, so we can come up with,
19  you know -- if the Court likes the idea that we should
20  throw out all of these other cases, then -- and only look
21  at the instances in which there was a -- there was a clear
22  minority-preferred candidate and we throw out all the
23  seats in which that wasn't the case, then -- and if that's what the
24  Court decides is the right approach, then all the
25  information is here in the spreadsheets for the Court to

### Page 179

1  do that.
2      And if we want to go through and apply that
3  approach, we can do it and then the Court will have a more
4  attractive piece of paper that lays out that approach.  I
5  don't believe that approach makes sense.  It doesn't -- it
6  doesn't -- it's not an approach that would be acceptable
7  if submitted to a peer-reviewed journal.  If I said we're
8  going to drop all of the cases in which voting behavior is
9  not cohesive and focus only on those in which it was and
10  then draw inferences from that, that is not something that
11  political scientists would accept.
12      **Q.  Okay.**
13      A.  So that's why I really do object to the
14  exercise, but the information is there.  If the Court
15  decides that that is the right exercise, then the data are
16  there to do it.
17      **Q.  Okay.  And just to be clear, you've never**
18  **peer-reviewed any articles yourself that attempt to**
19  **measure whether or not voting is racially polarized in a**
20  **jurisdiction, have you?**
21      A.  Not that I can recall.
22      **Q.  Okay.  And we established earlier you're not**
23  **an expert on the legal requirements of the Voting Rights**
24  **Act, correct?**
25      A.  I've established that there are some aspects

### Page 180

1  of the legal requirements of the Voting Rights Act that I
2  can read in plain text in the Gingles decision and in the
3  senate report and in the legislation.  There are some
4  things there that I can understand.  I've read a lot of
5  other court cases.  There's much that I understand.  There
6  are aspects of this that are contested, and those are the
7  aspects of this which are for the Court to determine.  I
8  believe this is an area that is contested.
9      I do not have a strong opinion about whether
10  it would be better to just observe point estimates of the
11  top two or whether it's better to only look at the top
12  individual candidate, but I do not believe it makes sense
13  to throw out, in a rather arbitrary way, much of the
14  data -- many of the seats.  I do not believe it makes
15  sense to ignore many of the seats.
16      **Q.  So when you look at just the top candidate in**
17  **each election, you're throwing out many of the seats,**
18  **right, Dr. Rodden?**
19      A.  In a principled way.
20      **Q.  Okay.  And you don't think --**
21      A.  In a way where the rules are clear.
22      **Q.  And you don't think that saying I'm going to**
23  **throw out the seats where there's no statistically**
24  **significant difference in candidate support is a clear**
25  **decision rule?**

45 (Pages 177 to 180)

JONATHAN RODDEN, Ph.D.   8/20/2015

Page 181

1    A.   It's a clear decision rule, but it's one that
2    leads to -- leads to some potentially strange scenarios,
3    as I described.
4        Q.   Okay.  So let's talk about the two decision
5    rules that you've proposed and whether or not they lead to
6    any strange scenarios.  Let's take point estimates as our
7    decision rule.  Well, take the two candidates with the
8    high point estimates.  Okay?  Assume that all black
9    voters, except for one, single-shot vote for a single
10   candidate; you got that assumption?  Is that clear to you?
11       A.   Say it again.
12       Q.   Assume that all black voters in the
13   jurisdiction, except for one, single-shot vote for one --
14   the same candidate; got that assumption?
15       A.   All African-American voters in a jurisdiction
16   vote for one candidate out of how many?
17       Q.   Out of four, and they all vote for the same
18   candidate, single-shot, except for one black voter.
19       A.   Uh-huh.
20       Q.   Is that clear?  Okay.  The one black voter who
21   doesn't single-shot vote uses her second vote to vote for
22   another candidate.  Is that assumption clear?
23       A.   So there are 10 voters, say, and nine of them
24   are single-shot voting for one candidate.
25       Q.   For candidate A.

Page 182

1        A.   And voter number 10 --
2        Q.   Gives one vote to candidate A and then one
3    vote to candidate B.
4        A.   Right.  And so you're pointing out that in
5    this very unusual scenario, this would -- this would
6    create a situation in which there were two
7    minority-preferred candidates.
8        Q.   Even though only one minority voter voted for
9    candidate B, correct, Dr. Rodden?
10       A.   In that very unusual hypothetical situation,
11   then that would be the case.
12       Q.   So you would agree then that if we just use
13   the point estimates to assess who's a minority-preferred
14   candidate, it can also lead to some strange results,
15   correct, Dr. Rodden?
16       A.   Under some very hard to imagine hypotheticals.
17       Q.   Well, it can also result in strange results
18   where you identify a candidate as minority-preferred even
19   though you don't know, as a statistical matter, whether
20   that candidate got more votes from minority voters than
21   several other candidates, correct?
22       A.   I agree that that is the -- I've been clear in
23   my report that that is the disadvantage --
24       Q.   Okay.
25       A.   -- of that approach.

Page 183

1        Q.   Now, if we just use the top minority
2    vote-getter in an election, you can imagine a scenario
3    where let's say a two-seat election, one candidate gets 50
4    percent of black votes, another candidate gets 49 percent
5    of black votes, call that -- those candidates A and B
6    respectively.  Under that scenario, if we use the decision
7    rule of only the top minority vote-getter, candidate that
8    gets the top minority votes, candidate A with 50 percent
9    would be considered minority-preferred, but candidate B
10   with 49 percent would not be considered
11   minority-preferred, correct, Dr. Rodden?
12       A.   Yes.  Each of these approaches has its
13   disadvantages.
14       Q.   Right.  So any approach that we employ here,
15   in terms of assessing whether or not a candidate is
16   minority-preferred, could have some disadvantages,
17   correct?
18       A.   That is correct.
19       Q.   Okay.  So what I want to use as the decision
20   rule for what we're going to put in Exhibit 13 here, and I
21   know you disagree with it and your caveat is on the
22   record, so don't worry about that.
23       A.   Right.
24       Q.   I want to use a designation of
25   minority-preferred candidate where we know that that

Page 184

1    candidate has a level of support that is statistically
2    significantly different from other candidates such that we
3    know that that candidate is one of the top two
4    vote-getters in a two-seat election, or one of the top
5    three vote-getters in a three-seat election.
6        A.   Yes, you want --
7        MS. ORMSBY:  Wait.  I'm going to put an
8    objection on the record that this seems to be an exercise
9    in which counsel would like to get his testimony into the
10   record by having Dr. Rodden fill out a chart specifically
11   as you would like it to be filled out, and I want the
12   record extremely clear that that is exactly what is
13   happening here, and he can go ahead and do it, but it's
14   your testimony, not his.
15       MR. HO:  Well, it's not my testimony.  I'm
16   asking him if we can put information into this chart using
17   the decision rule that I know you object to, but using the
18   decision rule identifying minority-preferred candidates
19   based on statistical significance.  Because what I want to
20   know, as you put it, this chart could be cleaner than this
21   chart -- I'm sorry -- Exhibit 13 could be cleaner than
22   your own Excel spreadsheet in terms of identifying the
23   candidates who have statistically significantly higher
24   levels of support.  Is that okay with you, Dr. Rodden?
25       A.   I am happy to write the numbers down on the

46 (Pages 181 to 184)

## Page 185

1 piece of paper that you would like written down, because
2 it's a deposition, you are asking the questions, and I
3 will answer them.
4     Q.  Okay.  And you understand what I'm asking for
5 here, right; that I'm looking at or I'm asking for those
6 candidates with statistically significantly higher levels
7 of support than other candidates, such that we know for a
8 fact in a two-seat election a candidate was one of the top
9 two vote-getters amongst blacks, or in a three-seat
10 election, was one of the top three vote-getters amongst
11 black voters?
12     A.  Yes.
13     Q.  Okay.  And I know you object to that decision
14 rule, but --
15     A.  Right.  We'll go for it.
16     Q.  Great.  Just using your data here.  So the
17 2000 election, we know that Thomas was the highest
18 vote-getter amongst blacks, correct?
19     A.  So we're starting from the beginning now?
20     Q.  Yes.
21     A.  We're in 2000?
22     Q.  Yes.  Start with 2000.
23     A.  Yes.
24     Q.  And we know that the point estimate for
25 Thomas' support lies outside of the confidence interval

## Page 186

1 for the second highest estimated candidate for blacks, and
2 that's Hirsch, correct?
3     A.  Yes.
4     Q.  Okay.  And Hirsch, the second highest
5 estimated candidate for -- in terms of black support,
6 Hirsch's point estimate lies within the confidence
7 interval for the third candidate in terms of black
8 support, Smith, correct?
9     A.  Yes.
10     Q.  So we don't know for a fact whether or not
11 Hirsch or Smith was the number two candidate for black
12 voters to any degree of statistical certainty, correct?
13     A.  Correct.
14     Q.  Okay.  So now using the decision rule that
15 I've asked you to adopt for purposes of filling out this
16 sheet, and I know you object to it, but just using
17 statistical significance to identify candidates of choice,
18 Thomas was a candidate of choice and there is no second
19 black candidate of choice, correct?
20     A.  Correct.
21     Q.  Okay.  And Thomas was elected, so we can say
22 that one out of one black-preferred candidates was
23 successful in 2000, correct?
24     A.  Yes.
25     Q.  Okay.  Let's look at white voters and who they

## Page 187

1 favor.  Hirsch is the top voter -- top candidate amongst
2 white voters, according to your estimates, correct?
3     A.  Yes.
4     Q.  Okay.  The second candidate that you estimate
5 in terms of white support is Thomas, but Thomas' point
6 estimate in terms of white support -- is it -- is it
7 statistically significantly different from any other
8 candidates?
9     A.  No.
10     Q.  Okay.  So we can say, using this decision
11 rule, that Hirsch and Thomas are preferred white
12 candidates, correct?
13     A.  Yes.
14     Q.  Okay.  And so we could then say, using this
15 decision rule, there are two white-preferred candidates,
16 and I believe both were successful, correct?
17     MS. ORMSBY:  I'm sorry.  I'm not following.
18 Hirsch -- Thomas got 18 percent of the vote.
19     Q.  Uh-huh.
20     MS. ORMSBY:  Upper is -- for white is 23,
21 lower is 14.  18 is between those two, so wouldn't Thomas
22 not be a preferred?
23     A.  That's what we've agreed to, that Thomas is--
24     MS. ORMSBY:  He just said Hirsch and Thomas
25 were preferred candidates of whites.

## Page 188

1     A.  Oh.  No.  There's only one under this rule.
2     Q.  Oh, did I -- I'm sorry.
3     A.  We agreed that there is one preferred
4 candidate.  Verbally you agreed to that, there is one
5 preferred candidate, just Hirsch.
6     Q.  Okay.  I apologize.  So using this decision
7 rule of statistical significance, Hirsch is the lone
8 white-preferred candidate in 2000 and Hirsch was elected,
9 correct?
10     A.  Correct.
11     Q.  Okay.  Let's talk about 2001.
12     MS. ORMSBY:  So in 2000 you're saying that
13 each race's preferred candidate was elected, correct?
14     MR. HO:  Are you asking me questions as a
15 deponent, Cindy?
16     MS. ORMSBY:  I'm just trying to clarify the
17 record that I wrote this down correctly.
18     MR. HO:  Yes.  I have ones in each column.
19     MS. ORMSBY:  Thank you.
20     Q.  Okay.  So 2001 -- now, before we look at the
21 -- well, actually let's just go to the numbers.  The top
22 choice among black voters in 2001 is Butler with about
23 40.5 percent of black votes; is that right?
24     A.  Yes.
25     Q.  The second -- the next highest is Garofalo; is

47 (Pages 185 to 188)

JONATHAN RODDEN, Ph.D.   8/20/2015

Page 189

1    that right?
2        A.   Right.
3        Q.   And you estimate Garofalo is receiving about
4    24.7 percent of black votes, correct?
5        A.   Yes.
6        Q.   That's a gap of about 16 percentage points
7    between Butler and Garofalo in terms of estimated black
8    support; is that right?
9        A.   There's -- there's no -- there's no black
10   candidate of choice here.
11       Q.   Well, we'll get there.
12       A.   By your approach.
13       Q.   Yeah.  Well, we'll get there in a second, but
14   let's just -- I'm just comparing Butler and Garofalo here.
15       A.   So 2001 there is a blank for preferred
16   candidate.
17       Q.   Wait.  That wasn't my question.  My question
18   was comparing Butler and Garofalo's level of support.
19       A.   Indeed.
20       Q.   So by the point estimates, Butler got
21   substantially more support amongst blacks than Garofalo,
22   correct?
23       A.   But Garofalo's point estimate lies within
24   Butler's confidence interval, so they're statistically
25   indistinguishable, so it's a blank.

Page 190

1        Q.   Okay.  So you would say by the decision rule
2    that we've adopted --
3        A.   You would say.  You would say that.
4        Q.   Well, let's slow down a little bit, Dr.
5    Rodden.
6        A.   That is the decision rule we have applied.
7        Q.   I think you're mistaken, but I'll explain that
8    in a second.  So Butler --
9        A.   Wait.  So now you would like to apply decision
10   rule where the top candidate --
11       Q.   No.
12       A.   -- is the top candidate regardless of
13   confidence intervals?
14       Q.   No, no, no.  I think you're misunderstanding
15   me.  Just slow down for a second.
16       A.   Okay.
17       Q.   Just slow down.  The third highest candidate
18   for blacks in 2001, as estimated by you, is Hogshead,
19   correct?
20       A.   Right.
21       Q.   Okay.  And the point estimate for Butler's
22   support lies outside of the confidence interval for
23   Hogshead, correct?
24       A.   Yes.
25       Q.   So we know that Butler, to a degree of

Page 191

1    statistical certainty, was higher than Hogshead, right?
2        A.   Yes.
3        Q.   So we know that Butler was among the top two
4    candidates for black voters, correct?
5        A.   I'm sorry.  Are we adopting a new decision
6    rule now?
7        Q.   No.  The decision rule that I suggested before
8    was we'll use statistical significance and the confidence
9    intervals to try to determine whether or not in a two-seat
10   election a candidate is among the top two for minority
11   voters, to be labeled as minority-preferred, and in the
12   top three in a three-seat election in order to understand
13   that candidate as minority-preferred.  That's the decision
14   rule that I've proposed.  And under that --
15       A.   I did not understand the decision rule, so --
16       Q.   Okay.
17       A.   So it is not about necessarily the difference
18   between candidate number two and candidate number three.
19   You are asking about in a three -- in a two-seat race --
20       Q.   Uh-huh.
21       A.   -- you would like to know whether the
22   top-ranked candidate is among the top two?
23       Q.   To a degree of statistical significance.
24       A.   Whether the top-ranked candidate is among the
25   top two.

Page 192

1        Q.   Yes.  And according to your estimates here, we
2    know to a degree of statistical certainty that Butler was
3    among the top two candidates for black voters in 2001,
4    correct?
5        A.   Yes.
6        Q.   But we don't know whether or not Garofalo or
7    Hogshead were among the top two for black voters, correct,
8    to a degree of statistical certainty?
9        A.   Correct.
10       Q.   So that's why I would like to identify Butler
11   as a black candidate of choice here, and Butler only.  Do
12   you agree with that, using the decision rule that we've
13   adopted for purposes of this exercise?
14       A.   Using the decision rule that we've adopted for
15   the purposes of this exercise, which I now understand to
16   be whether -- I'm sorry.  I need to -- I now need to
17   revisit the earlier analysis, because the decision rule
18   was not clear to me earlier.
19       Q.   Okay.
20       A.   Okay.  So far we're okay.
21       Q.   We're okay?
22       A.   So we are saying that in 2001 --
23       Q.   Butler was -- we know to a degree of
24   statistically certitude, acceptable in peer-reviewed in
25   political science, that Butler was among the top two

48 (Pages 189 to 192)

JONATHAN RODDEN, Ph.D.   8/20/2015

Page 193

1  candidates for black voters?
2      A.  Yes.
3      Q.  And we don't know that for any other
4  candidate, correct?
5      A.  We don't know whether they were among the top
6  two, because the -- the distance between the point
7  estimate of Hogshead and Garofalo was not statistically
8  significant, so yes.
9      Q.  Okay.  So I have that as one black-preferred
10 candidate using this decision rule, and that that one
11 candidate was successful.  Now, what I was getting at with
12 the questions that I was actually asking you, Professor
13 Rodden, when we went off in this direction, was just
14 comparing the point estimates of support for Butler and
15 Garofalo, I just want to make clear, Butler's point
16 estimate for support is 15 percentage points higher than
17 your point estimate of support for Garofalo, correct?
18     A.  Yes.
19     Q.  And looking at the point estimates, Garofalo
20 got less than two-thirds the level of support received by
21 Butler from black voters; is that right?
22     A.  Yes.
23     Q.  Okay.  Now, for white voters, the top choice
24 you have for white voters is Garofalo at 35.1 percent of
25 white votes, correct?

Page 194

1      A.  Yes.
2      Q.  And for Hogshead your point estimate is she's
3  the second highest supported candidate among white voters
4  at 32.2 percent, correct?
5      A.  Yes.
6      Q.  And the differences between Garofalo and
7  Hogshead and the third highest point estimated candidate
8  for whites, which is Lentz, that difference is
9  statistically significant, correct?
10     A.  Yes.
11     Q.  So using this decision rule of statistical
12 significance, we know that Garofalo and Hogshead were the
13 top two voters -- top two candidates for white voters to a
14 degree of statistical certitude, correct?
15     A.  Yes.
16     Q.  Okay.  Could we record that.
17     A.  (The witness complied.)
18     Q.  And who, amongst these candidates, was
19 elected?
20     A.  I'm sorry.  The two were Garofalo and
21 Hogshead.  These are long-term incumbents who are
22 frequently re-elected, so yes.
23     Q.  Right.  Oh, I'm sorry.  I said before that
24 Butler was elected, and I guess I misspoke.  Butler was
25 not elected, correct?  Because it's a two-seat election.

Page 195

1      A.  That is correct, Butler was not successful.
2      Q.  Okay.  So using this definition of
3  minority-preferred, the statistical -- based on
4  statistical significance, we know two out of two
5  white-preferred candidates were elected, and zero out of
6  one black-preferred candidates were elected, correct?
7      A.  Yes.
8      Q.  Okay.  And for the record, Garofalo and
9  Hogshead are white, and Butler is black, correct?
10     A.  Correct.
11     Q.  Okay.  Let's talk about 2002.  2002 there were
12 three seats, correct?
13     A.  Yes.
14     Q.  Now, Fletcher was the top white voter -- sorry
15 -- was the top candidate amongst white voters at about 22
16 percent of white voters, correct?
17     A.  Yes.
18     Q.  Do we know to a degree of statistical
19 certitude whether or not the next two highest point
20 estimated candidates for blacks -- for whites, I'm sorry,
21 Knorr and Clark, whether or not they were, in fact, among
22 the top three?
23     A.  No.
24     Q.  Okay.  So I would like to record, by this
25 decision rule, there is one white-preferred candidate and

Page 196

1  Fletcher was elected, correct?
2      A.  No.  The other -- the other point estimates
3  are within the confidence interval.
4      Q.  Oh.  So Fletcher is not, by the decision rule
5  that we've articulated, a white-preferred candidate?
6      A.  There is no white-preferred candidate in 2002.
7      Q.  Okay.  So let's just say zero and zero.  Now,
8  in 2002 the candidate with the highest estimated level of
9  support amongst black voters is Graham at about 31.9
10 percent; is that right?
11     A.  Yes.
12     Q.  Okay.  And we know to a degree of statistical
13 certitude that Graham received the highest level of black
14 support, correct?
15     A.  No.
16     Q.  No?
17     A.  Butler is -- Butler's upper confidence
18 interval is --
19     Q.  Oh.  Yes.
20     A.  -- is there, so --
21     Q.  I see that.
22     A.  So this is a two-seat election, though, and --
23     Q.  It's a three-seat election.
24     A.  No.  Three-seat election, so we can --
25     Q.  So let's just run through this.  Graham has

MIDWEST LITIGATION SERVICES
www.midwestlitigation.com                Phone: 1.800.280.3376                Fax: 314.644.1334

JONATHAN RODDEN, Ph.D.   8/20/2015

Page 197

1   the highest level, we established, at 31.9 percent amongst
2   black voters, right?
3       A.   Yes.
4       Q.   And Butler is second at about 25.1 percent of
5   black voters, if we round?
6       A.   I'll need to look at the table.
7       Q.   Sure.
8       A.   Okay.  So the question here is?
9       Q.   Butler's estimated level of support amongst
10  black voters, according to you, is about 25.1 percent of
11  black voters; is that correct?
12      A.   25 percent, yes.
13      Q.   Okay.  And the third highest ranked candidate,
14  according to your estimates, is Clark at about 12.5, 12.6
15  percent of black votes, correct?
16      A.   Yes.
17      Q.   And the difference here is statistically
18  significant between Graham and Butler and Clark -- between
19  Graham and Butler, on the one hand, and Clark.  The point
20  estimates for Graham and Butler lie outside of the
21  confidence interval for Clark amongst black voters,
22  correct?
23      A.   Something I need to clarify here is that as I
24  described earlier when we were going through the analysis
25  of turnout, when we looked at the overlapping confidence

Page 198

1   intervals and we talked about a point estimate being just
2   inside a confidence interval, what I said is that I did
3   not conduct a statistical test of -- to make sure of --
4   this is a rule of thumb.
5       Q.   Yeah.
6       A.   So when we get on the razor's edge where
7   something -- where there's a point estimate that is barely
8   within the confidence interval, we should start putting
9   asterisks or something, because some of these, it's
10  unclear.  I cannot say with certainty whether these are
11  significant or not.
12      Q.   Okay.  I understand.
13      A.   I just wanted that to be clear on the record.
14      Q.   Yes, of course.
15      A.   But we can continue.
16      Q.   But just to be clear, the point estimates of
17  black candidate support -- black voters support for Butler
18  and Graham, those are higher than the upper bound of the
19  confidence interval for black support for Clark, the third
20  highest ranked candidate for blacks, correct?
21      A.   The -- yeah, Clark's upper confidence interval
22  -- yes, that's correct.
23      Q.   Okay.  So we know -- again, this is, I know
24  your rule of thumb, but using your rule of thumb for
25  statistical significance that you employ in your turnout

Page 199

1   analysis, we know that Graham and Butler are the top two
2   ranked candidates among black voters, correct?
3       A.   Yes.
4       Q.   Okay.  So let's record Graham and Butler.
5       A.   (The witness complied.)
6       Q.   And as to whether or not Clark is the third
7   ranked candidate among black voters, her level of support
8   -- or I don't know if it's a --
9       A.   His.
10      Q.   It's a him.  His level of support is
11  statistically indistinguishable when you look at the
12  confidence intervals of the remaining three candidates,
13  Knorr, Morie and Fletcher, correct?
14      A.   That is correct.
15      Q.   Okay.  So using this decision rule, we don't
16  have a third black-preferred candidate, correct?
17      A.   Correct.
18      Q.   We have two black-preferred candidates, and I
19  believe Graham was successful, but not Butler, correct?
20      A.   Correct.
21      Q.   And so the record is clear, both Graham and
22  Butler are African-American, correct?
23      A.   Yes.
24      Q.   Okay.  And we already did white voters for
25  2002, so let's look at 2003.  Now, here you have three

Page 200

1   candidates for two seats, right, in 2003?
2       A.   Yes.
3       MS. ORMSBY:  Can I stop you right here?  You
4   put this in 2003 and it should be here.  I just don't -- I
5   want it --
6       Q.   Thank you, Cindy.  I appreciate that.  That
7   line that you drew, I think you meant for the white side
8   of 2002.
9       A.   Okay.  Let me fix this.  So -- I'm sorry.
10  Just --
11      MS. ORMSBY:  This should be two, one here and
12  this should be zero, zero.
13      A.   Oh, this just needs to move up.  Right.  Okay.
14      MS. ORMSBY:  Now we're on 2003.  I'm sorry to
15  interrupt.
16      Q.   No, I appreciate you doing that.  Thank you.
17  So -- okay.  2003, three candidates for two seats,
18  correct?
19      A.   Yes.
20      Q.   And we know, according to your estimate,
21  Thomas received about 54 percent of black votes, correct?
22      A.   Yes.
23      Q.   And that's outside of the confidence interval
24  for Knorr, correct?
25      A.   By a little bit, yes.

50 (Pages 197 to 200)

JONATHAN RODDEN, Ph.D.   8/20/2015

Page 201

1    Q.  Okay.  So under this decision rule, Thomas is
2  a black-preferred candidate?
3    A.  Yes.
4    Q.  And Knorr you estimate as the second highest
5  level of support amongst blacks at 30 -- about 30.2
6  percent, correct?
7    A.  Yes.
8    Q.  And that's less than two-thirds of the level
9  of support amongst black voters that you estimate for
10 Thomas, correct?
11   A.  Yes.
12   Q.  Okay.  And fair to say that Tomas received
13 substantially more support than Knorr amongst black
14 voters?
15   A.  Sure.
16   Q.  And as between Lentz and Knorr, the remaining
17 candidates, do we know, using that rule of thumb for
18 statistical significance, whether or not Lentz or Knorr
19 was the second highest candidate for blacks?
20   A.  No.
21   Q.  So let's use the decision rule and say one
22 preferred candidate, Thomas, and successful, because
23 Thomas was elected, correct?
24        MS. ORMSBY:  Can I ask for clarification,
25 please?

Page 202

1        MR. HO:  Sure.
2        MS. ORMSBY:  Maybe I'm not following.  That is
3  very possible.  Knorr got 30 percent, and do we look to
4  see if that's within the range of Lentz, which is 21
5  percent to 11 percent, so that's outside that, so wouldn't
6  that be significant -- statistically significant and make
7  Knorr the second minority-preferred candidate?  Aren't we
8  looking to see whether that percentage is in the next
9  lowest candidate's range?
10        MR. HO:  Well, Lentz's point estimate lies
11 within Knorr's confidence interval, which is quite broad.
12        MS. ORMSBY:  Okay.  I see.
13        MR. HO:  So that's what I was assuming.
14        MS. ORMSBY:  Okay.  That's fine.
15        MR. HO:  But if Professor Rodden has a
16 different interpretation --
17        MS. ORMSBY:  It's probably me, Dale.  Sorry.
18        MR. HO:  I'm not an expert on this stuff
19 either.  That's why we have him here.
20   A.  I'm still trying to understand the decision
21 rule.  So just again, to repeat, the decision rule we are
22 currently playing around with is that the -- is that the
23 top candidate, the point estimate for the top candidate is
24 in the top --
25   Q.  Two.

Page 203

1    A.  N, in this case two.
2    Q.  Yeah.
3    A.  So we are determining that Gwen Thomas is --
4  that her point estimate is statistically -- so yeah, the
5  comparison is not between number two and number three.  In
6  this case it's between number one and number three, and
7  you're pointing out that Lentz is statistically
8  significantly different from Gwen Thomas.
9    Q.  Uh-huh.
10   A.  Okay.  So hopefully, yeah, I think that's -- I
11 understand that.
12   Q.  So we have Thomas, right, as a black-preferred
13 candidate, but we just don't know if Knorr or Lentz is,
14 correct?
15   A.  By this approach, yes.
16   Q.  Okay.  So one black-preferred candidate and
17 Thomas was elected, so successful, correct?
18   A.  Yes.
19   Q.  Now, amongst white voters we know that the top
20 choice was Knorr with about 52.1 percent of white votes
21 cast, correct?
22   A.  Yes.
23   Q.  And we know, to a degree of statistical
24 significance, that Knorr was the top preferred white
25 candidate, correct?

Page 204

1    A.  Yes.
2    Q.  What about Lentz, do we know whether or not
3  Lentz, who is the second preferred candidate here for
4  whites according to your estimates, if Lentz had a
5  statistically significantly higher rate of white support
6  as compared to Thomas?
7    A.  No, we don't.
8    Q.  Okay.  So one white-preferred candidate, one
9  candidate successful, because Knorr was elected?  And for
10 the record, Thomas is black and Knorr is white, correct?
11   A.  Correct.
12   Q.  Okay.  Let's look at 2004.  There were two
13 seats in this election, right?
14   A.  Yes.
15   Q.  Van and McClendon were the highest ranked
16 voters (sic) amongst black voters correct?
17   A.  Yes.
18   Q.  And Van got about 28.7 of black votes, and
19 McClendon got about 28.3 percent of black votes?
20   A.  Yes.
21   Q.  Okay.  And those two are clearly, when you
22 take the confidence intervals into account, the two
23 highest preferred candidates amongst black voters, right?
24   A.  Yes.
25   Q.  Okay.  Can you record that.

51 (Pages 201 to 204)

JONATHAN RODDEN, Ph.D.   8/20/2015

## Page 205

1    A.  (The witness complied.)
2    Q.  So we have two black-preferred candidates,
3  using this decision rule, and neither were successful,
4  correct?
5    A.  Correct.
6    Q.  And Van and McClendon, for the record, are
7  both African-American, correct?
8    A.  Correct.
9    Q.  Okay.  For white voters the top choices are
10  Hogshead at 30.1 percent, and Garofalo at 39.3 percent of
11  white voters, according to your estimates, correct?
12    A.  Yes.
13    Q.  And third place amongst white voters,
14  according to your estimates, is Van at 11.7 percent of
15  white votes, correct?
16    A.  Correct.
17    Q.  Statistically significant difference, correct?
18    A.  Yes.
19    Q.  Okay.  So using this decision rule of
20  statistical significance, two white-preferred candidates,
21  Garofalo and Hogshead, and both were elected, correct?
22    A.  Uh-huh.
23    Q.  Okay.  And for the record, Garofalo and
24  Hogshead are both white, correct?
25    A.  Correct.

## Page 206

1    Q.  Okay.  Let's look at 2006.  Amongst black
2  voters the top two choices are Thomas and Washington,
3  correct?
4    A.  Correct.
5    Q.  And Thomas has 28.2 percent of black votes,
6  according to your estimates, and Washington has about 25.1
7  percent of black votes, according to your estimates,
8  correct?
9    A.  Yes.
10    Q.  And the next highest candidate estimated in
11  terms of black support -- estimated black support is
12  Knorr; is that correct?
13    A.  Yes.
14    Q.  And the point estimates for Thomas and
15  Washington are higher than the upper bound of the
16  confidence interval for Knorr; is that correct?
17    A.  Yes.
18    Q.  So using statistical significance as the
19  decision rule here, we know that African-American voters
20  preferred Thomas and Washington at a statistically
21  significant higher rate than any other candidate in 2006,
22  correct?
23    A.  You said Washington and Thomas?
24    Q.  Yes.
25    A.  Yes.

## Page 207

1    Q.  And so that would mean two, according to this
2  decision rule, two black-preferred candidates in 2006,
3  correct?
4    A.  Correct.
5    Q.  And neither of them were elected; is that
6  correct?
7    A.  Correct.
8    Q.  Okay.  Amongst white voters in 2006, Schroeder
9  and Knowles received the highest levels of support,
10  correct?
11    A.  Yes.
12    Q.  Schroeder at about 38 percent, and Knowles at
13  about 27 percent of white votes, correct?
14    A.  Correct.
15    Q.  And the third highest ranked candidate amongst
16  whites is Knorr at about 16 percent, correct?
17    A.  Correct.
18    Q.  And Schroeder and Knowles, the point estimates
19  of white support for them are higher than the upper bound
20  of the confidence interval for white support for Knorr,
21  correct?
22    A.  Yes.
23    Q.  So using this decision rule of statistical
24  significance, we know that Schroeder and Knowles were the
25  top-ranked white candidates, correct?

## Page 208

1    A.  Correct.
2    Q.  So again, using this decision rule, we would
3  say there are two white-preferred candidates, correct?
4    A.  Correct.
5    Q.  And both were elected, correct?
6    A.  Correct.
7    Q.  Okay.  Now, in 2007 there was no election,
8  correct?
9    A.  Correct.
10    Q.  And there's no data to report in terms of
11  voting patterns for that election, correct?
12    A.  Correct.
13    Q.  Now, if you did report it, you would note that
14  Garofalo and Hogshead retained their seats without
15  opposition in 2007, correct?
16    A.  Right.
17    Q.  And both of them are white, correct?
18    A.  Correct.
19    Q.  Now, just using -- I mean using the definition
20  that we're adopting for purposes of Exhibit 13, defining
21  candidate support or preferred candidate status in terms
22  of statistical significance, neither Garofalo nor Hogshead
23  has ever been a black-preferred candidate, correct?
24    A.  Using the rule of thumb, that would be true.
25  I do not know in 2013 the -- the -- if we applied a 90 --

52 (Pages 205 to 208)

JONATHAN RODDEN, Ph.D.   8/20/2015

Page 209

1   some other confidence interval, then yes, then Hogshead
2   would be considered a candidate of choice, so there's a
3   razor's edge decision here that -- and we are using the
4   confidence intervals as a rule of thumb, not knowing --
5   not having done the test of statistical significance. So
6   it is what it is. Hogshead, under the rules that have
7   been applied in Exhibit 13, falls just short of being a
8   minority candidate of choice.
9        Q. Okay.
10       A. As far as I understand. We have not gone to
11   2013 yet.
12       Q. Yeah, yeah. I'm sorry. And I'm sorry if my
13   question wasn't clear. I mean in previous elections prior
14   to 2007. Using the decision rule employed in Exhibit 13,
15   neither Hogshead nor Garofalo has been a
16   minority-preferred candidate of choice, correct?
17       A. Previously -- previously in this figure, that
18   is correct.
19       Q. Okay. And can you pull out Rodden Exhibit 12?
20   This was the chart where we defined the minority-preferred
21   candidates based purely on the point estimates, okay? So
22   just using the top two point estimates in two-seat
23   elections.
24       A. Yes.
25       Q. So Garofalo and Hogshead ran in 2004, correct?

Page 210

1        A. Yes.
2        Q. And neither of them were the
3   minority-preferred candidates just in terms of having the
4   highest point estimates in 2004, correct?
5        A. Correct.
6        Q. And they also ran in 2001, correct?
7        A. Yes.
8        Q. And Hogshead was not amongst the two
9   black-preferred candidates in 2001 using the point
10   estimates to define preferred candidate status, correct?
11       A. Correct.
12       Q. Okay.
13       A. But she was, by this standard, a candidate of
14   choice for African-Americans in 2013, so I'm not sure why
15   we would value the past over the present in this -- in
16   this setting. I think -- if the question is was she ever
17   a preferred candidate, the answer is yes.
18       Q. Well, prior to 2007, correct?
19       A. Okay.
20       Q. She had not been amongst the top two
21   candidates for black voters, according to your estimates,
22   correct?
23       A. Prior to 2007 she came very close, but was not
24   quite, that's correct.
25       Q. So if you were to describe her as a

Page 211

1   black-preferred candidate in 2007, using this decision
2   rule of point estimates, you would sort of impute
3   backwards the fact that she was the second preferred black
4   candidate in 2013 to black preferences in 2007, Dr.
5   Rodden?
6        A. I don't believe I said that.
7        Q. If you were -- if you were to describe her as
8   a black-preferred candidate in 2007, the way you would do
9   that would be by imputing her level of support amongst
10   black voters in 2013 backwards six years to 2007; is that
11   right, Dr. Rodden? Because you identified the fact that
12   she was, in your view, black-preferred in 2013 as relevant
13   to this assessment.
14       A. I do believe it's relevant, but it is -- you
15   are suggesting a decision rule in which -- you're asking
16   how we should think about elections that didn't happen,
17   and there are a number of ways we could do that. You
18   asked me if she had been a candidate of choice prior to
19   2007, and the answer is no. I interjected that if the
20   question was was she ever a candidate of choice, you asked
21   me to look at Exhibit 12, and the answer, using Exhibit
22   12, would be yes. That's all I meant to say.
23       Q. So she's run in contested elections three
24   times, 2001, 2004 and 2013, correct?
25       A. That sounds right.

Page 212

1        Q. And using the point estimates, you would say
2   she was a black candidate of choice in one out of those
3   three elections, correct, 2013?
4        A. Using the point estimate approach, I would say
5   she was a candidate of choice in one of those three, yes.
6        Q. Okay. So because she was a candidate of
7   choice, using the point estimate approach, one out of
8   three times in which she ran for office and was not a
9   candidate of choice two out of three times in which she
10   ran for office, you're describing her in 2007 as a
11   black-preferred candidate, correct?
12       A. Right now am I doing that?
13       Q. In your report. I mean I believe --
14       A. Can you point to a paragraph?
15       Q. Sure.
16       A. I'm just trying to remember what -- we haven't
17   gone through the uncontested elections analysis yet, so I
18   need to have a look.
19       Q. You describe the 2010 election in Paragraph
20   60, and you say Leslie Hogshead was elected. You note
21   that she was a minority-preferred candidate, according to
22   the point estimate approach, in 2013.
23       Now, in Paragraph 73, to give you another
24   example, you include uncontested elections in a
25   calculation in the second to last sentence here. You say,

JONATHAN RODDEN, Ph.D.   8/20/2015

## Page 213

1  "Of the 37 seats up for election since 2000" -- well, let
2  me just stop there.  When you say of the 37 seats up for
3  election since 2000, when you offer that statistic, you're
4  including uncontested elections, correct?
5      A.  I believe so, yes.
6      Q.  And you say 20 were won by minority-preferred
7  candidates, 54 percent, correct?
8      A.  Yes.
9      Q.  And in reaching that number of 20 wins by
10  minority-preferred candidates, you count Leslie Hogshead
11  as a minority-preferred candidate in the 2007 and 2010
12  elections, correct?
13      A.  I don't have the data in front of me, but it's
14  -- I may have.  I don't remember.
15      Q.  Right.  And you may have included Leslie
16  Hogshead as a minority-preferred candidate even though in
17  two out of three elections that she ran, she was, in fact,
18  not minority-preferred, using the point estimate decision
19  rule for minority-preferred status, correct, Dr. Rodden?
20      A.  If indeed I included her in this calculation,
21  which -- of which the data are not in front of me, so if
22  that is the case, then it would be true that she was
23  minority-preferred by the point estimate approach in one
24  out of three.
25      Q.  And then you may have counted her as

## Page 214

1  minority-preferred in the two uncontested elections in
2  2007 and 2010 on that basis, correct, Dr. Rodden?
3      A.  I would need to look at the data, but it seems
4  -- it seems -- it seems that I may have.
5      Q.  Okay.  Let's get back to the 2009 election.
6  There were two seats up for election in 2009 with three
7  candidates, correct?
8      A.  I'm sorry.  2009 there were -- there were two
9  seats, yes.
10      Q.  And the top two candidates that you estimate
11  in terms of black support are Schroeder and Knowles,
12  correct?
13      A.  Correct.
14      Q.  Okay.  And the point estimates for support
15  amongst black voters for Knowles and Schroeder are higher
16  than the upper bound of the confidence interval for black
17  support for Heise, the third and only other candidate in
18  the race, spelled H-e-i-s-e, correct?
19      A.  Yes.
20      Q.  Okay.  So fair to say, using the decision rule
21  of statistical significance, that rule of thumb that we're
22  adopting for purposes of Exhibit 13, that Knowles and
23  Schroeder are black-preferred candidates?
24      A.  Yes.
25      Q.  Okay.  So we have two black-preferred

## Page 215

1  candidates using this decision rule, correct, Dr. Rodden?
2      A.  Yes.
3      Q.  And both were elected in 2009, correct?
4      A.  Yes.
5      Q.  Okay.  And the same two candidates are the
6  white-preferred candidates, using this decision rule,
7  correct?
8      A.  Yes.
9      Q.  Just in reverse order, Schroeder first, then
10  Knowles, right?  That's two and two, correct?  Now, just
11  to be clear, there are no black candidates in this race,
12  correct?
13      A.  Yes, I believe that's correct.
14      Q.  So voting for an African-American candidate
15  was not an option for voters in this election, correct?
16      A.  Correct.
17      Q.  2011, let's look at that next.  Now, there
18  were three seats in this election, right?
19      A.  Yes.
20      Q.  And the highest ranked candidate in terms of
21  white support is Martinez at about 23 percent, with some
22  rounding, correct?
23      A.  Yes.
24      Q.  And that level of support that you estimate
25  for Martinez is statistically significantly higher than

## Page 216

1  the estimates that you have for white support for all the
2  other candidates, correct?
3      A.  Correct.
4      Q.  Using statistical significance as a decision
5  rule, is it possible to identify a second or third
6  white-preferred candidate in this election?
7      A.  No.
8      Q.  Okay.  And Martinez was elected, correct?
9      A.  Yes.
10      Q.  So again, using this decision rule of
11  statistical significance, white-preferred candidates were
12  one for one in 2011, correct?
13      A.  Yes.
14      Q.  And Martinez is not black, correct?
15      A.  Correct.
16      Q.  Okay.  2011, black candidate support, you
17  estimate that Hawkins and Graham had the highest levels of
18  support amongst black voters, with each receiving about 22
19  percent of black votes, correct?
20      A.  Yes.
21      Q.  And that is a statistically significantly
22  higher level of black support versus all other candidates
23  in 2011, correct?
24      A.  Clark comes very close, but does not quite
25  make the cutoff, the rule of thumb cutoff.  I don't know

54 (Pages 213 to 216)

JONATHAN RODDEN, Ph.D.   8/20/2015

## Page 217

1   what would happen if we did a test of statistical
2   significance, but using the rule of thumb cutoff, Clark
3   falls short.
4        Q.   Okay.  Since we want to apply this rule
5   objectively, I'm going to say using this decision rule,
6   it's fair -- I'm going to ask you, it's fair, using this
7   decision rule, to identify Graham and Hawkins as
8   black-preferred candidates, but to say that there is not a
9   clear third black-preferred candidate, correct?
10       A.   Correct.
11       Q.   So let's record Graham and Hawkins.  And there
12   were two black-preferred candidates, according to this
13   decision rule.  Now, Graham and Hawkins, neither of them
14   were elected, correct?
15       A.   They both fell short by a very small number of
16   votes, correct.
17       Q.   Now, just to close the loop here on Clark,
18   your point estimate for Clark's support is about 10
19   percentage points lower among black voters than for Graham
20   and Hawkins, correct?
21       A.   Correct.
22       Q.   And is it accurate to say that Graham and
23   Hawkins are estimated to have received about twice as many
24   black votes as Clark?
25       A.   Yes.

## Page 218

1        Q.   And is it also then fair to say that Graham
2   and Hawkins received substantially more black votes than
3   Clark?
4        A.   Yes, sure.
5        Q.   All right.  So let's look at 2012.  This is a
6   two-candidate election, correct?  I'm sorry.  Two-seat
7   election, correct?
8        A.   Yes.
9        Q.   With three candidates, correct?
10       A.   Yes.
11       Q.   Now, for white voters the top-ranked
12   candidates, according to your estimates, are Ebert at
13   about 46.9 percent and Schroeder at about 41.1 percent; is
14   that correct?
15       A.   Yes.
16       Q.   And they received white support at a
17   statistically significantly higher rate than the only
18   other candidate in the race, B. Morris, correct?
19       A.   Correct.
20       Q.   Okay.  So applying this decision rule, can we
21   record Ebert and Schroeder as white-preferred?
22       A.   (The witness complied.)
23       Q.   And applying this discussion rule, that would
24   mean there were two white-preferred candidates, and both
25   of them were elected, correct?

## Page 219

1        A.   Correct.
2        Q.   For the record, Ebert and Schroeder are both
3   white, correct?
4        A.   Correct.
5        Q.   Okay.  For black voters the candidate with the
6   highest estimated level of support is B. Morris at 51.3
7   percent, correct?
8        A.   Yes.
9        Q.   And we know, to a degree of statistical
10   significance, that she received more votes amongst black
11   voters than Ebert and Schroeder, correct?
12       A.   Correct.
13       Q.   Okay.  We don't know, to a degree of
14   statistical significance, whether black voters supported
15   Ebert or Schroeder more, correct?
16       A.   Correct.
17       Q.   And in fact, you could say fairly that black
18   voters were not cohesive with respect to either Ebert or
19   Schroeder, correct?
20       A.   Correct.
21       Q.   Okay.  So given the rules that we've
22   articulated, one black-preferred candidate, B. Morris, who
23   was not elected, correct?
24       A.   Yes.
25       Q.   Now, you say that one minority-preferred

## Page 220

1   candidate was elected in 2012, in your report, and that's
2   based on the point estimates, correct?
3        A.   You are referring to the text of the
4   paragraphs in which I was applying the point estimate --
5        Q.   Uh-huh.
6        A.   -- technique?
7        Q.   So Paragraph 57 where you describe the results
8   of the 2013 election, you say one minority-preferred
9   candidate was elected, that's the last sentence in that
10   paragraph.
11       A.   Yes, that is using the point estimate
12   approach, yes.
13       Q.   Okay.  And that's using the point estimate
14   approach to define Schroeder as a black-preferred
15   candidate, correct?
16       A.   Yes.
17       Q.   Now, given that there were only three
18   candidates for two seats, if you use the point estimate
19   approach, you will always conclude that a black-preferred
20   candidate was successful, correct?
21       A.   Are you referring to -- making a general
22   statement?
23       Q.   Well, if you use a point estimate approach
24   like you do here in the text of this paragraph, any time
25   you have a two-seat election with three candidates, at

JONATHAN RODDEN, Ph.D.  8/20/2015

Page 221

1    least one black-preferred candidate will win, correct?
2       A.  Sure.
3       Q.  Okay.  And when you make that assessment, you
4    don't make any assessment of the relative levels of
5    support amongst candidates, correct?  You just say second
6    highest point estimate amongst black voters, that's a
7    black-preferred candidate and that person won?
8       A.  Yes.
9       Q.  Okay.  Now, if we compare the level of support
10   that Schroeder received, and Schroeder has the second
11   highest level of black estimated support, according to
12   you, if we compare that to what B. Morris got, right,
13   Schroeder got about half the level of support estimated
14   amongst black voters as Morris, correct?
15      A.  Correct.
16      Q.  Fair to say that Morris got substantially more
17   support amongst black voters than Schroeder?
18      A.  Yes.  It is fair to say that Barbara Morris
19   received a good deal of support from African-Americans,
20   but that African-Americans used their second ballot to
21   vote for a combination of Paul Schroeder and Mr. Ebert,
22   and that by splitting their votes among the white
23   candidates, they prevented Barbara Morris from winning.
24          Because the African-American candidates had
25   the opportunity to cast all of their votes -- their only

Page 222

1    -- to cast one vote for Ms. Morris, and if they had done
2    so, she would have easily won, so this kind of reveals
3    some of the difficulties of the technique that we're
4    currently using, because we -- you know, if it's the case
5    here that African-Americans preferred Morris -- we clearly
6    can tell that they preferred Morris to Schroeder or Ebert,
7    but the problem for us is that -- that we're looking at --
8    we're -- well, we're getting ahead of ourselves to get to
9    the question of -- to get to the question of -- really at
10   the heart of the Voting Rights Act, so I guess we're just
11   focusing on pure wins and losses right now.  So we'll
12   come back to the other questions later, but we do need to
13   understand how the wins and losses happen and how that
14   relates to the Voting Rights Act.
15      Q.  I was actually --
16      A.  We'll come to that.
17      Q.  Sorry, Dr. Rodden.  I was actually asking a
18   much simpler question.
19      A.  I understand.
20      Q.  It was not even wins or losses.  Just fair to
21   say that Barbara Morris received substantially more
22   support from black voters than the other two candidates in
23   the race, Schroeder and Ebert?
24      A.  Yes, fair enough.
25      Q.  And you said, I believe, something to the

Page 223

1    effect of Barbara Morris could have won if more black
2    voters had employed a single-shot strategy, correct?
3       A.  Yes, and she also could have won if more white
4    voters had voted for her.
5       Q.  Yeah.
6       A.  Both things are true.
7       Q.  Right.  So --
8       A.  So it's very difficult for us to -- to -- to
9    claim that she was -- that she was blocked by -- by white
10   block voting, but this is not where we are right now, so
11   we'll come back to that.
12          MS. ORMSBY:  And he was in the middle of a
13   question and you started talking.
14      A.  Yes.
15          MS. ORMSBY:  So let him finish his question
16   and then you can answer.
17      A.  I'm sorry.
18      Q.  That's okay.  So one of the reasons -- so you
19   identify two reasons.  I want to talk about them
20   separately.
21      A.  Sure.
22      Q.  One of the reasons you say that she lost was,
23   or one way in which her loss could have been averted --
24   maybe that's a more appropriate way to characterize what
25   you said.

Page 224

1       A.  Yes.
2       Q.  One of the ways in which her loss could have
3    been averted would have been if more black voters had
4    engaged in single-shot voting, correct?
5       A.  Correct.
6       Q.  So if more black voters had abandoned one of
7    their votes, they could have elected their preferred
8    candidate, correct?
9       A.  Correct.
10      Q.  Do you -- is it your opinion that in order to
11   elect their preferred candidates, minority voters are
12   obligated to abandon one of their votes?
13      A.  No.  Had there been -- had there been an
14   additional candidate on the ballot who African-American
15   voters preferred to Schroeder or Brown, they could have
16   voted for one of those candidates.
17          Given the line-up in 2012 of who filed to run,
18   if we try to examine how this election played out and
19   understand whether or not block voting led to -- led to
20   the losses that we will soon, I presume, tally up in this
21   column, then some of this context is necessary to
22   understand.  But I realize I'm getting ahead of myself and
23   right now we're simply asking questions about wins and
24   losses and preferred candidates.
25      Q.  Well, actually I didn't ask a question about

JONATHAN RODDEN, Ph.D.   8/20/2015

## Page 225

1  wins or losses.  I just asked the question of whether you
2  believe that in order to elect their preferred candidates,
3  minority voters should be obliged under some circumstances
4  to abandon one of their votes in a multi-seat contest.
5      A.  You're asking a normative question whether I
6  think that is a good thing?
7      Q.  Just --
8      A.  I don't -- I don't have a strong opinion on
9  that.  I believe the task here is to analyze the
10  conditions set forth by the Voting Rights Act and the
11  Gingles Supreme Court decision, which doesn't ask me to
12  make a normative judgment about electoral systems and what
13  -- how many ballots they ask a person to cast under
14  different conditions.
15      Q.  One thing you mentioned, though, I believe you
16  said that Ms. Morris' loss could have been averted if more
17  white voters voted for her; is that correct?
18      A.  Sure.
19      Q.  In Paragraph 57 of your report where you talk
20  about the 2012 election, the third to last sentence you
21  write -- it's about five lines from the bottom, you write,
22  "Like Mr. Henson, Ms. Morris failed to achieve a majority
23  of the votes cast even in the precincts where 80 percent
24  of the voting age population was African-American."
25          I read that correctly, right?

## Page 226

1      A.  That's correct, yes.
2      Q.  Now, the only way in a two-seat election to
3  get a majority of votes cast is if some of your supporters
4  engaged in single-shot voting, correct?
5      A.  Correct.
6      Q.  So are you saying here that it is remarkable
7  in some sense that more black voters did not engage in
8  single-shot voting for Ms. Morris?
9      A.  Am I saying that's remarkable?
10      Q.  Uh-huh.
11      A.  No, I don't think I said that.
12      Q.  Okay.  Well, you're noting that she failed to
13  receive a majority of votes cast in predominantly
14  African-American precincts.  But the only way she could
15  have gotten a majority of votes in any precinct is if a
16  number of her supporters at that precinct engaged in
17  single-shot voting, correct?
18      A.  Correct.
19      Q.  Okay.  Let's talk about the 2013 election.
20      A.  Sure.
21      Q.  There are two seats up in that election,
22  correct?
23      A.  Yes.
24      Q.  Now, you estimate that Brown and Hogshead
25  received the highest level of support amongst white

## Page 227

1  voters; is that correct?
2      A.  Yes.
3      Q.  And their level of support is statistically
4  significantly different from that of other candidates
5  amongst white voters, correct?
6      A.  Yes.
7      Q.  So using this decision rule of statistical
8  significance, they are white-preferred candidates and
9  there are two white-preferred candidates in 2013, correct?
10      A.  Using this rule of thumb, correct, yes.
11      Q.  Right, this rule of thumb.  And Brown and
12  Hogshead were both elected, correct?
13      A.  Yes.
14      Q.  And both Brown and Hogshead are white,
15  correct?
16      A.  Correct.
17      Q.  Okay.  Amongst black voters Henson is the
18  clear top choice amongst black voters, correct?  His point
19  estimate for support is higher than the upper bounds of
20  the confidence interval for any other candidate amongst
21  black voters, correct?
22      A.  Correct.
23      Q.  And the second highest candidate in terms of
24  estimated black support is Hogshead at about 25 percent,
25  correct?

## Page 228

1      A.  Yes.
2      Q.  And I just want to compare Henson and Hogshead
3  here for a minute.  Henson is at about 38.7 percent; is
4  that correct, in terms of black support?
5      A.  Yes, that sounds right.
6      Q.  Okay.  And that means Hogshead got a little
7  less than two-thirds of the estimated support as Henson
8  amongst black voters; is that correct?
9      A.  About right.
10      Q.  Okay.  And fair to say that Henson got
11  substantially more support than Hogshead amongst black
12  voters?
13      A.  Now we're cutting it close with substantially.
14  It's higher.
15      Q.  Okay.  Now, we don't know, to a degree of
16  statistical certitude, that Hogshead was the second choice
17  amongst black voters, correct?
18      A.  We've discussed that, right.
19      Q.  So using the statistical significance rule of
20  thumb as a decision rule here, we have one candidate of
21  choice amongst black voters in 2013 and that's Henson,
22  correct?
23      A.  Correct.
24      Q.  And Henson was not elected, correct?
25      A.  He lost by 90 votes.  That is correct.

MIDWEST LITIGATION SERVICES
www.midwestlitigation.com          Phone: 1.800.280.3376          Fax: 314.644.1334

JONATHAN RODDEN, Ph.D.   8/20/2015

Page 229

1    Q.  And Henson is African-American, correct?
2    A.  Correct.
3    Q.  I want to ask you about what you write in your
4  report about Ms. Hogshead on Page 29, Paragraph --
5    A.  One moment.  I'm still filling out the form.
6    Q.  Sure.  Take your time.  Let me know when
7  you're ready.
8    A.  So Henson was -- there was one preferred
9  candidate, we agreed, in 2013?
10    Q.  Uh-huh.
11    A.  And he was not successful, okay.
12    Q.  So I would like to ask you about what you say
13  about Leslie Hogshead here.  On Page 72, Paragraph 54.
14    A.  I don't have that many pages.
15    Q.  Oh, sorry.  Page 29, Paragraph 54.  I don't
16  know why I said that.
17    A.  Okay.
18    Q.  About five lines down you have a sentence here
19  that starts although, "Although the estimates
20  indicate that Mr. Henson had higher support among
21  African-Americans than the other candidates, the
22  confidence interval overlaps substantially with that of
23  Ms. Hogshead who traditionally performs well among
24  African-Americans in the southern parts" -- "southern part
25  of the districts.  See other years in Figure 8."

Page 230

1      So I want to look at Figure 8.  And where in
2  Figure 8 does it indicate that Ms. Hogshead performs well
3  traditionally among black voters in the southern part of
4  the district?
5    A.  I'm trying to find the years when she was
6  running.  Let's see.  She was --
7    Q.  2001, 2004, 2007, 2010 and 2013.
8    A.  That's 1 and 13?
9    Q.  Yes.  1, 4, 7 and 10 are uncontested, so 1, 4,
10  and 13.  I mean what does Figure 8 -- you reference Figure
11  8 for this proposition, so I'm trying to understand.
12    A.  Sure.  I'm just looking at the fact that she
13  receives 20 percent of the vote in 2001.
14    Q.  Uh-huh.
15    A.  It's a bit lower in 2004.
16    Q.  Uh-huh.  Well, let's talk about those two
17  elections, if you don't mind, for a second.
18    A.  Okay.
19    Q.  Leslie Hogshead ran in 2001, correct?
20    A.  Yes.
21    Q.  There were four candidates in 2001, correct?
22    A.  Yes.
23    Q.  And of the four candidates, Leslie Hogshead
24  had the third highest level of support amongst black
25  voters, according to the point estimates, correct?

Page 231

1    A.  Using your rule of thumb, she was tied for
2  second.
3    Q.  Okay.
4    A.  I mean --
5    Q.  But just using the point estimates -- I know
6  you're right.  We're switching between different decision
7  rules.
8    A.  Okay.
9    Q.  I'll concede that.
10    A.  We'll do that.
11    Q.  But using your decision rule of the point
12  estimates, Leslie Hogshead finished third out of four
13  candidates among black voters, correct?
14    A.  Yes, but -- okay.  Sure.
15    Q.  And in 2004 Leslie Hogshead ran again, right?
16    A.  Yes.
17    Q.  And there were five candidates in 2004, right?
18    A.  Yes.
19    Q.  And according to your point estimates and
20  using the -- one of the two decision rules that you have
21  suggested here for defining candidates of choice, of the
22  five candidates in 2004, Leslie Hogshead had the lowest
23  level of support amongst black voters, correct?
24    A.  Correct.
25    Q.  Okay.

Page 232

1    A.  But if we compare that level of support to a
2  lot of other candidates, as we scan up and down Figure 8,
3  which is what I was directing the reader to do, her
4  support is -- for white candidates, it is relatively high.
5  That's only the point I was trying to make in the sentence
6  that you're referring to here is that relative to other
7  white candidates, Hogshead's mean, somewhere around 19
8  percent, I haven't calculated it, but it's higher than
9  many other white candidates.
10    Q.  Uh-huh.  Uh-huh.  And that's because white
11  candidates typically perform worse amongst black voters
12  than black candidates, right?
13    A.  By some -- yes, there is -- the correlations
14  we've seen are -- there is a correlation there.
15    Q.  And in your opinion, 20 percent black support
16  is pretty good for a white candidate in the
17  Ferguson-Florissant school district, correct?
18    A.  It varies a great deal from one election to
19  another.  There are elections recently, if we would like
20  to make some comparisons, there are some elections in
21  which African-American candidates -- I'm sorry -- white
22  candidates receive -- unfortunately in Figure 8 I don't
23  have the race of the candidates clearly marked, but we see
24  candidates receiving in the, you know, 25 percent range,
25  30 percent fairly frequently.

58 (Pages 229 to 232)

JONATHAN RODDEN, Ph.D.   8/20/2015

Page 233

1    Q.  So I thought you said that Leslie Hogshead's
2  support amongst black voters was relatively high for a
3  white candidate.
4    A.  There are some who are higher.
5    Q.  You say it's relatively frequent for people to
6  be in the 25 -- for white candidates to be in the 25 to 30
7  percent range amongst black voters?
8    A.  The question is whether it is relatively
9  frequent?
10    Q.  I thought that's what you said earlier, so I
11  just -- if I misheard you, then that's all I'm asking.
12    A.  I'm looking at a lot of data.
13    Q.  Yeah.
14    A.  And forming some impressions.  I'm not in a
15  position to give you the -- kind of tell you about the
16  distribution of all of those candidates.
17    Q.  Okay.
18    A.  Some of them get very little support among
19  African-American candidates (sic).  Some of them get more
20  support.  Hogshead has had a couple of elections where
21  she's -- where she's gotten relatively stronger support
22  than others.
23    Q.  Okay.  Let's look at Page 27 of your report,
24  Paragraph 50, the first sentence.  You write, "Let us now
25  consider the highly polarized 2014 election in which three

Page 234

1  seats were contested."
2    Did I read what you wrote accurately?
3    A.  Yes.
4    Q.  And you would agree then that the 2014
5  election was a highly polarized election?
6    A.  I believe that polarization, racial
7  polarization of elections, is not useful to think of as a
8  binary concept so that we can classify it as either
9  polarized or not polarized.  Some elections here are more
10  polarized than others.  It is just a -- it's a -- we can
11  think of it as kind of a sliding scale.  And clearly, when
12  I look at all these elections, I'm pointing out that 2014
13  is the most polarized of any of those elections.
14    Q.  Okay.  So it's highly polarized, that's how
15  you would characterize 2014?
16    A.  That's how I characterized it in the report,
17  yes.
18    Q.  Okay.  Now, the top vote-getters amongst black
19  voters in 2014 were Paulette-Thurman at 24.2 percent,
20  Johnson at about 21.5 percent, and Savala at about 21.4
21  percent; is that correct?
22    A.  Yes.
23    Q.  And they all received a level of support that
24  was statistically significantly higher amongst black
25  voters than the remaining candidates, correct?

Page 235

1    A.  Yes.
2    Q.  So using the statistical significance rule of
3  thumb decision rule here, we can describe them fairly as
4  black-preferred candidates, correct?
5    A.  We can.
6    Q.  And that would mean three black-preferred
7  candidates identifiable in this election, correct?
8    A.  Yes.
9    Q.  And of those three, one was elected,
10  Paulette-Thurman, correct?
11    A.  Correct.
12    Q.  Now, all three of these candidates are
13  African-American, correct?
14    A.  Yes.
15    Q.  Okay.  Now, for white voters, the top
16  vote-getters were Chabot at 25.7 percent, Morris at 22.3
17  percent, and Benz at 19.1 percent; is that correct?
18    A.  Yes.
19    Q.  And their levels of support are all
20  statistically distinct from the remaining candidates in
21  terms of white votes, correct?
22    A.  Yes.
23    Q.  Okay.  So using this decision rule, rule of
24  thumb of statistical significance, we could say these
25  three are white-preferred candidates, there are three

Page 236

1  white-preferred candidates, and of those three, two were
2  elected, correct?
3    A.  Yes.
4    Q.  And all three of these white-preferred
5  candidates are white, correct?
6    A.  Correct.
7    Q.  Okay.  I just want to look at some numbers
8  here now.  Well, actually, I'm sorry, before we do that, I
9  want to look at your report again.  Let's look at Page 22,
10  Paragraph 39.  It's the paragraph that continues from the
11  previous sentence -- previous page, I mean.  The first
12  full sentence reads, "The affair ended with a mutual
13  agreement not to release any details of the charges
14  against the outgoing superintendent, but the lack of
15  information angered many parents and the affair led to the
16  creation of a slate of African-American candidates who
17  made race an explicit part of their campaign.  This
18  racially polarizing event produced some unusually
19  polarized election outcomes."
20    Did I read what you wrote accurately?
21    A.  Yes.
22    Q.  The racially polarizing event that you are
23  referring to, is that the separation of the school
24  superintendent or is that the creation of a slate of
25  African-American candidates who, in your view, made race

59 (Pages 233 to 236)

JONATHAN RODDEN, Ph.D.   8/20/2015

Page 237

1    an explicit part of the campaign, or both?
2         A.   I was really referring to the resignation of
3    the superintendent.
4         Q.   Okay.  And the slate of African-American
5    candidates you're referring to who, in your view, made
6    race an explicit part of their campaign, that's
7    Paulette-Thurman, Johnson and Savala, correct?
8         A.   Yes.
9         Q.   And which of those three, if any, do you feel
10   made race an explicit part of the campaign?
11        A.   The slate of candidates had some -- some --
12   well, I guess the information I have on that is really --
13   comes from media reporting on the -- on the agenda of the
14   -- of the slate.  I don't believe I have personally
15   perused campaign materials to see whether they -- whether
16   they mentioned race.  I was getting this characterization
17   from media reports.
18        Q.   Okay.
19        A.   So it could be inaccurate.
20        Q.   I would like to mark something as Rodden
21   Exhibit 14.
22             (Whereupon, Rodden Deposition Exhibit No. 14
23   was marked for identification.)
24        Q.   This was provided to us by your counsel when
25   we asked for the materials on which you rely in various

Page 238

1    parts of your report.  Do you recognize this document?
2         A.   Yes.
3         Q.   You created this document?
4         A.   Yes.
5         Q.   Okay.  Now, according to this document, which
6    I guess is titled Facts and Data contained -- sorry --
7    Considered in Expert Report.  For Paragraph 39 of your
8    report, which we were quoting from earlier, there are
9    three sources cited.  Do you see that?
10        A.   Yes.
11        Q.   One is a St. Louis Post-Dispatch article, and
12   two are St. Louis Public Radio articles?
13        A.   Yes.
14        Q.   Okay.  I would like to mark these as Rodden
15   Exhibits -- I guess we're at 15, 16 and 17.
16             (Whereupon, Rodden Deposition Exhibits 15, 16,
17   and 17 were marked for identification.)
18        Q.   So are those the sources that you cite for the
19   proposition that the three candidates made race an
20   explicit part of their campaign?
21        A.   These are the ones I made reference to in the
22   document Facts and Data Considered.  I said -- what I said
23   is I did read some of the media coverage including, and
24   these are the ones that I discovered.  I was being asked
25   to go back and try to remember which media sources I had

Page 239

1    consulted, and these were some that I could reconstruct
2    and find.
3         Q.   Can you remember any other media sources that
4    you considered in --
5         A.   I cannot.
6         Q.   Just let me finish the question.
7         A.   Sorry.
8         Q.   Can you remember any other media sources that
9    you considered in arriving at the conclusion that the
10   slate of three candidates that we referred to earlier made
11   race an explicit part of their campaign?
12        A.   No.
13        Q.   It's just these three articles, correct?
14        A.   I don't recall which other articles I read.  I
15   spend a lot of time reading about current affairs in the
16   district, and when I was asked to reconstruct all of those
17   searches and remember what I had read, I certainly did not
18   give a full accounting.
19        Q.   Okay.  Let's look at what's been marked as
20   Rodden Exhibit 17, one of the St. Louis Public Radio
21   articles.  This one is dated January of 2014.  I want to
22   turn to the third page here, and I'm counting both front
23   and back.  Can you look at the third paragraph from the
24   bottom that starts with, "Paulette-Thurman."
25        A.   Yes.

Page 240

1         Q.   I'm just going to read this.
2    "Paulette-Thurman, a former principal in the district,
3    noted that her experience gives her the background to help
4    the district.  She said that during the furry over McCoy's
5    removal, people kept coming up to her saying that somebody
6    ought to do something about what was going on.  Then she
7    said, I said I am somebody and you are somebody, and they
8    could be the somebodies who could get things done.  On the
9    topic of black versus white, she urged people to use the
10   word race not as a noun, but as a verb, to make sure they
11   move to the polls and voted in April."
12        A.   I recall the other media source I consulted
13   here.  It was a blog post written by Dr. Kimball in which
14   Dr. Kimball did some analysis of the 2014 election, and
15   Dr. Kimball, who is a prominent blogger on St. Louis
16   politics, referred to the 2014 election as having a slate
17   of candidates who were African-American and who were
18   running on a reform-oriented slate related to race.  So
19   it's possible I misread that article, but I believe it was
20   entered into evidence, it might be here.  I've read this
21   article not very long ago.
22        Q.   Well, Dr. Rodden, I'm asking about this
23   article right now.
24        A.   You asked me previously -- I'm correcting.  I
25   made an incorrect answer earlier that I could not

60 (Pages 237 to 240)

JONATHAN RODDEN, Ph.D.   8/20/2015

Page 241

1   recall --
2       Q.  Okay.
3       A.  -- any other media sources, and indeed I
4   consulted another media source that probably cannot be
5   accessed right now, but it could be rather easily after
6   the deposition.
7       Q.  Okay.  But based on this media source which
8   you cite in your facts and data considered by you in your
9   report, did it sound like Dr. Paulette-Thurman was making
10  race an explicit part of her campaign?
11      A.  No, not in that article.  No, not in that
12  quote.
13      Q.  Can we look at Page 4, the next page, and the
14  last paragraph here going through to the next page.
15  "Long, the spokesman for the Citizens Task Force,
16  emphasized that though all three candidates the group
17  chose to run for the board are black, does not look at the
18  issue as one of race.  'We're running on transparency and
19  things like that, he said.  It's not Dr. McCoy as a
20  personality.  It's how Dr. McCoy addressed those issues
21  that we stand for.  It could have been anyone else.  A lot
22  of people try to make it a race issue.  It's not a race
23  issue.  Had it been switched around with an all-black
24  board and a white superintendent, it could have been the
25  same."

Page 242

1       Does it sound like the spokesman for the task
2   force that was behind the slate of candidates that you
3   referred to earlier, does it sound like he was making race
4   an explicit part of the campaign?
5       A.  No.
6       Q.  Now, back to the report, Page 27, Paragraph
7   50.
8       A.  My report?
9       Q.  Your report, Page 27, Paragraph 50.  Three
10  lines down there is a sentence that begins, "In the wake
11  of the controversial resignation of the superintendent, an
12  unprecedented five African-American challengers filed for
13  the election."
14      So you would agree there was a high level of
15  interest among African-Americans in the
16  Ferguson-Florissant school district elections in 2014,
17  correct?
18      A.  I testified earlier this morning that the
19  turnout -- estimated turnout among African-Americans
20  ticked up from the previous election.
21      Q.  And that's a special circumstance of this
22  election that's not present in other elections in the
23  Ferguson-Florissant school district?
24      A.  The increased turnout?
25      Q.  The high level of interest amongst

Page 243

1   African-Americans.
2       A.  The African-American turnout was higher in the
3   previous election.  It was not that much higher in 2014
4   than 2013, but it was -- this was an important moment that
5   people paid a lot of attention to.
6       Q.  The superintendent controversy, that generated
7   a level of interest in this election amongst
8   African-American voters; you would agree with that, right?
9       A.  That is my impression, but I was not -- I was
10  not there in 2014, but this certainly is the impression I
11  get from, again, from communications and from media
12  reports.
13      Q.  And you would agree that's an unusually high
14  level of interest amongst African-American voters in the
15  2014 election as a result of the superintendent
16  controversy, correct?
17      A.  What I testified was that turnout -- I can
18  only testify to the things that I've analyzed in this
19  context.  I testified that the turnout was somewhat higher
20  than 2013, and I have testified that this was a -- that
21  the correlation between precinct level race of voting age
22  population and precinct level candidate -- votes for
23  African-American candidates, that these things -- that
24  this increased in the 2014 election.  That is what I know
25  was unusual about it: that it was -- by that -- by that

Page 244

1   characterization of polarization, it was a more polarized
2   election than others.
3       Q.  Okay.  Let's look back at the worksheet that
4   you filled out, Exhibit 13.  Now, again, I know that you
5   object to the decision rule that we used here, but we
6   agree that that decision rule is what we used here, right,
7   the statistical significance decision rule?
8       A.  The rule of thumb related to confidence
9   intervals.
10      Q.  Okay.
11      A.  Yes.
12      Q.  We agree with that, right, Dr. Rodden?
13      A.  That we used that and wrote down the numbers
14  that came from that, yes.
15      Q.  Yes.  You don't have any reason to think that
16  we applied that decision rule inaccurately when you filled
17  out this sheet, do you, Dr. Rodden?
18      A.  That's right.
19      Q.  And again, I know you disagree with the
20  substance of the decision rule, but just looking at what
21  kinds of numbers that decision rule gives us, if you use
22  that decision rule, right, how many African-American
23  preferred candidates were there in the Ferguson-Florissant
24  school district elections dating back to 2000?
25      A.  19.

61 (Pages 241 to 244)

JONATHAN RODDEN, Ph.D.  8/20/2015

Page 245

1    Q.  And applying that decision rule, how many of
2    those 19 black-preferred candidates were successful?
3       A.  Seven.
4       Q.  So fewer than half, correct, Dr. Rodden?
5       A.  Right.
6       Q.  And what kind of success rate is that, seven
7    divided by 19?
8       A.  37 percent.
9       Q.  Okay.  And of those 19 black-preferred
10   candidates, I see Knowles and Schroeder in 2009 as the
11   only two of those 19 candidates who were white; is that
12   correct?
13      A.  Yes.
14      Q.  And 2009, correct me if I'm wrong, but that's
15   the election where there were no black candidates running
16   for office, correct?
17      A.  Correct.
18      Q.  Okay.
19      A.  Yes.  We have developed an approach here which
20   has led us to -- to exclude any potential -- any potential
21   candidates that are not minorities.
22      Q.  Well, if a white-preferred candidate had
23   received -- sorry.  Let me start that gain.  If a white
24   candidate had received support from black voters at a
25   statistically significantly higher rate in comparison to

Page 246

1    other candidates such that we knew for a fact that that
2    candidate, that white candidate, was the second or third
3    highest supported candidate amongst black voters, applying
4    that decision rule, we would list that white candidate,
5    right?
6       A.  Right.  We've applied a decision rule that --
7    that excludes -- so in a situation where the -- where the
8    votes were split among a number of candidates, we've
9    excluded those here.  That's the approach we've taken.
10      Q.  The decision rule doesn't explicitly
11   incorporate the race of the candidate in the decision
12   rule.
13      A.  No, it does not.  It is a -- it is a way of
14   achieving that goal without doing it.
15      Q.  That's the result of a decision rule, correct,
16   Dr. Rodden?
17      A.  It is.
18      Q.  Okay.  Let's add up, according to this
19   decision rule, how many white-preferred candidates there
20   have been since the 2000 election.
21      A.  I have -- in 2012 I have, unfortunately,
22   written something that is not legible, so if someone could
23   help me with what we decided on, I will take your word for
24   it.
25      Q.  Yeah.  I have Ebert and Schroeder in 2012.

Page 247

1       A.  So two preferred candidates, thank you.
2       Q.  Right.
3       A.  19.
4       Q.  You are right.  And how many of those
5    white-preferred candidates were successful?
6       A.  18.
7       Q.  Okay.  So using this decision rule, the
8    white-preferred candidates are almost always successful,
9    correct?
10      A.  Correct.
11      Q.  And using this decision rule, if we look at
12   the 19 white-preferred candidates, there is not a single
13   African-American there, correct?
14      A.  Yes, because we've applied a decision rule
15   that, for instance, causes us to -- causes us not to pay
16   attention -- you know, we're not -- the fact that, for
17   instance, whites in 2015 split their votes between two
18   black candidates, Graves and Hines, and because Graves and
19   Hines were too close together in this approach, we were
20   not able to identify Graves as a white-preferred
21   candidate.  So we have applied a decision rule that does
22   lead us to that conclusion.
23      Q.  Okay.  Well, we'll look at what we get from
24   your decision rules in a minute, Dr. Rodden, but let's
25   just stick with this one and we'll get to yours in a

Page 248

1    minute.  Is that okay?
2       A.  Yeah.  I wasn't -- yeah, sure.
3       Q.  Okay.  So let's just look at the last 10
4    years, right.  And I don't mean the last 10 elections, I
5    just mean the last decade starting in the 2006 election.
6    According to this decision rule, how many black-preferred
7    candidates are there?
8       A.  12.
9       Q.  And how many of those 12 candidates were
10   successful?
11      A.  Four.
12      Q.  So that's about 33 percent; is that right?
13      A.  Yes.
14      Q.  And how many white-preferred candidates were
15   there in the last decade?
16      A.  13.
17      Q.  And how many of those were successful?
18      A.  12.
19      Q.  Okay.  And if we just do the last five years,
20   how many black-preferred candidates, according to this
21   decision rule, were there?
22      A.  Eight candidates.
23      Q.  And how many were successful?
24      A.  Two.
25      Q.  That's about 25 percent, correct?

**MIDWEST LITIGATION SERVICES**
www.midwestlitigation.com        Phone: 1.800.280.3376        Fax: 314.644.1334

JONATHAN RODDEN, Ph.D.   8/20/2015

Page 249

1    A.  Yes.
2    Q.  And how many white-preferred candidates were
3    there in the last five years?
4    A.  Nine.
5    Q.  And how many were successful?
6    A.  Eight.
7    Q.  And what kind of success rate is that?
8    A.  It is high.
9    Q.  Almost 90 percent, right?
10   A.  Yes.
11   Q.  Okay.  Let's look at your decision rule in
12   Exhibit 12, or one of your two decision rules.  This is
13   the one where we just look at the point estimates.  If we
14   look at the last 15 years worth of elections dating back
15   to 2000, you have 27 black-preferred candidates, using
16   this decision rule, correct?
17   A.  Yes.
18   Q.  And according to my count, and you can double
19   check me and tell me if I'm wrong, 17 of those 27
20   black-preferred candidates were black; is that right?
21   A.  I'm sorry.  The question is how many of the 27
22   black-preferred candidates were black?
23   Q.  Uh-huh.
24   A.  I didn't code them on my sheet, so it might
25   take a moment.

Page 250

1    Q.  Do you want to run through it together?
2    A.  Yeah, we could do that.
3    Q.  Okay.  Thomas is African-American, that's one,
4    right, starting at the top?
5    A.  Yes.
6    Q.  Hirsch is not, right?
7    A.  Okay.
8    Q.  Butler is African-American, that's two.
9    A.  Yes.
10   Q.  Garofalo is not, correct?
11   A.  Right.
12   Q.  Graham is African-American, that's three.
13   Butler is African-American, that's four, right?  Clark is
14   not, right?
15   A.  Right.
16   Q.  Thomas is African-American, that's five,
17   right?  Knorr is not.  Van and McClendon are both
18   African-American, so that brings us to seven, correct?
19   A.  Correct.
20   Q.  Thomas and Washington are African-American.
21   That brings us to nine, correct?
22   A.  Correct.
23   Q.  Knowles and Schroeder are not
24   African-American.  Graham and Hawkins are
25   African-American, so that brings us to 11, correct?

Page 251

1    A.  Yes.
2    Q.  Clark is not African-American, right?
3    A.  Correct.
4    Q.  Barbara Morris is African-American, that gives
5    us 12, right?
6    A.  Yes.
7    Q.  Schroeder is not African-American.  Henson is
8    African-American, that's 13, right?
9    A.  Yes.
10   Q.  And Hogshead is not African-American, right?
11   A.  Correct.
12   Q.  Paulette, Johnson and Savala are all
13   African-American, that's 16, right?
14   A.  Correct.
15   Q.  Graves is African-American, that's 17, right?
16   A.  Right.
17   Q.  Dameron is not African-American, right?
18   A.  Correct.
19   Q.  So we get the same number, 17 out of 27
20   minority-preferred candidates are African-American using
21   the point estimates to define minority-preferred, correct?
22   A.  Correct.
23   Q.  Okay.  Now, for white-preferred candidates
24   using the point estimates, let's run through this and see
25   how many are African-American.  In the first row I count

Page 252

1    Thomas, correct?  That's one, right?
2    A.  Right.
3    Q.  I count zero in the second row.  Zero in the
4    third row.  Zero in the fourth row.  Zero in 2004, the
5    next row.  Zero in 2006, the next row.  Zero in 2009, the
6    next row.  Zero in 2011, the next row.  Zero in 2012, the
7    next row.  Zero in 2013, the next row.  Zero in 2014, the
8    next row.  And one in 2015, the next row.  Is that right,
9    Dr. Rodden?
10   A.  Yes.
11   Q.  So using one of your decision rules, point
12   estimates, two out of 27 white-preferred candidates in the
13   last 16 years are African-American, correct?
14   A.  Yes.
15   Q.  Okay.  Turning back to the report, I just have
16   a few more questions and then maybe it will be a good time
17   for a break.  Turning back to your report, on Page 35,
18   Paragraph 72, you write, "If we include these five
19   uncontested elections, at least one minority-preferred
20   candidate was elected in 13 of 16 elections, 81 percent."
21   Did I read what you wrote accurately?
22   A.  Yes.
23   Q.  Okay.  And to be clear, this 13 out of 16
24   number includes candidates who ascended to office in
25   uncontested elections, correct?

Page 253

1    A.  Yes.
2    Q.  And it includes the 2007 and 2010 uncontested
3  elections where Leslie Hogshead ascended to office, and
4  you count her as a black-preferred candidate; is that
5  correct?
6    A.  I believe so, but as we discussed, I don't
7  recall, but I believe it's true.
8    Q.  Okay.  Now, the next sentence you write, "If
9  we exclude them, this is true of nine of 12 elections."
10  Correct?  I read that correctly, right, 75 percent?
11    A.  Yes.
12    Q.  Now, this nine of 12 figure, this is limited
13  to the contested elections, right?
14    A.  Yes.
15    Q.  And this statement nine out of 12, makes no
16  effort to assign greater probative value to recent
17  elections as opposed to older ones, correct?
18    A.  Correct.
19    Q.  And this statement makes no effort to
20  distinguish among elections with special circumstances
21  that might facilitate the victory of a black-preferred
22  candidate, correct?  It's just a raw number, right?
23    A.  The -- yeah.  Well, the question about special
24  circumstances, there are -- we've been going through some
25  text where there are paragraphs that discussed various

Page 254

1  idiosyncrasies of every election, so I wouldn't say I
2  don't discuss any special circumstances.  I mean in some
3  ways every election is special, but I don't -- I mean I
4  have a strong story about special elections.
5    Q.  I just mean this statistic that you're
6  quoting, it doesn't try to assign greater value to certain
7  elections because of the circumstances, it just treats
8  every election equally, correct?
9    A.  Correct.
10    Q.  Okay.  And -- now, there are multiple seats in
11  every election, right?
12    A.  Yes.
13    Q.  And in a three-seat election, if we use your
14  definition of minority-preferred candidate as the
15  candidates with the highest point estimates, there would
16  be three minority-preferred candidates in that election,
17  correct?
18    A.  In which election?  I'm sorry.
19    Q.  In a three-seat election.
20    A.  Any three-seat election?
21    Q.  Yeah.  If we use your decision rule, one of
22  your two decision rules of highest point estimates to
23  confer preferred-candidate status, that would mean three
24  minority-preferred candidates in a three-seat election,
25  correct?

Page 255

1    A.  Yes.
2    Q.  And when you say that in nine of 12 elections
3  a minority-preferred candidate won, that's using that
4  decision rule of using point estimates to ascertain
5  whether or not a candidate has minority-preferred status,
6  correct?
7    A.  That's what that sentence refers to.  I think
8  that's correct.
9    Q.  Right.  So when you say nine out of 12, you're
10  talking about the number of elections, and at least one of
11  those minority-preferred candidates, as defined by the
12  point estimates, is successful, correct?
13    A.  Yes.
14    Q.  This nine out of 12, this nine out of 12
15  figure, it's not the overall rate at which
16  minority-preferred candidates are successful, right?
17    A.  That's right.  I think it -- I think it's
18  clear in the text.
19    Q.  So in a --
20    A.  Hope it is.
21    Q.  Yeah.  In a three-seat election, if one out of
22  the three minority-preferred candidates is successful, the
23  way that you're tallying things up here, you would count
24  that as an election in which a minority-preferred
25  candidate was successful, correct?

Page 256

1    A.  Yes.
2    Q.  And that's even if two out of three of the
3  minority-preferred candidates in that election lose,
4  correct?
5    A.  Yes.  Again, I -- when I sat down and wrote
6  the report, I tried to present all of the data and just
7  provide descriptive statistics with various approaches.
8  At the time that I sat down to write the report, these
9  are the approaches that, to me, seemed most useful, and
10  your characterization of that -- of that particular
11  tallying is correct.
12    Q.  Okay.  And to be clear, this tallying makes no
13  effort to assess relative levels of support amongst what
14  you would describe as black-preferred candidates, highest
15  point estimate --
16    A.  That's right.
17    Q.  -- second point estimate, they're both treated
18  as minority-preferred regardless of the absolute levels of
19  support amongst black voters, correct?
20    A.  Yes.
21    Q.  And this tally makes no effort to distinguish
22  among candidates based on confidence intervals and
23  statistical significance, correct?
24    A.  Correct.
25    Q.  Okay.  Now, on Page 35 still, so we're on the

64 (Pages 253 to 256)

Page 257

1 same page, Paragraph 73, the second to last sentence --
2 and we've talked about these two sentences.  I just want
3 to clarify something about them, but "Of the 37 seats up
4 for election since 2000, 20 were won by minority-preferred
5 candidates, 54 percent."
6       Did I read that correctly?
7    A.  I would like to read the paragraph to know the
8 context here.
9    Q.  Sure.
10   A.  Okay.  The question again?
11   Q.  I read that correctly?  Okay.  The 37 seats up
12 for election --
13   A.  You read it correctly, yes.
14   Q.  -- since 2000, 20 were won by
15 minority-preferred candidates, 54 percent; is that right?
16   A.  I'm sorry.  Yes.  I just wanted to make sure
17 we're in the same place.  Yes.  Okay.
18   Q.  Okay.  Great.  Now, just to clarify, this
19 statement counts on contested elections, right?
20   A.  Yes.
21   Q.  Okay.  And the next sentence, "If we ignore
22 the uncontested years, minority-preferred candidates win
23 14 of 27 or 52 percent of contested seats for 2000 to
24 2015."
25       I read that correctly, yes?

Page 258

1    A.  Yes.
2    Q.  And we established earlier that your
3 representation here is incorrect?
4    A.  That 14 should be changed to a 13.
5    Q.  Correct.
6    A.  Right.
7    Q.  And now that tally, 13 out of 27 is what I'll
8 refer to it as now, that makes no effort to assign greater
9 probative value to any election or candidate based on how
10 recent those elections were, correct?
11   A.  Correct.
12   Q.  And it makes no attempt to assess any greater
13 probative value to any particular election based on
14 whatever circumstances were present in that election,
15 correct?
16   A.  Correct.
17   Q.  And this statement counts anyone as -- this
18 statement counts anyone as minority-preferred based on the
19 point estimate decision rule that we discussed earlier,
20 correct?
21   A.  Yes.
22   Q.  It makes no effort to distinguish amongst
23 candidates based on their relative levels of support
24 amongst black voters, correct?
25   A.  Correct.

Page 259

1    Q.  And it makes no effort to distinguish amongst
2 what you describe as black-preferred candidates based on
3 confidence intervals, correct?
4    A.  Correct.
5       MR. HO:  Cindy, I see you looking at your
6 watch.  Maybe now is a good time for a break?
7       MS. ORMSBY:  Whenever.
8       MR. HO:  Why don't we take a break.  We've
9 been going for almost two hours, so let's take a break.
10      (Whereupon, a recess was taken from 4:48 to
11 5:00 P.M.)
12      (Whereupon, Rodden Deposition Exhibit No. 18
13 was marked for identification.)
14   Q.  So Dr. Rodden, we talked for a while about one
15 of the decision rules that you used for assessing whether
16 or not a candidate is a minority-preferred candidate, that
17 was the point estimate approach.
18   A.  Uh-huh.
19   Q.  And you said that you also propose a second
20 decision rule in this report, which is to simply look at
21 the top-ranked candidate amongst minority voters and to
22 designate that candidate as minority-preferred, correct?
23   A.  Yes.
24   Q.  And you described that as an objective
25 decision rule that you would accept as a political

Page 260

1 scientist, correct?
2    A.  Yes.
3    Q.  I want to show you what's been marked as
4 Rodden Exhibit 18, and it's a demonstrative that we
5 generated from the data in your report, and I want to go
6 over it with you and make sure that this is correct.  If
7 it's incorrect, I want us to fix it.  This lists the
8 top-ranked candidates of white voters and the top-ranked
9 candidates of black voters, one of the decision rules, the
10 decision rules that you say you would accept as a
11 political scientist and the one that we just discussed,
12 okay?
13   A.  Yes.
14   Q.  And I just want to go over the numbers to make
15 sure that we have this correct here.  So I want to look at
16 your Figure 8, or you can use the spreadsheet, Rodden
17 Exhibit 11, whatever's easier for you, and I just want to
18 make sure we have identified correctly the top
19 white-preferred candidates and the top black-preferred
20 candidates here, okay?
21      So just let me know when you're ready.  So
22 let's run through the top white-preferred candidates
23 starting with the 2000 election.  For 2000 I have Hirsch
24 as the top white-preferred candidate.  Is that correct?
25   A.  Yes.

JONATHAN RODDEN, Ph.D.   8/20/2015

Page 261

1    Q.   And Hirsch is white, correct?
2    A.   Yes.
3    Q.   And Hirsch was elected, correct?
4    A.   Yes.
5    Q.   Okay.  In 2001 I have Garofalo as the top
6    white-preferred candidate, according to your estimates,
7    correct?
8    A.   Yes.
9    Q.   And Garofalo is white, correct?
10   A.   Yes.
11   Q.   And Garofalo was elected, correct?
12   A.   Yes.
13   Q.   Okay.  In 2002 I have your estimate as
14   indicating Fletcher is the top white-preferred candidate,
15   correct?
16   A.   Yes.
17   Q.   And Fletcher is white, correct?
18   A.   Yes.
19   Q.   And Fletcher was elected, correct?
20   A.   Yes.
21   Q.   Okay.  In 2003, according to your numbers,
22   Knorr was the top white-preferred candidate, correct?
23   A.   Yes.
24   Q.   And Knorr is white, correct?
25   A.   Yes.

Page 262

1    Q.   And Knorr was elected, correct?
2    A.   Yes.
3    Q.   In 2004 I have your estimate as indicating
4    that Garofalo was the top white-preferred candidate,
5    correct?
6    A.   Yes.
7    Q.   And we established Garofalo is white, correct?
8    A.   Yes.
9    Q.   And Garofalo was elected in 2004, correct?
10   A.   Yes.
11   Q.   Okay.  In 2006 I have your estimates as
12   indicating that Schroeder was the top white-preferred
13   candidate, correct?
14   A.   Yes.
15   Q.   Schroeder is white, correct?
16   A.   Yes.
17   Q.   And Schroeder was elected, correct?
18   A.   Yes.
19   Q.   Okay.  And in 2009, again, I have Schroeder as
20   the top white-preferred candidate, right?
21   A.   Yes.
22   Q.   And as of 2009, Schroeder was still white,
23   correct?
24   A.   Yes.
25   Q.   Nothing changed?

Page 263

1    A.   Yes.
2    Q.   And Schroeder was elected in 2009, correct?
3    A.   Yes.
4    Q.   And in 2011 I have Martinez as the top-ranked
5    white candidate, according to your estimates, correct?
6    A.   That's correct.
7    Q.   And Martinez is not black, correct?
8    A.   That's correct.  He's a, as I understand,
9    Hispanic-white.
10   Q.   Okay.  And he was elected, correct?
11   A.   Yes.
12   Q.   Okay.  In 2012, according to your estimates,
13   Ebert was the top white-preferred candidate, correct?
14   A.   Yes.
15   Q.   And Ebert is white, correct?
16   A.   Yes.
17   Q.   And Ebert was elected, correct?
18   A.   Yes.
19   Q.   In 2013 Hogshead was the top-ranked white
20   candidate, according to your estimates, correct?
21   A.   Yes.
22   Q.   And Hogshead is white, correct?
23   A.   Yes.
24   Q.   And Hogshead was elected, correct?
25   A.   Yes.

Page 264

1    Q.   In 2014 Chabot was, according to your
2    estimates, the highest-ranked candidate amongst whites,
3    correct?
4    A.   Yes.
5    Q.   And Chabot is white, correct?
6    A.   Yes.
7    Q.   And Chabot was elected, correct?
8    A.   Yes.
9    Q.   Okay.  In 2015, according to your estimates,
10   Ebert was the highest-ranked candidate amongst white
11   voters, correct?
12   A.   Yes.
13   Q.   And Ebert is white, correct?
14   A.   Yes.
15   Q.   And Ebert was elected, correct?
16   A.   Yes.
17   Q.   Okay.  So if we look at the overall success
18   rate of the top-ranked candidate amongst white voters
19   since 2000, accurate to say that 12 out of 12 of the top
20   white-preferred candidates since 2000 were elected?
21   A.   Yes.
22   Q.   And accurate to say that 12 out of 12 of those
23   candidates, the top-preferred white candidate, all of them
24   were white, correct?
25   A.   Yes.

66 (Pages 261 to 264)

JONATHAN RODDEN, Ph.D.   8/20/2015

Page 265

1    Q.  And if we just limit ourselves to the last 10
2    years from the 2006 election on, and we just look at those
3    seven elections, the success rate is, of course, the same,
4    seven out of seven, correct?
5        A.  Yes.
6        Q.  And if we look at just the last five years,
7    the success rate for white-preferred candidates defined as
8    the top-ranked candidate amongst white voters, success
9    rate is five out of five, correct?
10       A.  Yes.
11       Q.  So using this decision rule that you employ
12   for identifying a preferred candidate, of limiting
13   ourselves just to the top-ranked candidate amongst those
14   particular voters, the top-ranked white-preferred
15   candidate has always been elected in the
16   Ferguson-Florissant school district dating back to 2000,
17   correct?
18       A.  Yes.
19       Q.  And that top-ranked candidate amongst white
20   voters has always been white, correct?
21       A.  Correct.
22       Q.  And so everything in the column with respect
23   to white voters in Rodden Exhibit 18 is correct?
24       A.  Yes.
25       Q.  Okay.  Let's talk about black voters now and

Page 266

1    their top-ranked candidate.  So there's something in here
2    in this header that says top-ranked candidate, whites.  I
3    don't -- that looks like a typo.
4        A.  Okay.
5        Q.  Would you just put a line through that?
6        A.  Certainly.
7        Q.  Thank you.  I appreciate that.  So what I'm
8    trying to show here is the top-ranked candidates in each
9    election amongst black voters as reported by you in your
10   ecological inference estimates.
11       A.  Yes.
12       Q.  Okay?  So let's just run through to make sure
13   I have these numbers correct.  For 2000 I have Thomas as
14   the top-ranked candidate amongst black voters, according
15   to your estimates, correct?
16       A.  Yes.
17       Q.  And Thomas is black, correct?
18       A.  Yes.
19       Q.  And Tomas was elected, correct?
20       A.  Yes.
21       Q.  Okay.  In 2001, according to your estimates,
22   Butler received the most votes amongst black voters,
23   correct?
24       A.  Correct.
25       Q.  And Butler is African-American, correct?

Page 267

1        A.  Correct.
2        Q.  Butler was not elected, correct?
3        A.  Correct.
4        Q.  In 2002 Graham received the most votes,
5    according to your estimates, among black voters, correct?
6        A.  Yes.
7        Q.  And Graham is African-American, correct?
8        A.  I just want to make sure I have this right.
9    Yes.
10       Q.  And Graham was elected, correct?
11       A.  Yes.
12       Q.  Okay.  In 2003, according to your estimates,
13   Thomas received the most support amongst black voters,
14   correct?
15       A.  Yes.
16       Q.  And Thomas is African-American we established?
17       A.  Yes.
18       Q.  And Thomas was elected, correct?
19       A.  Yes.
20       Q.  Okay.  In 2004 Van received the most support
21   amongst black voters, according to your estimates,
22   correct?
23       A.  Yes.
24       Q.  And Van is African-American, correct?
25       A.  Yes.

Page 268

1        Q.  Van was not elected, correct?
2        A.  Correct.
3        Q.  In 2006 Gwen Thomas, according to your
4    estimates, received the most support amongst black voters,
5    correct?
6        A.  Correct.
7        Q.  And Gwen Thomas was an incumbent that year,
8    correct?
9        A.  Yes.
10       Q.  And Gwen Thomas is African-American?
11       A.  Yes.
12       Q.  And Gwen Thomas was not elected, correct?
13       A.  Correct.
14       Q.  In 2009, according to your estimates, Knowles
15   received the highest support amongst black voters,
16   correct?
17       A.  Yes.
18       Q.  And Knowles is white, correct?
19       A.  Correct.
20       Q.  And Knowles was elected, correct?
21       A.  Correct.
22       Q.  Okay.  In 2011 the candidate who received the
23   highest support amongst black voters, according to your
24   estimates, was Graham, correct?
25       A.  Yes.

**MIDWEST LITIGATION SERVICES**
www.midwestlitigation.com          Phone: 1.800.280.3376          Fax: 314.644.1334

JONATHAN RODDEN, Ph.D.   8/20/2015

Page 269

1    Q.  And Graham was an incumbent that year,
2  correct?
3    A.  Correct.
4    Q.  And Graham is African-American, correct?
5    A.  Correct.
6    Q.  Graham was not elected; is that correct?
7    A.  That is correct.  She lost by a very small
8  margin.
9    Q.  Okay.  In 2012 the candidate who received the
10 most votes from African-American voters, according to your
11 estimates, was Barbara Morris, correct?
12   A.  Yes, that's right.
13   Q.  And she is African-American, correct?
14   A.  Correct.
15   Q.  And she was not elected, correct?
16   A.  Correct.
17   Q.  In 2013 the candidate who received the most
18 votes amongst African-Americans, according to your
19 estimates, was Henson, correct?
20   A.  Correct.
21   Q.  And Henson is African-American, correct?
22   A.  Yes.
23   Q.  And Henson was not elected, correct?
24   A.  Correct.
25   Q.  Okay.  In 2014, according to your estimates,

Page 270

1  Paulette-Thurman received the most votes from
2  African-American voters, correct?
3    A.  Correct.
4    Q.  And Paulette-Thurman is African-American,
5  correct?
6    A.  Correct.
7    Q.  And Paulette-Thurman was elected, correct?
8    A.  Correct.
9    Q.  Okay.  So in 2015, last election here,
10 according to your estimates, Graves received the most
11 votes amongst African-American voters, correct?
12   A.  Correct.
13   Q.  And Graves is African-American, correct?
14   A.  Yes.
15   Q.  And Graves was elected, correct?
16   A.  Yes.
17   Q.  Okay.  So the overall success rate for the
18 top-ranked candidate amongst African-American voters
19 dating back to 2000 is six out of 12; is that correct?
20   A.  Yes.
21   Q.  And if we just limit ourselves to the success
22 rate over the last 10 years, three out of seven of the
23 top-ranked black candidates were successful, correct?
24   A.  Correct.
25   Q.  So fair to say that in the last 10 years a

Page 271

1  majority of the top-ranked black candidates were
2  unsuccessful?
3    A.  I want to make sure we're on the same page
4  about 10 years, so --
5    Q.  Sure.
6    A.  -- you are referring to elections that took
7  place since 2000 -- which year?
8    Q.  Starting with 2006.
9    A.  Including 2006?
10   Q.  Yes.
11   A.  Okay.  So we've got -- that is correct.
12   Q.  Okay.  And if we just limit ourselves to the
13 last five years, two out of five of the top-ranked black
14 candidates were successful, correct?
15   A.  That is correct.  That's where things get
16 interesting.
17   Q.  So just looking at the last five years, a
18 majority of the top-ranked candidates amongst black voters
19 were unsuccessful, correct?
20   A.  By a margin of 125 votes, that is true.  125
21 votes the other way and the answer is no, just to be
22 clear.
23   Q.  Okay.  So the information presented in this
24 demonstrative Rodden Exhibit 18 is accurate, correct?
25   A.  It is correct, yes.

Page 272

1    Q.  Okay.  And just for the record, to close the
2  loop here, of the 12 top-ranked African-American
3  candidates dating back to 2000, only one out of 12 is
4  white, correct?  That's Knowles in 2009?
5    A.  Correct.
6    Q.  I want to switch to discussing something else,
7  Dr. Rodden.
8    A.  Okay.
9    Q.  Could we mark that as Rodden Exhibit 19.
10        (Whereupon, Rodden Deposition Exhibit No. 19
11 was marked for identification.)
12   Q.  Do you recognize what's been marked as Rodden
13 Exhibit 19?
14   A.  Yes, I do.
15   Q.  This is your supplemental report in this case
16 dated July 2nd, 2015, correct?
17   A.  Yes.
18   Q.  And in this report, among other things, you
19 respond to a report from plaintiffs' expert, Dr. Dick
20 Engstrom, correct?
21   A.  Yes.
22   Q.  And I'm looking at the first page and the
23 second paragraph, and is it accurate to say that you're
24 expressing the view in this paragraph that in the
25 Ferguson-Florissant school district African-Americans are

68 (Pages 269 to 272)

JONATHAN RODDEN, Ph.D.  8/20/2015

Page 273

1  more likely to vote for African-American candidates and
2  whites are more likely to vote for white candidates?
3      A.  I believe that conclusion is difficult to
4  avoid given the exercise we just went through, yes.
5      Q.  Given the numbers of your own estimates for
6  candidate support, right, Dr. Rodden, you would agree that
7  African-American voters in the Ferguson-Florissant school
8  district tend to vote for African-American candidates?
9      A.  Oh, yes.  I was not disputing those.  The last
10 exercise we did is one that I -- we have no disagreements
11 about, and indeed, we also saw some scatter plots in the
12 initial report showing that there was a correlation.
13     Q.  A correlation between the race of a voter and
14 the race of the candidate, right?
15     A.  Yes.
16     Q.  So just so the record is clear,
17 African-American voters are more likely to vote for
18 African-American candidates, and white voters are more
19 likely to vote for white candidates in the
20 Ferguson-Florissant school board elections, correct?
21     A.  That is correct.  The correlation of that kind
22 would be found in really any jurisdiction in the United
23 States in which African-American candidates and white
24 candidates are on the ballot and there are
25 African-Americans and whites in the jurisdiction.  I mean

Page 274

1  political scientists know this.  This is not an unusual
2  situation.  This is a description that we're talking about
3  in the United States of American essentially.
4      Q.  Okay.  Now, you've reviewed Dr. Engstrom's
5  report in this case, correct?
6      A.  Yes.
7      Q.  And you've reviewed his ecological inference
8  estimates for candidate support amongst African-American
9  voters and non-African-American voters in the 2011 through
10 2015 elections, correct?
11     A.  Yes.
12     Q.  You don't dispute his ecological inference
13 estimates in your supplemental report here, do you, Dr.
14 Rodden?  I mean you don't say that he's calculated those
15 estimates incorrectly, do you?
16     A.  No, and he made a similar statement about
17 mine.  We both notice to a degree that is somewhat
18 gratifying, probably for both of us, that the numbers are
19 in the same ball-park.  There are some -- you know, when
20 we get down to questions about confidence intervals, I do
21 recall having some questions, and I don't know -- I can't
22 speak with Engstrom.  Perhaps when this case is over, I'll
23 get a chance.
24         There are -- some of our confidence intervals
25 look a little different, and I don't know exactly what he

Page 275

1  did in calculating his, but in terms of the point
2  estimates, we get similar rankings and things like this.
3  I'm sure there are some areas of disagreement that we
4  could talk about perhaps if you like, but on the whole I
5  think your characterization is correct.
6      Q.  So fair to say that although your numbers in
7  terms of ecological inference estimates for candidate
8  support are not identical, they are basically consistent
9  with each other?
10     A.  I think so.
11     Q.  Okay.  The difference between your report and
12 Dr. Engstrom's report then, is it fair to say lies not in
13 the numbers, but in your respective interpretations of the
14 numbers; is that fair?
15     A.  I believe that's fair.
16     Q.  Okay.  On Page 11 of this report, Paragraph
17 24, the first sentence you write, "In conclusion,
18 Professor Engstrom's report is correct in pointing out
19 that the highest-ranked candidate among African-Americans
20 and whites in Ferguson-Florissant School Board elections
21 is often different."
22         Did I read what you wrote accurately?
23     A.  Yes.
24     Q.  And given the exercise that we just undertook,
25 it would be appropriate to say, in fact, that the

Page 276

1  highest-ranked candidate among African-Americans and
2  whites in the Ferguson-Florissant School Board elections
3  is always different dating back to at least 2000, correct,
4  Dr. Rodden?
5      A.  The top candidate.  We're referring to -- let
6  me make sure I read this correctly.  Highest-ranked
7  candidate, yes.  That's the exercise we just concluded.
8      Q.  Right.  And I'm talking about Rodden Exhibit
9  18.
10     A.  Yes.
11     Q.  There's not a single instance in which the top
12 preferred African-American candidate and the top preferred
13 white candidate are the same, correct?
14     A.  That's correct.
15     Q.  Okay.  Now, on this page, Page 11, you have a
16 section that begins with the header Other Elections.  Do
17 you see that?
18     A.  Yes.
19     Q.  And is it accurate to say that in this section
20 of your report you examine voting patterns of voters
21 casting ballots at precincts within the
22 Ferguson-Florissant school district, but for offices other
23 than the Ferguson-Florissant School Board?
24     A.  Yes, precisely to circumvent some of the kinds
25 of debates we were just having.

JONATHAN RODDEN, Ph.D.   8/20/2015

Page 277

1    Q.   And these are what -- I think we used this
2  term before, what we would call exogenous elections,
3  correct?
4    A.   Yes.
5    Q.   And your initial report looked only at
6  endogenous elections, the elections for the offices at
7  issue in this litigation, correct?
8    A.   Yes.
9    Q.   And you would agree, wouldn't you, that
10 endogenous elections are more probative in terms of
11 understanding whether or not voting in the
12 Ferguson-Florissant School Board elections is racially
13 polarized?
14    A.   I'm not sure.  That is something that will
15 have to be left to the Court to decide.  I understand why
16 it would seem, on first glance, like that is the case, but
17 I am afraid that there is a -- there is -- some of the
18 issues we were just discussing are very -- are vexing, and
19 the way in which the number of candidates running and the
20 way in which the number of candidates running from each
21 racial group affects the outcome of the exercises we were
22 just working our way through, does make me think that it's
23 difficult for the Court to wade through that.
24        If the question is simply about whether, based
25 on the demography and the electoral rules and patterns of

Page 278

1  electoral behavior, we can infer that white voters
2  systematically block the choices of African-American
3  voters, then this is a very useful undertaking.  So
4  whether the Court would decide that this was less
5  probative, the information is all there and the Court has
6  what it needs to make that decision.  I don't need to
7  issue a legal opinion about that.
8    Q.   When you first approached the question of
9  racially polarized voting patterns in Ferguson-Florissant
10 School Board elections in your initial report, you looked
11 only at Ferguson-Florissant School Board elections,
12 correct?
13    A.   Yes.
14    Q.   So correct to say that your first instinct as
15 a political scientist, in trying to assess the question of
16 whether or not voting in the Ferguson-Florissant school
17 district is racially polarized, was to look at endogenous
18 elections?
19    A.   That was indeed my first instinct, and the
20 more I grappled with the difficulty of the causal
21 inference problem associated with multi-winner elections
22 when there are different numbers of candidates running
23 from each racial group in each election, the more I
24 realized that the best approach I could come up with
25 within that framework was still flawed.  And I think we

Page 279

1  seemed to be coming to an agreement that all of those
2  approaches had flaws, and I try to be very up-front in my
3  initial report about what those flaws are.  And I do
4  regret the -- whatever error it was that caused me to say
5  13 instead of 14 or whatever it was in that report.
6        But when I count up those -- those -- I don't
7  have a whole lot of confidence in the counting exercises
8  that we were just -- we were just looking at, because each
9  of these elections has so many different features that
10 make that causal inference problem really large, and so
11 this is why I wanted to find something simpler.  I wanted
12 to find something that we could get our hands around that
13 might allow us to answer that question in a more
14 straightforward way.
15    Q.   Now, this approach also has drawbacks, you
16 would agree with me, right, Dr. Rodden?
17    A.   Yes.
18    Q.   Because voting behavior for offices that cover
19 jurisdictions that are larger than the Ferguson-Florissant
20 school district might differ from voting behavior in the
21 Ferguson-Florissant School Board elections themselves,
22 correct?
23    A.   Yes.
24    Q.   For instance, it may be the case that voting
25 is not racially polarized with respect to presidential

Page 280

1  elections in the Ferguson-Florissant school district, but
2  could be racially polarized with respect to
3  Ferguson-Florissant School Board elections because the
4  issues and offices are different, correct, Dr. Rodden?
5    A.   That is possible.
6    Q.   Okay.  Now, on Page 14 in your report, Table 1
7  which you just turned to, these are all of the exogenous
8  elections that you examined, correct?
9    A.   Yes.
10    Q.   And there are 12 elections here, correct?
11    A.   Yes.
12    Q.   And you show that in these 12 elections black
13 candidates received more votes than white candidates from
14 precincts within the Ferguson-Florissant school district
15 in these exogenous elections, correct?
16    A.   Correct.
17    Q.   And when you examined exogenous elections, you
18 looked only at biracial contests, correct?
19    A.   Yes.
20    Q.   Elections that involved one black candidate
21 and one white candidate, correct?
22    A.   Yes.
23    Q.   You didn't include in your analysis of
24 exogenous elections any mono-racial contests, correct?
25    A.   That's correct.

70 (Pages 277 to 280)

JONATHAN RODDEN, Ph.D.   8/20/2015

Page 281

1    Q.  Is that because, in your view, biracial
2  contests are more probative than mono-racial contests in
3  terms of assessing racial polarization?
4    A.  It was based on my reading of -- of the
5  Gingles decision and previous case law, which admittedly
6  is limited as a political scientist as a non-lawyer.  That
7  was my understanding of the way exogenous races had been
8  used in other cases, and it's possible that I'm missing
9  some important cases, but that was my impression, that
10  these are generally considered useful in conditions in
11  which there are candidates of each race running and that
12  is -- those are the conditions that were mentioned in the
13  Gingles decision.
14    Q.  Well, just as a political scientist, if you're
15  trying to assess levels of racial polarization, is it your
16  view that biracial contests are more probative of that
17  question than mono-racial ones?
18    A.  I wasn't trying to assess racial polarization.
19  That was not the point of Table 1.
20    Q.  Okay.  So to be clear, Table 1 is not a racial
21  polarization analysis?
22    A.  No.
23    Q.  Correct, Dr. Rodden?
24    A.  That's correct.
25    Q.  Okay.

Page 282

1    A.  It is an analysis of the proposition that is
2  central to the Gingles decision, which is that the
3  majority group, by virtue of its status as a majority,
4  with the application of the electoral rules at hand,
5  blocks the -- I'm sorry -- prevents the minority from
6  electing the candidate of its choice.  So if the candidate
7  of choosing for minorities wins 100 percent of the time, I
8  find that to be very interesting, very useful, something
9  the Court would want to know.
10    Q.  But as you said, this is not a racial
11  polarization analysis.  Dr. Rodden, you do not, in this
12  analysis, provide estimates of candidate support by race;
13  is that correct?
14    A.  That's correct.
15    Q.  This is not like the ecological inference
16  estimates that you provided in your initial report for the
17  Ferguson-Florissant school district elections, correct?
18    A.  There is no ecological inference analysis
19  being conducted here, no.
20    Q.  And there's no estimate of candidate support
21  amongst voters of different races for each candidate
22  presented here in Table 1, correct?
23    A.  That's correct.
24    Q.  And you could have performed an analysis of
25  that, right, Dr. Rodden?

Page 283

1    A.  Given longer deadlines for the reports in this
2  case, absolutely.
3    Q.  But you didn't in this case, right?
4    A.  I, in truth, did this analysis at -- you know,
5  as these things came together, this is the last thing I
6  did before the deadline, so I had no time to go any
7  further.
8    Q.  But based on what we have here, there's no
9  information here that tells us the respective levels of
10  candidate support -- the respective levels of support that
11  these candidates received amongst voters of different
12  races, correct?
13    A.  That's correct.
14    Q.  Now, of these 12 elections, correct me if I'm
15  wrong, Dr. Rodden, but the black candidate is an incumbent
16  in 10 of them; is that correct?
17    A.  We'll have to go through these.
18    Q.  Sure.
19    A.  So 2008 Barack Obama-Hillary Clinton, no.
20  2008 Barack Obama-John McCain, no.  2008 Lacy Clay, yes.
21  2010 Charlie Dooley, I'm not sure I remember what year
22  Dooley was originally elected.
23      MS. ORMSBY:  He was an incumbent.
24    A.  In 2010 he was, okay.  And then we just have
25  the -- we have the primary and the general, so -- so we

Page 284

1  have -- we have several Clay elections indeed, and Obama
2  is an incumbent in 2012.  Dooley in 2014 and -- yes.  So
3  we do have some -- a number of incumbents, yes.
4    Q.  So just so the record is clear, in 10 out of
5  12 of the exogenous elections that you present here, the
6  black candidate is an incumbent, correct?
7    A.  Yes.
8    Q.  Okay.  Of the two elections featuring
9  non-incumbent black candidates, one was a primary, a
10  democratic primary, and the other was a general featuring
11  a democratic candidate against a republican candidate,
12  correct?
13    A.  Correct.
14    Q.  Now, you would agree, as a political
15  scientist, that the St. Louis metro area consists
16  primarily of democratic voters, correct?
17    A.  Yes.
18    Q.  So there's only one election here out of these
19  12 that was a partisan contest of a democrat versus a
20  republican and that did not feature an African-American
21  incumbent, and that's the 2008 presidential general
22  election, correct?
23    A.  You're asking if there were any other partisan
24  races that were -- that did not involve incumbents other
25  than Obama and -- in 2008.  No, but there were lots of

71 (Pages 281 to 284)

Page 285

1    interesting primaries.
2        Q.  Right.  But only one -- just so that the
3    record is clear, there's only one race there that features
4    a democrat against a republican in which the
5    African-American candidate was a non-incumbent, and that's
6    the 2008 presidential, correct?
7        A.  Correct.
8        Q.  Now, you don't present any results of
9    exogenous elections prior to 2008, correct?
10       A.  Yes.  Again, that was the -- the clock ran
11   out.  I would have happily done so, but --
12       Q.  But we don't know what the success rate looks
13   like for African-American candidates in exogenous
14   elections from 2000 to 2007, correct?
15       A.  I do not.
16       Q.  And the exogenous elections you chose here,
17   these are all elections for jurisdictions that are larger
18   than the Ferguson-Florissant school district, correct?
19       A.  Yes.  That's how this -- the only way to do
20   this type of analysis.
21       Q.  Well, couldn't you choose elections for
22   smaller jurisdictions that are either within or overlap
23   with the Ferguson-Florissant school district and look at
24   the precinct returns for precincts that fall within the
25   Ferguson-Florissant school district, so, for instance,

Page 286

1    mayoral elections for one of the municipalities within the
2    Florissant -- Ferguson-Florissant school district?
3        A.  Then I would have to draw just only
4    conclusions about that municipality and I would have a
5    hard time -- in fact, I believe other -- again, this is an
6    area where I'm not an expert, but I understand that in
7    other cases experts have tried to do that and that
8    analysis has been rejected.  My understanding is that the
9    only -- the only acceptable analysis of this kind is to
10   use larger jurisdictions.  I would have gladly analyzed
11   some smaller jurisdictions if I thought that was something
12   that the courts might find useful, but again, my
13   understanding of case law is that courts do not look
14   favorably upon that analysis.
15           And I certainly understand your concerns about
16   incumbency, but I just would like to point out for the
17   record that there are several elections here in which the
18   overall election was very close.  So if the implication
19   here is that incumbents are likely to get very large
20   amounts of support and that accounts for this difference,
21   that would -- that would only really be -- it only would
22   really tell us something if it was the case that the
23   incumbent also received a similar overwhelming support in
24   the larger jurisdiction, which was not the case for many
25   of these.

Page 287

1            In fact, there's even one where the candidate
2    lost in the larger jurisdiction.  There are others that
3    were very close where the incumbent won very comfortably
4    in the district, but either came very close in the larger
5    jurisdiction or lost in the larger jurisdiction.  So for
6    that reason, I don't think incumbency is what explains
7    these results.
8        Q.  I would like to mark another of your
9    supplemental reports, Dr. Rodden.
10       A.  Yes.
11       Q.  I think this is Rodden 20.
12           (Whereupon, Rodden Deposition Exhibit No. 20
13   was marked for identification.)
14       Q.  And this is your supplemental report
15   concerning the senate factors dated July 2nd, 2015; is
16   that correct, Dr. Rodden?
17       A.  Yes.
18       Q.  And you recognize this report?
19       A.  Yes.
20       Q.  Could we look at Page 5 of the report, and
21   Paragraph 11.  You reference in this paragraph research
22   cited by Dr. Kimball indicating that turnout is lower in
23   elections with staggered terms.  Do you see that?
24       A.  Yes.
25       Q.  Now, do you have any reason to dispute the

Page 288

1    research cited by Dr. Kimball indicating that turnout is
2    lower in elections with staggered terms?
3        A.  In the United States?  Yes, that is -- that
4    there are some papers with that result.
5        Q.  Now, have you yourself conducted any research
6    on the issue of whether turnout is lower in elections with
7    staggered terms?
8        A.  I want to make sure I'm getting my facts --
9    we're only talking about staggered terms right now, not
10   off-cycle.  We're referring to staggered terms?
11       Q.  Uh-huh.
12       A.  This is a -- there's not very much research on
13   this, and I certainly -- I have not done any of it.
14       Q.  Now, continuing on to Page 6, you make
15   reference to Dr. Kimball's reference to the absence of
16   partisan labels in Ferguson-Florissant school district
17   elections, correct?
18       A.  Yes.
19       Q.  Now, do you have any reason to dispute the
20   research that Dr. Kimball cites indicating that minority
21   turnout is higher in elections where the partisan
22   affiliation of candidates is indicated?
23       A.  The question is what is the state of the
24   literature on the question of whether minority
25   participation is higher in partisan races than

Page 289

non-partisan races?
Q. Well, not exactly. You can have a
non-partisan race where the partisan affiliation of the
candidate is noted, correct? I guess what I mean is --
A. I'm not aware of that distinction.
Q. Well, what I'm saying is you can have -- in
some elections you have like the republican candidate or
the republican slate of candidates against the democratic
candidate or the democratic slate of candidates, right,
where there's sort of a zero sum between republican and
democratic candidates, like a head-to-head. You can have
an election like that, right?
A. A general election -- I'm sorry. With
democrats and republicans on the ballot, but there's more
than one candidate with that party label?
Q. Sorry. It's getting late and I'm a little --
I'm not being clear.
A. In California with the top-two system --
Q. California is totally different.
A. Yes.
Q. Yeah. I'm talking about, you know, most
people are familiar with general elections where there is
an office and there's one republican candidate and one
democratic candidate vying against each other, right?
A. In the general.

Page 290

Q. Yes.
A. In most states.
Q. Or one candidate from each party, you could
have --
A. Not Louisiana, but we can --
Q. You could have the democratic candidate, the
republican candidate, the libertarian candidate, the green
party candidate --
A. Yes. Yeah.
Q. -- and there's one from each party?
A. Yes.
Q. And it's sort of like a zero sum. You're
going to either vote for the republican candidate or the
democratic candidate or the Green Party candidate, right?
A. Uh-huh.
Q. Now, there are other elections where there's
no limit on the number of candidates from any particular
party. You just have a pool of candidates and there's a
partisan affiliation identified with the candidate, so
it's not republican against democrat against green against
libertarian, it's just candidates all against each other,
and there might be five democrats and two republicans and
three greens or something like that where all you're doing
is identifying the party affiliation of the candidate.
Have you heard of that?

Page 291

A. I'm not -- I just want to make sure I
understand. You're asking if I've heard of an electoral
system in which several democrats are allowed on the same
ballot?
Q. Uh-huh.
A. And several republicans, and yes, that would
be the top-two primary system in California. So in the
primary we would end up -- they end up with several
republicans and several democrats on the ballot. They
each would have a D or an R next to their name. So yes,
sometimes -- yeah, an open primary is another way to think
about it.
Q. And you have seen research that indicates that
minority turnout tends to be higher in those kinds of
elections when the partisan affiliation of the candidate
is clearly identified as opposed to when the candidates'
party affiliations is not identified, correct?
A. I don't know that research. It's possible
such research exists, but I don't know of it.
Q. And you haven't conducted any research on that
issue, correct?
A. No, that's right.
Q. In the next paragraph, Paragraph 12, you
reference Professor Kimball's discussion of labor union
endorsements, correct?

Page 292

A. Yes.
Q. And one of the things that you say we need to
know is the number of African-American candidates who have
applied for union endorsements in the Ferguson-Florissant
school district, correct?
A. Yes.
Q. And have you conducted any investigation of
the number of African-American candidates who have applied
for labor union endorsement?
A. No.
Q. Another thing you say we ought to know is
whether white and African-American candidates express
similar levels of agreement with unions policy agendas,
correct?
A. Yes. I'm imaging that if I'm the person or
the body in charge of making decisions about union
endorsements, I want candidates who have the same ideas
about teacher pay and classroom size and so forth.
Q. Now, you didn't conduct any investigation of
whether or not white and African-American candidates in
the Ferguson-Florissant school district express similar
levels of agreement with the teachers union's policy
agenda, did you?
A. No.
Q. You mention another factor here that's

JONATHAN RODDEN, Ph.D.   8/20/2015

Page 293

1   relevant which is whether African-Americans are involved
2   in making decisions about union endorsements, correct?
3       A.  Correct.
4       Q.  And did you conduct any research or
5   investigation of whether African-Americans are involved in
6   the making of decisions about labor union endorsements in
7   the Ferguson-Florissant school district?
8       A.  No.
9       Q.  Did you conduct any research whatsoever into
10  how the labor unions in the Ferguson-Florissant school
11  district go about making their endorsements?
12      A.  No.
13      Q.  Now, turning to Page 8 of this report,
14  Paragraph 17, the last sentence, you reference a statistic
15  that African-American incumbents won 70 percent of the
16  time.  Am I understanding you correctly?
17      A.  I need to get the context.  Can you give me a
18  moment, please?
19      Q.  Sure.  Take your time.
20      A.  Yes.  So I was responding to -- I'm sorry.
21  I'll let you ask the question.
22      Q.  Right.  So you're saying here that
23  African-American incumbents won 70 percent of the time in
24  Ferguson-Florissant School Board elections, correct?
25      A.  Yes, and --

Page 294

1       Q.  Wait.  Maybe I misspoke.
2       A.  I tried to be clear about what I was doing
3   here, which is that -- and if this is controversial, then
4   we can have discussion about it, but I viewed an incumbent
5   who did not attract a challenger and who retained their
6   position in office, I view them as a re-elected incumbent,
7   as -- in fact, technically that's what they are in
8   Ferguson-Florissant.  They do not print the ballots and
9   run the election in order to save money, but they are
10  re-elected, it's my understanding of how they -- how it's
11  considered.
12      Q.  Right.  So this 70 percent figure, this
13  includes African-American candidates who ascended to
14  office in --
15      A.  Yes, because if we take -- I'm sorry.
16      Q.  Let me finish.  In an uncontested election,
17  correct?
18      A.  Yes, because if we take -- if we take Doris
19  Graham and we ignore the times when she is re-elected
20  without a challenger, this was a very popular board member
21  who is known in the community, did not attract
22  challengers, it really gives us a rather, from my mind,
23  wrong inference if we calculate an incumbency re-election
24  rate in which we throw out all of the elections in which
25  someone doesn't attract a challenger.  So it's a bit like

Page 295

1   -- it's a bit like taking a very popular member of
2   congress who never attracts challengers and saying that
3   that person was never re-elected.
4       Q.  So let's talk about Doris Graham for a moment,
5   if you don't mind.
6       A.  Sure.
7       Q.  Do you still have Rodden Exhibit 18?
8       A.  Somewhere.
9       Q.  Now, Doris Graham was never the top-ranked
10  candidate amongst white voters, correct?
11      A.  Correct.
12      Q.  And in -- can we look at Exhibit 12 which
13  applies your decision rule using point estimates --
14      A.  Sure.
15      Q.  -- to ascertain candidate-preferred status.
16      A.  Uh-huh.
17      Q.  Doris Graham was never a white-preferred
18  candidate, using the point estimates; is that correct?
19      A.  She was not amongst the top two for whites in
20  the two-candidate elections, and she was not among the top
21  three for whites in the three-candidate election.  My
22  memory would suggest she came very close a couple of
23  times, but yes, the answer to your question is yes.
24      Q.  So let's look at Page 10 of your supplemental
25  report here, Dr. Rodden, and I'm looking at Paragraph 20

Page 296

1   which continues from the previous page.  In the -- so I'll
2   read the sentence.  "While whites continue to use zoning,
3   all-out resistance to school desegregation, and other
4   tools to perpetuate desegregation elsewhere in St. Louis,
5   advocates of desegregation were victorious in North St.
6   Louis County and its municipalities became the most
7   racially integrated in St. Louis."
8       Did I read what you wrote correctly?
9       A.  Yes.
10      Q.  And you have a footnote here, and for your
11  citation to -- for your support for this proposition, and
12  that is your blog post in the Washington Post that we
13  discussed earlier today, correct?
14      A.  Yes.
15      Q.  And just so I understand, is your blog post
16  the citation that you are using to support the proposition
17  that North County municipalities are the most racially
18  integrated in St. Louis?
19      A.  Yes.
20      Q.  And as we discussed earlier, that blog post
21  compares levels of racial integration in North County
22  municipalities like Ferguson to other municipalities in
23  the St. Louis metro area, correct?
24      A.  Yes.
25      Q.  It does not compare the level of integration

74 (Pages 293 to 296)

JONATHAN RODDEN, Ph.D.   8/20/2015

Page 297

1    in North County municipalities to areas outside of St.
2    Louis, correct?
3         A.   That's correct.
4         Q.   And in this paragraph you are not drawing any
5    comparison to the level of integration in North County St.
6    Louis to areas outside of St. Louis, correct?
7         A.   I would be happy to provide additional
8    information about similar data for other communities.  In
9    fact, I have done such analysis.  The communities of North
10   St. Louis are integrated by any standard in the United
11   States.
12        Q.   Okay.  But you didn't present any comparative
13   estimates of the levels of racial integration in North
14   County in any of your reports to similar municipalities
15   outside of the St. Louis area, correct, Dr. Rodden?
16        A.   That's correct.  But again, I would be happy
17   to conduct that analysis in the future if it would be
18   useful to the Court.
19        Q.   Page 11 in your report contains a Figure 1,
20   and am I correct that this figure depicts black and white
21   household income in relation to distance from the city
22   center in metro St. Louis?
23        A.   Yes.
24        Q.   And no matter how far you get between zero and
25   40 kilometers -- well, I'm sorry.  Let me back up.  When

Page 298

1    you get from zero to 40 kilometers away from the city
2    center, as a general matter, I know there's some downward
3    slope early on, but as a general matter, income rises for
4    both whites and blacks; is that correct?
5         A.   Yes.
6         Q.   But regardless of how far away you get from
7    the city center of St. Louis, there is always an income
8    gap between blacks and whites, correct?
9         A.   Unfortunately, that is the case.
10        Q.   And, roughly, do you know how far away
11   Ferguson-Florissant is from the city center?
12        A.   I would have to guess, and I don't want to
13   guess under oath.
14        Q.   That's okay.  If you don't know, that's okay.
15        A.   Yeah.
16        Q.   Now, let's look at Page 12, Figure 2, median
17   household income for African-American and white
18   households.
19        A.   Yes.
20        Q.   Now, just to be clear, these two maps do not
21   account for population density; is that correct?
22        A.   That's correct.
23        Q.   So we don't know, looking at these two maps,
24   how many African-Americans are in the areas with roughly
25   higher income and how many African-Americans are in the

Page 299

1    areas with relatively low income, correct?
2         A.   One can only communicate so many things in a
3    map.  It would be too messy to include that, yes.
4         Q.   But we don't know that from looking at this
5    map, the percentage of African-Americans who live in
6    higher income areas as opposed to the percentage who live
7    in lower income areas, correct?
8         A.   The map does not communicate that, that's
9    correct.
10        Q.   And it doesn't communicate relative
11   differences between African-Americans and whites in terms
12   of who lives in -- what percentage of those groups lives
13   in higher income as opposed to lower income areas,
14   correct?
15        A.   That's correct.  However, the variation in
16   population density across census block groups in
17   Ferguson-Florissant is not all that great.  I mean a
18   reader would need to know where the airport is and would
19   want to make sure they didn't get confused about that, but
20   beyond that, I think one can scan back and forth, and the
21   vast majority of the space of the district is taken up
22   with single family houses.  There are a few spots in which
23   there are apartment complexes, and those are actually
24   discussed in the text, but for the most part, when one
25   looks at this map, discounting the airport, one can make

Page 300

1    useful comparisons and realize that they're not
2    misunderstanding where the human beings are, if that's the
3    problem.
4         Q.   On page -- can we turn to Page 16 of your
5    report, and I'm looking at Paragraph 32.  The second
6    sentence in your report represents that median household
7    income for African-Americans in the Ferguson-Florissant
8    school distinct is lower than white median household
9    income by about $14,000 per year; is that correct?
10        A.   That's correct.  That is -- but I should be
11   clear.  This is based on aggregate household income for
12   the school district.  As the map makes clear, there are
13   lots of block groups, especially integrated neighborhoods
14   in Florissant, where the income has converged and there's
15   very little difference.
16        Q.   Let's look at Page 17, Figure 3.  This reports
17   various gaps between blacks and whites on certain
18   socioeconomic factors, correct?
19        A.   Yes.
20        Q.   And within the Ferguson-Florissant school
21   district, you agree that blacks have a lower rate than
22   whites of attaining a bachelor's degree, correct?
23        A.   Yes.
24        Q.   And within the Ferguson-Florissant school
25   district, you agree that blacks have a higher poverty rate

75 (Pages 297 to 300)

JONATHAN RODDEN, Ph.D.   8/20/2015

Page 301

1    than whites, correct?
2         A.   Correct.
3         Q.   And you agree that within the
4    Ferguson-Florissant school district, blacks have a higher
5    rate than whites of being a SNAP or food stamps recipient,
6    correct?
7         A.   Correct.
8         Q.   And you agree that within the
9    Ferguson-Florissant school district, blacks have a higher
10   unemployment rate as compared to whites, correct?
11        A.   Correct.
12        Q.   I want to go back to something we talked about
13   earlier, Dr. Rodden.  I don't have very much left today,
14   but I just want to clarify something, and that's what we
15   labeled Rodden Exhibit 9.  This was the spreadsheet with
16   the population figures corresponding to, I think, Figure 3
17   in your report.  Just let me know when you have that and
18   you're ready to discuss that.
19        A.   I have it.  Okay.
20        Q.   All right.  So we discussed the fact that the
21   fifth line down is what you're reporting as the voting age
22   population in 2012 using the ACS estimates, correct, Dr.
23   Rodden?
24        A.   Yes.
25        Q.   And after 2012, starting with 2013, sixth row

Page 302

1    down, those are your projections based on the ACS,
2    correct, Dr. Rodden?
3         A.   Yes.
4         Q.   And that's also true for 2013, it's based on
5    projections, correct?  Sorry.  That should say 2014,
6    shouldn't it?
7         A.   Yeah.  The ACS with a center year of 2014.
8         Q.   And that's based on your projections from the
9    ACS, correct?
10        A.   I just want to be clear I'm making sense here.
11        Q.   The second to last row.  That should say 2014.
12        A.   Yeah.  That is a projection for the year 2014.
13        Q.   Right.  And 2015, that's your projection for
14   the year 2015, correct?
15        A.   Yes.
16        Q.   So the most recent year represented on this
17   spreadsheet that is not a projection is the year 2012,
18   correct?
19        A.   Correct.
20        Q.   And we explained, I think, that the column
21   white 18-plus is the voting age population for people who
22   are white alone, correct?
23        A.   Correct.
24        Q.   And for 2012 the most recent year that is not
25   a linear projection of your own, it's 23,740 whites of

Page 303

1    voting age, correct?
2         A.   Yes.
3         Q.   And the column black 18-plus is the column for
4    black alone voting age individuals in the
5    Ferguson-Florissant school district, correct?
6         A.   Yes.
7         Q.   And what you're reporting here for the most
8    recent year that is not a projection, the year 2012, is
9    that there are 24,313 blacks of voting age population in
10   the Ferguson-Florissant school district, correct?
11        A.   Yes, correct.
12        Q.   And the third category of people is at the
13   very back of this spreadsheet under Other 18-plus, that
14   column, correct?  These are people who are neither white
15   alone nor black alone, correct?
16        A.   Correct.
17        Q.   And you report 956 individuals of voting age
18   population within that category, correct?
19        A.   In my initial report, yes, and I would want
20   to --
21        Q.   Sure.  Now, the information presented here
22   which your initial report is based on --
23        A.   Yes.
24        Q.   -- doesn't allow us to ascertain how many
25   people in this Other 18-plus category are part

Page 304

1    African-American, correct?
2         A.   Not directly.
3         Q.   Okay.  So there's no information directly in
4    this chart that tells us how many people of voting age
5    population are part black, correct?
6         A.   No.  That inference is drawn in my
7    supplemental report, not my initial report.
8         Q.   Right.  And we'll get to your supplemental
9    report in a second.
10        A.   Okay.
11        Q.   Let's just talk about what's presented here.
12        A.   Uh-huh.
13        Q.   According to the 2012 ACS -- sorry.  According
14   to your representation of what the voting age population
15   looks like in 2012, right, which is based on the ACS
16   rather than a linear projection --
17        A.   Uh-huh.
18        Q.   I've stated that correctly so far, right, Dr.
19   Rodden?
20        A.   Only that it's not just 2012, it's the 2011 to
21   2013 sample.
22        Q.   But it's based on --
23        A.   Same year as 2012 --
24        Q.   Right.
25        A.   So I think we're okay.

76 (Pages 301 to 304)

JONATHAN RODDEN, Ph.D.   8/20/2015

Page 305

1    Q.   What you represent as the voting age
2    population of the Ferguson-Florissant school district in
3    2012 is based on data from the American Community Survey,
4    correct?
5        A.   Yes.
6        Q.   And what you represent as the voting age
7    population after 2012, 13, and beyond, is based on your
8    linear projections of the ACS, correct?
9        A.   Yes.
10       Q.   And if we look at what you report as the
11   voting age population of the Ferguson-Florissant school
12   district in 2012, I believe your testimony earlier was
13   that a minority of the population, that is less than 50
14   percent of the voting age population, consisted of
15   individuals who were black alone, correct?
16       A.   I believe we came up with a 49.8 or something
17   like that, so yes.
18       Q.   Okay.  And we don't know, of the remaining
19   individuals, based on what you present here, how many of
20   those individuals might be part African-American, correct,
21   Dr. Rodden?
22       A.   From my initial report no information is
23   provided about that, in my initial report.
24       Q.   Okay.  So the ACS data does not directly tell
25   us how many voting age individuals in the

Page 306

1    Ferguson-Florissant school district are part
2    African-American, correct?
3        A.   It does not directly tell us that, that is
4    correct.
5        Q.   Okay.  So the only direct information that we
6    have from the ACS is that as of 2012, using the three-year
7    estimate, individuals who are black alone are a minority
8    of the voting age population of the district, and we don't
9    know anything about how many individuals who are
10   multi-race or other are African-American, correct?
11       A.   They fall short of -- single race
12   African-Americans fall short of majority status by a very
13   small number of individuals.  We do know -- we do have an
14   estimate of the number of people who are in the -- in the
15   other category, and we do know that the majority of them
16   are some part African-American.
17       Q.   Well, that's not presented directly --
18       A.   That's correct.
19       Q.   -- in the census data?
20       A.   We know that from other -- we know that from
21   other -- from the overall population, not from the age
22   breakdowns.
23       Q.   Right.  We don't know any direct information
24   from the age breakdowns how many of the voting age
25   population -- what number of people of voting age

Page 307

1    population who are mixed race or other in the
2    Ferguson-Florissant school district in 2012 are part
3    African-American, correct, Dr. Rodden?
4        A.   We do not have a direct measure of that, but
5    we have ample opportunity to estimate and that's the best
6    we can do.
7        Q.   Right.  So you try to estimate this in your
8    supplemental report in response to Mr. Cooper's report,
9    correct, Dr. Rodden?
10       A.   Yes.
11       Q.   And I believe that was marked yesterday as
12   Chen Exhibit A, which should be to your left over there on
13   top.
14       A.   I might ask if this might be a good time for a
15   break for others.  I don't know how much longer we have --
16       Q.   We don't have much, but we do have some, so,
17   you know, I probably have about 30 minutes more.  We can
18   take a break now or we could just power through, whatever
19   you all prefer.
20       MS. ORMSBY:  What do you prefer?
21       A.   I would prefer a very short break just for the
22   restroom.
23       (Whereupon, a recess was taken from 6:00 to 6:05
24   P.M.)
25       Q.   I want to ask you about Chen Exhibit A, which

Page 308

1    is the supplemental report that you and Dr. Chen
2    co-authored in response to Professor Cooper's report in
3    this case, okay?
4        A.   Yes.
5        Q.   And for the record, this is your report dated
6    July 2nd, 2015?
7        A.   Correct.
8        Q.   And you signed it, right, Dr. Rodden?
9        A.   Yes.
10       Q.   Okay.  Now, I want to ask you about Page 4,
11   Table 1.
12       A.   Yes.
13       Q.   Now, this table presents some data --
14       MS. ORMSBY:  I'm sorry.  Can I -- what are we
15   on?  I lost it there for a second.
16       MR. HO:  Oh, sure.  It's Chen Exhibit A.  This
17   is the supplemental report.  We provided you with a copy
18   of it yesterday.
19       MS. ORMSBY:  I wasn't here yesterday, so I
20   don't have a copy of it.
21       MS. GABEL:  I'll look and --
22       MS. ORMSBY:  I'm sorry.
23       MR. HO:  No, it's okay.  I didn't bring an
24   extra one for today.  I hadn't planned on talking about
25   it.  That's it.

JONATHAN RODDEN, Ph.D.   8/20/2015

## Page 309

1        MS. ORMSBY:  I'm sorry.  I probably have that
2  in my folder.  I didn't know what I was looking at.
3        MR. HO:  That's okay.  Can we continue?
4        MS. ORMSBY:  Yes, please.
5        **Q.  Great.  So I'm looking at Page 3, Table 1, and**
6  **in this table you present some information about the**
7  **voting age population of the Ferguson-Florissant school**
8  **district, correct?**
9        A.  Yes.
10       **Q.  Now, some of the numbers in this table come**
11  **directly from the American Community Survey, correct?**
12       A.  Yes.
13       **Q.  And some of these numbers are your estimates**
14  **based on census data, correct?**
15       A.  Yes.  I detail that in the rather lengthy
16  note, yes.
17       **Q.  So I just want to unpack it, because it took**
18  **me a little while to understand it.**
19       A.  Oh, I'm -- yes, I'm sure.
20       **Q.  But I think I understand it now.  When you**
21  **report the white alone voting age population in row two of**
22  **this report as 23,740, that comes directly from the**
23  **American Community Survey, correct?**
24       A.  Yes.
25       **Q.  And in line four where you report the voting**

## Page 310

1  **age population of individuals identifying as**
2  **African-American alone as 24,313, that also comes directly**
3  **from the American Community Survey, correct?**
4       A.  Yes.
5       **Q.  Now, in line nine where you report the number**
6  **of people who are two or more races and some part**
7  **African-American and you report that number as 681 people**
8  **of voting age population, that number does not come**
9  **directly from the American Community Survey, correct?**
10      A.  That is correct, but from the last discussion
11  we were having about the initial report, we focused on
12  that final column which was Other 18-plus, and we talked
13  about the last number in that column that was from -- that
14  was not projected, that was from the ACS, and that number
15  was 956.  So this number here adds up to 956, so this --
16  yes.
17       **Q.  Your estimate of that 956 other individuals of**
18  **voting age population who are neither black alone nor**
19  **white alone, your estimate is reported here as 681 of**
20  **those individuals are some part African-American, correct,**
21  **Dr. Rodden?**
22      A.  Yes.
23      **Q.  And again, that 681 figure of people, of**
24  **voting age population who are two or more races and some**
25  **part African-American, that does not come directly from a**

## Page 311

1  **report by the American Community Survey, correct, Dr.**
2  **Rodden?**
3       A.  Not directly.  It comes from an application of
4  the -- it comes from an effort to understand what the
5  share of that other category is someone who is reporting
6  more than one race and those is of those is African-American,
7  is an attempt to break down the other category, because
8  the breakdowns were insufficiently detailed for the task
9  at hand in 2013 over 18 population, it seemed like a very
10  good assumption to imagine that the over-18 population is
11  not different in that breakdown as the overall population.
12      In other words, I made the assumption that the
13  voting age population and the overall population had
14  roughly similar breakdowns of people reporting more than
15  one race who are part African-American.  I assumed that
16  those things were similar, and I had no strong reason to
17  think that they were not.
18       **Q.  Okay.  So let's unpack this for a second just**
19  **so I understand.  You took the total population of**
20  **individuals who are in that Other category, and by total**
21  **population I mean individuals from, you know, the age of**
22  **zero to whatever, not just the voting age population, and**
23  **you were able to ascertain the percentage of those**
24  **individuals who are part African-American, correct?**
25      A.  That is available in the -- in the ACS, yes.

## Page 312

1       **Q.  Right.  And you took that percentage of all**
2  **people, regardless of age, who are two or more races and**
3  **some part African-American, and you applied that**
4  **percentage to the voting age population of individuals who**
5  **are two or more races to get your best estimate of what**
6  **percentage of those voting age individuals are some part**
7  **African-American, correct, Dr. Rodden?**
8      A.  That's correct.
9      **Q.  Okay.  It is possible, is it not, Dr. Rodden,**
10  **that there may be more in terms of percentage multi-race**
11  **individuals who are -- let me start that again.**
12      **It may be the case that those two percentages**
13  **are not identical, right, Dr. Rodden; that there may be a**
14  **larger percentage of multi-race individuals who are part**
15  **African-American below the age of 18 as there are**
16  **multi-race individuals who are part African-American above**
17  **the age of 18; that's certainly possible, right, Dr.**
18  **Rodden?**
19      A.  I thought a lot about it, and it's possible,
20  but given that we know the number for the overall
21  population, it's not as if we only knew the number for the
22  under-18 population.  We know the overall population, so
23  the likelihood that the shares of these groups in the
24  overall population and the over-18 population is radically
25  different, given that the over-18 population is the

**MIDWEST LITIGATION SERVICES**
www.midwestlitigation.com      Phone: 1.800.280.3376      Fax: 314.644.1334

Page 313

1  majority of the population, then it seems unlikely, but I
2  will admit that it is -- it is -- I can't imagine what the
3  demographic story would be, but it's possible that the
4  demography of mixed race people is extremely unusual in
5  the Ferguson-Florissant district.
6      Q.   Well, I'm not talking about
7  Ferguson-Florissant school district specifically.  I just
8  mean you don't know, do you, whether or not mixed race
9  individuals as a group, there are greater percentage of
10  them who are part African-American below the age of 18 as
11  opposed to above the age of 18, right, Dr. Rodden?  You
12  don't have any information one way or the other on that
13  question, correct?
14      A.   That is the area where I made an assumption,
15  and that assumption certainly can be criticized, but it
16  should be criticized with some -- if we're going to back
17  away from the conclusion that this group is overwhelmingly
18  -- this other group is overwhelmingly part
19  African-American, we would need to base that on something.
20      Q.   Have you looked at any statistics on whether
21  or not, you know, interracial marriage is increasing in
22  this country, Dr. Rodden?
23      A.   I have not looked at specific statistics, but
24  I -- that's one of the things I thought about.  It does
25  seem -- does seem plausible that the rates of

Page 314

1  intermarriage are increasing.
2      Q.   And if the rates of intermarriage are
3  increasing, that would mean more mixed race people -- that
4  mixed race individuals would sort of cluster towards the
5  younger end of the age spectrum, correct, Dr. Rodden?
6      A.   That's exactly the scenario that I've thought
7  about and that is plausible.
8      Q.   And have you looked at whether or not rates of
9  interracial marriage differ in terms of which -- members
10  from which groups are marrying across racial lines; that
11  is, you know, Asian or Hispanic, if we take Hispanic to be
12  a racial group, and white and black, whether or not
13  interracial marriage rates are higher or lower for any of
14  those groups?
15      A.   In the United States or in
16  Ferguson-Florissant?
17      Q.   Either.
18      A.   I would think Ferguson-Florissant would be the
19  relevant situation for us to talk about, and so have I --
20  have I thought about or collected information about
21  whether rates of intermarriage are changing over time in a
22  differential way across racial groups, so --
23      Q.   Uh-huh.  That's my question.
24      A.   So that might it be the case that -- that
25  there are more African-American-white unions as opposed to

Page 315

1  -- as opposed to --
2      Q.   White-Asian union.
3      A.   Well, there are so few individuals in these
4  other categories in the Ferguson-Florissant school
5  district, that I don't think that's an important concern.
6  It is the case that -- but when we look at -- and we have
7  data on people who are some other race -- I'm sorry.  We
8  have data in Table 1 on people who are two or more races,
9  some part African-American, and two or more races who are
10  no part African-American, and the breakdown is 1,564 to
11  632, so the overwhelming majority of these people are --
12  who are reporting more than one race have African-American
13  as one of the races.
14          If the question is about whether some of those
15  African-Americans are married to non-whites, I'm not sure
16  how that affects the inferences I'm drawing.
17      Q.   Okay.  Well, just to be clear on this table,
18  there's no official government data that directly tells us
19  that African-Americans are a majority of the voting age
20  population of the Ferguson-Florissant school district,
21  right, Dr. Rodden?  It's -- it's -- the way you get there
22  is by either your linear projections for 2013 and beyond,
23  or your 2012 estimate for how many of the mixed race
24  individuals in the American Community Survey are part
25  African-American, correct, Dr. Rodden?

Page 316

1      A.   Correct.  My estimate is based on census data.
2  It is not based on some other data.  It is merely based on
3  the use of data for the overall population of the
4  assumption that it -- that we can extract from that the
5  voting age population that is any part African-American.
6      Q.   But you agree with me, right, Dr. Rodden, that
7  there is no census data, decennial or ACS data, that
8  directly tells us that African-Americans are a majority of
9  the voting age population of the Ferguson-Florissant
10  school district, correct?
11      A.   There's no -- there's no direct measure
12  because of a missing cell in the 2013 ACS data.
13      Q.   And when you arrive at your conclusion that
14  African-Americans are a majority of the voting age
15  population in the Ferguson-Florissant school district, you
16  do that based on your linear projections and what's
17  presented in Table 1 of your supplemental report with Dr.
18  Chen where you estimate the percentage of mixed race
19  individuals of voting age who are African-American,
20  correct?
21      A.   That is correct.
22      Q.   Okay.  I just want to move to one last topic,
23  Dr. Rodden.  I want to show you something, and let's mark
24  it as -- I'm sorry.  What number are we at?
25          COURT REPORTER:  21.

JONATHAN RODDEN, Ph.D.   8/20/2015

Page 317

1     Q.  Rodden Exhibit 21.
2         (Whereupon, Rodden Deposition Exhibit No. 21
3  was marked for identification.)
4     Q.  Do you recognize this, Dr. Rodden?
5     A.  I do.
6     Q.  This is from a research project that you
7  conducted with Dr. Kyle Dropp at Dartmouth and your
8  colleague at Stanford, Adam Bonica, correct?
9     A.  Correct.
10    Q.  Now, I'm going to refer to that research
11  project as the Montana flyer project, okay?
12    A.  Okay.
13    Q.  Now, judicial elections in Montana are
14  non-partisan, correct?
15    A.  Correct.
16    Q.  And this flyer that you and your partners in
17  your research project created purports to provide
18  information about Montana Supreme Court candidates in
19  terms of their ideology or partisanship, correct?
20    A.  It provides information based on their
21  campaign finance collection.
22    Q.  Well, you rank the candidates in this flyer as
23  more liberal or more conservative and closer to Barack
24  Obama or Mitt Romney, correct?
25    A.  Based on the fact that their donor base is

Page 318

1  further or closer to one of these -- one of these national
2  candidates who can all be placed on the same scale, and
3  this is done by my colleague, Adam Bonica, through
4  analysis of all of the FEC filings.
5     Q.  Okay.  So just so I understand, you took
6  publicly-available information about campaign
7  contributions, and on that basis, placed Montana Supreme
8  Court candidates on a scale of more liberal or more
9  conservative or more like Barack Obama or more like Mitt
10  Romney, correct?
11    A.  Correct.
12    Q.  Okay.  And am I correct that you wanted to
13  determine if this information guide, if sending it to
14  voters, had an effect on voter behavior?  Is that correct,
15  Dr. Rodden?
16    A.  We wanted to understand that particular aspect
17  of voter behavior which is that when one fills out a
18  ballot which has many races on it, there is a tendency for
19  people to skip the offices about which they have no
20  information, and we were interested in knowing whether
21  providing information about the candidates' campaign
22  finance activities was something that would encourage more
23  people to fill out their ballot.
24    Q.  So am I correct that the hypothesis that you
25  were testing with this research project was whether this

Page 319

1  kind of information about the ideology or partisanship of
2  candidates might make voters more likely to cast a ballot
3  for those particular offices?
4     A.  Yes.  It's what we refer to as ballot
5  roll-off.  We -- our hypothesis was that ballot roll-off
6  would be decreased by providing information about
7  candidate placement.
8     Q.  So --
9     A.  Ideological placement.
10    Q.  So as a political scientist, your view before
11  conducting this experiment was giving voters information
12  about the, you know, ideological leanings of a candidate
13  would make voters more likely to cast a ballot in the
14  elections for which those candidates are running, correct?
15    A.  That was a hypothesis that is -- that exists
16  in the literature that we know very little about, which is
17  why we did the study.
18    Q.  Do you have an opinion, prior to conducting
19  this study, one way or the other, as to whether or not
20  that kind of ideological information about candidates
21  would be more or -- would be more likely to make voters
22  participate in that election?
23    A.  It was a hypothesis drawn from literature as
24  something that is a kind of folk wisdom that we thought we
25  would test.  I don't -- if I have to get back and try to

Page 320

1  remember what level of confidence did I have in the
2  likelihood that we would get a result, I -- that's why we
3  do the analysis.
4     Q.  Well, do you have an opinion today, sitting
5  here, as to whether or not this kind of information about
6  the ideological leanings of candidates in a non-partisan
7  race is likely to increase voter participation in that
8  particular race?
9     A.  Well, as you may know, this project has gone
10  off the rails and we have not been able to analyze the
11  data that would allow us to draw a firm conclusion.  So I
12  have not updated my initial kind of open-mindedness and
13  questioning attitude about this hypothesis.
14    Q.  Okay.  This flyer bears the official seal of
15  the State of Montana, correct, Dr. Rodden?
16    A.  Unfortunately, it does.
17    Q.  You did not work with the State of Montana on
18  this project, correct?
19    A.  No, I did not.
20    Q.  You did not receive permission from the State
21  of Montana before using this official seal from the State
22  of Montana, correct?
23    A.  That's correct.
24    Q.  Okay.  I would like to show you one last
25  exhibit.  We'll mark it as Rodden 22.

80 (Pages 317 to 320)

JONATHAN RODDEN, Ph.D.   8/20/2015

---

Page 321

1    (Whereupon, Rodden Deposition Exhibit No. 22
2  was marked for identification.)
3    Q.  Have you seen this document before, Dr.
4  Rodden?
5    A.  Yes, I have.
6    Q.  This is a decision by the Commissioner of
7  Political Practices of the State of Montana in the matter
8  of McCulloch v. Stanford and Dartmouth, correct?
9    A.  I'm not sure what the correct name is for this
10  document.  You referred to it as a -- again?
11    Q.  A decision or a written opinion by the
12  Commissioner of Political Practices of the State of
13  Montana.  Does that look correct to you, Dr. Rodden?  Is
14  that what you understand this to be?
15    A.  It is titled here Decision Finding, Sufficient
16  Facts, so yes.
17    Q.  Okay.  And it's in the matter of McCulloch v.
18  Stanford and Dartmouth, correct?
19    A.  Yes.
20    Q.  And this decision concerns your Montana flyer
21  project, correct?
22    A.  Yes.
23    Q.  And is it your understanding that the
24  Commissioner of Political Practices of Montana, among
25  other things, monitors and enforces campaign practices and

---

Page 322

1  campaign finance practices in the State of Montana?
2    A.  I'm not fully aware of the -- his full job
3  description, but that sounds about like -- my
4  understanding is that's a good description of it.
5    Q.  And this decision is titled Decision Findings,
6  Sufficient Facts to Demonstrate a Violation of Montana's
7  Campaign Practice Laws, correct?
8    A.  Yes.
9    Q.  Okay.  Now, I want to turn to Page 7 of this
10  decision, and under the header B labeled "The Flyers were
11  election related documents."  The first sentence states,
12  "The Montana Flyer Project caused 102,780 postcard mailers
13  or flyers to be sent to registered voters in the State of
14  Montana."
15    Did I read that correctly?
16    A.  Yes.
17    Q.  So your research involved sending the flyer
18  that was marked as Rodden Exhibit 21 to over 100,000
19  registered voters in the state of Montana, correct?
20    A.  Correct.
21    Q.  And they represent about 15 percent of the
22  electorate in Montana; is that right?
23    A.  Yes.
24    Q.  And am I correct that you attempted to target
25  voters on the basis of your assessment of their likely

---

Page 323

1  ideology?
2    A.  We -- in an effort to avoid affecting the
3  election result, we attempted to target precincts that we
4  had reason to believe were offsetting in their ideological
5  leanings.
6    Q.  So just to be clear, you thought that it was
7  possible that this would increase voter turnout with
8  mailing this flyer, correct?
9    A.  Yes.
10    Q.  And you tried to send some of these flyers to
11  what you thought were liberal-leaning precincts and some
12  flyers that you thought were to conservative-leaning
13  precincts because you didn't want to affect the outcome of
14  the election, correct, Dr. Rodden?
15    A.  Yes.
16    Q.  And you sent the flyer to more voters living
17  in what you thought were liberal-leaning precincts because
18  you thought turnout from those precincts would be lower;
19  is that right, Dr. Rodden?
20    A.  Based on the information we had, yes.
21    Q.  How did you make that assessment of whether or
22  not a precinct was liberal-leaning or
23  conservative-leaning, and how did you decide how many
24  flyers to send to the liberal-leaning precincts as opposed
25  to the conservative-leaning precincts?

---

Page 324

1    A.  You're asking for some details of research
2  design that are not at the top of my mind right now.
3    Q.  If you don't recall, that's perfectly fine.
4    A.  I know that we used data -- the first question
5  was how did we make that ascertation, how did we decide
6  which precincts were liberal and which ones were
7  conservative.  We did that using some data that we
8  received.  This was some data that Kyle Dropp received
9  that an aggregate score based on, I believe, past
10  precinct-level election results and voter registration
11  data, but I can't -- I can't recall what other things that
12  might have gone into that index.
13    Q.  Could you look at Page 5 here, and I'm looking
14  at the second paragraph, and it reads, "The Commissioner
15  determines that Montana Flyer Project impacted the lives
16  of Montanans through its impact on voting by 102,780
17  Montana voters.  There is a process by which universities
18  and colleges are supposed to review or vet institutional
19  studies that have an impact on human beings.  This
20  process, called the Institutional Review Board (IRB)
21  process, is defined by federal laws and administered by
22  agency located within the US Department of Health and
23  Human Services."
24    Did I read that accurately?
25    A.  Yes.

---

81 (Pages 321 to 324)

JONATHAN RODDEN, Ph.D.   8/20/2015

Page 325

1      Q.   Now, we established at the beginning of this
2   deposition, didn't we, Dr. Rodden, that you're familiar
3   with the ethical standards governing political science
4   research, correct?
5      A.   Yes.
6      Q.   And that includes what's referred to here as
7   the IRB process, correct?
8      A.   Yes.
9      Q.   And specifically as a political scientist, you
10   are supposed to engage in the IRB process before engaging
11   in research involving human subjects; is that correct?
12      A.   Yes.  There was -- there was some
13   misunderstandings about the multi-institutional aspect of
14   this project, and there has been a process at Stanford of
15   trying to understand and trying to come to grips with the
16   importance of approaching the IRB process separately at
17   every institution that is involved in a multi-institution
18   project.
19          A norm had developed, a period of time -- over
20   time many more projects have become multi-institutional
21   collaborations, often with many institutions involved.  A
22   norm had developed whereby people started to use only one
23   institution, started to approach the IRB to only one
24   institution.  This is something that, unfortunately, many
25   of my colleagues in the social sciences had been doing,

Page 326

1   and we had come to the misunderstanding that that was --
2   that getting IRB either exemption or approval from one
3   institution was sufficient, and we -- we learned the hard
4   way that this is not viewed as sufficient.
5          So we misunderstood the procedure for
6   approaching IRB when multiple institutions are involved,
7   and I've been part of an effort at Stanford to help make
8   clear to future researchers that, at least at Stanford,
9   the expectation is that the IRB will be approached at
10   every university, even if there are several universities
11   involved in a project.
12      Q.   Now, the next sentence in this decision is,
13   "The IRB process, however, was improperly engaged by the
14   Dartmouth researcher and ignored completely by the
15   Stanford researchers."
16          Did I read that accurately?
17      A.   Yes.  And it is not my understanding that -- I
18   don't know fully -- I'm not fully up to date on the
19   investigation at Dartmouth, but it is not my understanding
20   that Dartmouth has made a determination that the IRB was
21   inappropriately -- improperly engaged, but I'm not
22   entirely sure.
23      Q.   Now, you're one of the Stanford researchers
24   referenced in this sentence, correct?
25      A.   Yes.

Page 327

1      Q.   You did not engage the IRB process at Stanford
2   prior to conducting this Montana flyer research project,
3   correct?
4      A.   For the reasons that I just described, yes.
5      Q.   And Professor Dropp did not submit the final
6   version of this flyer to the Dartmouth IRB, correct?
7      A.   He received an exemption for the project, and
8   the understanding of an exemption is that when there are
9   changes to the design of something like an instrument,
10   those changes did not need to be submitted for approval.
11          That was the understanding.  That was the
12   pretty clear understanding of what exemption means.  The
13   previous mock-up of the -- of the flyer was something that
14   had been produced on PowerPoint by one of our computers
15   and was visually rather unappealing, so that thing was
16   sent to a designer to improve the appearance of it, and it
17   is through that process in the beautification, if you
18   will, of the flyer that the seal was included.
19      Q.   Right.  And the version with the seal was not
20   presented to the Dartmouth IRB, correct?
21      A.   It was not, but it is not clear to me that
22   that is a violation of the protocol when it is an
23   exemption.
24      Q.   Well, the decision says that the Dartmouth IRB
25   process was improperly engaged and ignored at Stanford; is

Page 328

1   that correct?
2      A.   That is the assertion on Page 5, and I don't
3   know whether that is correct.
4      Q.   Do you dispute the Commissioner's decision
5   here?
6      A.   Do I dispute the totality of the decision,
7   absolutely.
8      Q.   No.  What the Commissioner has written in his
9   decision that I quoted to you earlier about the IRB
10   process being improperly engaged.
11      A.   I stated that I -- that I don't know.  I don't
12   know what the internal -- that is a decision -- again,
13   this is something that I don't know the answer to, but
14   this is an assertion about a Dartmouth conclusion, and I'm
15   saying I don't know.  I just have not been in touch with
16   anyone at the IRB at Dartmouth to know what their
17   conclusion was about it.  I've not -- if that is the case,
18   I've not heard that.
19      Q.   Have you been in touch with anyone at the IRB
20   at Stanford as to whether or not your failure to obtain
21   IRB approval before conducting the Montana flyer project
22   was consistent with the university's guidelines?
23      A.   Yes.  We had a meeting --
24      Q.   What did you learn?
25      A.   We had a meeting with the IRB at which they

JONATHAN RODDEN, Ph.D.   8/20/2015

Page 329

1    notified us that, in fact, in a multi-institutional
2    project it is necessary to receive IRB approval or
3    exemption from Stanford in addition to other institutions,
4    clarified our misunderstanding of the procedures.
5        Q.  Okay.  And just so the record is clear, you
6    didn't obtain that approval from the Stanford IRB,
7    correct, before engaging in the Montana flyer project?
8        A.  That's correct.
9        Q.  Okay.  Could you turn to Page 18 of this
10   decision, and I'm looking at what's labeled Sufficiency
11   Finding No. 2, and it states, "The Commissioner determines
12   that there are sufficient facts to show that the language
13   and images sent out in the Montana flyer constitute 2014
14   election-related express advocacy by Stanford and
15   Dartmouth as well as by Professors Kyle Dropp, Adam Bonica
16   and Jonathan Rodden."
17       Did I read that correctly?
18       A.  Yes.
19       Q.  Okay.  And can we turn to Page 21.  I would
20   like to read Sufficiency Finding No. 3.  "The Commissioner
21   determines that there are sufficient facts to show that
22   Stanford, Dartmouth and/or its researchers violated
23   Montana Campaign Practice laws requiring registration,
24   reporting and disclosure of independent expenditures."
25       Did I read that correctly?

Page 330

1        A.  Yes.  I would add that Stanford strongly
2    objects to all of these claims.
3        Q.  Okay.  But the Commissioner's decision here,
4    and specifically it's Sufficiency Finding No. 3, is a
5    reference to you, that in the Commissioner's finding you
6    violated Montana Campaign Practice laws requiring
7    registration, reporting and disclosure of independent
8    expenditures, correct?
9        A.  The statement reads, "The Commissioner
10   determines that there are sufficient facts to show that
11   Stanford, Dartmouth and/or its researchers violated
12   Montana Campaign Practice laws requiring registration,
13   reporting and disclosure of independent expenditures."
14   Yes, it does say that.
15       Q.  That's a reference to you, correct?
16       A.  When it says and/or its researchers, that is a
17   reference to myself and my two co-authors.
18       Q.  Okay.  Can we look at Page 25 of this
19   decision, and the first full paragraph here, the first
20   sentence reads, "Because there is a finding of violation
21   and a determination that de minimis and excusable neglect
22   theories are not applicable, civil/criminal prosecution
23   and/or a civil fine is justified (See Section 13-37-124
24   MCA).  The Commissioner hereby, through this decision,
25   issues a "Sufficient Evidence" Finding and Decision

Page 331

1    justifying civil prosecution under Section 13-37-124 MCA."
2    Because of the nature of violations (the failure to
3    register, report and disclose occurred in Lewis and Clark
4    County), this matter is referred to the County Attorney of
5    Lewis and Clark County for his consideration as to
6    prosecution."
7        Did I read that correctly?
8        A.  Yes.
9        Q.  So the decision of the Commissioner of
10   Political Practices of the State of Montana is that there
11   is sufficient evidence for civil or criminal prosecution
12   as a result of the Montana flyer project, correct?
13       A.  That is what this document states.
14       Q.  And it was referred to the County Attorney of
15   Lewis and Clark County for that purpose, correct?
16       A.  It was referred to that prosecutor and that is
17   the last communication that I have received from anyone in
18   Montana.
19       Q.  And you -- it's also correct, isn't it, that
20   in this decision -- I'm not going to bother reading it
21   all, unless you would like me to read it into the record,
22   that the Commissioner found that there was a violation of
23   the Montana Impersonation Statute arising from your use of
24   the official state seal of Montana on this flyer?
25       A.  That was one of the claims that was especially

Page 332

1    interesting.
2        Q.  But that's what the Montana Commissioner
3    found, right, that there was a violation of the
4    Impersonation Statute?
5        A.  Yes.  It was something that is a little
6    difficult to -- it's -- the legal theory is difficult to
7    understand.
8        Q.  Now, as a result of all of this, all of these
9    proceedings around your Montana flyer project, the
10   presidents of Stanford and Dartmouth signed an open letter
11   jointly to voters and citizens of Montana apologizing for
12   the Montana flyer project; is that correct?
13       A.  Yes.  The Commissioner, in the moment when the
14   flyers first went out and there was a -- the affair was in
15   the public eye, the Commissioner asked the universities to
16   produce such a letter and provided some of the content for
17   that letter and made it clear that that would be
18   considered in any future proceedings, so that is the
19   origin of that letter.
20       Q.  And --
21       A.  I should say that the -- there had been other
22   communications from the university since then that have
23   strongly opposed this document and taken issue with the
24   claims made in this document.
25       Q.  But the letter from the presidents of

JONATHAN RODDEN, Ph.D.   8/20/2015

Page 333

1    Dartmouth and Stanford, that's appended to this decision?
2        A.   Yes.
3        Q.   Correct?
4        A.   Yes.
5        Q.   And the presidents of Dartmouth and Stanford,
6    at the end of the first paragraph write, "We genuinely
7    regret that it was sent and we ask Montana voters to
8    ignore the mailer."
9             Did I read that accurately?
10       A.   Yes.
11       Q.   And this letter was mailed out to Montana
12   voters at a cost of over $50,000; is that your
13   understanding?
14       A.   That sounds right.
15       Q.   So as a result of your -- and Stanford covered
16   the -- footed the bill for that, correct?
17       A.   Yes.
18       Q.   So Stanford incurred a cost of about $50,000
19   with an apology for your Montana flyer project, correct?
20       A.   Correct.
21       Q.   Okay.  Could we just pause for a minute and go
22   off the record?  I just want to make sure.  I think we're
23   done, but I just want to go over my notes really quickly.
24           MS. ORMSBY:  Fine.
25           MR. HO:  I don't think I have anything else.

Page 334

1            MS. ORMSBY:  All right.  May we have a few
2    minutes?
3            MR. HO:  Sure.
4            (Whereupon, a recess was taken from 6:42 to
5    7:12 P.M.)
6                    *  *  *  *  *
7                CROSS EXAMINATION,
8    QUESTIONS BY MS. ORMSBY:
9        Q.   Okay.  I'm going to try and keep this as brief
10   as possible.  We've all been here a long time.  Okay.  I
11   am going to show you what we were previously -- if you
12   could pull out, was it your report, is that Chen 1?  Is
13   that right, A, Chen A?
14       A.   Yes.
15       Q.   Okay.  If you could get Chen A, please, Chen
16   Exhibit A, and turn to Page 8.  Can you explain what this
17   table is, please?
18       A.   Yes.  We had -- we had used a statistical
19   model to attempt to understand the number of elections
20   that -- the number of districts that would be won by
21   African-American candidates based on -- based on turnout
22   analysis from the past.  So we were attempting to
23   understand how many districts would be won by
24   African-American candidates under the hypothetical plan
25   introduced by Mr. Cooper, by both of the hypothetical

Page 335

1    plans produced by Mr. Cooper.
2        Q.   Okay.  And --
3        A.   Let me say a little bit more just to be clear
4    about what we were -- how we should read these things.
5    This was the kind of -- imagine -- we're trying to imagine
6    a hypothetical scenario in which Mr. -- Mr. Cooper's
7    districts were used to conduct elections.  And so in order
8    to do that, we think about a districting plan in which
9    elections are held in a year, and there are seven
10   districts.  There are seven districts being contested, so
11   all seven seats are up and we're trying to figure out who
12   would win those seats.
13       Q.   Okay.  So let me clarify.  So when we look at
14   these numbers, look at 2000, and what you did is you took
15   Cooper's plan -- Cooper has as Illustrative Plan 1 and 2,
16   but this is only -- we're only looking at No. 2 right now,
17   and Mr. Cooper divides the district up into seven
18   districts, correct?
19       A.   Correct.
20       Q.   And when you did your chart here, you did not
21   assume staggered terms, correct?  You assumed that all
22   seven of those districts had an election each of those
23   years between 2000 and 2015?
24       A.   From Mr. Cooper's report, that was our
25   understanding of the -- of the way he was proposing those

Page 336

1    electoral districts to operate:  that they were to be used
2    in an election in which seven seats were simultaneously
3    contested.
4        Q.   But that's not how elections are held,
5    correct?  In 2000 there were not seven seats up for
6    election?
7        A.   Oh.  In the actual school board election, no.
8    In an actual school board election, as we've been
9    discussing all day today, there would be either two or
10   three seats contested at a time.
11       Q.   Okay.  So I'm going to hand you what was
12   previously marked as Chen F, but I would like to mark this
13   as Defendants' Q, please.
14       A.   Is this for me?
15       Q.   No.  Hand it to the court reporter.  Hand her
16   the top copy.  Sorry.
17       A.   Okay.
18           (Whereupon, Defendants' Exhibit Q was marked
19   for identification.)
20       Q.   All right.  So Professor Chen was asked to
21   fill in this chart yesterday.  I would like you to fill it
22   out today.  If we looked at what really happened in 2000,
23   and we can look at -- just look at one of the exhibits
24   that we filled out today.  Let's look at Exhibit 11, and
25   going to the 2000 election -- or if you want something

MIDWEST LITIGATION SERVICES
www.midwestlitigation.com          Phone: 1.800.280.3376          Fax: 314.644.1334

JONATHAN RODDEN, Ph.D.   8/20/2015

Page 337

1   else to tell you just who won the election that year.
2       A.   Okay.  So we want to figure out the -- the
3   number of successful African-American candidates.  So the
4   task here is presumably to compare the column on the left
5   with the column on the right in a sensible way, and in
6   order to do that, we need to know the share of the seats
7   that were up in the 2000 election.  We need to compare
8   that with the share of the seats that were up in this
9   hypothetical single member district election.
10      So in 2000 we know that -- let's see.  I
11  wonder if we have a place where we know all the winners,
12  where we have all the winners very clear.  I think perhaps
13  Exhibit 18 would be a good one to look at.
14      Q.   How about --
15      A.   So in 2000 --
16      MR. HO:  12 may give you a sense of the
17  winners.  It's not obvious from the face of it, but --
18  well, in some cases it's obvious.
19      A.   Okay.  So let's --
20      MR. HO:  I mean there might be some years
21  where you need to look at the report.
22      A.   So 2000, I think -- and hopefully people can
23  chime in if I get something wrong.  So Thomas was -- is an
24  African-American candidate who was successful in 2000, so
25  that's one.  In -- yes.  And so what I'm going to do is

Page 338

1   I'm going to express this -- the way to make this
2   comparison is we've got one-third over here, one-seventh
3   over here.  2001 we've got -- we've got Butler who is
4   African-American candidate, we say here choice, but winner
5   -- sorry.  The winner in 2001, just need to know who won.
6       MR. HO:  I think it's Garofalo and Hogshead.
7       A.   Okay.  So zero out of three.
8       Q.   Two.
9       A.   Out of two, sorry.  Here we've got zero out of
10  seven.  2002 we have, I believe, Doris Graham was
11  victorious in 2002; is that correct?  So that would be one
12  out of -- I think that was a -- was that a three-candidate
13  election in 2002?
14      Q.   2002 was a three-candidate election.
15      A.   Okay.  So that's --
16      Q.   Go back up to 2000 which was a two-candidate
17  election.
18      A.   Oh, so I've got that wrong.  So one out of --
19  one divided by two in 2000.  So in 2002 one divided by
20  three.  In 2003 it's -- it is Thomas, so it's one divided
21  by three.  So 2004, I think we agreed --
22      Q.   Wait a minute.  2000 --
23      A.   2002.  I'm sorry.  2002 should be one divided
24  by --
25      Q.   No.

Page 339

1       A.   2003 is --
2       Q.   Slow down.  Slow down.
3       A.   2003 is one divided by two.
4       Q.   2003 there was two candidates up, so one out
5   of two, correct?
6       A.   That's correct.
7       Q.   2004, two candidates were up for election, so
8   what was the result in 2004?  Garofalo and Hogshead won.
9       A.   Yeah, zero African-Americans, so zero out of
10  two.
11      Q.   And there was no election in 2005?
12      A.   So 2006 it is --
13      Q.   It's a two-person election.
14      A.   There were zero African-American candidates
15  elected, so zero divided by two.  On the other side is
16  zero divided by seven.  So then in 2009 it's zero divided
17  by --
18      Q.   2009 was a two-person election.
19      A.   Two, and then over here we have one divided by
20  seven.  2011 --
21      Q.   Three-person election.
22      A.   So zero divided by three, zero divided by
23  seven.  2012 is a --
24      Q.   Two-person election.
25      A.   -- two-person election.  It is zero divided by

Page 340

1   two, and two divided by seven.  2013, it is --
2       Q.   Two-person election.
3       A.   Zero divided by two, or two divided by seven.
4   So in 2014 it is --
5       Q.   Three-person election.
6       A.   One divided by three compared to two divided
7   by seven.  And 2015 it is one divided by two compared with
8   one divided by seven.  So we would then need to -- we
9   could then, if we wanted to do something to characterize
10  the overall relationship, we could either express -- we
11  can express these as a proportion, which would be the --
12  perhaps the most visually useful thing to do, so -- so
13  we're looking at --
14      Q.   Explain what you're doing, because the court
15  reporter has to write it down.
16      A.   Yes, of course.  I'm just taking all of the
17  fractions that have been filled in and I am now turning
18  them into just an expression as a percentage.  So one
19  divided by two in the first line, I'm writing down .5.  In
20  the second line I'm writing down a zero.  In the third
21  line I'm writing one divided by three, so .3.  For the
22  next line for 2003 I'm taking one divided by two.  The
23  next line zero, then zero, zero, zero, zero, zero.  Then
24  one divided by three.
25      Q.   And what year are you in now?

MIDWEST LITIGATION SERVICES
www.midwestlitigation.com          Phone: 1.800.280.3376          Fax: 314.644.1334

JONATHAN RODDEN, Ph.D.   8/20/2015

Page 341

1    A.  I'm now down to 2014.  So .33.  And then in
2  2015, one divided by two.
3    Q.  .5?
4    A.  Yes.  Thank you: .5.  And then on the other
5  side we just have a lot of one divided by seven, which is
6  .143 rounded.  Then we have a zero, a zero, a .143, a
7  .143, zero, a .143, zero, and then another -- so now we
8  have a two divided by seven which is .286, then we have
9  another of those, and then another .286, and then we have
10 another .143.  So that is how I would fill out that table.
11   Q.  Okay.  So can we just get to the cumulative
12 then, so if you would -- and let's keep it all equal, so
13 let's take it to two decimal points for both Mr. Cooper's
14 plan and for what actually happened.
15   A.  So .5, plus .33, plus .5, plus .5, plus .33,
16 plus .5, plus .33, plus .5.
17   Q.  What does that equal?
18   A.  2.16.  And then --
19   Q.  I'll read them off to you.
20   A.  Okay.
21   Q.  Point 14, point 14, point 14, point 14, point
22 28, point 28, point 28, point 14.
23   A.  So 1.12.
24   Q.  All right.  So what do you conclude from this
25 sheet of paper?

Page 342

1    A.  I would conclude that the existing at-large
2  system -- I mean I think this is a -- you know, it's
3  difficult to make a comparison like this, but being asked
4  to make this kind of comparison, it suggests to me that
5  the success of African-American candidates, at least as
6  determined by this model, as predicted by this model in a
7  hypothetical world in which we divide the district up into
8  Mr. Cooper's seven districts, that the hypothetical
9  success of African-American candidates, based on the --
10 based on what we know about those years, would have given
11 us that we were better off, slightly better off under the
12 existing system.
13   Q.  Okay.  Could you please look at your Rodden
14 Exhibit 11 and also compare that with Rodden Exhibit 13,
15 and I just want to look at one year here.  I have a
16 question regarding 2013.
17   A.  The other exhibit was 13?
18   Q.  Yes.
19   A.  Okay.
20   Q.  I would like to look at 2013, and no doubt
21 that in 2013 you previously said that Henson with .38, 38
22 percent, was the most preferred candidate of
23 African-Americans, correct?
24   A.  Correct.
25   Q.  And the next two highest were who?

Page 343

1    A.  Hogshead and Brown.
2    Q.  And are they statistically significantly
3  different from each other as far as preference?
4    A.  No.  I think we determined that they are not.
5    Q.  Is Thomas significantly -- statistically
6  significantly different, however, compared to Hogshead and
7  Brown?
8    A.  Yes.
9    Q.  So in essence, Hogshead and Brown are tied for
10 second place, correct, as the minority-preferred
11 candidate?
12   A.  Under this -- under this approach, yes.
13   Q.  And who won that election?
14   A.  Brown and Hogshead were the winners.
15   Q.  So is it reasonable then, since Hogshead and
16 Brown were the same statistically, to say that the second
17 minority-preferred candidate for African-Americans
18 actually won in that election since they both won in that
19 election?
20   A.  That would be --
21   Q.  Am I making sense?
22   A.  Yeah.  Given the approach that is taken, that
23 has been -- that this exercise involved, if we adopt that
24 approach, then we would say that there's a tie for the
25 second -- second candidate of choice, and they both won,

Page 344

1  so it is -- it seems -- it seems just as -- under that
2  approach, it seems just as consistent with that approach
3  as -- or it seems more reasonable in many ways to go ahead
4  and say that both of these were tied for the second
5  candidate of choice, and second candidate of choice was
6  elected since both of them were elected.
7    Q.  So it would be reasonable to change that --
8    A.  How we want to count things is another matter,
9  but I think that is -- that is hard to escape as a
10 conclusion.
11   Q.  So it could be said then that there was a
12 successful minority-preferred candidate that won in 2013;
13 is that right?
14   A.  Under that approach, yes.
15   Q.  And that would change the numbers slightly,
16 but they would change?
17   A.  Yes.  We would -- we would revisit Exhibit 13
18 and we would -- this is the one that was looking -- no.
19 Exhibit 13 is -- this is the one in which we used the --
20   Q.  Right.
21   A.  -- the hypothetical exercise in which we use
22 confidence intervals as a rule of thumb to determine the
23 candidates of choice.  So what we are now putting on the
24 table is that these two candidates are tied, they both
25 won, therefore we will change -- we will write down that

JONATHAN RODDEN, Ph.D.   8/20/2015

Page 345

1     Hogshead, Brown are victorious.
2        Q.  In 2013.
3        A.  Sorry.  Wrong year.
4        Q.  So that would change that chart to be there
5     were two minority-preferred candidates, correct?
6        A.  Who were tied for the second slot, and one of
7     them was victorious, and so we would have to change this
8     number zero to one in the column that says -- entitled
9     Number Successful on the year 2013.  That is -- that is
10    how that seems to work.
11       Q.  Okay.  All right.  So when we would add up the
12    total, the number of preferred candidates would increase
13    by one to 20, and the number of successful would increase
14    by one to eight; is that correct?
15       A.  Yes.
16       Q.  Okay.  All right.  And then when we look back
17    to the last five years -- 10 years and five years, both of
18    those numbers -- all of those numbers would increase by
19    one as well, correct?
20       A.  Yes, so 13 and five --
21          COURT REPORTER:  I'm sorry.  I can't hear you.
22       Q.  You have to speak up.
23       A.  I'm sorry.  The line entitled Last 10 Years,
24    the column entitled Number of Preferred Candidates will
25    now be 13, and the column entitled Number of Successful

Page 346

1     will now be five.  And the line entitled Last Five Years
2     under the column Number of Preferred Candidates would now
3     be nine, and the column called Number of Successful on the
4     line called Last Five Years will now be a three.
5        Q.  I realize it's a minor point, but one I wanted
6     to make.  I'm going to change gears now briefly, and
7     plaintiffs' counsel asked you at one point to use -- to
8     add up -- let me get to my -- he asked you to look at
9     Rodden Exhibit 9, which is this one right here, I believe.
10       A.  Right.
11       Q.  And for 2012 add up all the white VAP, all the
12    black VAP and all the other VAP, correct, and determine
13    what the actual feedback was for 2012.  Do you remember
14    doing that?  Do you remember adding those up and dividing
15    the total number?
16       A.  I believe I still have the paper here, yes.
17       Q.  And do you remember what percentage was --
18       A.  I'm sorry.  What percentage what was?
19       Q.  What percentage was the B-VAP.
20       A.  Single race African-American was 49.6.  Yeah,
21    that's all right here.
22       Q.  Do you have any way to calculate how many
23    people, actual people that would be in order to have a
24    majority B-VAP?  What are we talking difference-wise?
25       A.  Sure.  So we can just take -- we can just take

Page 347

1     49,009 and divide that by two, so we're talking about
2     2,400 -- I'm sorry -- 24,000 rather 504.5, so a majority
3     of the voting age population would be 24,505.  And so what
4     we have in terms of voting age single race
5     African-Americans is we have 24,505 minus 24,313, so
6     single race African-Americans are short of a majority by
7     192 individuals.
8        Q.  And so when we look at the other VAP number of
9     956, correct --
10       A.  Right.
11       Q.  -- only 192 of those other VAP would need to
12    be any part African-American in order for the any part
13    black voting age population to be a majority; is that
14    right?
15       A.  That's correct.  So that's -- yeah, that's 192
16    of -- what number did we say was the -- let's see here.
17    192.
18       Q.  What are you doing now?
19       A.  I just --
20       Q.  There's no question on the table.
21          Okay.
22       Q.  So what exactly are you --
23       A.  Okay.  Nothing.  I misunderstood.
24       Q.  Okay.  I just want to talk briefly about the
25    Montana situation and I want to ask you if you have --

Page 348

1     have you been notified that any charges have been filed?
2        A.  No.
3        Q.  By Montana, the prosecutor in the county in
4     which the Commissioner referred his findings?
5        A.  No.  I would like to believe I would be
6     informed if that had happened, and I've not been informed.
7        Q.  And did you receive any sort of reprimand from
8     Stanford as a result of this situation?
9        A.  No.  They did a thorough internal
10    investigation and there were no -- there was no reprimand
11    following from that.
12          MS. ORMSBY:  All right.  I don't have any
13    further questions.
14                 *  *  *  *  *
15          RE-DIRECT EXAMINATION,
16    QUESTIONS BY MR. HO:
17       Q.  I just have a few, Dr. Rodden.
18       A.  Okay.
19       Q.  Let me just do them really quickly, without
20    taking a break, and we can be done for the day.
21       A.  Okay.
22       Q.  So you and Ms. Ormsby discussed this new
23    exhibit Defendants' Exhibit Q which we filled out which
24    purports to compare the number of successful black
25    candidates in the existing at-large system to Mr. Cooper's

87 (Pages 345 to 348)

Page 349

1 Illustrative Plan 2, correct?
2    A.  Yes.
3    Q.  And you also discussed what's in Chen Exhibit
4 A, your supplemental report with Dr. Chen, and Table 2 on
5 Page 8 of that report.
6       MS. ORMSBY:  I'll ask you to clarify when he
7 talked to Dr. Chen regarding the report.
8       MR. HO:  I didn't ask about whether he talked
9 to Dr. Chen about it.
10       MS. ORMSBY:  Oh, I --
11       MR. HO:  He talked to you about --
12       MS. ORMSBY:  Oh, I'm sorry.  I thought you
13 said Dr. Chen.  I'm sorry.
14       MR. HO:  No.
15       MS. ORMSBY:  I'm sorry.  Can you repeat your
16 question?  Because I misunderstood it.
17    Q.  (By Mr. Ho)  Yeah.  I want to ask you about
18 these two different tables, Table 2 on Page 8 of Chen
19 Exhibit A which you're holding in your hand right now, so
20 Page 8, Table 2.
21    A.  Okay.  Yes.
22    Q.  And Defendant's Exhibit Q which you just
23 filled out.
24    A.  Yes.
25    Q.  Now, these tables purport to show the number

Page 350

1 of African-American candidates who would be elected under
2 these various electoral arrangements, correct?
3    A.  Yes.
4    Q.  Now, they do not show the number of
5 African-American preferred candidates, as you would define
6 that term, who would be successful under these electoral
7 arrangements, correct, Dr. Rodden?
8    A.  No.  We didn't have any way of assessing that,
9 given this approach.  This was an attempt at understanding
10 the effectiveness of Mr. Cooper's plans in potentially
11 electing minority candidates and we devised the best
12 strategy we could for answering that question.
13    Q.  But it's not an attempt to assess the
14 effectiveness of Mr. Cooper's plan in terms of electing
15 African-American preferred candidates who may or may not
16 be African-American, correct?
17    A.  We couldn't think of a way to make that -- to
18 do that, that's correct.
19    Q.  Okay.  And this table -- both of these tables,
20 Table 2 in the report, and Defendant's Q, they assume that
21 under Mr. Cooper's illustrative plans, that all seven
22 seats would be up for election at the same time, correct?
23    A.  That was our understanding of what Mr. Cooper
24 was proposing.
25    Q.  Okay.  And these estimates also assume that

Page 351

1 voting patterns would remain the same in an at-large or
2 single member district arrangement, correct?  You didn't
3 build into this model any potential change in, say,
4 turnout levels under a single member district plan as
5 opposed to an at-large plan, correct?
6    A.  Yes.  We had no way of imagining what those
7 turnout differences might be.
8    Q.  Have you ever seen any research on whether or
9 not turnout is different under single member districts as
10 opposed to at-large systems?
11    A.  Not comparing at-large with single member.  I
12 know there's a large literature suggesting that turnout is
13 higher in systems with proportional representation than
14 under single turnout, typically very low in single member
15 district systems, one of the lowest turnout electoral
16 forms in comparative politics.
17    Q.  Have you looked at any academic literature
18 whether minority turnout specifically is higher or lower
19 under single member districting plans in which minorities
20 are a majority of a district?
21    A.  No.
22    Q.  I want to ask a few questions, Dr. Rodden,
23 about Exhibit 9, the ACS estimates for population in 2012
24 that you just went over with Ms. Ormsby.
25    A.  The exhibit number again?

Page 352

1    Q.  Nine.
2    A.  I'll find it.
3    Q.  There you go.  Now, the column that says 2012,
4 these are the numbers -- I'm sorry.  The row with the year
5 2012 in the third column, do you see what I'm referring
6 to, Dr. Rodden?
7    A.  Yes.
8    Q.  That was the row of numbers that you just went
9 over with Ms. Ormsby, correct?
10    A.  Yes.
11    Q.  And this is ACS data, the three-year estimates
12 for 2011 through 2013 which you present as voting age
13 population for the school district in 2012, correct?
14    A.  Yes.
15    Q.  And we established earlier that the ACS
16 numbers have error margins associated with them, correct?
17    A.  Correct.
18    Q.  There are confidence intervals, correct?
19    A.  Yes, correct.
20    Q.  What you represent in this row are the point
21 estimates, correct?
22    A.  Correct.
23    Q.  And we don't know, do we, whether or not the
24 numbers in each of these columns could be higher or lower
25 than the point estimate, the true value I mean, could be

88 (Pages 349 to 352)

JONATHAN RODDEN, Ph.D.   8/20/2015

Page 353

1    higher or lower than that point estimate?
2        A.   It could be.
3        Q.   There is a range of numbers that we know to a
4    degree of statistical certainty of about 95 percent for
5    the true value these numbers could be?
6        A.   And I don't present those confidence intervals
7    here, correct.  I believe they're in the table somewhere.
8        Q.   But the numbers that you were going over with
9    Ms. Ormsby, those were the point estimate numbers,
10   correct?
11       A.   Yes.
12       Q.   So when you say that 100 more -- or I think
13   you said about 140 more people would give African
14   Americans a majority of the voting age population in the
15   Ferguson-Florissant school district, that's using the
16   point estimates, correct?
17       A.   Yes.
18       Q.   And the number could actually be more than
19   that if you take confidence intervals into account,
20   correct, Dr. Rodden?
21       A.   Just as likely to be lower than that.
22       Q.   But we don't know either way, correct?
23       A.   We don't know.
24       Q.   Okay.  You went over Exhibit 13 with Ms.
25   Ormsby, Dr. Rodden, Exhibit 13, right?

Page 354

1        A.   Yes.
2        Q.   And just so the record is clear, Exhibit 13 is
3    -- this is the one in which we used the decision rule
4    about statistical significance for assessing who is a
5    black-preferred candidate and who is a white-preferred
6    candidate, correct?
7        A.   Correct.
8        Q.   This is the decision rule that you would not
9    endorse, correct?
10       A.   That's correct.
11       Q.   But using that decision rule and using this
12   chart, right, if we look at the total, there are, after
13   the revisions that you just made, 20 black-preferred
14   candidates over the past -- over all of the elections that
15   you consider back to 2000, correct?
16       A.   Correct.
17       Q.   And eight out of 20 of those black-preferred
18   candidates were successful, correct?
19       A.   Correct.
20       Q.   So a majority of the black-preferred
21   candidates, using this decision rule, were unsuccessful,
22   correct?
23       A.   That is correct.
24       Q.   And if we just look at the last 10 years,
25   using this decision rule to assess who's a

Page 355

1    minority-preferred candidate, five out of the 13
2    minority-preferred candidates were successful, correct?
3        A.   Correct.
4        Q.   So a majority of the black-preferred
5    candidates in the last 10 years, using this decision rule
6    to determine who's a black-preferred candidate, were
7    unsuccessful, correct?
8        A.   Correct.
9        Q.   And the percentage of successful
10   black-preferred candidates over the last 10 years, using
11   this decision rule, is lower than the percentage of
12   successful black-preferred candidates over the entire span
13   here, correct?
14       A.   Correct.
15       Q.   And if we just use the last five years of
16   elections, using this decision rule to determine who's a
17   black-preferred candidate, three out of the nine
18   black-preferred candidates were successful, correct?
19       A.   Correct.
20       Q.   And a majority of black-preferred candidates,
21   using this decision rule to determine who's a
22   black-preferred candidate, were unsuccessful over the past
23   five years, correct?
24       A.   That's correct.
25       Q.   And looking at the last five years alone, the

Page 356

1    success rate of black-preferred candidates is lower than
2    looking at the last 10 years, correct?
3        A.   That is -- I'm sorry.  Last five years is
4    lower than -- yes, that is still true, yes.
5        Q.   Okay.  And just so the record is really clear,
6    you have two decision rules that you propose and would
7    endorse as a political scientist to assess who's a
8    minority-preferred candidate in your report, correct?
9        A.   Correct.
10       Q.   One is the highest-ranked black candidate is
11   the minority-preferred candidate and we ignore the rest,
12   correct?
13       A.   Correct.
14       Q.   And the results of that -- the results of
15   applying that decision rule to minority candidates'
16   success in the Ferguson-Florissant school district are
17   represented in Exhibit 18, correct?
18       A.   Correct.
19       Q.   Okay.  And the other decision rule you propose
20   and that you would endorse as a political scientist for
21   assessing who's a minority-preferred candidate by using
22   just the highest point estimate, the highest two point
23   estimate in a two-seat election and the highest three
24   point estimate in a three-seat election, correct?
25       A.   Correct.

89 (Pages 353 to 356)

JONATHAN RODDEN, Ph.D.   8/20/2015

Page 357

1    Q.  Okay.  And those are the only two decision
2    rules that you propose and that you would endorse in
3    assessing who's a minority-preferred candidate, correct?
4        A.  Correct.
5        Q.  And using that point estimate decision rule,
6    minority-preferred candidate success as compared to
7    white-preferred candidate success is accurately reflected
8    in Exhibit 12, correct?
9        A.  Correct.
10       Q.  And it is true, is it not, Dr. Rodden, that
11   using this decision rule that you endorse as a political
12   scientist of using the point estimates to determine who is
13   a minority-preferred candidate, that a majority of
14   minority-preferred candidates have not won elections in
15   the contested elections from 2000 through 2015, correct?
16       A.  In the contested elections, that is correct.
17       Q.  And if we just look at the last 10 years,
18   using this decision rule of point estimates to determine
19   who are minority-preferred candidates, a majority of
20   minority-preferred candidates were not successful over the
21   last 10 years; is that correct?
22       A.  That's correct.
23       Q.  Six out of 16 minority-preferred candidates
24   were successful in the last 10 years, using this decision
25   rule, as opposed to 13 out of 27 over the entire time

Page 358

1    period, correct?
2        A.  Correct.
3        Q.  So if we look at just the last 10 years
4    compared to the entire time period, the rate of
5    minority-preferred candidates' success is smaller in the
6    last 10 years as compared to the entire time frame 2000 to
7    2015?
8        A.  But as I've testified repeatedly, that is
9    based on some elections that were won by exceedingly small
10   number of votes, and a very small number of votes would
11   change those results substantially.
12       Q.  But that didn't happen, right, Dr. Rodden?
13   This is what happened, what's reflected in Exhibit 12,
14   correct?
15       A.  That's correct.
16       Q.  And in the last five years, using a decision
17   rule that you endorse as a political scientist in your
18   position, using point estimates in determining
19   minority-preferred candidates, four out of 12
20   minority-preferred candidates were successful during the
21   last five years, correct?
22       A.  Correct.
23       Q.  And that's a lower rate of success for
24   minority-preferred candidates in the last five years than
25   we saw in the last 10 years, correct, Dr. Rodden?

Page 359

1        A.  That's correct.
2        Q.  Okay.  And in each instance of a rate of
3    success for minority-preferred candidates, whether we look
4    at the entire time frame, the last 10 years, or the last
5    five years, using this definition of preferred candidates
6    as those candidates with the highest point estimate of
7    support, in each instance the white-preferred candidate
8    success rate exceeds the black-preferred candidate success
9    rate, correct?
10       A.  That's correct.
11       Q.  Okay.  Sorry.  Very briefly, and then we're
12   finished, I promise.  Exhibit 18, this is the other
13   decision rule that you propose, correct?
14       A.  Yes.
15       Q.  For assessing who's a preferred minority
16   candidate.  We did the highest point estimate, and we will
17   explore the other one, correct?
18       A.  Correct.
19       Q.  When we look at this, the overall success rate
20   for top-ranked candidates amongst African-Americans, using
21   this decision rule, is six out of 12 or 50 percent
22   exactly, correct, Dr. Rodden?
23       A.  Correct.
24       Q.  And but if we look at just the last 10 years,
25   the success rate is three out of seven minority-preferred

Page 360

1    candidates, using this decision rule of the top-ranked
2    minority candidates, correct?
3        A.  Correct.
4        Q.  So the success rate for minority-preferred
5    candidates, using this decision rule of top-ranked
6    candidates among minority voters, is lower in the last 10
7    years as compared to the time frame as a whole, correct,
8    Dr. Rodden?
9        A.  Correct.
10       Q.  And if we look at just the last five years and
11   just look at top-ranked members -- or the top-ranked
12   candidates among which you endorse as a decision rule for
13   assessing who is a preferred candidate, the success rate
14   is two out of five, correct?
15       A.  Correct.
16       Q.  And that is a lower success rate for
17   minority-preferred candidates when we look at just the
18   last five years as compared to the time frame as a whole,
19   again using your definition of minority-preferred as the
20   highest-ranked candidate amongst minority voters, correct?
21       A.  Correct, but the impression of a downward
22   trend is very much, as I have said many times, is
23   something that depends on a very small margin.  Again,
24   we're talking about a very small number of seats, so it's
25   not very -- the characterization of this as a strong

90 (Pages 357 to 360)

**JONATHAN RODDEN, Ph.D.  8/20/2015**

## Page 361

1  downward trend is one that I would disagree with.  But I
2  agree that when you cut the data in exactly the way that
3  you have proposed, one can come away from this table with
4  the impression of a downward trend in the success of
5  African-American candidates, but of course we know that
6  African-American candidates have been more successful in
7  recent years than in the past, because we know that the
8  African-American voting age population has increased.
9      Q.  Now, if you just compare the white-preferred
10 candidate success rate to the African-American preferred
11 candidate success rate, just using this decision rule to
12 determine who's a preferred candidate, that is the
13 top-ranked candidate among each group, the white-preferred
14 candidate success rate exceeds the black-preferred
15 candidate success rate regardless of whether you use the
16 entire time period, the last 10 years or the last five
17 years, correct, Dr. Rodden?
18     A.  That's correct.
19     Q.  And in fact, the top-ranked white-preferred
20 candidate never lost?
21     A.  Using this approach, that's correct.
22     Q.  An approach that you use and endorse as a
23 plausible decision rule for assessing who is a preferred
24 candidate, the whites and minorities, correct?
25     A.  That's correct.

## Page 362

1      Q.  One last question, Dr. Rodden.  In the ACS
2  data that you report in Exhibit 9, right, you count some
3  individuals as -- in terms of calculating the voting age
4  of people, white alone, you count some individuals as
5  black alone and then you have a mixed race group, correct,
6  Dr. Rodden?
7      A.  Yes.
8      Q.  You don't report anyone as Asian or American
9  Indian alone in 2012 according to the ACS, correct?
10     A.  Because the ACS data are not there.
11     Q.  Correct.  If you were to learn, in fact, there
12 is ACS data indicating there are individuals in the
13 Ferguson-Florissant school district who are Asian alone or
14 American Indian alone, that would mean there is some
15 miscalculations in this exhibit, correct?
16     A.  It means this is a group that was not small
17 enough for them to provide breakdown in the ACS.  But
18 there were breakdowns provided in the -- in the overall
19 population, the breakdowns are missing in the age-specific
20 data.
21     Q.  So my question was if you were to learn that
22 the ACS, in fact, recorded individuals of voting age
23 population who are Asian alone and American Indian alone,
24 that would mean there is a miscalculation in this chart,
25 correct, Dr. Rodden?

## Page 363

1      A.  Miscalculation of what kind?
2      Q.  Your calculation of the voting age population
3  that is African-American would be incorrect, right, Dr.
4  Rodden?
5      A.  Are you asking me about the denominator of --
6      Q.  Yeah, that changes the denominator, wouldn't
7  it, it terms of total voting age population in
8  Ferguson-Florissant school district if there were
9  individuals who are Asian Alone or American Indian alone?
10     A.  Potentially slight increase.  It would
11 potentially make a small difference in the number we
12 calculated earlier, but this is the number that the ACS
13 provides for the population of the school district that is
14 above the age of 18 in my download of the data.
15     MR. HO:  Okay.  I don't think I have any
16 further questions.  Just one second.  I think we are
17 finished.
18     MS. ORMSBY:  Okay.  Thank you.  I don't have
19 anything else.  We are not waiving signature and I would
20 like an E-tran.
21
22 (The deposition concluded at approximately 7:57 P.M.)
23
24
25

## Page 364

1              CERTIFICATE OF REPORTER
2
3      I, BETH O. ZINK, a Registered Professional
4  Reporter, Missouri Certified Court Reporter, Illinois
5  Certified Shorthand Reporter and Notary Public within and
6  for the State of Illinois, do hereby certify that the
7  witness whose testimony appears in the foregoing
8  deposition was duly sworn by me; that the testimony of
9  said witness was taken by me to the best of my ability and
10 thereafter reduced to typewriting under my direction; that
11 I am neither counsel for, related to, Knorr employed by
12 any of the parties to the action in which this deposition
13 was taken, and further, that I am not a relative or
14 employee of any attorney or counsel employed by the
15 parties thereto, Knorr financially or otherwise interested
16 in the outcome of the action.
17
18
19    _____
20    Notary Public within and for the
21    State of Illinois, ILCSR#084-004477
22    MOCCR#799
23
24
25

91 (Pages 361 to 364)

Page 365

```
1        Midwest Litigation Services
2          St. Louis, Missouri, 63101
3       Phone (314)644-2191 * Fax (314)644-1334
4
5              August 24, 2015
6    Crotzer & Ormsby
     130 South Bemiston Avenue, Suite 602
7    St. Louis, Missouri  63105
8    Attn:  Ms. Cindy Ormsby
9    In Re:  Missouri NAACP, et al. vs. Ferguson-Florissant
     School District, et al.
10
11   Dear Ms. Ormsby:

12   Please find enclosed your copy of the deposition of
     Jonathan Rodden, Ph.D., taken on August 20, 2015 in the
13   above-referenced matter.  Also enclosed is the original
     signature page and errata sheet.
14   Please have the witness read your copy of the transcript,
     indicate any changes and/or corrections desired on the
15   errata sheet, and sign the signature page before a notary
     public.
16
     Please return the errata sheet and notarized signature
17   page to Mr. Dale Ho for filing prior to date of trial.
18   Thank you for your attention to this matter.
19   Sincerely,
20
     Beth O. Zink, RPR
21   MO-CCR#799, IL-CSR084.004477
     Encl:
22   CC:  Mr. Dale Ho
23
24
25
```

Page 367

```
1
2              WITNESS ERRATA SHEET
3    Witness Name:   JONATHAN RODDEN, Ph.D.
     Case Name: Missouri NAACP, et al. vs. Ferguson-Florissant
4    School District, et al.
     Date Taken: August 20, 2015
5
6    Page #_____ Line #_____
     Should Read:_____
7    Reason for Change:_____

     Page #_____ Line #_____
8    Should Read:_____
9    Reason for Change:_____

10   Page #_____ Line #_____
     Should Read:_____
11   Reason for Change:_____

12   Page #_____ Line #_____
     Should Read:_____
13   Reason for Change:_____

14   Page #_____ Line #_____
     Should Read:_____
15   Reason for Change:_____

16   Page #_____ Line #_____
     Should Read:_____
17   Reason for Change:_____

18   Page #_____ Line #_____
     Should Read:_____
19   Reason for Change:_____

20   Page #_____ Line #_____
     Should Read:_____
21   Reason for Change:_____

22   Page #_____ Line #_____
     Should Read:_____
23   Reason for Change:_____

24   Page #_____ Line #_____
     Should Read:_____
     Reason for Change:_____
25   Witness Signature:_____
```

Page 366

```
1    STATE OF _____     )
                                  )
2    COUNTY OF _____       )
3
4    I, JONATHAN RODDEN, Ph.D., do hereby certify:
5         That I have read the foregoing deposition;
6         That I have made such changes in form and/or
7    substance to the within deposition as might be necessary
8    to render the same true and correct;
9         That having made such changes thereon, I hereby
10   subscribe my name to the deposition.
11        I declare under penalty of perjury that the
12   foregoing is true and correct.
13
14   _____
          JONATHAN RODDEN, Ph.D.
15
16        Executed this_____day of_____, 2015,
17   at_____.
18
19   My Commission Expires: _____
20   Notary Public:      _____
21
22   Signature page to Crotzer & Ormsby, 8/25/2015
23   BOZ/Jonathan Rodden, Ph.D., 8/20/2015
24   Missouri NAACP, et al. vs. Ferguson-Florissant School
25   District, et al.
```

JONATHAN RODDEN, Ph.D.   8/20/2015

368

| | | | | |
|---|---|---|---|---|
| **A** | 51:13 52:22 | 19:1,8,14,19,21 | **adopting** 134:8 | 232:21 233:19 |
| **abandon** 224:12 | 55:24 56:1 82:7 | 20:9,14,19 | 191:5 208:20 | 235:13 236:16 |
| 225:4 | 134:24 217:22 | 21:14 22:1,9,23 | 214:22 | 236:25 237:4 |
| **abandoned** 224:6 | 264:19,22 | 23:5,14 24:12 | **advancement** 1:4 | 240:17 242:12 |
| **abide** 34:3 | 271:24 272:23 | 24:21 32:10,21 | 1:23 | 243:2,8,14,23 |
| **abilities** 51:15 | 276:19 | 34:4 178:2,8 | **advocacy** 329:14 | 244:22 247:13 |
| **ability** 120:23 | **accurately** 40:4 | 179:24 180:1 | **advocates** 296:5 | 250:3,8,12,13 |
| 364:9 | 52:9 78:2 234:2 | 222:10,14 | **affair** 236:12,15 | 250:16,18,20 |
| **able** 23:22 29:12 | 236:20 252:21 | 225:10 | 332:14 | 250:24,25 |
| 37:16 38:10 | 275:22 324:24 | **action** 364:12,16 | **affairs** 239:15 | 251:2,4,7,8,10 |
| 120:19 127:5 | 326:16 333:9 | **actively** 12:11 | **affect** 32:4,4 33:5 | 251:13,15,17 |
| 172:15 247:20 | 357:7 | **activities** 318:22 | 33:25 120:23 | 251:20,25 |
| 311:23 320:10 | **achieve** 33:17 | **acts** 19:19,20 | 323:13 | 252:13 266:25 |
| **abortion** 11:11 | 57:4 225:22 | **actual** 57:1,2 | **affiliation** 288:22 | 267:7,16,24 |
| **abovereferenced** | **achieved** 48:25 | 59:20,21 76:17 | 289:3 290:19 | 268:10 269:4 |
| 365:12 | 84:25 | 77:11 336:7,8 | 290:24 291:15 | 269:10,13,21 |
| **absence** 288:15 | **achieving** 246:14 | 346:13,23 | **affiliations** | 270:2,4,11,13 |
| **absolute** 256:18 | **aclu** 4:7,7,19 | **adam** 317:8 | 291:17 | 270:18 272:2 |
| **absolutely** 90:9 | **acluem** 4:11 | 318:3 329:15 | **afraid** 277:17 | 273:1,7,8,17,18 |
| 96:12 283:2 | **acs** 16:4 57:12 | **add** 25:12 56:8 | **african** 353:13 | 273:23 274:8 |
| 328:7 | 58:5,8,13,23 | 71:2 110:11 | **africanamerican** | 276:12 278:2 |
| **abstract** 2:11 | 59:3,7,12 60:16 | 246:18 330:1 | 2:20 39:10,14 | 284:20 285:5 |
| 14:13 | 60:16,20,21,22 | 345:11 346:8 | 40:10,11 44:1,9 | 285:13 292:3,8 |
| **academic** 351:17 | 60:24 61:11,12 | 346:11 | 44:13 45:3 | 292:12,20 |
| **accept** 82:8 | 61:15,20,25 | **adding** 346:14 | 60:13 61:2,16 | 293:15,23 |
| 179:11 259:25 | 69:24 102:6,12 | **addition** 7:22,23 | 62:20 75:8 85:9 | 294:13 298:17 |
| 260:10 | 102:13 103:9 | 329:3 | 85:20 86:10 | 304:1 305:20 |
| **acceptable** 94:21 | 103:18,20,24 | **additional** | 90:3 98:20,21 | 306:2,10,16 |
| 179:6 192:24 | 104:3,9 105:6,8 | 111:18 177:17 | 111:21,23,25 | 307:3 310:2,7 |
| 286:9 | 105:14,25 | 224:14 297:7 | 112:10 113:10 | 310:20,25 |
| **accepted** 9:9 | 106:12,21 | **address** 14:7 | 113:11 115:1 | 311:6,15,24 |
| 77:1 81:7 | 107:21 111:2,3 | 30:8 | 119:13,14 | 312:3,7,15,16 |
| 157:23 | 111:6 112:18 | **addressed** | 120:8,23 | 313:10,19 |
| **access** 127:5 | 115:22 116:4 | 241:20 | 121:17,19,19 | 315:9,10,12,25 |
| **accessed** 241:5 | 116:25 117:10 | **addresses** 18:1 | 121:22,24 | 316:5,19 |
| **accident** 45:22 | 301:22 302:1,7 | **adds** 310:15 | 122:1,5,7,9,10 | 334:21,24 |
| **account** 58:5 | 302:9 304:13 | **administered** | 122:19 123:16 | 337:3,24 338:4 |
| 204:22 298:21 | 304:15 305:8 | 324:21 | 127:7 135:24 | 339:14 342:5,9 |
| 353:19 | 305:24 306:6 | **admissible** 25:1 | 158:21 159:1 | 346:20 347:12 |
| **accounting** | 310:14 311:25 | **admit** 313:2 | 160:9,11 | 350:1,5,15,16 |
| 239:18 | 316:7,12 | **admittedly** 281:5 | 164:11 173:23 | 361:5,6,8,10 |
| **accounts** 15:20 | 351:23 352:11 | **adopt** 165:12 | 181:15 199:22 | 363:3 |
| 18:23 286:20 | 352:15 362:1,9 | 176:19 186:15 | 205:7 206:19 | **africanameric...** |
| **accuracy** 100:21 | 362:10,12,17 | 343:23 | 215:14 221:24 | 50:2 60:5 62:5 |
| **accurate** 28:12 | 362:22 363:12 | **adopted** 190:2 | 224:14 225:24 | 64:6 65:2,18 |
| 49:9 50:24 51:2 | **act** 18:7,18,21 | 192:13,14 | 226:14 229:1 | 69:18,22 70:22 |

JONATHAN RODDEN, Ph.D.   8/20/2015

369

| | | | | |
|---|---|---|---|---|
| 86:21 92:19 | 111:15,22 | 165:4,8,15 | **american** 1:16 | 197:24 199:1 |
| 98:25 111:14 | 112:11,19 | 166:8,20,21 | 4:4,8 28:24 | 212:17 240:14 |
| 111:16,17 | 113:6,12,16 | 167:18,20,20 | 37:10 43:17,25 | 280:23 281:21 |
| 114:25 115:5,8 | 119:4,13,21 | 170:9 182:12 | 56:21 57:11 | 282:1,11,12,18 |
| 120:1,3,8,15 | 121:18 122:5,8 | 182:22 192:12 | 103:3 274:3 | 282:24 283:4 |
| 121:7,7,22 | 225:24 243:21 | 234:4 242:14 | 305:3 309:11 | 285:20 286:8,9 |
| 123:8 126:19 | 301:21 302:21 | 243:8,13 244:6 | 309:23 310:3,9 | 286:14 297:9 |
| 133:17 158:13 | 303:1,4,9,17 | 244:12 273:6 | 311:1 315:24 | 297:17 318:4 |
| 158:18 159:11 | 304:4,14 305:1 | 277:9 279:16 | 362:8,14,23 | 320:3 334:22 |
| 160:5 161:22 | 305:6,11,14,25 | 284:14 300:21 | 363:9 | **analytical** 162:19 |
| 164:19 167:22 | 306:8,21,24,24 | 300:25 301:3,8 | **americans** | **analytically** |
| 210:14 221:19 | 306:25 309:7 | 316:6 361:2 | 353:14 | 164:20 |
| 221:20 222:5 | 309:21 310:1,8 | **agreed** 5:1 164:7 | **amid** 96:19 | **analyze** 63:19 |
| 229:21,24 | 310:18,24 | 187:23 188:3,4 | **amount** 30:4 | 78:15 118:14 |
| 242:15,19 | 311:13,21,22 | 229:9 338:21 | 101:11 | 178:3 225:9 |
| 243:1 269:18 | 312:2,4,6,15,17 | **agreeing** 151:16 | **amounts** 286:20 | 320:10 |
| 272:25 273:25 | 313:10,11 | **agreement** | **ample** 307:5 | **analyzed** 85:4 |
| 275:19 276:1 | 314:5 315:19 | 236:13 279:1 | **analyses** 28:13 | 243:18 286:10 |
| 293:1,5 298:24 | 316:5,9,14,19 | 292:13,22 | 49:19 50:11 | **analyzing** 51:12 |
| 298:25 299:5 | 347:3,4,13 | **ahead** 166:1 | 51:12 55:9 | 52:1,1 |
| 299:11 300:7 | 352:12 353:14 | 170:17 184:13 | **analysis** 14:1 | **andrew** 5:21,22 |
| 306:12 315:15 | 361:8 362:3,22 | 222:8 224:22 | 21:16,21,21,23 | **angela** 4:16 |
| 315:19 316:8 | 363:2,7,14 | 344:3 | 23:22 26:10,16 | **anger** 91:5 92:11 |
| 316:14 339:9 | **agency** 324:22 | **aid** 52:19 133:12 | 26:25 27:3,4,4 | 94:2 |
| 342:23 343:17 | **agenda** 237:13 | **airport** 299:18 | 29:10 30:14,24 | **angered** 94:9 |
| 347:5,6 359:20 | 292:23 | 299:25 | 36:4 37:24 49:4 | 236:15 |
| **africanameric...** | **agendas** 292:13 | **al** 1:24,25 365:9 | 49:6,23 50:3,5 | **angle** 156:20 |
| 314:25 | **agespecific** | 365:9 366:24 | 50:17,23 51:10 | **angry** 93:25 |
| **agabel** 4:18 | 362:19 | 366:25 367:3,4 | 51:20,25 52:4,8 | **annual** 13:17 |
| **age** 49:8 52:25 | **aggregate** 31:14 | **algorithm** 30:5 | 53:20 54:2,12 | 14:10 |
| 55:10,11,12,15 | 51:24 61:13 | **allblack** 241:23 | 54:16,22 55:4 | **ansolabehere** |
| 55:16 56:2,2,14 | 123:6 125:6 | **allout** 296:3 | 56:18 59:23 | 25:14 |
| 56:15 60:6 61:2 | 300:11 324:9 | **allow** 12:20 | 67:17 70:24,25 | **answer** 6:6,7,11 |
| 61:16,17 62:5,6 | **aggregation** | 123:6 279:13 | 71:5 73:11,13 | 7:2,8 15:17,25 |
| 62:10,19 63:5,9 | 117:4 | 303:24 320:11 | 74:9 75:16 | 23:10 32:15 |
| 63:16,23 65:14 | **ago** 46:2 240:21 | **allowed** 30:5 | 78:22,25 85:23 | 49:24 60:9 80:1 |
| 65:16,17 71:5 | **agree** 42:2,6,11 | 56:5 132:1 | 88:10 90:1,2,4 | 84:24 85:2 |
| 85:25 86:20,21 | 42:14,19,23 | 291:3 | 90:7,25 92:2 | 107:4 120:18 |
| 100:18,23 | 43:2 45:15 52:3 | **allows** 56:5 60:17 | 94:21 95:2 | 120:20,25 |
| 101:4,9,15,20 | 57:19 63:2,6 | **alphabetical** | 118:1 119:3 | 123:25 127:5 |
| 104:7,25 105:5 | 75:18 114:12 | 67:25 | 120:14 123:4 | 135:11 136:5 |
| 105:24 106:4,9 | 118:5 123:5,18 | **altered** 149:10 | 123:10,12,14 | 178:11,14 |
| 106:16,19 | 124:4 129:23 | 169:20 | 123:18 124:23 | 185:3 210:17 |
| 107:2,23 108:7 | 152:14 163:10 | **alternative** | 125:5,10,13,17 | 211:19,21 |
| 109:21 110:9 | 163:18 164:15 | 134:11 | 127:2,6 153:10 | 223:16 240:25 |
| 110:23 111:1,5 | 164:16,24 | **america** 15:11 | 155:1 192:17 | 271:21 279:13 |

JONATHAN RODDEN, Ph.D.   8/20/2015

370

| | | | | |
|---|---|---|---|---|
| 295:23 328:13 | 217:4 | **appropriately** | **arrive** 316:13 | 191:19 193:12 |
| **answered** 15:16 | **applying** 135:9 | 167:7 | **arrived** 7:20 | 211:15 222:17 |
| 33:3 | 218:20,23 | **approval** 326:2 | **arriving** 239:9 | 224:23 225:5 |
| **answering** 70:19 | 220:4 245:1 | 327:10 328:21 | **art** 3:9 97:2 | 233:11 240:22 |
| 71:3 124:8 | 246:3 356:15 | 329:2,6 | **article** 3:8,10,12 | 284:23 291:2 |
| 350:12 | **apportions** 58:22 | **approximately** | 13:15 17:18,23 | 324:1 363:5 |
| **anthony** 4:10 | **appreciate** 200:6 | 1:15 5:10 | 28:2,5,9 31:3 | **aspect** 318:16 |
| **anticipate** 163:18 | 200:16 266:7 | 363:22 | 31:15 32:13 | 325:13 |
| **apart** 105:21 | **approach** 133:11 | **april** 53:11 | 45:6,19 89:23 | **aspects** 43:12,24 |
| 111:13 | 133:20,21 | 240:11 | 90:10 238:11 | 179:25 180:6,7 |
| **apartment** | 134:4,9,10,11 | **arbitrary** 180:13 | 240:19,21,23 | **assemble** 51:15 |
| 299:23 | 134:13 135:9 | **area** 9:17,18 | 241:11 | **assembled** 51:8 |
| **apologies** 174:5 | 136:2 150:20 | 10:13 13:13 | **articles** 9:1 43:9 | 117:6 |
| **apologize** 79:18 | 158:3 164:16 | 14:19 15:15,21 | 43:10 179:18 | **assembly** 126:15 |
| 86:2 100:13 | 164:21,22 | 17:2,13 18:2 | 238:12 239:13 | **asserting** 134:25 |
| 135:25 144:11 | 165:10,12,20 | 26:20 33:9 | 239:14,21 | **assertion** 89:17 |
| 188:6 | 165:22 166:2 | 34:16 39:6,16 | **articulated** 196:5 | 89:20 90:22 |
| **apologizing** | 175:17,18 | 39:20 41:17,21 | 219:22 | 328:2,14 |
| 332:11 | 176:19 178:24 | 41:25 42:4,9,12 | **ascended** 252:24 | **assess** 21:12 |
| **apology** 333:19 | 179:3,4,5,6 | 42:16,21,25 | 253:3 294:13 | 27:11 29:19 |
| **apparently** 170:9 | 182:25 183:14 | 43:3 44:11,20 | **ascertain** 56:1 | 75:19 89:1 |
| **appear** 34:5,8,22 | 189:12 203:15 | 46:7,11,15,17 | 255:4 295:15 | 182:13 256:13 |
| 99:15 157:1 | 212:4,7,22 | 46:19,22 | 303:24 311:23 | 258:12 278:15 |
| **appearance** | 213:23 220:12 | 114:19 180:8 | **ascertation** 324:5 | 281:15,18 |
| 327:16 | 220:14,19,23 | 284:15 286:6 | **asian** 314:11 | 350:13 354:25 |
| **appeared** 17:21 | 245:19 246:9 | 296:23 297:15 | 362:8,13,23 | 356:7 |
| **appears** 93:14 | 247:19 259:17 | 313:14 | 363:9 | **assessed** 90:14 |
| 99:15 107:6 | 278:24 279:15 | **areas** 10:16 11:4 | **asians** 110:6 | **assessing** 118:6 |
| 144:1,20 364:7 | 325:23 343:12 | 11:18,19,24 | **aside** 156:19 | 118:12 175:24 |
| **appended** 333:1 | 343:22,24 | 22:17,18 46:14 | **asked** 19:10 23:8 | 177:13 183:15 |
| **apples** 104:15 | 344:2,2,14 | 46:16 58:18 | 64:9 70:3 100:6 | 259:15 281:3 |
| **applicable** 65:5,7 | 350:9 361:21 | 275:3 297:1,6 | 121:5 124:18 | 350:8 354:4 |
| 330:22 | 361:22 | 298:24 299:1,6 | 127:15 178:10 | 356:21 357:3 |
| **application** | **approached** | 299:7,13 | 186:15 211:18 | 359:15 360:13 |
| 77:17 282:4 | 278:8 326:9 | **arent** 202:7 | 211:20 225:1 | 361:23 |
| 311:3 | **approaches** | **argues** 28:24 | 237:25 238:24 | **assessment** 18:25 |
| **applied** 190:6 | 162:22 175:15 | **arises** 37:22 | 239:16 240:24 | 21:16 47:23 |
| 208:25 209:7 | 183:12 256:7,9 | **arising** 331:23 | 332:15 336:20 | 62:15,16 |
| 244:16 246:6 | 279:2 | **arose** 28:15 | 342:3 346:7,8 | 117:23 211:13 |
| 247:14,21 | **approaching** | **arrangement** | **asking** 6:7 32:12 | 221:3,4 322:25 |
| 292:4,8 312:3 | 325:16 326:6 | 21:13 22:22 | 49:23 57:25 | 323:21 |
| **applies** 37:4 | **appropriate** | 23:13 24:11,20 | 65:8 87:20 99:2 | **assign** 253:16 |
| 295:13 | 56:10,12 70:18 | 26:18 27:12 | 112:4 166:20 | 254:6 258:8 |
| **apply** 80:19 | 164:21,22 | 351:2 | 170:3 173:22 | **assist** 78:12 |
| 131:20 151:24 | 167:12 223:24 | **arrangements** | 184:16 185:2,4 | **associated** 31:18 |
| 179:2 190:9 | 275:25 | 350:2,7 | 185:5 188:14 | 57:21 58:7 |

76:21 96:21
115:23 116:5
278:21 352:16
**association** 1:3
1:23
**assume** 29:3 63:8
63:15 64:16
65:22 66:13
110:16,19
130:6,7 131:18
131:19 132:8
181:8,12
335:21 350:20
350:25
**assumed** 311:15
335:21
**assuming** 130:18
130:20,22
131:24 132:7
202:13
**assumption**
70:20,23
181:10,14,22
311:10,12
313:14,15
316:4
**assumptions**
71:16
**asterisks** 198:9
**asymmetric**
93:15
**asymmetry**
28:25 65:6
**atlarge** 3:22
342:1 348:25
351:1,5,10,11
**attached** 3:24
**attaining** 300:22
**attempt** 49:6
50:11 59:1 62:3
88:6 179:18
258:12 311:7
334:19 350:9
350:13
**attempted** 27:11
49:25 322:24

323:3
**attempting** 41:13
334:22
**attention** 13:7
15:22 16:13
96:20 97:22
98:9 99:6 172:8
243:5 247:16
365:18
**attitude** 320:13
**attn** 365:8
**attorney** 331:4
331:14 364:11
**attorneys** 7:1,18
7:24 8:5 19:11
172:1
**attract** 294:5,21
294:25
**attracted** 91:4
**attractive** 114:19
179:4
**attracts** 295:2
**attribute** 87:5
**attribution** 90:11
**august** 1:14
365:4,12 367:4
**authored** 17:11
**authority** 10:20
**authors** 43:13
45:1
**available** 31:11
31:12,13 51:23
52:4 55:21
56:10,12 63:18
103:21 105:9
105:11,15
110:6 112:24
117:3 134:19
151:3 311:25
**avenue** 4:15
365:6
**averages** 103:7
**averted** 223:23
224:3 225:16
**avoid** 273:4
323:2

**awarding** 9:5
**aware** 171:18
172:11 289:5
322:2

———————
**B**
———————
**b** 144:6,15,21
182:3,9 183:5,9
218:18 219:6
219:22 221:12
322:10
**bachelors** 300:22
**back** 24:15 25:13
25:16 41:2
53:21 83:5
84:18 91:2
101:12 105:9
109:15 126:3
151:2,20
173:19 214:5
222:12 223:11
238:25 239:23
242:6 244:3,24
249:14 252:15
252:17 265:16
270:19 272:3
276:3 297:25
299:20 301:12
303:13 313:16
319:25 338:16
345:16 354:15
**background**
240:3
**backwards** 211:3
211:10
**bad** 25:15 70:23
76:19
**bailey** 1:5
**ballot** 11:9
221:20 224:14
273:24 289:14
291:4,9 318:18
318:23 319:2,4
319:5,13
**ballots** 53:4,11
53:15 54:13,22
55:5 59:18 62:1

65:24 66:11
132:8 225:13
276:21 294:8
**ballpark** 132:5
274:19
**barack** 283:19
283:20 317:23
318:9
**barbara** 221:18
221:23 222:21
223:1 251:4
269:11
**bare** 177:2
**barely** 177:3
198:7
**base** 313:19
317:25
**based** 30:20
46:18 50:10,19
56:10,12 57:12
57:16,19,20
58:9 59:19,23
87:21 92:12
95:8 98:6
102:13 104:9
105:25 109:23
112:9 113:20
116:3,21 177:7
184:19 195:3
209:21 220:2
241:7 256:22
258:9,13,18,23
259:2 277:24
281:4 283:8
300:11 302:1,4
302:8 303:22
304:15,22
305:3,7,19
309:14 316:1,2
316:2,16
317:20,25
323:20 324:9
334:21,21
342:9,10 358:9
**baseline** 29:15
**basic** 6:1

**basically** 131:22
275:8
**basing** 60:4
**basis** 12:5 26:22
80:13 117:1
214:2 318:7
322:25
**bathroom** 127:22
**bears** 320:14
**beautification**
327:17
**becoming** 16:21
39:14
**began** 16:15
**beginning** 135:9
151:21 173:20
173:21 185:19
325:1
**begins** 151:25
242:10 276:16
**behalf** 5:13 100:4
**behaved** 158:18
**behavior** 9:21
11:12,14 12:21
26:15,25 27:6
71:25 99:14
117:24 164:20
178:4 179:8
278:1 279:18
279:20 318:14
318:17
**beings** 300:2
324:19
**believe** 14:9 17:3
22:10,11 23:2,4
23:7,11,12,19
24:7 26:4,4
32:17 33:2
34:14 36:14
40:9 43:24 46:4
47:11 49:3,12
53:10 55:8
81:20 82:13
86:25 95:11
96:9 97:1 99:9
107:15,24

| | | | | |
|---|---|---|---|---|
| 108:14 110:16 | **beth** 1:17 4:22 | 76:2 77:25 | 192:3,7,11 | 310:18 314:12 |
| 110:22 118:9 | 5:3 364:3 | 79:23 80:3,11 | 193:1,21 195:9 | 346:12 347:13 |
| 118:15 124:24 | 365:20 | 80:14 81:1 | 196:9,13 197:2 | 348:24 356:10 |
| 125:23 126:19 | **better** 60:14 61:4 | 82:11,18 83:19 | 197:5,10,11,15 | 362:5 |
| 127:4,6 133:10 | 78:18 180:10 | 84:6,11,15,19 | 197:21 198:17 | **blackpreferred** |
| 138:5,18 | 180:11 342:11 | 85:3,16 86:17 | 198:17,19 | 148:10,22 |
| 139:22 140:7 | 342:11 | 87:2 91:12,16 | 199:2,7 200:21 | 149:11,16,20 |
| 143:2 144:23 | **beyond** 11:18 | 93:7,10,17 | 201:9,13 | 150:1,22 |
| 158:1,12 162:4 | 61:1 79:1 | 94:11 105:20 | 204:10,16,18 | 152:25 153:3,7 |
| 162:18 163:19 | 299:20 305:7 | 108:6,11 | 204:19,23 | 153:10,16 |
| 164:11,18 | 315:22 | 109:13,22 | 206:1,5,7,11,11 | 154:8 155:2,17 |
| 165:10 171:10 | **bias** 2:13 27:25 | 110:12 111:7 | 210:21 211:3,4 | 155:20,25 |
| 171:11,21 | 28:11 29:21,23 | 114:19 119:4,6 | 211:10 212:2 | 156:14 159:4 |
| 172:23 174:4 | 30:2,9,18 31:18 | 119:21,23 | 214:11,15,16 | 162:5,9,11,13 |
| 179:5 180:8,12 | 31:21 57:22,23 | 122:22,25 | 215:11 216:14 | 167:7 168:3 |
| 180:14 187:16 | 57:24,25 58:2,4 | 124:9,15 126:2 | 216:16,18,19 | 175:13,24,25 |
| 199:19 211:6 | 58:4,6 | 128:8 132:25 | 216:22 217:19 | 186:22 193:9 |
| 211:14 212:13 | **big** 12:10 19:5 | 133:8 135:5,15 | 217:24 218:2 | 195:6 199:16 |
| 213:5 215:13 | 90:6 92:3 | 135:17 136:9 | 219:5,10,14,17 | 199:18 201:2 |
| 222:25 225:2,9 | 105:19 118:22 | 137:3,11 138:3 | 221:6,11,14,17 | 203:12,16 |
| 225:15 234:6 | **bigger** 120:13 | 138:20 139:17 | 222:22 223:1 | 205:2 207:2 |
| 237:14 240:19 | **bill** 333:16 | 140:12 141:1 | 224:3,6 226:7 | 208:23 210:9 |
| 253:6,7 273:3 | **binary** 170:2,7 | 141:18 142:10 | 227:17,18,21 | 211:1,8,12 |
| 275:15 286:5 | 234:8 | 143:1,8 144:13 | 227:24 228:4,8 | 212:11 214:23 |
| 305:12,16 | **biracial** 280:18 | 144:14 145:12 | 228:11,17,21 | 214:25 217:8,9 |
| 307:11 323:4 | 281:1,16 | 146:6,14 147:4 | 230:3,24 | 217:12 219:22 |
| 324:9 338:10 | **bit** 14:1 49:22 | 147:9 148:3,12 | 231:13,23 | 220:14,19 |
| 346:9,16 348:5 | 88:1,2 114:7 | 148:21 149:4 | 232:11,12,15 | 221:1,7 235:4,6 |
| 353:7 | 125:4 134:3 | 149:18,25 | 233:2,7 234:18 | 245:2,9 248:6 |
| **believed** 36:25 | 163:9 190:4 | 153:2 155:21 | 234:24 240:9 | 248:20 249:15 |
| 44:19 | 200:25 230:15 | 157:6 158:9 | 241:17 245:15 | 249:20,22 |
| **bemiston** 4:15 | 294:25 295:1 | 159:9,19,20,25 | 245:24 246:3 | 253:4,21 |
| 365:6 | 335:3 | 160:7,17 161:1 | 247:18 249:20 | 256:14 259:2 |
| **benefit** 35:4,14 | **bivariate** 50:14 | 161:19 164:24 | 249:22 256:19 | 260:19 354:5 |
| 35:22 36:2,16 | 52:7,9,20 | 165:1,18 | 258:24 260:9 | 354:13,17,20 |
| 37:15 | **black** 3:22 40:2,8 | 166:14 173:14 | 263:7 265:25 | 355:4,6,10,12 |
| **benefits** 36:9 | 41:24 42:3,7 | 173:16 174:7,8 | 266:9,14,17,22 | 355:17,18,20 |
| 91:7 | 48:8 49:7,14 | 174:11,16,23 | 267:5,13,21 | 355:22 356:1 |
| **benz** 146:19 | 52:25 54:8 | 174:24 175:3,5 | 268:4,15,23 | 359:8 361:14 |
| 235:17 | 55:12,16 56:2 | 175:9,22 176:2 | 270:23 271:1 | **blacks** 41:3 |
| **bernard** 25:18 | 56:15 62:13,18 | 176:21 181:8 | 271:13,18 | 48:14,24 50:9 |
| **best** 24:4 47:17 | 63:4,15,17 | 181:12,18,20 | 280:12,20 | 50:18 59:22 |
| 51:14,14 52:4 | 64:13,17,25 | 183:4,5 185:11 | 283:15 284:6,9 | 62:10 64:12,20 |
| 56:19 278:24 | 65:12 66:1,14 | 186:5,7,11,19 | 297:20 303:3,4 | 65:17 66:4 67:3 |
| 307:5 312:5 | 66:21 68:3,23 | 188:22,23 | 303:15 304:5 | 67:10,14 69:7 |
| 350:11 364:9 | 70:14 72:11,12 | 189:4,7,9 191:4 | 305:15 306:7 | 69:10,14 70:8 |

70:10 73:16
79:5,21 87:12
101:3,8,19
136:19 166:10
174:20 185:9
185:18 186:1
189:21 190:18
195:20 198:20
201:5,19 298:4
298:8 300:17
300:21,25
301:4,9 303:9
**blank** 189:15,25
**bloc** 3:15
**block** 55:21,22
56:7 59:13
126:16 223:10
224:19 278:2
299:16 300:13
**blocked** 223:9
**blocklevel** 12:15
**blocks** 28:18
31:12,13 33:16
51:24 59:5
117:6,20 282:5
**blog** 2:13 17:20
34:19 37:8
39:18 40:23
41:13 46:3,20
240:13 296:12
296:15,20
**blogger** 240:15
**blunt** 60:8
**board** 1:9 3:13
35:11 36:19
40:2,17,20
47:24 48:9,15
48:25 49:15,20
50:10,12,19
54:9 73:1,3,7
74:3,4,15 75:9
75:10,11,20,24
84:2 94:1
117:24 120:5
172:2 241:17
241:24 273:20

275:20 276:2
276:23 277:12
278:10,11
279:21 280:3
293:24 294:20
324:20 336:7,8
**body** 11:7 40:6,9
292:16
**bonica** 317:8
318:3 329:15
**book** 9:2 13:25
14:3,4 29:11
**bother** 331:20
**bottom** 83:16
225:21 239:24
**bound** 159:18,19
198:18 206:15
207:19 214:16
**boundaries**
117:5
**bounds** 157:6,10
227:19
**boz** 366:23
**break** 7:6,8
46:24 47:1,3,5
81:18 83:4
127:22,23
128:2 252:17
259:6,8,9
307:15,18,21
311:7 348:20
**breakdown**
110:5 311:11
315:10 362:17
**breakdowns**
306:22,24
311:8,14
362:18,19
**breaks** 7:5
**brevity** 71:12
**brief** 334:9
**briefly** 6:1 346:6
347:24 359:11
**bright** 45:19
**bring** 308:23
**brings** 250:18,21

250:25
**broad** 4:4 11:21
28:6 43:16
202:11
**broadly** 118:3
**brown** 96:21
97:24 99:6
114:18 145:20
224:15 226:24
227:11,14
343:1,7,9,14,16
345:1
**build** 41:6,7
117:9 351:3
**bullock** 4:16
**bumps** 114:3
**bureaus** 56:21
67:24 68:6,7,22
69:5
**butler** 138:19
139:2,18,21
188:22 189:7
189:14,18,20
190:8,25 191:3
192:2,10,11,23
192:25 193:14
193:21 194:24
194:24 195:1,9
196:17 197:4
197:18,19,20
198:17 199:1,4
199:19,22
250:8,13
266:22,25
267:2 338:3
**butlers** 189:24
190:21 193:15
196:17 197:9
**buying** 123:3,3
**bvap** 346:19,24

_____
**C**
_____

**c** 4:1
**cage** 34:19
**calculate** 53:3
54:13 55:4
59:16 62:1

65:24 66:10,17
69:12 88:6
294:23 346:22
**calculated** 64:18
153:3 232:8
274:14 363:12
**calculating** 55:7
55:15 65:23
70:11 275:1
362:3
**calculation** 59:15
59:19 212:25
213:20 363:2
**calculations**
90:17 104:7
**calculator**
110:25 149:19
**california** 289:18
289:19 291:7
**call** 9:19 10:25
11:8 14:24
24:24 57:12
74:9 76:7
131:12 134:5
158:16 167:12
183:5 277:2
**called** 13:18 15:9
125:22 324:20
346:3,4
**calls** 125:9,17
**campaign** 89:18
171:4,12,17
172:16 236:17
237:1,6,10,15
238:20 239:11
241:10 242:4
317:21 318:6
318:21 321:25
322:1,7 329:23
330:6,12
**campaigns**
171:14
**candidate** 119:14
120:24 122:25
123:16 126:2,6
126:7 128:9,14

129:19,21
130:2,3,9,10,16
130:24 131:5,7
131:14,16,21
131:24 132:5,7
133:25 134:2,5
134:18 135:13
144:24 147:8
153:16 155:2
156:1 157:7,11
157:17 158:2
159:5,8 160:7
162:1,6,9,11,13
162:14,20,25
163:4 164:8,15
165:5,9,14
166:6,9,19
167:13,14,21
169:2 170:2,12
170:14,14
171:22 173:14
174:6,6,22
175:8,13,24,25
176:10,11,17
176:23 177:21
177:25 178:18
178:22 180:12
180:16,24
181:10,14,16
181:18,22,24
181:25 182:2,3
182:9,14,18,20
183:3,4,7,8,9
183:15,25
184:1,3 185:8
186:1,5,7,11,18
186:19 187:1,4
188:4,5,8,13
189:10,16
190:10,12,17
191:10,13,18
191:18,22,24
192:11 193:4
193:10,11
194:3,7 195:15
195:25 196:5,6

JONATHAN RODDEN, Ph.D.   8/20/2015

374

| | | | | |
|---|---|---|---|---|
| 196:8 197:13 | 280:20,21 | 139:6,17 140:1 | 209:21 210:3,9 | 271:1,14,18 |
| 198:17,20 | 282:6,6,12,20 | 140:10,11,16 | 210:21 213:7 | 272:3 273:1,2,8 |
| 199:7,16 201:2 | 282:21 283:10 | 140:25 141:10 | 213:10 214:7 | 273:18,19,23 |
| 201:19,22 | 283:15 284:6 | 141:18,24 | 214:10,23 | 273:24 277:19 |
| 202:7,23,23 | 284:11,11 | 142:9,15 143:1 | 215:1,5,6,11 | 277:20 278:22 |
| 203:13,16,25 | 285:5 287:1 | 143:6,10 144:4 | 216:2,11,22 | 280:13,13 |
| 204:3,8,9 | 289:4,7,9,15,23 | 144:13 145:3 | 217:8,12 218:9 | 281:11 283:11 |
| 206:10,21 | 289:24 290:3,6 | 145:11,18,24 | 218:12,24 | 284:9 285:13 |
| 207:15 208:21 | 290:7,7,8,13,14 | 146:5,12,17,22 | 220:18,25 | 288:22 289:8,9 |
| 208:21,23 | 290:14,19,24 | 147:3,8,12 | 221:5,23,24 | 289:11 290:17 |
| 209:2,8,16 | 291:15 295:10 | 148:2,4,5,11,11 | 222:22 224:11 | 290:18,21 |
| 210:10,13,17 | 295:18 319:7 | 148:13,17,20 | 224:16,24 | 291:16 292:3,8 |
| 211:1,4,8,18,20 | 319:12 337:24 | 148:22 149:2,3 | 225:2 227:4,8,9 | 292:12,17,20 |
| 212:2,5,6,9,11 | 338:4 342:22 | 149:8,12,17,20 | 229:21 230:21 | 294:13 317:18 |
| 212:21 213:11 | 343:11,17,25 | 149:24,25 | 230:23 231:13 | 317:22 318:2,8 |
| 213:16 214:17 | 344:5,5,12 | 150:1,6,7,11,16 | 231:17,21,22 | 318:21 319:2 |
| 215:14,20 | 354:5,6 355:1,6 | 150:17,23 | 232:2,4,7,9,11 | 319:14,20 |
| 216:6,16 217:9 | 355:17,22 | 152:16 153:1,2 | 232:12,21,22 | 320:6 334:21 |
| 218:18 219:5 | 356:8,10,11,21 | 153:4,7 154:8 | 232:23,24 | 334:24 337:3 |
| 219:22 220:1,9 | 357:3,6,7,13 | 154:15,19 | 233:6,16,19 | 339:4,7,14 |
| 220:15,20 | 359:7,8,16 | 155:17,20,21 | 234:25 235:4,7 | 342:5,9 344:23 |
| 221:1,7 224:8 | 360:13,20 | 156:3,4,7,14 | 235:12,20,25 | 344:24 345:5 |
| 224:14 227:20 | 361:10,11,12 | 158:6,22 159:7 | 236:1,5,16,25 | 345:12,24 |
| 227:23 228:20 | 361:13,14,15 | 161:2 163:5 | 237:5,11 | 346:2 348:25 |
| 229:9 232:16 | 361:20,24 | 164:19 166:4 | 238:19 239:10 | 350:1,5,11,15 |
| 233:3 243:22 | **candidateprefe...** | 167:12,21,24 | 240:17 241:16 | 354:14,18,21 |
| 245:22,24 | 295:15 | 168:4,8,13,17 | 242:2 243:23 | 355:2,5,10,12 |
| 246:2,2,3,4,11 | **candidates** 2:23 | 168:23 171:17 | 244:23 245:2 | 355:18,20 |
| 247:21 252:20 | 3:6,13,22 26:19 | 171:18 172:9 | 245:10,11,15 | 356:1,15 |
| 253:4,22 | 27:13 73:21 | 175:19,22 | 245:21 246:1,8 | 357:14,19,20 |
| 254:14 255:3,5 | 87:24 97:16 | 177:10,14 | 246:19 247:1,5 | 357:23 358:5 |
| 255:25 258:9 | 119:6,23 120:8 | 181:7 182:7,21 | 247:8,12,18 | 358:19,20,24 |
| 259:16,16,21 | 120:9,16 | 183:5 184:2,18 | 248:7,9,14,20 | 359:3,5,6,20 |
| 259:22 260:24 | 121:19,25 | 184:23 185:6,7 | 248:22 249:2 | 360:1,2,5,6,12 |
| 261:6,14,22 | 122:2,7,11,19 | 186:17,22 | 249:15,20,22 | 360:17 361:5,6 |
| 262:4,13,20 | 122:22 124:9 | 187:8,12,15,25 | 251:20,23 | **cant** 6:12 20:18 |
| 263:5,13,20 | 124:15 125:7,8 | 191:4 192:3 | 252:12,24 | 71:15 158:4 |
| 264:2,10,18,23 | 132:18,18 | 193:1 194:13 | 254:15,16,24 | 161:14 163:13 |
| 265:8,12,13,15 | 133:7,13,18 | 194:18 195:5,6 | 255:11,16,22 | 163:22 169:16 |
| 265:19 266:1,2 | 134:6,7,17,23 | 195:20 199:2 | 256:3,14,22 | 176:1 274:21 |
| 266:14 268:22 | 135:2,4,10,14 | 199:12,18 | 257:5,15,22 | 313:2 324:11 |
| 269:9,17 | 135:16,21,22 | 200:1,17 | 258:23 259:2 | 324:11 345:21 |
| 270:18 273:6 | 135:23 136:7,9 | 201:17 202:9 | 260:8,9,19,20 | **capacity** 17:8,8 |
| 273:14 274:8 | 136:11,12,18 | 204:23 205:2 | 260:22 264:20 | **capture** 11:16,22 |
| 275:7,19 276:1 | 137:3,5,10 | 205:20 207:2 | 264:23 265:7 | 29:12 |
| 276:5,7,12,13 | 138:2,6,19 | 207:25 208:3 | 266:8 270:23 | **captured** 99:14 |

JONATHAN RODDEN, Ph.D.   8/20/2015

375

**care** 39:24
177:22
**case** 7:25 17:14
18:17,24 19:3,4
19:5 20:4,6,11
20:13,14,15,21
20:24 21:11
24:9,11,18,21
26:9 31:11 32:8
32:12,16 38:1,2
40:5 44:6,8
45:13 47:12
65:4 74:15
75:11 77:16
79:6 87:13 92:5
92:8 95:1 98:8
100:7,16
110:16 118:8
118:16,19
124:11 125:20
130:7 133:19
160:22 172:3
174:15 175:20
176:16,20
178:23 182:11
203:1,6 213:22
222:4 272:15
274:5,22
277:16 279:24
281:5 283:2,3
286:13,22,24
298:9 308:3
312:12 314:24
315:6 328:17
367:3
**cases** 20:7 22:13
79:16 83:13,18
85:8 126:24
133:19,22
163:3 177:2,3,8
177:15 178:20
179:8 180:5
281:8,9 286:7
337:18
**cast** 11:9 53:4,11
53:15 54:13,22

55:5 59:18,20
59:21 62:1
122:14 130:1,5
130:17,24
131:6,15 158:9
159:10 171:6
203:21 221:25
222:1 225:13
225:23 226:3
226:13 319:2
319:13
**casting** 276:21
**catchall** 121:3
**categories** 11:21
69:24 126:22
315:4
**categorized**
108:19
**category** 109:22
110:20 126:9
126:20 170:7
303:12,18,25
306:15 311:5,7
311:20
**causal** 90:11,19
90:22 278:20
279:10
**cause** 1:20 29:1,4
29:20 89:15
90:8 95:4
**caused** 29:5,9
30:3 89:18
90:20 97:6 98:1
279:4 322:12
**causes** 30:9
247:15,15
**causing** 97:18
**caveat** 183:21
**cc** 365:22
**cell** 316:12
**census** 2:19,19
16:3 27:2 28:18
31:7,11 33:16
44:16,17 55:18
55:25 56:8,14
56:21,24 57:1,9

58:3,23 59:2,4
59:9,11 60:4,8
60:18,22 61:4,6
61:10 67:22,24
68:6,7,8,21
69:5 100:17,23
101:3,8 102:12
102:16,17,20
103:2,4,13,16
105:1,22
116:18 117:8
117:13,16
126:21 299:16
306:19 309:14
316:1,7
**censuses** 12:16
**center** 297:22
298:2,7,11
302:7
**centers** 44:5
**central** 10:21
282:2
**century** 41:2
**certain** 1:20 19:6
19:11,13 33:4
33:17 37:6
60:17 109:10
254:6 300:17
**certainly** 26:13
33:18 74:22
75:25 82:24
104:13 127:4
166:2 239:17
243:10 266:6
286:15 288:13
312:17 313:15
**certainty** 76:16
76:21 78:7
157:16 159:24
159:24 169:17
186:12 191:1
192:2,8 198:10
353:4
**certificate** 364:1
**certified** 1:19,19
364:4,5

**certify** 364:6
366:4
**certitude** 157:20
192:24 194:14
195:19 196:13
228:16
**chabot** 143:13,14
143:15,15,22
146:18 235:16
264:1,5,7
**challenger** 294:5
294:20,25
**challengers**
152:16 242:12
294:22 295:2
**chance** 172:14
274:23
**change** 10:3
15:20 18:23
32:15 39:13
47:5 60:7 114:1
114:11 344:7
344:15,16,25
345:4,7 346:6
351:3 358:11
367:6,8,10,12
367:14,16,18
367:20,22,24
**changed** 39:6
114:15 258:4
262:25
**changes** 327:9,10
363:6 365:14
366:6,9
**changing** 314:21
**chapters** 9:2
**characterization**
44:3 49:9
237:16 244:1
256:10 275:5
360:25
**characterize**
134:7 223:24
234:15 340:9
**characterized**
48:5 234:16

**charge** 292:16
**charges** 236:13
348:1
**charles** 125:1
172:4
**charlie** 283:21
**chart** 3:21 46:4,5
46:9,13 75:1
76:2 81:10
107:25 108:6
109:21 136:15
136:15 137:2
137:14 138:6
138:11 152:3
152:22 169:4
170:8,13
184:10,16,20
184:21 209:20
304:4 335:20
336:21 345:4
354:12 362:24
**charts** 82:10
**check** 127:5,8
147:15 161:7
249:19
**chen** 27:23 49:25
307:12,25
308:1,16
316:18 334:12
334:13,15,15
336:12,20
349:3,4,7,9,13
349:18
**chime** 337:23
**choice** 3:6 52:1
120:16,24
161:23 162:19
164:12,21
166:6,9 167:13
167:14,21,22
169:24 170:6
175:24,25
186:17,18,19
188:22 189:10
192:11 193:23
203:20 209:2,8

JONATHAN RODDEN, Ph.D.   8/20/2015

209:16 210:14
211:18,20
212:2,5,7,9
227:18 228:16
228:21 231:21
282:6 338:4
343:25 344:5,5
344:23
**choices** 104:16
104:19 205:9
206:2 278:2
**choose** 60:19
114:9 177:15
285:21
**choosing** 282:7
**chose** 52:2
104:14 241:17
285:16
**chuck** 122:4
**chunk** 105:19
**chunks** 154:4
**cindy** 4:16
144:18 188:15
200:6 259:5
365:8
**circumstance**
172:19,21
242:21
**circumstances**
99:7 225:3
253:20,24
254:2,7 258:14
**circumvent**
276:24
**citation** 296:11
296:16
**cite** 43:13 46:20
238:18 241:8
**cited** 30:16 238:9
287:22 288:1
**cites** 288:20
**cities** 9:25 12:12
12:24 13:1,23
15:23 16:7
17:15 37:11,25
43:25 46:6,11

**citizens** 241:15
332:11
**city** 15:25 44:5
297:21 298:1,7
298:11
**civ** 1:7
**civil** 1:16 4:4,8
330:22,23
331:1,11
**claim** 19:2 20:12
87:8 223:9
**claims** 19:9
330:2 331:25
332:24
**clarification**
201:24
**clarified** 329:4
**clarify** 54:18
78:10 104:17
104:20 133:9
143:16 188:16
197:23 257:3
257:18 301:14
335:13 349:6
**clark** 139:18,20
140:3,5 143:2
195:21 197:14
197:18,19,21
198:19 199:6
216:24 217:2
217:17,24
218:3 250:13
251:2 331:3,5
331:15
**clarks** 198:21
217:18
**class** 16:25 19:18
19:19,22 21:24
22:4,7,12 44:1
44:2,9,13,24
**classes** 20:10
22:3
**classify** 234:8
**classroom**
292:18
**clay** 283:20

284:1
**cleaner** 184:20
184:21
**clear** 6:8 17:11
20:3 23:20,21
34:19 49:22
60:18 79:19
80:21 86:6
101:2 103:12
104:3 105:19
106:14 111:24
126:5 133:10
143:20 148:1
149:6 151:23
160:6 162:17
162:18 163:3
163:19 178:21
179:17 180:21
180:24 181:1
181:10,20,22
182:22 184:12
192:18 193:15
198:13,16
199:21 209:13
215:11 217:9
227:18 252:23
255:18 256:12
271:22 273:16
281:20 284:4
285:3 289:17
294:2 298:20
300:11,12
302:10 315:17
323:6 326:8
327:12,21
329:5 332:17
335:3 337:12
354:2 356:5
**clearly** 83:19
87:2 175:21
204:21 222:5
232:23 234:11
291:16
**clinton** 283:19
**cloak** 32:9
**clock** 285:10

**close** 62:24,24
63:4 85:1 134:1
169:20,25
210:23 216:24
217:17 228:13
247:19 272:1
286:18 287:3,4
295:22
**closely** 163:10
**closer** 108:17
166:25 317:23
318:1
**cluster** 314:4
**clustered** 160:8
**coauthored**
27:23 308:2
**coauthors** 330:17
**code** 249:24
**coefficient** 52:11
119:16
**cohesion** 3:16
**cohesive** 158:17
161:23 164:12
164:25 166:9
166:12 168:19
168:21,22
169:24 170:6
170:11,12
176:21,22
177:2,4 178:4
179:9 219:18
**cohesively**
158:18
**cohesiveness**
160:5 162:2
170:2,7
**collaborations**
325:21
**colleague** 317:8
318:3
**colleagues**
325:25
**collected** 66:22
106:21 107:5
112:15 314:20
**collection** 26:23

82:11 317:21
**collectively**
155:15
**collects** 68:8
**colleges** 324:18
**color** 74:24 77:23
**colored** 1:4,23
**colors** 129:8
**column** 53:14
82:10,14
108:15 109:12
109:13,13,24
110:4,15 128:7
128:13 138:1
167:23 188:18
224:21 265:22
302:20 303:3,3
303:14 310:12
310:13 337:4,5
345:8,24,25
346:2,3 352:3,5
**columns** 82:2,17
82:21 109:11
110:11 157:5,9
352:24
**com** 4:17,18
**combination**
122:4 221:21
**combine** 60:14
155:15
**combined** 26:25
122:6 125:1
**come** 25:13,16
73:13 74:7
163:13,17,22
163:22 170:4,5
178:18 222:12
222:16 223:11
278:24 309:10
310:8,25
325:15 326:1
361:3
**comes** 54:15 60:8
68:18 102:7
103:1 216:24
237:13 309:22

JONATHAN RODDEN, Ph.D.   8/20/2015

377

310:2 311:3,4
comfortable
22:15 40:10
comfortably
287:3
coming 240:5
279:1
commenced 5:9
commencing
1:15
commission
366:19
commissioner
321:6,12,24
324:14 328:8
329:11,20
330:9,24 331:9
331:22 332:2
332:13,15
348:4
commissioners
1:10 53:14
328:4 330:3,5
committees 9:5
common 41:1
94:17 171:15
communicate
20:12 299:2,8
299:10
communication
172:4 331:17
communications
243:11 332:22
communities
39:1 297:8,9
community
38:23 40:13
56:21 57:11
87:16 103:3
294:21 305:3
309:11,23
310:3,9 311:1
315:24
compact 29:16
comparable 55:1
104:12

comparative
47:25 48:5
50:18 67:13
297:12 351:16
comparatively
88:7
compare 221:9
221:12 228:2
232:1 296:25
337:4,7 342:14
348:24 361:9
compared 91:17
91:21 92:25
94:11 98:12
204:6 301:10
340:6,7 343:6
357:6 358:4,6
360:7,18
compares 46:5
296:21
comparing 46:21
72:7,11 189:14
189:18 193:14
351:11
comparison
36:20 46:14
127:7 167:10
203:5 245:25
297:5 338:2
342:3,4
comparisons
56:6 232:20
300:1
compensation
94:2
competitive
87:15
complete 14:4
completely
326:14
complex 43:22
133:12
complexes
299:23
complexities
135:20 162:16

162:17
compliance
23:24
complicated 33:9
complied 108:5
137:15 138:12
138:24 139:5
139:11 169:5
194:17 199:5
205:1 218:22
complies 21:13
22:22 23:5,14
24:12,21
component 37:23
components
11:13
composition
26:14 28:11
38:24 39:6,13
39:19
computers 59:6
327:14
concede 231:9
concept 162:14
170:2 234:8
concern 315:5
concerned 57:23
concerning 67:22
100:17 287:15
concerns 286:15
321:20
conclude 81:2
220:19 341:24
342:1
concluded 276:7
363:22
conclusion 86:23
118:15 239:9
247:22 273:3
275:17 313:17
316:13 320:11
328:14,17
344:10
conclusions
19:25 22:16
43:16 286:4

conditions 19:23
60:19 72:3
225:10,14
281:10,12
conduct 9:13
51:25 78:14,25
198:3 292:19
293:4,9 297:17
335:7
conducted 26:10
85:23 282:19
288:5 291:20
292:7 317:7
conducting 27:3
319:11,18
327:2 328:21
confer 254:23
conference 1:3
1:22
confidence 58:6
58:10,18 76:11
76:15,18,20
77:5,6,11,13,24
77:25 78:6,19
79:2,4,15,22
80:4,8,16 81:2
81:5,9 82:18,22
115:22,25
116:4,7,13
135:20 156:23
156:25 157:6
157:10,15,18
160:8,16 161:2
161:5,8,10,14
167:2 168:12
169:13,21
175:2,4 176:8
185:25 186:6
189:24 190:13
190:22 191:8
196:3,17
197:21,25
198:2,8,19,21
199:12 200:23
202:11 204:22
206:16 207:20

209:1,4 214:16
227:20 229:22
244:8 256:22
259:3 274:20
274:24 279:7
320:1 344:22
352:18 353:6
353:19
confident 127:3
confirm 141:6
confused 299:19
confusion 110:1
congress 28:11
58:22 295:2
connected
103:11
connecting
105:13
connection
105:20
consensus 163:14
163:23
conservative
317:23 318:9
324:7
conservativele...
323:12,23,25
consider 11:23
12:2 14:17
15:14 22:7,17
22:20 25:2
26:17 27:7
166:5 233:25
354:15
considerable
30:4
consideration
33:24 331:5
considered 3:6
60:7 183:9,10
209:2 238:7,22
239:4,9 241:8
281:10 294:11
332:18
considering 12:5
consisted 305:14

JONATHAN RODDEN, Ph.D.   8/20/2015

378

consistency
104:10
consistent 77:1
81:7 102:21
275:8 328:22
344:2
consists 284:15
constitute 329:13
consulted 239:1
240:12 241:4
contained 238:6
contains 81:20
297:19
content 332:16
contest 225:4
284:19
contested 75:9
93:4 134:22
136:7 141:16
147:21 149:12
149:21 150:2,7
150:8 151:3,11
151:19 152:9
152:10 153:11
154:6,16,20
180:6,8 211:23
234:1 253:13
257:19,23
335:10 336:3
336:10 357:15
357:16
contests 3:12
147:24 280:18
280:24 281:2,2
281:16
context 9:24 19:3
37:5 92:4
224:21 243:19
257:8 293:17
contiguous 29:17
continuation
102:8
continue 42:7,20
59:11 76:24
198:15 296:2
309:3

continued 3:1
30:1
continues 42:15
43:3 236:10
296:1
continuing 96:14
288:14
contributions
318:7
controversial
242:11 294:3
controversy
96:17,25 97:5
97:17 114:17
243:6,16
converge 163:6
converged 40:25
300:14
convergence
163:3 166:6
conversations
8:5 95:5,12
96:11
convince 89:24
cooper 3:23 50:2
100:2,10
334:25 335:1
335:15,17
350:23
coopers 100:6,9
307:8 308:2
335:6,15,24
341:13 342:8
348:25 350:10
350:14,21
copy 3:24 308:17
308:20 336:16
365:11,14
cormsby 4:17
correct 5:24 9:2
14:8 17:13 18:4
18:5,10,12,15
18:22 21:14
22:23 23:6
24:12,22 27:25
28:8 31:4,8

34:2,20,21,22
35:11,12,15
38:4,7,8,11,14
39:7,10,11,16
39:17,21,22
40:8,17,21,22
41:14 42:12,16
42:21 45:17,18
46:1,4,11,15
47:13,15,19
48:2 49:3,16,17
50:12,13,15,16
50:20,21,24
51:22 53:2,5,7
53:13 54:4,14
55:13,19 56:4
56:17,21 57:3,9
58:8,11,15,19
58:20,23,24
59:3,12 62:15
64:14,20,25
65:12,15 66:1,4
66:15,16,21
67:5 68:9 69:3
69:15 70:15
72:8,9,13,14,21
72:23,24 73:5,8
73:9,17 74:13
76:6,14,22 77:7
77:12 79:24
80:6,17 81:3,4
81:22 82:19,23
84:3,8,12,16,17
85:6,11 86:11
86:12,14,15,18
87:3,7 89:4,22
90:14,23 91:18
91:19,21,22
93:1,8 100:7
101:10,11,17
101:18,21,22
102:2,5,11,14
104:9 105:2,7
106:1,2,5,12,18
107:3,10,16,25
109:5,24

111:11,21
112:12,20
113:7,13,14,18
115:23 116:9
116:19 118:3
119:2,7,8,10,15
119:23,24
122:20 124:12
124:13,17
125:14,15,18
126:3,8 128:5
128:11,15,22
129:12,14,21
129:22 130:3,4
130:11,21,25
131:7,16
132:19,25
133:1 135:17
136:12,13
137:8,10,16
138:17,21
139:22 140:3
140:18,21,23
141:2,4,14,22
141:23 142:1,4
142:7,17,23
143:8,19 144:2
144:3,22 145:6
145:13,16,20
145:25 146:3,8
146:15,16,23
147:1,10,11
148:8,14,17
149:13,14
150:3,13,23
152:17,22
153:11 154:9
154:12,13,22
155:22 156:1,8
156:9,11,16,23
157:2,7,12,18
158:10 159:1
159:14,21,22
160:1 161:20
161:21,24

162:2,3 164:8
164:13 165:2
165:19 166:10
166:14,16
168:9,13,17
169:14,15,22
173:1,16
174:13,25
175:5,10,11
179:24 182:9
182:15,21
183:11,17,18
185:18 186:2,8
186:12,13,19
186:20,23
187:2,12,16
188:9,10,13
189:4,22
190:19,23
191:4 192:4,7,9
193:4,17,25
194:4,9,14,25
195:1,6,9,10,12
195:16 196:1
196:14 197:11
197:15,22
198:20,22
199:2,13,14,16
199:17,19,20
199:22 200:18
200:21,24
201:6,10,23
203:14,17,21
203:25 204:10
204:11,16
205:4,5,7,8,11
205:15,16,17
205:21,24,25
206:3,4,8,12,16
206:22 207:3,4
207:6,7,10,13
207:14,16,17
207:21,25
208:1,3,4,5,6,8
208:9,11,12,15
208:17,18,23

JONATHAN RODDEN, Ph.D. 8/20/2015

379

| | | | | |
|---|---|---|---|---|
| 209:16,18,25 | 251:3,11,14,18 | 272:4,5,16,20 | 316:1,10,20,21 | 359:17,18,22 |
| 210:4,5,6,10,11 | 251:21,22 | 273:20,21 | 317:8,9,14,15 | 359:23 360:2,3 |
| 210:18,22,24 | 252:1,13,25 | 274:5,10 275:5 | 317:19,24 | 360:7,9,14,15 |
| 211:24 212:3 | 253:5,10,17,18 | 275:18 276:3 | 318:10,11,12 | 360:20,21 |
| 212:11 213:4,7 | 253:22 254:8,9 | 276:13,14 | 318:14,24 | 361:17,18,21 |
| 213:12,19 | 254:17,25 | 277:3,7 278:12 | 319:14 320:15 | 361:24,25 |
| 214:2,7,12,13 | 255:6,8,12,25 | 278:14 279:22 | 320:18,22,23 | 362:5,9,11,15 |
| 214:18 215:1,3 | 256:4,11,19,23 | 280:4,8,10,15 | 321:8,9,13,18 | 362:25 366:8 |
| 215:7,10,12,13 | 256:24 258:5 | 280:16,18,21 | 321:21 322:7 | 366:12 |
| 215:15,16,22 | 258:10,11,15 | 280:24,25 | 322:19,20,24 | **correcting** |
| 216:2,3,8,12,14 | 258:16,20,24 | 281:23,24 | 323:8,14 325:4 | 240:24 |
| 216:15,19,23 | 258:25 259:3,4 | 282:13,14,17 | 325:7,11 | **corrections** |
| 217:9,10,14,16 | 259:22 260:1,6 | 282:22,23 | 326:24 327:3,6 | 365:14 |
| 217:20,21 | 260:15,24 | 283:12,13,14 | 327:20 328:1,3 | **correctly** 31:24 |
| 218:6,7,9,14,18 | 261:1,3,7,9,11 | 283:16 284:6 | 329:7,8 330:8 | 35:6 37:17 39:3 |
| 218:19,25 | 261:15,17,19 | 284:12,13,16 | 330:15 331:12 | 41:11 53:9 |
| 219:1,3,4,7,11 | 261:22,24 | 284:22 285:6,7 | 331:15,19 | 83:23 91:10 |
| 219:12,15,16 | 262:1,5,7,9,13 | 285:9,14,18 | 332:12 333:3 | 143:12 160:13 |
| 219:19,20,23 | 262:15,17,23 | 287:16 288:17 | 333:16,19,20 | 188:17 225:25 |
| 220:2,15,20 | 263:2,5,6,7,8 | 289:4 291:17 | 335:18,19,21 | 253:10 257:6 |
| 221:1,5,14,15 | 263:10,13,15 | 291:21,25 | 336:5 338:11 | 257:11,13,25 |
| 223:2 224:4,5,8 | 263:17,20,22 | 292:5,14 293:2 | 339:5,6 342:23 | 260:18 276:6 |
| 224:9 225:17 | 263:24 264:3,5 | 293:3,24 | 342:24 343:10 | 293:16 296:8 |
| 226:1,4,5,17,18 | 264:7,11,13,15 | 294:17 295:10 | 345:5,14,19 | 304:18 322:15 |
| 226:22 227:1,5 | 264:24 265:4,9 | 295:11,18 | 346:12 347:9 | 329:17,25 |
| 227:9,10,12,15 | 265:17,20,21 | 296:13,23 | 347:15 349:1 | 331:7 |
| 227:16,18,21 | 265:23 266:13 | 297:2,3,6,15,16 | 350:2,7,16,18 | **correlation** 49:5 |
| 227:22,25 | 266:15,17,19 | 297:20 298:4,8 | 350:22 351:2,5 | 49:7 50:15 52:7 |
| 228:4,8,17,22 | 266:23,24,25 | 298:21,22 | 352:9,13,16,17 | 52:9,11,20,23 |
| 228:23,24,25 | 267:1,2,3,5,7 | 299:1,7,9,14,15 | 352:18,19,21 | 54:21 55:4 |
| 229:1,2 230:19 | 267:10,14,18 | 300:9,10,18,22 | 352:22 353:7 | 63:22 97:14 |
| 230:21,25 | 267:22,24 | 301:1,2,6,7,10 | 353:10,16,20 | 119:3,12,16,18 |
| 231:13,23,24 | 268:1,2,5,6,8 | 301:11,22 | 353:22 354:6,7 | 232:14 243:21 |
| 232:17 234:21 | 268:12,13,16 | 302:2,5,9,14,18 | 354:9,10,15,16 | 273:12,13,21 |
| 234:25 235:4,7 | 268:18,19,20 | 302:19,22,23 | 354:18,19,22 | **correlations** |
| 235:10,11,13 | 268:21,24 | 303:1,5,10,11 | 354:23 355:2,3 | 125:20,21 |
| 235:17,21 | 269:2,3,4,5,6,7 | 303:14,15,16 | 355:7,8,13,14 | 232:13 |
| 236:2,5,6 237:7 | 269:11,13,14 | 303:18 304:1,5 | 355:18,19,23 | **corresponding** |
| 239:13 242:17 | 269:15,16,19 | 305:4,8,15,20 | 355:24 356:2,8 | 2:21 110:22 |
| 243:16 245:4 | 269:20,21,23 | 306:2,4,10,18 | 356:9,12,13,17 | 301:16 |
| 245:12,14,16 | 269:24 270:2,3 | 307:3,9 308:7 | 356:18,24,25 | **corresponds** |
| 245:17 246:15 | 270:5,6,7,8,11 | 309:8,11,14,23 | 357:3,4,8,9,15 | 107:15 127:17 |
| 247:9,10,13 | 270:12,13,15 | 310:3,9,10,20 | 357:16,21,22 | 127:18 128:4 |
| 248:25 249:16 | 270:19,23,24 | 311:1,24 312:7 | 358:1,2,14,15 | **cost** 333:12,18 |
| 250:10,18,19 | 271:11,14,15 | 312:8 313:13 | 358:21,22,25 | **couldnt** 175:18 |
| 250:21,22,25 | 271:19,24,25 | 314:5 315:25 | 359:1,9,10,13 | 175:22 285:21 |

JONATHAN RODDEN, Ph.D.   8/20/2015

380

350:17
**counsel** 5:2,2
  61:21 81:19
  96:9 107:15
  127:14,15
  184:9 237:24
  346:7 364:11
  364:14
**count** 135:22
  136:2 151:1,2,7
  151:9 152:25
  213:10 249:18
  251:25 252:3
  253:4 255:23
  279:6 344:8
  362:2,4
**counted** 213:25
**counterfactual**
  36:17
**counting** 239:22
  279:7
**countries** 10:7,23
  13:3
**country** 313:22
**counts** 55:22
  117:5 257:19
  258:17,18
**county** 1:9 16:19
  37:12 38:11,14
  43:16 44:20
  296:6,17,21
  297:1,5,14
  331:4,4,5,14,15
  348:3 366:2
**couple** 95:3,13
  97:8 233:20
  295:22
**course** 12:7
  15:23 59:4
  96:19 123:4
  170:24 198:14
  265:3 340:16
  361:5
**court** 1:1,19,21
  6:3,12 18:12
  20:1,3 22:16

23:23 24:3,25
  45:22,23 70:19
  71:1 75:22
  118:8,19,25
  125:9,17
  133:12 163:25
  176:16 177:6,8
  178:15,19,24
  178:25 179:3
  179:14 180:5,7
  225:11 277:15
  277:23 278:4,5
  282:9 297:18
  316:25 317:18
  318:8 336:15
  340:14 345:21
  364:4
**courts** 24:1,7
  27:15 118:9,18
  286:12,13
**cover** 279:18
**coverage** 238:23
**covered** 333:15
**covers** 106:7
**craft** 17:23
**create** 73:19
  182:6
**created** 238:3
  317:17
**creates** 162:16
**creation** 236:16
  236:24
**crime** 44:22,25
  45:4
**criminal** 330:22
  331:11
**criticized** 313:15
  313:16
**critique** 123:19
**cross** 334:7
**crossover** 120:4
  120:6,12,19,22
  121:1,4,8,12,13
  122:16 124:4

**crotzer** 4:14
  365:6 366:22
**crotzerormsby**
  4:17,18
**cumulative**
  341:11
**curious** 33:1
**current** 9:18
  10:13 68:12,17
  161:4 239:15
**currently** 15:7
  202:22 222:4
**curriculum** 2:10
**cut** 124:6 152:2
  153:18,20,22
  154:2 155:8
  361:2
**cutoff** 216:25,25
  217:2
**cutting** 228:13
**cv** 8:14,25 13:8

─────────
           **D**
**d** 1:13 2:10,15
  5:12 20:5
  291:10 365:12
  366:4,14,23
  367:3
**dale** 4:6,7 100:11
  202:17 365:17
  365:22
**dameron** 147:5
  158:22 159:9
  160:1,10,17,23
  161:1,19
  164:24,25
  165:4,8,13,18
  166:13,13
  167:5,8 251:17
**damerons** 159:18
  161:4,7 167:9
**dartmouth** 3:19
  317:7 321:8,18
  326:14,19,20
  327:6,20,24
  328:14,16
  329:15,22

330:11 332:10
  333:1,5
**data** 2:22 3:6
  12:13,15,15,18
  12:19 16:3
  21:16,21 26:24
  27:2,2,4 31:7
  31:10,11,12,13
  50:23 51:1,5,8
  51:11,16,20,23
  52:2,3,5,14,18
  53:17 55:18,20
  55:25 56:10,12
  56:14,21 57:9
  57:11 58:13,23
  59:2,4,11,13
  61:25 63:18
  64:8 66:22
  67:16,22 68:5
  68:22 69:5 70:9
  72:6,10,20 73:8
  74:6 78:22
  80:20 82:7 83:1
  98:25 100:17
  102:9,11,12,13
  102:16,16,17
  102:18 103:12
  103:13,16,18
  103:25 104:12
  104:13,25
  105:2,7,22,23
  106:3,8,12,16
  106:25,25
  107:5,5,7 111:3
  111:12,24
  112:9 114:23
  115:22 116:4
  116:18 117:3,8
  117:13,16
  119:9 123:6
  126:16,17,17
  126:21 127:15
  127:17,18
  128:20,25
  164:22 179:15
  180:14 185:16

208:10 213:13
  213:21 214:3
  233:12 238:6
  238:22 241:8
  256:6 260:5
  297:8 305:3,24
  306:19 308:13
  309:14 315:7,8
  315:18 316:1,2
  316:3,7,7,12
  320:11 324:4,7
  324:8,11
  352:11 361:2
  362:2,10,12,20
  363:14
**date** 15:1 326:18
  365:17 367:4
**dated** 47:15
  239:21 272:16
  287:15 308:5
**dating** 244:24
  249:14 265:16
  270:19 272:3
  276:3
**day** 1:14 66:5,14
  66:21 69:14
  70:13,14 86:23
  167:18 336:9
  348:20 366:16
**days** 40:25
**de** 330:21
**deadline** 283:6
**deadlines** 283:1
**deal** 13:7 15:22
  27:8 87:24
  125:8 221:19
  232:18
**dealt** 126:12
**dear** 365:10
**debate** 76:23
**debates** 276:25
**decade** 105:9
  152:11 153:8
  154:6,16,20
  155:6 248:5,15
**decades** 46:2

JONATHAN RODDEN, Ph.D.   8/20/2015

381

**decennial** 31:7
31:10,11 55:18
55:25 56:7,14
56:23 57:1,9
58:23 59:2,11
60:4 61:21,24
100:17,23
101:3,8 102:12
102:16,17,18
102:20 103:2
103:13,15
104:13 105:1
105:22 116:17
117:8,13,16
126:21 316:7
**decentralization**
11:1
**decide** 24:25
75:22 177:22
277:15 278:4
323:23 324:5
**decided** 246:23
**decides** 178:24
179:15
**decimal** 341:13
**decision** 3:18
23:24 24:8
175:23 176:4,5
177:12 180:2
180:25 181:1,4
181:7 183:6,19
184:17,18
185:13 186:14
187:10,15
188:6 190:1,6,9
191:5,7,13,15
192:12,14,17
193:10 194:11
195:25 196:4
199:15 201:1
201:21 202:20
202:21 205:3
205:19 206:19
207:2,23 208:2
209:3,14 211:1
211:15 213:18

214:20 215:1,6
216:4,10 217:5
217:7,13
218:20 225:11
227:7 228:20
231:6,11,20
235:3,23 244:5
244:6,7,16,20
244:21,22
245:1 246:4,6
246:10,11,15
246:19 247:7
247:11,14,21
247:24 248:6
248:21 249:11
249:12,16
252:11 254:21
254:22 255:4
258:19 259:15
259:20,25
260:9,10
265:11 278:6
281:5,13 282:2
295:13 321:6
321:11,15,20
322:5,5,10
326:12 327:24
328:4,6,9,12
329:10 330:3
330:19,24,25
331:9,20 333:1
354:3,8,11,21
354:25 355:5
355:11,16,21
356:6,15,19
357:1,5,11,18
357:24 358:16
359:13,21
360:1,5,12
361:11,23
**decisions** 292:16
293:2,6
**declare** 366:11
**declined** 93:8
**decrease** 115:3
115:13

**decreased** 319:6
**deeply** 14:22
15:18 39:24
**defendants** 1:11
1:25 3:20 4:13
5:2 336:13,18
348:23 349:22
350:20
**defense** 19:6,11
**define** 25:4
101:23 121:13
144:25 210:10
220:14 251:21
350:5
**defined** 53:10
111:10 138:2,2
145:24 148:11
209:20 255:11
265:7 324:21
**defining** 146:22
147:8 149:3
150:12 153:9
154:8 155:18
208:20 231:21
**definition** 148:19
149:15,24
150:16 153:1
195:2 208:19
254:14 359:5
360:19
**definitions** 168:4
**degree** 76:18,20
84:7,12,21 85:5
86:14 157:15
157:16 169:17
186:12 190:25
191:23 192:2,8
192:23 194:14
195:18 196:12
203:23 219:9
219:13 228:15
274:17 300:22
353:4
**demise** 38:21
**democrat** 284:19
285:4 290:20

**democratic** 19:7
284:10,11,16
289:8,9,11,24
290:6,14
**democrats**
289:14 290:22
291:3,9
**demographer**
111:24
**demographic**
9:22 58:18
313:3
**demography**
277:25 313:4
**demonstrably**
70:23
**demonstrate**
322:6
**demonstrated**
71:17
**demonstrative**
3:23 260:4
271:24
**denominator**
53:18 71:6,7
363:5,6
**denominators**
85:24
**density** 298:21
299:16
**department**
60:18,22 61:6
324:22
**depend** 51:4
**depending** 114:9
**depends** 77:17
98:13 360:23
**depicts** 297:20
**deponent** 188:15
**deposed** 5:23
**deposes** 5:14
**deposition** 1:13
2:8 3:3 5:3,7,9
7:12,24 8:1,6
67:19 81:12,15
99:24 107:12

127:11 134:20
136:24 164:2
185:2 237:22
238:16 241:6
259:12 272:10
287:12 317:2
321:1 325:2
363:22 364:8
364:12 365:11
366:5,7,10
**describe** 9:16
10:10 22:8
25:20 26:1 28:4
39:18 91:12
92:2 97:17
98:21 118:1
133:6 158:12
159:4 167:7
175:13 210:25
211:7 212:19
220:7 235:3
256:14 259:2
**described** 12:16
13:16 14:20
15:23 17:6 27:1
28:15 29:11
48:20 49:21
52:8 55:20
78:20,23 93:3
117:2 126:16
162:5,15,22
173:7 181:3
197:24 259:24
327:4
**describing** 93:12
212:10
**description** 2:9
3:4,20 15:6
274:2 322:3,4
**descriptive** 256:7
**desegregated**
45:20,22,22,25
45:25
**desegregation**
44:3,4,14 296:3
296:4,5

JONATHAN RODDEN, Ph.D.   8/20/2015

382

**design** 36:25
324:2 327:9
**designate** 259:22
**designated** 68:3
**designation**
183:24
**designed** 16:2
**designer** 327:16
**desired** 365:14
**destitute** 41:9
**detail** 13:19
117:14 125:4
309:15
**detailed** 311:8
**details** 236:13
324:1
**determination**
326:20 330:21
**determine** 28:10
52:23 56:14
134:17 180:7
191:9 318:13
344:22 346:12
355:6,16,21
357:12,18
361:12
**determined**
342:6 343:4
**determines**
324:15 329:11
329:21 330:10
**determining** 71:1
203:3 358:18
**developed** 10:7
12:7,18 15:24
17:3 245:19
325:19,22
**devised** 350:11
**dick** 25:24
272:19
**didnt** 32:11
34:22 53:20
54:1,2 65:7
71:11 74:18,25
75:4,4,17 78:25
88:6,11 89:8,11

112:24 116:13
122:17 170:21
211:16 224:25
249:24 280:23
283:3 292:19
297:12 299:19
308:23 309:2
323:13 325:2
329:6 349:8
350:8 351:2
358:12
**differ** 279:20
314:9
**difference** 48:18
48:19 70:6 78:8
84:15 85:10
130:1 160:11
168:16 177:12
180:24 191:17
194:8 197:17
205:17 275:11
286:20 300:15
363:11
**differences** 83:21
194:6 299:11
351:7
**differencewise**
346:24
**different** 12:12
12:16 13:5
17:17 23:8
36:14 49:4
56:23 59:1 64:5
71:18 74:7,7,10
74:24 78:1
85:23 86:23
87:14 93:19,20
96:8 97:10
98:11,15,17,18
102:3,11 114:5
114:8 119:5
122:24 129:9
133:10 134:3
155:8 156:20
163:7 169:21
169:22 177:21

178:1,17 184:2
187:7 202:16
203:8 225:14
227:4 231:6
274:25 275:21
276:3 278:22
279:9 280:4
282:21 283:11
289:19 311:11
312:25 343:3,6
349:18 351:9
**differential** 72:2
314:22
**differently** 93:12
133:9
**difficult** 33:10
160:6 161:25
162:19 223:8
273:3 277:23
332:6,6 342:3
**difficulties**
163:13 222:3
**difficulty** 162:19
278:20
**dilemma** 162:24
**dimension** 99:19
**direct** 5:15 306:5
306:23 307:4
316:11
**directing** 232:3
**direction** 14:21
43:19 193:13
364:10
**directly** 71:22
304:2,3 305:24
306:3,17
309:11,22
310:2,9,25
311:3 315:18
316:8
**director** 12:9
**disadvantage**
133:22 182:23
**disadvantages**
183:13,16
**disagree** 167:14

183:21 244:19
361:1
**disagreement**
275:3
**disagreements**
273:10
**disclose** 331:3
**disclosure**
329:24 330:7
330:13
**discontinuity**
114:8
**discounting**
299:25
**discourse** 29:2
30:17
**discovered** 48:11
153:18 238:24
**discovery** 81:19
**discriminatory**
41:16,20
**discuss** 254:2
301:18
**discussed** 89:21
91:3 95:8 96:18
112:14 131:3
169:1 228:18
253:6,25
258:19 260:11
296:13,20
299:24 301:20
348:22 349:3
**discussing**
131:25 272:6
277:18 336:9
**discussion** 90:9
90:24 92:10
127:25 132:13
134:11 157:22
218:23 291:24
294:4 310:10
**disentangle**
33:10
**disparities** 14:18
15:1,3,5,5 16:1
16:6,23 69:18

69:21 70:2,21
71:19,20
**disparity** 16:5
69:15
**dispatch** 3:8
**display** 52:16
78:11,12
**displayed** 125:21
**disproportiona...**
94:11
**dispute** 35:18
38:6 41:14
100:21,25
101:1,2,6,7
274:12 287:25
288:19 328:4,6
**disputing** 273:9
**dissertation**
35:17 36:21
**distance** 193:6
297:21
**distinct** 79:12
235:20 300:8
**distinction** 289:5
**distinguish**
161:15 253:20
256:21 258:22
259:1
**distinguishable**
78:16 160:22
160:25
**distributed** 9:24
**distribution** 9:20
10:20 13:18,20
13:23 17:1,1
28:17 233:16
**district** 1:1,1,9
1:21,22,25
21:12 23:5
27:12 35:11
36:1,3,6,9,13
37:3 38:13 40:3
40:7,11 45:21
48:2,9 49:9
55:18 56:4,16
60:15 61:1

JONATHAN RODDEN, Ph.D.   8/20/2015

383

| | | | | |
|---|---|---|---|---|
| 62:17 63:4 65:5 | 315:20 316:10 | **dividing** 346:14 | 114:14,16,17 | 313:8,12 315:5 |
| 65:8 67:4,11,15 | 316:15 335:17 | **doctorate** 158:4 | 114:23 115:17 | 319:25 324:3 |
| 69:20,23 70:21 | 337:9 342:7 | **document** 238:1 | 115:25 116:7 | 326:18 328:2 |
| 71:1,16,18 | 351:2,4,15,20 | 238:3,5,22 | 116:10 118:18 | 328:11,11,13 |
| 72:12 88:8,16 | 352:13 353:15 | 321:3,10 | 120:11 121:2 | 328:15 333:25 |
| 89:3,19 95:14 | 356:16 362:13 | 331:13 332:23 | 123:7 137:18 | 348:12 352:23 |
| 96:7,8 97:3,11 | 363:8,13 365:9 | 332:24 | 137:19 161:18 | 353:6,22,23 |
| 100:19,24 | 366:25 367:4 | **documents** | 162:8,10 | 362:8 363:15 |
| 101:5,10,16,21 | **districting** 22:22 | 322:11 | 163:17 164:16 | 363:18 |
| 104:8 105:1,6 | 23:13,24 24:11 | **doesnt** 32:15 | 164:18 165:4 | **dooley** 283:21,22 |
| 105:25 106:10 | 24:20 26:18 | 126:21 161:3 | 165:16 166:7 | 284:2 |
| 106:17 107:3 | 31:18,22 335:8 | 179:5,6 181:21 | 166:13 167:18 | **doris** 1:5 294:18 |
| 108:8,12 | 351:19 | 225:11 246:10 | 167:20 170:10 | 295:4,9,17 |
| 110:10 111:2 | **districts** 10:1,5 | 254:6 294:25 | 170:19 171:10 | 338:10 |
| 111:19 112:12 | 19:6,12,13 20:2 | 299:10 303:24 | 171:16 172:14 | **dot** 76:3,4,6 |
| 112:20 113:7 | 21:18 27:19 | **doing** 12:25 | 172:15,16,17 | 104:4,4 |
| 113:13,17,25 | 28:20,22 29:13 | 16:10 17:19 | 172:18,23,25 | **dots** 60:10 76:10 |
| 115:1,9,11,12 | 29:16 30:6 31:2 | 20:20 28:14 | 173:11 175:7 | 77:21,22 |
| 116:9 118:2 | 31:3,7 32:3,19 | 34:8 54:18 | 177:11,22 | 103:11 105:21 |
| 119:6,15 | 33:4 36:18 37:6 | 56:13 78:22 | 179:5 180:20 | 156:22 160:7 |
| 123:23 128:10 | 50:1 59:2,6,8 | 152:4 165:25 | 180:22 182:19 | **double** 131:22 |
| 128:15 129:14 | 74:2 121:16 | 178:17 200:16 | 183:22 186:10 | 165:6 174:15 |
| 129:25 150:9 | 229:25 334:20 | 212:12 246:14 | 192:6 193:3,5 | 249:18 |
| 150:18 152:13 | 334:23 335:7 | 290:23 294:2 | 199:8,15 200:4 | **doubled** 16:14 |
| 153:9 154:21 | 335:10,10,18 | 325:25 340:14 | 203:13 204:7 | **doubt** 342:20 |
| 171:15,19,23 | 335:22 336:1 | 346:14 347:18 | 211:6 213:13 | **download** 16:3 |
| 172:21 230:4 | 342:8 351:9 | **dominate** 37:16 | 213:14 216:25 | 363:14 |
| 232:17 239:16 | **diversity** 39:15 | 38:11 | 219:13 221:4 | **downloaded** |
| 240:2,4 242:16 | 40:13 | **donor** 317:25 | 225:8,8 226:11 | 67:24 |
| 242:23 244:24 | **divide** 342:7 | **dont** 14:6 17:25 | 228:15 229:14 | **downward** 298:2 |
| 265:16 272:25 | 347:1 | 20:5,25 21:1,9 | 229:15 230:17 | 360:21 361:1,4 |
| 273:8 276:22 | **divided** 53:4,12 | 21:19 22:14 | 232:22 237:14 | **dr** 5:17,23 8:14 |
| 278:17 279:20 | 54:14,22 55:5 | 23:3 34:23,23 | 239:14 244:15 | 14:8 18:6 21:14 |
| 280:1,14 | 59:17,18 62:2 | 34:24 36:7,11 | 248:4 253:6 | 22:24 23:6,17 |
| 282:17 285:18 | 65:24 66:11 | 36:17 38:6 47:7 | 254:2,3,3 259:8 | 24:12,22 25:3,7 |
| 285:23,25 | 69:12 70:12 | 52:11 57:14 | 266:3 274:12 | 27:19 28:8 |
| 286:2 287:4 | 245:7 338:19 | 63:7 67:12,16 | 274:14,21,25 | 32:11 33:25 |
| 288:16 292:5 | 338:19,20,23 | 73:7,15,18,18 | 278:6 279:6 | 45:15 47:11,22 |
| 292:21 293:7 | 339:3,15,16,16 | 73:24 77:9 83:4 | 285:8,12 287:6 | 50:1 51:13 52:9 |
| 293:11 299:21 | 339:19,22,22 | 87:9,10 88:12 | 291:18,19 | 56:4 64:9 65:9 |
| 300:12,21,25 | 339:25 340:1,3 | 89:8,10 92:16 | 295:5 298:12 | 67:23 69:15 |
| 301:4,9 303:5 | 340:3,6,6,7,8 | 92:17,19 93:13 | 298:14,23 | 70:15 72:25 |
| 303:10 305:2 | 340:19,21,22 | 94:1,2,5,7,13 | 299:4 301:13 | 78:9 81:22 |
| 305:12 306:1,8 | 340:24 341:2,5 | 96:10 100:5 | 305:18 306:8 | 83:10 88:6 |
| 307:2 309:8 | 341:8 | 102:23 105:10 | 306:23 307:15 | 89:12 101:12 |
| 313:5,7 315:5 | **divides** 335:17 | 109:22 110:19 | 307:16 308:20 | 107:17 109:9 |

JONATHAN RODDEN, Ph.D.   8/20/2015

384

| | | | | |
|---|---|---|---|---|
| 112:20 113:21 | 312:13,17 | e 4:1,1 | 168:11 | 109:22 129:1 |
| 114:12 116:9 | 313:11,22 | earlier 12:16 | ecological 49:13 | 136:15 160:25 |
| 116:13,18 | 314:5 315:21 | 23:3,11 27:1 | 50:14 54:8,15 | 161:19 202:19 |
| 121:5 122:20 | 315:25 316:6 | 28:16 34:14 | 54:20 55:6 71:4 | 219:18 234:8 |
| 122:25 124:6 | 316:17,23 | 40:14 56:9,9 | 72:16 75:7 | 285:22 287:4 |
| 124:12 125:4 | 317:4,7 318:15 | 77:10 86:19 | 123:5,9,19 | 290:13 314:17 |
| 126:9 128:2 | 320:15 321:3 | 88:1 89:11,22 | 124:23 126:1 | 315:22 326:2 |
| 129:20 153:11 | 321:13 323:14 | 98:22 100:5 | 135:23 266:10 | 336:9 340:10 |
| 153:22 155:3 | 323:19 325:2 | 115:21 116:11 | 274:7,12 275:7 | 353:22 |
| 156:1 157:18 | 348:17 349:4,7 | 116:16 117:2 | 282:15,18 | elect 26:19 27:13 |
| 158:4,5,19,25 | 349:9,13 350:7 | 117:19 156:18 | economic 11:10 | 224:11 225:2 |
| 158:25 159:14 | 351:22 352:6 | 156:21 157:14 | 16:24,25 17:1 | elected 120:24 |
| 159:20 162:5 | 353:20,25 | 161:12 162:5 | edge 170:1 198:6 | 137:17,20,24 |
| 164:5,7,10 | 357:10 358:12 | 162:15 179:22 | 209:3 | 139:1,20 140:6 |
| 166:14 167:15 | 358:25 359:22 | 192:17,18 | edited 17:21 | 140:14,20 |
| 169:7 171:2,4 | 360:8 361:17 | 197:24 233:10 | editor 15:11 | 141:8,14,22 |
| 171:14 172:10 | 362:1,6,25 | 238:8 239:10 | educational | 142:4,13,19 |
| 175:18 176:24 | 363:3 | 240:25 242:3 | 69:24 | 144:1,25 145:8 |
| 178:8 180:18 | dramatically | 242:18 258:2 | effect 29:7 42:20 | 145:15 146:14 |
| 182:9,15 | 97:16 | 258:19 296:13 | 88:13,15 89:2 | 146:23 147:10 |
| 183:11 184:10 | draw 10:5 19:12 | 296:20 301:13 | 223:1 318:14 | 147:18 148:13 |
| 184:24 190:4 | 28:19,21 30:6 | 305:12 328:9 | effectively 20:18 | 148:22 149:2,8 |
| 211:4,11 | 32:19 59:6,8 | 352:15 363:12 | 162:23 | 150:7 176:23 |
| 213:19 214:2 | 78:19 86:23 | early 298:3 | effectiveness | 186:21 188:8 |
| 215:1 222:17 | 118:15 123:7 | easier 82:1,5 | 50:1 350:10,14 | 188:13 194:19 |
| 240:13,14,15 | 179:10 286:3 | 103:10 128:19 | effects 41:19 | 194:24,25 |
| 240:22 241:9 | 320:11 | 168:14 260:17 | 42:6 | 195:5,6 196:1 |
| 241:19,20 | drawbacks | easiest 129:2 | effort 16:22 20:3 | 201:23 203:17 |
| 244:12,17 | 279:15 | easily 222:2 | 27:1 32:3,3 | 204:9 205:21 |
| 245:4 246:16 | drawing 43:15 | 241:5 | 34:3 57:4,5,6 | 207:5 208:5 |
| 247:24 252:9 | 52:16 94:24 | eastern 1:1,16,21 | 72:3 90:2 98:7 | 212:20 215:3 |
| 259:14 272:7 | 123:14 177:25 | 4:9 37:25 | 253:16,19 | 216:8 217:14 |
| 272:19 273:6 | 297:4 315:16 | easy 63:18 | 256:13,21 | 218:25 219:23 |
| 274:4,13 | drawn 16:11 | ebenstein 4:5 | 258:8,22 259:1 | 220:1,9 224:7 |
| 275:12 276:4 | 19:7 20:2 21:18 | ebert 145:5 | 311:4 323:2 | 227:12 228:24 |
| 279:16 280:4 | 29:14 50:1 | 147:14 158:22 | 326:7 | 235:9 236:2 |
| 281:23 282:11 | 304:6 319:23 | 160:25 161:6 | efforts 16:14 | 252:20 261:3 |
| 282:25 283:15 | draws 27:19 | 168:8,16,20,22 | 17:3 30:18 | 261:11,19 |
| 287:9,16,22 | drew 95:5 200:7 | 168:25 170:14 | 31:20 32:5 33:3 | 262:1,9,17 |
| 288:1,15,20 | drop 179:8 | 218:12,21 | 33:12,22 96:20 | 263:2,10,17,24 |
| 295:25 297:15 | dropp 317:7 | 219:2,11,15,18 | 98:5,10 99:7 | 264:7,15,20 |
| 301:13,22 | 324:8 327:5 | 221:21 222:6 | eight 248:22 | 265:15 266:19 |
| 302:2 304:18 | 329:15 | 222:23 246:25 | 249:6 345:14 | 267:2,10,18 |
| 305:21 307:3,9 | due 91:4 | 263:13,15,17 | 354:17 | 268:1,12,20 |
| 308:1,8 310:21 | duly 364:8 | 264:10,13,15 | eighth 157:9 | 269:6,15,23 |
| 311:1 312:7,9 | ———————— | eberts 161:8 | either 82:6 | 270:7,15 |
| | E | | | |

283:22 339:15
344:6,6 350:1
**electing** 120:16
282:6 350:11
350:14
**election** 2:23 3:5
3:17,21 12:20
33:5,25 48:12
53:11,13,21
66:5,14,21
69:14 70:13,14
73:2,10,14 74:7
75:10 76:3,8,17
79:6 82:11,15
82:19,23 83:21
86:23 87:16
88:14 89:2
90:12 91:4,13
91:17,21 92:21
92:25 93:3,5,6
93:8 96:19 97:9
97:14,19,21
98:8,11 99:5,18
99:20 123:21
124:10,16
125:3 126:3
128:9,14
129:13,16,24
130:8,22
131:10,22
132:3,13,24
133:6,8 135:5,7
135:14,16
136:14,20
137:7,8 138:16
138:17 139:12
139:13 141:16
141:17 142:6,7
142:23 146:2
146:25 147:1
147:24 148:13
151:3,17 153:4
155:11,14
157:11 158:1,2
161:23 162:2,9
162:11,13

164:4,15
169:24 171:3
172:2,6 173:2,4
173:5,6,13
174:5 175:14
176:9,15
177:18,20
180:17 183:2,3
184:4,5 185:8
185:10,17
191:10,12
194:25 196:22
196:23,24
204:13 208:7
208:11 212:19
213:1,3 214:5,6
215:15,18
216:6 218:6,7
220:8,25
224:18 225:20
226:2,19,21
232:18 233:25
234:5,5 235:7
236:19 240:14
240:16 242:13
242:20,22
243:3,7,15,24
244:2 245:15
246:20 248:5
254:1,3,8,11,13
254:16,18,19
254:20,24
255:21,24
256:3 257:4,12
258:9,13,14
260:23 265:2
266:9 270:9
278:23 284:18
284:22 286:18
289:12,13
294:9,16
295:21 319:22
322:11 323:3
323:14 324:10
335:22 336:2,6
336:7,8,25

337:1,7,9
338:13,14,17
339:7,11,13,18
339:21,24,25
340:2,5 343:13
343:18,19
350:22 356:23
356:24
**electionrelated**
329:14
**elections** 1:9 35:5
35:8,9,11,11,14
35:22 36:2,5,10
36:16,19,22,24
37:9,16,20 38:3
38:11 47:24
48:9,15,21 49:1
49:15,20 50:12
53:25 54:2,9
73:6,25 74:3,4
74:10,11,14,16
74:19 75:2,10
75:20,20,24
83:25 84:5,11
84:14,19 85:4
86:8 87:1,3,6
88:5,8,16 89:25
89:25 90:20
97:10 117:25
118:7,12,20
119:20 120:5
122:13 123:22
126:3 134:23
136:8,10,11,12
147:21 148:5,6
149:12,21
150:2,8 151:1,4
151:10,13,15
151:19 152:8,9
152:11,16
153:11 154:7
154:16,21
155:11,15
163:1,4,7,9
166:3,5,24
172:10,22

176:6,7,14,22
177:22,23,24
178:3 209:13
209:23 211:16
211:23 212:3
212:17,24
213:4,12,17
214:1 230:17
232:19,20
233:20 234:7,9
234:12,13
242:16,22
244:24 248:4
249:14 252:19
252:20,25
253:3,9,13,17
253:20 254:4,7
255:2,10
257:19 258:10
265:3 271:6
273:20 274:10
275:20 276:2
276:16 277:2,6
277:6,10,12
278:10,11,18
278:21 279:9
279:21 280:1,3
280:8,10,12,15
280:17,20,24
282:17 283:14
284:1,5,8 285:9
285:14,16,17
285:21 286:1
286:17 287:23
288:2,6,17,21
289:7,22
290:16 291:15
293:24 294:24
295:20 317:13
319:14 334:19
335:7,9 336:4
354:14 355:16
357:14,15,16
358:9
**electoral** 2:13
10:1 21:12

27:12,25 28:19
28:22 31:21
120:15 225:12
277:25 278:1
282:4 291:2
336:1 350:2,6
351:15
**electorate** 60:11
86:22 322:22
**email** 4:7,11,17
**emerge** 31:21
**emerges** 28:14
38:5
**emphasized**
241:16
**empirical** 9:9
**employ** 158:3
176:4 183:14
198:25 265:11
**employed** 171:23
209:14 223:2
364:11,14
**employee** 364:14
**employees** 37:15
38:10
**employing** 168:5
**encl** 365:21
**enclosed** 365:11
365:12
**encourage**
318:22
**encouraged**
158:5 171:5,24
172:2,5,11
173:4
**encouragement**
172:20
**encouraging**
171:19
**ended** 236:12
**endogenous**
74:14 75:20
277:6,10
278:17
**endorse** 354:9
356:7,20 357:2

357:11 358:17
360:12 361:22
**endorsement**
292:9
**endorsements**
291:25 292:4
292:17 293:2,6
293:11
**ends** 45:1
**enforces** 321:25
**engage** 58:25
171:5 226:7
325:10 327:1
**engaged** 224:4
226:4,16
326:13,21
327:25 328:10
**engaging** 176:18
325:10 329:7
**engstrom** 25:24
272:20 274:22
**engstroms** 274:4
275:12,18
**enter** 21:9
**entered** 240:20
**entire** 57:3
355:12 357:25
358:4,6 359:4
361:16
**entirely** 326:22
**entitled** 345:8,23
345:24,25
346:1
**enumeration**
57:2,3
**equal** 31:4 59:21
69:10,14 70:10
73:16 341:12
341:17
**equally** 254:8
**equated** 45:4
**errata** 365:13,15
365:16 367:1
**error** 57:21 58:7
58:15,19
115:22 116:1

**escape** 344:9
**especially** 9:24
70:25 102:21
115:9 300:13
331:25
**essence** 343:9
**essential** 123:17
**essentially** 19:15
55:11 62:16 79:8
80:25 150:15
274:3
**established** 21:23
37:10 59:16
89:11 115:21
116:11,16
126:9 156:21
157:14 161:12
164:7 173:11
173:12 179:22
179:25 197:1
258:2 262:7
267:16 325:1
352:15
**estimate** 31:21
54:20 76:2,7
77:5,6,15 78:5
80:7,10,11,21
82:10,14 85:17
85:19 86:9
107:21 111:3
111:22 112:17
112:18 140:11
140:16,25
141:25 142:9
142:16 143:7
143:10 144:5
144:14 145:4
145:11,18
146:6,13,17
147:3 148:3
153:2 158:10
159:9,9,14,20
160:21 161:1,5
161:7,13 165:1
169:6,11 174:7

174:12,22
175:3 185:24
186:6 187:4,6
189:3,23
190:21 193:7
193:16,17
194:2 198:1,7
200:20 201:4,9
202:10,23
203:4 212:4,7
212:22 213:18
213:23 214:10
215:24 216:17
217:18 220:4
220:11,13,18
220:23 221:6
226:24 227:19
256:15,17
258:19 259:17
261:13 262:3
282:20 306:7
306:14 307:5,7
310:17,19
312:5 315:23
316:1,18
352:25 353:1,9
356:22,23,24
357:5 359:6,16
**estimated** 106:20
109:10,11,12
109:14 140:1
140:10 141:11
143:23 146:6
147:13 159:18
168:25 169:13
173:14,15,23
186:1,5 189:7
190:18 194:7
195:20 196:8
197:9 206:10
206:11 217:23
219:6 221:11
221:13 227:24
228:7 242:19
**estimates** 2:24
49:14 54:8 55:6

59:12 72:16
75:8 76:11
77:25 79:23
80:5,16 81:1,6
83:19,19 85:8
85:14 101:15
103:3,6,21
104:9 105:8,15
106:1 111:6
112:23,24,25
113:1 126:2
128:8,13
132:25 133:7
133:16 134:15
135:5,15,17,23
136:9,19 137:3
137:11 138:3,7
138:20 139:16
141:17 144:25
145:24 147:9
148:12,21
149:4,17,17,25
158:8 160:9
165:12 167:2
175:16 180:10
181:6,8 182:13
187:2 189:20
192:1 193:14
193:19 196:2
197:14,20
198:16 204:4
205:11,14
206:6,7,14
207:18 209:21
209:22 210:4
210:10,21
211:2 212:1
214:14 216:1
218:12 220:2
229:19 230:25
231:5,12,19
249:13 251:21
251:24 252:12
254:15,22
255:4,12 261:6
262:11 263:5

263:12,20
264:2,9 266:10
266:15,21
267:5,12,21
268:4,14,24
269:11,19,25
270:10 273:5
274:8,13,15
275:2,7 282:12
282:16 295:13
295:18 297:13
301:22 309:13
350:25 351:23
352:11,21
353:16 357:12
357:18 358:18
**et** 1:24,25 365:9
365:9 366:24
366:25 367:3,4
**ethical** 9:13
325:3
**ethnic** 37:10
**etran** 363:20
**evenly** 158:22
177:18
**event** 92:17
236:18,22
**events** 93:11 99:4
99:5 114:11,14
115:7
**evidence** 30:10
65:6 240:20
330:25 331:11
**exactly** 126:12
153:18 162:16
162:21,24
178:16 184:12
274:25 289:2
314:6 347:22
359:22 361:2
**examination** 2:3
5:15 334:7
348:15
**examine** 26:14
162:25 163:2
165:21 224:18

JONATHAN RODDEN, Ph.D.   8/20/2015

387

276:20
examined 1:14
 5:13 280:8,17
examining 31:18
example 32:16
 40:12,15 64:21
 64:24 65:1
 122:2,17
 124:18 131:3
 212:24
examples 13:10
 122:12 177:1
exceed 70:14
exceeded 84:6,11
 84:20 85:3
exceedingly
 358:9
exceeds 85:16
 86:21 87:2
 359:8 361:14
excel 2:21 81:18
 107:14 109:3
 128:4 184:22
exceptionally
 91:6
excitement 87:24
exclude 73:10
 245:20 253:9
excluded 246:9
excludes 246:7
exclusively 44:22
excusable 330:21
excuse 145:10
executed 366:16
exemption 326:2
 327:7,8,12,23
 329:3
exercise 75:6
 146:23 150:12
 150:25 155:18
 179:14,15
 184:8 192:13
 192:15 273:4
 273:10 275:24
 276:7 343:23
 344:21

exercises 277:21
 279:7
exhibit 2:9 3:4,20
 3:23 8:12 27:22
 34:12 47:11
 67:18,19 81:11
 81:12,15,25
 99:23,24
 101:13 107:10
 107:11,12
 127:14 128:3
 128:18 136:23
 136:24 148:2,2
 157:4 163:24
 164:2 173:13
 183:20 184:21
 208:20 209:7
 209:14,19
 211:21,21
 214:22 237:21
 237:22 239:20
 244:4 249:12
 259:12 260:4
 260:17 265:23
 271:24 272:9
 272:10,13
 276:8 287:12
 295:7,12
 301:15 307:12
 307:25 308:16
 317:1,2 320:25
 321:1 322:18
 334:16 336:18
 336:24 337:13
 342:14,14,17
 344:17,19
 346:9 348:23
 348:23 349:3
 349:19,22
 351:23,25
 353:24,25
 354:2 356:17
 357:8 358:13
 359:12 362:2
 362:15
exhibits 2:7 3:1

3:24 5:7 127:9
 127:10,11
 238:15,16
 336:23
exist 177:1
existence 95:10
existing 3:22
 31:18 342:1,12
 348:25
exists 291:19
 319:15
exodus 114:22
exogenous 74:10
 74:19 75:1,12
 75:14,21 277:2
 280:7,15,17,24
 281:7 284:5
 285:9,13,16
expect 115:13
expectation
 326:9
expenditures
 329:24 330:8
 330:13
expensive 91:6
experience
 116:21 240:3
experiment
 319:11
expert 3:7 7:13
 7:15 11:23 12:2
 12:6 14:17,24
 15:14 18:6,18
 18:21,25 19:20
 19:21 20:4
 22:13,21 23:25
 24:3 25:2,6
 27:7 45:12
 47:12 100:2
 118:10 125:19
 133:19 178:7
 179:23 202:18
 238:7 272:19
 286:6
expertise 14:20
 17:4 19:17 20:6

20:9,15 21:19
 21:20,23 22:13
 23:2,4 26:20
experts 19:19
 21:25,25 22:1,9
 123:12 286:7
expires 366:19
explain 15:4,5,19
 50:7 92:3
 102:24 125:6
 190:7 334:16
 340:14
explained 29:23
 302:20
explains 121:11
 287:6
explicit 236:17
 237:1,6,10
 238:20 239:11
 241:10 242:4
explicitly 171:5
 246:10
explore 16:4,20
 134:2 359:17
express 292:12
 292:21 329:14
 338:1 340:10
 340:11
expressing
 272:24
expression 32:14
 340:18
expressly 5:6
extending 156:22
extent 11:8,8,12
 160:5
externally 37:1
extra 308:24
extract 316:4
extremely 63:23
 184:12 313:4
eye 332:15
eyeballing 98:25

_____
      F
_____
f 1:4 336:12
face 337:17

faced 51:25
facilitate 253:21
facing 94:19
fact 11:3 36:9
 38:25 44:23
 66:13,22 70:13
 88:17 91:16
 93:7 112:23
 133:11 149:11
 160:24 166:13
 169:16 185:8
 186:10 195:21
 211:3,11
 213:17 219:17
 230:12 246:1
 247:16 275:25
 286:5 287:1
 294:7 297:9
 301:20 317:25
 329:1 361:19
 362:11,22
factor 37:5 92:1
 93:4,14,15
 292:25
factors 3:17
 287:15 300:18
facts 3:6 45:9,12
 45:12 166:18
 167:9,14 238:6
 238:22 241:8
 288:8 321:16
 322:6 329:12
 329:21 330:10
fail 41:6
failed 225:22
 226:12
failing 81:5
failure 328:20
 331:2
fair 9:8,12 10:10
 29:18 48:7 78:4
 84:18 91:23
 93:10 94:10
 149:23 150:15
 150:19 158:16
 159:23 161:22

166:18 168:5
174:19 175:12
201:12 214:20
217:6,6 218:1
221:16,18
222:20,24
228:10 270:25
275:6,12,14,15
**fairly** 219:17
232:25 235:3
**fall** 81:1 109:22
285:24 306:11
306:12
**falls** 77:14 78:6
80:22 168:11
169:12 175:4
209:7 217:3
**familiar** 6:2 9:8
9:12 289:22
325:2
**family** 95:6,7,13
95:24 299:22
**far** 44:15,17
69:19 105:9,21
192:20 209:10
297:24 298:6
298:10 304:18
343:3
**farm** 41:8
**father** 95:21
**favor** 187:1
**favorably** 286:14
**favored** 37:10
**fax** 365:2
**feature** 284:20
**features** 10:2,3
279:9 285:3
**featuring** 284:8
284:10
**fec** 318:4
**federal** 46:1
58:21 324:21
**federalism** 10:19
10:25 11:6,19
11:24
**feed** 71:22

**feedback** 17:23
346:13
**feel** 14:19 19:22
19:25 22:15
25:15 129:1
237:9
**fell** 217:15
**felt** 162:23
**ferguson** 3:8
38:20 39:2,6,13
39:16,20 40:25
44:21,23 46:10
46:14,21
296:22
**fergusonfloriss...**
1:8,24 2:19
3:10,12 35:10
36:1,3,5,9,13
36:18,19 38:13
40:2,7,17,20
45:10,21 47:24
48:1,8,15,25
49:8,15,20
50:10,12,19
54:9 55:17 56:3
56:16 60:25
62:17 63:3 67:4
67:11,15 69:20
69:23 70:2,20
71:16,18 72:8
72:12 73:1,3,7
74:1,3,15 75:9
75:19 84:2 88:7
88:15 89:3,19
97:11 100:18
100:24 101:5,9
101:16,21
104:8 105:1,6
105:25 106:5
106:10,17
107:2 108:7,11
110:10 111:2
112:12,19
113:7,13,17,25
114:19 116:9
118:2 119:5,15

120:5 123:23
128:10,15
129:13,25
150:9,18
152:13 153:9
154:21 171:15
171:19,23
172:1,21
232:17 242:16
242:23 244:23
265:16 272:25
273:7,20
275:20 276:2
276:22,23
277:12 278:9
278:11,16
279:19,21
280:1,3,14
282:17 285:18
285:23,25
286:2 288:16
292:4,21 293:7
293:10,24
294:8 298:11
299:17 300:7
300:20,24
301:4,9 303:5
303:10 305:2
305:11 306:1
307:2 309:7
313:5,7 314:16
314:18 315:4
315:20 316:9
316:15 353:15
356:16 362:13
363:8 365:9
366:24 367:3
**fewer** 110:18
177:15,15
245:4
**ffsd** 2:23 3:5
**field** 9:10,17,19
12:19 77:2
157:23
**fifth** 109:6 157:5
176:9,22

301:21
**figure** 2:18,19,21
2:22,23 3:5,14
49:10,12 52:8
54:7 59:23 71:4
72:15 76:17
81:21,25 88:2
99:11,12,15,15
100:10,17
101:14,14
102:25 103:1
107:16 109:20
119:1 120:1,2
121:6,9,11
125:21,25
126:7 127:15
127:19 128:4
128:10 129:2
135:21 136:16
136:17 156:21
209:17 229:25
230:1,2,10,10
232:2,22
253:12 255:15
260:16 294:12
297:19,20
298:16 300:16
301:16 310:23
335:11 337:2
**figures** 100:23
301:16
**file** 81:18 107:14
**filed** 224:17
242:12 348:1
**files** 127:6
**filing** 365:17
**filings** 318:4
**fill** 152:3 184:10
318:23 336:21
336:21 341:10
**filled** 170:15
184:11 244:4
244:16 336:24
340:17 348:23
349:23
**filling** 165:24

170:8 186:15
229:5
**fills** 318:17
**final** 90:16
135:25 310:12
327:5
**finance** 317:21
318:22 322:1
**financially**
364:15
**find** 67:9 69:9
70:24,24 84:14
87:9 95:1
118:21,24
122:12 163:1,2
163:19 230:5
239:2 279:11
279:12 282:8
286:12 352:2
365:11
**finding** 35:16,19
37:1 89:24
321:15 329:11
329:20 330:4,5
330:20,25
**findings** 322:5
348:4
**finds** 95:2
**fine** 21:5 24:24
47:6 48:6 57:5
61:21 90:24
100:15 163:14
202:14 324:3
330:23 333:24
**finegrained**
12:13 125:10
125:13,16
**finish** 6:5,7 124:7
178:11 223:15
239:6 294:16
**finished** 231:12
359:12 363:17
**firm** 320:11
**first** 6:3 12:22
31:16 33:2 35:1
40:24 43:6 49:5

JONATHAN RODDEN, Ph.D.   8/20/2015

389

103:1 105:9,10
105:11,14,19
107:24 119:25
120:6 134:4,8
134:12 136:4
138:8 160:4
175:16 176:14
176:19,21
215:9 233:24
236:11 251:25
272:22 275:17
277:16 278:8
278:14,19
322:11 324:4
330:19,19
332:14 333:6
340:19
**fiscal** 10:24,25
11:1,19,24
**fit** 11:15 52:12
117:5 126:21
**fitting** 52:13
**five** 40:19 59:9
69:7 70:8 109:5
109:5 151:8
152:8 154:3
155:10,11,12
155:15,24
156:5,8,15
176:6,13 177:3
225:21 229:18
231:17,22
242:12 248:19
249:3 250:16
252:18 265:6,9
265:9 271:13
271:13,17
290:22 345:17
345:17,20
346:1,1,4 355:1
355:15,23,25
356:3 358:16
358:21,24
359:5 360:10
360:14,18
361:16

**fiveyear** 60:20
154:4
**fix** 200:9 260:7
**flat** 88:18,20
**flawed** 278:25
**flaws** 279:2,3
**fletcher** 140:2,5
195:14 196:1,4
199:13 261:14
261:17,19
**flight** 45:5
**floor** 4:4
**florida** 18:10,24
19:3 20:13,21
20:24 21:11
32:8,12,16
**florissant** 3:8
44:21,23 48:21
87:6,20,23 88:4
88:9,10,14,17
88:18,19,22
89:1,18 90:12
90:20 92:9,11
92:12,13 93:2
94:7 96:4 286:2
300:14
**flows** 102:21
**flyer** 3:18 317:11
317:16,22
320:14 321:20
322:12,17
323:8,16
324:15 327:2,6
327:13,18
328:21 329:7
329:13 331:12
331:24 332:9
332:12 333:19
**flyers** 322:10,13
323:10,12,24
332:14
**focus** 10:14,16
11:4,20 12:10
14:9,16 15:1,4
15:13,22 16:13
17:10 20:15

26:6 50:6 75:10
90:25 166:5
177:24,24
179:9
**focused** 176:15
177:21 310:11
**focuses** 12:8
13:15 44:22
175:17
**focusing** 15:3
16:7 27:9
177:25
**focussed** 45:14
**focussing** 222:11
**folder** 309:2
**folk** 319:24
**following** 96:21
176:5 187:17
202:2 348:11
**follows** 24:17
**food** 301:5
**footed** 333:16
**footnote** 66:25
67:1 102:24
296:10
**force** 38:24 45:25
241:15 242:2
**forced** 59:14
**foregoing** 171:7
364:7 366:5,12
**form** 13:4,5,15
109:1 229:5
366:6
**formatted** 82:1
**former** 97:2
240:2
**forming** 233:14
**forms** 49:4
102:11 351:16
**formula** 110:3
**forth** 29:17 61:9
132:9 225:10
292:18 299:20
**forward** 82:6
**found** 93:25
119:12 273:22

331:22 332:3
**foundation** 4:4
**founder** 12:9
**four** 8:3,9 72:6
72:10 83:16
109:5 119:20
122:13 151:8
152:7 155:19
155:20 176:7
176:14,21
181:17 230:21
230:23 231:12
248:11 250:13
309:25 358:19
**fourth** 128:13
252:4
**fractions** 340:17
**frame** 358:6
359:4 360:7,18
**framework**
278:25
**free** 129:1 154:2
**frequent** 233:5,9
**frequently** 95:1
171:21 194:22
232:25
**friend** 96:4,5,6
**friends** 95:6,7,13
96:2
**front** 13:8 67:16
213:13,21
239:22
**full** 5:19 136:1
172:16 236:12
239:18 322:2
330:19
**fully** 322:2
326:18,18
**function** 96:17
**furry** 240:4
**further** 75:15
96:18 283:7
318:1 348:13
363:16 364:13
**furthermore**
71:2

**future** 22:4
297:17 326:8
332:18

---

**G**

**gabel** 4:16
308:21
**gain** 245:23
**gaining** 14:20
**gap** 64:11 105:23
155:2 156:13
189:6 298:8
**gaps** 300:17
**garofalo** 138:19
139:1,7 141:11
188:25 189:3,7
189:14,21
192:6 193:7,15
193:17,19,24
194:6,12,20
195:8 205:10
205:21,23
208:14,22
209:15,25
250:10 261:5,9
261:11 262:4,7
262:9 338:6
339:8
**garofalos** 189:18
189:23
**gay** 11:11
**gears** 346:6
**general** 3:17 7:1
36:15 43:17
48:22,24
220:21 283:25
284:10,21
289:13,22,25
298:2,3
**generally** 9:9
11:2 70:4 77:1
81:7 119:22
133:3 157:23
281:10
**generate** 73:20
102:10 103:25
113:4

JONATHAN RODDEN, Ph.D.   8/20/2015

390

generated 87:24
243:6 260:5
generous 36:23
genuinely 333:6
geographic 9:20
9:24 13:18
58:14,18
geography 2:12
9:19 10:2,3,11
11:5,18,24 15:9
27:24 28:16,19
28:23
gerrymandered
31:23
gerrymandering
2:12 19:5 20:16
20:16 27:24
28:12 29:1,4,6
29:9,20,24 30:4
30:9,18 31:20
32:2,9,14,23
33:13,17,22
34:5
gerrymanders
32:20
gestures 6:13
getoutthevote
96:20 98:4,10
99:7
getting 193:11
222:8 224:22
237:16 288:8
289:16 326:2
gingles 125:9,17
180:2 225:11
281:5,13 282:2
give 13:10 17:22
25:16 60:16
62:4 108:2
112:7 122:1
129:20 136:22
157:5,9 212:23
233:15 239:18
293:17 337:16
353:13
given 13:7 66:17

70:6 75:23
81:24 93:22
109:2 159:3
163:12 166:17
167:14 169:1
169:16 219:21
220:17 224:17
273:4,5 275:24
283:1 312:20
312:25 342:10
343:22 350:9
gives 177:14
182:2 240:3
244:21 251:4
294:22
giving 6:6 60:3
319:11
gladly 286:10
glance 277:16
go 6:1 11:9 53:21
71:10 72:4,5
81:17 89:7
107:5 121:21
121:24,24
122:10,21
123:4 124:9,15
124:23 125:23
151:2 165:23
179:2 184:13
185:15 188:21
238:25 260:5
260:14 283:6
283:17 293:11
301:12 333:21
333:23 338:16
344:3 352:3
goal 120:14
246:14
goals 33:14
goes 13:19 41:2
106:3
going 21:4 23:15
46:25 47:4,7,10
61:18 76:4,10
82:5,9 84:18
88:3 90:8,17

99:17,22,23
108:2 114:8
122:14,18
126:3 127:21
143:12 151:20
152:7 167:19
169:7 178:9
179:8 180:22
183:20 184:7
197:24 217:5,6
240:1,6 241:14
253:24 259:9
290:13 313:16
317:10 331:20
334:9,11
336:11,25
337:25 338:1
346:6 353:8
good 5:17,18
25:13 46:24
47:2,5 57:6
61:6,11,14
78:21 90:5
93:15 124:24
125:8 128:21
152:22 176:9
221:19 225:6
232:16 252:16
259:6 307:14
311:10 322:4
337:13
gotten 16:12
43:14,14
226:15 233:21
governing 325:3
government 11:2
38:24 39:16,20
40:12 58:21
61:5 106:15,25
315:18
governments
10:21,22,23
68:9
graham 139:18
139:20 143:2
196:9,13,25

197:18,19,20
198:18 199:1,4
199:19,21
216:17 217:7
217:11,13,19
217:22 218:1
250:12,24
267:4,7,10
268:24 269:1,4
269:6 294:19
295:4,9,17
338:10
graph 46:18
53:25 60:11
74:6,23 75:7,14
86:2,25 91:15
102:10,12,19
103:5,16,17
104:2,3,11,14
105:12,17
106:14,22,25
107:6 111:13
112:6 113:4,8,9
113:24 121:21
123:3,6,7
124:22,22,25
168:14
graphed 112:21
graphs 53:22
119:18
grappled 278:20
gratifying 274:18
graves 147:4,14
158:3,4,5,19,25
158:25 159:14
159:20,25
162:5 164:8,10
166:9,10,19
167:8,10,12,20
167:23 168:1
169:7,12,18
171:4,12,14
172:10 247:18
247:18,20
251:15 270:10
270:13,15

great 6:11,17
7:11 13:7 15:22
22:5 27:8 67:8
87:24 137:7
138:16 140:9
149:1 185:16
232:18 257:18
299:17 309:5
greater 69:19
94:3 115:4
253:16 254:6
258:8,12 313:9
green 290:7,14
290:20
greens 290:23
gridlock 15:10
grips 325:15
groove 43:15
group 12:10
21:24 32:4 76:8
76:17 78:6,7
94:4 102:4
122:14,15,18
126:25,25
130:12,14
157:17 176:11
176:12 177:19
241:16 277:21
278:23 282:3
313:9,17,18
314:12 361:13
362:5,16
groups 16:24
33:15 35:3
37:10,13 58:18
60:17 65:23
78:9 80:6 83:22
96:16 299:12
299:16 300:13
312:23 314:10
314:14,22
grown 87:22
guess 21:4 54:18
99:2 105:16
114:21,21
115:6,15,16

JONATHAN RODDEN, Ph.D.   8/20/2015

391

167:4 194:24
222:10 237:12
238:6,15 289:4
298:12,13
**guide** 3:18
318:13
**guidelines** 9:13
328:22
**gwen** 132:18
173:25 203:3,8
268:3,7,10,12

**H**

**hadnt** 308:24
**half** 64:16 65:1
84:10 101:24
121:23 122:1,7
122:10,13,18
122:21,24
123:17 124:8
124:14 165:25
170:16 221:13
245:4
**halfway** 83:12
**hand** 52:24 53:1
110:25 163:16
165:22 197:19
282:4 311:9
336:11,15,15
349:19
**handful** 48:16
**handled** 162:23
**hands** 279:12
**handsomely** 35:4
**handy** 110:2
**happen** 97:18
211:16 217:1
222:13 358:12
**happened** 92:24
336:22 341:14
348:6 358:13
**happening**
118:23 184:13
**happens** 9:25
10:4 28:21 90:4
**happily** 285:11
**happy** 46:25 47:4

67:6,17 71:13
75:25 165:25
184:25 297:7
297:16
**hard** 54:4 73:13
108:22 112:13
182:16 286:5
326:3 344:9
**havent** 52:9
212:16 232:8
291:20
**hawkins** 143:2
216:17 217:7
217:11,13,20
217:23 218:2
250:24
**head** 6:13 105:10
**header** 47:22
117:23 266:2
276:16 322:10
**headers** 109:6,7
**heads** 6:13
**headtohead**
289:11
**health** 324:22
**hear** 345:21
**heard** 25:18,24
68:11,11,14
92:13 116:20
116:24 117:12
117:15,21
290:25 291:2
328:18
**heart** 222:10
**heavily** 12:8
**heise** 214:17,18
**held** 36:18,19
73:2 127:25
151:10 335:9
336:4
**help** 6:8 28:22
240:3 246:23
326:7
**helped** 17:23
**helpful** 109:9
**helps** 91:14

**henson** 122:4
125:1 145:12
172:11 225:22
227:17 228:2,3
228:7,10,21,24
229:1,8,20
251:7 269:19
269:21,23
342:21
**hensons** 172:4
**hes** 100:21 169:1
263:8 274:14
**hesitated** 71:3
**high** 63:24 88:5
91:4,13 99:1,20
181:8 232:4
233:2 242:14
242:25 243:13
249:8
**higher** 36:22
57:17 69:6 70:8
77:23 80:10,14
80:22 85:9,20
86:10,13 87:11
150:22 159:25
160:10 167:6
169:18 174:12
175:20,21
184:23 185:6
191:1 193:16
198:18 204:5
206:15,21
207:19 214:15
215:25 216:22
218:17 227:19
228:14 229:20
232:8 233:4
234:24 243:2,3
243:19 245:25
288:21,25
291:14 298:25
299:6,13
300:25 301:4,9
314:13 351:13
351:18 352:24
353:1

**highest** 2:24
98:19,23,24
132:25 133:7
134:15 135:4
135:15,17
136:9 137:3,11
138:3,7,20
139:6,17 140:1
140:10,11,17
141:1,10,18,25
142:10,16
143:1,7,7,11,23
144:5,14 145:4
145:11,19
146:5,13,18
147:4,9,12
148:3,4,11,20
149:4,17,25
153:2 159:8
165:1 168:8
169:6 173:14
174:7,23
185:17 186:1,4
188:25 190:17
194:3,7 195:19
196:8,13 197:1
197:13 198:20
201:4,19
204:15,23
206:10 207:9
207:15 210:4
215:20 216:17
219:6 221:6,11
226:25 227:23
230:24 246:3
254:15,22
256:14 268:15
268:23 342:25
356:22,22,23
359:6,16
**highestranked**
264:2,10
275:19 276:1,6
356:10 360:20
**highlighting**
32:16

**highly** 233:25
234:5,14
**hines** 158:23
160:10,18,23
161:6,10,20
165:19 166:14
167:6 169:14
169:18 247:18
247:19
**hirsch** 132:19,24
137:12,22
138:8 174:8,16
174:20 175:8
176:1 186:2,4
186:11 187:1
187:11,18,24
188:5,7,8 250:6
260:23 261:1,3
**hirschs** 174:13
175:2,5 186:6
**hispanic** 2:16
314:11,11
**hispanicwhite**
263:9
**historical** 37:23
**historically** 37:9
37:20 38:3
**history** 43:2
**ho** 2:4,5 4:6,7
5:16 46:24 47:7
100:13,15
144:11 184:15
188:14,18
202:1,10,13,15
202:18 259:5,8
308:16,23
309:3 333:25
334:3 337:16
337:20 338:6
348:16 349:8
349:11,14,17
363:15 365:17
365:22
**hogshead** 139:7
141:12 145:12
145:15,19

JONATHAN RODDEN, Ph.D.   8/20/2015

190:18,23
191:1 192:7
193:7 194:2,7
194:12,21
195:9 205:10
205:21,24
208:14,22
209:1,6,15,25
210:8 212:20
213:10,16
226:24 227:12
227:14,24
228:2,6,11,16
229:4,13,23
230:2,19,23
231:12,15,22
233:20 251:10
253:3 263:19
263:22,24
338:6 339:8
343:1,6,9,14,15
345:1
**hogsheads** 232:7
233:1
**holding** 349:19
**home** 15:21 16:8
41:24 42:3
**homeowners**
37:13 38:10
44:10
**homogenous**
123:12,18
**honest** 34:3
**hoops** 72:4
**hope** 14:4 29:12
82:24 83:1
255:20
**hopefully** 126:16
203:10 337:22
**hour** 47:1 165:25
170:16
**hours** 8:3,9 259:9
**household**
297:21 298:17
300:6,8,11
**households**

298:18
**houses** 299:22
**hudson** 1:4
**human** 300:2
324:19,23
325:11
**humble** 24:2
**hunch** 29:4
**hypotheses** 89:13
**hypothesis** 29:20
30:8 89:20
94:25 318:24
319:5,15,23
320:13
**hypothesize**
94:22
**hypothetical**
31:22 62:4,23
63:13,20 64:10
64:11,22 65:5,9
65:11,13,16
66:12 70:24
73:21 131:8
182:10 334:24
334:25 335:6
337:9 342:7,8
344:21
**hypotheticals**
182:16

_____

**I**

**idea** 115:18,19
178:19
**ideal** 56:6
**ideas** 178:17
292:17
**identical** 71:8
275:8 312:13
**identifiable**
235:7
**identification** 5:8
67:20 81:13,16
99:25 107:13
127:12 136:25
164:3 237:23
238:17 259:13
272:11 287:13

317:3 321:2
336:19
**identified** 163:13
165:13,20
211:11 260:18
290:19 291:16
291:17
**identify** 20:17
132:17,21
160:6 161:25
162:20 163:16
182:18 186:17
192:10 216:5
217:7 223:19
247:20
**identifying** 68:22
69:1 184:18,22
265:12 290:24
310:1
**ideological** 319:9
319:12,20
320:6 323:4
**ideology** 317:19
319:1 323:1
**idiosyncrasies**
254:1
**ignore** 118:21
135:19 180:15
257:21 294:19
333:8 356:11
**ignored** 326:14
327:25
**ilcsr** 364:21
**ilcsr084** 4:22
365:21
**ill** 6:5,6,11 23:21
25:15 32:24
57:12 82:8
100:1 107:11
110:25 124:6
190:7 197:6
231:9 258:7
274:22 293:21
296:1 308:21
341:19 349:6
352:2

**illinois** 1:19
364:4,6,21
**illuminating** 75:5
75:21,23
**illustrative**
335:15 349:1
350:21
**im** 9:23,25 10:2
11:1,13 13:3
16:25 19:15,21
21:1,3,3,8
22:11,11,11,14
23:15 25:5,14
25:15 29:5,7
31:16 32:11,12
32:24 33:1
34:18,25 42:17
43:18 46:25
47:2,4,10,22
49:3 50:5 55:5
56:9 57:25
61:18,18 62:2
62:15 63:20
65:8 68:9 70:5
72:24 75:12
76:14 77:20
79:6,9,13,14,25
83:15 84:24
87:20 89:7
92:12 99:4,12
99:17 100:14
102:18 104:16
104:17,19,20
108:2 109:16
109:20 112:4
119:2 122:20
123:14 126:10
126:11,11
127:2 129:4,12
133:10 135:8
140:2 141:4
143:5,12,13
149:18 151:20
156:19 158:14
160:21 161:9
164:1 165:25

166:20,23,25
167:4,18 168:5
169:8,8 170:11
173:6,22 177:5
178:5,5,9
180:22 184:7
184:15,21
185:4,5,5
187:17,17
188:2,16
189:14 191:5
192:16 194:20
194:23 195:20
200:9,14 202:2
202:18,20
209:12,12
210:14 212:16
214:8 217:5,6
218:6 223:17
224:22 229:5
230:5,11,12
232:21 233:11
233:12,14
234:12 236:8
239:22 240:1
240:22,24
245:14 249:19
249:21 254:18
257:16 266:7
272:22 275:3
276:8 277:14
281:8 282:5
283:14,21
286:6 288:8
289:5,6,13,16
289:17,21
291:1 292:15
292:15 293:20
294:15 295:25
297:25 300:5
302:10 308:14
308:22 309:1,5
309:19,19
313:6 315:7,15
315:16 316:24
317:10 321:9

JONATHAN RODDEN, Ph.D.   8/20/2015

393

322:2 324:13
326:18,21
328:14 329:10
331:20 334:9
336:11 337:25
338:1,23
340:16,19,20
340:21,22
341:1 345:21
345:23 346:6
346:18 347:2
349:12,13,15
352:4,5 356:3
**images** 329:13
**imagine** 182:16
183:2 311:10
313:2 335:5,5
**imaging** 292:15
**imagining** 86:1
351:6
**immediate** 38:20
95:13,24
**immersed** 14:22
15:18
**immersing** 20:19
**immigrants**
37:11
**impact** 89:25
115:7,12
324:16,19
**impacted** 324:15
**impasse** 165:11
**impersonation**
331:23 332:4
**implication**
286:18
**implicit** 160:19
**importance**
325:16
**important** 15:8
15:13 44:19
45:7,10 50:23
51:16 86:20
93:4 125:8,23
243:4 281:9
315:5

**impossible** 117:3
**impoverished**
44:5
**impression** 38:12
52:15 98:7
243:9,10 281:9
360:21 361:4
**impressions**
233:14
**improperly**
326:13,21
327:25 328:10
**improve** 327:16
**impute** 211:2
**imputing** 211:9
**inaccuracy** 51:4
**inaccurate** 51:6
237:19
**inaccurately**
244:16
**inadvertent** 34:6
**inappropriately**
51:9 326:21
**incident** 93:18
**include** 46:13
54:1,3 67:1
74:18 90:18
110:6 212:24
252:18 280:23
299:3
**included** 50:2
53:23 95:6
110:1,4 125:22
126:10,23
129:8 213:15
213:20 327:18
**includes** 110:4,5
110:20 252:24
253:2 294:13
325:6
**including** 15:9
41:4 69:24,24
213:4 238:23
271:9
**incohesive**
133:24 164:20

**income** 16:5 17:2
61:9 69:25
297:21 298:3,7
298:17,25
299:1,6,7,13,13
300:7,9,11,14
**incoming** 114:19
**incorporate**
246:11
**incorrect** 22:25
85:21,22
135:18 149:9
240:25 258:3
260:7 363:3
**incorrectly** 84:23
274:15
**increase** 44:24
45:4 58:15,19
97:6 98:2 115:4
320:7 323:7
345:12,13,18
363:10
**increased** 44:6
91:20 96:16
97:16 99:9
114:22 115:14
242:24 243:24
361:8
**increases** 119:21
155:3
**increasing** 115:2
313:21 314:1,3
**incumbency**
286:16 287:6
294:23
**incumbent** 268:7
269:1 283:15
283:23 284:2,6
284:21 286:23
287:3 294:4,6
**incumbents** 91:8
194:21 284:3
284:24 286:19
293:15,23
**incurred** 333:18
**independent**

329:24 330:7
330:13
**index** 2:1,7 3:1
324:12
**indian** 362:9,14
362:23 363:9
**indicate** 229:20
230:2 365:14
**indicated** 288:22
**indicates** 291:13
**indicating**
261:14 262:3
262:12 287:22
288:1,20
362:12
**indicators** 61:14
69:21 71:17
**indistinct** 79:8,9
79:14,21 80:3
80:15
**indistinguisha...**
81:3 83:22
86:18 167:11
176:3 189:25
199:11
**individual** 20:5
58:17 180:12
**individuals** 19:22
32:5 112:10
113:10 303:4
303:17 305:15
305:19,20,25
306:7,9,13
310:1,17,20
311:20,21,24
312:4,6,11,14
312:16 313:9
314:4 315:3,24
316:19 347:7
362:3,4,12,22
363:9
**inevitably** 28:22
**infer** 93:10 278:1
**inference** 49:13
50:14 54:8,16
54:20 55:6

66:20 71:5
72:16 75:8
123:5,10,19
124:23 126:1
135:23 266:10
274:7,12 275:7
278:21 279:10
282:15,18
294:23 304:6
**inferences** 60:17
78:19 123:8
178:1 179:10
315:16
**inferential** 123:1
123:17
**influenced** 31:19
**information** 3:18
9:22 12:21,21
16:23,25 17:1
21:8 23:23 24:4
24:6,7 60:14,15
61:12 67:2,7,9
68:8 71:13 82:1
90:18 94:14
112:15,22
113:4 118:17
118:21,24
126:17 173:9
173:10 178:16
178:25 179:14
184:16 236:15
237:12 271:23
278:5 283:9
297:8 303:21
304:3 305:22
306:5,23 309:6
313:12 314:20
317:18,20
318:6,13,20,21
319:1,6,11,20
320:5 323:20
**informed** 95:15
348:6,6
**initial** 47:12
100:12,16
112:4 136:4

JONATHAN RODDEN, Ph.D.   8/20/2015

394

| | | | | |
|---|---|---|---|---|
| 273:12 277:5 | intentions 33:23 | 196:18 197:21 | irb 324:20 325:7 | 358:8 |
| 278:10 279:3 | interest 10:7 | 198:2,8,19,21 | 325:10,16,23 | **J** |
| 282:16 303:19 | 17:9 22:5 27:14 | 200:23 202:11 | 326:2,6,9,13,20 | **j** 2:14 3:7 20:5 |
| 303:22 304:7 | 28:16 32:18,20 | 206:16 207:20 | 327:1,6,20,24 | **janelle** 95:23 |
| 305:22,23 | 35:3 71:12 | 209:1 214:16 | 328:9,16,19,21 | **january** 239:21 |
| 310:11 320:12 | 242:15,25 | 227:20 229:22 | 328:25 329:2,6 | **jebenstein** 4:7 |
| **initially** 28:15 | 243:7,14 | **intervals** 58:7,10 | **isnt** 85:17 130:7 | **jerry** 96:5 |
| **inner** 44:7 | **interested** 9:20 | 58:19 79:2,4,15 | 162:10 166:12 | **job** 24:1,2,7,8 |
| **inside** 198:2 | 9:23,25 10:2 | 79:22 80:5,16 | 176:24 331:19 | 322:2 |
| **insight** 171:16 | 11:2,13 13:4 | 81:2,6,9 82:18 | **issue** 11:8,12,14 | **john** 95:23 |
| **instance** 61:15 | 16:17,25 86:22 | 82:22 115:22 | 11:19,25 13:11 | **johnson** 1:5 |
| 72:20 73:15 | 99:11 118:20 | 115:25 116:4,7 | 15:1 18:1 24:11 | 146:7 234:20 |
| 80:9 114:17 | 318:20 364:15 | 116:13 135:20 | 24:20 41:17,24 | 237:7 251:12 |
| 247:15,17 | **interesting** 28:13 | 156:23 157:1,6 | 42:3,12,24 | **joining** 22:10 |
| 276:11 279:24 | 61:7,8 75:15 | 157:15 160:8 | 74:11 95:11,25 | **jointly** 332:11 |
| 285:25 359:2,7 | 92:18 271:16 | 160:16 161:2,5 | 156:20 241:18 | **jonathan** 1:13 |
| **instances** 133:23 | 282:8 285:1 | 167:3 168:12 | 241:22,23 | 2:10,14 3:15,17 |
| 178:21 | 332:1 | 176:8 190:13 | 277:7 278:7 | 5:12,21,21 |
| **instinct** 278:14 | **interests** 12:17 | 191:9 198:1 | 288:6 291:21 | 329:16 365:12 |
| 278:19 | **interjected** | 199:12 204:22 | 332:23 | 366:4,14,23 |
| **institution** | 211:19 | 209:4 244:9 | **issues** 11:10,10 | 367:3 |
| 325:17,23,24 | **intermarriage** | 256:22 259:3 | 92:6 95:8 | **journal** 2:11 18:1 |
| 326:3 | 314:1,2,21 | 274:20,24 | 241:20 277:18 | 179:7 |
| **institutional** | **internal** 328:12 | 344:22 352:18 | 280:4 330:25 | **journals** 17:16 |
| 324:18,20 | 348:9 | 353:6,19 | **ive** 7:7 10:24 | **jowei** 27:23 |
| **institutions** | **interpretation** | **intimidation** | 11:17 12:22,25 | **judgment** 225:12 |
| 325:21 326:6 | 202:16 | 41:5 42:23 43:3 | 13:2,6,7,14 | **judgments** 20:1 |
| 329:3 | **interpretations** | **introduced** | 14:3,19,22,23 | 21:17 89:14 |
| **instruct** 7:3 | 275:13 | 334:25 | 15:23 16:10,21 | **judicial** 317:13 |
| **instrument** 327:9 | **interracial** | **invested** 61:5 | 17:3 20:5,7,16 | **judy** 95:23 |
| **insufficient** 91:1 | 313:21 314:9 | **investigation** | 20:17,17,20,22 | **julie** 4:5 |
| **insufficiently** | 314:13 | 292:7,19 293:5 | 25:17 27:1,8,15 | **july** 272:16 |
| 311:8 | **interrupt** 61:18 | 326:19 348:10 | 29:11 43:21 | 287:15 308:6 |
| **insure** 31:3 | 61:19 100:14 | **investment** 41:9 | 52:8 64:8 69:17 | **jump** 173:20 |
| **integrated** 296:7 | 178:10,10 | **involve** 284:24 | 79:19 81:24 | **jurisdiction** 62:4 |
| 296:18 297:10 | 200:15 | **involved** 16:21 | 87:13 93:3 | 62:9 63:13,17 |
| 300:13 | **interstates** 41:7 | 158:2 280:20 | 117:21 153:17 | 116:20,24 |
| **integration** 38:22 | **interval** 76:11,15 | 293:1,5 322:17 | 163:19 165:10 | 117:12,15,18 |
| 44:18 296:21 | 77:5,6,11,24 | 325:17,21 | 172:15 179:25 | 131:25 179:20 |
| 296:25 297:5 | 78:6,19 80:8 | 326:6,11 | 180:4 182:22 | 181:13,15 |
| 297:13 | 157:10,18 | 343:23 | 186:15 191:14 | 273:22,25 |
| **intensively** 20:22 | 161:8,10,14 | **involvement** 36:4 | 240:20 243:18 | 286:24 287:2,5 |
| **intentional** 28:12 | 169:13,21 | **involves** 44:4 | 291:2 304:18 | 287:5 |
| 29:20 30:17 | 175:2,4 185:25 | 49:23 | 314:6 326:7 | **jurisdictions** |
| **intentionally** | 186:7 189:24 | **involving** 13:20 | 328:17,18 | 116:17 279:19 |
| 31:22 34:3 | 190:22 196:3 | 96:18 325:11 | 338:18 348:6 | 285:17,22 |

JONATHAN RODDEN, Ph.D.   8/20/2015

395

286:10,11
**justified** 330:23
**justifying** 331:1

**K**

**keep** 6:8,8 23:20
37:11,20 38:4
46:25 47:4,7
132:10 334:9
341:12
**kept** 177:5 240:5
**kilometers**
297:25 298:1
**kimball** 240:13
240:14,15
287:22 288:1
288:20
**kimballs** 288:15
291:24
**kind** 16:14 17:17
30:23 33:15
43:13,14 52:17
73:19 74:20
87:25 90:7,9,21
92:6 94:20,21
98:20 106:23
121:2 123:14
125:16 131:20
132:11 163:23
222:2 233:15
234:11 245:6
249:7 273:21
286:9 319:1,20
319:24 320:5
320:12 335:5
342:4 363:1
**kinds** 74:10 88:1
92:6 125:21
177:1 244:21
276:24 291:14
**knew** 246:1
312:21
**knorr** 140:2,2,3
140:12,17,20
195:21 199:13
200:24 201:4
201:13,16,18

202:3,7 203:13
203:20,24
204:9,10
206:12,16
207:16,20
250:17 261:22
261:24 262:1
364:11,15
**knorrs** 202:11
**know** 7:6 16:8
24:5 28:5,21
32:5,17 33:1,15
34:23,24 37:3,7
53:15 55:10
59:20,24 60:1,5
60:10,11 63:7
66:11,18 71:22
77:9 79:17
85:15 87:9,10
92:16,16 93:13
93:23 94:1,5,6
94:13,24 96:7
98:13,14,24
99:18 100:6
109:10 110:19
111:18,20
114:10,14,16
114:17 118:22
120:17,18,19
125:20 126:24
127:1 129:6
130:6 132:14
152:5,19 155:9
156:18 157:15
157:21 159:23
161:18 162:4,8
162:10 165:16
166:13,18,24
167:17 168:15
170:19 171:16
172:7,14,15,17
172:18,25
173:12 175:7
178:19 182:19
183:21,25
184:3,17,20

185:7,13,17,24
186:10,16
190:25 191:3
191:21 192:2,6
192:23 193:3,5
194:12 195:4
195:18 196:12
198:23,23
199:1,8 200:20
201:17 203:13
203:19,23
204:2 206:19
207:24 208:25
216:25 219:9
219:13 222:4
228:15 229:6
229:16 231:5
232:24 243:24
244:4,19
247:16 257:7
260:21 274:1
274:19,21,25
282:9 283:4
285:12 289:21
291:18,19
292:3,11 298:2
298:10,14,23
299:4,18
301:17 305:18
306:9,13,15,20
306:20,23
307:15,17
309:2 311:21
312:20,22
313:8,21
314:11 319:12
319:16 320:9
324:4 326:18
328:3,11,12,13
328:15,16
337:6,10,11
338:5 342:2,10
351:12 352:23
353:3,22,23
361:5,7
**knowing** 175:12

209:4 318:20
**knowledge** 47:18
51:14 87:21
**knowles** 142:1,1
142:2,10,17
207:9,12,18,24
214:11,15,22
215:10 245:10
250:23 268:14
268:18,20
272:4
**known** 294:21
**koch** 96:5
**kyle** 317:7 324:8
329:15

**L**

**lab** 12:9
**label** 289:15
**labeled** 191:11
301:15 322:10
329:10
**labels** 288:16
**labor** 291:24
292:9 293:6,10
**labs** 16:2,7,10
**lack** 59:13 162:1
236:14
**lacked** 160:5
**lacy** 283:20
**lakin** 4:19
**land** 41:8
**language** 20:8
118:8 329:12
**large** 41:5 42:11
42:14,19 43:10
279:10 286:19
351:12
**larger** 58:10
87:16 115:6
279:19 285:17
286:10,24
287:2,4,5
312:14
**late** 289:16
**law** 20:4,6,6,10
20:10,11 22:2

22:14,17 24:5
31:10 33:9 46:1
125:20 133:19
281:5 286:13
**laws** 96:6 322:7
324:21 329:23
330:6,12
**lawsuit** 16:22
27:16 75:23
**laying** 43:11
**laypersons**
119:19
**lays** 179:4
**lead** 23:23 176:5
181:5 182:14
247:22
**leading** 25:10,20
26:2
**leads** 181:2,2
**leanings** 319:12
320:6 323:5
**learn** 29:22
32:24 328:24
362:11,21
**learned** 20:14,17
30:2 32:8 326:3
**learning** 43:21
**leave** 75:22 115:9
156:19
**leaving** 41:8
**led** 91:7 115:8
224:19,19
236:15 245:20
**left** 20:1 277:15
301:13 307:12
337:4
**lefthand** 88:3
**legal** 19:15,16,25
19:25 21:17,19
22:16 23:4,12
24:10,19,24
178:7 179:23
180:1 278:7
332:6
**legible** 246:22
**legislation** 180:3

JONATHAN RODDEN, Ph.D.   8/20/2015

396

| | | | | |
|---|---|---|---|---|
| **legislature** 29:21 | 242:25 243:7 | 320:2 | 351:17 | 90:4 91:2,13 |
| 30:19 32:6 | 243:14,21,22 | **likes** 178:19 | **litigation** 4:23 | 100:9 101:12 |
| **legislatures** 2:13 | 296:25 297:5 | **limit** 155:1 265:1 | 18:10 277:7 | 101:13 105:12 |
| 27:25 29:14 | 320:1 | 270:21 271:12 | 365:1 | 107:10,16 |
| **lengthy** 309:15 | **levels** 46:5,21 | 290:17 | **little** 28:6 49:22 | 108:17 114:5 |
| **lentz** 140:17,18 | 139:6,17 140:1 | **limitations** 134:9 | 81:18 82:1 | 115:2 119:1 |
| 140:21 194:8 | 140:10,11,17 | **limited** 253:12 | 83:12 88:1,2 | 121:9 122:3 |
| 201:16,18 | 141:11,18,25 | 281:6 | 114:7 122:10 | 123:7 124:11 |
| 202:4 203:7,13 | 142:10,16 | **limiting** 153:10 | 124:4 125:4 | 125:25 127:16 |
| 204:2,3,4 | 143:1,8,11 | 265:12 | 128:19 134:3 | 127:17 128:22 |
| **lentzs** 202:10 | 144:5,14 145:4 | **lin** 4:19 | 163:9 171:16 | 131:20 132:10 |
| **leslie** 212:20 | 145:12,19 | **line** 52:13 104:5 | 190:4 200:25 | 132:12,23 |
| 213:10,15 | 146:6,13,18 | 105:13,20,20 | 228:6 233:18 | 135:10 136:18 |
| 229:13 230:19 | 147:4,13 148:3 | 109:4,5,6 | 274:25 289:16 | 137:7,19 |
| 230:23 231:12 | 148:4 175:20 | 114:24,25 | 300:15 309:18 | 138:16,25 |
| 231:15,22 | 176:2 184:24 | 152:3 170:20 | 319:16 332:5 | 139:12 140:6,9 |
| 233:1 253:3 | 185:6 207:9 | 200:7 266:5 | 335:3 | 141:21 142:6 |
| **letter** 332:10,16 | 216:17 221:4 | 301:21 309:25 | **live** 72:2 95:14 | 143:4,5,25 |
| 332:17,19,25 | 235:19 256:13 | 310:5 340:19 | 299:5,6 | 144:17,20 |
| 333:11 | 256:18 258:23 | 340:20,21,22 | **lives** 96:4 299:12 | 145:3,10 146:2 |
| **level** 12:22 26:24 | 281:15 283:9 | 340:23 345:23 | 299:12 324:15 | 153:15,22 |
| 26:24 27:2 | 283:10 292:13 | 346:1,4 367:5,7 | **living** 108:11 | 154:5,6,11 |
| 31:11,12,14 | 292:22 296:21 | 367:9,11,13,15 | 323:16 | 155:5,24 156:3 |
| 46:15 51:4,23 | 297:13 351:4 | 367:17,19,21 | **local** 10:22 11:2 | 157:4 160:3 |
| 51:24 55:21 | **lewis** 331:3,5,15 | 367:23 | 15:14 17:12 | 165:11 166:25 |
| 56:7 59:5,13 | **liberal** 317:23 | **linear** 102:13 | 18:2 36:5 37:16 | 168:14 176:13 |
| 63:22 66:24 | 318:8 324:6 | 106:11 107:8 | 38:11 40:12 | 178:20 180:11 |
| 76:21 77:9 | **liberalleaning** | 111:13 113:20 | **located** 324:22 | 180:16 186:25 |
| 97:12,13 117:4 | 323:11,17,22 | 114:4 117:9,13 | **logic** 176:18 | 188:20 197:6 |
| 117:14 126:17 | 323:24 | 117:15 302:25 | **lone** 188:7 | 199:11,25 |
| 141:1 167:5 | **libertarian** 290:7 | 304:16 305:8 | **long** 8:2 71:9 | 202:3 204:12 |
| 168:8,11 169:7 | 290:21 | 315:22 316:16 | 115:3,5 118:23 | 206:1 211:21 |
| 169:18 173:14 | **liberties** 1:16 4:4 | **lines** 42:24 76:3 | 240:21 241:15 | 212:18 214:3 |
| 174:7,16,23 | 4:8 | 76:10 83:16 | 334:10 | 215:17 218:5 |
| 175:3,3,5,21 | **lie** 80:16 161:5 | 108:25 114:1 | **longer** 41:20 | 230:1 233:23 |
| 184:1 189:18 | 197:20 | 116:25 156:22 | 62:19 283:1 | 234:12 236:7,9 |
| 193:20 196:8 | **lies** 26:16 77:12 | 225:21 229:18 | 307:15 | 236:9 239:19 |
| 196:13 197:1,9 | 80:7 157:17 | 242:10 314:10 | **longform** 61:10 | 239:23 241:13 |
| 199:7,10 201:5 | 161:1,13 | **lineup** 224:17 | 103:4 | 241:17 244:3 |
| 201:8 211:9 | 185:25 186:6 | **list** 25:13 246:4 | **longterm** 194:21 | 247:11,23 |
| 215:24 216:22 | 189:23 190:22 | **lists** 148:2,10,12 | **look** 8:25 29:16 | 248:3 249:11 |
| 219:6 221:9,11 | 202:10 275:12 | 260:7 | 30:18 38:16 | 249:13,14 |
| 221:13 226:25 | **life** 41:21 42:8,15 | **literature** 16:16 | 52:13 73:25 | 259:20 260:15 |
| 227:3 230:24 | 42:20 43:4 | 28:24 35:24 | 78:19 80:21 | 264:17 265:2,6 |
| 231:23 232:1 | **lifetime** 91:7 | 288:24 319:16 | 81:21 82:7 | 274:25 278:17 |
| 234:23 242:14 | **likelihood** 312:23 | 319:23 351:12 | 85:14,15 87:25 | 285:23 286:13 |

JONATHAN RODDEN, Ph.D.  8/20/2015

287:20 295:12
295:24 298:16
300:16 305:10
308:21 315:6
321:13 324:13
330:18 335:13
335:14 336:23
336:23,24
337:13,21
342:13,15,20
345:16 346:8
347:8 354:12
354:24 357:17
358:3 359:3,19
359:24 360:10
360:11,17
**looked** 13:2 54:5
76:1 86:9 98:22
119:20 127:3
153:17 173:12
197:25 277:5
278:10 280:18
313:20,23
314:8 336:22
351:17
**looking** 12:14
31:16 34:25
47:22,25 54:6
66:12 77:20
79:2 83:11
86:25 87:25
91:15 96:13
105:16 108:22
109:19 113:23
118:19 123:2,6
123:25 130:4
135:12 141:5
144:8 145:22
156:14,21
158:14 169:8
185:5 193:19
202:8 222:7
230:12 233:12
244:20 259:5
271:17 272:22
279:8 295:25

298:23 299:4
300:5 309:2,5
324:13 329:10
335:16 340:13
344:18 355:25
356:2
**looks** 62:17 84:4
105:15 111:24
123:12 139:1
148:23 150:10
170:16 266:3
285:12 299:25
304:15
**loop** 217:17
272:2
**lose** 256:3
**loss** 223:23 224:2
225:16
**losses** 135:22
222:11,13,20
224:20,24
225:1
**lost** 177:10
223:22 228:25
269:7 287:2,5
308:15 361:20
**lot** 10:8,18,24
16:8,22 20:14
26:13 27:1 32:8
41:5 42:11,14
42:19 61:5
76:23 79:18
92:9,11 94:6,6
115:8,9 167:8
180:4 232:2
233:12 239:15
241:21 243:5
279:7 312:19
341:5
**lots** 12:19 122:12
284:25 300:13
**louis** 1:9,17 3:7,9
3:11 4:10,15,24
15:15,21 16:9
16:11,17 17:2
17:13 18:2

34:16 37:12,24
41:2,17,21,25
42:4,8,12,16,21
42:25 43:3,4,8
43:16 45:16
46:6,11,14,17
46:19,22
238:11,12
239:20 240:15
284:15 296:4,6
296:7,18,23
297:2,6,6,10,15
297:22 298:7
365:2,7
**louisiana** 290:5
**low** 35:4 117:4
167:10 299:1
351:14
**lower** 91:16
153:15,19
154:11 156:1
157:5,10
159:15,19,19
177:16 187:21
217:19 230:15
287:22 288:2,6
299:7,13 300:8
300:21 314:13
323:18 351:18
352:24 353:1
353:21 355:11
356:1,4 358:23
360:6,16
**lowest** 27:2 52:21
153:20 202:9
231:22 351:15
**lowlevel** 26:24
**lunch** 127:23
128:1,2

━━━━━━━━
**M**
**m** 1:15 5:10 83:9
128:1 171:1
259:11 307:24
334:5 363:22
**mailed** 333:11
**mailer** 333:8

**mailers** 322:12
**mailing** 323:8
**main** 14:16 15:4
15:4
**majority** 40:10
40:11 62:20
101:20,23
102:1,4,7 111:9
111:14,20
112:11 113:12
150:1,4 177:2
225:22 226:3
226:13,15
271:1,18 282:3
282:3 299:21
306:12,15
313:1 315:11
315:19 316:8
316:14 346:24
347:2,6,13
351:20 353:14
354:20 355:4
355:20 357:13
357:19
**making** 22:15
34:7 123:22
129:4 220:21
241:9 242:3
292:16 293:2,6
293:11 302:10
343:21
**manifestation**
40:15
**manuscript**
13:25 14:4
29:11
**map** 16:4 299:3,5
299:8,25
300:12
**mapped** 10:1
**mapping** 16:22
**maps** 298:20,23
**margin** 269:8
271:20 360:23
**margins** 57:21
58:7,14,19

115:22 116:1
352:16
**mark** 67:18
81:11 99:22,23
107:11 127:9
136:23 163:23
237:20 238:14
272:9 287:8
316:23 320:25
336:12
**marked** 5:8 8:12
27:22 47:10
67:20 74:23
75:7 81:13,16
81:24 99:25
107:13 127:12
128:3,17
136:25 164:3
232:23 237:23
238:17 239:19
259:13 260:3
272:11,12
287:13 307:11
317:3 321:2
322:18 336:12
336:18
**marks** 98:11
**marriage** 313:21
314:9,13
**married** 315:15
**marrying** 314:10
**martinez** 143:11
143:22 215:21
215:25 216:8
216:14 263:4,7
**mask** 125:7
**mass** 41:7
**match** 74:20
**matched** 36:24
**material** 16:11
24:16
**materials** 172:17
237:15,25
**matt** 96:5
**matter** 7:2 36:15
48:22,24 79:7

JONATHAN RODDEN, Ph.D.  8/20/2015

398

133:23 161:18
165:15,21
175:7 182:19
297:24 298:2,3
321:7,17 331:4
344:8 365:12
365:18
**matters** 94:5
**mayoral** 48:21
87:6,15 88:14
89:2,18,24,25
90:12,20 93:2
286:1
**mca** 330:24
331:1
**mccain** 283:20
**mcclendon** 141:2
204:15,19
205:6 250:17
**mccoy** 3:9,10
97:2 241:19,20
**mccoys** 240:4
**mcculloch** 3:18
321:8,17
**mean** 10:21
11:11 25:5 29:5
30:16 32:1,22
33:8 35:8 38:2
43:6 46:16,25
55:24,25 59:23
60:20 69:11,13
78:4 81:25 86:4
88:20 105:12
108:21 112:22
114:4 116:21
120:6,7,10
123:2 131:5,15
135:12 136:17
144:10 151:16
157:15 160:19
165:23 171:8
176:23 177:5
207:1 208:19
209:13 212:13
218:24 230:10
231:4 232:7

235:6 236:11
248:4,5 254:2,5
254:23 273:25
274:14 289:4
299:17 311:21
313:8 314:3
337:20 342:2
352:25 362:14
362:24
**means** 58:6
119:19 121:25
161:12,14
228:6 327:12
362:16
**meant** 32:13 33:1
43:11 78:11
99:13 112:6
144:13 151:12
200:7 211:22
**measure** 49:6
50:11 54:19,21
54:23 55:3 59:1
179:19 307:4
316:11
**measuring** 31:6
55:2
**media** 92:10,22
95:11,17 98:6
237:13,17
238:23,25
239:3,8 240:12
241:3,4,7
243:11
**median** 77:6
298:16 300:6,8
**meet** 7:18 8:2
**meeting** 8:4,8
328:23,25
**meets** 15:6
**member** 113:10
113:11 294:20
295:1 337:9
351:2,4,9,11,14
351:19
**members** 32:4
40:1,16,19

122:14,18
314:9 360:11
**memory** 6:3
54:16 295:22
**mention** 96:3
292:25
**mentioned** 14:9
14:10 45:14
85:24 86:19
96:2 98:4 124:2
128:10 156:18
158:1 159:7
225:15 237:16
281:12
**merely** 316:2
**message** 45:2
**messy** 299:3
**met** 7:23
**methods** 134:19
**metro** 15:15
17:13 18:2
34:16 44:11
46:6,17,19,22
284:15 296:23
297:22
**metropolitan**
45:16
**michael** 96:21
97:24 99:6
114:18 132:19
**mid** 114:3
**middecade** 55:21
61:12
**middle** 44:1,2,7,9
44:13,24 103:5
170:20 223:12
**midpoint** 104:1
105:16 107:20
107:20
**midwest** 4:23
365:1
**mike** 96:6
**mind** 25:9 32:25
33:13,20 68:4
77:18 79:17
97:10 98:10

120:11 121:2
170:10 230:17
294:22 295:5
324:2
**mine** 17:9 35:16
274:17
**minimis** 330:21
**minimizes** 58:4
**minor** 346:5
**minorities** 33:4
37:11,21 38:4
133:23 245:21
282:7 351:19
361:24
**minority** 26:18
27:12 32:4
126:25 176:17
182:8,20 183:1
183:7,8 191:10
209:8 224:11
225:3 259:21
282:5 288:20
288:24 291:14
305:13 306:7
350:11 351:18
356:15 359:15
360:2,6,20
**minorityprefer...**
132:18,22
133:3,4,13,17
134:5,7,18,23
135:2,10,13
136:7 138:1
144:24 145:1
147:7 148:20
149:2,3,8,16,24
160:7 162:1
163:11 164:8
165:5,9,14
166:19 167:1
177:10,14
178:18,22
182:7,13,18
183:9,11,16,25
184:18 191:11
191:13 195:3

202:7 209:16
209:20 210:3
212:21 213:6
213:10,11,16
213:18,19,23
214:1 219:25
220:8 251:20
251:21 252:19
254:14,16,24
255:3,5,11,16
255:22,24
256:3,18 257:4
257:15,22
258:18 259:16
259:22 343:10
343:17 344:12
345:5 355:1,2
356:8,11,21
357:3,6,13,14
357:19,20,23
358:5,19,20,24
359:3,25 360:4
360:17,19
**minus** 347:5
**minute** 174:3
228:3 247:24
248:1 333:21
338:22
**minutes** 47:8
127:21 307:17
334:2
**mis** 86:3
**misapprehended**
61:19
**miscalculation**
362:24 363:1
**miscalculations**
362:15
**mischaracteriz...**
16:18
**misheard** 233:11
**mismatch** 39:19
**misread** 240:19
**misrepresent**
23:17
**misrepresentat...**

JONATHAN RODDEN, Ph.D.   8/20/2015

86:3
**misrepresents** 23:16
**missed** 23:9
**missing** 25:15,15 281:8 316:12 362:19
**missouri** 1:1,3,16 1:17,18,22,22 4:9,10,15,24 40:25 46:16 59:10 67:25 68:21 69:9,13 69:19 70:3,7,8 70:10,23,25 71:19 72:8,13 364:4 365:2,7,9 366:24 367:3
**misspeak** 102:23
**misspoke** 194:24 294:1
**misstating** 79:25
**mistake** 149:6
**mistaken** 190:7
**misunderstand** 46:4
**misunderstand...** 190:14 300:2 326:1 329:4
**misunderstand...** 325:13
**misunderstood** 61:23 326:5 347:23 349:16
**misused** 32:23
**mit** 8:20,23
**mitt** 317:24 318:9
**mix** 74:20
**mixed** 307:1 313:4,8 314:3,4 315:23 316:18 362:5
**moccr** 4:22 364:22 365:21
**mockup** 327:13

**model** 73:19 334:19 342:6,6 351:3
**moment** 47:5 63:8 65:9 126:15 158:25 229:5 243:4 249:25 293:18 295:4 332:13
**money** 61:6 294:9
**moneysaving** 61:10
**monitors** 321:25
**monkey** 34:19
**monoracial** 280:24 281:2 281:17
**montana** 3:17 317:11,13,18 318:7 320:15 320:17,21,22 321:7,13,20,24 322:1,12,14,19 322:22 324:15 324:17 327:2 328:21 329:7 329:13,23 330:6,12 331:10,12,18 331:23,24 332:2,9,11,12 333:7,11,19 347:25 348:3
**montanans** 324:16
**montanas** 322:6
**months** 14:5
**morie** 199:13
**morning** 5:17,18 242:18
**morris** 143:12,17 143:18,22 144:6,15,21 146:19 218:18 219:6,22

221:12,14,16 221:18,23 222:1,5,6,21 223:1 225:16 225:22 226:8 235:16 251:4 269:11
**morrises** 143:17
**mother** 95:20
**move** 41:7 44:18 61:10 117:22 134:10 200:13 240:11 316:22
**moved** 13:14 44:9
**movement** 44:2,5
**moving** 14:21 33:16 41:3
**muddy** 19:10
**multiinstitution** 325:17
**multiinstitutio...** 325:13,20 329:1
**multimember** 129:24
**multiple** 11:12 254:10 326:6
**multirace** 306:10 312:10,14,16
**multiseat** 133:14 225:4
**multiwinner** 162:15 278:21
**municipal** 10:22 35:3 37:15 38:10,23 39:15 39:20 98:8
**municipalities** 286:1 296:6,17 296:22,22 297:1,14
**municipality** 286:4
**mutual** 236:12

———————
**N**
———————

**n** 4:1 135:23,24 177:16 203:1
**naacp** 365:9 366:24 367:3
**name** 5:19 95:7 95:20 96:5,5,6 171:22 291:10 321:9 366:10 367:3,3
**names** 25:12,16 317:14
**narrative** 41:1 41:14 43:7,11 43:22,23,24 44:22 45:8
**nasty** 93:4
**nathaniel** 15:10
**national** 1:3,23 16:13 96:20 97:22 98:9 99:5 318:1
**nations** 25:10 26:1
**nativeamericans** 110:6
**nature** 331:2
**nearby** 132:11
**nearly** 44:10 77:17 114:25
**necessarily** 123:8 191:17
**necessary** 66:23 71:10 117:14 224:21 329:2 366:7
**need** 21:18 23:21 25:12 30:10 43:24 49:22 54:16 55:10 57:22 58:5 59:24 60:1,2 66:18 98:14 99:18 108:17 110:11 120:18 126:13 127:8 133:9 192:16

192:16 197:6 197:23 212:18 214:3 222:12 278:6 292:2 293:17 299:18 313:19 327:10 337:6,7,21 338:5 340:8 347:11
**needed** 20:2
**needs** 19:3 21:21 23:23 72:5 200:13 278:6
**negative** 165:6
**neglect** 330:21
**neighborhood** 37:14 87:22
**neighborhoods** 28:18 41:4,9 300:13
**neither** 38:20 108:10 141:4,8 141:22 205:3 207:5 208:22 209:15 210:2 217:13 303:14 310:18 364:11
**network** 92:12 94:15,18
**networks** 92:7
**never** 84:20 85:3 117:12,15,21 179:17 295:2,3 295:9,17 361:20
**new** 4:5,5 41:6,7 163:17 191:5 348:22
**news** 92:10
**newspapers** 29:2
**nice** 53:24 93:23
**nine** 181:23 249:4 250:21 253:9,12,15 255:2,9,14,14 310:5 346:3

JONATHAN RODDEN, Ph.D.   8/20/2015

400

nods 6:13
nonafricaname...
274:9
nonblack 126:8
nonhispanic 2:20
nonincumbent
284:9 285:5
nonlawyer 281:6
nonlinear 52:17
nonlinearity
52:15
nonnovember
35:9
nonpartisan
289:1,3 317:14
320:6
nonsampling
57:24
nonwhites
315:15
norm 120:4
121:8,12
325:19,22
normative 225:5
225:12
north 4:23 16:19
37:12 38:11,14
43:16 44:20
296:5,17,21
297:1,5,9,13
notarized 365:16
notary 1:20 5:4
364:5,20
365:15 366:20
note 171:4 172:4
208:13 212:20
309:16
noted 240:3
289:4
notes 40:1 96:10
333:23
notice 16:18
72:19 114:22
114:24 274:17
notified 329:1
348:1

noting 226:12
notion 33:13
noun 240:10
november 2:17
36:20 68:22
69:6
number 3:22 9:1
9:4 12:25 15:25
16:9,18 43:9,10
43:13 53:3,11
53:12,15,16
54:13 59:20,21
60:8 69:13
70:13,14 90:5
95:11 109:11
109:12,14
111:18 131:22
135:3,13 137:4
137:25 139:4
139:23 148:10
148:12 150:19
151:5,12
153:19,21
164:23 177:8
182:1 186:11
191:18,18
203:5,5,6,6
211:17 213:9
217:15 226:16
246:8 251:19
252:24 253:22
255:10 277:19
277:20 284:3
290:17 292:3,8
306:13,14,25
310:5,7,8,13,14
310:15 312:20
312:21 316:24
334:19,20
337:3 345:8,9
345:12,13,24
345:25 346:2,3
346:15 347:8
347:16 348:24
349:25 350:4
351:25 353:18

358:10,10
360:24 363:11
363:12
numbers 44:8,10
56:7 58:7 60:2
74:21 109:10
110:11 122:12
150:5 184:25
188:21 236:7
244:13,21
260:14 261:21
266:13 273:5
274:18 275:6
275:13,14
278:22 309:10
309:13 335:14
344:15 345:18
345:18 352:4,8
352:16,24
353:3,5,8,9
numerical 81:20
120:11 121:2
127:18 128:8
156:25

_____

**O**

o 1:17 4:22 5:3
364:3 365:20
oath 6:18 18:15
47:18 298:13
obama 284:1,25
317:24 318:9
obamahillary
283:19
obamajohn
283:20
object 7:1 23:15
164:21 179:13
184:17 185:13
186:16 244:5
objected 155:9
objection 166:1
184:8
objective 176:3
259:24
objectively 217:5
objects 330:2

obligated 224:12
obliged 225:3
obscene 93:25
observation
103:1
observe 180:10
observed 29:23
36:18
obtain 328:20
329:6
obtained 103:2
obvious 87:15
337:17,18
obviously 6:3
occasion 102:7
occur 74:24 75:3
75:4,13,17
115:10
occurred 93:7
331:3
offcycle 35:4,8
35:11,14,22
36:2,10,16,22
37:9,20 38:3
288:10
offer 19:16 21:17
213:3
offered 47:12
91:6
offering 24:9,19
24:23
office 91:9 150:8
212:8,10
245:16 252:24
253:3 289:23
294:6,14
officers 37:14
offices 1:15
276:22 277:6
279:18 280:4
318:19 319:3
official 315:18
320:14,21
331:24
offsetting 323:4
oh 30:17 34:7,23

38:18 53:22
70:5 79:9,13
82:16 109:18
123:2 130:20
131:10 144:11
151:12 152:24
161:9 173:19
188:1,2 194:23
196:4,19
200:13 229:15
273:9 308:16
309:19 336:7
338:18 349:10
349:12
okay 6:9,15 7:5,5
7:9,22 8:8,11
8:16 9:16 10:13
14:17 18:6,20
18:23 21:2,10
23:1 25:9 26:17
27:10 28:7 29:8
31:2 33:19
34:18 35:10
37:8 38:13
39:23,25 40:23
42:2,19 46:3,20
47:9,21 48:7
49:3,18 50:17
50:22 52:22
53:20 54:7,12
55:9 56:20 57:8
57:16 58:21
59:8,19 62:4,6
62:21 63:1,3,12
63:25 64:3,16
65:10,21 66:3
66:10,17 67:2
67:13 68:20,21
70:17 71:24
72:1,15 74:18
77:19 78:4 80:9
81:24 82:3,9,25
83:4,7,18,25
85:7 86:6,25
89:11 91:2,12
95:19,23 96:13

JONATHAN RODDEN, Ph.D.   8/20/2015

401

| | | | | |
|---|---|---|---|---|
| 96:25 99:21 | 188:6,11,20 | 256:25 257:10 | 350:25 353:24 | 41:10 221:25 |
| 100:3 101:2 | 190:1,16,21 | 257:11,17,18 | 356:5,19 357:1 | 307:5 |
| 103:18 104:6 | 191:16 192:19 | 257:21 260:12 | 359:2,11 | **opposed** 74:14 |
| 105:22 106:3 | 192:20,20,21 | 260:20 261:5 | 363:15,18 | 168:17 253:17 |
| 106:14 107:10 | 193:9,23 | 261:13,21 | **old** 37:25 87:23 | 291:16 299:6 |
| 107:19 109:18 | 194:16 195:2,8 | 262:11,19 | 88:4 | 299:13 313:11 |
| 110:21 111:5 | 195:11,24 | 263:10,12 | **older** 253:17 | 314:25 315:1 |
| 112:2,9 113:23 | 196:7,12 197:8 | 264:9,17 | **oncycle** 36:24 | 323:24 332:23 |
| 115:21 117:22 | 197:13 198:12 | 265:25 266:4 | **ones** 74:11 75:21 | 351:5,10 |
| 120:10 124:14 | 198:23 199:4 | 266:12,21 | 98:12 171:14 | 357:25 |
| 124:20 125:25 | 199:15,24 | 267:12,20 | 172:6 188:18 | **opposite** 77:23 |
| 127:9 128:17 | 200:9,13,17 | 268:22 269:9 | 238:21,24 | 122:15 |
| 128:24 129:3 | 201:1,12 | 269:25 270:9 | 253:17 281:17 | **opposition** |
| 129:11,23 | 202:12,14 | 270:17 271:11 | 324:6 | 208:15 |
| 131:2 132:10 | 203:10,16 | 271:12,23 | **oneseventh** 338:2 | **option** 215:15 |
| 132:17 134:12 | 204:8,12,21,25 | 272:1,8 274:4 | **onethird** 159:16 | **options** 163:19 |
| 134:14,16 | 205:9,19,23 | 275:11,16 | 338:2 | **oranges** 104:15 |
| 136:3,14,20 | 206:1 207:8 | 276:15 280:6 | **oneyear** 60:22 | **order** 24:5 28:10 |
| 137:5,6,24,25 | 208:7 209:9,19 | 281:20,25 | 112:23,24 | 30:11,13 45:23 |
| 139:4,23 140:9 | 209:21 210:12 | 283:24 284:8 | **ongoing** 14:14 | 45:23 51:25 |
| 141:7,24 142:6 | 210:19 212:6 | 297:12 298:14 | **onward** 107:8 | 53:23 59:6 |
| 142:15,22 | 214:5,14,20,25 | 298:14 301:19 | **open** 18:12 | 66:19 67:25 |
| 144:4,24 | 215:5 216:8,16 | 304:3,10,25 | 291:11 332:10 | 102:20 110:9 |
| 145:10 146:10 | 217:4 218:20 | 305:18,24 | **openmindedness** | 120:17 132:5 |
| 147:20 148:1 | 219:5,13,21 | 306:5 308:3,10 | 320:12 | 138:8 142:19 |
| 148:19 149:7 | 220:13 221:3,9 | 308:23 309:3 | **operate** 76:24 | 145:5,13,20 |
| 149:11,15 | 223:18 226:12 | 311:18 312:9 | 336:1 | 191:12 215:9 |
| 151:14 152:18 | 226:19 227:17 | 315:17 316:22 | **opine** 38:9 80:13 | 224:10 225:2 |
| 152:22 153:15 | 228:6,10,15 | 317:11,12 | **opinion** 19:15,16 | 294:9 335:7 |
| 154:4,14 155:8 | 229:11,17 | 318:5,12 | 22:21 23:13 | 337:6 346:23 |
| 158:8,20,24 | 230:18 231:3,8 | 320:14,24 | 24:10,19,23,24 | 347:12 |
| 160:3 161:22 | 231:14,25 | 321:17 322:9 | 30:7 35:13,21 | **org** 4:7,7,11 |
| 162:4 163:15 | 233:17,23 | 329:5,9,19 | 35:23,25 36:7 | **organized** 37:12 |
| 163:21 166:23 | 234:14,18 | 330:3,18 | 37:19 39:12 | **origin** 2:16 |
| 167:17,20 | 235:15,23 | 333:21 334:9 | 41:16,18,22,23 | 332:19 |
| 168:7 169:10 | 236:7 237:4,18 | 334:10,15 | 48:7,13,22,23 | **original** 3:24 |
| 170:10,15,23 | 238:5,14 | 335:2,13 | 50:8,18 51:2,7 | 365:12 |
| 171:13 173:11 | 239:19 241:2,7 | 336:11,17 | 51:11,19 62:18 | **originally** 283:22 |
| 178:11 179:12 | 244:3,10 245:9 | 337:2,19 338:7 | 62:20 63:1,3,8 | **ormsby** 2:4 4:14 |
| 179:17,22 | 245:18 246:18 | 338:15 341:11 | 95:9 162:12 | 4:16 8:13 23:15 |
| 180:20 181:4,8 | 247:7,23 248:1 | 341:20 342:13 | 180:9 224:10 | 47:2 67:21 |
| 181:20 182:24 | 248:3,19 | 342:19 345:11 | 225:8 232:15 | 83:15 100:11 |
| 183:19 184:24 | 249:11 250:3,7 | 345:16 347:21 | 278:7 319:18 | 100:14 109:3 |
| 185:4,13 186:4 | 251:23 252:15 | 347:23,24 | 320:4 321:11 | 109:17 137:1 |
| 186:14,21,25 | 252:23 253:8 | 348:18,21 | **opportunity** | 143:14,16,19 |
| 187:4,10,14 | 254:10 256:12 | 349:21 350:19 | 26:19 27:13 | 144:9,12,19 |

JONATHAN RODDEN, Ph.D.   8/20/2015

178:9 184:7
187:17,20,24
188:12,16,19
200:3,11,14
201:24 202:2
202:12,14,17
223:12,15
259:7 283:23
307:20 308:14
308:19,22
309:1,4 333:24
334:1,8 348:12
348:22 349:6
349:10,12,15
351:24 352:9
353:9,25
363:18 365:6,8
365:10 366:22
**ought** 240:6
292:11
**outcome** 33:17
33:25 277:21
323:13 364:16
**outcomes** 32:5
33:5,6 69:25
98:17 236:19
**outgoing** 93:22
94:4 96:18
236:14
**outlet** 17:17
**outlier** 94:19
99:16 124:1
**outliers** 90:8,9,24
92:3 95:3,4
**outnumber**
65:12 66:4,14
101:8
**outside** 46:14,17
46:22 88:18,18
115:11 168:11
185:25 190:22
197:20 200:23
202:5 297:1,6
297:15
**over18** 311:10
312:24,25

**overall** 13:23
54:6 60:15
147:20 255:15
264:17 270:17
286:18 306:21
311:11,13
312:20,22,24
316:3 340:10
359:19 362:18
**overarching**
11:16
**overlap** 79:15
160:8,17
285:22
**overlapping**
135:20 176:8
197:25
**overlaps** 79:24
80:6 229:22
**overwhelming**
44:8,24 53:24
62:25 286:23
315:11
**overwhelmingly**
19:7 40:2,8
123:16 124:9
124:15,25
313:17,18
**ownership** 41:24
42:3,7

———————

**P**

**p** 4:1,1 128:1
143:18 146:18
171:1 259:11
307:24 334:5
363:22
**package** 91:7
93:23 94:3
**packages** 93:24
**page** 2:3,9 3:4,20
31:15 34:18,25
38:17,17,19
40:23 46:3
47:21,22 49:10
49:12 52:8 53:9
54:7,22 72:16

77:19,20 83:10
85:8 91:2 96:13
96:15 100:9,17
101:13 107:24
108:14 109:15
113:23 117:22
119:1,25 125:6
125:25 132:13
134:21 137:19
138:25 158:14
160:3,4 229:4
229:13,15
233:23 236:9
236:11 239:22
241:13,13,14
242:6,9 252:17
256:25 257:1
271:3 272:22
275:16 276:15
276:15 280:6
287:20 288:14
293:13 295:24
296:1 297:19
298:16 300:4,4
300:16 308:10
309:5 322:9
324:13 328:2
329:9,19
330:18 334:16
349:5,18,20
365:13,15,17
366:22 367:5,7
367:9,11,13,15
367:17,19,21
367:23
**pages** 100:1
108:25 229:14
**paid** 243:5
**pairs** 36:24
**paper** 13:16
14:10,12,16
15:6 27:17,21
27:23 28:14
86:2 108:3
164:17 179:4
185:1 341:25

346:16
**papers** 11:15
14:14 15:9,12
15:13 288:4
**paragraph** 31:16
31:17 34:25
38:16,19 40:1
40:24 53:9
77:20 83:11,16
85:7 86:3 91:3
96:14 97:22
119:25 125:6
132:14,17,22
133:15 134:21
135:8,18 136:1
137:19 138:25
140:6 141:5,21
143:4,5,25
144:8,17,20
145:22 158:14
161:17 171:3
173:7 212:14
212:19,23
220:7,10,24
225:19 229:4
229:13,15
233:24 236:10
236:10 238:7
239:23 241:14
242:6,9 252:18
257:1,7 272:23
272:24 275:16
287:21,21
291:23,23
293:14 295:25
297:4 300:5
324:14 330:19
333:6
**paragraphs**
220:4 253:25
**parents** 236:15
**parity** 48:25 62:9
64:19 66:13,20
**part** 19:5,7,13,13
19:21 50:2 87:5
105:9,11

111:25 112:13
117:25 133:16
229:24 230:3
236:17 237:1,6
237:10 238:20
239:11 241:10
242:4 299:24
303:25 304:5
305:20 306:1
306:16 307:2
310:6,20,25
311:15,24
312:3,6,14,16
313:10,18
315:9,10,24
316:5 326:7
347:12,12
**participate**
319:22
**participated**
91:24 94:10
**participation**
288:25 320:7
**particular** 9:19
10:7,23 12:17
13:6,21 15:3
16:19,24 17:2
17:15 21:18,18
22:22 37:24
39:9 45:10 79:5
87:23 92:17
130:12,14
157:17 256:10
258:13 265:14
290:17 318:16
319:3 320:8
**particularly**
19:24 75:5
**parties** 74:11
364:12,15
**partisan** 28:10
29:21 30:9,18
31:20 32:9,19
33:6,12,14,17
33:23 284:19
284:23 288:16

JONATHAN RODDEN, Ph.D.   8/20/2015

403

288:21,25
289:3 290:19
291:15
**partisanship**
12:24 14:2
29:13 32:7
317:19 319:1
**partners** 317:16
**parts** 133:10
229:24 238:1
**party** 28:23 29:3
32:18 289:15
290:3,8,10,14
290:18,24
291:17
**passage** 133:14
**pattern** 90:3
**patterns** 12:12
12:23 13:2,21
13:22 14:1,7
16:1,4 25:6,7
25:11 26:7,11
90:13 118:1
208:11 276:20
277:25 278:9
351:1
**paul** 221:21
**paulette** 251:12
**paulettethurm...**
146:7 234:19
235:10 237:7
239:24 240:2
241:9 270:1,4,7
**pause** 333:21
**pay** 247:15
292:18
**peer** 30:12,13,15
30:21 81:8
89:12,21 90:23
116:12 157:21
**peerreviewed** 9:1
13:11,14 14:7
14:15,25 15:7
17:12,16,20,25
26:5,12 27:10
27:17,18 30:19

76:22 90:10
94:18 179:7,18
192:24
**pen** 108:3
**penalty** 6:20
47:18 366:11
**pending** 1:20
**pension** 93:23,24
94:8
**pensions** 36:23
**people** 1:4,24
11:9 12:19
21:24 22:3,8,12
25:14 29:2
32:22 43:23
44:5,9,19 60:12
64:1 68:2,22
69:1 72:2 92:8
92:9,13 93:23
93:24 94:5,6,7
94:7 95:19 96:7
98:7 108:10
109:21 110:7
110:17,22
111:18 122:12
172:2 233:5
240:5,9 241:22
243:5 289:22
302:21 303:12
303:14,25
304:4 306:14
306:25 310:6,7
310:23 311:14
312:2 313:4
314:3 315:7,8
315:11 318:19
318:23 325:22
337:22 346:23
346:23 353:13
362:4
**percent** 14:11
49:7 55:10,11
55:16 56:2
57:13 63:9,15
65:22 68:3,24
69:2 76:18,20

77:10,13 101:4
102:1 111:10
111:17,22
112:1 119:4
121:18,20,23
121:25 122:6,9
122:21 123:13
124:12,17
130:10,17,24
131:5,6,14,15
149:22 150:20
153:14 154:7
154:24 155:21
156:10 157:16
158:9 159:10
159:13 168:24
169:8 173:16
174:1,8,24
183:4,4,8,10
187:18 188:23
189:4 193:24
194:4 195:16
196:10 197:1,4
197:10,12,15
200:21 201:6
202:3,5,5
203:20 204:19
205:10,10,14
206:5,7 207:12
207:13,16
213:7 215:21
216:19 218:13
218:13 219:7
225:23 227:24
228:3 230:13
232:8,15,24,25
233:7 234:19
234:20,21
235:16,17,17
245:8 248:12
248:25 249:9
252:20 253:10
257:5,15,23
282:7 293:15
293:23 294:12
305:14 322:21

342:22 353:4
359:21
**percentage** 33:4
52:24 57:14,16
60:3 62:1 64:18
111:5 130:1,2,5
131:21 132:4,6
149:18,20
150:21 155:5
156:15 174:12
189:6 193:16
202:8 217:19
299:5,6,12
311:23 312:1,4
312:6,10,14
313:9 316:18
340:18 346:17
346:18,19
355:9,11
**percentages**
312:12
**perfect** 170:22
**perfectly** 61:21
127:2 324:3
**perform** 232:11
**performed**
282:24
**performing**
50:22
**performs** 229:23
230:2
**period** 106:6,20
115:3 118:23
153:24 325:19
358:1,4 361:16
**periodization**
151:24 153:18
**perjury** 6:20
47:18 366:11
**permission**
320:20
**perpetuate** 296:4
**persily** 15:10
**person** 158:23
160:25 161:6
161:10,20

165:19 166:14
167:6 221:7
225:13 292:15
295:3
**personal** 172:4
**personality**
241:20
**personally**
237:14
**perused** 237:15
**ph** 1:13 2:10,15
5:12 365:12
366:4,14,23
367:3
**phenomenon**
44:25
**phone** 365:2
**phrase** 32:1,23
**phrased** 85:2
**pick** 15:24
**picture** 118:22
120:13
**piece** 179:4 185:1
**place** 16:15
26:15,15 27:5,6
32:17 60:23
73:3,10,25 74:4
87:23 96:19
115:11 205:13
257:17 271:7
337:11 343:10
**placed** 103:5
318:2,7
**placement** 319:7
319:9
**places** 13:5 36:22
36:23 44:23
45:20 88:5
121:22,25
122:4 123:13
**plain** 20:8 180:2
**plaintiffs** 1:6,24
2:8 3:3 4:3 5:2
5:13 7:14 19:5
100:4 123:11
272:19 346:7

JONATHAN RODDEN, Ph.D.   8/20/2015

404

**plan** 3:23 23:24
334:24 335:8
335:15,15
341:14 349:1
350:14 351:4,5
**planned** 308:24
**plans** 31:19,22
335:1 350:10
350:21 351:19
**plausible** 313:25
314:7 361:23
**play** 41:20 42:8
42:15 43:4
**played** 224:18
**playing** 202:22
**please** 24:14
76:14 178:11
201:25 293:18
309:4 334:15
334:17 336:13
342:13 365:11
365:14,16
**plot** 52:12,21
88:3
**plots** 87:25 88:1
273:11
**plotted** 103:10
**plugging** 59:5
**plurality** 102:3,4
102:6
**plus** 102:1
111:10 341:15
341:15,15,15
341:16,16,16
**point** 2:24 14:23
15:17 16:12
45:18 60:3
70:19 76:7 77:4
77:5,14 78:5
80:7,10,10,15
80:21,25,25
81:6 82:10,14
85:8,14,17,19
86:9 102:17,18
104:13 107:5
114:3 124:21

128:8,13
132:25 133:7
133:16 134:15
135:4,15,17
136:9,19 137:3
137:11 138:3,7
139:16 144:25
145:24 147:9
148:12,21
149:17,25
152:2 153:2,20
158:1,8 160:21
161:1,5,7,13
165:1,12 167:2
169:11 175:3
175:16 180:10
181:6,8 182:13
185:24 186:6
187:5 189:20
189:23 190:21
193:6,14,15,17
193:19 194:2,7
195:19 196:2
197:19 198:1,7
198:16 202:10
202:23 203:4
206:14 207:18
209:21,22
210:4,9 211:2
212:1,4,7,14,22
213:18,23
214:14 217:18
220:2,4,11,13
220:18,23
221:6 227:18
230:25 231:5
231:11,19
232:5 249:13
251:21,24
252:11 254:15
254:22 255:4
255:12 256:15
256:17 258:19
259:17 275:1
281:19 286:16
295:13,18

341:21,21,21
341:21,21,22
341:22,22
346:5,7 352:20
352:25 353:1,9
353:16 356:22
356:22,24
357:5,12,18
358:18 359:6
359:16
**pointed** 38:22
60:16
**pointing** 162:16
162:24 182:4
203:7 234:12
275:18
**points** 69:7 70:8
82:18,22
150:21 153:22
155:5 156:15
174:12 189:6
193:16 217:19
341:13
**polarization**
15:11 25:3,4,5
25:7 99:11,12
99:14 234:6,7
244:1 281:3,15
281:18,21
282:11
**polarized** 25:11
25:22 26:3,7,10
118:3,6,13
120:17 179:19
233:25 234:5,9
234:9,10,13,14
236:19 244:1
277:13 278:9
278:17 279:25
280:2
**polarizing**
236:18,22
**police** 37:14
38:24
**policy** 292:13,22
**political** 2:11,12

8:17,20,23 9:5
9:10,14,17,19
9:21 10:4,11,20
11:1,5,18,20,24
12:17 13:17,18
13:23 14:10
15:11 17:22
18:1 20:8 25:21
26:2 27:24
28:24 30:7 35:1
35:13,21 37:19
39:12 51:19
57:8 71:22 74:9
76:22 81:8
94:17 116:12
131:25 157:23
162:12 179:11
192:25 259:25
260:11 274:1
278:15 281:6
281:14 284:14
319:10 321:7
321:12,24
325:3,9 331:10
356:7,20
357:11 358:17
**politicians** 29:14
**politics** 15:15
17:12 18:2 96:8
240:16 351:16
**polls** 66:7 240:11
**pool** 290:18
**popular** 43:10,10
294:20 295:1
**population** 2:20
31:4,6 39:19
40:10 44:15,17
45:3 49:8 52:25
55:10,11,12,16
55:17 56:2,2,15
56:15 57:3,13
57:18 59:1 60:6
60:6,15,23,25
61:3,16,17 62:5
62:6,11,19 63:5
63:9,16,23

65:15 68:12,17
71:5 85:25
86:20,21 87:17
97:15 100:18
100:23 101:4,9
101:15,20
103:3 104:8,25
105:5,24 106:4
106:9,9,17,19
107:2,24 108:7
109:21 110:10
110:23 111:1,6
111:15,23,25
112:8,11,19
113:6,12,17,24
115:1,12,14
116:8 117:5,20
119:4,13,21
121:18,23
122:5,9 225:24
243:22 298:21
299:16 301:16
301:22 302:21
303:9,18 304:5
304:14 305:2,7
305:11,13,14
306:8,21,25
307:1 309:7,21
310:1,8,18,24
311:9,10,11,13
311:13,19,21
311:22 312:4
312:21,22,22
312:24,24,25
313:1 315:20
316:3,5,9,15
347:3,13
351:23 352:13
353:14 361:8
362:19,23
363:2,7,13
**pose** 170:21
**posed** 7:7
**positing** 97:6
**position** 21:17
61:14 103:5

JONATHAN RODDEN, Ph.D.   8/20/2015

405

| | | | | |
|---|---|---|---|---|
| 233:15 294:6 | **precinct** 49:8 | 203:24 204:3 | 111:12 112:2,9 | 209:17,17 |
| 358:18 | 52:25 53:14 | 204:23 206:20 | 271:23 282:22 | 240:24 334:11 |
| **positive** 119:12 | 55:12,17 56:3 | 208:21 210:10 | 303:21 304:11 | 336:12 342:21 |
| 119:18 | 56:16 63:22 | 210:17 211:3 | 306:17 316:17 | **primaries** 285:1 |
| **possibilities** | 97:15 119:22 | 222:5,6 224:7 | 327:20 | **primarily** 44:4 |
| 94:23 | 122:20 123:12 | 224:11,15,24 | **presenting** 80:20 | 284:16 |
| **possible** 23:20 | 123:18 226:15 | 225:2 229:8 | 102:16 105:5 | **primary** 9:16,18 |
| 27:3 51:18 86:1 | 226:16 243:21 | 244:23 247:1 | 105:24 106:8 | 283:25 284:9 |
| 94:25 98:3 | 243:22 285:24 | 265:12 276:12 | 106:11,15 | 284:10 291:7,8 |
| 104:12 127:2 | 323:22 | 276:12 342:22 | 107:1,7,20 | 291:11 |
| 202:3 216:5 | **precinctlevel** | 345:12,24 | 119:2,9 127:18 | **principal** 240:2 |
| 240:19 280:5 | 12:19 27:4 | 346:2 350:5,15 | **presents** 100:10 | **principled** 134:6 |
| 281:8 291:18 | 123:4 324:10 | 359:5,15 | 126:1 308:13 | 162:23 163:1 |
| 312:9,17,19 | **precincts** 12:22 | 360:13 361:10 | **presidential** | 165:22 180:19 |
| 313:3 323:7 | 31:14 51:25 | 361:12,23 | 279:25 284:21 | **print** 34:22 294:8 |
| 334:10 | 52:12 74:2 | **preferredcandi...** | 285:6 | **printed** 109:1 |
| **post** 2:13,13 3:7 | 119:5,7,14 | 254:23 | **presidents** | **prior** 8:4,19 |
| 17:18,20 34:15 | 121:17 123:9 | **premarked** | 332:10,25 | 10:16 16:21 |
| 34:20,24 37:8 | 123:15 124:9 | 34:12 | 333:5 | 26:9 99:5 |
| 39:18 40:24 | 124:11,16,17 | **preparation** 8:1 | **press** 43:10,11 | 209:13 210:18 |
| 41:13 46:3,20 | 124:25 225:23 | **prepare** 7:11,24 | **presumably** | 210:23 211:18 |
| 240:13 296:12 | 226:14 276:21 | 8:6 | 337:4 | 285:9 319:18 |
| 296:12,15,20 | 280:14 285:24 | **preparing** 7:22 | **presume** 224:20 | 327:2 365:17 |
| **postanalysis** 90:9 | 323:3,11,13,17 | **presence** 28:25 | **pretty** 11:15,16 | **prizes** 9:5 |
| **postcard** 322:12 | 323:18,24,25 | 87:15 | 20:22 78:21 | **probably** 22:11 |
| **postdispatch** | 324:6 | **present** 4:19 | 105:21 116:11 | 94:7 115:14 |
| 238:11 | **precisely** 276:24 | 32:20 52:17 | 232:16 327:12 | 124:24 202:17 |
| **potential** 45:5 | **precision** 77:10 | 70:9 72:20 73:8 | **prevail** 150:2 | 241:4 274:18 |
| 245:20,20 | **predicted** 342:6 | 74:25 94:24 | **prevent** 41:3 | 307:17 309:1 |
| 351:3 | **predominantly** | 106:4,25 | **prevented** | **probative** 118:7 |
| **potentially** 181:2 | 226:13 | 113:15 116:7 | 221:23 | 118:12 253:16 |
| 350:10 363:10 | **prefer** 44:11 | 116:13 153:5 | **prevents** 120:15 | 258:9,13 |
| 363:11 | 123:19 307:19 | 154:17 155:11 | 282:5 | 277:10 278:5 |
| **poverty** 44:6,22 | 307:20,21 | 210:15 242:22 | **previous** 42:18 | 281:2,16 |
| 45:4 61:9 69:25 | **preferable** 58:3 | 256:6 258:14 | 54:22 91:21 | **problem** 38:20 |
| 72:3 300:25 | **preference** 343:3 | 284:5 285:8 | 92:25 93:8 | 39:1,20,24 |
| **power** 37:12,21 | **preferences** 9:21 | 297:12 305:19 | 96:14 97:8,10 | 40:14 123:1 |
| 38:4 307:18 | 11:14 13:19,24 | 309:6 352:12 | 98:12 113:21 | 222:7 278:21 |
| **powerpoint** | 211:4 | 353:6 | 152:11 153:8 | 279:10 300:3 |
| 327:14 | **preferred** 26:19 | **presentation** | 154:12 155:6 | **procedure** 58:9 |
| **practice** 116:12 | 27:13 162:14 | 101:14 104:11 | 156:8 209:13 | 326:5 |
| 322:7 329:23 | 162:20 164:14 | 106:23 | 236:11,11 | **procedures** |
| 330:6,12 | 167:24 176:17 | **presented** 52:21 | 242:20 243:3 | 329:4 |
| **practices** 42:20 | 187:11,22,25 | 72:7 75:14 | 281:5 296:1 | **proceed** 129:7 |
| 321:7,12,24,25 | 188:3,5,13 | 102:12 106:6 | 327:13 | **proceedings** |
| 322:1 331:10 | 189:15 201:22 | 106:21 107:16 | **previously** 5:8 | 332:9,18 |

JONATHAN RODDEN, Ph.D.   8/20/2015

406

**process** 10:4 24:6
30:1 43:20 45:5
163:17 165:24
324:17,20,21
325:7,10,14,16
326:13 327:1
327:17,25
328:10
**produce** 112:18
153:19 332:16
**produced** 1:14
5:13 127:13,14
236:18 327:14
335:1
**produces** 153:20
**product** 28:12
**profer** 167:4
**professional** 1:18
9:13 19:18,20
21:25 22:8
364:3
**professor** 8:16
8:19,22 22:14
49:25 137:20
149:5 193:12
202:15 275:18
291:24 308:2
327:5 336:20
**professors**
329:15
**progress** 14:1
**prohibiting** 42:7
**project** 14:3
317:6,11,11,17
318:25 320:9
320:18 321:21
322:12 324:15
325:14,18
326:11 327:2,7
328:21 329:2,7
331:12 332:9
332:12 333:19
**projected** 310:14
**projecting**
117:20
**projection** 107:1

114:4 302:12
302:13,17,25
303:8 304:16
**projections**
102:13 106:12
106:16 107:8
111:13 113:16
113:20 116:3,8
116:25 117:9
117:13,16,18
302:1,5,8 305:8
315:22 316:16
**projects** 325:20
**prominent** 17:21
240:15
**promise** 359:12
**pronounce**
143:12
**pronouncing**
140:2
**properties** 163:7
**proportion**
340:11
**proportional**
351:13
**propose** 153:23
259:19 356:6
356:19 357:2
359:13
**proposed** 181:5
191:14 361:3
**proposing**
335:25 350:24
**proposition**
90:19 230:11
238:19 282:1
296:11,16
**prosecution**
330:22 331:1,6
331:11
**prosecutor**
331:16 348:3
**protests** 96:22
115:10
**protocol** 327:22
**proven** 178:5

**provide** 24:3
67:7 71:13 82:4
92:4 256:7
282:12 297:7
317:17 362:17
**provided** 23:16
95:12 124:18
178:15 237:24
282:16 305:23
308:17 332:16
362:18
**provides** 26:18
27:12 317:20
363:13
**providing** 149:19
318:21 319:6
**provincial** 10:22
**proxy** 74:2
**public** 1:20 3:9
3:11 5:4 29:2
238:12 239:20
332:15 364:5
364:20 365:15
366:20
**publication**
26:13 157:21
**publications** 14:7
14:25 26:6
27:11
**publiclyavaila...**
318:6
**publish** 17:14,18
30:19
**published** 9:1
13:17 15:7
17:12,24 26:5
26:12 27:17,18
28:2
**publishing** 16:12
**pull** 209:19
334:12
**punditry** 40:25
**pure** 28:18
222:11
**purely** 28:23
106:15,25

209:21
**purport** 349:25
**purporting** 46:9
**purports** 57:2
317:17 348:24
**purpose** 28:4
52:5 59:12
89:23 104:10
123:3 331:15
**purposes** 51:21
55:15 56:18
57:9 75:5 78:24
103:16 106:23
112:21 113:9
117:7,16
118:16 146:22
150:12 155:18
170:8,12
186:15 192:13
192:15 208:20
214:22
**put** 12:20 16:4,22
27:1 45:1 53:24
61:10 66:24
74:20 86:2
104:13 118:18
183:20 184:7
184:16,20
200:4 266:5
**putting** 27:1 98:7
198:8 344:23
**puzzling** 87:9
95:4
_____
**Q**
**qualified** 19:22
19:25 22:21
23:12
**qualitative** 30:10
30:17 89:14
**quantitative**
23:22 29:19
30:14,24 49:18
**quantitatively**
30:11 89:1,13
90:14
**quarterly** 2:11

**question** 6:6,7
7:2,7,8 15:17
15:18,18 17:7
23:7,8,10 24:10
24:14,18,19
26:6,23 27:14
28:5 32:12 33:3
50:8 54:19,25
60:9 61:20,23
61:24,25 64:4,9
64:10 65:21
67:8 70:1,3,19
71:4 80:1
100:25 109:18
110:14 118:16
120:18,20,25
123:25 124:7
126:19 133:12
161:4 165:7,22
170:21 175:15
178:14 189:17
189:17 197:8
209:13 210:16
211:20 222:9,9
222:18 223:13
223:15 224:25
225:1,5 233:8
239:6 249:21
253:23 257:10
277:24 278:8
278:15 279:13
281:17 288:23
288:24 293:21
295:23 313:13
314:23 315:14
324:4 342:16
347:20 349:16
350:12 362:1
362:21
**questioned** 43:25
**questioners** 2:1
**questioning**
43:23 104:16
104:19 170:20
320:13
**questions** 5:16

JONATHAN RODDEN, Ph.D.   8/20/2015

407

6:12,25 10:19
13:19 15:25
82:5 83:5
128:24 171:3
185:2 188:14
193:12 222:12
224:23 252:16
274:20,21
334:8 348:13
348:16 351:22
363:16
**quick** 127:22
**quickly** 81:17
333:23 348:19
**quite** 14:1 19:10
79:12 84:22,24
84:25 85:1,10
90:5 127:3
202:11 210:24
216:24
**quo** 37:15 38:25
**quote** 241:12
**quoted** 328:9
**quoting** 238:8
254:6

**R**

**r** 4:1 291:10
**race** 2:16 12:15
12:21,24 14:2
14:18 15:2 27:5
33:17,24 47:23
48:1,6 88:21
97:15,15 110:7
111:16,17,19
111:23 112:10
113:11 117:24
125:7 126:18
126:18 134:1
176:10 191:19
214:18 215:11
218:18 222:23
232:23 236:17
236:25 237:6
237:10,16
238:19 239:11
240:10,18

241:10,18,22
241:22 242:3
243:21 246:11
273:13,14
281:11 282:12
285:3 289:3
306:11 307:1
311:6,15 313:4
313:8 314:3,4
315:7,12,23
316:18 320:7,8
346:20 347:4,6
362:5
**races** 75:12,14,16
76:1 87:14
111:21 188:13
281:7 282:21
283:12 284:24
288:25 289:1
310:6,24 312:2
312:5 315:8,9
315:13 318:18
**racial** 13:11 14:7
14:11 16:24
25:2,4,5,7
26:14 31:20
32:1,14,23
33:12,15,21
38:22,24 39:5
39:13 42:24
83:21 94:4
96:16 99:11,12
99:14 130:12
130:14 157:17
176:11,12
234:6 277:21
278:23 281:3
281:15,18,20
282:10 296:21
297:13 314:10
314:12,22
**racially** 25:10,22
26:3,6,10 118:2
118:6,13
120:17 179:19
236:18,22

277:12 278:9
278:17 279:25
280:2 296:7,17
**radically** 64:5
312:24
**radio** 3:9,11
238:12 239:20
**rails** 320:10
**ran** 28:9 171:4
171:12,14
172:7 176:10
209:25 210:6
212:8,10
213:17 230:19
231:15 285:10
**random** 28:9
**range** 76:15
77:14,17 202:4
202:9 232:24
233:7 353:3
**rank** 317:22
**ranked** 135:22
197:13 198:20
199:2,7 204:15
207:15 215:20
**rankings** 275:2
**ranks** 22:10
**rate** 49:24 68:1,2
68:23 69:2,6,15
70:7,9 114:11
114:21 115:3,4
115:13 150:22
153:13,16
154:24 155:25
156:10,13
159:25 204:5
206:21 218:17
245:6,25 249:7
255:15 264:18
265:3,7,9
270:17,22
285:12 294:24
300:21,25
301:5,10 356:1
358:4,23 359:2
359:8,9,19,25

360:4,13,16
361:10,11,14
361:15
**rates** 2:17,18 3:6
48:1,6,8,13,18
49:14,19 50:9
50:18 51:12
52:24 64:5,12
64:18 66:19
67:3,10,14,23
69:10,11,11,25
70:6 71:1 72:7
72:11,13 73:20
74:1 75:19
79:20 86:16
88:7 313:25
314:2,8,13,21
**raw** 253:22
**razors** 198:6
209:3
**reached** 14:23
**reaching** 213:9
**read** 7:14 20:7
24:5,15,16
31:24 35:6
37:17 39:3 40:4
41:11 78:2 82:2
83:23 85:12
91:10 95:17
96:23 102:22
125:11 128:19
133:19 135:25
160:13 180:2,4
225:25 234:2
236:20 238:23
239:14,17
240:1,20
252:21 253:10
257:6,7,11,13
257:25 275:22
276:6 296:2,8
322:15 324:24
326:16 329:17
329:20,25
331:7,21 333:9
335:4 341:19

365:14 366:5
367:6,8,10,12
367:14,16,18
367:20,22,24
**reader** 78:12,21
80:21,23 89:24
90:6,7 92:4
103:10 112:7
232:3 299:18
**readers** 94:25
**reading** 239:15
281:4 331:20
**reads** 37:9
135:19 236:12
324:14 330:9
330:20
**ready** 129:6
229:7 260:21
301:18
**reality** 44:20
45:7,14,15
**realize** 90:17
133:21 224:22
300:1 346:5
**realized** 278:24
**really** 8:1 12:22
16:21 20:18
32:7 33:13 45:6
45:11 52:19
64:6 87:9 88:5
90:6 92:9,13
93:14 94:8,9
170:17 176:1
179:13 222:9
237:2,12
273:22 279:10
286:21,22
294:22 333:23
336:22 348:19
356:5
**reason** 6:22
16:19 28:14
35:18 36:12
38:6 71:3 72:24
79:11 87:9
132:21 134:10

JONATHAN RODDEN, Ph.D. 8/20/2015

408

172:23 173:3
177:11,17
244:15 287:6
287:25 288:19
311:16 323:4
367:6,8,10,12
367:14,16,18
367:20,22,24
**reasonable** 76:16
88:24 89:9
343:15 344:3,7
**reasons** 93:17
112:14 223:18
223:19,22
327:4
**rebuttal** 71:21
100:16
**recall** 18:17
20:25 21:1
57:14 88:12
96:7 137:18
179:21 239:14
240:12 241:1
253:7 274:21
324:3,11
**receive** 45:2
130:9,10,16
152:16 226:13
232:22 320:20
329:2 348:7
**received** 119:6
131:21 158:17
169:18 175:9
176:12 193:20
196:13 200:21
201:12 207:9
217:23 218:2
218:16 219:10
221:10,19
222:21 226:25
234:23 245:23
245:24 266:22
267:4,13,20
268:4,15,22
269:9,17 270:1
270:10 280:13

283:11 286:23
324:8,8 327:7
331:17
**receives** 123:17
131:14 230:13
**receiving** 189:3
216:18 232:24
**recess** 83:8 128:1
170:25 259:10
307:23 334:4
**recipient** 175:17
301:5
**recognize** 34:12
134:9 238:1
272:12 287:18
317:4
**recollection** 55:8
110:4,8 126:22
**reconstruct**
239:1,16
**record** 5:20 6:8
20:23 21:9
79:19 86:6 89:7
110:21 127:25
137:2,14
138:11,13,23
139:4,10,23
146:10 148:1
148:24 164:10
169:4 183:22
184:8,10,12
188:17 194:16
195:8,24
198:13 199:4
199:21 204:10
204:25 205:6
205:23 217:11
218:21 219:2
272:1 273:16
284:4 285:3
286:17 308:5
329:5 331:21
333:22 354:2
356:5
**recorded** 362:22
**red** 52:21

**redditt** 1:4
**redirect** 348:15
**redistrict** 59:10
116:17
**redistricting**
18:9,24 28:9
31:9 33:24
58:25 116:21
117:1,2,6,14,17
**redlining** 41:4,17
41:20
**redo** 88:10
**reduced** 364:10
**reelected** 194:22
294:6,10,19
295:3
**reelection** 294:23
**reexamine** 88:21
**refer** 34:2,4 82:6
99:13 129:1
132:11 133:17
258:8 317:10
319:4
**reference** 56:20
102:25 123:21
123:22,24
124:1,16
230:10 238:21
287:21 288:15
288:15 291:24
293:14 330:5
330:15,17
**referenced**
326:24
**referred** 21:24
79:1 239:10
240:16 242:3
321:10 325:6
331:4,14,16
348:4
**referring** 33:21
33:22,23 34:16
40:14 71:20
91:25 97:1,21
123:20 124:10
126:7 130:13

133:15 135:4
220:3,21 232:6
236:23 237:2,5
271:6 276:5
288:10 352:5
**refers** 255:7
**reflect** 40:13
**reflected** 38:23
39:15 357:7
358:13
**reflection** 75:15
**reflects** 38:25
**reformatted** 2:22
128:19
**reformoriented**
240:18
**refresh** 6:2 54:16
**regarding** 342:16
349:7
**regardless**
190:12 256:18
298:6 312:2
361:15
**regions** 45:17
**register** 331:3
**registered** 1:18
40:9 53:4,12,16
53:18 54:14,23
55:5 59:17,18
62:2 63:10,12
63:16,17,21,23
64:2,13,13,17
64:19 65:2,18
65:19,25 66:11
68:23 69:2,12
70:12 71:6 72:4
72:5 85:25
322:13,19
364:3
**registering** 166:1
**registration** 2:16
64:5,12 65:6
66:19 67:3,10
67:14,23 68:1,2
68:9,14 69:6,15
70:6,7 71:25

72:7,11,12
324:10 329:23
330:7,12
**regret** 279:4
333:7
**rehearsed** 43:8
43:12
**reinforced** 95:17
**rejected** 286:8
**related** 10:19
20:4 29:10 61:8
240:18 244:8
322:11 364:11
**relates** 222:14
**relation** 297:21
**relationship**
10:21 26:14
27:5 54:6 77:4
88:21 90:11
95:3 340:10
**relative** 46:5
50:9 67:3,9
75:19 93:8
221:4 232:6
256:13 258:23
299:10 364:13
**relatively** 46:10
48:9,14 168:22
232:4 233:2,5,8
233:21 299:1
**release** 236:13
**relevant** 211:12
211:14 293:1
314:19
**reliability** 9:9
**relied** 123:11
**rely** 89:13 94:17
237:25
**remain** 351:1
**remainder**
168:23
**remaining**
158:21 199:12
201:16 234:25
235:20 305:18
**remains** 45:16

| | | | | |
|---|---|---|---|---|
| **remarkable** 226:6,9 | 119:1,16 126:1 126:13 128:5 | 350:20 356:8 362:2,8 | 348:10 | 324:1 325:4,11 327:2 351:8 |
| **remember** 20:24 21:9 48:3 53:8 54:5,6 85:2 89:8,10 105:10 126:11 158:4 212:16 213:14 238:25 239:3,8 239:17 283:21 320:1 346:13 346:14,17 | 128:25 129:2 132:14,22 133:2,5,10 134:3,21 136:17 137:20 139:1 141:5,22 143:5,6 144:1 145:23 149:1,8 156:22 158:12 160:4 161:16 | **reported** 2:15 4:21 52:20 58:8 59:4 98:20 266:9 310:19 **reporter** 1:18,19 1:20 5:4 6:3,12 24:17 163:25 316:25 336:15 340:15 345:21 364:1,4,4,5 | **republican** 32:18 32:19 284:11 284:20 285:4 289:7,8,10,23 290:7,13,20 **republicans** 289:14 290:22 291:6,9 **request** 81:20 **requested** 24:16 | **researcher** 326:14 **researchers** 326:8,15,23 329:22 330:11 330:16 **reserved** 5:6 **residential** 12:3 12:6,8,10,14,23 13:2,3,20,21 14:2 38:21 |
| **remembering** 54:5 **removal** 240:5 **removed** 61:7 91:8 **render** 22:21 23:12 366:8 **repeat** 202:21 349:15 **repeated** 43:12 **repeatedly** 358:8 **rephrase** 23:7,9 **replaced** 103:4 **report** 2:14,18 3:7,14,15,16 47:12,22,25 48:20 49:5,10 49:13,19,25 51:21 52:11 53:6,14 54:3 65:24 66:18 67:4,7,8 69:17 70:12 71:9,11 72:16 77:16,20 78:24 79:7 81:5 83:11 84:1 90:14,15,16,18 90:23 91:2 95:6 95:9 100:2,7,10 100:12,16,16 101:12,13 112:5 113:10 113:24 115:25 117:23,25 | 162:18 173:8 178:13 180:3 182:23 208:10 208:13 212:13 220:1 225:19 229:4 233:23 234:16 236:9 238:1,7,8 241:9 242:6,8,9 252:15,17 256:6,8 259:20 260:5 272:15 272:18,19 273:12 274:5 274:13 275:11 275:12,16,18 276:20 277:5 278:10 279:3,5 280:6 282:16 287:14,18,20 293:13 295:25 297:19 300:5,6 301:17 303:17 303:19,22 304:7,7,9 305:10,22,23 307:8,8 308:1,2 308:5,17 309:21,22,25 310:5,7,11 311:1 316:17 331:3 334:12 335:24 337:21 349:4,5,7 | **reporting** 77:17 81:6 92:10,23 95:10 110:7 111:19 237:13 301:21 303:7 311:5,14 315:12 329:24 330:7,13 **reports** 7:13,14 7:23 45:13 56:20 71:21 72:6,11 95:18 98:6 237:17 243:12 283:1 287:9 297:14 300:16 **represent** 82:17 82:21 100:1 112:22 138:1 305:1,6 322:21 352:20 **representation** 10:4 28:19 58:22 134:24 258:3 304:14 351:13 **represented** 81:21 96:9 100:22 104:4 104:22 126:5 302:16 356:17 **represents** 76:6 107:8 300:6 **reprimand** 348:7 | **required** 19:12 21:16 27:3 32:21 67:7 178:16 **requirement** 19:8 **requirements** 19:14 21:13 22:23 23:14 178:8 179:23 180:1 **requires** 26:23 31:9 **requiring** 329:23 330:6,12 **requisite** 21:21 **reread** 7:13 **research** 9:10,14 9:17,18 10:17 11:5,20,22 13:11,13 14:21 17:8,10,12,15 17:19 27:9,18 28:15 30:24 35:1,24 36:15 36:25 37:4,6,23 38:5,7 43:19 76:22 77:16 116:12,22 172:7 287:21 288:1,5,12,20 291:13,18,19 291:20 293:4,9 317:6,10,17 318:25 322:17 | 44:15 **residents** 92:11 114:20 **resignation** 237:2 242:11 **resigns** 3:9,10 **resistance** 296:3 **respect** 10:24 19:24 21:19 27:16 32:7 70:21 98:15,19 158:19 163:11 169:24 219:18 265:22 279:25 280:2 **respective** 275:13 283:9 283:10 **respectively** 183:6 **respond** 272:19 **responded** 93:11 93:18 **responding** 293:20 **response** 19:14 81:19 307:8 308:2 **responses** 103:7 **rest** 151:11 356:11 **restrictive** 41:4 |

JONATHAN RODDEN, Ph.D.   8/20/2015

410

| | | | | |
|---|---|---|---|---|
| 41:23 42:2,7 | **revisions** 354:13 | 116:18,22 | 231:15,17 | 363:3 |
| **restroom** 170:17 | **revisit** 192:17 | 120:21 122:22 | 232:12 240:23 | **rights** 11:11 18:7 |
| 170:22 307:22 | 344:17 | 122:25 123:1 | 241:5 243:8 | 18:18,21,25 |
| **result** 169:22 | **revolt** 91:7,24 | 123:21 124:8 | 244:6,12,18,22 | 19:8,14,18,19 |
| 182:17 243:15 | 92:20,24 93:6 | 124:10 125:11 | 245:5 246:5,6 | 19:20,21 20:9 |
| 246:15 288:4 | 93:20 94:11,15 | 129:20 130:6 | 247:2,4 248:4 | 20:14,19 21:14 |
| 320:2 323:3 | **rhetoric** 44:21 | 130:13,20 | 248:12 249:9 | 21:25 22:1,9,23 |
| 331:12 332:8 | **rid** 88:10 | 131:14,24 | 249:20 250:4,6 | 23:5,14 24:12 |
| 333:15 339:8 | **right** 8:10,17,23 | 133:4 135:5 | 250:11,13,14 | 24:21 32:10,21 |
| 348:8 | 9:6 14:6 27:19 | 137:20 138:9 | 250:15,17 | 34:4 118:16 |
| **results** 2:23 3:5 | 30:25 33:25 | 139:2,8,14,18 | 251:2,5,8,10,13 | 178:2,8 179:23 |
| 12:20 36:25 | 46:7 50:4,6,8 | 139:21 140:6,7 | 251:15,16,17 | 180:1 222:10 |
| 71:8 74:18 75:1 | 51:3,5,13,17 | 140:12 141:9 | 252:1,2,8 | 222:14 225:10 |
| 84:1 114:9 | 52:5 53:8,12,21 | 141:12,19 | 253:10,13,22 | **ring** 41:8 44:7,7 |
| 127:3 132:24 | 54:10 55:3,14 | 142:20 143:2,9 | 254:11 255:9 | **rise** 66:23 |
| 133:6 136:15 | 56:24 57:6,13 | 144:6,15 145:1 | 255:16,17 | **rises** 298:3 |
| 157:25 166:24 | 57:15,21 58:2 | 146:19 147:5 | 256:16 257:15 | **rodden** 1:13 2:8 |
| 182:14,17 | 59:17 62:2,7,17 | 147:14,18,21 | 257:19 258:6 | 2:10,14,15,18 |
| 220:7 285:8 | 63:5 64:10,11 | 149:5 150:21 | 262:20 267:8 | 3:3,7,14,15,17 |
| 287:7 324:10 | 64:12 65:11 | 151:12 152:14 | 269:12 273:6 | 5:7,12,17,22,22 |
| 356:14,14 | 66:12,18 68:3 | 153:24 158:6 | 273:14 276:8 | 5:23 8:12,14 |
| 358:11 | 68:24 69:7,13 | 159:11 161:10 | 279:16 282:25 | 14:8 18:6 21:14 |
| **retained** 208:14 | 71:21 72:22 | 163:8 164:5,12 | 283:3 285:2 | 22:24 23:6,18 |
| 294:5 | 73:4,11,18,22 | 168:1,8 169:8 | 288:9 289:9,12 | 24:13,22 25:3,7 |
| **retiring** 91:5 | 74:4,10,12 75:6 | 174:5,9,17 | 289:24 290:14 | 27:19,22 28:8 |
| **return** 59:15 | 75:21 76:6,12 | 177:15 178:8 | 291:22 293:22 | 32:11 34:1,12 |
| 98:21 365:16 | 76:15 78:9 79:3 | 178:24 179:15 | 294:12 301:20 | 45:15 47:11,11 |
| **returns** 285:24 | 79:8,13 81:10 | 180:18 182:4 | 302:13 304:8 | 47:22 51:13 |
| **reveal** 23:22 | 82:12 83:1,2 | 183:14,23 | 304:15,18,24 | 52:10 56:4 |
| **reveals** 120:1,3 | 85:12,17 88:16 | 185:5,15 | 306:23 307:7 | 64:10 65:9 |
| 121:6 222:2 | 88:19,25 89:6 | 188:23 189:1,2 | 308:8 312:1,13 | 67:18,19,23 |
| **revelation** 91:5 | 89:15 92:24 | 189:8 190:20 | 312:17 313:11 | 69:16 70:15 |
| **reverse** 138:8 | 94:15 95:15 | 191:1 193:21 | 315:21 316:6 | 72:25 78:9 |
| 215:9 | 96:23 101:5,24 | 194:23 196:10 | 322:22 323:19 | 81:11,12,15,22 |
| **review** 13:17 | 102:3,9,19 | 197:2 200:1,3 | 324:2 327:19 | 81:25 83:10 |
| 14:10 17:22 | 103:15 104:1 | 200:13 203:12 | 332:3 333:14 | 88:6 89:12 |
| 30:12,13,15,21 | 105:10,18 | 204:13,23 | 334:1,13 | 95:23 99:23,24 |
| 81:8 89:12,21 | 106:8,24 107:7 | 208:16 211:11 | 335:16 336:20 | 101:12 107:11 |
| 90:23 116:13 | 107:21 108:8 | 211:25 212:12 | 337:5 341:24 | 107:12,17 |
| 157:21 324:18 | 108:12,16 | 213:15 215:10 | 344:13,20 | 109:9 112:20 |
| 324:20 | 109:8,8,11,20 | 215:18 218:5 | 345:11,16 | 113:21 114:12 |
| **reviewed** 100:5,6 | 110:13,18,23 | 221:12 222:11 | 346:9,10,21 | 116:9,14,18 |
| 274:4,7 | 110:24 111:9 | 223:7,10 | 347:10,14 | 121:5 122:20 |
| **reviewing** 7:23 | 112:2 113:3,9 | 224:23 225:25 | 348:12 349:19 | 122:25 124:6 |
| 16:15 | 114:1,6,12 | 227:11 228:5,9 | 353:25 354:12 | 124:12 125:4 |
| **revise** 136:4 | 115:15,19,20 | 228:18 231:6 | 358:12 362:2 | 126:9 127:9,11 |

JONATHAN RODDEN, Ph.D.   8/20/2015

411

128:2,3,17
129:20 136:17
136:23,24
137:21 149:5
153:11,23
155:3 156:1
157:4,18
163:24 164:2,5
166:15 167:15
171:2 173:13
175:18 176:24
178:8 180:18
182:9,15
183:11 184:10
184:24 190:5
193:13 202:15
209:19 211:5
211:11 213:19
214:2 215:1
222:17 237:20
237:22 238:14
238:16 239:20
240:22 244:12
244:17 245:4
246:16 247:24
252:9 259:12
259:14 260:4
260:16 265:23
271:24 272:7,9
272:10,12
273:6 274:14
276:4,8 279:16
280:4 281:23
282:11,25
283:15 287:9
287:11,12,16
295:7,25
297:15 301:13
301:15,23
302:2 304:19
305:21 307:3,9
308:8 310:21
311:2 312:7,9
312:13,18
313:11,22
314:5 315:21

315:25 316:6
316:23 317:1,2
317:4 318:15
320:15,25
321:1,4,13
322:18 323:14
323:19 325:2
329:16 342:13
342:14 346:9
348:17 350:7
351:22 352:6
353:20,25
357:10 358:12
358:25 359:22
360:8 361:17
362:1,6,25
363:4 365:12
366:4,14,23
367:3
**role** 41:20 42:8
   42:15 43:4
**rolloff** 319:5,5
**romney** 317:24
   318:10
**rose** 96:6
**rothert** 4:10
**rothman** 25:18
**rough** 48:25 62:9
**roughly** 31:4
   59:21 62:13
   298:10,24
   311:14
**round** 197:5
**rounded** 341:6
**rounding** 169:8
   215:22
**row** 176:6 251:25
   252:3,4,4,5,5,6
   252:6,7,7,8,8
   301:25 302:11
   309:21 352:4,8
   352:20
**rows** 82:2
**rpr** 4:22 365:20
**rule** 78:11,22
   80:19 131:20

175:23 176:4,5
177:12 180:25
181:1,7 183:7
183:20 184:17
184:18 185:14
186:14 187:11
187:15 188:1,7
190:1,6,10
191:6,7,14,15
192:12,14,17
193:10 194:11
195:25 196:4
198:4,24,24
199:15 201:1
201:17,21
202:21,21
205:3,19
206:19 207:2
207:23 208:2
208:24 209:4
209:14 211:2
211:15 213:19
214:20,21
215:1,6 216:5
216:10,25
217:2,4,5,7,13
218:20,23
227:7,10,11
228:19,20
231:1,11 235:2
235:3,23,23
244:5,6,7,8,16
244:20,21,22
245:1 246:4,6
246:10,12,15
246:19 247:7
247:11,14,21
248:6,21
249:11,16
254:21 255:4
258:19 259:20
259:25 265:11
295:13 344:22
354:3,8,11,21
354:25 355:5
355:11,16,21

356:15,19
357:5,11,18,25
358:17 359:13
359:21 360:1,5
360:12 361:11
361:23
**rules** 6:2 129:24
   180:21 181:5
   209:6 219:21
   231:7,20
   247:24 249:12
   252:11 254:22
   259:15 260:9
   260:10 277:25
   282:4 356:6
   357:2
**run** 115:5 136:14
   143:17 196:25
   211:23 224:17
   241:17 250:1
   251:24 260:22
   266:12 294:9
**running** 230:6
   240:18 241:18
   245:15 277:19
   277:20 278:22
   281:11 319:14

———————
**S**
**s** 4:1 44:11
**salaries** 36:23
**sample** 57:13,19
   57:20 58:11
   61:11 106:20
   172:16 304:21
**sampling** 57:23
   57:25 58:2,4,4
   58:6,9
**sat** 7:13 256:5,8
**satisfy** 30:12,13
   30:14 90:16
**savala** 146:7
   234:20 237:7
   251:12
**save** 294:9
**saw** 273:11
   358:25

**saying** 26:22
   34:9 43:15
   52:22 79:6,9,11
   79:13,14,14
   84:10 85:23
   89:7 104:24
   122:24 136:8
   160:16,16,19
   160:21 163:8
   166:23 167:4
   180:22 188:12
   192:22 226:6,9
   240:5 289:6
   293:22 295:2
   328:15
**says** 5:14 134:4
   152:23 266:2
   327:24 330:16
   345:8 352:3
**scale** 234:11
   318:2,8
**scan** 232:2
   299:20
**scatter** 87:25
   88:1,3 273:11
**scenario** 65:25
   66:3 182:5
   183:2,6 314:6
   335:6
**scenarios** 131:2
   181:2,6
**scholars** 25:10
   25:21 26:2
**scholarship** 9:6
**school** 1:8,25
   3:12 20:6,10,11
   35:10 36:1,3,5
   36:9,13,18,19
   37:2 38:13 40:2
   40:7,17,20
   45:21 47:24
   48:2,9,9,15,25
   49:9,15,20
   50:10,12,19
   54:9 55:18 56:3
   56:16 62:17

JONATHAN RODDEN, Ph.D.   8/20/2015

63:4 67:4,11,15
69:20,23 70:20
71:1,16,18
72:12 73:1,3,7
74:1,3,4,15
75:9,10,11,20
75:24 84:2 88:8
88:15 89:3,19
94:1 97:2,11
100:18,24
101:5,10,16,21
104:8 105:1,6
105:25 106:10
106:17 107:2
108:7,11
110:10 111:2
112:12,19
113:7,13,17,25
115:9,11,11
116:9 117:24
118:2 119:5,15
120:5 123:23
128:10,15
129:13,25
150:9,18
152:13 153:9
154:21 171:15
171:19,23
172:1,21
232:17 236:23
242:16,23
244:24 265:16
272:25 273:7
273:20 275:20
276:2,22,23
277:12 278:10
278:11,16
279:20,21
280:1,3,14
282:17 285:18
285:23,25
286:2 288:16
292:5,21 293:7
293:10,24
296:3 300:8,13
300:20,24

301:4,9 303:5
303:10 305:2
305:11 306:1
307:2 309:7
313:7 315:4,20
316:10,15
336:7,8 352:13
353:15 356:16
362:13 363:8
363:13 365:9
366:24 367:4
schools 22:2
schroeder 142:1
142:11,17
144:6,15,21
145:5 207:8,12
207:18,24
214:11,15,23
215:9 218:13
218:21 219:2
219:11,15,19
220:14 221:10
221:10,13,17
221:21 222:6
222:23 224:15
245:10 246:25
250:23 251:7
262:12,15,17
262:19,22
263:2
science 2:11 8:17
8:20,23 9:5,10
9:14,17 12:9
13:18 14:11
18:1 22:12
25:21 26:2
28:24 74:9
76:22 81:8
116:12 157:23
192:25 325:3
sciences 325:25
scientist 11:20
20:8 21:15,20
30:7 35:13,21
37:19 39:12
51:19 61:8

118:11 162:12
260:1,11
278:15 281:6
281:14 284:15
319:10 325:9
356:7,20
357:12 358:17
scientists 17:22
35:2 57:8 71:22
76:25 94:17
179:11 274:1
score 324:9
sd 2:19
seal 320:14,21
327:18,19
331:24
searches 239:17
seats 29:1,3
72:25 134:24
135:24 137:8
138:17 139:13
140:23 142:7
142:22 146:3
146:25 147:23
151:3,12,15
152:19 155:14
164:4 165:21
176:19 178:23
180:14,15,17
180:23 195:12
200:1,17
204:13 208:14
213:1,2 214:6,9
215:18 220:18
226:21 234:1
254:10 257:3
257:11,23
335:11,12
336:2,5,10
337:6,8 350:22
360:24
second 38:16,19
49:12 53:10
82:10 98:23,24
134:2 135:19
135:21 156:21

158:24 159:8
160:6 161:23
161:25 162:9
162:10,13
164:12 165:1
165:20 167:13
169:24 170:2,6
170:12 171:7
174:6,7 175:9
175:17 176:19
181:21 186:1,4
186:18 187:4
188:25 189:13
190:8,15 194:3
197:4 201:4,19
202:7 204:3
211:3 212:25
216:5 221:5,10
221:20 227:23
228:16 230:17
231:2 246:2
252:3 256:17
257:1 259:19
272:23 300:5
302:11 304:9
308:15 311:18
324:14 340:20
343:10,16,25
343:25 344:4,5
345:6 363:16
section 19:8,10
19:24 21:19
47:25 48:3 49:5
75:17 117:23
133:2 134:8
276:16,19
330:23 331:1
see 29:3,22 30:3
53:9 83:13 88:4
88:4 92:3 97:12
99:11 100:19
105:12 107:24
108:21 115:3
119:17 121:18
121:23 122:3,6
122:8,9 123:15

124:25 143:6
145:23 152:24
163:8,10,15,22
196:21 202:4,8
202:12 229:25
230:6 232:23
237:15 238:9
245:10 251:24
259:5 276:17
287:23 330:23
337:10 347:16
352:5
seeing 108:25
seek 31:20
seeks 33:24
seen 36:15 64:8
88:17 159:3
232:14 291:13
321:3 351:8
sees 88:2
segregated 44:16
44:17 45:16
46:10
segregation 12:3
12:6,8,11,12,15
12:17,24 13:3
13:12,22 14:2,8
14:12 16:1,5
38:21 41:1 43:7
46:6,15,21
selected 152:2
153:20
selection 9:4
senate 3:17 180:3
287:15
send 323:10,24
sending 318:13
322:17
sense 52:17 60:2
78:22 112:7
127:24 131:23
132:2 166:3
170:13 179:5
180:12,15
226:7 302:10
337:16 343:21

JONATHAN RODDEN, Ph.D.   8/20/2015

413

sensible 106:22
  337:5
sent 81:19
  107:15 322:13
  323:16 327:16
  329:13 333:7
sentence 31:17
  32:2 35:1 37:8
  39:25 43:6
  53:10 77:21
  83:12 85:7
  96:15,15
  119:25 121:5
  134:22,25
  135:3,19,25
  158:14 212:25
  220:9 225:20
  229:18 232:5
  233:24 236:11
  236:12 242:10
  253:8 255:7
  257:1,21
  275:17 293:14
  296:2 300:6
  322:11 326:12
  326:24 330:20
sentences 160:4
  257:2
separate 74:23
  75:1 78:15,25
  129:8
separately 74:25
  223:20 325:16
separation 97:1
  236:23
series 49:13
serious 96:20
services 4:23
  324:23 365:1
set 3:12 12:18,19
  126:16 225:10
setting 210:16
seven 40:1,16,19
  152:8,8,10
  245:3,6 250:18
  265:3,4,4

270:22 335:9
  335:10,11,17
  335:22 336:2,5
  338:10 339:16
  339:20,23
  340:1,3,7,8
  341:5,8 342:8
  350:21 359:25
seventh 157:5
sex 2:16
shaded 82:2
shaking 6:13
shape 13:23
share 60:5 119:6
  119:14,23
  121:17 125:1
  126:7 130:17
  311:5 337:6,8
shares 122:5,6
  312:23
sheet 108:3
  165:24 186:16
  244:17 249:24
  341:25 365:13
  365:15,16
  367:1
sheets 109:3
shes 194:2
  211:23 233:21
  233:21
shift 99:22
shoes 118:18
shooting 96:21
  97:24 99:6
  114:18
short 57:12
  80:22 209:7
  217:3,15
  306:11,12
  307:21 347:6
shorthand 1:19
  5:3,4 10:11
  33:15 364:5
shouldnt 302:6
show 8:11 27:21
  46:9 47:10

81:10 99:21,22
  260:3 266:8
  280:12 316:23
  320:24 329:12
  329:21 330:10
  334:11 349:25
  350:4
showed 70:9
showing 60:12
  66:7 107:23
  108:6 273:12
shown 35:2
  69:17
shows 101:14
  113:24
sic 204:16 233:19
side 7:1,19 8:5
  88:3 121:21
  200:7 339:15
  341:5
sign 365:15
signature 5:5
  363:19 365:13
  365:15,16
  366:22 367:25
signed 47:17
  308:8 332:10
significance 79:1
  80:23 175:23
  177:12 184:19
  186:17 188:7
  191:8,23
  194:12 195:4
  198:25 201:18
  203:24 205:20
  206:18 207:24
  208:22 209:5
  214:21 216:4
  216:11 217:2
  219:10,14
  227:8 228:19
  235:2,24 244:7
  256:23 354:4
significant 48:17
  84:7,7,12,15,21
  85:5,10 86:14

120:4,10,13,22
  121:1,4,8,12,15
  122:15 160:12
  167:2,5 168:16
  175:19 180:24
  193:8 194:9
  197:18 198:11
  202:6,6 205:17
  206:21
significantly
  79:24 87:11
  184:2,23 185:6
  187:7 203:8
  204:5 215:25
  216:21 218:17
  227:4 234:24
  245:25 343:2,5
  343:6
signing 94:1
silliness 176:6
similar 54:2,6
  90:4 127:3
  274:16 275:2
  286:23 292:13
  292:21 297:8
  297:14 311:14
  311:16
simple 45:8
simpler 222:18
  279:11
simply 45:1
  74:23 78:18
  89:13 135:21
  166:8 167:13
  224:23 259:20
  277:24
simulating 31:2
simulations
  28:10
simultaneously
  336:2
sincerely 365:19
single 111:16,17
  111:23 112:10
  112:23 113:10
  113:11 114:2,2

126:18,18
  129:21 130:10
  163:18 171:6
  181:9 247:12
  276:11 299:22
  306:11 337:9
  346:20 347:4,6
  351:2,4,9,11,14
  351:14,19
singleshot 131:12
  131:19,24
  132:1,7 158:3
  171:6,8,10,20
  171:24 172:3,5
  172:11,19,20
  173:3 181:9,13
  181:18,21,24
  223:2 224:4
  226:4,8,17
sister 95:21
sits 77:23
sitting 91:8
  171:25 320:4
situation 52:16
  162:21 164:19
  177:9 182:6,10
  246:7 274:2
  314:19 347:25
  348:8
situations 120:7
  121:1
six 40:1,16 83:13
  83:18,20 84:5
  84:14 151:8,10
  151:13,15
  152:8 153:6,7
  154:7 211:10
  270:19 357:23
  359:21
sixth 157:9
  301:25
sizable 48:19
size 31:4,6 60:18
  61:2 292:18
skip 318:19
slate 236:16,24

JONATHAN RODDEN, Ph.D.   8/20/2015

414

| | | | | |
|---|---|---|---|---|
| 237:4,11,14 | software 59:5 | 297:25 302:5 | specific 313:23 | 301:15 302:17 |
| 239:10 240:16 | solutions 15:11 | 304:13 308:14 | specifically 7:3 | 303:13 |
| 240:18 242:2 | somebodies | 308:22 309:1 | 14:8 35:25 37:4 | spreadsheets |
| 289:8,9 | 240:8 | 315:7 316:24 | 38:9 70:3 | 129:1 132:11 |
| slice 58:17 | somebody 240:5 | 336:16 338:5,9 | 124:17 125:4 | 142:25 173:13 |
| sliding 234:11 | 240:7,7 | 338:23 345:3 | 158:13 184:10 | 178:25 |
| slight 363:10 | somewhat | 345:21,23 | 313:7 325:9 | st 1:9,17 3:7,9,11 |
| slightly 23:8 | 123:10 243:19 | 346:18 347:2 | 330:4 351:18 | 4:10,15,24 |
| 77:22 114:8 | 274:17 | 349:12,13,15 | spectrum 314:5 | 15:15,21 16:9 |
| 160:10 169:21 | soon 224:20 | 352:4 356:3 | sped 45:2 | 16:11,17 17:2 |
| 342:11 344:15 | sophia 4:19 | 359:11 | speed 45:5 | 17:13 18:2 |
| slim 150:4 | sophisticated | sort 30:16,24 | spell 5:19 | 34:15 37:12,24 |
| slope 298:3 | 171:4,9,11,12 | 73:19 74:2 | spelled 140:3 | 41:2,17,21,25 |
| slopes 113:25 | 171:13 | 89:13 211:2 | 142:1 143:15 | 42:3,8,12,15,21 |
| slot 345:6 | sorry 21:1,3 29:5 | 289:10 290:12 | 214:18 | 42:24 43:3,4,7 |
| slow 190:4,15,17 | 29:7 32:11 | 314:4 348:7 | spend 165:24 | 43:16 45:16 |
| 339:2,2 | 34:18 38:18 | sorts 57:9 91:8 | 239:15 | 46:6,11,14,17 |
| small 35:2 57:16 | 41:6 42:17,17 | sound 241:9 | spent 10:18 | 46:18,22 |
| 101:11 112:16 | 48:23 61:18 | 242:1,3 | spike 89:18 | 238:11,12 |
| 133:25 177:7 | 65:14 68:1 70:5 | sounds 57:15 | 90:21 93:7 | 239:20 240:15 |
| 217:15 269:7 | 79:6 83:15 | 140:7 211:25 | spiked 92:25 | 284:15 296:4,5 |
| 306:13 358:9 | 84:24 99:4,12 | 228:5 322:3 | spikes 90:6 | 296:7,18,23 |
| 358:10 360:23 | 100:14 102:18 | 333:14 | spirit 8:1 92:2 | 297:1,5,6,10,15 |
| 360:24 362:16 | 114:10 120:2 | source 68:4 74:7 | 95:5 | 297:22 298:7 |
| 363:11 | 135:8 140:10 | 240:12 241:4,7 | split 158:22 | 365:2,7 |
| smaller 58:11,14 | 143:5 151:22 | sources 95:11 | 163:5 166:4,25 | stable 115:5 |
| 69:22 285:22 | 156:5,19 | 102:10 238:9 | 176:7 177:19 | stack 32:3 33:3 |
| 286:11 358:5 | 157:16 161:9 | 238:18,25 | 246:8 247:17 | staggered 287:23 |
| smart 172:13 | 164:1 170:11 | 239:3,8 241:3 | splits 177:23 | 288:2,7,9,10 |
| smith 174:24 | 173:6,22 177:5 | south 4:15 365:6 | splitting 221:22 | 335:21 |
| 175:8 176:1 | 184:21 187:17 | southern 229:24 | spoiled 132:8 | stamps 301:5 |
| 186:8,11 | 188:2 191:5 | 229:24 230:3 | spoke 7:25 | stand 241:21 |
| smiths 175:4 | 192:16 194:20 | space 9:24 16:24 | spokesman | standard 116:12 |
| smoother 52:17 | 194:23 195:14 | 28:17 299:21 | 241:15 242:1 | 121:2,3 157:20 |
| snap 301:5 | 195:20 200:9 | span 355:12 | spots 45:19 | 163:17,18 |
| social 11:10 12:9 | 200:14 202:17 | spatial 12:9 | 299:22 | 210:13 297:10 |
| 21:15,20 22:12 | 209:12,12 | speak 7:21 133:9 | spread 92:6 | standards 9:9 |
| 61:7 76:25 92:7 | 214:8 218:6 | 274:22 345:22 | spreadsheet 2:21 | 30:12,13,15 |
| 92:12 94:15,18 | 222:17 223:17 | speaking 118:3 | 2:22 81:18 | 77:2 81:7 89:21 |
| 118:11 325:25 | 229:15 232:21 | 119:22 133:3 | 85:15 91:14 | 325:3 |
| socioeconomic | 236:8 238:6 | special 97:13,13 | 107:14 108:15 | stands 120:15 |
| 14:18 15:1 16:5 | 239:7 245:23 | 97:18,18 99:7 | 110:2 128:4,7 | stanford 3:19 |
| 16:23 41:21 | 249:21 254:18 | 99:10,18 | 128:18 132:23 | 8:17 12:7,10 |
| 42:8,15,20 43:4 | 257:16 282:5 | 173:10 242:21 | 136:16 139:25 | 317:8 321:8,18 |
| 69:21 70:1 | 289:13,16 | 253:20,23 | 157:1 169:9 | 325:14 326:7,8 |
| 71:20 300:18 | 293:20 294:15 | 254:2,3,4 | 184:22 260:16 | 326:15,23 |

JONATHAN RODDEN, Ph.D.   8/20/2015

327:1,25
328:20 329:3,6
329:14,22
330:1,11
332:10 333:1,5
333:15,18
348:8
**start** 48:23 62:6
68:2 102:22
105:24 106:8
114:10 120:2
124:7 155:10
185:22 198:8
245:23 312:11
**started** 20:21
45:11 75:24
102:19 223:13
325:22,23
**starting** 103:19
106:11 113:16
114:4,6 151:22
153:4 154:16
185:19 248:5
250:4 260:23
271:8 301:25
**starts** 77:21
83:12 229:19
239:24
**state** 1:3,22 5:19
10:22 18:10
23:4 24:14
29:14 35:23
59:9,10 68:8
69:19 70:22,25
121:6 135:8
288:23 320:15
320:17,20,21
321:7,12 322:1
322:13,19
331:10,24
364:6,21 366:1
**stated** 84:23
165:10 304:18
328:11
**statement** 124:14
161:16 167:15

220:22 253:15
253:19 257:19
258:17,18
274:16 330:9
**statements** 19:23
34:7
**states** 1:1,21 2:16
10:8 13:4,21
15:10 22:2
32:18 37:3
44:15 45:17
47:23 58:22,25
61:5 67:23
96:16 120:1
273:23 274:3
288:3 290:2
297:11 314:15
322:11 329:11
331:13
**stating** 95:16
**statistic** 213:3
254:5 293:14
**statistical** 78:7
79:1,7 80:22
94:19 159:24
159:24 161:18
165:15 169:17
175:7,23
177:12 182:19
184:19 186:12
186:17 188:7
191:1,8,23
192:2,8 194:11
194:14 195:3,4
195:18 196:12
198:3,25
201:18 203:23
205:20 206:18
207:23 208:22
209:5 214:21
216:4,11 217:1
219:9,14 227:7
228:16,19
235:2,24 244:7
256:23 334:18
353:4 354:4

**statistically**
78:16 79:21
80:3,15 81:3
84:6,7,12,15,20
85:5,10 86:14
86:17 87:11
160:12,22,24
161:15 167:5
167:10,11
168:15 175:19
176:2 180:23
184:1,23 185:6
187:7 189:24
192:24 193:7
194:9 197:17
199:11 202:6
203:4,7 204:5
205:17 206:20
215:25 216:21
218:17 227:3
234:24 235:20
245:25 343:2,5
343:16
**statistics** 46:21
159:4 256:7
313:20,23
**status** 37:15
38:25 208:21
210:10 213:19
254:23 255:5
282:3 295:15
306:12
**statute** 331:23
332:4
**stay** 38:19 62:21
124:22 127:21
**steep** 114:25
**stem** 93:19
**step** 125:24
**stephen** 25:14
**stick** 63:7 65:8
134:12 158:25
247:25
**sticking** 63:20
**stipulated** 5:1
**stipulating**

133:18
**stipulation**
131:19
**stipulations**
131:8
**stop** 200:3 213:2
**stopped** 43:23
**story** 93:15 254:4
313:3
**straight** 52:13
104:6
**straightforward**
21:22 279:14
**strange** 74:6
181:2,6 182:14
182:17
**strategies** 171:17
173:10
**strategy** 37:10
123:18 171:6,8
171:11,11,20
171:24 172:3,5
172:12 173:4
223:2 350:12
**street** 1:17 4:4,9
4:23
**stressed** 103:6
**strict** 127:7
**strike** 90:6
**strong** 158:13,16
180:9 225:8
254:4 311:16
360:25
**stronger** 233:21
**strongly** 330:1
332:23
**structures** 10:24
**student** 35:16
40:6,9
**students** 15:24
16:2,6,10
**studied** 20:16
**studies** 17:14
324:19
**study** 10:6 25:10
25:21 26:2

30:20 319:17
319:19
**stuff** 202:18
**style** 17:15
**subjects** 325:11
**submit** 327:5
**submitted** 179:7
327:10
**subscribe** 366:10
**subscription**
34:23
**subsequent**
113:15
**substance** 244:20
366:7
**substantial** 44:12
44:14 122:11
**substantially**
160:18 174:20
189:21 201:13
218:2 221:16
222:21 228:11
228:13 229:22
358:11
**subtracted** 88:17
**subtracting** 88:8
**subunits** 58:14
**suburban** 45:2
**suburbanization**
13:6 43:21 44:2
44:12 45:3,8,9
**suburbanized**
44:1
**suburbia** 44:4
**suburbs** 43:17
44:6,7,10
**success** 3:5
150:22 153:13
153:16 154:24
155:3 156:1,10
156:13 245:6
249:7 264:17
265:3,7,8
270:17,21
285:12 342:5,9
356:1,16 357:6

JONATHAN RODDEN, Ph.D.   8/20/2015

416

357:7 358:5,23
359:3,8,8,19,25
360:4,13,16
361:4,10,11,14
361:15
**successful** 3:22
45:23 137:5
138:5,13
139:10 141:4
143:8 144:21
145:25 149:12
149:21 150:13
153:4,8 154:9
154:15,20
155:21 156:5,8
168:1,4 170:15
186:23 187:16
193:11 195:1
199:19 201:22
203:17 204:9
205:3 220:20
229:11 245:2
247:5,8 248:10
248:17,23
249:5 255:12
255:16,22,25
270:23 271:14
337:3,24
344:12 345:9
345:13,25
346:3 348:24
350:6 354:18
355:2,9,12,18
357:20,24
358:20 361:6
**sufficiency**
329:10,20
330:4
**sufficient** 30:8
159:24 321:15
322:6 326:3,4
329:12,21
330:10,25
331:11
**sufficiently** 37:2
51:21 55:23,25

71:9 89:9 117:4
133:24
**suggest** 160:9
295:22
**suggested** 37:25
191:7 231:21
**suggesting** 158:2
166:8,8,17
211:15 351:12
**suggests** 43:22
121:12 342:4
**suitable** 59:7
**suite** 4:15 365:6
**sum** 289:10
290:12
**summarized**
17:19
**summary** 48:6
76:19 112:14
**summer** 115:7
**superintendent**
3:8,11 91:6
93:19,22 94:3,4
96:18 97:2
236:14,24
237:3 241:24
242:11 243:6
243:15
**supplement**
30:23 68:15
85:22
**supplemental**
3:15,16 49:24
67:6 71:13
272:15 274:13
287:9,14
295:24 304:7,8
307:8 308:1,17
316:17 349:4
**support** 126:2,6
128:8,14
132:25 133:8
134:17 135:5
135:15,17
136:10 137:4
137:11 138:3,7

138:20 139:7
139:17 140:2
140:12,17
141:1,11,18,25
142:10,16
143:1,8,11,23
144:5,9,13,15
145:4,12,19
146:6,14,18
147:4,9,13
148:3,4,12,21
149:4,18 150:1
153:3 157:6,11
157:16 158:13
158:16,17,21
159:9,19,20
160:9,17 161:1
161:19 165:1
165:18 166:10
166:12 167:6,9
168:9,11,12,16
168:25,25
169:7,12,14,19
170:11 173:15
173:23 174:8
174:11,16,23
175:3,4,5,9,20
175:21 176:2
180:24 184:1
184:24 185:7
185:25 186:5,8
187:5,6 189:8
189:18,21
190:22 193:14
193:16,17,20
196:9,14 197:9
198:17,17,19
199:7,10 201:5
201:9,13 204:5
206:11,11
207:9,19,20
208:21 211:9
214:11,14,17
215:21,24
216:1,16,18,22
217:18 218:16

219:6 221:5,9
221:11,13,17
221:19 222:22
226:25 227:3
227:19,24
228:4,7,11
229:20 230:24
231:23 232:1,4
232:15 233:2
233:18,20,21
234:23 235:19
245:24 256:13
256:19 258:23
267:13,20
268:4,15,23
273:6 274:8
275:8 282:12
282:20 283:10
283:10 286:20
286:23 296:11
296:16 359:7
**supported** 90:22
130:2 131:23
132:6 194:3
219:14 246:3
**supporters** 171:5
172:5 226:3,16
**supposed** 324:18
325:10
**supreme** 125:9
125:17 225:11
317:18 318:7
**sure** 8:14 21:7,8
25:5,14 48:3
51:10 65:4,15
72:18 75:12
79:25 80:2
91:15 95:22
96:1 102:23
104:21,23
108:17,18,20
109:25 110:3
114:7,13
121:10 126:14
129:4,6 131:9
131:10 136:21

147:16 155:7
167:25 169:10
170:18 178:12
197:7 198:3
201:15 202:1
210:14 212:15
218:4 221:2
223:21 225:18
226:20 229:6
230:12 231:14
240:10 248:2
257:9,16 260:6
260:15,18
266:12 267:8
271:3,5 275:3
276:6 277:14
283:18,21
288:8 291:1
293:19 295:6
295:14 299:19
303:21 308:16
309:19 315:15
321:9 326:22
333:22 334:3
346:25
**surface** 14:14
15:8
**surpass** 83:19
**surprise** 115:8
**surrounding**
39:2
**survey** 56:21
57:11 68:12,17
103:3 305:3
309:11,23
310:3,9 311:1
315:24
**survive** 89:20
90:23
**switch** 272:6
**switched** 241:23
**switching** 231:6
**sworn** 1:14 5:13
364:8
**system** 3:23
120:15 133:14

JONATHAN RODDEN, Ph.D.   8/20/2015

417

162:15 289:18
291:3,7 342:2
342:12 348:25
**systematically**
278:2
**systems** 10:20
225:12 351:10
351:13,15

---

**T**
**table** 2:15 163:24
171:25 197:6
280:6 281:19
281:20 282:22
308:11,13
309:5,6,10
315:8,17
316:17 334:17
341:10 344:24
347:20 349:4
349:18,20
350:19,20
353:7 361:3
**tables** 349:18,25
350:19
**take** 6:12 7:5,6
47:1,2 48:4
58:5 62:4 72:3
73:24 81:17
83:4 108:17,20
117:8 122:17
126:14,15
127:16,22
133:16 135:14
135:16 166:3
175:19 181:6,7
204:22 229:6
246:23 249:25
259:8,9 293:19
294:15,18,18
307:18 314:11
341:13 346:25
346:25 353:19
**taken** 5:3 19:3
83:8 128:1
164:17 170:25
246:9 259:10

299:21 307:23
332:23 334:4
343:22 364:9
364:13 365:12
367:4
**takes** 32:17 41:3
73:2,10 175:16
**talk** 52:7 61:20
72:15 75:12
77:15 125:3
134:19 155:10
156:20 157:25
159:8 168:7
173:2 174:6
181:4 188:11
195:11 223:19
225:19 226:19
230:16 265:25
275:4 295:4
304:11 314:19
347:24
**talked** 77:10
79:17 95:25
198:1 257:2
259:14 301:12
310:12 349:7,8
349:11
**talking** 92:13
98:14 109:4
128:3 223:13
255:10 274:2
276:8 288:9
289:21 308:24
313:6 346:24
347:1 360:24
**talks** 13:22
**tally** 224:20
256:21 258:7
**tallying** 255:23
256:11,12
**target** 322:24
323:3
**task** 59:7 61:1
163:16 225:9
241:15 242:1
311:8 337:4

**tax** 91:7,24 92:20
92:24 93:6,13
93:20 94:11,14
**taxes** 93:20
**teach** 20:9,10
22:3,4
**teacher** 36:22
292:18
**teachers** 35:3,14
35:22 36:1,8,13
36:14 292:22
**teaching** 16:11
17:8 27:8
**technically** 107:4
294:7
**technique** 220:6
222:3
**tell** 36:21 90:7
102:15 121:11
127:16 143:13
150:6 151:1
153:13 154:14
169:17 222:6
233:15 249:19
286:22 305:24
306:3 337:1
**telling** 68:4 78:21
177:6,8
**tells** 60:22 283:9
304:4 315:18
316:8
**tempted** 22:4
**tend** 273:8
**tendency** 318:18
**tends** 291:14
**term** 10:11
101:23 133:3,4
146:22 147:8
150:12 154:8
155:18 277:2
350:6
**terms** 11:4 28:11
31:4 39:14
46:15 62:10
63:4 71:19 84:1
85:16 98:17,18

99:13,13 101:8
119:19 128:8
156:13 169:12
169:13 177:13
183:15 184:22
186:5,7 187:5,6
189:7 206:11
208:10,21
210:3 214:11
215:20 227:23
228:4 235:21
275:1,7 277:10
281:3 287:23
288:2,7,9,10
299:11 312:10
314:9 317:19
335:21 347:4
350:14 362:3
363:7
**test** 29:18 30:10
78:15 88:13
89:13 198:3
209:5 217:1
319:25
**testified** 18:9,12
23:11 34:14
36:15 55:23
100:5 125:19
242:18 243:17
243:19,20
358:8
**testify** 6:22 20:24
243:18
**testifying** 18:17
19:4
**testimony** 18:14
18:20,24 21:10
23:16,17 48:17
162:4 184:9,14
184:15 305:12
364:7,8
**testing** 79:1
94:23 318:25
**text** 53:6 102:22
132:22 133:14
180:2 220:3,24

253:25 255:18
299:24
**thank** 8:13 29:7
68:20 128:21
144:17 170:23
188:19 200:6
200:16 247:1
266:7 341:4
363:18 365:18
**thats** 8:10,22
10:13 12:25
15:4 16:6 17:5
17:15 18:5
20:11 21:2,5
22:25 24:24
31:10 32:25
33:20 38:8
39:22 40:22
42:19 45:10
48:6,13 50:16
51:1 53:13 54:4
55:14 56:23
57:12 58:20,24
61:21 62:15,16
62:18 67:8 70:7
72:14 73:5,9
74:13,13 76:19
76:21,21 80:4
81:4 84:17
85:11 90:13
91:19,22 92:22
99:2,10 102:3
103:13 109:23
110:16 111:9
111:11 112:2
112:16 115:15
115:20 122:2
122:22,24
123:9,14
125:15 128:21
129:22 133:20
139:22 140:7
141:8,16,23
143:9 149:9
150:21 152:17
154:4,11,24

JONATHAN RODDEN, Ph.D.   8/20/2015

418

| | | | | |
|---|---|---|---|---|
| 156:10 157:20 | 299:8,15 300:2 | 180:23 188:1 | 324:11 335:4 | 363:16 |
| 157:22 158:10 | 300:10 301:14 | 189:9,9,9 198:7 | 344:8 | **thinking** 11:10 |
| 159:13 161:21 | 302:4,8,13 | 208:10 209:2 | **think** 11:15,16 | 32:7 33:6,8 |
| 161:24 162:3 | 306:17,18 | 266:1 276:11 | 11:21 23:3 | 42:18 50:5 |
| 163:14 164:13 | 307:5 308:25 | 282:20 283:8 | 25:17 27:21 | **third** 39:25 77:21 |
| 164:16,23 | 309:3 312:8,17 | 284:18 285:3 | 28:6,14 29:6 | 82:14 83:11 |
| 166:7,16,20 | 313:24 314:6 | 287:1 288:12 | 30:20 36:12 | 128:7 133:25 |
| 169:15 170:4 | 314:23 315:5 | 289:10,14,23 | 48:16 53:8 | 135:21 174:23 |
| 172:6 173:1 | 320:2,23 322:4 | 290:10,16,18 | 61:19 63:6 | 175:18 186:7 |
| 174:15 179:13 | 324:3 329:8 | 298:2 300:14 | 67:12 70:18 | 190:17 194:7 |
| 186:2 187:23 | 330:15 332:2 | 304:3 315:18 | 74:20 75:4,11 | 197:13 198:19 |
| 189:6 191:13 | 333:1 336:4 | 316:11,11 | 90:7 93:3,17 | 199:6,16 |
| 192:10 198:22 | 337:25 338:15 | 343:24 347:20 | 94:8 95:1 98:1 | 205:13 207:15 |
| 200:23 201:8 | 339:6 346:21 | 351:12 | 98:13 99:4 | 214:17 216:5 |
| 202:4,5,13,14 | 347:15,15,15 | **thereto** 364:15 | 109:19 118:11 | 217:9 225:20 |
| 202:19 203:10 | 350:18 353:15 | **theyre** 63:18 | 118:14 120:12 | 230:24 231:12 |
| 210:24 211:22 | 354:10 355:24 | 67:25 79:7,9,11 | 131:12 133:13 | 239:22,23 |
| 215:10,13 | 357:22 358:15 | 79:12 80:15 | 134:4,7,22 | 246:2 252:4 |
| 220:1,9,13 | 358:23 359:1 | 116:3 189:24 | 143:12,18 | 303:12 340:20 |
| 221:6 223:18 | 359:10 361:18 | 256:17 300:1 | 162:10,21 | 352:5 |
| 223:24 226:1,9 | 361:21,25 | 353:7 | 166:7 168:24 | **thomas** 122:4 |
| 228:21 230:8 | **theme** 45:6 | **theyve** 98:23 | 169:6 170:10 | 125:1 132:18 |
| 232:5,10 | **themes** 11:16 | **thing** 6:4 7:7 | 170:13 173:3 | 132:24 137:11 |
| 233:10,11 | **theories** 330:22 | 33:2 50:6 78:18 | 174:19 175:12 | 137:22 138:8 |
| 234:14,16 | **theory** 92:17 | 87:13 88:24 | 176:25 180:20 | 140:12 141:19 |
| 237:6 242:21 | 94:2 110:14 | 89:9 92:14 | 180:22 190:7 | 173:15,25 |
| 242:22 243:13 | 332:6 | 93:14 99:10 | 190:14 200:7 | 174:11,19 |
| 244:18 245:14 | **thereon** 366:9 | 124:24 148:16 | 203:10 210:16 | 175:20,25 |
| 246:9,15 | **theres** 6:3 11:7 | 225:6,15 283:5 | 211:16 225:6 | 185:17,25 |
| 248:12,25 | 15:6 30:4,17,18 | 292:11 327:15 | 226:11 234:7 | 186:18,21 |
| 250:3,8,12,13 | 48:17 49:6 | 340:12 | 234:11 244:15 | 187:5,5,11,18 |
| 250:16 251:8 | 50:17 52:23 | **things** 9:7,23 | 255:7,17,17 | 187:21,23,24 |
| 251:13,15 | 58:2 64:19 | 11:11 15:24 | 275:5,10 277:1 | 200:21 201:1 |
| 252:1 255:3,7,8 | 66:20 67:2 | 16:6,16 28:9 | 277:22 278:25 | 201:10,22,23 |
| 255:17 256:2 | 69:15 72:6,10 | 43:15,18 92:6 | 287:6,11 | 203:3,8,12,17 |
| 256:16 263:6,8 | 73:14 76:3 78:8 | 102:25 103:10 | 291:11 299:20 | 204:6,10 206:2 |
| 269:12 271:15 | 94:6 105:23 | 160:18 163:14 | 301:16 302:20 | 206:5,14,20,23 |
| 272:4 275:15 | 110:1 114:2,7 | 172:8 178:1 | 304:25 309:20 | 250:3,16,20 |
| 276:7,14 | 119:3 123:1 | 180:4 223:6 | 311:17 314:18 | 252:1 266:13 |
| 280:25 281:24 | 129:25 131:11 | 240:8 241:19 | 315:5 333:22 | 266:17 267:13 |
| 282:14,23 | 131:19 143:17 | 243:18,23 | 333:25 335:8 | 267:16,18 |
| 283:13 284:21 | 147:20 157:22 | 255:23 271:15 | 337:12,22 | 268:3,7,10,12 |
| 285:5,19 | 162:8 166:9,18 | 272:18 275:2 | 338:6,12,21 | 337:23 338:20 |
| 291:22 292:25 | 166:25 168:15 | 283:5 292:2 | 342:2 343:4 | 343:5 |
| 294:7 297:3,16 | 170:11,13 | 299:2 311:16 | 344:9 350:17 | **thorough** 348:9 |
| 298:14,14,22 | 177:17 180:5 | 313:24 321:25 | 353:12 363:15 | **thought** 20:1 |

JONATHAN RODDEN, Ph.D. 8/20/2015

419

| | | | | |
|---|---|---|---|---|
| 57:17 66:24 | 346:4 355:17 | 344:4,24 345:6 | **todays** 7:11,24 | **toppreferred** |
| 71:7 74:19 | 356:23 359:25 | **time** 6:25,25 7:5 | 8:6 | 264:23 |
| 233:1,10 | **threecandidate** | 10:3,18 12:22 | **tomas** 201:12 | **topranked** 3:13 |
| 286:11 312:19 | 295:21 338:12 | 14:4 16:8 19:24 | 266:19 | 136:18 191:22 |
| 313:24 314:6 | 338:14 | 20:15 21:10 | **tony** 4:11 | 191:24 207:25 |
| 314:20 319:24 | **threeperson** | 22:10 25:12,17 | **tool** 61:3 | 218:11 259:21 |
| 323:6,11,12,17 | 339:21 340:5 | 40:5,16 46:24 | **tools** 296:4 | 260:8,8 263:4 |
| 323:18 349:12 | **threeseat** 129:16 | 48:4 54:4 71:3 | **top** 10:1 96:14 | 263:19 264:18 |
| **three** 8:3,8 11:16 | 130:22 132:3 | 75:25 79:14 | 133:16 135:6 | 265:8,13,14,19 |
| 11:18,21,24 | 135:16 136:12 | 80:1 85:17 | 135:10,13,23 | 266:1,2,8,14 |
| 85:8,21 100:22 | 148:5 174:3 | 86:11,13,16 | 136:2 162:25 | 270:18,23 |
| 102:11 103:6,7 | 184:5 185:9 | 108:20 114:1,1 | 162:25 165:21 | 271:1,13,18 |
| 109:5 110:11 | 191:12 196:23 | 115:4 118:23 | 175:16,17 | 272:2 295:9 |
| 129:17 135:16 | 196:24 254:13 | 123:22 126:14 | 180:11,11,16 | 359:20 360:1,5 |
| 136:11 139:13 | 254:19,20,24 | 128:25,25 | 183:1,7,8 184:3 | 360:11,11 |
| 140:5 142:22 | 255:21 356:24 | 129:20 132:12 | 184:4 185:8,10 | 361:13,19 |
| 143:6 144:1 | **threeyear** 60:21 | 132:12 166:1 | 187:1,1 188:21 | **toptwo** 289:18 |
| 146:3,5,12,17 | 60:24 103:2,9 | 170:22 176:22 | 190:10,12 | 291:7 |
| 146:21 148:5 | 103:20 104:9 | 220:24 229:6 | 191:3,10,12,22 | **total** 53:15 55:11 |
| 151:7 152:7 | 105:6,8,14 | 239:15 252:16 | 191:25 192:3,7 | 56:1 110:9 |
| 154:3 160:4 | 107:21 111:3,6 | 256:8 259:6 | 192:25 193:5 | 111:1 130:11 |
| 177:3,5,6 184:5 | 112:17,25 | 282:7 283:6 | 193:23 194:13 | 137:4 147:20 |
| 185:10 191:12 | 113:1 306:6 | 286:5 293:16 | 194:13 195:14 | 147:23 155:11 |
| 191:18,19 | 352:11 | 293:19,23 | 195:15,22 | 311:19,20 |
| 195:12,22 | **threshold** 120:11 | 307:14 314:21 | 199:1 202:23 | 345:12 346:15 |
| 199:12,25 | **threw** 177:4 | 325:19,20 | 202:23,24 | 354:12 363:7 |
| 200:17 203:5,6 | **throw** 152:15 | 334:10 336:10 | 203:19,24 | **totality** 328:6 |
| 211:23 212:3,5 | 166:4,23 | 350:22 357:25 | 205:9 206:2 | **totally** 289:19 |
| 212:8,9 213:17 | 176:14 178:20 | 358:4,6 359:4 | 209:22 210:20 | **totals** 125:7 |
| 213:24 214:6 | 178:22 180:13 | 360:7,18 | 214:10 227:18 | **touch** 328:15,19 |
| 215:18 218:9 | 180:23 294:24 | 361:16 | 234:18 235:15 | **town** 7:20 87:23 |
| 220:17,25 | **throwing** 164:18 | **times** 79:18 | 250:4 260:18 | 88:4 |
| 233:25 235:6,9 | 165:23 180:17 | 85:21 136:10 | 260:19,22,24 | **traditionally** |
| 235:12,25,25 | **thumb** 78:11,22 | 211:24 212:8,9 | 261:5,14,22 | 229:23 230:3 |
| 236:1,4 237:9 | 80:19 131:20 | 294:19 295:23 | 262:4,12,20 | **transcribed** 5:5 |
| 238:9,19 | 198:4,24,24 | 360:22 | 263:13 264:19 | **transcribing** 6:4 |
| 239:10,13 | 201:17 208:24 | **title** 14:13 27:22 | 276:5,11,12 | **transcript** 3:24 |
| 241:16 242:9 | 209:4 214:21 | **titled** 238:6 | 295:19,20 | 365:14 |
| 250:12 254:16 | 216:25 217:2 | 321:15 322:5 | 307:13 324:2 | **transformation** |
| 254:23 255:22 | 227:10,11 | **today** 6:17,23 | 336:16 | 28:25 |
| 256:2 270:22 | 228:20 231:1 | 19:1 22:15,20 | **topic** 10:10,25 | **translate** 11:14 |
| 290:23 295:21 | 235:3,24 244:8 | 40:19 89:22 | 11:3,3,15 13:6 | **transparency** |
| 336:10 338:7 | 344:22 | 134:20 296:13 | 15:8 35:17,24 | 241:18 |
| 338:20,21 | **ticked** 242:20 | 301:13 308:24 | 240:9 316:22 | **treated** 256:17 |
| 339:22 340:6 | **tie** 343:24 | 320:4 336:9,22 | **topics** 15:12 47:5 | **treats** 254:7 |
| 340:21,24 | **tied** 231:1 343:9 | 336:24 | 99:22 | **trend** 102:8,21 |

JONATHAN RODDEN, Ph.D.   8/20/2015

112:8 114:24
114:25 360:22
361:1,4
**trends** 113:21,24
114:11,15
118:23
**trial** 365:17
**tried** 20:17 30:19
31:3 178:6
256:6 286:7
294:2 323:10
**tries** 73:19
**triple** 132:4
**true** 37:2 102:25
208:24 213:22
223:6 253:7,9
271:20 302:4
352:25 353:5
356:4 357:10
366:8,12
**truth** 283:4
**truthfully** 6:23
**try** 15:4 16:4,14
20:7 23:19,21
44:18 61:11
73:19 88:11
120:24 132:10
133:12 163:9
167:17 178:17
191:9 224:18
238:25 241:22
254:6 279:2
307:7 319:25
334:9
**trying** 12:11
14:22 16:22
20:11,19 33:16
43:18,20 45:11
50:7 52:23 55:5
56:9 59:8 62:2
75:18 94:20
104:17,20
109:20 126:10
126:11,11
162:20 166:25
188:16 202:20

212:16 230:5
230:11 232:5
266:8 278:15
281:15,18
325:15,15
335:5,11
**turn** 31:15 34:11
34:18 40:23
47:21 64:17
67:25 77:19
83:10 96:13
109:17 239:22
300:4 322:9
329:9,19
334:16
**turned** 280:7
**turning** 252:15
252:17 293:13
340:17
**turnout** 2:17,18
35:4 47:23 48:1
48:5,8,13,24
49:7,14,19,24
50:2,6,9,11,18
50:22 51:12,20
52:1,1,4,24
53:3,10 54:9,12
54:13,20,21,24
55:2,3,4,7,9
59:16,17 62:1
64:18 65:22,23
65:24 66:10,18
69:10,11,11
70:9,11 71:1,23
72:17,20 73:8
73:11,13,16,20
73:24 74:1,3,18
75:1,8,14,16,19
76:1,3,7,17
77:25 78:5,6,8
79:5,20,23 80:3
80:5,10,11,14
80:14 81:1
82:11,15,18,22
83:19,19,21
84:1,6,6,11,12

84:16,19,20
85:3,4,9,16,16
85:20,21 86:10
86:10,16 87:1,2
87:10 88:5,7,15
88:17,21 89:2
89:18,25 90:3
90:12,21 91:4
91:12,16,20
92:25 93:7
96:16 97:6,12
97:13 98:1,18
98:19,20,22,23
98:24 99:1,8,9
99:19,20
197:25 198:25
242:19,19,24
243:2,17,19
287:22 288:1,6
288:21 291:14
323:7,18
334:21 351:4,7
351:9,12,14,15
351:18
**twice** 217:23
**two** 48:19,20
49:4,21 50:10
57:13,22 65:12
66:4 78:9 82:17
82:21 83:21
85:23 87:1 88:8
89:3,20 90:5,21
92:3 105:21
109:5 127:9
129:14 132:17
133:16 134:6
135:14 136:2
136:11 137:8
137:10,25
138:1,6,17
139:6,24,25
140:8,20,23,25
141:10,17,22
141:24 142:7,9
142:15 143:17
144:4,13

145:15,18,23
146:21,25
147:3,7,12
148:4 151:7
152:7 162:22
163:6,19 164:4
167:11 175:15
175:16 178:1
180:11 181:4,7
182:6 184:3
185:9 186:11
187:15,21
191:3,10,18,22
191:25 192:3,7
192:25 193:6
194:13,13,20
195:4,4,19
199:1,18 200:1
200:11,17
202:25 203:1,5
204:12,21,22
205:2,20 206:2
207:1,2 208:3
209:22 210:8
210:20 212:9
213:17 214:1,6
214:8,10,25
215:5,10,10
217:12 218:24
220:18 222:22
223:19 226:21
227:9 230:16
231:20 236:1
238:12 245:11
247:1,17
248:24 249:12
250:8 252:12
254:22 256:2
257:2 259:9
271:13 284:8
290:22 295:19
298:20,23
309:21 310:6
310:24 312:2,5
312:12 315:8,9
330:17 336:9

338:8,9,19
339:3,4,5,7,10
339:15,19
340:1,1,3,3,6,7
340:19,22
341:2,8,13
342:25 344:24
345:5 347:1
349:18 356:6
356:22 357:1
360:14
**twocandidate**
218:6 295:20
338:16
**twoperson**
339:13,18,24
339:25 340:2
**twoseat** 129:13
130:8 131:3,10
131:22 134:1
135:14 136:11
148:5 174:4,5
183:3 184:4
185:8 191:9,19
194:25 196:22
209:22 218:6
220:25 226:2
356:23
**twothirds** 193:20
201:8 228:7
**type** 21:21 90:1,8
123:10 177:18
177:19 285:20
**types** 57:22
163:7 177:21
178:1
**typewriting** 5:5
364:10
**typically** 17:14
17:17 76:21,25
77:15 98:8
116:17 232:11
351:14
**typo** 266:3

─────────────
**U**
─────────────
**u** 44:11

JONATHAN RODDEN, Ph.D. 8/20/2015

421

**uhhuh** 33:7 46:8
59:25 62:8
63:11 64:15
78:13,17 83:14
92:15 98:16
105:3 109:6
131:13 138:4
144:19 152:20
157:13 173:24
174:1,10
181:19 187:19
191:20 203:9
205:22 220:5
226:10 229:10
230:14,16
232:10,10
249:23 259:18
288:11 290:15
291:5 295:16
304:12,17
314:23
**ultimate** 24:10
24:19 51:2,6
**ultimately** 25:1
26:16 41:6
**unachievable**
57:4
**unappealing**
327:15
**unclear** 19:9
198:10
**uncontested** 73:1
151:11 212:17
212:24 213:4
214:1 230:9
252:19,25
253:2 257:22
294:16
**under18** 312:22
**underlying** 2:22
10:2 51:1,5,8
127:15
**undermine** 51:2
51:6,10
**underneath**
167:23

**understand** 6:17
7:3 12:11,23
14:22 16:15,23
20:7,17,20 24:5
33:9 34:8,10
43:19,20 44:19
44:20 45:11,24
50:1 54:19 55:3
55:6 56:13 61:2
61:13,15 65:15
82:9 86:20 90:2
94:20 104:17
104:24 109:19
120:14,25
125:5 126:10
129:4 131:9
152:4 160:15
165:17 178:2
180:4,5 185:4
191:12,15
192:15 198:12
202:20 203:11
209:10 222:13
222:19 224:19
224:22 230:11
263:8 277:15
286:6,15 291:2
296:15 309:18
309:20 311:4
311:19 318:5
318:16 321:14
325:15 332:7
334:19,23
**understanding**
9:20 22:18
23:25 24:2
28:16 29:15
39:5 45:7,7,9
92:22 133:12
178:4 277:11
281:7 286:8,13
293:16 294:10
321:23 322:4
326:17,19
327:8,11,12
333:13 335:25

350:9,23
**understood** 7:4
**undertaking**
32:6 278:3
**undertook**
275:24
**undeveloped**
41:8
**undoubtedly**
31:19
**unemployment**
301:10
**unfortunately**
232:22 246:21
298:9 320:16
325:24
**unintentional**
2:12 27:24
**union** 1:16 4:4,8
36:4,8,13
291:24 292:4,9
292:16 293:2,6
315:2
**unionized** 35:3
35:14,22
**unions** 36:1,14
292:13,22
293:10 314:25
**united** 1:1,21
10:8 13:4,21
15:10 22:2 37:3
44:15 45:17
61:5 273:22
274:3 288:3
297:10 314:15
**universal** 121:3
**universities**
324:17 326:10
332:15
**university**
326:10 332:22
**universitys**
328:22
**unknown** 37:5
**unpack** 309:17
311:18

**unprecedented**
242:12
**unsettled** 22:17
22:19
**unsuccessful**
271:2,19
354:21 355:7
355:22
**unusual** 95:1
172:19,20,24
182:5,10
243:25 274:1
313:4
**unusually** 91:4
91:13 236:18
243:13
**upcoming** 14:5
**updated** 320:12
**upfront** 279:2
**upper** 157:5,10
159:18 187:20
196:17 198:18
198:21 206:15
207:19 214:16
227:19
**upwards** 114:3
**urban** 13:4,5,15
**urged** 240:9
**use** 15:5 24:7
31:9 32:24
33:14,14,18
52:17 56:8,8,10
57:8 59:2,11
60:19,20,20,21
74:2 75:13
102:6,20
104:11 112:24
116:17 131:3,4
133:3,4,6
136:15,16,16
136:17 137:2
157:21 170:17
170:22 171:7
172:2 175:22
182:12 183:1,6
183:19,24

191:8 201:21
220:18,23
240:9 244:21
254:13,21
260:16 286:10
296:2 316:3
325:22 331:23
344:21 346:7
355:15 361:15
361:22
**useful** 70:25
71:14 75:12
118:17,21,24
123:11 163:2
163:20 234:7
256:9 278:3
281:10 282:8
286:12 297:18
300:1 340:12
**uses** 58:23
117:18 130:18
130:20,23
131:11 181:21
**usually** 170:19
177:10
**utilize** 50:23

**V**
**v** 3:18 321:8,17
**valid** 37:1 176:16
**value** 77:11
161:13,14
210:15 253:16
254:6 258:9,13
352:25 353:5
**values** 81:21
156:25
**van** 141:1 204:15
204:18 205:6
205:14 250:17
267:20,24
268:1
**vap** 62:10,10
64:1 346:11,12
346:12 347:8
347:11
**variables** 33:18

JONATHAN RODDEN, Ph.D.   8/20/2015

61:8
variation 125:8
299:15
varies 48:11
232:18
various 9:22 46:6
67:23 237:25
253:25 256:7
300:17 350:2
vast 111:20
299:21
vastly 66:14
verb 240:10
verbally 6:12
188:4
version 90:15
126:13 327:6
327:19
versus 11:10
216:22 240:9
284:19
vertical 10:19
vet 324:18
vexing 277:18
victorious 296:5
338:11 345:1,7
victory 253:21
view 21:11 30:3
41:19 86:17
118:9 171:13
211:12 236:25
237:5 272:24
281:1,16 294:6
319:10
viewed 126:25
127:1 294:4
326:4
views 93:20
violated 329:22
330:6,11
violation 322:6
327:22 330:20
331:22 332:3
violations 331:2
violence 41:5
42:24 43:3

115:10
virtue 282:3
visual 52:16,19
78:11,12 112:7
112:21
visually 52:14
53:23 112:7
115:2 119:17
127:19 327:15
340:12
vitae 2:10
voluntarily 45:25
vote 11:9 60:12
63:10,16 119:6
119:22 120:7,9
122:6 123:17
125:1,7 126:7
129:19 131:6
132:4 158:5
166:4 171:6,7
175:17 176:13
177:1,23 181:9
181:13,16,17
181:21,21,21
182:2,3 187:18
221:21 222:1
230:13 273:1,2
273:8,17,19
290:13
voted 97:16
131:16 159:25
160:1 182:8
223:4 224:16
225:17 240:11
votegetter 135:6
183:2,7 185:18
votegetters 184:4
184:5 185:9,10
234:18 235:16
voter 3:18 68:14
129:14,16
130:8 131:11
132:25 149:18
150:1 181:18
181:20 182:1,8
187:1 195:14

273:13 318:14
318:17 320:7
323:7 324:10
voters 26:18
27:12 28:17,17
53:4,12,16,18
54:14,23 55:5
59:17,18 62:2
63:12,17,21,23
64:13,14,17,19
64:25,25 65:11
65:12,14,25
66:1,1,3,5,11
66:14,14,20,21
69:12 70:12,13
70:14 71:7
85:25 91:24
93:11,18 94:10
94:12 126:8,8
129:19 130:2
130:14 131:4,6
131:15,23
132:6,6 135:24
146:14 148:21
158:3,5,10
159:19,20,25
160:17 164:11
164:25 165:19
168:9,19
169:23 170:5
174:16,23
175:9,22 176:2
176:21 177:19
177:20 181:9
181:12,15,23
182:20 185:11
186:12,25
187:2 188:22
191:4,11 192:3
192:7 193:1,21
193:23,24
194:3,13,13
195:15,16
196:9 197:2,10
197:21 198:17
199:2,7,24

201:9,14
203:19 204:16
204:16,23
205:9,11,13
206:2,19 207:8
210:21 211:10
214:15 215:15
216:18 217:19
218:11 219:5
219:11,14,18
221:6,14,17
222:22 223:2,4
224:3,6,11,15
225:3,17 226:7
227:1,5,17,18
227:21 228:8
228:12,17,21
230:3,25
231:13,23
232:11 233:2,7
234:19,25
235:15 243:8
243:14 245:24
246:3 256:19
258:24 259:21
260:8,9 264:11
264:18 265:8
265:14,20,23
265:25 266:9
266:14,22
267:5,13,21
268:4,15,23
269:10 270:2
270:11,18
271:18 273:7
273:17,18
274:9,9 276:20
278:1,3 282:21
283:11 284:16
295:10 318:14
319:2,11,13,21
322:13,19,25
323:16 324:17
332:11 333:7
333:12 360:6
360:20

votes 29:1,3
59:17,20,21
69:12 70:12
73:15,16
121:18,19,24
122:1,10,14,21
122:25 124:8
124:15 129:14
129:17,21
130:1,5,9,9,11
130:16,17,19
130:21,23,23
130:24 131:4,5
131:11,15,21
132:4 158:9
159:10 163:5
166:14 167:8
168:21 173:16
174:8,11,20,24
176:7 177:18
177:20 182:20
183:4,5,8
188:23 189:4
193:25 197:5
197:11,15
200:21 203:20
204:18,19
205:15 206:5,7
207:13 216:19
217:16,24
218:2 219:10
221:22,25
224:7,12 225:4
225:23 226:3
226:13,15
228:25 235:21
243:22 246:8
247:17 266:22
267:4 269:10
269:18 270:1
270:11 271:20
271:21 280:13
358:10,10
voting 2:15 3:16
9:21 11:8,12,14
11:19,25 12:21

JONATHAN RODDEN, Ph.D.   8/20/2015

423

| | | | | |
|---|---|---|---|---|
| 18:7,18,21,25 | 178:2,3,8 179:8 | 47:1,2 54:19 | 342:15 344:8 | 255:23 271:21 |
| 19:8,14,18,19 | 179:19,23 | 59:15 60:14,21 | 347:24,25 | 277:19,20,22 |
| 19:20,21 20:9 | 180:1 181:24 | 61:20 65:15 | 349:17 351:22 | 279:14 281:7 |
| 20:14,19 21:13 | 208:11 215:14 | 79:19,25 81:10 | **wanted** 28:21 | 285:19 291:11 |
| 21:25 22:1,9,23 | 222:10,14 | 83:5 92:3 102:9 | 29:10,15,18,22 | 313:12 314:22 |
| 23:5,14 24:12 | 223:10 224:4 | 104:2 105:16 | 34:8 59:10 | 315:21 319:19 |
| 24:21 25:6,7,11 | 224:19 225:10 | 109:25 110:3 | 60:10,11 75:10 | 326:4 335:25 |
| 25:22 26:3,7,10 | 225:24 226:4,8 | 117:22 118:14 | 82:4 86:6 | 337:5 338:1 |
| 26:15,25 27:2,5 | 226:17 243:21 | 118:18 120:17 | 104:11 198:13 | 346:22 350:8 |
| 32:10,21 34:4 | 276:20 277:11 | 120:18 121:3,9 | 257:16 279:11 | 350:17 351:6 |
| 49:7 52:25 | 278:9,16 | 125:5 126:5 | 279:11 318:12 | 353:22 361:2 |
| 55:10,11,12,15 | 279:18,20,24 | 127:9 132:10 | 318:16 340:9 | **ways** 23:8 71:5,8 |
| 55:16 56:1,2,14 | 301:21 302:21 | 132:12 134:12 | 346:5 | 93:19 127:2,4 |
| 56:15 60:6 61:2 | 303:1,4,9,17 | 134:19 136:14 | **washington** 2:13 | 134:6 211:17 |
| 61:16,17 62:5,6 | 304:4,14 305:1 | 136:18,22,22 | 17:18,20 34:15 | 224:2 254:3 |
| 62:10,19 63:5,9 | 305:6,11,14,25 | 137:2 141:5 | 34:20,24 | 344:3 |
| 63:16,23 65:14 | 306:8,24,25 | 142:6 143:19 | 141:19 206:2,6 | **website** 67:24 |
| 65:16,17 71:5 | 309:7,21,25 | 150:25 152:4 | 206:15,20,23 | 68:7 |
| 73:2 85:24 | 310:8,18,24 | 152:15,19 | 250:20 296:12 | **weird** 74:20 |
| 86:20,21 98:17 | 311:13,22 | 154:1 157:25 | **wasnt** 32:12 34:7 | **welcome** 153:23 |
| 99:14 100:18 | 312:4,6 315:19 | 158:24 160:3 | 45:24 64:9 70:2 | **welldone** 36:25 |
| 100:23 101:4,9 | 316:5,9,14,19 | 160:15 162:11 | 71:9 151:22 | **wellmeaning** |
| 101:15,20 | 324:16 347:3,4 | 163:15,23 | 178:23 189:17 | 44:25 |
| 104:7,25 105:5 | 347:13 351:1 | 168:7 171:2 | 209:13 248:2 | **wellorganized** |
| 105:24 106:4,9 | 352:12 353:14 | 173:20 179:2 | 281:18 308:19 | 35:2 |
| 106:16,19 | 361:8 362:3,22 | 183:19,24 | **watch** 259:6 | **wellrehearsed** |
| 107:2,23 108:7 | 363:2,7 | 184:6,11,19 | **way** 11:13 13:22 | 41:1 |
| 109:21 110:9 | **vra** 20:4 22:3 | 193:15 200:5 | 29:19 30:11 | **went** 88:18,20 |
| 110:23 111:1,5 | 23:25 176:16 | 217:4 223:19 | 36:7 45:12 55:3 | 122:25 149:4 |
| 111:14,22 | 176:24 | 228:2 229:3 | 55:7 61:25 | 193:13 273:4 |
| 112:11,19 | **vs** 1:7 365:9 | 230:1 236:7,9 | 64:18 65:23 | 332:14 351:24 |
| 113:6,12,16 | 366:24 367:3 | 239:21 250:1 | 66:10,17 69:11 | 352:8 353:24 |
| 117:24 118:1,6 | **vying** 289:24 | 257:2 260:3,5,7 | 70:11 78:20 | **weve** 8:11 16:7 |
| 118:13,16 | | 260:14,15,17 | 84:10 88:13,25 | 16:10 27:22 |
| 119:4,13,21 | **W** | 267:8 271:3 | 90:22 92:7 | 46:25 79:17 |
| 120:4,6,12,17 | **wade** 277:23 | 272:6 282:9 | 93:15 94:8 | 131:2 138:2 |
| 120:19,22 | **wading** 78:12 | 288:8 291:1 | 106:22 115:19 | 169:1 187:23 |
| 121:1,4,8,12,13 | **wait** 6:5,6 174:3 | 292:17 298:12 | 117:9 118:9 | 190:2 192:12 |
| 121:17 122:5,8 | 184:7 189:17 | 299:19 301:12 | 120:12 133:5 | 192:14 196:5 |
| 122:16 124:5 | 190:9 294:1 | 301:14 302:10 | 138:2 153:19 | 219:21 228:18 |
| 131:12,19,24 | 338:22 | 303:19 307:25 | 172:18,25 | 232:14 246:6,8 |
| 132:1,7 133:23 | **waiving** 363:19 | 308:10 309:17 | 173:5 180:13 | 246:9 247:14 |
| 158:3 164:20 | **wake** 242:10 | 316:22,23 | 180:19,21 | 253:24 257:2 |
| 171:6,11,20 | **walk** 163:9,21 | 322:9 323:13 | 211:8 223:23 | 259:8 271:11 |
| 172:3,5,12,19 | **want** 6:1 7:6 8:11 | 333:22,23 | 223:24 226:2 | 334:10 336:8 |
| 172:20 173:3 | 16:20 27:21 | 336:25 337:2 | 226:14 246:13 | 338:2,3,3,9 |
| | 30:23 34:18 | | | |

JONATHAN RODDEN, Ph.D.  8/20/2015

**whatevers**
  260:17
**whats** 12:5 47:10
  49:10 56:10,12
  81:21,24 82:9
  88:2 107:16
  109:23 110:8
  110:18 112:4
  126:5 128:3,17
  149:18 157:22
  239:19 260:3
  272:12 304:11
  316:16 325:6
  329:10 349:3
  358:13
**whatsoever**
  293:9
**white** 2:20 37:13
  38:9 40:3,17,20
  45:5 48:8 49:14
  54:8 61:17
  62:13,18 63:4,9
  63:12 64:13,17
  64:24 65:11,14
  66:1,3,5,13,20
  69:1 70:13 75:8
  76:3 77:25
  79:23 80:3,10
  80:14 81:1
  82:15,22 83:18
  84:6,11,16,20
  85:3,16,20
  86:10 87:1,16
  87:22 89:2,18
  90:3,20 91:20
  91:23 92:25
  93:11,18,22
  94:5,10 105:20
  107:23 108:11
  109:12,22
  110:12 114:22
  115:13 120:9
  122:1,21,25
  123:16 124:9
  124:12,15,17
  124:25 126:2,6

126:6,8 128:14
137:4 138:7
139:7 140:1,17
141:11,25
142:16 143:11
143:23 144:5,9
144:11 145:4
145:19 146:18
147:13 148:4
148:16 155:2
156:3,13
157:11 160:10
168:9,12,16,19
168:21,25
169:7,12,14,18
169:23 170:5
186:25 187:2,5
187:6,11,20
193:23,24,25
194:3,13 195:9
195:14,15,16
199:24 200:7
203:19,20,24
204:5,10 205:9
205:11,13,15
205:24 207:8
207:13,19,20
207:25 208:17
215:21 216:1
218:11,16
219:3 221:22
223:3,9 225:17
226:25 227:5
227:14 232:4,7
232:9,10,16,21
233:3,6 235:15
235:21 236:5
240:9 241:24
245:11,23
246:2,4 260:8
261:1,9,17,24
262:7,15,22
263:5,15,19,22
264:5,10,13,18
264:23,24
265:8,19,20,23

268:18 272:4
273:2,18,19,23
276:13 278:1
280:13,21
292:12,20
295:10 297:20
298:17 300:8
302:21,22
303:14 309:21
310:19 314:12
346:11 362:4
**whiteasian** 315:2
**whitepreferred**
  145:23 146:21
  150:6,7,11,16
  150:17 154:15
  154:19 156:4,7
  163:12 168:7
  169:2 170:14
  187:15 188:8
  195:5,25 196:5
  196:6 204:8
  205:20 208:3
  215:6 216:6,11
  218:21,24
  227:8,9 235:25
  236:1,4 245:22
  246:19 247:5,8
  247:12,20
  248:14 249:2
  251:23 252:12
  260:19,22,24
  261:6,14,22
  262:4,12,20
  263:13 264:20
  265:7,14
  295:17 354:5
  357:7 359:7
  361:9,13,19
**whites** 41:2,6,7
  45:2 48:14,24
  50:9,19 59:21
  60:13 62:6,10
  64:6,12,19
  65:16,17 67:3
  67:10,14 69:6

69:10,14,18,22
70:7,10,22
73:16 79:5,21
86:17,22 87:10
92:18 98:23
101:8 115:1,4
120:2,3,7 121:8
123:8 126:17
126:18,23,24
127:7 133:24
136:19 170:11
187:25 194:8
195:20 204:4
207:16 247:17
264:2 266:2
273:2,25
275:20 276:2
295:19,21
296:2 298:4,8
299:11 300:17
300:22 301:1,5
301:10 302:25
361:24
**whittier** 1:17 4:9
**whos** 6:4 110:20
  163:11,11,12
  163:12 167:1,1
  175:24 182:13
  354:25 355:6
  355:16,21
  356:7,21 357:3
  359:15 361:12
**widely** 12:18
**widespread** 91:5
**william** 100:2
**willing** 19:16
  178:5,5
**willis** 1:5
**win** 134:23
  150:17 221:1
  257:22 335:12
**winner** 338:4,5
**winners** 337:11
  337:12,17
  343:14
**winning** 221:23

**wins** 135:22
  176:17 213:9
  222:11,13,20
  224:23 225:1
  282:7
**wisdom** 319:24
**wish** 37:11
**withdraw** 28:5
**witness** 1:13 5:6
  22:13 23:25
  24:3 47:4,9
  108:5 137:15
  138:12,24
  139:5,11 169:5
  194:17 199:5
  205:1 218:22
  364:7,9 365:14
  367:1,3,25
**witnesses** 7:15
  19:20,21
**won** 136:7,10
  150:8 213:6
  221:7 222:2
  223:1,3 255:3
  257:4,14 287:3
  293:15,23
  334:20,23
  337:1 338:5
  339:8 343:13
  343:18,18,25
  344:12,25
  357:14 358:9
**wonder** 337:11
**word** 102:7
  240:10 246:23
**words** 40:7
  311:12
**work** 10:25 11:3
  11:7 14:15
  15:23 17:22
  22:13 25:13
  26:9,13 37:6
  55:22 94:18
  108:22 320:17
  345:10
**workers** 35:4

JONATHAN RODDEN, Ph.D.  8/20/2015

425

| | | | | |
|---|---|---|---|---|
| **working** 10:8,18 14:3 17:7 20:22 27:16 29:12 93:23 94:7 277:22 | 129:12 143:13 151:2 178:5 245:14 249:19 283:15 294:23 337:23 338:18 345:3 | 110:22 112:14 112:15,23 114:3,5 118:14 118:15 121:16 139:13,20 144:25 147:1 | 345:17,17,23 346:1,4 354:24 355:5,10,15,23 355:25 356:2,3 357:17,21,24 358:3,6,16,21 | 190:14 203:7 211:15 212:10 213:3 225:5 226:12 229:7 231:6 232:6 237:5 254:5 |
| **worksheet** 244:3 **world** 10:23 56:7 94:24 342:7 | **wrote** 35:6 37:17 40:4,16 41:11 85:19 188:17 | 151:20 268:7 269:1 271:7 283:21 300:9 | 358:24,25 359:4,5,24 360:7,10,18 | 255:9,23 260:21 272:23 281:14 284:23 290:12,23 |
| **worry** 183:22 **worse** 39:1 232:11 **worth** 151:1 249:14 | 234:2 236:20 244:13 252:21 256:5 275:22 296:8 | 302:7,12,14,16 302:17,24 303:8,8 304:23 335:9 337:1 340:25 342:15 | 361:7,16,17 **yesterday** 7:20 7:21 8:4,8 307:11 308:18 308:19 336:21 | 291:2 293:22 301:18,21 303:7 324:1 325:2 326:23 340:14 349:19 |
| **wouldnt** 66:11 79:17 116:5 118:5 176:3,20 176:23,23 187:21 202:5 254:1 277:9 363:6 | **X** **Y** **yeah** 48:16 60:9 61:24 62:14,22 66:6 80:18 | 345:3,9 352:4 **years** 3:21 16:10 17:7 48:19,20 56:9 59:9 72:19 73:2,4,7,8,11 73:21 74:8 79:24 80:4,6 | **york** 4:5,5 **younger** 314:5 **youre** 6:17 9:8 33:21,22,23 47:25 52:22 54:18 55:2,7 56:11,13,13 | **youve** 5:23 8:16 9:1 61:19 64:18 68:11,14 71:17 85:4 90:22 100:5,6 116:25 117:10,12,15 153:3 159:3 163:13 169:13 |
| **write** 24:6 31:17 38:17,20 40:24 67:6 77:22 83:18 91:3 108:3 137:25 160:5 164:14 164:17,18,23 167:19,23 184:25 225:21 225:21 229:3 233:24 252:18 253:8 256:8 275:17 333:6 340:15 344:25 | 88:11 98:24 99:3 104:16,19 104:19 108:21 108:24 131:10 140:7 144:12 152:5 189:13 198:5,21 203:2 203:4,10 209:12,12 223:5 233:13 246:25 248:2,2 250:2 253:23 254:21 255:21 289:21 290:9 | 83:21 84:19 86:9,24 87:6 89:3,20 90:5,21 96:8 97:8 102:15 103:2,6 103:7 104:12 105:4 106:21 114:9 117:19 117:19 119:9 129:9 151:1,7 151:11,16,17 152:6 153:16 154:5,6,12 155:2,10,12,24 | 58:13 71:19 79:6,11,13 91:24 93:11 95:15 96:25 97:5,21 102:15 102:16 105:5 106:11 107:1,7 107:20 108:6 112:17 113:23 114:8 119:9 123:20,21 124:10 126:7 127:18 129:6 130:12 133:5 133:15 134:24 135:6,12 136:8 | 170:15 178:10 179:17 181:5 274:4,7 **Z** **zero** 73:15,16 143:6 195:5 196:7,7 200:12 200:12 252:3,3 252:4,4,5,5,6,6 252:7,7 289:10 290:12 297:24 298:1 311:22 338:7,9 339:9,9 339:14,15,16 |
| **writing** 16:17 75:17 86:1 340:19,20,21 **written** 34:15 35:17 36:21 185:1 240:13 246:22 321:11 328:8 | 291:11 298:15 302:7,12 339:9 343:22 346:20 347:15 349:17 363:6 **year** 17:5,10 20:23 21:6 60:7 73:25 84:25 103:13,19 104:1,22 | 155:25 156:4,5 156:8,15 211:10 229:25 230:5 248:4,19 249:3,14 252:13 257:22 265:2,6 270:22 270:25 271:4 271:13,17 | 143:19 144:8 153:23 154:2 156:14 160:15 160:16,19,19 162:16 163:8 172:11 173:22 178:7 179:22 180:17 182:4 188:12 190:7 | 339:16,22,22 339:25 340:3 340:20,23,23 340:23,23,23 340:23 341:6,6 341:7,7 345:8 **zink** 1:18 4:22 5:4 364:3 365:20 |
| **wrong** 21:6 49:4 62:16 72:25 76:14 105:17 119:2 122:20 | 105:14,16,17 106:11,15,24 107:19 108:22 | 335:23 337:20 342:10 345:17 | | |

JONATHAN RODDEN, Ph.D. 8/20/2015

426

**zoning** 41:5
42:11,14,19
296:2

**0**

**00** 259:11 307:23
**000** 60:23 61:1
300:9 322:18
333:12,18
347:2
**004477** 4:22
365:21
**009** 111:4 347:1
**05** 307:23
**084004477**
364:21

**1**

**1** 2:10 3:11 5:7
8:12 40:23 68:3
68:23 102:24
102:25 128:1
168:24 193:24
197:4,10
203:20 205:10
206:6 218:13
230:8,9,9
235:17 280:6
281:19,20
282:22 297:19
308:11 309:5
315:8,10
316:17 334:12
335:15 341:23
**10** 2:22 100:2,9
100:17 117:19
117:19 127:10
127:11,13,14
128:3 150:25
151:7,10
153:15 154:3,5
155:1,25
181:23 182:1
217:18 230:9
248:3,4 265:1
270:22,25
271:4 283:16

284:4 295:24
345:17,23
354:24 355:5
355:10 356:2
357:17,21,24
358:3,6,25
359:4,24 360:6
361:16
**100** 14:11 62:5,6
63:9,12 64:13
65:13,14,16,17
65:17 131:6,15
282:7 322:18
353:12
**10004** 4:5
**102** 322:12
324:16
**107** 2:21
**11** 2:22 83:8,9
106:7 127:10
127:12 128:18
136:17 156:6,7
157:4 173:13
202:5 205:14
250:25 260:17
275:16 276:15
287:21 297:19
336:24 342:14
**11th** 4:23
**12** 2:23 3:7,9
47:21,22 53:9
79:20 83:25
84:5,19 86:8,8
128:1 136:23
136:24 147:21
147:24 148:2
155:14,20
156:4,7 163:24
164:1 197:14
197:14 209:19
211:21,22
248:8,9,18
249:12 251:5
253:9,12,15
255:2,9,14,14
264:19,19,22

264:22 270:19
272:2,3 280:10
280:12 283:14
284:5,19
291:23 295:12
298:16 334:5
337:16 341:23
357:8 358:13
358:19 359:21
**125** 4:4 271:20
271:20
**127** 2:22,22
**13** 3:5 48:18
49:10 52:8 79:9
79:20 106:7,20
123:25 148:23
148:24 149:10
163:25 164:1,2
183:20 184:21
208:20 209:7
209:14 214:22
230:8,10 244:4
248:16 251:8
252:20,23
258:4,7 279:5
305:7 342:14
342:17 344:17
344:19 345:20
345:25 353:24
353:25 354:2
355:1 357:25
**130** 4:15 365:6
**1337124** 330:23
331:1
**136** 2:23
**14** 3:6,7,9,11
48:18 79:10,20
134:23 135:3
136:6,10 149:1
149:7,11
159:10 187:21
237:21,22
257:23 258:4
279:5 280:6
300:9 341:21
341:21,21,21

341:22
**140** 353:13
**142077** 1:7
**143** 341:6,6,7,7
341:10
**15** 2:14 3:7,7,7
49:12 54:7
72:16 84:19
86:9 152:5
154:3,5,12,18
154:19 174:12
193:16 238:15
238:16 249:14
322:21
**15year** 153:24
**16** 3:9 77:19
83:10 85:8 91:3
151:3,6,15
152:21,23
153:7 154:7,19
174:24 189:6
207:16 238:15
238:16 251:13
252:13,20,23
300:4 341:18
357:23
**164** 3:5
**17** 3:11 96:13
238:15,17
239:20 249:19
251:15,19
293:14 300:16
**18** 2:14 3:13
117:22 174:8
187:18,21
247:6 259:12
260:4 265:23
271:24 276:9
295:7 311:9
312:15,17
313:10,11
329:9 337:13
356:17 359:12
363:14
**18plus** 108:15
109:12,13,14

109:24 110:2
110:12,12,12
110:15,18
302:21 303:3
303:13,25
310:12
**18th** 4:4
**19** 3:15 232:7
235:17 244:25
245:2,7,9,11
247:3,12 272:9
272:10,13
**192** 347:7,11,15
347:17
**1970s** 37:14
**1980s** 38:25 39:7
39:14
**1990** 2:19 44:17
100:19
**1999** 8:23
**19th** 41:2

**2**

**2** 2:11 3:23 19:10
27:22 69:2
170:25 171:1
194:4 201:5
206:5 234:19
298:16 329:11
335:15,16
341:18 347:2
349:1,4,18,20
350:20
**20** 3:16 60:23
61:1 119:1
121:23 123:13
127:21 213:6,9
230:13 232:15
257:4,14
287:11,12
295:25 345:13
354:13,17
365:12 366:23
367:4
**2000** 44:16 49:15
56:8 84:2,11,19
98:22 101:16

JONATHAN RODDEN, Ph.D.   8/20/2015

427

102:18,20
103:1,12,13,19
104:25 105:13
105:22 106:3
108:22 126:3
132:12,13,24
133:6 136:8
137:7,8 147:21
148:22 149:13
149:21 150:2,9
172:9 173:2,4,7
173:13,18,19
175:13 185:17
185:21,22
186:23 188:8
188:12 213:1,3
244:24 246:20
249:15 257:4
257:14,23
260:23,23
264:19,20
265:16 266:13
270:19 271:7
272:3 276:3
285:14 335:14
335:23 336:5
336:22,25
337:7,10,15,22
337:24 338:16
338:19,22
354:15 357:15
358:6
**20002015** 2:17
2:23 3:5
**2001** 83:20
103:19 104:6
105:4 138:16
139:7 188:11
188:20,22
189:15 190:18
192:3,22 210:6
210:9 211:24
230:7,13,19,21
261:5 266:21
338:3,5
**2002** 139:12

195:11,11
196:6,8 199:25
200:8 261:13
267:4 338:10
338:11,13,14
338:19,23,23
**2003** 83:20 140:9
199:25 200:1,4
200:14,17
261:21 267:12
338:20 339:1,3
339:4 340:22
**2004** 140:23
141:10 204:12
209:25 210:4
211:24 230:7
230:15 231:15
231:17,22
252:4 262:3,9
267:20 338:21
339:7,8
**2005** 72:20 114:5
339:11
**2006** 83:20
141:16,24
151:3,4,20,22
151:25 153:4
154:16 206:1
206:21 207:2,8
248:5 252:5
262:11 265:2
268:3 271:8,9
339:12
**2007** 8:17 208:7
208:15 209:14
210:18,23
211:1,4,8,10,19
212:10 213:11
214:2 230:7
253:2 285:14
**2008** 105:16,23
283:19,20,20
284:21,25
285:6,9
**2009** 83:20 91:18
142:7 214:5,6,8

215:3 245:10
245:14 252:5
262:19,22
263:2 268:14
272:4 339:16
339:18
**2010** 2:19 59:11
60:4,8 100:19
101:3,8 104:13
114:3 212:19
213:11 214:2
230:7 253:2
283:21,24
**2011** 53:21 79:12
83:20 87:2,11
90:13,20 91:4
91:13,17,20
92:21 93:6,12
104:3 106:20
107:21 112:15
112:18 113:1
142:22 143:10
155:11 173:17
215:17 216:12
216:16,23
252:6 263:4
268:22 274:9
304:20 339:20
352:12
**20112013** 103:24
**2012** 21:2 48:18
54:2 61:15 79:9
80:2 85:17
104:1,5,7 105:4
106:5,6,10,18
106:22 107:3,6
107:19 110:23
111:2,7 112:12
112:13,20,21
112:22,23
113:7,8,13,15
114:6 119:9,20
122:8 123:25
124:11 144:4
218:5 220:1
224:17 225:20

246:21,25
252:6 263:12
269:9 284:2
301:22,25
302:17,24
303:8 304:13
304:15,20,23
305:3,7,12
306:6 307:2
315:23 339:23
346:11,13
351:23 352:3,5
352:13 362:9
**2013** 2:11 21:2
28:2 80:2 102:6
104:3 106:11
107:4,4,5,8,21
112:16,18
113:2,16
114:14 122:3
124:21 145:10
145:12 208:25
209:11 210:14
211:4,10,12,24
212:3,22 220:8
226:19 227:9
228:21 229:9
230:7 243:4,20
252:7 263:19
269:17 301:25
302:4 304:21
311:9 315:22
316:12 340:1
342:16,20,21
344:12 345:2,9
352:12
**2014** 2:14,17
3:17 61:3 68:22
69:6 80:2,9,25
96:17,25 97:7,9
97:19 98:13
99:16 124:1,4
146:2 233:25
234:4,12,15,19
239:21 240:14
240:16 242:16

243:3,10,15,24
252:7 264:1
269:25 284:2
302:5,7,11,12
329:13 340:4
341:1
**2015** 1:15 47:15
59:9 79:12
83:20 84:2 87:2
87:11 90:13,20
96:19 97:21
98:2,5,11 99:4
99:5,8,16
101:16 119:10
119:21 121:16
122:19 123:21
124:10,16
136:8 146:25
147:21 149:13
149:21 150:3,9
151:4 158:1,2
161:19 162:2
162:21 164:4,8
167:22 168:4
171:3 172:10
173:5 247:17
252:8 257:24
264:9 270:9
272:16 274:10
287:15 302:13
302:14 308:6
335:23 340:7
341:2 357:15
358:7 365:4,12
366:16,22,23
367:4
**20th** 1:14
**21** 3:17 53:9
119:25 202:4
234:20,20
316:25 317:1,2
322:18 329:19
**212** 4:6
**22** 3:18 169:8
195:15 216:18
235:16 236:9

JONATHAN RODDEN, Ph.D.   8/20/2015

428

320:25 321:1
**23** 3:11 83:8 86:3
107:25 125:6
187:20 215:21
302:25 309:22
**237** 3:6
**238** 3:7,9,11
**24** 108:8 150:10
150:11 189:4
234:19 275:17
303:9 310:2
347:2,3,5,5
365:4
**248** 31:15
**25** 64:25 66:1
125:25 197:4
197:10,12
206:6 227:24
232:24 233:6,6
235:16 248:25
330:18 366:22
**259** 3:13
**26** 77:20 83:11
83:16 86:4,5
158:14
**27** 2:11,14
134:23 135:3
136:6,10
147:23 149:2,7
149:11 150:11
160:3 207:13
233:23 242:6,9
249:15,19,21
251:19 252:12
257:23 258:7
357:25
**272** 3:15
**28** 91:3 204:18
204:19 206:5
341:22,22,22
**286** 341:8,9
**287** 3:16
**29** 229:4,15
**2nd** 272:16
287:15 308:6

---
**3**
---

**3** 2:13,19,21 3:7
3:9 34:12
101:14,14
103:1 107:16
130:25 204:19
205:10 219:6
235:16 300:16
301:16 309:5
329:20 330:4
340:21
**30** 201:5,5 202:3
205:10 232:25
233:6 307:17
**30s** 125:2
**31** 196:9 197:1
**313** 108:8 303:9
310:2 347:5
**314** 4:11,17,24
365:2,2
**317** 3:17
**32** 194:4 300:5
**321** 3:18
**33** 130:24,25
132:13 137:19
138:25 155:21
248:12 341:1
341:15,15,16
**334** 2:4
**336** 3:21
**34** 2:13 173:15
174:1
**348** 2:5
**35** 134:21 193:24
252:17 256:25
**36** 83:9
**37** 153:14 154:7
213:1,2 245:8
257:3,11
**38** 128:1 207:12
228:3 342:21
342:21
**39** 1:15 5:10
119:25 205:10
236:10 238:7

---
**4**
---

**4** 2:14 5:7 47:11

100:10,17
101:13 230:9,9
234:20 241:13
259:10 308:10
**40** 150:21 168:24
188:23 297:25
298:1
**400** 347:2
**41** 218:13
**42** 125:6 334:4
**43** 170:25
**45** 128:1
**454** 1:17 4:9
**46** 218:13
**47** 2:14 158:14
**48** 149:22 161:17
171:3 259:10
**49** 111:4,8,17,22
158:9 159:13
183:4,10
305:16 346:20
347:1
**4b** 2:15

---
**5**
---

**5** 2:4,14,15 19:8
19:24 21:19
46:3 49:10 52:8
67:18,19 88:2
99:11,12
153:14 154:7
188:23 197:14
234:20 259:11
287:20 324:13
328:2 340:19
341:3,4,15,15
341:15,16,16
347:2
**50** 62:13,13,18
62:18 63:4,4,15
63:16 64:13,24
65:18,22,25
101:4 102:1
111:10,25
130:10,17
131:5,14 171:1
183:3,8 233:24

242:7,9 305:13
333:12,18
359:21
**504** 347:2
**505** 347:3,5
**51** 219:6
**52** 203:20 257:23
**54** 200:21 213:7
229:13,15
257:5,15
**5492686** 4:6
**55** 145:22 155:5
**564** 315:10
**57** 144:17,20
220:7 225:19
363:22
**59** 143:5,25

---
**6**
---

**6** 2:17,18 3:7
34:18,25 38:19
49:12 54:7
59:23 71:4
72:15 81:11,12
81:14,21 82:7
101:13 111:8
111:17,22
113:23 197:14
288:14 307:23
307:23 334:4
346:20
**60** 121:20 156:15
212:20
**602** 4:15 365:6
**61** 143:4
**63** 141:21
**63101** 4:24 365:2
**63105** 4:15 365:7
**63108** 4:10
**632** 315:11
**64** 141:5
**6441334** 365:2
**6442191** 4:24
365:2
**6523114** 4:11
**66** 140:6
**67** 2:15 68:3,23

138:25
**68** 132:14,23
133:15 137:19
173:7
**681** 310:7,19,23

---
**7**
---

**7** 2:18 81:14,15
81:25,25 82:7
99:15,15 119:2
120:1,2 121:6,9
121:11 125:21
174:8 189:4
204:18 205:14
228:3 230:9
235:16 322:9
334:5 363:22
**70** 293:15,23
294:12
**711** 4:23
**72** 69:2 229:13
252:18
**7263040** 4:17
**73** 134:21 135:8
135:18 212:23
257:1
**740** 107:25
302:25 309:22
**75** 253:10
**780** 322:12
324:16
**799** 4:22 364:22
365:21
**7th** 47:15

---
**8**
---

**8** 2:10,14,19,22
2:23 3:5,14
99:23,24
125:25 126:7
127:16,19
128:4,10 129:2
135:21 136:16
136:17 156:21
174:24 229:25
230:1,2,10,11
232:2,22

**JONATHAN RODDEN, Ph.D.   8/20/2015**

429

260:16 293:13
305:16 334:16
349:5,18,20
366:22,23
**80** 121:18,25
122:5,9,21
123:13 124:12
124:17 225:23
**81** 2:17,18
252:20
**89** 150:20

**9**

**9** 1:15 2:21 5:10
100:1 107:11
107:12 169:8
196:9 197:1
218:13 301:15
346:9 351:23
362:2
**90** 208:25 228:25
249:9
**91** 156:10
**93** 154:24
**95** 76:18,20
77:10,13
157:15,16
353:4
**956** 110:21
303:17 310:15
310:15,17
347:9
**99** 2:19