EXHIBIT K

## Page 1

```
 1         UNITED STATES DISTRICT COURT
 2         EASTERN DISTRICT OF MISSOURI
                 EASTERN DIVISION
 3
 4   MISSOURI STATE CONFERENCE )
     OF THE NAACP, et al,      ) Cause No.
 5                             ) 14-2077
            Plaintiffs, )
 6                             )
        vs.                    )
 7                             )
     FERGUSON-FLORISSANT SCHOOL)
 8   DISTRICT, et al,        )
                               )
 9          Defendants. )
10
11
12      DEPOSITION OF COLIN GORDON, PhD
13        Taken on behalf of Defendants
              August 19, 2015
14
15
16
17
18
19        Sandra Wunderlin Witt
          CCR NUMBER:  229
20
21
22
23
          MCGRAW REPORTING, LLC
24          2927 Droste Road
         St. Charles, Missouri  63301
25           314-704-2727
```

## Page 2

```
 1       INDEX OF EXAMINATIONS
                            Page
 2
     Direct Examination by Ms. Ormsby    5
 3
     Cross Examination by Ms. Ebenstein   74
 4
 5   INDEX OF DEFENDANT DEPOSITION EXHIBITS
 6   Exhibit    Page
     Number   First Referred    Description
 7
     E     23    Doctor Rodden's rebuttal
 8                report on senate factors
 9   M     11    Segregation and Uneven
                  Development in the Greater St.
10                Louis, St. Louis County, and
                  Ferguson-Florissant School
11                District
12   N     11    Response to Report of Jonathon
                  Rodden
13
     O     11    Mapping Decline:  St. Louis
14                and the Fate of the American
                  City by Colin Gordon
15
     P     43    State-Level Estimates of Felon
16                Disenfranchisement in the
                  U.S., 2010
17
18
19
20
21
22
23
24       The original exhibits were retained by
25   Ms. Ormsby.
```

## Page 3

```
 1         UNITED STATES DISTRICT COURT
 2         EASTERN DISTRICT OF MISSOURI
                 EASTERN DIVISION
 3
 4   MISSOURI STATE CONFERENCE )
     OF THE NAACP, et al,      ) Cause No.
 5                             ) 14-2077
            Plaintiffs, )
 6                             )
        vs.                    )
 7                             )
     FERGUSON-FLORISSANT SCHOOL)
 8   DISTRICT, et al,        )
 9          Defendants. )
10
11       DEPOSITION OF COLIN GORDON, PhD, taken to
12   be used in an action pending in the United States
13   District Court, Eastern District of Missouri,
14   Eastern Division, wherein Missouri State Conference
15   of the NAACP, et al, are Plaintiffs and Ferguson-
16   Florissant School District, et al, are Defendants,
17   pursuant to agreement between counsel, under the
18   provisions of Rule 26(a) of the Rules of Civil
19   Procedure, taken on the 19th day of August, 2015,
20   at the offices of Crotzer & Ormsby, 130 South
21   Bemiston Avenue, in the County of St. Louis, State
22   of Missouri, before Sandra Wunderlin Witt,
23   Certified Court Reporter, a notary public within
24   and for the State of Missouri; taken on behalf of
25   the Defendants.
```

## Page 4

```
 1   A P P E A R A N C E S:
 2   For Plaintiffs:
          ACLU
 3        125 Broad Street
          18th Floor
 4        New York, New York  10004
          By:  Ms. Julie Ebenstein
 5
     For Defendants:
 6        Crotzer & Ormsby
          Attorneys at Law
 7        130 South Bemiston Avenue
          Suite 602
 8        Clayton, Missouri  63105
          By:  Ms. Cindy Reeds Ormsby
 9             Ms. Angela Bullock Gabel
10   Also Present:
          ACLU
11        125 Broad Street
          18th Floor
12        New York, New York  10004
          By:  Ms. Sophia Lin Lakin,
13        SLS postgraduate public interest fellow
14
15             * * * * *
16
17
18        S t i p u l a t i o n:
19        IT IS HEREBY STIPULATED AND AGREED, by
20   and between counsel for the parties that this
21   deposition may be taken in shorthand by Sandra
22   Wunderlin Witt, CCR, and afterwards transcribed
23   into typewriting.
24
25             * * * * *
```

Page 5

1          COLIN GORDON, PhD,
2    of lawful age, being produced, sworn, and examined
3    on the part of the Defendants, deposeth and saith:
4          DIRECT EXAMINATION
5    QUESTIONS BY MS. ORMSBY:
6       Q.   Would you state your name please for the
7    record?
8       A.   Colin Gordon.
9       Q.   And Mr. Gordon, what have you done to
10   prepare for this deposition?
11      A.   To prepare for the deposition, the
12   report -- including the report or --
13      Q.   Just to prepare for today.
14      A.   Oh, just I met with counsel for a couple
15   of hours yesterday, for an hour in New York last
16   month.
17      Q.   Have you had your deposition taken
18   before?
19      A.   No.
20      Q.   So I'll just go through a little -- a
21   few little ground rules.
22      A.   Okay.
23      Q.   If you could let me finish my question
24   before you answer and I will try to let you finish
25   your answer before I ask the next question.  Is

Page 6

1    that fair?
2       A.   Sure.
3       Q.   And if you could answer all of your
4    questions verbally out loud rather than nod your
5    hand and shake your head.  Both those ground rules
6    are simply to allow the court reporter to get -- to
7    -- she can't type what we're saying both at the
8    same time and she can't type a nod or a shake.
9       A.   Okay.
10      Q.   Sometimes you might forget.  And I do
11   too.  But I might remind you to just say it out
12   loud.  Is that okay?
13      A.   Sure.
14      Q.   And if you have -- if you don't
15   understand a question, which is very likely, please
16   ask me to rephrase it and I will.  And if you --
17   but if you answer a question, I'm going to assume
18   that you understood the question.  Is that fair?
19      A.   Sure.
20      Q.   And if you ever need a break, just ask
21   for one.  You just need to answer the question
22   that's on the table before we take a break.
23      A.   Okay.
24      Q.   Have you spoken with any other experts
25   that have been retained in this case?

Page 7

1       A.   No.
2       Q.   And did you reread your reports before
3    you came in today?
4       A.   Yes.
5       Q.   Have you read any reports from other
6    experts filed in this case other than Doctor
7    Rodden?
8       A.   No.
9       Q.   And you said you only spoke to the
10   attorneys in order to prepare, is that right?
11      A.   That's right.
12      Q.   Can you talk to me a little bit about
13   your educational background?  Can you start with
14   where you graduated from high school?
15      A.   I graduated from high school in Port
16   Hope, Ontario.  I did my undergraduate work at the
17   University of Alberta where I got --
18      Q.   And when did you graduate from high
19   school first?
20      A.   '81.  I graduated from the University of
21   Alberta in '85 with an honors degree in history.
22   I did a Master's degree at York University,
23   graduating in 1986.  York University in Toronto.
24   And I did a Ph.D. at the University of Wisconsin in
25   Madison, graduating in 1990.

Page 8

1       Q.   And any education since then, since you
2    got your Ph.D.?
3       A.   No.
4       Q.   And where did you work -- did you work
5    between undergrad and going to grad school at all?
6       A.   No.  I was -- I mean aside from summer
7    jobs, it was -- I stayed in school.
8       Q.   And did your summer jobs have anything
9    to do with your profession in history?
10      A.   No.
11      Q.   So your first professional job was after
12   you got your Ph.D.?
13      A.   Yes.
14      Q.   And where was that?
15      A.   I taught at the University of British
16   Columbia from 1990 to 1994.
17      Q.   Okay.
18      A.   And since then moved to the University
19   of Iowa where I've taught ever since.
20      Q.   And are you still employed by the
21   University of Iowa?
22      A.   I am.
23      Q.   And in what capacity are you employed?
24      A.   I'm a professor of history and public
25   policy.

Page 9

1      Q.   Have you been involved in any other
2   voting rights act cases prior to this one?
3      A.   No.
4      Q.   And have you ever provided expert
5   testimony in any sort of case before?
6      A.   Yes.
7      Q.   In what kind of case was that?
8      A.   I did a neighborhood analysis of North
9   St. Louis for a mitigation defense in a capital
10   case.
11      Q.   In a capital case?
12      A.   Uh-huh.
13      Q.   Other than that?
14      A.   That's it. I've been signatory to
15   briefs in other cases. I forgot about this one.
16   And I did write a brief in a fusion voting rights
17   case in the 1990s.
18      Q.   Have you ever been employed by the ACLU
19   or NAACP legal defense fund prior to this case?
20      A.   No.
21      Q.   Who employed you for the capital case?
22      A.   It was a -- I can't remember the name of
23   the office. It was a Philadelphia defenders unit.
24   Philadelphia based. It was a St. Louis case.
25      Q.   Okay. Who initially contacted you

Page 10

1   regarding this case?
2      A.   Julia Ebenstein I believe, yeah.
3      Q.   And do you remember when that was?
4      A.   No. I would have to look at my notes.
5   Maybe about a year ago.
6      Q.   Okay. And when were you retained then
7   to work on this case?
8      A.   Shortly after that, you know, we
9   probably went back and forth for two or three weeks
10   about what would be expected and that sort of thing
11   before I formally started work.
12      Q.   And what's your hourly rate?
13      A.   $150.
14      Q.   And who do you submit your invoices to?
15      A.   ACLU.
16      Q.   And have you submitted invoices to this
17   point?
18      A.   Yes, I have.
19      Q.   And have those invoices been paid?
20      A.   Yes.
21      Q.   Do you know approximately how many hours
22   you've billed to date?
23      A.   I'm not sure. I would say maybe 60 or
24   70.
25      Q.   And has anyone assisted you in any

Page 11

1   manner?
2      A.   No.
3      Q.   So what do you understand your role to
4   be in this case?
5      A.   I was applying my expertise on St. Louis
6   based largely on my 2008 book and my ongoing
7   research to illuminate senate factor 5, the
8   patterns of discrimination.
9      Q.   So at this point, I would like to enter
10   into evidence your two reports. And I think we're
11   on M.
12      (Defendant's Exhibits M, N, and O are
13   marked.)
14      Q.   (By Ms. Ormsby) So are those copies of
15   the reports that you wrote?
16      A.   Yes.
17      Q.   And this is a copy of your book?
18      A.   Yes.
19      Q.   And you authored this book Mapping
20   Decline: St. Louis and the Fate of the American
21   City, correct?
22      A.   Yes.
23      Q.   How many times do you cite to yourself
24   in your expert report? Do you have any idea?
25      A.   I didn't count.

Page 12

1      Q.   Did you know that you quote yourself 38
2   times in your 33-page initial report?
3      A.   It sounds about right.
4      Q.   And most of those quotes weren't changed
5   a single word from what was in your book to what
6   was in your report?
7      A.   Sounds about right.
8      Q.   And you wrote your book when?
9      A.   2008.
10      Q.   How can we check the accuracy of your
11   statements?
12      A.   I'm not sure I understand the question.
13      Q.   Well --
14      A.   The accuracy of the statements in the
15   book or in the report or both?
16      Q.   Both.
17      A.   Well, the book follows standard
18   scholarly guidelines. It's peer reviewed. All the
19   sources are cited both archival quantitative
20   sources and secondary sources. Standard sort of
21   scholarly format.
22      Q.   If you look at Page 7 of your report --
23   no, your report, sorry.
24      A.   Oh.
25      Q.   And we agree that those first two

Page 13

1  paragraphs were taken verbatim from your book?
2      A.   I would have to check the book.  But
3  yeah, I think they're largely the same.
4      Q.   And could you look at map No. 2 on Page
5  8 of your book -- your report, sorry.  What is
6  this?
7      A.   What is it a map of?
8      Q.   Uh-huh.
9      A.   It's a map of the scope of race
10  restricted D covenants in the City of St. Louis
11  served in 1945.
12      Q.   Can you locate the Ferguson-Florissant
13  School District on that map?
14      A.   It's not included in this map.
15      Q.   So is your reason for including this map
16  in your report to show that 70 years ago there were
17  restrictive covenants in housing in some locations
18  in St. Louis City?
19      A.   In part.  It's more largely in service
20  of the sort of larger logic of my argument which
21  shows that segregation that originated in the City
22  of St. Louis extended over time out into North
23  County.
24      Q.   But we don't know whether those
25  restrictive covenants existed in the Ferguson-

Page 14

1  Florissant School District based on that map?
2      A.   Not based on this map, no.
3      Q.   If you turn to Page 3, Table 1, of your
4  report.
5      A.   Okay.
6      Q.   Where did you get the data to form this
7  table?
8      A.   This is from an American community
9  survey.
10      Q.   And according to that table, what is the
11  African American share of the district population?
12      A.   It's not listed on this table.  This is
13  a measure of metrics by block group.  And so this
14  is the -- where it says FFSDB, that's the
15  percentage of the African American population that
16  lives in majority black census blocks in Ferguson-
17  Florissant.
18      Q.   So you didn't download data that's
19  specific to the school district?
20      A.   This is specific to the school
21  district.  FFSD is Ferguson-Florissant School
22  District.
23      Q.   And how are you defining majority black
24  block groups?
25      A.   Census block is the smallest unit of

Page 15

1  geography that's useful in the ASS (sic).  And a
2  majority black one is one in which the -- over half
3  of the population is African American.
4      Q.   And might the data be different
5  regarding the African American population that
6  lives in a more integrated area of the district?
7      A.   Certainly.  I mean you could draw a
8  circle around any portion of the district and get
9  different numbers.
10      Q.   Do you know what percent of the
11  district's black population lives in overwhelmingly
12  black blocks and what percentage lives in
13  integrated blocks?
14      A.   Well, the measure I've used here in
15  majority black blocks is over two thirds live in
16  majority black census blocks.
17      Q.   Within the school district?
18      A.   Within the school district.
19      Q.   And you would dispute an expert that
20  says otherwise?
21      A.   Well, I mean the -- if his is a simple
22  calculation from the ACS.  I mean if somebody says
23  that, you know, that -- this number is not
24  incorrect.  There are different ways of measuring
25  it.  But yes, I would dispute someone who said that

Page 16

1  this was incorrect.
2      Q.   So just to be clear, the majority of the
3  black population in the Ferguson-Florissant
4  district lives in overwhelming black blocks?
5      A.   No, that's not what this says.  What
6  this says is that two thirds of African Americans
7  in the district live in census blocks which are
8  majority African American.
9          This chart is not meant to show the
10  distribution of the population across the
11  district.  It's meant to show the disparity between
12  majority black blocks and the other census blocks
13  in the district and in the metro.
14      Q.   Can we get black versus white poverty
15  levels at the block group level?
16      A.   No.
17          (Ms. Gabel is leaving at this time.)
18      Q.   (By Ms. Ormsby)  And does your report
19  address how the black poverty level compares with
20  the white poverty level at the block group level?
21      A.   Not at the block group level.  The ACS
22  doesn't report at that level the geography.  I have
23  that for the district.
24      Q.   And when you looked at those block
25  groups, did any of those blocks include areas

Page 17

1 outside of the school district?
2 A. The map on the following page shows the
3 block groups that fall inside the district. And
4 because the district is not coterminous with census
5 boundaries, parts of those blocks fall outside the
6 school district.
7 Q. Have you ever been to the Ferguson-
8 Florissant School District?
9 A. I have numerous times.
10 Q. What parts of the district have you
11 visited?
12 A. I've been in all parts of Ferguson. I
13 filmed a documentary there. I did research on the
14 ground there. So I've been in Florissant, in
15 Ferguson, in Kinloch.
16 Q. When was the last time that you were
17 there?
18 A. I was there in 2006 and 2007 when I was
19 doing research for my book. I was there in 2014 --
20 yeah, just about a year ago -- doing work on a
21 documentary.
22 Q. What's the name of your documentary?
23 A. I wasn't making the documentary. I was
24 a talking head in it. And it has not yet been
25 released so I don't know the name of it.

Page 18

1 Q. Okay. So your report refers to the St.
2 Louis metropolitan region. What percent of this
3 region contains the Ferguson-Florissant School
4 District?
5 A. You mean what percent of the metro
6 population lives in the Ferguson-Florissant School
7 District?
8 Q. No. I'm talking about in your report
9 when you refer to the St. Louis metropolitan
10 region, what percent of that region contains the
11 Ferguson-Florissant School District?
12 A. I'm sorry. I don't understand the
13 question. What percent of the region?
14 Q. Contains the Ferguson-Florissant School
15 District.
16 A. I'm sorry. I still don't understand.
17 Q. Do we agree that the St. Louis
18 Metropolitan region includes areas outside of the
19 Ferguson-Florissant School District?
20 A. Oh, yes. Yes.
21 Q. What percent of that region contains the
22 Ferguson-Florissant School District?
23 MS. EBENSTEIN: You mean geographic
24 area? Just to clarify.
25 MS. ORMSBY: Yes.

Page 19

1 A. I haven't made that calculation.
2 Q. (By Ms. Ormsby) Would you agree that
3 the district makes up a small percentage of the
4 region that you discuss in your report?
5 A. Sure, geographically the populationwise.
6 Q. Do you know what percent of the
7 Ferguson-Florissant School District population
8 resides in Ferguson?
9 A. No, not off the top of my head.
10 Q. Would it surprise you to know that only
11 27 percent of the district's population lives in
12 Ferguson?
13 A. No. I was thinking it was probably
14 about a third, a little bit less than that.
15 Q. And you said you've been to Florissant?
16 A. I have.
17 Q. Can you tell me where the high schools
18 are located within the school district?
19 A. I don't know the locations of the high
20 schools.
21 Q. Have you watched television reports
22 depicting violence and looting on West Florissant
23 Avenue in Ferguson?
24 A. It would be hard to miss them.
25 Q. Do you know whether or not the section

Page 20

1 of West Florissant where the looting and protesting
2 took place, do you know whether or not that's in
3 the Ferguson-Florissant School District?
4 A. If I saw it on a map, I could tell you.
5 But not off the top of my head.
6 Q. And your study -- you study cities,
7 especially St. Louis. Would you agree that one
8 side of Delmar Boulevard is different than the
9 other?
10 A. Yes.
11 Q. And do you agree that political
12 boundaries matter?
13 A. Yes.
14 Q. Do you agree that microgeography
15 matters?
16 A. I'm not sure what you mean by the term
17 microgeography. Just -- you mean what's happening
18 locally?
19 Q. Uh-huh.
20 A. Yes.
21 Q. Do you believe it's appropriate to use
22 information about North County as a whole in order
23 to provide expert testimony about the Ferguson-
24 Florissant School District?
25 A. Yes. The -- I'm very careful in my

Page 21

1     report to use the data which is most relevant to
2     the geography that's being discussed.  Sometimes
3     that's based on the limitations of the data.  If
4     it's not reported as smaller geography.  Sometimes
5     it rests on the sort of generalization or
6     conclusion that's being drawn.
7          Q.    What percent of your report includes new
8     research?  And by that I mean research conducted
9     just for this lawsuit that was not published in
10    your book.
11         A.    You mean in terms of the word count of
12    the report or in terms --
13         Q.    A percentage of your report.
14         A.    Well, the first -- roughly the first
15    half of the report is a synopsis of the conclusions
16    I reached in my book.  Roughly the second half sort
17    of recenters that research on Ferguson.  It
18    represents new work.
19         Q.    So the ideas that form the basis for at
20    least the first half of your book are a few years
21    old.  Would you agree with that?  Since 2008
22    anyway?
23         A.    Yeah.  I mean they're broad historical
24    conclusions.  They go back to the early part of the
25    20th century.

Page 22

1          Q.    In your popular writing for media
2     outlets and for your writing in this case, have you
3     written about the overwhelming majority of African
4     American residents of North County who are in the
5     third, fourth, and fifth quintiles of the Missouri
6     income distribution?
7          A.    No.
8          Q.    Have you written about the convergence
9     of black median family income and white median
10    family income in Florissant?
11         A.    Have I written about that?
12         Q.    Uh-huh.
13         A.    No.
14         Q.    Have you written about the complete
15    disappearance of the gap between whites and blacks
16    with respect to the completion of high school in
17    the Ferguson-Florissant School District?
18         A.    No.
19         Q.    Look at Figure 3 on Page 17 of your
20    report.  Oh, I'm sorry.  That's a different
21    report.  Exhibit F which is --
22         A.    The response?
23         Q.    Actually I'm not going to do that.  Take
24    that back.
25              I actually mean -- can I see those

Page 23

1     exhibits please?  Thank you.
2              I'm going to give you what's been
3     previously marked as Exhibit E which is Doctor
4     Rodden's rebuttal report on senate factors.  Have
5     you read this before?
6          A.    Yes.
7          Q.    And I'm going to refer you to Page 17.
8          A.    Okay.
9          Q.    Figure 3.  Do you have any reason to
10    dispute those calculations using census data?
11         A.    Can I take a moment to review them?
12         Q.    Absolutely.
13         A.    Okay.  The question again?
14         Q.    Do you have any reasons to dispute that
15    data?
16         A.    No.
17         Q.    So would you agree that African
18    Americans are substantially better off in the
19    Ferguson-Florissant School District than African
20    Americans in the rest of St. Louis or the rest of
21    the state or on almost every important social
22    indicator?
23         A.    No.  The difficulty with these relative
24    measures that are presented here is that they
25    represent -- that it is simply a relative measure.

Page 24

1     They represent the gap between white and black.
2              And so that gap can be affected by
3     African American achievement.  It can also be
4     affected by the white rates coming down.  So in
5     incomes, for example, the gap in the Ferguson-
6     Florissant School District is narrower as we would
7     fully expect than the region at large because there
8     are few rich people in the Ferguson-Florissant
9     School District.
10             So it's inaccurate I think because
11    Doctor Rodden does at numerous occasions to portray
12    the narrower gap in a smaller geography as
13    necessarily one of African American advancement or
14    achievement.
15         Q.    So you don't think it's appropriate to
16    look at the statistics within just the Ferguson-
17    Florissant School District?  That it needs to be
18    taken in context with the entire North County?
19         A.    What I try and do consistently in my
20    report is do it at the school district, do it at
21    the North County, and do it at the metro level.
22    And in urban studies generally, the most relevant
23    benchmark is the metropolitan area.
24         Q.    You know, of course, that the Ferguson-
25    Florissant School District was created by federal

Page 25

1 courts as an effort to integrate black and white
2 schools, correct?
3      A.   Uh-huh.  Yes, sorry.
4      Q.   And do you believe that's good policy?
5      A.   Yes.
6      Q.   Do you consider yourself an expert on
7 race and geography in St. Louis?
8      A.   I do.
9      Q.   Do you know how many Missouri school
10 districts -- or can you name Missouri school
11 districts that are more racially integrated than
12 Ferguson-Florissant over the last thirty years?
13      A.   My report does not encompass rates of
14 integration or segregation in other Missouri school
15 districts.
16      Q.   How about within the St. Louis
17 metropolitan area?
18      A.   The benchmark in my report again is
19 comparing the school district to the metro area at
20 large.
21      Q.   So can you name any school district in
22 the metro area at large that is more racially
23 integrated than Ferguson-Florissant?
24      A.   No, because I haven't done those
25 calculations.

Page 26

1      Q.   If you would turn to Page 12 of your
2 report.
3      A.   Page 12?
4      Q.   Page 12 of your report.  What is this
5 map?
6      A.   This map is a map of the residential
7 security ratings maintained by the Homeowners Loan
8 Corporation served in 1940.  The residential
9 security ratings maintained by the Homeowners Loan
10 Corporation, later to become part of the Federal
11 Housing Administration.  This rated residential
12 properties for federal mortgage insurance.
13      Q.   And you've overlaid the Ferguson-
14 Florissant School District on the northern part of
15 that map, is that correct?
16      A.   That's right.
17      Q.   And what does it mean when most of the
18 district is blank?
19      A.   That it was not rated by the federal
20 agency at the time.
21      Q.   So how much of the district is rated
22 would you say?
23      A.   Just, you know, visually a quarter, a
24 fifth maybe.
25      Q.   And at the time of this table, was the

Page 27

1 district considered a part of the city?
2      A.   The district has never been considered a
3 part of the city.
4      Q.   So how is this table relevant to the
5 Ferguson-Florissant School District?
6      A.   The -- in the context of showing
7 patterns of segregation across St. Louis, this uses
8 the Homeowners Loan Corporation map to show
9 patterns of housing discrimination as they moved
10 into North County with respect particularly to
11 Kinloch and Ferguson.  The areas there which are
12 also overlaid is low median housing value.
13      Q.   And on Page 95 of your book --
14      A.   Okay.
15      Q.   -- I just want you to verify it's the
16 same map except for you've overlaid the school
17 district.
18      A.   Yeah, 95 is also the 1940 map.
19      Q.   If you turn to Page 19 of your report.
20      A.   Okay.
21      Q.   On Page 19, you seem to infer that your
22 report is now going to address the district
23 specifically, correct?  Part 2 --
24      A.   Yes.
25      Q.   -- the Ferguson-Florissant School

Page 28

1 District?
2      A.   Uh-huh.
3      Q.   Can you point to a section or even a
4 sentence that is specific to your analysis of the
5 district?
6      A.   I'm sorry.  In any part that follows?
7      Q.   Uh-huh.
8      A.   Give me a moment.
9      Q.   Sure.
10      A.   I talk about the establishment of the
11 district, the fragmentation and then
12 re-establishment of the district on Page 22.
13      Q.   Which is simply historical facts,
14 correct?
15      A.   Yeah.  I look at the scope of the
16 district in Map 7 and the surrounding paragraph.
17 And then again, I look at -- there's a whole series
18 of maps that are at the end in which I spatially
19 use the school district to show the way in which
20 patterns of poverty, unemployment, other metrics
21 take shape around the district and move through the
22 district.
23      Q.   So you simply overlay the school
24 district on your maps that are mostly included in
25 your book, is that correct?

Page 29

1      A.   No.  Most of the -- most of the analysis
2   that occurs from Page 19 forward is not from the
3   book.  It's new.
4      Q.   So do you agree that the bulk of your
5   report does not directly relate or does any
6   analysis specifically of the Ferguson-Florissant
7   School District?
8      A.   No, I wouldn't agree with that
9   characterization.  The -- as I stated earlier, when
10   studying an urban area, one has to use the
11   geographies in which data is reported most reliably
12   and particularly over time.  And that unfortunately
13   does not include school districts.
14          The ACS has recently begun to include
15   school districts as a unit of census geography.  So
16   we have some data for Ferguson-Florissant and other
17   school districts for the past I think six to eight
18   years.  But it's -- the data is limited.
19          And because my analysis is largely
20   historical, I rely on more conventional units of
21   geography; census blocks, census tracts,
22   municipalities in counties.  But consistently
23   highlight the place and the scope of the school
24   district within that larger story.
25      Q.   Could you turn to Page 20, Figure 1, and

Page 30

1   tell me what that depicts?
2      A.   It depicts the racial wealth cap.
3      Q.   And does it represent national
4   statistics?
5      A.   The only statistics we have on racial
6   wealth are national.  This is based on the survey
7   consumer finances, which is a survey of only
8   6,000.  And so the inferences are not -- the sample
9   size is not sufficient to do local.
10      Q.   So just to clarify though, they are not
11   -- the statistics aren't based on the district
12   population?
13      A.   No.
14      Q.   So is your point including -- and
15   including this table to show that nationally white
16   families are wealthier than black families?
17      A.   No.  That's the subsidiary point or the
18   background point.  The point is to show that where
19   patterns of housing discrimination are stark as in
20   the St. Louis area, one of the core results is a
21   racial gap in wealth.
22          And so the point is to show that
23   previous patterns of segregation and
24   discrimination, even if the legal architecture for
25   them has collapsed, live on in the form of a racial

Page 31

1   wealth cap.
2      Q.   If you would turn to Page 24 of your
3   report.  Could you read the first sentence of the
4   second full paragraph, the net result?
5      A.   The third -- oh, second full paragraph.
6   Sorry.  "The net result left" -- you me want to
7   just read it aloud?
8      Q.   Uh-huh.
9      A.   "The net result left Ferguson-Florissant
10   in an unusually vulnerable position.  Here much of
11   the mid-century residential development" --
12      Q.   Just the first sentence.
13      A.   Oh, just the first sentence.
14      Q.   Go ahead and read it again so the record
15   is clear.
16      A.   Sorry.  I thought you wanted the whole
17   paragraph.  "The net result left Ferguson-
18   Florissant in an usually vulnerable position."
19      Q.   So can you look -- the net result -- I'm
20   assuming that's a conclusionary sentence, correct,
21   based on what's prior to that sentence?
22      A.   Yes.
23      Q.   Can you turn to the proceeding pages and
24   show me where you cite any statistics or data that
25   relies exclusively on district information?

Page 32

1      A.   No.  As I already explained, the logic
2   of this report is to run the quantitative analysis
3   through the census units in which that data is
4   available and then to overlay the district on that
5   in order to in a sense throw a magnifying glass on
6   that particular area.
7      Q.   But do you agree, like you stated
8   before, that microgeography is important?
9      A.   I do.
10      Q.   So your conclusion about the district on
11   Page 24 is based on national and North County
12   information?
13      A.   Yeah, national, North County, and
14   municipal because the patterns of developing that I
15   described are particular to Ferguson-Florissant.
16      Q.   All right.  Let's turn to Page 28.  In
17   the middle of the second full paragraph there's a
18   sentence that says, "African Americans in Ferguson-
19   Florissant have settled overwhelmingly in the
20   apartment complexes (Suburban Heights, North Winds,
21   Canfield) along Maline Creek and South Ferguson and
22   Kinloch and in pockets of single- family housing
23   east of West Florissant Avenue and south of I-270."
24   Did I read that correctly?
25      A.   Sure.

Page 33

1    Q.   Do you know whether any of the apartment
2  complexes that you named there are actually in the
3  Ferguson-Florissant School District?
4    A.   The ones I name as examples, no, I don't
5  know off the top of my head.
6    Q.   So even though -- when you're talking
7  about Ferguson-Florissant, are you talking about
8  the cities or are you talking about the school
9  district?
10   A.   Ferguson Heights and Florissant always
11 refers to the district.
12   Q.   So you're inferring -- or you're stating
13 that African Americans have overwhelmingly settled
14 in apartment complexes.  You named three apartment
15 complexes but you're not aware whether or not those
16 apartment complexes are in the Ferguson-Florissant
17 boundaries?
18   A.   Those are examples of the apartment
19 complexes that one finds in the southern tier of
20 the City of Ferguson and in Kinloch.  The larger
21 pattern -- demographic pattern is clear from my
22 report and from Professor Rodden's report which
23 shows the densest population of African Americans
24 in the southern tier of the district largely in
25 rental housing.

Page 34

1    Q.   But you would admit that that's a little
2  misleading if those apartment complexes aren't in
3  the school district when they're mentioned in the
4  same sentence of which you're referring to the
5  school district?
6    A.   I say African Americans have settled
7  overwhelmingly in apartment complexes along Maline
8  Creek and South Ferguson and Kinloch.
9    Q.   You say Africans (sic) in Ferguson-
10 Florissant have settled, correct?
11   A.   Yes.
12   Q.   And just for your information, only one
13 of those three apartment complexes are within the
14 school district.  What percentage do you believe of
15 the Ferguson-Florissant School District population
16 resides in apartment complexes?
17   A.   What do I believe?
18   Q.   Uh-huh.
19   A.   I know that the rental rate for African
20 Americans in the school district is about 50
21 percent.
22   Q.   Well, again, I'm asking apartment
23 complexes.  As your statement says, they have
24 settled in apartment complexes.  And I'm asking
25 what percentage of the Ferguson-Florissant

Page 35

1  population resides in apartment complexes?
2    A.   I don't have the exact answer to that
3  question.  My conclusions on this are based on
4  patterns of residential development in the southern
5  tier of the district and on overall -- over -- on a
6  districtwide rental rates.
7    Q.   Do you know how many apartment complexes
8  there are within the Ferguson-Florissant School
9  District?
10   A.   I have not counted.
11   Q.   What percentage of the Ferguson-
12 Florissant population are renters?
13   A.   Of the district?
14   Q.   Uh-huh.
15   A.   I know it's about just under 20 percent
16 of the white population and about half of the
17 African American population.
18   Q.   And how much of the black?  I'm sorry.
19   A.   About half.
20   Q.   If you could look on Table 4 on Page 4
21 of your rebuttal report.
22   A.   Okay.
23   Q.   And in that table you report that black
24 home ownership is 50.7 percent, is that right?
25   A.   Uh-huh.

Page 36

1    Q.   Yet your conclusion in this paragraph
2  that we just read is that African Americans
3  overwhelmingly settled in apartment complexes,
4  right?
5    A.   Sorry.  Could you repeat the question?
6    Q.   Despite the fact that you state that
7  50.7 percent of African Americans own homes within
8  the school district, it's your contention in your
9  report that African Americans overwhelming settled
10 in apartment complexes, correct?
11   A.   I'm just rereading this.  The
12 overwhelmingly -- can you refer me back to that
13 page?
14   Q.   Uh-huh.  Page 28 of your initial
15 report.
16   A.   No, it's not what I say.  I say
17 overwhelmingly in apartment complexes and in
18 pockets of single-family housing.  It's all in the
19 same sentence.
20   Q.   So you agree that some renters actually
21 are renting houses?
22   A.   Sure.
23   Q.   And do you know how many African
24 American renters in Ferguson-Florissant School
25 District are renting houses versus apartments?

Page 37

1    A.   The data is not reported in that way.
2    Q.   Can you tell me where Florissant's poor
3  African American apartment complexes are located?
4    A.   I didn't look at Florissant on its own.
5    Q.   So you only looked at Ferguson on its
6  own?
7    A.   As the district total.
8    Q.   But you cite specifically to the
9  Ferguson area on Page 28.  But that's not including
10  -- you didn't look at Florissant?
11   A.   I'm characterizing the pattern of
12  development in the school district.
13   Q.   Correct.
14   A.   And I'm characterizing it as in a
15  north/south distribution in which the larger
16  footprint rental housing is concentrated in the
17  south part of the district.  That's my conclusion.
18        And so I don't locate every apartment
19  building in the district.  I just characterize a
20  general north/south pattern of residential
21  development.
22   Q.   So you seem to be saying that all of the
23  poor African Americans have concentrated themselves
24  in Ferguson and Kinloch?
25   A.   No, I'm merely describing a pattern of

Page 38

1  residential development which is characteristic of
2  the district.  I'm not imputing the motives of
3  those who settle there.
4    Q.   I'm going to read your sentence again.
5  "African Americans in Ferguson-Florissant" -- and
6  you said you mean the district -- "have settled
7  overwhelmingly in apartment complexes" -- and you
8  name three apartment complexes -- "along Maline
9  Creek and South Ferguson and Kinloch and in pockets
10  of single-family housing east of West Florissant
11  and south of 270."
12        So you're saying overwhelmingly African
13  Americans have settled either in Ferguson or in
14  Kinloch or east of West Florissant and south of
15  270.
16        Do you have any idea how much of the
17  school district is located east of West Florissant?
18   A.   Sorry.  Could you --
19   Q.   How much of the school district is
20  located east of West Florissant?
21   A.   I don't know.
22   Q.   Let's move to Page 29.
23   A.   Okay.
24   Q.   And in this map you overlay the district
25  in red, correct?

Page 39

1    A.   Yes, the red outline.
2    Q.   Can you show me on that map where Old
3  Town Florissant is?
4    A.   It's not indicated on this map.
5    Q.   But can you tell me approximately where
6  it is on this map?
7    A.   Just, you know -- if I could refer to
8  the earlier map that shows the municipal boundaries
9  within the school district.  But, you know, in this
10  northern quadrant.
11   Q.   So when I look at this overlaid map, I
12  see a predominantly black neighborhood in the
13  southern side of the district and a predominantly
14  white neighborhood in the north side of the
15  district.  And the rest of the district seems to be
16  disbursed pretty evenly black and white.  Do you
17  agree with that?
18   A.   Are you talking just spatially or in
19  terms of the total number of people or --
20   Q.   I'm talking about on visual inspection.
21   A.   Sure.  On a visual, I would say you have
22  on the south side, the western portion of the
23  district is lightly populated.  The east side --
24   Q.   Do you know why that's lightly populated
25  on the western side of the school district?

Page 40

1    A.   The airport.  Not a lot of people live
2  there.
3    Q.   No, you're right.  Although there are
4  some dots there kind of confusingly.  Go ahead.
5  I'm sorry.
6    A.   On this kind of a map, the dots are
7  arranged randomly within the geographic units.  And
8  so if the airport overlaps with an urban
9  population, it might put the dot there.
10   Q.   Okay.
11   A.   No, I would say your characterization is
12  fair.  So we have this sparsely populated sort of
13  airport southwest portion.  The southeast portion
14  which is sort of more densely populated, more
15  Section 8, more multi-family housing.  Which you
16  can see from other series of maps is also a largely
17  poorer area of the district.
18        And then a pocket of mixed racial
19  housing in the sort of center east of the sort of
20  Florissant area of the district.  And then as you
21  characterized it, much more predominantly white in
22  the northwestern neighborhoods.
23   Q.   And have you spent much time in those
24  more integrated neighborhoods?
25   A.   I've driven through all of the

Page 41

1   neighborhoods in this area.
2       Q.   And in conducting your research for
3   whatever purpose, not just this report, have you
4   conducted interviews with people living in those
5   neighborhoods?
6       A.   No, I have not.
7       Q.   Do you know anything about the crime
8   levels in the more integrated neighborhoods?
9       A.   No, I do not.
10      Q.   If you turn to 31.  And like we've
11  already discussed, the vast majority of the red on
12  this map is the airport, correct?
13      A.   In the western portion of the red, yes.
14      Q.   I'm looking at the insert which kind of
15  blows it up.
16      A.   Right.
17      Q.   And because of the large area that the
18  airport takes up, it kind of skews the visual
19  representation.  Would you agree with that?
20      A.   Yeah.  It's always a problem when you
21  have lightly populated census blocks and census
22  tracts.  Census blocks do a better job than tracts
23  in representing uniform units of population.
24  That's why the tract that includes the airport is
25  much larger than the others.

Page 42

1       Q.   Okay.  If you could turn to your
2   rebuttal report again.  And turn to Table 3.
3       A.   Okay.
4       Q.   Which is on Page 2.
5       A.   Oh.
6       Q.   Your rebuttal report, it's on Page 2,
7   Table 3.
8       A.   Okay.
9       Q.   Got it?
10      A.   Yep.
11      Q.   And just prior to Table 3 you state,
12  "The rate of disenfranchisement for the Missouri
13  population as a whole is 2.32 percent.  For the
14  African American population it is 6.88 percent."
15  Did I read that correctly?
16      A.   Yes.
17      Q.   And then you went on to use that 6.88
18  percent to adjust the ACS numbers and create the
19  numbers that we see in Table 3, right?
20      A.   And the 2.32.  So I used that for the
21  white and the 6.8 for the black.
22      Q.   And did you use -- to get your 2.32 and
23  6.88, did you take it from -- I'll enter this into
24  evidence and it will be P.  And once you get this,
25  if you could turn to Page 17.

Page 43

1           (Defendant's Exhibit P is marked.)
2       A.   Yes.
3       Q.   (By Ms. Ormsby)  So you've got your 6.88
4   from this table, would that be right, regarding the
5   disenfranchisement of African American felons?
6       A.   Yes.
7       Q.   And on the page prior, the 2.32 comes
8   from the estimate of disenfranchised felons.  Would
9   that be right?  The table prior on Page 16.
10      A.   Yeah, I'm just -- yes, for the entire
11  population.
12      Q.   Okay.  I just wanted to verify that.
13  And I realize looking at Page 17, that that 6.88
14  includes African Americans who are in prison?
15      A.   Yes.
16      Q.   And do you know how many prisons are
17  located in the Ferguson-Florissant School District
18  boundaries?
19      A.   None that I know of.
20      Q.   And it's true, isn't it, that prisoners
21  are counted for census purposes in the area in
22  which the prison is located?
23      A.   Yes, I think that's true.
24      Q.   So the numbers that you cite for
25  desperate impact of felony disenfranchisement would

Page 44

1   actually be lower if you took out the number of
2   felons living in prisons, correct?
3       A.   Yes, that's correct.  For both
4   populations.
5       Q.   And are you -- did you -- are you aware
6   of any studies that find that the African American
7   felony rate to be lower if you consider high school
8   graduation rate?
9           Are you aware of any studies that have
10  found that African American felony rate is lower if
11  you consider high school graduation rates?
12      A.   You mean the felony rate is likely to
13  fall if the high school -- as the graduation rate
14  goes up?
15      Q.   Correct.
16      A.   That wouldn't surprise me.  I'm not
17  aware of particular studies.
18      Q.   And did you look at the Ferguson-
19  Florissant graduation rate for African Americans?
20      A.   I did but not in this context.
21      Q.   And do you know whether the Ferguson-
22  Florissant School District has a relatively high or
23  low graduation rate for African Americans?
24      A.   Relative to?
25      Q.   To other African American communities in

Page 45

1    St. Louis or beyond.
2        A.    It's on the high end of the scale.
3        Q.    And do you have any specific data on the
4    number of parolees or individuals on probation or
5    former felons that are actually living within the
6    school district boundaries?
7        A.    No.  The data is not reported in that
8    way.  So, you know, as with the example we used
9    earlier of the racial wealth cap, we're sometimes
10   constrained by the limits of the data of the
11   surveys that underlie it.
12       Q.    Did you offset your number in any way by
13   the number of white felons that are living within
14   the Ferguson-Florissant School District?
15       A.    You mean did I adjust the white share by
16   felony disenfranchisement.
17       Q.    Yes.
18       A.    Yes.  I used the numbers for the
19   population as a whole.
20       Q.    I know that you said you haven't
21   provided reports or served as an expert witness in
22   any other Section 2 VRA cases.  But for purposes of
23   determining Jingles 1, do you know of any cases
24   where population numbers are adjusted without any
25   actual data on the political entity in question?

Page 46

1        A.    I'm sorry.  Could you rephrase the
2    question?
3        Q.    Are you aware of any cases where
4    population numbers are adjusted without any actual
5    data on the specific political entity in question?
6            MS. EBENSTEIN:  I'm going to object to
7    the extent that it asks for him to interpret case
8    law relative to Jingles 1.
9            MS. ORMSBY:  I'm just asking if he knows
10   of any.
11       A.    I mean I can answer to the extent that I
12   don't know the case law in question.  And so I can
13   only answer it in terms of scholarly conventions.
14   Which the use is to use the data at the most
15   specific and accurate geographic unit available,
16   which is what I've done here.
17       Q.    (By Ms. Ormsby)  So you're saying that
18   you believe that there may be felons who were
19   counted by the census department but who are not
20   able to vote?
21       A.    Yes, based upon the statewide data.
22   Based upon the rate of disenfranchisement observed
23   in this report.
24       Q.    And for purposes of understanding the
25   relevant over-eighteen population, you believe that

Page 47

1    African Americans could have been over counted as a
2    result, correct?
3        A.    Well, not -- I mean I don't believe that
4    they were over counted because they're counted in
5    any respect.  This is simply, you know, the third
6    of three points that I try to make to establish or
7    to underscore how soft Professor Rodden's
8    conclusion is regarding the voting age population
9    in the school district.
10       Q.    Are you aware that the census department
11   does a careful follow-up survey after each
12   decennial census?
13       A.    Yes.
14       Q.    And are you aware that after the 2010
15   census, this study discovered a significant problem
16   of over counting whites and under counting African
17   Americans, especially young African Americans?
18       A.    In what geography?
19       Q.    Nationally.
20       A.    Nationally, yes.
21       Q.    And do you agree that the data that you
22   used to adjust BVAP is statewide data?
23       A.    On this particular question, the --
24   yes.
25       Q.    So do you believe it would be

Page 48

1    appropriate to use the national data on over
2    counting of whites and under counting of African
3    Americans to adjust the numbers used in Doctor
4    Rodden's report?
5        A.    Well, there -- I mean yes and no.  The
6    -- first of all, it's much more of a leap to go
7    from national data to a local area like this.
8        Q.    And by local just to verify, you're
9    talking about state?
10       A.    The school district.  It's much more of
11   a leap to go from a national counting issue to as
12   small a unit as Ferguson-Florissant.  Because on a
13   national scale, the under counting issue may well
14   be based on, you know, rural counties in the south,
15   in which case it would have no application.
16           So I would have to know exactly the
17   basis for the under count/over count concerns in
18   the 2010 census.  There are a number of ways we can
19   approach this.  One is to take the hardest numbers
20   we have, which are the full count census.
21           The other is to move forward in time and
22   use the ACS which is a smaller survey.  That is in
23   fact the numbers that Doctor Rodden uses in his
24   report.
25       Q.    But just to be clear, you are adjusting

Page 49

1    the ACS numbers based on statewide numbers,
2    correct?
3         A.   The statewide adjustment for felony
4    disenfranchisement is the most relevant measure
5    because it's state level rules regarding parolees
6    and felons and those on probation that determine
7    the rates -- the difference rates from one state to
8    another because those are state level voting
9    rules.
10         And based on the nature of the data,
11    they're only reported at the state level.  So I
12    think they can be used with some confidence in an
13    urban area, particularly since we know based upon
14    the arrest rates in St. Louis County, based upon
15    the Department of Justice report on the City of
16    Ferguson that the rate of sort of predatory
17    punishment in urban St. Louis County is very high.
18         So for that reason, I have every
19    confidence that the state -- by using the statewide
20    estimates in a local urban setting is in fact a
21    very conservative estimate.
22         Q.   So just to be clear though, the DOJ
23    report on Ferguson which you cited, we've already
24    established that the portion of Ferguson that's
25    within the Ferguson-Florissant School District is

Page 50

1    27 percent, correct?
2         A.   I'm just talking about the pattern --
3    the well established pattern which is not just in
4    the DOJ report on Ferguson but was actually in the
5    statewide data on every St. Louis County
6    municipality.
7         The disproportionate arrest rates faced
8    by young African Americans is well established in
9    the record.  And I merely mention that fact in
10    order to make the case that applying the statewide
11    felony disenfranchisement rate is in fact a
12    conservative estimate of what would happen in an
13    urban setting in Missouri.
14         Q.   Okay.  I want you to turn to Page 2 of
15    your rebuttal report.
16         A.   Same page?
17         Q.   Yes, same page.  And looking at Table
18    2.
19         A.   Okay.
20         Q.   I'm going to try to tell you what I
21    think you've done.  And could you please tell me if
22    I'm right?  I don't know how else to ask the
23    questions.
24         A.   That's fine, yeah.
25         Q.   Is that all right with you?

Page 51

1         A.   Yeah.
2         Q.   Okay.  So you're addressing the problem
3    about single-race African Americans eighteen and
4    above.  First you state that their number is
5    24,313, correct?  Black voting age population is
6    24,313.
7         And single-race white voting age
8    population is 23,740.  And you're saying that if we
9    just look at those two groups, African Americans
10    would make up a majority, correct?
11         Or a majority -- not meaning over 50
12    percent but a majority over whites voting age
13    population.  Do you agree with that?
14         A.   Sure.  If you just look at that segment
15    of the population.
16         Q.   I'm just trying to lead up to this
17    because I'm -- while my son is a mathematician, I'm
18    really not.  But you're saying that's misleading so
19    we have to consider the fact that the district also
20    contains Asians, American Indians, and a good
21    number of people who report to be more than one
22    race.  And we need to include those people in the
23    denominator.
24         And when we do that, the 24,313 may no
25    longer be a majority, is that right?

Page 52

1         A.   It is no longer a majority.
2         Q.   So we know the breakdowns of each of
3    these categories for the overall district
4    population but we don't know what those breakdowns
5    are by age category, right?
6         A.   The only breakdown we don't know for age
7    category because the numbers are so small is for
8    the two smallest units, which is the 2,196 of the
9    report, more than one race, and the 686 that report
10    a race that's neither white nor black.
11         Q.   So you said -- so you calculated the
12    share of total population that is over the age of
13    eighteen for single-race blacks and whites.  And
14    you assumed that the age breakdown is roughly
15    similar for Asians, American Indians, and people
16    who report more than one race.
17         A.   Uh-huh.
18         Q.   Then you applied that same breakdown,
19    same over eighteen share to those groups, is that
20    right?
21         A.   Yes.
22         Q.   So we know that there are 2,882 people
23    in this other category in the district as a whole.
24    And then you infer that there are 2,213 voting age
25    people in this other category, is that right?

Page 53

1    A.   Yes.
2    Q.   And that's how you got the number on the
3  top right-hand side of the Table 2?
4    A.   Yes.
5    Q.   All right.  So are you saying that we
6  know the percentage of people who are in this other
7  category in the overall population?  That if we
8  know that, we can make a reasonable guess as to the
9  size of that group in the over eighteen
10  population?
11       And once we know a group's relative size
12  in the overall population, we can make an estimate
13  of that groups's relative size in the over eighteen
14  population?
15    A.   Yes.
16    Q.   So my question is whether you believe
17  that the age structure of single-race whites and
18  blacks is similar to the age structure of Asians
19  and people who report multiple races.
20    A.   No, I have no reason to believe that
21  it's similar.  And that's why I averaged the white
22  and black and applied it to the other category.
23  And in fact, you know, if you used different rates
24  -- and, you know, I did this in a number of
25  different ways.

Page 54

1       As I was making this table, if you used,
2  for example, the national rates for Asian and other
3  or the Missouri rates for national, they -- in
4  fact, the number changes very little.  You might go
5  to 2,212 or 2,210 or 2,215.
6    Q.   So is it a good assumption that the
7  share of a population group and the overall
8  population will be similar to the share of the
9  group in the over eighteen population?
10    A.   Well, the over eighteen population is a
11  much larger share of -- is a very large share of
12  the overall population.  So, you know, 23,700 or
13  28,000 for whites, 24,000 or 34,000 for black.
14  That's the vast majority of those populations.
15    Q.   Okay.  So your main conclusion -- just
16  so I know where your main conclusion comes from,
17  you add the voting age single-race whites, the
18  voting age single-race blacks, and the voting age
19  others.  And now you get a denominator of 50,266?
20    A.   Yeah, the three voting age populations
21  total.
22    Q.   And then you divide the single-race
23  African American voting age population of 24,313 by
24  that number, by 50,266.  And you get your
25  conclusion that single-race African Americans are

Page 55

1  48.4 percent of the voting age population?
2    A.   Yes.
3    Q.   Okay.  So I want to try to use that same
4  theory.  I'm going to show you Doctor Cooper's
5  report.
6       But I want to assure counsel that I'm
7  not going to look at any of Doctor Cooper's
8  conclusions.  I'm looking at a -- he included a
9  bunch of ACS charts as an Exhibit E.  And so I just
10  want to look at one of those charts.  And it's
11  Exhibit A.
12       So, Counsel, I'm looking at -- do you
13  have Exhibit A?
14       MS. EBENSTEIN:  Yes.
15       MS. ORMSBY:  Exhibit D, Page 2.  It's in
16  the back back.  He puts all of those ACS surveys.
17  So it's Exhibit D.  And it's Page 2 of Exhibit D.
18  And the numbers for Exhibit D are in the bottom
19  right-hand corner.
20       MS. EBENSTEIN:  I see that.
21       MS. ORMSBY:  I'm going to give it to
22  him.  I just wanted you to see it first.  There you
23  go.
24       Are we all there?
25       MS. EBENSTEIN:  Give me one moment.

Page 56

1       MS. ORMSBY:  Uh-huh.
2       MS. EBENSTEIN:  Okay.  As you said
3  earlier, Doctor Gordon has never seen this report.
4  I would like to ask that he at the very least read
5  Page 15 and 16 --
6       MS. ORMSBY:  No objection.
7       MS. EBENSTEIN:  -- where Mr. Cooper
8  refers to Exhibit D in the text.  So that he knows
9  what he's looking at on the chart.
10       MS. ORMSBY:  Absolutely.  No problem at
11  all.  Do you want to go off the record for a minute
12  while he does that?
13       MS. EBENSTEIN:  Sure.
14       (A discussion was held after which the
15  following proceedings were had.)
16       THE WITNESS:  So D is not just this
17  chart but the following --
18       MS. ORMSBY:  D he downloaded all the
19  charts from the ACS specific to the school district
20  is what he's done.
21       THE WITNESS:  Okay.
22    Q.   (By Ms. Ormsby)  So I want you to look
23  at this chart.  Do you agree that these are charts
24  that are downloaded from the ACS 2011-13 American
25  Community Survey, three year estimates?

Page 57

1     A.   That's what it says.  That's my only
2  basis for agreeing.
3     Q.   Okay.  And I'm trusting Mr. Cooper on
4  that as well.  So if you look at this chart, the
5  2011-13 ACS, do you see that the census bureau
6  provides lines for Asian, American Indians, and
7  various culmination of races?
8     A.   Yes.
9     Q.   And you see under population of two
10  races there's a white, black, or African American?
11  Do you see that?  Under population of two races.
12     A.   Yes.
13     Q.   And if you follow that over, the
14  percentage is 1.8 percent of total, right?
15     A.   Okay.
16     Q.   And then -- if you go a few lines
17  down, black or African American, American Indian,
18  and Alaskan native.  Do you see that line?
19     A.   Yes.
20     Q.   And that's .6 percent of total.
21     A.   Okay.
22     Q.   And those would be the two listed there
23  that are African Americans reporting two races,
24  correct?  One of the races African American and
25  another is another?

Page 58

1     A.   Okay.
2     Q.   Okay.  So if we add those 2 percentages
3  together, you get what?  1.8 plus .6.
4     A.   Well, you can't add the percentages
5  together because they represent a significant
6  rounding.  I mean you'd have to have the total
7  numbers and then divide.  I mean it could be 1.89.
8  It could be 1.81.  I don't know.
9     Q.   Okay.  Let's round down, shall we?
10     A.   Okay.
11     Q.   So 1.8 plus .6 would be 2.4?
12     A.   Sure.
13     Q.   Do we want to say 2.3 to be safe?
14     A.   Okay.
15     Q.   Or can we do 2.4?  Because that's what I
16  did.  And with the caveat that it could be less
17  than that because of rounding.  Because I don't
18  know how to do my math without --
19     A.   Well, I mean you would have to add up
20  the actual numbers and then calculate a percentage.
21     Q.   Okay.  Let's use the 2.4 with that
22  caveat.  And we can figure out what the actual
23  percentage is later.  But I will admit that it
24  could be less; it could be more if we add up all
25  the numbers and figure out the percentage.

Page 59

1         So you recall that the district's voting
2  age population was 50,266, correct?
3     A.   Okay.
4     Q.   Okay.  And what is 2.4 percent of
5  50,266?
6     A.   I don't know without a calculator.
7     Q.   I can get you a calculator.  But I can
8  tell you it's 1,206.  But I'm going to grab you a
9  calculator.
10     A.   Sorry.  What are you asking me to
11  calculate?
12     Q.   What is 2.4 percent of 50,266?
13     A.   50,266 is the voting age population.
14     Q.   Right.
15     A.   And you're asking me to calculate --
16     Q.   2.4 percent.
17     A.   2.4 percent of it?
18     Q.   Right.
19     A.   Why?
20     Q.   Because that would be the percentage of
21  any part African American -- or two-race African
22  American.
23     A.   But the 50.2 is the voting age
24  population.  The numbers -- 2.4 percent is the
25  entire population.  This chart is the total

Page 60

1  population.  You're giving me a total for the
2  voting age share of the population so I'm not sure
3  it's a relevant calculation.
4     Q.   Good point.  In your Table 2 -- all
5  right.  Well, let's go on and we'll come back to
6  that.  And then I'm going to go check my math in
7  the other room and we'll maybe re-address this
8  later.
9         But we'll move on because I'm almost
10  done.  And then we can take a break and then come
11  back and maybe try that again.
12         Can we go to Page 3 of your rebuttal
13  report?
14     A.   Uh-huh.
15     Q.   And on Page 3 you take issue with Doctor
16  Rodden's assertion that the Ferguson-Florissant
17  School District's residential population is
18  relatively racially integrated, is that right?
19     A.   I would say it's more correct to say I
20  take issue with his description of the nature of
21  the integration.
22     Q.   And you state that there's a trend in
23  Ferguson-Florissant toward resegregation, is that
24  right?  And I'm looking at the third paragraph,
25  first sentence.

Page 61

1    A.    Yes.

2    Q.    And you're saying that taking a snapshot
3 of the district as Doctor Rodden did doesn't take
4 the trend toward resegregation into account, is
5 that right?

6    A.    Yes.

7    Q.    And what do you mean when you say that
8 the district is becoming more resegregated?

9    A.    The -- what I mean in that paragraph and
10 elsewhere in my report is that when you take a
11 snapshot view of integration, a point in time view
12 of integration and simply look at the numbers; 35,
13 65, say it's 50/50, it's a misleading measure
14 because it doesn't take into account the historical
15 pattern of integration and the degree to which a
16 community might be changing in one direction or
17 another.  It implies a stability that's not there.

18    Q.    So do you believe it's important to
19 project what the district will do in the future?

20    A.    I understand that that may be important
21 for school districts to do.  It doesn't lie in my
22 area of expertise.

23    Q.    Can you please just describe -- tell me
24 what you mean by resegregation?  What is
25 resegregation?

Page 62

1    A.    I think in the context of that sentence,
2 what I really mean is not so much the trend just in
3 the FFSC (sic) but the trend in the metro area as a
4 whole.  That the African American population as I
5 describe in some detail in my report is in a sense
6 shifting its center of gravity from North St. Louis
7 into North County.

8         And again, the logical -- the link to
9 this, to the logic of my larger report, is simply
10 to puncture the notion that a rough balance between
11 black and white populations at a given point in
12 time in a given location does not necessarily
13 constitute integration in the sense of the word
14 that Professor Rodden uses it.

15    Q.    And as you've testified previously, you
16 believe looking at the larger area is more
17 effective than looking just at the Ferguson-
18 Florissant School District.  That's why you refer
19 off into North County or to the St. Louis
20 metropolitan area and not specifically to the
21 district, is that right?

22    A.    Well, I don't think that's quite the
23 right characterization.  I mean yes, I think it's
24 important to look at the metropolitan area as an
25 organic unit and at the place of the municipalities

Page 63

1 and school districts within it so you can get a
2 sense of those larger patterns of demographic,
3 social, and economic change.

4         It's also also true as I tried to make clear
5 earlier, that taking a step back and looking say at
6 the county or at the metro unit is often governed
7 by what data is available.

8    Q.    Okay.  When you say resegregation, are
9 you saying no matter what area that you're talking
10 about; North County, metropolitan area, Ferguson-
11 Florissant School District, that whites are moving
12 out of the district and blacks are moving into the
13 district?  Or an area.  Replace the word district
14 with area.

15    A.    That's an accurate description of the
16 process that I describe historically from, you
17 know, roughly the 1940s to the present, whether
18 it's, you know, the 2010 census or the 2011-13 ACS.

19    Q.    And you don't deny that you state in
20 that sentence that Doctor Rodden is ignoring the
21 trend in Ferguson-Florissant School District
22 towards resegregation?

23    A.    He's ignoring the -- I think it's more
24 correct to say he's ignoring the fact of
25 segregation on the ground.  So he describes as

Page 64

1 integration a relative balance, whether it's in the
2 total population or the school population, without
3 describing its actual patterns as you said earlier,
4 a pattern of microgeography.

5    Q.    But you do state that there is a trend
6 in Ferguson-Florissant towards resegregation?

7    A.    I think the trend is clear in my report
8 that the African American population in Ferguson-
9 Florissant between 1940 and 2010, particularly
10 after 1970, began to displace the white
11 population.  There was a second generation of white
12 flight.

13    Q.    And is it your belief that this trend
14 will continue?

15    A.    That does not lie in my area of
16 expertise.

17    Q.    As a historian who studied this area
18 extensively, you can't give a prediction based on
19 the past what's going to happen in the future?

20    A.    Well, I mean the problem is there's too
21 many moving pieces.  So my extensive sort of
22 historical analysis depends only in small part on
23 the point to point trends in census data.

24         Really much more important when you're
25 looking at a small area is the pattern of

16 (Pages 61 to 64)

Page 65

1  residential development and other moving pieces
2  like mortgage rates, home finance, and the like.
3  So we know, for example, if we zoom in on a small
4  area like Ferguson-Florissant that the residential
5  stock is not increasing.
6          And so demographic transition, if we
7  were to project for example, you know, some
8  continuation of white flight and black migration
9  well into the future, that would depend not on past
10  census patterns but it would depend on things like
11  the ability of white homeowners to move out if they
12  so choose, which depends on mortgage rates, depends
13  on the availability of houses elsewhere in the
14  district.
15          And that's the basis upon which I
16  describe the trends both demographic and
17  developmental leading up to the current day.  But
18  it does not lie in my area of expertise to project
19  those into the future because there's just simply
20  too many moving pieces.
21      Q.   Well, I'm really confused because you're
22  criticizing Doctor Rodden for looking at what the
23  district looked like as a snapshot in this moment
24  in time, looking at it right now.  And you're
25  criticizing him for not considering this trend

Page 66

1  towards resegregation, meaning that the snapshot
2  isn't accurate.  The snapshot is inaccurate because
3  the district is moving towards resegregation.
4          But now you're telling me no, you don't
5  really mean that, not really.  I'm confused.  So
6  could you please explain what exactly do you mean
7  then?
8          If Doctor Rodden is not right for
9  looking at what the district looks like right now,
10  are you saying -- and then you say it's moving
11  towards resegregation.  Are you saying it maybe not
12  be -- it maybe might be -- it might not be going
13  towards resegregation?  What are you saying?
14      A.   Well, the more -- I mean the more --
15          MS. EBENSTEIN:  It's a compound
16  question.  Do you want to ask him one specific
17  question or --
18      Q.   (By Ms. Ormsby)  I want you to please
19  explain what you're saying now compared to what you
20  said in this report.
21      A.   I don't think it's at all inconsistent.
22  What I said in response to Doctor Rodden's report,
23  which draws extensively my own report, was that any
24  temporal snapshot of integration relying upon
25  simply the balance of numbers between black and

Page 67

1  white, ignores the historical processes and the
2  actual sort of lived experience of segregation and
3  integration on the ground.  And that's the
4  substance I think of my objection to Professor
5  Rodden's characterization of a stable integrated
6  neighborhood.
7          Now, the instability need not rest on a
8  further demographic transition from white to
9  black.  It could be -- simply rest on a transitory
10  African American population moving through rental
11  housing.
12          My -- so the gist of my objection -- the
13  core of my objection on this measure is that simply
14  taking a measure of segregation -- a single measure
15  of segregation such as the dissimilarity index at a
16  single point in time tells you very little about
17  what's happening on the ground because it ignores
18  the historical processes that brought you to that
19  point and it ignores the actual lived experience of
20  people in that community.
21      Q.   So I'll ask again.  Do you think that
22  then when you are looking at this situation, you
23  need to look historically at what's happened and
24  then -- also then look forward based on what has
25  happened historically?

Page 68

1      A.   No.  I would agree with the first part
2  of the characterization.  Based on my own
3  expertise, I look historically.  My research
4  overwhelmingly looks at past trends that bring us
5  to the present day.  But my expertise does not lie
6  in projecting those lines into the future.
7      Q.   You stand by the sentence that you wrote
8  in this report?
9      A.   The -- which sentence?  The second?
10      Q.   Uh-huh.
11      A.   But the trend I'm speaking there is not
12  a trend towards a black population overwhelming the
13  white population.  That's not what I mean by
14  resegregation.
15          I'm talking about the pattern -- the
16  demographic patterns that are on the ground.  It's
17  much more a reference to the existing and
18  observable patterns of spatial segregation in the
19  district.
20      Q.   So you suggest a pattern of whites keep
21  moving further from the city center into the
22  suburbs so that today's integrated suburb could be
23  tomorrow's all black suburb.  That's what's
24  happened in the past.  Is that what you're saying?
25      A.   Yeah, but I'm saying that what has

17 (Pages 65 to 68)

Page 69

1    happened in the past is not in my area of expertise
2    a reliable basis for saying what's going to happen
3    in the future.
4           Patterns of, you know, white flight,
5    black flight, and migration are driven not by, you
6    know, past data points in the census.  They're
7    driven by opportunity.  They're driven by the
8    ability of people to sell their houses, the ability
9    of people to buy new houses, the value of housing,
10   and the cost of housing and its availability.  And
11   those are virtually impossible to project.
12      Q.   So let's go further down in that
13   paragraph please.
14      A.   The paragraph that begins, "Second"?
15      Q.   Yes.  You state, "The inner suburbs
16   either start" -- well, let's start before that.
17           "This longer history and pattern of
18   neighborhoods are changing" -- I have it wrong
19   again.
20           "This longer history and pattern of
21   transition, in which anything approaching
22   integrated, even racial shares, is invariably a
23   fleeting moment -- is summarized in Table 3 --
24   which traces the racial composition of North County
25   municipalities since 1980.

Page 70

1           "The inner suburbs either start with
2    this period of -- with an already high African
3    American share of the population (Pagedale,
4    Wellston) or see dramatic transition as in Country
5    Club Hills, Flordell Hills, Jennings, Moline Acres,
6    from one kind of segregation, majority white, to
7    another, majority black.
8           "The middle tier of North County
9    suburbs, including Ferguson, are all marked by
10   sustained and ongoing transition.  The outer North
11   County suburbs are for the most part at an earlier
12   stage of that transition with increases in the
13   African American share from the low single digits
14   into the 20-30 percent range."
15           Did I read that right?
16      A.   Yes.
17      Q.   So you are -- explain to me what you
18   mean by that.
19      A.   I mean all of this is again in service
20   of the sort of larger historical argument that if
21   you took a pencil and circled any of these
22   communities at any of these census years, you could
23   describe a relative balance of the white and black
24   populations.
25      Q.   Okay.

Page 71

1      A.   But the snapshot is misleading because
2    it's moving in one direction or another.  And so
3    the next year it looks quite different.  But again,
4    my area of expertise lies in describing the
5    patterns that we see up to our most reliable data
6    point, which is the 2010 census.
7      Q.   And so you stated it's moving in one
8    direction or the other.  But in reality, it's
9    moving in one direction, isn't it?
10      A.   It's through most of North County.  Fair
11   enough.
12      Q.   Do you anticipate a reversal of that
13   movement?
14      A.   I don't anticipate anything.  I'm a
15   historian.
16      Q.   Can you explain why it's important to
17   replace at large district election strategy of
18   Ferguson-Florissant with single member districts?
19      A.   It's not my area of expertise.
20           MS. ORMSBY:  I'm sorry.  I don't have
21   someone to take notes for me.  So if I don't write
22   it down now, I won't remember later.
23           MS. EBENSTEIN:  That's fine.
24           MS. ORMSBY:  I'm about to take a break I
25   think.  Can we take about ten minutes?

Page 72

1           MS. EBENSTEIN:  Sure.
2           (A break was taken after which the
3    following proceedings were had.)
4      Q.   (By Ms. Ormsby)  I just have just a
5    couple more questions.  And really only one
6    depending on your answer maybe.  Is that fair?
7           I just want to verify that when you say
8    trend towards -- that Doctor Rodden didn't consider
9    the trend towards resegregation, that you're not
10   talking about going forward.  You're talking about
11   the fact that he didn't consider the trend up until
12   2010.  That's what you're stating?
13      A.   I think it's important to clarify the
14   terms.  When I say segregation or resegregation, it
15   does not imply the balance between the white and
16   the black population, a numerical balance.
17           So you can have a segregated setting in
18   which the black population is a tiny minority.  You
19   can have a segregated setting in which the African
20   American population is the majority.
21           So what I'm describing as a trend
22   towards resegregation is as I clarify more
23   substantially in my original report.  I think that
24   phrase is in my response to Rodden.
25      Q.   Yes.

Page 73

1    A.    Is the migration of patterns of
2  segregation established in North St. Louis out into
3  North County.  So to say that the district is
4  resegregating, what I really mean is that it's in a
5  sense as I describe in my original report
6  reinventing or replicating patterns of segregation
7  that were previously found more profoundly between
8  North and South St. Louis.
9        And that's becoming a divide as I
10  describe in detail in my report between North and
11  South County.
12    Q.    Okay.  Thank you.  Have you been asked
13  to form any opinions on any subject that's not
14  already included in your two submitted reports?
15    A.    No.
16    Q.    And have you been asked or do you plan
17  to do any additional work between now and trial as
18  of today?
19    A.    No.
20        MS. ORMSBY:  I don't have any other
21  questions.
22        MS. EBENSTEIN:  If we could just go off
23  the record for one minute.
24        (A discussion was held after which the
25  following proceedings were had.)

Page 74

1        CROSS EXAMINATION
2  QUESTIONS BY MS. EBENSTEIN:
3    Q.    Doctor Gordon, I just have a few
4  questions to ask you to follow up --
5    A.    Okay.
6    Q.    -- on what defense counsel asked you.
7        Did any of the questions asked here
8  today lead you to change the conclusions or
9  opinions in your report?
10    A.    No.
11    Q.    On Page 2 of your rebuttal of Doctor
12  Rodden's report, you calculate the margin -- the
13  paragraph that starts with "Second."  You calculate
14  the margin of error with the ACS data, is that
15  correct?  I'm sorry.  You report the margin of
16  error?
17    A.    At the bottom of Page 1?
18    Q.    Yes, excuse me.  Bottom of Page 1.  The
19  sentence leads onto Page 2.
20    A.    Yes.
21    Q.    And you report the margin of error by
22  race, correct?
23    A.    Yes.
24    Q.    If you could go to Page 28 of your
25  initial report.

Page 75

1    A.    Okay.
2    Q.    You were asked a number of questions
3  about one part of a sentence in the second full
4  paragraph.  Could you read that entire sentence
5  starting with, "Here segregation was spatial"?
6        MS. ORMSBY:  I'm sorry.  Where are you?
7        MS. EBENSTEIN:  Four lines down in the
8  second full paragraph.
9        MS. ORMSBY:  Okay.
10    A.    "Here segregation was spatial.  African
11  Americans in Ferguson-Florissant have settled
12  overwhelmingly in the apartment complexes Suburban
13  Heights, North Winds, Canfield, along Maline Creek
14  and South Ferguson and Kinloch and in pockets of
15  single-family housing east of West Florissant
16  Avenue and south of I-270."
17    Q.    (By Ms. Ebenstein)  And do I understand
18  the beginning of the sentence, "Here segregation
19  was spatial," to mean that you are discussing
20  spatial segregation as you say earlier in the
21  paragraph and patterns in the City of St. Louis and
22  the north/south line?
23    A.    Yes.
24    Q.    You agreed earlier with defense
25  counsel's statement that microgeography matters.

Page 76

1  That's obviously a very broad statement.  And I
2  believe afterward you said microgeography -- define
3  microgeography as information at the local level in
4  general.
5    A.    Okay.
6    Q.    Can you explain what could be meant by
7  microgeography and -- well, could you explain what
8  you mean by -- or what you may have meant by
9  microgeography?
10    A.    I'm not sure I can explain what counsel
11  might have meant.  I mean I think -- if I can
12  clarify my response to that earlier question, that
13  it's important in the context of an urban setting
14  like greater St. Louis to understand at on as local
15  and specific a basis as possible what the actual
16  sort of lived integration -- or lived experience of
17  patterns of integration, segregation,
18  discrimination are.
19        And so for this reason as I tried to
20  clarify it at numerous points through the course of
21  the morning, I use the best reliable and most local
22  source of information at each turn.
23    Q.    Okay.  If you could turn to Page 29 of
24  that same report.  Defense counsel had you do a
25  visual inspection of where the population falls as

Page 77

1    far as white persons and black persons.
2         I believe there was one area that was
3    referred to as more integrated.  My question is
4    whether you're saying more integrated in relation
5    to what you're charting on this map, the
6    population, or more integrated in the lived
7    experience definition that you've given throughout
8    this deposition.
9         A.   I believe that conversation with counsel
10   referred entirely to the spatial impression.  That
11   is just looking at the juxtaposition of dots on the
12   map.  So it does not speak to the lived experience.
13        MS. EBENSTEIN:  Okay.  Thank you.  I
14   have no additional questions.
15        MS. ORMSBY:  I don't have any questions.
16        MS. EBENSTEIN:  We'll sign.
17        [Whereupon the signature of the witness
18   was reserved.]
19
20
21
22
23
24
25

Page 78

1         I, COLIN GORDON, PhD, do hereby state
     that I have read the foregoing questions and
2    answers appearing in the transcript of my
     deposition, Page 1 through and including Page 77;
3    that this is a true and accurate (corrected) report
     of said answers given in response to the questions
4    appearing herein.
5
6
7         COLIN GORDON, PhD
8
     C E R T I F I C A T E
9
     Before me personally appeared COLIN
10   GORDON, PhD, to me known to be the person described
     in and who executed the foregoing instrument and
11   acknowledged to and before me that the said
     instrument was executed in the capacity and for the
12   purpose therein expressed.
13        WITNESS my hand and official seal this
14             day of           , 2015.
15
16   NOTARY PUBLIC
17   My Commission Expires:
18
19
20
21
22
23
24
25

Page 79

1         NOTARIAL CERTIFICATE
2         I, SANDRA WUNDERLIN WITT, a Certified
     Shorthand Reporter and Notary Public in and for the
3    County of St. Louis, State of Missouri, do certify
     that pursuant to the foregoing stipulation, taken
4    at the offices of Crotzer & Ormsby, 130 South
     Bemiston Avenue, County of St. Louis, State of
5    Missouri,
6         COLIN GORDON, PhD,
7    came before me, was by me duly sworn to testify the
     whole truth of his knowledge of the matters in
8    controversy aforesaid, was examined and his
     examination then written in stenotypy by me, and
9    afterwards typed and signed, as hereinbefore set
     out, on the day in that behalf aforesaid, and said
10   deposition is herewith returned.
11        I further certify that I am not counsel,
     attorney, or relative of either party, or clerk or
12   stenographer of either party, or of the attorney of
     either party, or otherwise interested in the event
13   of this suit.
14        Given under my hand and notarial seal at
     my office in the County of St. Louis, State of
15   Missouri, on the 23rd day of August, 2015.
16        My Commission Expires:  September 7,
     2017.
17
18
19        Sandra Wunderlin Witt, CSR
20
21
22
23
24
25

Page 80

1         DEPOSITION CORRECTION SHEET
          COLIN GORDON, PhD
2
     In Re:  MO State Conference of the NAACP, et al
3         vs.
          Ferguson-Florissant School District, et al
4         Cause No. 14-2077
     Taken on:  8-19-15
5
6    Upon reading the deposition and before subscribing
     thereto, the deponent indicated the following
7    changes should be made:

8    Page No.  Line No.  Original changed to
               read/reason
9    1)
10   2)
11   3)
12   4)
13   5)
14   6)
15   7)
16   8)
17   9)
18   10)
19        COLIN GORDON, PhD
20   Subscribed and sworn to before me this       day of
               , 2015.
21
22        Notary Public
23   County of
24   State of
25   My Commission Expires:

Page 81

1           McGraw Reporting, LLC
            2927 Droste Road
2           St. Charles, Missouri  63301
            314-704-2727
3           August 23, 2015
4
    ACLU
5   Ms. Julie Ebenstein
    125 Broad Street-18th Floor
6   New York, New York  10004
7   In re: MO State Conference of the NAACP, et al
                    vs
8       Ferguson-Florissant School District, et al
            Cause No. 14-2077
9
    Dear Ms. Ebenstein:
10
        The original signature page of the testimony of
11  Mr. Gordon, taken in the above-styled cause of
    action on August 19, 2015, has been mailed directly
12  to you.
13      After Mr. Gordon has read his deposition,
    please have him sign the signature page, Page 78,
14  and the correction sheet, Page 80.  The signature
    page and the correction sheet should be signed
15  before a Notary Public.
16       Please return to Ms. Ormsby, Counsel for the
    Defendants, at your earliest convenience the
17  notarized pages so that the original transcript can
    be filed.
18
            Sincerely,
19
20
            Sandra Wunderlin Witt,
21          Certified Court Reporter
22  Enclosures
23  cc:  Ms. Cindy Reeds Ormsby
24
25

**A**

**ability** 65:11
  69:8,8
**able** 46:20
**abovestyled**
  81:11
**absolutely** 23:12
  56:10
**account** 61:4,14
**accuracy** 12:10
  12:14
**accurate** 46:15
  63:15 66:2 78:3
**achievement**
  24:3,14
**acknowledged**
  78:11
**aclu** 4:2,10 9:18
  10:15 81:4
**acres** 70:5
**acs** 15:22 16:21
  29:14 42:18
  48:22 49:1 55:9
  55:16 56:19,24
  57:5 63:18
  74:14
**act** 9:2
**action** 3:12 81:11
**actual** 45:25 46:4
  58:20,22 64:3
  67:2,19 76:15
**add** 54:17 58:2,4
  58:19,24
**additional** 73:17
  77:14
**address** 16:19
  27:22
**addressing** 51:2
**adjust** 42:18
  45:15 47:22
  48:3
**adjusted** 45:24
  46:4
**adjusting** 48:25
**adjustment** 49:3
**administration**
  26:11
**admit** 34:1 58:23
**advancement**
  24:13

**aforesaid** 79:8,9
**african** 14:11,15
  15:3,5 16:6,8
  22:3 23:17,19
  24:3,13 32:18
  33:13,23 34:6
  34:19 35:17
  36:2,7,9,23
  37:3,23 38:5,12
  42:14 43:5,14
  44:6,10,19,23
  44:25 47:1,16
  47:17 48:2 50:8
  51:3,9 54:23,25
  57:10,17,23,24
  59:21,21 62:4
  64:8 67:10 70:2
  70:13 72:19
  75:10
**africans** 34:9
**afterward** 76:2
**age** 5:2 47:8 51:5
  51:7,12 52:5,6
  52:12,14,24
  53:17,18 54:17
  54:18,18,20,23
  55:1 59:2,13,23
  60:2
**agency** 26:20
**ago** 10:5 13:16
  17:20
**agree** 12:25
  18:17 19:2 20:7
  20:11,14 21:21
  23:17 29:4,8
  32:7 36:20
  39:17 41:19
  47:21 51:13
  56:23 68:1
**agreed** 4:19
  75:24
**agreeing** 57:2
**agreement** 3:17
**ahead** 31:14 40:4
**airport** 40:1,8,13
  41:12,18,24
**al** 1:4,8 3:4,8,15
  3:16 80:2,3
  81:7,8
**alaskan** 57:18

**alberta** 7:17,21
**allow** 6:6
**aloud** 31:7
**american** 2:14
  11:20 14:8,11
  14:15 15:3,5
  16:8 22:4 24:3
  24:13 35:17
  36:24 37:3
  42:14 43:5 44:6
  44:10,25 51:20
  52:15 54:23
  56:24 57:6,10
  57:17,17,24
  59:21,22 62:4
  64:8 67:10 70:3
  70:13 72:20
**americans** 16:6
  23:18,20 32:18
  33:13,23 34:6
  34:20 36:2,7,9
  37:23 38:5,13
  43:14 44:19,23
  47:1,17,17 48:3
  50:8 51:3,9
  54:25 57:23
  75:11
**analysis** 9:8 28:4
  29:1,6,19 32:2
  64:22
**angela** 4:9
**answer** 5:24,25
  6:3,17,21 35:2
  46:11,13 72:6
**answers** 78:2,3
**anticipate** 71:12
  71:14
**anyway** 21:22
**apartment** 32:20
  33:1,14,14,16
  33:18 34:2,7,13
  34:16,22,24
  35:1,7 36:3,10
  36:17 37:3,18
  38:7,8 75:12
**apartments**
  36:25
**appeared** 78:9
**appearing** 78:2,4
**application**

48:15
**applied** 52:18
  53:22
**applying** 11:5
  50:10
**approach** 48:19
**approaching**
  69:21
**appropriate**
  20:21 24:15
  48:1
**approximately**
  10:21 39:5
**architecture**
  30:24
**archival** 12:19
**area** 15:6 18:24
  24:23 25:17,19
  25:22 29:10
  30:20 32:6 37:9
  40:17,20 41:1
  41:17 43:21
  48:7 49:13
  61:22 62:3,16
  62:20,24 63:9
  63:10,13,14
  64:15,17,25
  65:4,18 69:1
  71:4,19 77:2
**areas** 16:25
  18:18 27:11
**arent** 30:11 34:2
**argument** 13:20
  70:20
**arranged** 40:7
**arrest** 49:14 50:7
**asian** 54:2 57:6
**asians** 51:20
  52:15 53:18
**aside** 8:6
**asked** 73:12,16
  74:6,7 75:2
**asking** 34:22,24
  46:9 59:10,15
**asks** 46:7
**ass** 15:1
**assertion** 60:16
**assisted** 10:25
**assume** 6:17
**assumed** 52:14

**assuming** 31:20
**assumption** 54:6
**assure** 55:6
**attorney** 79:11
  79:12
**attorneys** 4:6
  7:10
**august** 1:13 3:19
  79:15 81:3,11
**authored** 11:19
**availability**
  65:13 69:10
**available** 32:4
  46:15 63:7
**avenue** 3:21 4:7
  19:23 32:23
  75:16 79:4
**averaged** 53:21
**aware** 33:15 44:5
  44:9,17 46:3
  47:10,14

**B**

**back** 10:9 21:24
  22:24 36:12
  55:16,16 60:5
  60:11 63:5
**background** 7:13
  30:18
**balance** 62:10
  64:1 66:25
  70:23 72:15,16
**based** 9:24 11:6
  14:1,2 21:3
  30:6,11 31:21
  32:11 35:3
  46:21,22 48:14
  49:1,10,13,14
  64:18 67:24
  68:2
**basis** 21:19 48:17
  57:2 65:15 69:2
  76:15
**becoming** 61:8
  73:9
**began** 64:10
**beginning** 75:18
**begins** 69:14
**begun** 29:14
**behalf** 1:12 3:24

79:9
**belief** 64:13
**believe** 10:2
  20:21 25:4
  34:14,17 46:18
  46:25 47:3,25
  53:16,20 61:18
  62:16 76:2 77:2
  77:9
**bemiston** 3:21
  4:7 79:4
**benchmark**
  24:23 25:18
**best** 76:21
**better** 23:18
  41:22
**beyond** 45:1
**billed** 10:22
**bit** 7:12 19:14
**black** 14:16,23
  15:2,11,12,15
  15:16 16:3,4,12
  16:14,19 22:9
  24:1 25:1 30:16
  35:18,23 39:12
  39:16 42:21
  51:5 52:10
  53:22 54:13
  57:10,17 62:11
  65:8 66:25 67:9
  68:12,23 69:5
  70:7,23 72:16
  72:18 77:1
**blacks** 22:15
  52:13 53:18
  54:18 63:12
**blank** 26:18
**block** 14:13,24
  14:25 16:15,20
  16:21,24 17:3
**blocks** 14:16
  15:12,13,15,16
  16:4,7,12,12,25
  17:5 29:21
  41:21,22
**blows** 41:15
**book** 11:6,17,19
  12:5,8,15,17
  13:1,2,5 17:19
  21:10,16,20

27:13 28:25
  29:3
**bottom** 55:18
  74:17,18
**boulevard** 20:8
**boundaries** 17:5
  20:12 33:17
  39:8 43:18 45:6
**break** 6:20,22
  60:10 71:24
  72:2
**breakdown** 52:6
  52:14,18
**breakdowns** 52:2
  52:4
**brief** 9:16
**briefs** 9:15
**bring** 68:4
**british** 8:15
**broad** 4:3,11
  21:23 76:1 81:5
**brought** 67:18
**building** 37:19
**bulk** 29:4
**bullock** 4:9
**bunch** 55:9
**bureau** 57:5
**buy** 69:9
**bvap** 47:22

_____
**C**
**c** 4:1 78:8,8
**calculate** 58:20
  59:11,15 74:12
  74:13
**calculated** 52:11
**calculation** 15:22
  19:1 60:3
**calculations**
  23:10 25:25
**calculator** 59:6,7
  59:9
**canfield** 32:21
  75:13
**cant** 6:7,8 9:22
  58:4 64:18
**cap** 30:2 31:1
  45:9
**capacity** 8:23
  78:11

**capital** 9:9,11,21
**careful** 20:25
  47:11
**case** 6:25 7:6 9:5
  9:7,10,11,17,19
  9:21,24 10:1,7
  11:4 22:2 46:7
  46:12 48:15
  50:10
**cases** 9:2,15
  45:22,23 46:3
**categories** 52:3
**category** 52:5,7
  52:23,25 53:7
  53:22
**cause** 1:4 3:4
  80:4 81:8,11
**caveat** 58:16,22
**cc** 81:23
**ccr** 1:19 4:22
**census** 14:16,25
  15:16 16:7,12
  17:4 23:10
  29:15,21,21
  32:3 41:21,21
  41:22 43:21
  46:19 47:10,12
  47:15 48:18,20
  57:5 63:18
  64:23 65:10
  69:6 70:22 71:6
**center** 40:19 62:6
  68:21
**century** 21:25
**certainly** 15:7
**certificate** 79:1
**certified** 3:23
  79:2 81:21
**certify** 79:3,11
**change** 63:3 74:8
**changed** 12:4
  80:7
**changes** 54:4
  80:6
**changing** 61:16
  69:18
**characteristic**
  38:1
**characterization**
  29:9 40:11

62:23 67:5 68:2
**characterize**
  37:19
**characterized**
  40:21
**characterizing**
  37:11,14
**charles** 1:24 81:2
**chart** 16:9 56:9
  56:17,23 57:4
  59:25
**charting** 77:5
**charts** 55:9,10
  56:19,23
**check** 12:10 13:2
  60:6
**choose** 65:12
**cindy** 4:8 81:23
**circle** 15:8
**circled** 70:21
**cite** 11:23 31:24
  37:8 43:24
**cited** 12:19 49:23
**cities** 20:6 33:8
**city** 2:14 11:21
  13:10,18,21
  27:1,3 33:20
  49:15 68:21
  75:21
**civil** 3:18
**clarify** 18:24
  30:10 72:13,22
  76:12,20
**clayton** 4:8
**clear** 16:2 31:15
  33:21 48:25
  49:22 63:4 64:7
**clerk** 79:11
**club** 70:5
**colin** 1:11 2:14
  3:11 5:1,8 78:1
  78:6,9 79:6
  80:1,19
**collapsed** 30:25
**columbia** 8:16
**come** 60:5,10
**comes** 43:7 54:16
**coming** 24:4
**commission**
  78:17 79:16

80:25
**communities**
  44:25 70:22
**community** 14:8
  56:25 61:16
  67:20
**compared** 66:19
**compares** 16:19
**comparing** 25:19
**complete** 22:14
**completion** 22:16
**complexes** 32:20
  33:2,14,15,16
  33:19 34:2,7,13
  34:16,23,24
  35:1,7 36:3,10
  36:17 37:3 38:7
  38:8 75:12
**composition**
  69:24
**compound** 66:15
**concentrated**
  37:16,23
**concerns** 48:17
**conclusion** 21:6
  32:10 36:1
  37:17 47:8
  54:15,16,25
**conclusionary**
  31:20
**conclusions**
  21:15,24 35:3
  55:8 74:8
**conducted** 21:8
  41:4
**conducting** 41:2
**conference** 1:4
  3:4,14 80:2
  81:7
**confidence** 49:12
  49:19
**confused** 65:21
  66:5
**confusingly** 40:4
**conservative**
  49:21 50:12
**consider** 25:6
  44:7,11 51:19
  72:8,11
**considered** 27:1

27:2
**considering**
65:25
**consistently**
24:19 29:22
**constitute** 62:13
**constrained**
45:10
**consumer** 30:7
**contacted** 9:25
**contains** 18:3,10
18:14,21 51:20
**contention** 36:8
**context** 24:18
27:6 44:20 62:1
76:13
**continuation**
65:8
**continue** 64:14
**controversy** 79:8
**convenience**
81:16
**conventional**
29:20
**conventions**
46:13
**convergence**
22:8
**conversation**
77:9
**cooper** 56:7 57:3
**coopers** 55:4,7
**copies** 11:14
**copy** 11:17
**core** 30:20 67:13
**corner** 55:19
**corporation** 26:8
26:10 27:8
**correct** 11:21
25:2 26:15
27:23 28:14,25
31:20 34:10
36:10 37:13
38:25 41:12
44:2,3,15 47:2
49:2 50:1 51:5
51:10 57:24
59:2 60:19
63:24 74:15,22
**corrected** 78:3

**correction** 80:1
81:14,14
**correctly** 32:24
42:15
**cost** 69:10
**coterminous**
17:4
**counsel** 3:17 4:20
5:14 55:6,12
74:6 76:10,24
77:9 79:11
81:16
**counsels** 75:25
**count** 11:25
21:11 48:17,17
48:20
**counted** 35:10
43:21 46:19
47:1,4,4
**counties** 29:22
48:14
**counting** 47:16
47:16 48:2,2,11
48:13
**country** 70:4
**county** 2:10 3:21
13:23 20:22
22:4 24:18,21
27:10 32:11,13
49:14,17 50:5
62:7,19 63:6,10
69:24 70:8,11
71:10 73:3,11
79:3,4,14 80:23
**couple** 5:14 72:5
**course** 24:24
76:20
**court** 1:1 3:1,13
3:23 6:6 81:21
**courts** 25:1
**covenants** 13:10
13:17,25
**create** 42:18
**created** 24:25
**creek** 32:21 34:8
38:9 75:13
**crime** 41:7
**criticizing** 65:22
65:25
**cross** 2:3 74:1

**crotzer** 3:20 4:6
79:4
**csr** 79:19
**culmination** 57:7
**current** 65:17

**D**

**d** 7:24 8:2,12
13:10 55:15,17
55:17,18 56:8
56:16,18
**data** 14:6,18 15:4
21:1,3 23:10,15
29:11,16,18
31:24 32:3 37:1
45:3,7,10,25
46:5,14,21
47:21,22 48:1,7
49:10 50:5 63:7
64:23 69:6 71:5
74:14
**date** 10:22
**day** 3:19 65:17
68:5 78:13 79:9
79:15 80:20
**dear** 81:9
**decennial** 47:12
**decline** 2:13
11:20
**defendant** 2:5
**defendants** 1:9
1:12 3:9,16,25
4:5 5:3 11:12
43:1 81:16
**defenders** 9:23
**defense** 9:9,19
74:6 75:24
76:24
**define** 76:2
**defining** 14:23
**definition** 77:7
**degree** 7:21,22
61:15
**delmar** 20:8
**demographic**
33:21 63:2 65:6
65:16 67:8
68:16
**denominator**
51:23 54:19

**densely** 40:14
**densest** 33:23
**deny** 63:19
**department**
46:19 47:10
49:15
**depend** 65:9,10
**depending** 72:6
**depends** 64:22
65:12,12
**depicting** 19:22
**depicts** 30:1,2
**deponent** 80:6
**deposeth** 5:3
**deposition** 1:11
2:5 3:11 4:21
5:10,11,17 77:8
78:2 79:10 80:1
80:5 81:13
**describe** 61:23
62:5 63:16
65:16 70:23
73:5,10
**described** 32:15
78:10
**describes** 63:25
**describing** 37:25
64:3 71:4 72:21
**description** 2:6
60:20 63:15
**desperate** 43:25
**despite** 36:6
**detail** 62:5 73:10
**determine** 49:6
**determining**
45:23
**developing** 32:14
**development** 2:9
31:11 35:4
37:12,21 38:1
65:1
**developmental**
65:17
**didnt** 11:25
14:18 37:4,10
72:8,11
**difference** 49:7
**different** 15:4,9
15:24 20:8
22:20 53:23,25

**densely** 40:14
**densest** 33:23

71:3
**difficulty** 23:23
**digits** 70:13
**direct** 2:2 5:4
**direction** 61:16
71:2,8,9
**directly** 29:5
81:11
**disappearance**
22:15
**disbursed** 39:16
**discovered** 47:15
**discrimination**
11:8 27:9 30:19
30:24 76:18
**discuss** 19:4
**discussed** 21:2
41:11
**discussing** 75:19
**discussion** 56:14
73:24
**disenfranchised**
43:8
**disenfranchise...**
2:16 42:12 43:5
43:25 45:16
46:22 49:4
50:11
**disparity** 16:11
**displace** 64:10
**disproportionate**
50:7
**dispute** 15:19,25
23:10,14
**dissimilarity**
67:15
**distribution**
16:10 22:6
37:15
**district** 1:1,1,8
2:11 3:1,1,8,13
3:13,16 13:13
14:1,11,19,21
14:22 15:6,8,17
15:18 16:4,7,11
16:13,23 17:1,3
17:4,6,8,10
18:4,7,11,15,19
18:22 19:3,7,18
20:3,24 22:17

23:19 24:6,9,17
24:20,25 25:19
25:21 26:14,18
26:21 27:1,2,5
27:17,22 28:1,5
28:11,12,16,19
28:21,22,24
29:7,24 30:11
31:25 32:4,10
33:3,9,11,24
34:3,5,14,15,20
35:5,9,13 36:8
36:25 37:7,12
37:17,19 38:2,6
38:17,19,24
39:9,13,15,15
39:23,25 40:17
40:20 43:17
44:22 45:6,14
47:9 48:10
49:25 51:19
52:3,23 56:19
61:3,8,19 62:18
62:21 63:11,12
63:13,13,21
65:14,23 66:3,9
68:19 71:17
73:3 80:3 81:8
**districts** 15:11
19:11 25:10,11
25:15 29:13,15
29:17 59:1
60:17 61:21
63:1 71:18
**districtwide** 35:6
**divide** 54:22 58:7
73:9
**division** 1:2 3:2
3:14
**doctor** 2:7 7:6
23:3 24:11 48:3
48:23 55:4,7
56:3 60:15 61:3
63:20 65:22
66:8,22 72:8
74:3,11
**documentary**
17:13,21,22,23
**doesnt** 16:22
61:3,14,21

**doing** 17:19,20
**doj** 49:22 50:4
**dont** 6:14 13:24
17:25 18:12,16
19:19 24:15
33:4 35:2 37:18
38:21 46:12
47:3 50:22 52:4
52:6 58:8,17
59:6 62:22
63:19 66:4,21
71:14,20,21
73:20 77:15
**dot** 40:9
**dots** 40:4,6 77:11
**download** 14:18
**downloaded**
56:18,24
**dramatic** 70:4
**draw** 15:7
**drawn** 21:6
**draws** 66:23
**driven** 40:25
69:5,7,7
**droste** 1:24 81:1
**duly** 79:7

————————
**E**
**e** 2:7 4:1,1 23:3
55:9 78:8,8
**earlier** 29:9 39:8
45:9 56:3 63:5
64:3 70:11
75:20,24 76:12
**earliest** 81:16
**early** 21:24
**east** 32:23 38:10
38:14,17,20
39:23 40:19
75:15
**eastern** 1:1,2 3:1
3:2,13,14
**ebenstein** 2:3 4:4
10:2 18:23 46:6
55:14,20,25
56:2,7,13 66:15
71:23 72:1
73:22 74:2 75:7
75:17 77:13,16
81:5,9

**economic** 63:3
**education** 8:1
**educational** 7:13
**effective** 62:17
**effort** 25:1
**eight** 29:17
**eighteen** 51:3
52:13,19 53:9
53:13 54:9,10
**either** 38:13
69:16 70:1
79:11,12,12
**election** 71:17
**employed** 8:20
8:23 9:18,21
**enclosures** 81:22
**encompass** 25:13
**enter** 11:9 42:23
**entire** 24:18
43:10 59:25
75:4
**entirely** 77:10
**entity** 45:25 46:5
**error** 74:14,16
74:21
**especially** 20:7
47:17
**establish** 47:6
**established** 49:24
50:3,8 73:2
**establishment**
28:10
**estimate** 43:8
49:21 50:12
53:12
**estimates** 2:15
49:20 56:25
**et** 1:4,8 3:4,8,15
3:16 80:2,3
81:7,8
**evenly** 39:16
**event** 79:12
**evidence** 11:10
42:24
**exact** 35:2
**exactly** 48:16
66:6
**examination** 2:2
2:3 5:4 74:1
79:8

**examinations** 2:1
**examined** 5:2
79:8
**example** 24:5
45:8 54:2 65:3
65:7
**examples** 33:4,18
**exclusively** 31:25
**excuse** 74:18
**executed** 78:10
78:11
**exhibit** 2:6 22:21
23:3 43:1 55:9
55:11,13,15,17
55:17,18 56:8
**exhibits** 2:5,24
11:12 23:1
**existed** 13:25
**existing** 68:17
**expect** 24:7
**expected** 10:10
**experience** 67:2
67:19 76:16
77:7,12
**expert** 9:4 11:24
15:19 20:23
25:6 45:21
**expertise** 11:5
61:22 64:16
65:18 68:3,5
69:1 71:4,19
**experts** 6:24 7:6
**expires** 78:17
79:16 80:25
**explain** 66:6,19
70:17 71:16
76:6,7,10
**explained** 32:1
**expressed** 78:12
**extended** 13:22
**extensive** 64:21
**extensively** 64:18
66:23
**extent** 46:7,11

————————
**F**
**f** 22:21 78:8
**faced** 50:7
**fact** 36:6 48:23
49:20 50:9,11

51:19 53:23
54:4 63:24
72:11
**factor** 11:7
**factors** 2:8 23:4
**facts** 28:13
**fair** 6:1,18 40:12
71:10 72:6
**fall** 17:3,5 44:13
**falls** 76:25
**families** 30:16,16
**family** 22:9,10
32:22
**far** 77:1
**fate** 2:14 11:20
**federal** 24:25
26:10,12,19
**fellow** 4:13
**felon** 2:15
**felons** 43:5,8
44:2 45:5,13
46:18 49:6
**felony** 43:25 44:7
44:10,12 45:16
49:3 50:11
**ferguson** 3:15
13:25 14:16
17:7,12,15 19:8
19:12,23 20:23
21:17 24:5,16
24:24 26:13
27:11 31:17
32:18,21 33:10
33:20 34:8,9
35:11 37:5,9,24
38:9,13 44:18
44:21 49:16,23
49:24 50:4
62:17 63:10
64:8 70:9 75:14
**fergusonfloriss...**
1:7 2:10 3:7
13:12 14:21
16:3 18:3,6,11
18:14,19,22
19:7 20:3 22:17
23:19 24:8
25:12,23 27:5
27:25 29:6,16
31:9 32:15 33:3

33:7,16 34:15
34:25 35:8
36:24 38:5
43:17 45:14
48:12 49:25
60:16,23 63:21
64:6 65:4 71:18
75:11 80:3 81:8
**ffsc** 62:3
**ffsd** 14:21
**ffsdb** 14:14
**fifth** 22:5 26:24
**figure** 22:19 23:9
29:25 58:22,25
**filed** 7:6 81:17
**filmed** 17:13
**finance** 65:2
**finances** 30:7
**find** 44:6
**finds** 33:19
**fine** 50:24 71:23
**finish** 5:23,24
**first** 2:6 7:19
8:11 12:25
21:14,14,20
31:3,12,13 48:6
51:4 55:22
60:25 68:1
**fleeting** 69:23
**flight** 64:12 65:8
69:4,5
**floor** 4:3,11 81:5
**flordell** 70:5
**florissant** 3:16
14:1,17 17:8,14
19:15,22 20:1
20:24 22:10
24:6,17,25
26:14 31:18
32:19,23 33:10
34:10 35:12
37:4,10 38:10
38:14,17,20
39:3 40:20
44:19,22 62:18
63:11 64:9
75:15
**florissants** 37:2
**follow** 57:13 74:4
**following** 17:2

56:15,17 72:3
73:25 80:6
**follows** 12:17
28:6
**followup** 47:11
**footprint** 37:16
**foregoing** 78:1
78:10 79:3
**forget** 6:10
**forgot** 9:15
**form** 14:6 21:19
30:25 73:13
**formally** 10:11
**format** 12:21
**former** 45:5
**forth** 10:9
**forward** 29:2
48:21 67:24
72:10
**found** 44:10 73:7
**four** 75:7
**fourth** 22:5
**fragmentation**
28:11
**full** 31:4,5 32:17
48:20 75:3,8
**fully** 24:7
**fund** 9:19
**further** 67:8
68:21 69:12
79:11
**fusion** 9:16
**future** 61:19
64:19 65:9,19
68:6 69:3

**G**

**gabel** 4:9 16:17
**gap** 22:15 24:1,2
24:5,12 30:21
**general** 37:20
76:4
**generalization**
21:5
**generally** 24:22
**generation** 64:11
**geographic** 18:23
40:7 46:15
**geographically**
19:5

**geographies**
29:11
**geography** 15:1
16:22 21:2,4
24:12 25:7
29:15,21 47:18
**gist** 67:12
**give** 23:2 28:8
55:21,25 64:18
**given** 62:11,12
77:7 78:3 79:14
**giving** 60:1
**glass** 32:5
**go** 5:20 21:24
31:14 40:4 48:6
48:11 54:4
55:23 56:11
57:16 60:5,6,12
69:12 73:22
74:24
**goes** 44:14
**going** 6:17 8:5
22:23 23:2,7
27:22 38:4 46:6
50:20 55:4,7,21
59:8 60:6 64:19
66:12 69:2
72:10
**good** 25:4 51:20
54:6 60:4
**gordon** 1:11 2:14
3:11 5:1,8,9
56:3 74:3 78:1
78:6,10 79:6
80:1,19 81:11
81:13
**governed** 63:6
**grab** 59:8
**grad** 8:5
**graduate** 7:18
**graduated** 7:14
7:15,20
**graduating** 7:23
7:25
**graduation** 44:8
44:11,13,19,23
**gravity** 62:6
**greater** 2:9 76:14
**ground** 5:21 6:5
17:14 63:25

67:3,17 68:16
**group** 14:13
16:15,20,21
53:9 54:7,9
**groups** 14:24
16:25 17:3 51:9
52:19 53:11
**groupss** 53:13
**guess** 53:8
**guidelines** 12:18

**H**

**half** 15:2 21:15
21:16,20 35:16
35:19
**hand** 6:5 78:13
79:14
**happen** 50:12
64:19 69:2
**happened** 67:23
67:25 68:24
69:1
**happening** 20:17
67:17
**hard** 19:24
**hardest** 48:19
**havent** 19:1
25:24 45:20
**head** 6:5 17:24
19:9 20:5 33:5
**heights** 32:20
33:10 75:13
**held** 56:14 73:24
**hereinbefore**
79:9
**herewith** 79:10
**hes** 56:9,20 63:23
63:24
**high** 7:14,15,18
19:17,19 22:16
44:7,11,13,22
45:2 49:17 70:2
**highlight** 29:23
**hills** 70:5,5
**historian** 64:17
71:15
**historical** 21:23
28:13 29:20
61:14 64:22
67:1,18 70:20

**historically**
63:16 67:23,25
68:3
**history** 7:21 8:9
8:24 69:17,20
**home** 35:24 65:2
**homeowners**
26:7,9 27:8
65:11
**homes** 36:7
**honors** 7:21
**hope** 7:16
**hour** 5:15
**hourly** 10:12
**hours** 5:15 10:21
**houses** 36:21,25
65:13 69:8,9
**housing** 13:17
26:11 27:9,12
30:19 32:22
33:25 36:18
37:16 38:10
40:15,19 67:11
69:9,10 75:15

**I**

**i270** 32:23 75:16
**idea** 11:24 38:16
**ideas** 21:19
**ignores** 67:1,17
67:19
**ignoring** 63:20
63:23,24
**ill** 5:20 42:23
67:21
**illuminate** 11:7
**im** 6:17 8:24
10:23 12:12
18:8,12,16
20:16,25 22:20
22:23 23:2,7
28:6 31:19
34:22,24 35:18
36:11 37:11,14
37:25 38:2,4
39:20 40:5
41:14 43:10
44:16 46:1,6,9
50:2,20,22
51:16,17,17

55:4,6,8,12,21
57:3 59:8 60:2
60:6,9,24 65:21
66:5 68:11,15
68:25 71:14,20
71:24 72:21
74:15 75:6
76:10
**impact** 43:25
**implies** 61:17
**imply** 72:15
**important** 23:21
32:8 61:18,20
62:24 64:24
71:16 72:13
76:13
**impossible** 69:11
**impression** 77:10
**imputing** 38:2
**inaccurate** 24:10
66:2
**include** 16:25
29:13,14 51:22
**included** 13:14
28:24 55:8
73:14
**includes** 18:18
21:7 41:24
43:14
**including** 5:12
13:15 30:14,15
37:9 70:9 78:2
**income** 22:6,9,10
**incomes** 24:5
**inconsistent**
66:21
**incorrect** 15:24
16:1
**increases** 70:12
**increasing** 65:5
**index** 2:1,5 67:15
**indian** 57:17
**indians** 51:20
52:15 57:6
**indicated** 39:4
80:6
**indicator** 23:22
**individuals** 45:4
**infer** 27:21 52:24
**inferences** 30:8

**inferring** 33:12
**information**
20:22 31:25
32:12 34:12
76:3,22
**initial** 12:2 36:14
74:25
**initially** 9:25
**inner** 69:15 70:1
**insert** 41:14
**inside** 17:3
**inspection** 39:20
76:25
**instability** 67:7
**instrument** 78:10
78:11
**insurance** 26:12
**integrate** 25:1
**integrated** 15:6
15:13 25:11,23
40:24 41:8
60:18 67:5
68:22 69:22
77:3,4,6
**integration** 25:14
60:21 61:11,12
61:15 62:13
64:1 66:24 67:3
76:16,17
**interest** 4:13
**interested** 79:12
**interpret** 46:7
**interviews** 41:4
**invariably** 69:22
**invoices** 10:14,16
10:19
**involved** 9:1
**iowa** 8:19,21
**isnt** 43:20 66:2
71:9
**issue** 48:11,13
60:15,20
**ive** 8:19 9:14
15:14 17:12,14
40:25 46:16

**J**

**jennings** 70:5
**jingles** 45:23
46:8

**job** 8:11 41:22
**jobs** 8:7,8
**jonathon** 2:12
**julia** 10:2
**julie** 4:4 81:5
**justice** 49:15
**juxtaposition**
77:11

**K**

**keep** 68:20
**kind** 9:7 40:4,6
41:14,18 70:6
**kinloch** 17:15
27:11 32:22
33:20 34:8
37:24 38:9,14
75:14
**know** 10:8,21
12:1 13:24
15:10,23 17:25
19:6,10,19,25
20:2 24:24 25:9
26:23 33:1,5
34:19 35:7,15
36:23 38:21
39:7,9,24 41:7
43:16,19 44:21
45:8,20,23
46:12 47:5
48:14,16 49:13
50:22 52:2,4,6
52:22 53:6,8,11
53:23,24 54:12
54:16 58:8,18
59:6 63:17,18
65:3,7 69:4,6
**knowledge** 79:7
**known** 78:10
**knows** 46:9 56:8

**L**

**l** 4:18
**lakin** 4:12
**large** 24:7 25:20
25:22 41:17
54:11 71:17
**largely** 11:6 13:3
13:19 29:19
33:24 40:16

**larger** 13:20
29:24 33:20
37:15 41:25
54:11 62:9,16
63:2 70:20
**law** 4:6 46:8,12
**lawful** 5:2
**lawsuit** 21:9
**lead** 51:16 74:8
**leading** 65:17
**leads** 74:19
**leap** 48:6,11
**leaving** 16:17
**left** 31:6,9,17
**legal** 9:19 30:24
**level** 16:15,19,20
16:20,21,22
24:21 49:5,8,11
76:3
**levels** 16:15 41:8
**lie** 61:21 64:15
65:18 68:5
**lies** 71:4
**lightly** 39:23,24
41:21
**limitations** 21:3
**limited** 29:18
**limits** 45:10
**lin** 4:12
**line** 57:18 75:22
80:7
**lines** 57:6,16 68:6
75:7
**link** 62:8
**listed** 14:12
57:22
**little** 5:20,21 7:12
19:14 34:1 54:4
67:16
**live** 15:15 16:7
30:25 40:1
**lived** 67:2,19
76:16,16 77:6
77:12
**lives** 14:16 15:6
15:11,12 16:4
16:6 19:11
**living** 41:4 44:2
45:5,13
**llc** 1:23 81:1

**loan** 26:7,9 27:8
**local** 30:9 48:7,8
49:20 76:3,14
76:21
**locally** 20:18
**locate** 13:12
37:18
**located** 19:18
37:3 38:17,20
43:17,22
**location** 62:12
**locations** 13:17
19:19
**logic** 13:20 32:1
62:9
**logical** 62:8
**longer** 51:25
52:1 69:17,20
**look** 10:4 12:22
13:4 22:19
24:16 28:15,17
31:19 35:20
37:4,10 39:11
44:18 51:9,14
55:7,10 56:22
57:4 61:12
62:24 67:23,24
68:3
**looked** 16:24
37:5 65:23
**looking** 41:14
43:13 50:17
55:8,12 56:9
60:24 62:16,17
63:5 64:25
65:22,24 66:9
67:22 77:11
**looks** 66:9 68:4
71:3
**looting** 19:22
20:1
**lot** 40:1
**loud** 6:4,12
**louis** 2:10,10,13
3:21 9:9,24
11:5,20 13:10
13:18,22 18:2,9
18:17 20:7
23:20 25:7,16
27:7 30:20 45:1

49:14,17 50:5
62:6,19 73:2,8
75:21 76:14
79:3,4,14
**low** 27:12 44:23
70:13
**lower** 44:1,7,10

**M**

**m** 2:9 11:11,12
**madison** 7:25
**magnifying** 32:5
**mailed** 81:11
**main** 54:15,16
**maintained** 26:7
26:9
**majority** 14:16
14:23 15:2,15
15:16 16:2,8,12
22:3 41:11
51:10,11,12,25
52:1 54:14 70:6
70:7 72:20
**making** 17:23
54:1
**maline** 32:21
34:7 38:8 75:13
**manner** 11:1
**map** 13:4,7,9,13
13:14,15 14:1,2
17:2 20:4 26:5
26:6,6,15 27:8
27:16,18 28:16
38:24 39:2,4,6
39:8,11 40:6
41:12 77:5,12
**mapping** 2:13
11:19
**maps** 28:18,24
40:16
**margin** 74:12,14
74:15,21
**marked** 11:13
23:3 43:1 70:9
**masters** 7:22
**math** 58:18 60:6
**mathematician**
51:17
**matter** 20:12
63:9

**matters** 20:15
75:25 79:7
**mcgraw** 1:23
81:1
**mean** 8:6 15:7,21
15:22 18:5,23
20:16,17 21:8
21:11,23 22:25
26:17 38:6
44:12 45:15
46:11 47:3 48:5
58:6,7,19 61:7
61:9,24 62:2,23
64:20 66:5,6,14
68:13 70:18,19
73:4 75:19 76:8
76:11
**meaning** 51:11
66:1
**meant** 16:9,11
76:6,8,11
**measure** 14:13
15:14 23:25
49:4 61:13
67:13,14,14
**measures** 23:24
**measuring** 15:24
**media** 22:1
**median** 22:9,9
27:12
**member** 71:18
**mention** 50:9
**mentioned** 34:3
**merely** 37:25
50:9
**met** 5:14
**metrics** 14:13
28:20
**metro** 16:13 18:5
24:21 25:19,22
62:3 63:6
**metropolitan**
18:2,9,18 24:23
25:17 62:20,24
63:10
**microgeography**
20:14,17 32:8
64:4 75:25 76:2
76:3,7,9
**midcentury**

31:11
**middle** 32:17
70:8
**migration** 65:8
69:5 73:1
**minority** 72:18
**minute** 56:11
73:23
**minutes** 71:25
**misleading** 34:2
51:18 61:13
71:1
**missouri** 1:1,4,24
3:1,4,13,14,22
3:24 4:8 22:5
25:9,10,14
42:12 50:13
54:3 79:3,5,15
81:2
**mitigation** 9:9
**mixed** 40:18
**mo** 80:2 81:7
**moline** 70:5
**moment** 23:11
28:8 55:25
65:23 69:23
**month** 5:16
**morning** 76:21
**mortgage** 26:12
65:2,12
**motives** 38:2
**move** 28:21
38:22 48:21
60:9 65:11
**moved** 8:18 27:9
**movement** 71:13
**moving** 63:11,12
64:21 65:1,20
66:3,10 67:10
68:21 71:2,7,9
**multifamily**
40:15
**multiple** 53:19
**municipal** 32:14
39:8
**municipalities**
29:22 62:25
69:25
**municipality**
50:6

**N**

**n** 2:12 4:1,18
11:12
**naacp** 1:4 3:4,15
9:19 80:2 81:7
**name** 5:6 9:22
17:22,25 25:10
25:21 33:4 38:8
**named** 33:2,14
**narrower** 24:6
24:12
**national** 30:3,6
32:11,13 48:1,7
48:11,13 54:2,3
**nationally** 30:15
47:19,20
**native** 57:18
**nature** 49:10
60:20
**necessarily** 24:13
62:12
**need** 6:20,21
51:22 67:7,23
**needs** 24:17
**neighborhood**
9:8 39:12,14
67:6
**neighborhoods**
40:22,24 41:1,5
41:8 69:18
**neither** 52:10
**net** 31:4,6,9,17
31:19
**never** 27:2 56:3
**new** 4:4,4,12,12
5:15 21:7,18
29:3 69:9 81:6
81:6
**nod** 6:4,8
**north** 9:8 13:22
20:22 22:4
24:18,21 27:10
32:11,13,20
37:15,20 39:14
62:6,7,19 63:10
69:24 70:8,10
71:10 73:2,3,8
73:10 75:13,22
**northern** 26:14
39:10

**northwestern**
40:22
**notarial** 79:1,14
**notarized** 81:17
**notary** 3:23
78:15 79:2
80:22 81:15
**notes** 10:4 71:21
**notion** 62:10
**number** 1:19 2:6
15:23 39:19
44:1 45:4,12,13
48:18 51:4,21
53:2,24 54:4,24
75:2
**numbers** 15:9
42:18,19 43:24
45:18,24 46:4
48:3,19,23 49:1
49:1 52:7 55:18
58:7,20,25
59:24 61:12
66:25
**numerical** 72:16
**numerous** 17:9
24:11 76:20

**O**

**o** 2:13 4:18 11:12
**object** 46:6
**objection** 56:6
67:4,12,13
**observable** 68:18
**observed** 46:22
**obviously** 76:1
**occasions** 24:11
**occurs** 29:2
**office** 9:23 79:14
**offices** 3:20 79:4
**official** 78:13
**offset** 45:12
**oh** 5:14 12:24
18:20 22:20
31:5,13 42:5
**okay** 5:22 6:9,12
6:23 8:17 9:25
10:6 14:5 18:1
23:8,13 27:14
27:20 35:22
38:23 40:10

42:1,3,8 43:12
50:14,19 51:2
54:15 55:3 56:2
56:21 57:3,15
57:21 58:1,2,9
58:10,14,21
59:3,4 63:8
70:25 73:12
74:5 75:1,9
76:5,23 77:13
**old** 21:21 39:2
**once** 42:24 53:11
**ones** 33:4
**ongoing** 11:6
70:10
**ontario** 7:16
**opinions** 73:13
74:9
**opportunity** 69:7
**order** 7:10 20:22
32:5 50:10
**organic** 62:25
**original** 2:24
72:23 73:5 80:7
81:10,17
**originated** 13:21
**ormsby** 2:2,25
3:20 4:6,8 5:5
11:14 16:18
18:25 19:2 43:3
46:9,17 55:15
55:21 56:1,6,10
56:18,22 66:18
71:20,24 72:4
73:20 75:6,9
77:15 79:4
81:16,23
**outer** 70:10
**outlets** 22:2
**outline** 39:1
**outside** 17:1,5
18:18
**overall** 35:5 52:3
53:7,12 54:7,12
**overeighteen**
46:25
**overlaid** 26:13
27:12,16 39:11
**overlaps** 40:8
**overlay** 28:23

32:4 38:24
**overwhelming**
16:4 22:3 36:9
68:12
**overwhelmingly**
15:11 32:19
33:13 34:7 36:3
36:12,17 38:7
38:12 68:4
75:12
**ownership** 35:24

**P**

**p** 2:15 4:1,1,18
42:24 43:1
**page** 2:1,6 12:22
13:4 14:3 17:2
22:19 23:7 26:1
26:3,4 27:13,19
27:21 28:12
29:2,25 31:2
32:11,16 35:20
36:13,14 37:9
38:22 42:4,6,25
43:7,9,13 50:14
50:16,17 55:15
55:17 56:5
60:12,15 74:11
74:17,18,19,24
76:23 78:2,2
80:7 81:10,13
81:13,14,14
**pagedale** 70:3
**pages** 31:23
81:17
**paid** 10:19
**paragraph** 28:16
31:4,5,17 32:17
36:1 60:24 61:9
69:13,14 74:13
75:4,8,21
**paragraphs** 13:1
**parolees** 45:4
49:5
**part** 5:3 13:19
21:24 26:10,14
27:1,3,23 28:6
37:17 59:21
64:22 68:1
70:11 75:3

**particular** 32:6
32:15 44:17
47:23
**particularly**
27:10 29:12
49:13 64:9
**parties** 4:20
**parts** 17:5,10,12
**party** 79:11,12
79:12
**pattern** 33:21,21
37:11,20,25
50:2,3 61:15
64:4,25 68:15
68:20 69:17,20
**patterns** 11:8
27:7,9 28:20
30:19,23 32:14
35:4 63:2 64:3
65:10 68:16,18
69:4 71:5 73:1
73:6 75:21
76:17
**peer** 12:18
**pencil** 70:21
**pending** 3:12
**people** 24:8
39:19 40:1 41:4
51:21,22 52:15
52:22,25 53:6
53:19 67:20
69:8,9
**percent** 15:10
18:2,5,10,13,21
19:6,11 21:7
34:21 35:15,24
36:7 42:13,14
42:18 50:1
51:12 55:1
57:14,20 59:4
59:12,16,17,24
70:14
**percentage** 14:15
15:12 19:3
21:13 34:14,25
35:11 53:6
57:14 58:20,23
58:25 59:20
**percentages** 58:2
58:4

**period** 70:2
**person** 78:10
**personally** 78:9
**persons** 77:1,1
**ph** 7:24 8:2,12
**phd** 1:11 3:11 5:1
78:1,6,10 79:6
80:1,19
**philadelphia**
9:23,24
**phrase** 72:24
**pieces** 64:21 65:1
65:20
**place** 20:2 29:23
62:25
**plaintiffs** 1:5 3:5
3:15 4:2
**plan** 73:16
**please** 5:6 6:15
23:1 50:21
61:23 66:6,18
69:13 81:13,16
**plus** 58:3,11
**pocket** 40:18
**pockets** 32:22
36:18 38:9
75:14
**point** 10:17 11:9
28:3 30:14,17
30:18,18,22
60:4 61:11
62:11 64:23,23
67:16,19 71:6
**points** 47:6 69:6
76:20
**policy** 8:25 25:4
**political** 20:11
45:25 46:5
**poor** 37:2,23
**poorer** 40:17
**popular** 22:1
**populated** 39:23
39:24 40:12,14
41:21
**population** 14:11
14:15 15:3,5,11
16:3,10 18:6
19:7,11 30:12
33:23 34:15
35:1,12,16,17

40:9 41:23
42:13,14 43:11
45:19,24 46:4
46:25 47:8 51:5
51:8,13,15 52:4
52:12 53:7,10
53:12,14 54:7,8
54:9,10,12,23
55:1 57:9,11
59:2,13,24,25
60:1,2,17 62:4
64:2,2,8,11
67:10 68:12,13
70:3 72:16,18
72:20 76:25
77:6
**populations** 44:4
54:14,20 62:11
70:24
**populationwise**
19:5
**port** 7:15
**portion** 15:8
39:22 40:13,13
41:13 49:24
**portray** 24:11
**position** 31:10,18
**possible** 76:15
**postgraduate**
4:13
**poverty** 16:14,19
16:20 28:20
**predatory** 49:16
**prediction** 64:18
**predominantly**
39:12,13 40:21
**prepare** 5:10,11
5:13 7:10
**present** 4:10
63:17 68:5
**presented** 23:24
**pretty** 39:16
**previous** 30:23
**previously** 23:3
62:15 73:7
**prior** 9:2,19
31:21 42:11
43:7,9
**prison** 43:14,22
**prisoners** 43:20

**prisons** 43:16
44:2
**probably** 10:9
19:13
**probation** 45:4
49:6
**problem** 41:20
47:15 51:2
56:10 64:20
**procedure** 3:19
**proceeding** 31:23
**proceedings**
56:15 72:3
73:25
**process** 63:16
**processes** 67:1
67:18
**produced** 5:2
**profession** 8:9
**professional** 8:11
**professor** 8:24
33:22 47:7
62:14 67:4
**profoundly** 73:7
**project** 61:19
65:7,18 69:11
**projecting** 68:6
**properties** 26:12
**protesting** 20:1
**provide** 20:23
**provided** 9:4
45:21
**provides** 57:6
**provisions** 3:18
**public** 3:23 4:13
8:24 78:15 79:2
80:22 81:15
**published** 21:9
**puncture** 62:10
**punishment**
49:17
**purpose** 41:3
78:12
**purposes** 43:21
45:22 46:24
**pursuant** 3:17
79:3
**put** 40:9
**puts** 55:16

**Q**
**quadrant** 39:10
**quantitative**
12:19 32:2
**quarter** 26:23
**question** 5:23,25
6:15,17,18,21
12:12 18:13
23:13 35:3 36:5
45:25 46:2,5,12
47:23 53:16
66:16,17 76:12
77:3
**questions** 5:5 6:4
50:23 72:5
73:21 74:2,4,7
75:2 77:14,15
78:1,3
**quintiles** 22:5
**quite** 62:22 71:3
**quote** 12:1
**quotes** 12:4

**R**
**r** 4:1 78:8
**race** 13:9 25:7
51:22 52:9,10
52:16 74:22
**races** 53:19 57:7
57:10,11,23,24
**racial** 30:2,5,21
30:25 40:18
45:9 69:22,24
**racially** 25:11,22
60:18
**randomly** 40:7
**range** 70:14
**rate** 10:12 34:19
42:12 44:7,8,10
44:12,13,19,23
46:22 49:16
50:11
**rated** 26:11,19
26:21
**rates** 24:4 25:13
35:6 44:11 49:7
49:7,14 50:7
53:23 54:2,3
65:2,12
**ratings** 26:7,9

**reached** 21:16
**read** 7:5 23:5
31:3,7,14 32:24
36:2 38:4 42:15
56:4 70:15 75:4
78:1 80:8 81:13
**readdress** 60:7
**reading** 80:5
**reality** 71:8
**realize** 43:13
**really** 51:18 62:2
64:24 65:21
66:5,5 72:5
73:4
**reason** 13:15
23:9 49:18
53:20 76:19
80:8
**reasonable** 53:8
**reasons** 23:14
**rebuttal** 2:7 23:4
35:21 42:2,6
50:15 60:12
74:11
**recall** 59:1
**recenters** 21:17
**record** 5:7 31:14
50:9 56:11
73:23
**red** 38:25 39:1
41:11,13
**reeds** 4:8 81:23
**reestablishment**
28:12
**refer** 18:9 23:7
36:12 39:7
62:18
**reference** 68:17
**referred** 2:6 77:3
77:10
**referring** 34:4
**refers** 18:1 33:11
56:8
**regarding** 10:1
15:5 43:4 47:8
49:5
**region** 18:2,3,10
18:10,13,18,21
19:4 24:7
**reinventing** 73:6

**relate** 29:5
**relation** 77:4
**relative** 23:23,25
44:24 46:8
53:11,13 64:1
70:23 79:11
**relatively** 44:22
60:18
**released** 17:25
**relevant** 21:1
24:22 27:4
46:25 49:4 60:3
**reliable** 69:2
71:5 76:21
**reliably** 29:11
**relies** 31:25
**rely** 29:20
**relying** 66:24
**remember** 9:22
10:3 71:22
**remind** 6:11
**rental** 33:25
34:19 35:6
37:16 67:10
**renters** 35:12
36:20,24
**renting** 36:21,25
**repeat** 36:5
**rephrase** 6:16
46:1
**replace** 63:13
71:17
**replicating** 73:6
**report** 2:8,12
5:12,12 11:24
12:2,6,15,22,23
13:5,16 14:4
16:18,22 18:1,8
19:4 21:1,7,12
21:13,15 22:20
22:21 23:4
24:20 25:13,18
26:2,4 27:19,22
29:5 31:3 32:2
33:22,22 35:21
35:23 36:9,15
41:3 42:2,6
46:23 48:4,24
49:15,23 50:4
50:15 51:21

52:9,9,16 53:19
55:5 56:3 60:13
61:10 62:5,9
64:7 66:20,22
66:23 68:8
72:23 73:5,10
74:9,12,15,21
74:25 76:24
78:3
**reported** 21:4
29:11 37:1 45:7
49:11
**reporter** 3:23 6:6
79:2 81:21
**reporting** 1:23
57:23 81:1
**reports** 7:2,5
11:10,15 19:21
45:21 73:14
**represent** 23:25
24:1 30:3 58:5
**representation**
41:19
**representing**
41:23
**represents** 21:18
**reread** 7:2
**rereading** 36:11
**research** 11:7
17:13,19 21:8,8
21:17 41:2 68:3
**resegregated**
61:8
**resegregating**
73:4
**resegregation**
60:23 61:4,24
61:25 63:8,22
64:6 66:1,3,11
66:13 68:14
72:9,14,22
**reserved** 77:18
**residential** 26:6
26:8,11 31:11
35:4 37:20 38:1
60:17 65:1,4
**residents** 22:4
**resides** 19:8
34:16 35:1
**respect** 22:16

27:10 47:5
**response** 2:12
  22:22 66:22
  72:24 76:12
  78:3
**rest** 23:20,20
  39:15 67:7,9
**restricted** 13:10
**restrictive** 13:17
  13:25
**rests** 21:5
**result** 31:4,6,9,17
  31:19 47:2
**results** 30:20
**retained** 2:24
  6:25 10:6
**return** 81:16
**returned** 79:10
**reversal** 71:12
**review** 23:11
**reviewed** 12:18
**rich** 24:8
**right** 7:10,11
  12:3,7 26:16
  32:16 35:24
  36:4 40:3 41:16
  42:19 43:4,9
  50:22,25 51:25
  52:5,20,25 53:5
  57:14 59:14,18
  60:5,18,24 61:5
  62:21,23 65:24
  66:8,9 70:15
**righthand** 53:3
  55:19
**rights** 9:2,16
**road** 1:24 81:1
**rodden** 2:12 7:7
  24:11 48:23
  61:3 62:14
  63:20 65:22
  66:8 72:8,24
**roddens** 2:7 23:4
  33:22 47:7 48:4
  60:16 66:22
  67:5 74:12
**role** 11:3
**room** 60:7
**rough** 62:10
**roughly** 21:14,16

52:14 63:17
**round** 58:9
**rounding** 58:6,17
**rule** 3:18
**rules** 3:18 5:21
  6:5 49:5,9
**run** 32:2
**rural** 48:14

---

### S

**s** 2:16 4:1,18
**safe** 58:13
**saith** 5:3
**sample** 30:8
**sandra** 1:18 3:22
  4:21 79:2,19
  81:20
**saw** 20:4
**saying** 6:7 37:22
  38:12 46:17
  51:8,18 53:5
  61:2 63:9 66:10
  66:11,13,19
  68:24,25 69:2
  77:4
**says** 14:14 15:20
  15:22 16:5,6
  32:18 34:23
  57:1
**scale** 45:2 48:13
**scholarly** 12:18
  12:21 46:13
**school** 1:7 2:10
  3:7,16 7:14,15
  7:19 8:5,7
  13:13 14:1,19
  14:20,21 15:17
  15:18 17:1,6,8
  18:3,6,11,14,19
  18:22 19:7,18
  20:3,24 22:16
  22:17 23:19
  24:6,9,17,20,25
  25:9,10,14,19
  25:21 26:14
  27:5,16,25
  28:19,23 29:7
  29:13,15,17,23
  33:3,8 34:3,5
  34:14,15,20

35:8 36:8,24
37:12 38:17,19
39:9,25 43:17
44:7,11,13,22
45:6,14 47:9
48:10 49:25
56:19 60:17
61:21 62:18
63:1,11,21 64:2
80:3 81:8
**schools** 19:17,20
  25:2
**scope** 13:9 28:15
  29:23
**seal** 78:13 79:14
**second** 21:16
  31:4,5 32:17
  64:11 68:9
  69:14 74:13
  75:3,8
**secondary** 12:20
**section** 19:25
  28:3 40:15
  45:22
**security** 26:7,9
**see** 22:25 39:12
  40:16 42:19
  55:20,22 57:5,9
  57:11,18 70:4
  71:5
**seen** 56:3
**segment** 51:14
**segregated** 72:17
  72:19
**segregation** 2:9
  13:21 25:14
  27:7 30:23
  63:25 67:2,14
  67:15 68:18
  70:6 72:14 73:2
  73:6 75:5,10,18
  75:20 76:17
**sell** 69:8
**senate** 2:8 11:7
  23:4
**sense** 32:5 62:5
  62:13 63:2 73:5
**sentence** 28:4
  31:3,12,13,20
  31:21 32:18

34:4 36:19 38:4
60:25 62:1
63:20 68:7,9
74:19 75:3,4,18
**september** 79:16
**series** 28:17
  40:16
**served** 13:11
  26:8 45:21
**service** 13:19
  70:19
**set** 79:9
**setting** 49:20
  50:13 72:17,19
  76:13
**settle** 38:3
**settled** 32:19
  33:13 34:6,10
  34:24 36:3,9
  38:6,13 75:11
**shake** 6:5,8
**shape** 28:21
**share** 29:11
  45:15 52:12,19
  54:7,8,11,11
  60:2 70:3,13
**shares** 69:22
**sheet** 80:1 81:14
  81:14
**shifting** 62:6
**shorthand** 4:21
  79:2
**shortly** 10:8
**show** 13:16 16:9
  16:11 27:8
  28:19 30:15,18
  30:22 31:24
  39:2 55:4
**showing** 27:6
**shows** 13:21 17:2
  33:23 39:8
**sic** 15:1 34:9 62:3
**side** 20:8 39:13
  39:14,22,23,25
  53:3
**sign** 77:16 81:13
**signatory** 9:14
**signature** 77:17
  81:10,13,14
**signed** 79:9

81:14
**significant** 47:15
  58:5
**similar** 52:15
  53:18,21 54:8
**simple** 15:21
**simply** 6:6 23:25
  28:13,23 47:5
  61:12 62:9
  65:19 66:25
  67:9,13
**sincerely** 81:18
**single** 12:5 32:22
  67:14,16 70:13
  71:18
**singlefamily**
  36:18 38:10
  75:15
**singlerace** 51:3,7
  52:13 53:17
  54:17,18,22,25
**situation** 67:22
**six** 29:17
**size** 30:9 53:9,11
  53:13
**skews** 41:18
**sls** 4:13
**small** 19:3 48:12
  52:7 64:22,25
  65:3
**smaller** 21:4
  24:12 48:22
**smallest** 14:25
  52:8
**snapshot** 61:2,11
  65:23 66:1,2,24
  71:1
**social** 23:21 63:3
**soft** 47:7
**somebody** 15:22
**son** 51:17
**sophia** 4:12
**sorry** 12:23 13:5
  18:12,16 22:20
  25:3 28:6 31:6
  31:16 35:18
  36:5 38:18 40:5
  46:1 59:10
  71:20 74:15
  75:6

**sort** 9:5 10:10
12:20 13:20
21:5,16 40:12
40:14,19,19
49:16 64:21
67:2 70:20
76:16
**sounds** 12:3,7
**source** 76:22
**sources** 12:19,20
12:20
**south** 3:20 4:7
32:21,23 34:8
37:15,17,20
38:9,11,14
39:22 48:14
73:8,11 75:14
75:16,22 79:4
**southeast** 40:13
**southern** 33:19
33:24 35:4
39:13
**southwest** 40:13
**sparsely** 40:12
**spatial** 68:18
75:5,10,19,20
77:10
**spatially** 28:18
39:18
**speak** 77:12
**speaking** 68:11
**specific** 14:19,20
28:4 45:3 46:5
46:15 56:19
66:16 76:15
**specifically** 27:23
29:6 37:8 62:20
**spent** 40:23
**spoke** 7:9
**spoken** 6:24
**st** 1:24 2:9,10,13
3:21 9:9,24
11:5,20 13:10
13:18,22 18:1,9
18:17 20:7
23:20 25:7,16
27:7 30:20 45:1
49:14,17 50:5
62:6,19 73:2,8
75:21 76:14

79:3,4,14 81:2
**stability** 61:17
**stable** 67:5
**stage** 70:12
**stand** 68:7
**standard** 12:17
12:20
**stark** 30:19
**start** 7:13 69:16
69:16 70:1
**started** 10:11
**starting** 75:5
**starts** 74:13
**state** 1:4 3:4,14
3:21,24 5:6
23:21 36:6
42:11 48:9 49:5
49:7,8,11,19
51:4 60:22
63:19 64:5
69:15 78:1 79:3
79:4,14 80:2,24
81:7
**stated** 29:9 32:7
71:7
**statelevel** 2:15
**statement** 34:23
75:25 76:1
**statements** 12:11
12:14
**states** 1:1 3:1,12
**statewide** 46:21
47:22 49:1,3,19
50:5,10
**stating** 33:12
72:12
**statistics** 24:16
30:4,5,11 31:24
**stayed** 8:7
**stenographer**
79:12
**stenotypy** 79:8
**step** 63:5
**stipulated** 4:19
**stipulation** 79:3
**stock** 65:5
**story** 29:24
**strategy** 71:17
**street** 4:3,11
**street18th** 81:5

**structure** 53:17
53:18
**studied** 64:17
**studies** 24:22
44:6,9,17
**study** 20:6,6
47:15
**studying** 29:10
**subject** 73:13
**submit** 10:14
**submitted** 10:16
73:14
**subscribed** 80:20
**subscribing** 80:5
**subsidiary** 30:17
**substance** 67:4
**substantially**
23:18 72:23
**suburb** 68:22,23
**suburban** 32:20
75:12
**suburbs** 68:22
69:15 70:1,9,11
**sufficient** 30:9
**suggest** 68:20
**suit** 79:13
**suite** 4:7
**summarized**
69:23
**summer** 8:6,8
**sure** 6:2,13,19
10:23 12:12
19:5 20:16 28:9
32:25 36:22
39:21 51:14
56:13 58:12
60:2 72:1 76:10
**surprise** 19:10
44:16
**surrounding**
28:16
**survey** 14:9 30:6
30:7 47:11
48:22 56:25
**surveys** 45:11
55:16
**sustained** 70:10
**sworn** 5:2 79:7
80:20
**synopsis** 21:15

|           **T**           |
| **t** 4:18,18 78:8,8
**table** 6:22 14:3,7
14:10,12 26:25
27:4 30:15
35:20,23 42:2,7
42:11,19 43:4,9
50:17 53:3 54:1
60:4 69:23
**take** 6:22 22:23
23:11 28:21
42:23 48:19
60:10,15,20
61:3,10,14
71:21,24,25
**taken** 1:12 3:11
3:19,24 4:21
5:17 13:1 24:18
72:2 79:3 80:4
81:11
**takes** 41:18
**talk** 7:12 28:10
**talking** 17:24
18:8 33:6,7,8
39:18,20 48:9
50:2 63:9 68:15
72:10,10
**taught** 8:15,19
**television** 19:21
**tell** 19:17 20:4
30:1 37:2 39:5
50:20,21 59:8
61:23
**telling** 66:4
**tells** 67:16
**temporal** 66:24
**ten** 71:25
**term** 20:16
**terms** 21:11,12
39:19 46:13
72:14
**testified** 62:15
**testify** 79:7
**testimony** 9:5
20:23 81:10
**text** 56:8
**thank** 23:1 73:12
77:13
**thats** 6:22 7:11
9:14 14:14,18

15:1 16:5 20:2
21:2,3,6 22:20
25:4 26:16
30:17 31:20
34:1 37:9,17
39:24 41:24
43:23 44:3
49:24 50:24
51:18 52:10
53:2,21 54:14
57:1,1,20 58:15
61:17 62:18,22
63:15 65:15
67:3 68:13,23
71:23 72:12
73:9,13 76:1
**theory** 55:4
**theres** 28:17
32:17 57:10
60:22 64:20
65:19
**thereto** 80:6
**theyre** 13:3
21:23 34:3 47:4
49:11 69:6,7
**thing** 10:10
**things** 65:10
**think** 11:10 13:3
24:10,15 29:17
43:23 49:12
50:21 62:1,22
62:23 63:23
64:7 66:21 67:4
67:21 71:25
72:13,23 76:11
**thinking** 19:13
**third** 19:14 22:5
31:5 47:5 60:24
**thirds** 15:15 16:6
**thirty** 25:12
**thought** 31:16
**three** 10:9 33:14
34:13 38:8 47:6
54:20 56:25
**throw** 32:5
**tier** 33:19,24
35:5 70:8
**time** 6:8 13:22
16:17 17:16
26:20,25 29:12 |

40:23 48:21
61:11 62:12
65:24 67:16
**times** 11:23 12:2
17:9
**tiny** 72:18
**today** 5:13 7:3
73:18 74:8
**todays** 68:22
**tomorrows** 68:23
**top** 19:9 20:5
33:5 53:3
**toronto** 7:23
**total** 37:7 39:19
52:12 54:21
57:14,20 58:6
59:25 60:1 64:2
**town** 39:3
**traces** 69:24
**tract** 41:24
**tracts** 29:21
41:22,22
**transcribed** 4:22
**transcript** 78:2
81:17
**transition** 65:6
67:8 69:21 70:4
70:10,12
**transitory** 67:9
**trend** 60:22 61:4
62:3,3 63:21
64:5,7,13 65:25
68:11,12 72:8,9
72:11,21
**trends** 64:23
65:16 68:4
**trial** 73:17
**tried** 63:4 76:19
**true** 43:20,23
63:4 78:3
**trusting** 57:3
**truth** 79:7
**try** 5:24 24:19
47:6 50:20 55:3
60:11
**trying** 51:16
**turn** 14:3 26:1
27:19 29:25
31:2,23 32:16
41:10 42:1,2,25

50:14 76:22,23
**two** 10:9 11:10
12:25 15:15
16:6 51:9 52:8
57:9,11,22,23
73:14
**tworace** 59:21
**type** 6:7,8
**typed** 79:9
**typewriting** 4:23

_____
**U**
**u** 2:16 4:18
**uhhuh** 9:12 13:8
20:19 22:12
25:3 28:2,7
31:8 34:18
35:14,25 36:14
52:17 56:1
60:14 68:10
**undergrad** 8:5
**undergraduate**
7:16
**underlie** 45:11
**underscore** 47:7
**understand** 6:15
11:3 12:12
18:12,16 61:20
75:17 76:14
**understanding**
46:24
**understood** 6:18
**unemployment**
28:20
**uneven** 2:9
**unfortunately**
29:12
**uniform** 41:23
**unit** 9:23 14:25
29:15 46:15
48:12 62:25
63:6
**united** 1:1 3:1,12
**units** 29:20 32:3
40:7 41:23 52:8
**university** 7:17
7:20,22,23,24
8:15,18,21
**unusually** 31:10
**urban** 24:22

29:10 40:8
49:13,17,20
50:13 76:13
**use** 20:21 21:1
28:19 29:10
42:17,22 46:14
46:14 48:1,22
55:3 58:21
76:21
**useful** 15:1
**uses** 27:7 48:23
62:14
**usually** 31:18

_____
**V**
**value** 27:12 69:9
**various** 57:7
**vast** 41:11 54:14
**verbally** 6:4
**verbatim** 13:1
**verify** 27:15
43:12 48:8 72:7
**versus** 16:14
36:25
**view** 61:11,11
**violence** 19:22
**virtually** 69:11
**visited** 17:11
**visual** 39:20,21
41:18 76:25
**visually** 26:23
**vote** 46:20
**voting** 9:2,16
47:8 49:8 51:5
51:7,12 52:24
54:17,18,20
54:23 55:1 59:1
59:13,23 60:2
**vra** 45:22
**vs** 1:6 3:6 80:3
81:7
**vulnerable** 31:10
31:18

_____
**W**
**want** 27:15 31:6
50:14 55:3,6,10
56:11,22 58:13
66:16,18 72:7
**wanted** 31:16

43:12 55:22
**wasnt** 17:23
**watched** 19:21
**way** 28:19 37:1
45:8,12
**ways** 15:24 48:18
53:25
**wealth** 30:2,6,21
31:1 45:9
**wealthier** 30:16
**weeks** 10:9
**wellston** 70:4
**went** 10:9 42:17
**west** 19:22 20:1
32:23 38:10,14
38:17,20 75:15
**western** 39:22,25
41:13
**weve** 41:10 49:23
**whats** 10:12
17:22 20:17
23:2 31:21
64:19 67:17,23
68:23 69:2
**white** 16:14,20
22:9 24:1,4
25:1 30:15
35:16 39:14,16
40:21 42:21
45:13,15 51:7
52:10 53:21
57:10 62:11
64:10,11 65:8
65:11 67:1,8
68:13 69:4 70:6
70:23 72:15
77:1
**whites** 22:15
47:16 48:2
51:12 52:13
53:17 54:13,17
63:11 68:20
**winds** 32:20
75:13
**wisconsin** 7:24
**witness** 45:21
56:16,21 77:17
78:13
**witt** 1:18 3:22
4:22 79:2,19

81:20
**wont** 71:22
**word** 12:5 21:11
62:13 63:13
**work** 7:16 8:4,4
10:7,11 17:20
21:18 73:17
**wouldnt** 29:8
44:16
**write** 9:16 71:21
**writing** 22:1,2
**written** 22:3,8,11
22:14 79:8
**wrong** 69:18
**wrote** 11:15 12:8
68:7
**wunderlin** 1:18
3:22 4:22 79:2
79:19 81:20

_____
**X**
_____
**Y**
**yeah** 10:2 13:3
17:20 21:23
27:18 28:15
32:13 41:20
43:10 50:24
51:1 54:20
68:25
**year** 10:5 17:20
56:25 71:3
**years** 13:16
21:20 25:12
29:18 70:22
**yep** 42:10
**yesterday** 5:15
**york** 4:4,4,12,12
5:15 7:22,23
81:6,6
**youd** 58:6
**young** 47:17 50:8
**youre** 33:6,12,12
33:15 34:4
38:12 40:3
46:17 48:8 51:2
51:8,18 59:15
60:1 61:2 63:9
64:24 65:21,24
66:4,19 68:24

72:9,10,12 77:4
77:5
**youve** 10:22
19:15 26:13
27:16 43:3
50:21 62:15
77:7

**Z**

**zoom** 65:3

**0**

**000** 30:8 54:13
54:13,13

**1**

**1** 14:3 29:25
45:23 46:8
57:14 58:3,7,8
58:11 59:8
74:17,18 78:2
80:9
**10** 80:18
**10004** 4:4,12
81:6
**11** 2:9,12,13
**12** 26:1,3,4
**125** 4:3,11 81:5
**130** 3:20 4:7 79:4
**142077** 1:5 3:5
80:4 81:8
**15** 56:5
**150** 10:13
**16** 43:9 56:5
**17** 22:19 23:7
42:25 43:13
**18th** 4:3,11
**19** 1:13 27:19,21
29:2 81:11
**1940** 26:8 27:18
64:9
**1940s** 63:17
**1945** 13:11
**196** 52:8
**1970** 64:10
**1980** 69:25
**1986** 7:23
**1990** 7:25 8:16
**1990s** 9:17
**1994** 8:16
**19th** 3:19

**2**

**2** 13:4 27:23 42:4
42:6,13,20,22
43:7 45:22
50:14,18 52:8
52:22,24 53:3
54:5,5,5 55:15
55:17 58:2,11
58:13,15,21
59:4,12,16,17
59:23,24 60:4
74:11,19 80:10
**20** 29:25 35:15
**2006** 17:18
**2007** 17:18
**2008** 11:6 12:9
21:21
**2010** 2:16 47:14
48:18 63:18
64:9 71:6 72:12
**201113** 56:24
57:5 63:18
**2014** 17:19
**2015** 1:13 3:19
78:13 79:15
80:20 81:3,11
**2017** 79:16
**2030** 70:14
**206** 59:8
**20th** 21:25
**210** 54:5
**212** 54:5
**213** 52:24
**215** 54:5
**22** 28:12
**229** 1:19
**23** 2:7 51:8 54:12
81:3
**23rd** 79:15
**24** 31:2 32:11
51:5,6,24 54:13
54:23
**26** 3:18
**266** 54:19,24
59:2,5,12,13
**27** 19:11 50:1
**270** 38:11,15
**28** 32:16 36:14
37:9 54:13
74:24

**29** 38:22 76:23
**2927** 1:24 81:1

**3**

**3** 14:3 22:19 23:9
42:2,7,11,19
58:13 60:12,15
69:23 80:11
**31** 41:10
**313** 51:5,6,24
54:23
**3147042727** 1:25
81:2
**32** 42:13,20,22
43:7
**33page** 12:2
**34** 54:13
**35** 61:12
**38** 12:1

**4**

**4** 35:20,20 55:1
58:11,15,21
59:4,12,16,17
59:24 80:12
**43** 2:15
**48** 55:1

**5**

**5** 2:2 11:7 80:13
**50** 34:20 35:24
36:7 51:11
54:19,24 59:2,5
59:12,13,23
61:13,13

**6**

**6** 30:8 42:14,17
42:21,23 43:3
43:13 57:20
58:3,11 80:14
**60** 10:23
**602** 4:7
**63105** 4:8
**63301** 1:24 81:2
**65** 61:13
**686** 52:9

**7**

**7** 12:22 28:16
35:24 36:7

79:16 80:15
**70** 10:24 13:16
**700** 54:12
**74** 2:3
**740** 51:8
**77** 78:2
**78** 81:13

**8**

**8** 13:5 40:15
42:21 57:14
58:3,11 80:16
**80** 81:14
**81** 7:20 58:8
**81915** 80:4
**85** 7:21
**88** 42:14,17,23
43:3,13
**882** 52:22
**89** 58:7

**9**

**9** 80:17
**95** 27:13,18