EXHIBIT O

Page 3

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI

MISSOURI STATE CONFERENCE OF )
THE NATIONAL ASSOCIATION FOR )
THE ADVANCEMENT OF COLORED   )
PEOPLE, REDDIT HUDSON,       )
F. WILLIS JOHNSON and        )
DORIS BAILEY,                )
                             )
        Plaintiffs,          )
                             )
vs.                          ) CASE NO. 14-2077
                             )
FERGUSON-FLORISSANT SCHOOL   )
DISTRICT and ST. LOUIS COUNTY )
BOARD OF ELECTIONS           )
COMMISSIONERS,               )
                             )
        Defendants.          )

Deposition of DAVID KIMBALL, taken on
Behalf of the Defendant.
August 21, 2015

Reported by Sandra McGraw, CCR, CSR
MCGRAW REPORTING, L.L.C.
Certified Court Reporter
2927 Droste Road
St. Charles, MO  63301
314.704.2727

---

Page 3 (column 2)

| | |
|---|---|
| 1 | INDEX |
| 2 | Direct Examination by Ms. Ormsby        Page  5 |
| 3 | Cross-examination by Ms. Lakin          Page 92 |
| 4 | Cross-Examination by Ms. Ebenstein      Page 95 |
| 5 | Redirect Examination by Ms. Ormsby      Page 97 |
| 6 | Recross-examination by Ms. Ebenstein    Page 103 |
| 7 | |
| 8 | |
| 9 | INDEX OF EXHIBITS |
| 10 | Defendant's Exhibit: |
| 11 | A, William Cooper's Report              Page |
| 12 | C, Government Census Website documents       Page |
| 13 | H, Dr. Engstrom's Report                Page 27 |
| 14 | R, Dr. Kimball's Report                 Page |
| 15 | S, Blog Post                   Page  50 |
| 16 | T, Article                   Page  62 |
| 17 | |
| 18 | 4, Dr. Rodden's Report                  Page 92 |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

---

Page 2

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT FOR THE |
|   | EASTERN DISTRICT OF MISSOURI |
| 2 | |
| 3 | MISSOURI STATE CONFERENCE OF ) |
|   | THE NATIONAL ASSOCIATION FOR ) |
| 4 | THE ADVANCEMENT OF COLORED   ) |
|   | PEOPLE, REDDIT HUDSON,       ) |
| 5 | F. WILLIS JOHNSON and        ) |
|   | DORIS BAILEY,               ) |
| 6 | ) |
|   | Plaintiffs,          ) |
| 7 | ) |
|   | vs.                          ) CASE NO. 14-2077 |
| 8 | ) |
|   | FERGUSON-FLORISSANT SCHOOL   ) |
| 9 | DISTRICT and ST. LOUIS COUNTY ) |
|   | BOARD OF ELECTIONS          ) |
| 10 | COMMISSIONERS,               ) |
|   | ) |
| 11 | Defendants.          ) |
| 12 | |
| 13 | Deposition of DAVID KIMBALL, produced, sworn and |
| 14 | examined on the 21st day of August, 2015, between the |
| 15 | hours of one-thirty in the afternoon and four-thirty in |
| 16 | the afternoon of that day in the Crotzer & Ormsby, 130 |
| 17 | South Bemiston Avenue, Suite 602, in the County of St. |
| 18 | Louis, State of Missouri, before Sandra McGraw, CCR |
| 19 | #614, in a certain cause now pending in the United |
| 20 | States District Court for the Eastern District of |
| 21 | Missouri, MISSOURI STATE CONFERENCE OF THE NATIONAL |
| 22 | ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, |
| 23 | REDDIT HUDSON, F. WILLIS JOHNSON, and DORIS BAILEY, |
| 24 | Plaintiffs, vs. FERGUSON-FLORISSANT SCHOOL, et al., |
| 25 | Defendants; on behalf of the Defendants. |

---

Page 4

| | |
|---|---|
| 1 | APPEARANCES |
| 2 | For Plaintiff:   American Civil Liberties Union |
| 3 | 125 Broad Street, 18th Floor |
| 4 | New York, New York 10004-2400 |
| 5 | By:  Ms. Sophia Lin Lakin |
| 6 | SLS Post Graduate |
| 7 | Public Interest Fellow |
| 8 | and Ms. Julie A. Ebenstein |
| 9 | |
| 10 | For Defendant:   Crotzer & Ormsby |
| 11 | Attorneys at Law |
| 12 | 130 South Bemiston Avenue, Suite 602 |
| 13 | St. Louis, Missouri 63105 |
| 14 | By:  Ms. Cindy Reeds Ormsby |
| 15 | Ms. Angela Bullock Gabel |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

Page 5

1    DAVID KIMBALL,
2  of lawful age, being duly sworn to tell the truth, the
3  whole truth, and nothing but the truth, deposes and
4  says on behalf of the Defendant as follows:
5    DIRECT EXAMINATION
6  BY MS. ORMSBY:
7    Q.  Good afternoon, Dr. Kimball.
8    A.  Hi.
9    Q.  I'm Cindy Ormsby.  I'm one of the attorneys
10  that represent the Defendants in this case.
11    Could you state your full name, please, for the
12  record.
13    A.  David Cunningham Kimball.
14    Q.  Okay.  And do you live in St. Louis?
15    A.  Yes.  Webster Groves.
16    Q.  Okay.  Have you ever had your deposition taken
17  before?
18    A.  No.
19    Q.  All right.  So I'll go through some ground
20  rules.  I'm sure your attorneys have already talked to
21  you about it but I'll tell you again.
22    So if you could answer -- wait for me to finish my
23  question before you start your answer, and I will try
24  to wait for you to answer your -- finish your answer
25  before I ask my next question.  And it's because the

Page 6

1  court reporter is taking everything down and she can't
2  type when two people are talking.  Is that okay?
3    A.  Yes.  Uh-huh.
4    Q.  And could you answer verbally like you just
5  did instead of shaking your head and nodding your head?
6    A.  Yes.
7    Q.  Because also gestures are difficult to type
8  down.
9    A.  Right.
10    Q.  And if I ask a question that you don't
11  understand, which is likely, my words get jarbled every
12  once in a while, please ask me to rephrase the question
13  if you don't understand it.  If you answer the
14  question, I'm going to assume you understood it.
15    A.  Okay.
16    Q.  Is that fair?
17    Okay.  What have you done to prepare for this
18  deposition?
19    A.  I read my reports, and I read the first report
20  from Dr. Rodden, and the rebuttal report from
21  Dr. Rodden, and I've had conversations with Julie and
22  Sophia.
23    Q.  Okay.  Have you spoken to any of the other
24  experts in this case?
25    A.  No.

Page 7

1    Q.  Have you read any of the reports written by
2  the other Plaintiffs' experts in this case?
3    A.  No, I have not.
4    Q.  Okay.  And have you spoken to anyone other
5  than the attorneys regarding this case?
6    A.  No.
7    Q.  Okay.  Can we just get a little bit of
8  education background?  Can you tell me where you
9  graduated from high school?
10    A.  John Burroughs High School.
11    Q.  Oh, here in St. Louis.  Okay.
12    And where did you go to undergrad?
13    A.  Brown University.
14    Q.  Okay.  And what year did you graduate from
15  Brown?
16    A.  1989.
17    Q.  Okay.  And what was your degree in?
18    A.  Political science and applied mathematics.
19    Q.  Okay.  I'll let you take a drink.
20    A.  Thanks.
21    Q.  I forgot to say one other thing.  If you need
22  a break at any time, just speak up.
23    A.  Okay.
24    Q.  And as long as you just answer the question
25  that's on the table before, just let me know.

Page 8

1    All right.  So you graduated from Brown when?  I'm
2  sorry.
3    A.  1989.
4    Q.  Okay.  And then did you go directly to grad
5  school?
6    A.  No.
7    Q.  What did do you after?
8    A.  I worked at the Environmental Protection
9  Agency.
10    Q.  Where was that?
11    A.  In Washington, D.C.
12    Q.  Okay.  How long did you work there?
13    A.  About three years.
14    Q.  Okay.  And at that point did you go to grad
15  school?
16    A.  Then I went to grad school.
17    Q.  Where did you attend grad school?
18    A.  Ohio State University.
19    Q.  Okay.  And were you there until you got your
20  doctorate, your Ph.D?
21    A.  Yeah.
22    Q.  Okay.  And what -- when did you get -- when
23  did you graduate or get your Ph.D?
24    A.  In 1997.
25    Q.  And then did you get your first professional

Page 9

1  job upon receiving your doctorate?  Did you have a
2  postdoc or what did you do next?
3      A.  Then I got -- my first job was at Southern
4  Illinois University Carbondale.
5      Q.  Okay.  All right.  And were you a professor
6  there?
7      A.  Uh-huh.
8      Q.  Okay.
9      A.  Assistant professor.
10      Q.  And how long were you there?
11      A.  I was there three years.
12      Q.  Okay.  And you went from Southern Illinois
13  University to where?
14      A.  To UMSL.
15      Q.  Okay.  And you've been there since?
16      A.  Yeah.
17      Q.  So what year did you begin at UMSL?
18      A.  2001.
19      Q.  Okay.  Okay.  How many VRA cases have you been
20  involved with?
21      A.  Five or six.
22      Q.  Okay.  And have you testified as an expert
23  witness in those cases?
24      A.  I've testified as a witness in two
25  redistricting cases, yeah.

Page 10

1      Q.  Okay.  Were these VRA cases involving
2  Section 2 of the VRA?
3      A.  I guess -- the Missouri redistricting case I
4  don't think -- I don't think involved any voting rights
5  issues, not a Section 2.  But the county council
6  redistricting case, I think there was some voting
7  rights, Section 2 discussion to it.
8      Q.  Okay.  So what are the five cases that you've
9  been involved in?
10      A.  Let's see, working backward, the St. Louis
11  County Council case was the Stenger v. Kellett, I
12  think.  The Missouri redistricting case, something like
13  Pearson v. Koster maybe.  I'm not sure if I have the
14  names right on that one.
15      Then there was, let's see, there was a provisional
16  voting case in Ohio in 2012.  John Husted is the
17  defendant and it was either ACLU or NEOCH versus
18  Husted.  NEOCH, that was the acronym for the other,
19  Northeast Ohio Coalition for the Homeless, I think.
20      Let me think.  There was a 2003 case in New York.
21  New York -- State of New York.  Brennan Center v. -- I
22  can't remember who the defendant was.
23      And then in 2006 or 2008 a case in Ohio.
24      Q.  Okay.
25      A.  Brunner was the defendant and that was --

Page 11

1  probably ACLU would be Brunner, I guess.  I'm not sure
2  I have the names right on that.
3      Q.  Okay.  And you testified as an expert witness
4  in these cases but you've never had your deposition
5  taken?
6      A.  Correct.
7      Q.  Okay.  So how many of the cases that you
8  either testified or provided expert reports in did you
9  work for the ACLU?
10      A.  That would be the 2012 case in Ohio and the
11  2008 case in Ohio.
12      Q.  2008 and 2003 -- oh, no.  2006?
13      A.  It was either 2006 or 2008 in Ohio.  I can't
14  remember the year exactly.
15      Q.  And then 2012?
16      A.  Right.
17      Q.  Okay.  Have you ever been an expert witness on
18  behalf of the NAACP?
19      A.  No, I think this is the first.
20      Q.  And in all of these cases did you testify on
21  behalf of the plaintiffs?
22      A.  I think that's right.
23      Q.  And are you -- other than this case are you
24  involved in any other VR cases -- VRA cases currently?
25      A.  No.

Page 12

1      Q.  And have you previously worked on any cases in
2  Missouri?  So I heard the St. Louis County case, right?
3      A.  Right.  That was in the -- in the Missouri
4  redistricting -- congressional redistricting case.
5  Both of those were in 2012.
6      Q.  And have you ever worked specifically with
7  Plaintiffs' attorneys prior to this case?
8      A.  With Julie and Sophia?
9      Q.  Uh-huh.
10      A.  No.
11      Q.  And who initially contacted you with regard to
12  this case?
13      A.  I think Julie did.
14      Q.  Do you remember when?
15      A.  Several months ago.  Around the beginning of
16  the year I think.  Yeah, around the first of the year.
17      Q.  Okay.
18      A.  I can't -- I can't remember exactly what date.
19      Q.  Okay.  And what's your hourly rate on this
20  case?
21      A.  A hundred dollars.
22      Q.  And have you submitted invoices to the ACLU?
23      A.  I think I've submitted two so far.
24      Q.  And do you submit them directly to the ACLU?
25      A.  Right.  I think I mailed them to Julie.

Page 13

1    Q.  And do you know approximately how many hours
2  you've billed on this case so far?
3    A.  Maybe thirty hours roughly.  I'm not -- I'm
4  not certain.
5    Q.  Okay.  And has anyone assisted you in any
6  manner in this case?
7    A.  No, I don't think so.
8    Q.  And what do you understand your role to be in
9  this case?
10    A.  As an expert to provide a report on the
11  Ferguson-Florissant School District elections.
12    Q.  Are you an expert in the VRA?
13    A.  Yes.  I mean, that was part of my -- part of
14  my analysis.
15    Q.  And why do you believe you're an expert?
16    A.  I've done some previous research on voting and
17  elections and issues relating to the Voting Rights Act.
18    Q.  You attached a copy of your CV to your initial
19  report, correct?
20    A.  Yes.
21    Q.  Can you -- can you define what a refereed
22  article is?
23    A.  That's an article that's gone through a
24  peer-review process before it's published.  Typically
25  two or three other scholars read it.  And if they

Page 14

1  support publishing it, then it usually gets published.
2  And if they oppose publishing it, then it doesn't get
3  published.
4    Q.  And is that the same definition for a refereed
5  book?
6    A.  Yes.
7    Q.  What would you consider to be a high level
8  journal for publication in political science?
9    A.  There are -- there are lots of journals in
10  political science.  The -- yeah, I guess there are
11  several high level journals.  American Political
12  Science Review, Journal of Politics, American Journal
13  of Political Science, Public Opinion Quarterly,
14  Political Research Quarterly.
15    Q.  Okay.  And have you been published in any of
16  those journals?
17    A.  Most of those.  Not all of them.
18    Q.  So would you say that if you are -- if you
19  publish an article -- and all of those are peer-reviwed
20  journals, correct?
21    A.  Right.  The ones I mentioned, yes.
22    Q.  And would you say that if you've been
23  published in one of those journals, that you've reached
24  a fairly high level of attainment within the political
25  science field?

Page 15

1    A.  Yes.
2    Q.  Can you tell me what it means when your work
3  gets cited?
4    A.  That means another published study mentions
5  your study in their paper or book.
6    Q.  And is that a good thing, for a political
7  scientist to be cited?
8    A.  Right.  Yeah, it's a good thing.
9    Q.  Okay.  Do you know approximately how many
10  citations you have?
11    A.  Oh, I don't have a good -- a couple hundred.
12  I haven't -- I haven't had to check up on it in a
13  while.  I think, yeah, several hundred but I don't know
14  specifically.
15    Q.  Well, we actually checked for you.
16    A.  Okay.
17    Q.  So would you be surprised to know it was about
18  fifteen hundred?
19    A.  Fifteen hundred?  Didn't know it was that
20  high.  Okay.
21    Q.  So would you -- approximately.  Give or take.
22    A.  Okay.
23    Q.  So would you consider a political scientist
24  that has been published that many or more, say up to
25  twenty-five hundred times, to be fairly accomplished?

Page 16

1    A.  Uh-huh.  Yes.
2    Q.  I'm going to enter Exhibits R and S.
3      (Defendant's Exhibit R was marked for
4      identification.)
5    Q.  (By Ms. Ormsby)  Can you look at those and can
6  you identify those as the reports that you filed in
7  this case?
8  Here's the second one.  Sorry.
9      (Discussion held off the record.)
10    Q.  (By Ms. Ormsby)  Now, there you go.  Do you
11  recognize those as the reports that you filed in this
12  case?
13    A.  Yes.
14    Q.  Okay.
15  As part of your assessment on Senate Factor 2, did
16  the Plaintiffs' attorney ask you to examine for the
17  court whether voting was racially polarized in the
18  Ferguson-Florissant School District?
19    A.  I don't think they asked me to do it directly.
20  This was something that I had done on my own before
21  they had contacted me, or I started to do before they
22  contacted me.  The analysis of the 2014 election.
23    Q.  And you did this by examining the correlation
24  at the level of precincts between the combined votes of
25  a group of African-American candidates and the percent

Page 17

1  of the voting age population that was African American;
2  is that correct?
3      A. Yes.
4      Q. And did you believe this was a good way of
5  establishing whether voting was racially polarized?
6      A. It's one of -- one of three different
7  approaches that are commonly used to examine racially
8  polarized voting.
9      Q. What are the other two approaches?
10     A. So, I mean, the graph, I would consider this
11  ecological regression. And the other two are
12  homogeneous precinct analysis, and ecological inference
13  is the third.
14     Q. And which of those three are the most
15  generally accepted methods for political scientists?
16     A. I don't know that there's one that's
17  preferred. I think it's useful to use two or three of
18  them in conjunction with each other.
19     Q. Okay. I don't want to cut you off so.
20     A. Yeah.
21     Q. Okay. And you decided to make your
22  determination on whether or not voting was racially
23  polarized based solely on the election in 2014; is that
24  correct?
25     A. For this report.

Page 18

1      Q. Okay.
2      A. Correct.
3      Q. And was there precinct level data available
4  for other recent school board elections, such as in
5  2012, 2013, and 2015?
6      A. There was precinct data available, yes.
7      Q. Why did you decide to limit your analysis to
8  only 2014?
9      A. At this point I was interested in seeing
10  whether there was evidence of racially polarized
11  voting. And since I found it in 2014, I thought that
12  was -- I thought that was sufficient for this report.
13     Q. What about the 2015 election which occurred
14  after that election, you didn't look at that?
15     A. Not in this report. I did in the rebuttal
16  report.
17     Q. I'm going to --
18        (Discussion held off the record.)
19     Q. (By Ms. Ormsby) Okay. Sir, I've handed you
20  Dr. Redden's initial report; is that correct?
21     A. Yes.
22     Q. And you reviewed that prior?
23     A. Yes.
24     Q. Could you turn to page 20 of that report.
25  And Dr. Rodden did the same analysis that you did

Page 19

1  for 2014, but he also included a scatter plot for the
2  other three most recent elections; is that right?
3      A. It's a similar analysis to what I did. Not
4  exactly the same.
5      In my analysis of 2014, I just examined the three
6  candidates, the three African-American candidates, who
7  ran jointly under the same banner. And Rodden, I
8  think, examined all African-American candidates in each
9  election.
10     The other differences in my report, I weighted the
11  precincts by how many voters there were in each
12  precinct. And it appears to me that Rodden didn't do
13  that in his analysis.
14     Q. But you admit that Dr. Rodden provided
15  information on the other three most recent --
16     A. Yes.
17     Q. -- elections?
18     A. Yes.
19     Q. But you didn't believe that the court would
20  find that information useful?
21     A. I didn't -- I didn't consider -- I didn't
22  think about that question when I wrote my report.
23     Q. Okay. Were you aware at the time that you
24  wrote your report that 2014 was an outlier compared to
25  the other three elections? That the correlation

Page 20

1  between the African-American share of VAP and the vote
2  shares of African-American candidates was far higher in
3  2014 than in any other recent election?
4      A. When I wrote my first report I didn't analyze
5  that question, so I didn't know what the correlations
6  were for the other -- for the other elections.
7      Q. Do you have any reason to doubt the data in
8  Figure 7 of Dr. Rodden's report?
9      A. No.
10     Q. And would you agree that the lines in Figure 7
11  are much flatter for the other three elections, other
12  than 2014?
13     A. The blue curves are flatter.
14     Q. Do you believe that 2015 was a racially
15  polarized election?
16     A. I do.
17     Q. And now if you look at Dr. Rodden's graph, it
18  looks like the precincts with around twenty percent
19  African-American VAP gave about fifty percent of their
20  votes to African-American candidates; is that correct?
21     A. Roughly, yeah.
22     Q. And it looks like precincts with eighty
23  percent African-American VAP gave about sixty percent
24  of their votes to African-American candidates; is that
25  right?

Page 21

1    A. Approximately, yes.
2    Q. And between twenty and eighty percent of
3    African-American VAP, that line is basically flat
4    between twenty and eighty percent?
5    A. Or slightly upwardly sloping.
6    Q. And you call that a polarized election?
7    A. Yes. And 2012 and 2013 as well. I mean,
8    these graphs aren't the only way to analyze voting
9    behavior in elections.
10   In each of the four elections depicted there, the
11   top choice among white voters was different than the
12   top choice among African-American voters. And in each
13   of those elections the top choice among white voters
14   won, but the top choice among black voters didn't win
15   in each of those elections.
16   Q. But looking just at those graphs, which is
17   similar to the graph that you provided as evidence
18   in --
19   A. Uh-huh.
20   Q. -- your report, would you say just looking at
21   that graph that it appears that there's racial
22   polarization without considering the other factors that
23   you mentioned?
24   A. I guess I wouldn't be comfortable in answering
25   that question just based on the graph. I'd prefer

Page 22

1    using at least a couple of the different approaches to
2    study racially polarized voting to make a conclusion.
3    Q. But you used a graph just like that to
4    demonstrate racially polarized voting in your report;
5    is that right?
6    A. I did but I also did the homogeneous precincts
7    analysis in my report as well.
8    Q. And Dr. Rodden did further analysis as well
9    too, correct? But this is just one aspect of his
10   report that you both included to some degree, correct?
11   A. Included in some degree, yes.
12   Q. And I'm asking you to just make -- give me an
13   opinion based on this particular evidence in this
14   particular portion of both of your report -- of the
15   report to indicate whether or not those graphs indicate
16   racial polarization.
17   MS. EBENSTEIN: I'm sorry, Cindy. I'm going
18   to object. If you could provide him with a background
19   data of those graphs so that -- if you'd like him to
20   review that data, the data was not provided by
21   Dr. Rodden in his report. For completeness the data
22   should be provided if you'd like him to interpret it
23   for the first time.
24   MS. ORMSBY: First of all, it's not the first
25   time. He's had these reports and he seemed to already

Page 23

1    provide me with the information that Dr. Rodden
2    included in his report, stating that he analyzed all of
3    the African-American candidates, not just the three in
4    the coalition that were in 2014.
5    Q. (By Ms. Ormsby) And my question is simple.
6    Based on those maps as they are in Dr. Rodden's report,
7    whether they're right or wrong, would you say that they
8    depicts racial polarization?
9    A. I think it's -- I would rather see more
10   evidence in additional measures to make a conclusion
11   about racial polarized voting than just looking at one
12   graph.
13   Q. I understand that. I understand that you did
14   that. But this is one facet of racial polarization; is
15   that right? You included that map in your report. You
16   believe it to be --
17   A. -- A similar figure.
18   Q. Yeah. You believe it to be relevant to the
19   court, that -- those sorts of graphs. And I'm asking
20   you whether the background data is, right or wrong,
21   whether those maps as they are sitting there in front
22   of you, whether those indicate racial polarization in
23   2012, '13 and '15.
24   A. I guess I would say my same answer. I'd
25   prefer to look at more evidence or additional measures

Page 24

1    to make a conclusion about racially polarized voting in
2    addition to just the one figure.
3    Q. So you don't know based on looking at those
4    maps, those graphs?
5    A. Right. I wouldn't make a judgment just based
6    on the figures.
7    Q. But would you agree with me that you would
8    like the court to conclude that there is racial
9    polarization based on your map that you provided for
10   2014?
11   A. Based on the analysis I did for 2014, I
12   concluded there was racially polarized voting.
13   Q. So can the court ignore your graph and just
14   look at your other data? Because you put your graph in
15   your map -- in your report to show the court that
16   there's racial polarization, right? Isn't that the
17   purpose of the map?
18   A. That was part of the evidence I provided. I
19   also provided the homogeneous precinct estimates and
20   the ecological regression estimate.
21   Q. And we're going to talk about those thoroughly
22   in a few minutes. I'm just wondering why the map was
23   included if it's not a definitive indicator.
24   A. Well, I included it as part of the evidence.
25   Q. All right. So let's go to your homogenous

6 (Pages 21 to 24)

Page 25

1  precinct analysis.
2      But your initial report where you only included
3  2014, you didn't believe the context of the elections
4  that took place in '12, '13, and '15 were relevant to
5  the court's analysis?
6      A.  I didn't consider other -- including other
7  elections at that time.
8      Q.  Even though there was a more current election
9  available to you?
10     A.  Yeah, I guess that's right.  My first report
11  was in May and the 2015 election was in April.
12     Q.  All right.  Let's go to your homogeneous
13  precinct analysis.  In addition to those scatter plots
14  connecting the race of the candidates and the race of
15  the voters, you conducted homogeneous precinct analysis
16  for the 2014 election only in your initial report; is
17  that right?
18     A.  Right.
19     Q.  And you contrasted the success of black and
20  white candidates in different types of precincts; is
21  that right?
22     A.  Right.
23     Q.  How would you define homogeneous precinct
24  analysis?
25     A.  It means comparing precincts that are heavily

Page 26

1  of one group against precincts that are heavily
2  populated by another group.
3      So in this case I was comparing precincts that
4  were eighty percent or ninety percent African-American
5  voting age population versus precincts that were less
6  than twenty percent or less than ten percent
7  African-American voting age population.
8      Q.  Would you say the majority of the political
9  scientists in your field consider homogeneous precinct
10  analysis to be as reliable as King's method?  And I'm
11  asking for political scientists as a whole, as a body.
12     A.  Political -- I think political scientists
13  would consider both methods useful information for
14  analysis.
15     Q.  What thesis did you -- what theory did your
16  thesis rely on?
17     A.  My --
18     Q.  Doctoral thesis?
19     A.  I didn't -- how can I explain?  I don't
20  believe I used either of these methods in my doctoral
21  thesis.  In my first book I did.  My first book I used
22  the King ecological inference.
23     Q.  Why didn't you use HP?
24     A.  So the disadvantage of the homogeneous
25  precincts is you're only examining some of the

Page 27

1  precincts and leaving out -- leaving out other data.
2      Q.  Actually a lot of data, right?
3      A.  In some cases, yes.
4      Q.  In this case?
5      A.  In this case I think the homogeneous precincts
6  were what, maybe a quarter of -- quarter to a third of
7  the precincts.  So leaving out two thirds to three
8  quarters of the precincts.
9      Q.  Okay.  I'm going to give you Exhibit H --
10     A.  Can I just finish my --
11     Q.  Sure.  I'm sorry.
12     A.  The advantage of the homogeneous precincts is
13  that since you're only examining precincts that are
14  heavily white or heavily African American, there's
15  no -- you're much more certain about what those
16  precincts say about the voting behavior of the people
17  in those precincts so there's no inference or
18  estimation involved.
19     Q.  Okay.  I'm going to give you what's been
20  previously marked as Defendant's Exhibit H.  It's the
21  expert report of Dr. Engstrom, another Plaintiffs'
22  expert in this case.  Your counsel may want you to take
23  time to read the entire thing, but at this point I'm
24  asking you to just refer to page 5, a footnote on
25  page 5 of Dr. Engstrom's report.  Could you read that

Page 28

1  out loud, please?
2      A.  The Footnote 4, this procedure?
3      Q.  Uh-huh.
4      A.  ***This procedure is detailed in Gary King, A
5  Solution to the Ecological Inference Problem, colon,
6  Reconstructing Individual Behavior From Aggregate Data,
7  parentheses, Princeton University Press, 1997, close
8  parentheses, and is now used widely by expert witnesses
9  in assessing racially polarized voting in voting rights
10  cases, period.
11     On the superiority of EI over ecological
12  regression for assessing differences in the candidate
13  preferences between or among groups of voters, which
14  had been relied upon by the Supreme Court in 1986 in
15  Gingles, comma, 478 U.S. at 52 dash 53, see King, A
16  Solution, at 15 dash 16.  EI was developed subsequent
17  to that case for the explicit purpose of improving
18  these estimates.
19     See also D. Stephen Voss, quote, Using Ecological
20  Inference for Contextual Research, close quote, in Gary
21  King, Ori Rosen, and Martin Tanner, editors, Ecological
22  Inference, colon, New Methodological Strategies,
23  parentheses, Cambridge University Press 2004, close
24  parentheses, at 93, parentheses, EI, quote, is
25  unparalleled when applied to the actual sort of data

Page 29

1   needed for analyzing important social issues such as
2   racial voting patterns, close quote, close
3   parentheses.
4       **Q. So a fellow expert in this case on behalf of**
5   **the Plaintiffs', Dr. Engstrom, argues that -- or states**
6   **that ecological inference is recognized as superior; is**
7   **that right?**
8       A. Superior to ecological regression.
9       **Q. And homogeneous precinct, correct?**
10      A. He says it's widely used. He says it's
11  superior over ecological regression. I don't think he
12  mentioned homogeneous precincts in the footnote.
13      MS. LAKIN: Also before he answers other
14  questions about this, I'd just like him to sort of flip
15  through, what, these pages 4 through 14.
16      A. Four through fourteen.
17      MS. ORMSBY: We can take time for him to read
18  the whole thing if you'd like.
19      MS. EBENSTEIN: I don't think that's
20  necessary. But you've had him read a footnote. Maybe
21  he could see that footnote too. So at least that
22  paragraph that it footnotes.
23      MS. ORMSBY: Absolutely.
24      MS. EBENSTEIN: You said you only had
25  questions about the footnote?

Page 30

1       MS. ORMSBY: Right now. I am going to refer
2   to some of Dr. Engstrom's tables later on with regard
3   to his homogeneous precinct analysis and ecological
4   inference.
5       MS. EBENSTEIN: So just to be clear on --
6       MS. ORMSBY: Tables 1 and 2 I will be
7   referring to later.
8       MS. EBENSTEIN: So just to be clear on the
9   record, you're asking him to read or interpret
10  something that he hasn't seen before?
11      MS. ORMSBY: I'm asking --
12      MS. EBENSTEIN: If we are going to do that,
13  before he answers any questions about those tables
14  we're going to ask that he at least be able to review
15  the analysis.
16      MS. ORMSBY: And of course that's acceptable
17  to me.
18      A. Okay.
19      **Q. (By Ms. Ormsby) Okay. So you believe that**
20  **homogeneous precinct analysis to be as reliable as**
21  **using King's method of ecological inference?**
22      A. I think homogenous precincts is a useful
23  method to be used in conjunction with the other two.
24      **Q. What conditions need to be present in order**
25  **for homogeneous precinct analysis to be used over**

Page 31

1   **ecological inference?**
2       A. I guess I don't think about preferring one
3   over the other. I like to use them in conjunction. I
4   think the advantage of homogeneous precincts is you're
5   just examining the precincts that are quite homogeneous
6   and so there's -- you're more certain about underlying
7   voting behavior in those precincts. Obviously the
8   disadvantage is you're ignoring other precincts.
9       The danger as I see it with both ecological
10  inference and ecological regression is they're still
11  estimates. You're not guaranteed of getting the truth.
12  And so it's useful, I think, to use several of these
13  methods in conjunction.
14      **Q. But to be clear, in your initial report you**
15  **didn't use any other analysis, did you?**
16      A. In my initial report I did ecological
17  regression and the homogeneous precincts.
18      **Q. You did ecological regression for your graph**
19  **for 2014; is that right?**
20      A. Well, that's just a graph. That's not -- it's
21  not -- the graph doesn't give you the estimate.
22      **Q. When you analyzed voting preferences of**
23  **minority and white candidates, you used only**
24  **homogeneous precinct analysis; is that right?**
25      A. In my initial report I used both ecological

Page 32

1   regression and homogeneous precinct analysis.
2       **Q. Let's turn to your analysis. Let's -- could**
3   **you open your --**
4       A. My first report?
5       **Q. Uh-huh. Yes. Can you read -- turn to page 5.**
6   **And under the section titled Homogeneous Precinct**
7   **Analysis, could you read your first sentence?**
8       A. In precincts where the voting age population
9   is more than eighty percent African American, coalition
10  candidates received seventy-one percent of the votes
11  cast for FFSD School Board seats, eleven precincts.
12      **Q. What is the general cutoff generally for**
13  **homogeneous precinct standards?**
14      A. I don't think there's a unique cutoff.
15  Somewhere around eighty percent, eighty-five percent,
16  ninety percent is typically what analysts use, at least
17  that I'm familiar with.
18      **Q. Well, I'm going to ask you to look at**
19  **Professor Engstrom's report then again and turn to page**
20  **13, Footnote 9. And please feel free to read whatever**
21  **you want with regard to this footnote.**
22      **But it states -- the first sentence states: HP**
23  **analysis are typically based on cutoffs of the ninety**
24  **percent and ten percent. But in this application**
25  **eighty-five percent and fifteen percent are employed**

---

Page 33

1 due to the small number of precincts that satisfy the
2 ninety percent and ten percent threshold.
3 **Did I read that correctly?**
4 A. Yes.
5 Q. So Dr. Engstrom states that typical HP
6 analysis involves a ninety/ten threshold; would that be
7 right?
8 A. That's what his first sentence seems to be
9 saying.
10 Q. Okay. And feel free to read the paragraph
11 that that's associated with, the remainder of that
12 footnote if you'd like.
13 **Are you ready?**
14 A. Okay.
15 Q. So Dr. Engstrom felt it was important to
16 reveal that he was using a lower threshold than what is
17 normal because he used an eighty-five/fifteen
18 threshold. Why didn't you disclose that you were using
19 an unusually low threshold?
20 A. Again, my view of homogeneous precincts is
21 that somewhere around an eighty percent to ninety
22 percent cutoff is what's usually done. So my
23 definition of typical is maybe a little bit different
24 than Engstrom's.
25 Q. Can you cite to any scholarly publications

Page 34

1 that would accept an eighty/twenty threshold in
2 conducting a homogeneous precinct analysis?
3 A. I don't know any -- I can't think of any
4 studies that say specifically what the cutoff should
5 be.
6 Q. Why did you change your threshold to
7 eighty/twenty?
8 A. I used both eighty/twenty and ninety/ten in my
9 initial report, so I don't think I was changing
10 anything.
11 Q. Do you inform the reader when you're using
12 eighty/twenty and when you're using ninety/ten?
13 A. Yes.
14 Q. In your initial report?
15 A. Yes.
16 Q. On page 5 you state that the only three
17 precincts -- that there were only three precincts that
18 were more than ninety percent African American and only
19 two were under ten percent; is that what you state?
20 A. Right.
21 Q. So are you saying that you don't really trust
22 the ninety/ten analysis because it would look to be
23 based on a ridiculously small number of precincts?
24 A. I just reported both numbers so that readers
25 could have both numbers to compare. Both sets of

Page 35

1 analyses in my view produced similar estimates of what
2 the African-American voting behavior was in that
3 election and what the non-African-American voting
4 behavior was in that election.
5 Q. Doesn't Gary King state that -- and not only
6 Gary King but other political science methodologists
7 state that that's why we're better using ecological
8 inference analysis, so we can make optimal use of all
9 the information in all of the precincts?
10 A. The -- an advantage of ecological inference is
11 it uses all of the precincts. I guess in my view I
12 still like the homogeneous precinct analysis as well,
13 to use in conjunction with the other two methods, since
14 there's no estimation involved.
15 Q. But as you stated, you used it only in
16 conjunction with one other method, correct?
17 A. Right. With ecological regression.
18 Q. Now, in your rebuttal report you do some
19 additional homogeneous precinct analysis, right?
20 A. Yes.
21 Q. And if you want to get your rebuttal report, I
22 believe it's right there.
23 And you provide thoughts on why you believe
24 ecological inference analysis is inappropriate,
25 correct?

Page 36

1 A. Not inappropriate. I just said we should be
2 cautious in interpreting the results of ecological
3 inference.
4 Q. You suggest on page 4 that there are many
5 precincts in the school district with similar
6 proportions of black and white adults and that this
7 poses a challenge for ecological inference and
8 ecological regression estimates of the voting behavior
9 of whites and African Americans; is that what you
10 state?
11 A. Uh-huh.
12 Q. So if I'm understanding you correctly, you're
13 saying that a majority of the district is so racially
14 integrated that we can't learn much about the voting
15 choices of racial groups; is that what you're saying?
16 A. Many of the -- many of the precincts in the
17 district are integrated, which makes it more difficult
18 to infer the behavior of white voters versus the
19 behavior of black voters.
20 Q. So instead you need to seek out a smaller
21 number of blacks and whites who live in homogeneous
22 precincts to see if their behavior is different; is
23 that what you are doing?
24 A. I said it's good to compare the ecological
25 inference estimates to the homogeneous precincts

Page 37

1  estimates. So I think it's useful to use both.
2      Q. But you agree that the vast majority of blacks
3  and whites are living in fairly integrated
4  neighborhoods; is that right?
5      A. Most -- most of the precincts in the district
6  have either more than twenty percent African-American
7  or less than eighty percent African-American voting age
8  population.
9      Q. Do you know where the homogenous black
10  precincts are located in the district?
11      A. Not all of them. I'm guessing most of them
12  are probably in the Ferguson area but I don't know for
13  sure.
14      Q. Can you look at Table 2 in your supplemental
15  report? And in that table --
16      A. Uh-huh.
17      Q. -- you use an eighty/twenty cutoff; is that
18  right?
19      A. For homogeneous precincts, yes.
20      Q. And in Table 3 you switch to a ninety/ten
21  cutoff, correct?
22      A. Yes.
23      Q. And can you show me in the text where you
24  explain that you're changing from eighty/twenty to
25  ninety/ten?

Page 38

1      A. I don't think I said anything in the text. I
2  just put it in the tables what those were.
3      Q. So you didn't think it was important to inform
4  the reader that you were changing from one cutoff to
5  the other in your tables?
6      A. I thought the tables spoke for themselves,
7  indicating what the analysis was.
8      Q. I guess I'm a little confused on why you said
9  there weren't enough precincts to do -- to use the
10  ninety/ten cutoff but then you do use the ninety/ten
11  cutoff for Table 3.
12      A. I think Engstrom was the one who said that,
13  not me. That there weren't enough precincts to do a
14  ninety/ten cutoff.
15      Q. But you chose to, except in Table 3, use an
16  eighty/twenty cutoff; is that right?
17      A. In Table 2 I did an eighty/twenty cutoff. In
18  Table 3 I did a ninety/ten.
19      Q. And what did you do in your initial report?
20      A. In the initial report I did an eighty -- well,
21  in the initial report I did both, eighty/twenty and
22  ninety/ten.
23      Q. Can you show me where you did the
24  eighty/twenty and where you did the ninety/ten --
25      A. In the --

Page 39

1      Q. -- in your initial report?
2      A. In the initial report?
3      On page 5 of my initial report in the section
4  homogeneous precinct analysis, the first two sentences
5  are the eighty/twenty analysis and the next two
6  sentences are ninety/ten analysis.
7      Q. Is that it?
8      A. I think that was the only part of my initial
9  report where I did the homogeneous precinct analysis.
10  I think that's right.
11      Q. And do you believe it's common to switch back
12  and forth between two different thresholds within
13  reports?
14      A. That's -- I -- I think it's useful to do that
15  just to see if the results change dramatically when you
16  go from one to the other.
17      Q. Are you done?
18      A. Yes.
19      Q. And were you comparing your own results
20  between twenty-eighty and ten/ninety?
21      A. I think -- on my second report?
22      Q. Uh-huh. Yes.
23      A. I think I just did what I reported in the
24  tables here. I can't remember if I also did a
25  ninety/ten for Table 2 or an eighty/twenty for Table 3.

Page 40

1      Q. So that was my next question. Did you conduct
2  analysis of turnout with what you describe as the
3  eighty/twenty cutoff?
4      A. I can't remember if I did or what the -- yeah,
5  I can't remember if I did or not.
6      Q. How long would it take you to do both of the
7  calculations?
8      A. Not too long. Maybe an hour.
9      Q. So when you were preparing your report you
10  didn't switch between the two thresholds to determine
11  which numbers to compare your results prior to putting
12  them in your -- you just decided I'm going to use
13  ninety/ten for the turnout but I'm going to use
14  eighty/twenty when determining preferred candidates?
15  That just -- those numbers just -- you just decided
16  that?
17      A. Eighty to ninety is just, yeah, is generally
18  where homogeneous precincts is usually done, yeah. And
19  one I reported eighty/twenty and the other I reported
20  ninety/ten.
21      Q. And you didn't do calculations both ways?
22  When you're writing your report you thought, Oh, I
23  think for a minority-preferred candidate I'm going to
24  use eighty/twenty and then I think what I'm doing is
25  going to turn around and do ninety/ten. You just --

## Page 41

1 you just decided that and then didn't do any other
2 calculations for the other way?
3     MS. LAKIN:  Asked and answered.
4     Q. (By Ms. Ormsby)  Okay.
5     A. I just did these, these here.
6     Q. Okay.  Do you believe that that would be an
7 acceptable method should you be submitting this as a
8 peer-reviewed report?
9     A. I think using homogeneous precincts analysis
10 and the other methods would be appropriate for a peer
11 review.
12     Q. That's not my question.  Do you think it's
13 appropriate to switch between thresholds?  Do you think
14 that that would be an acceptable -- what's the word I'm
15 looking for -- method -- would that be -- would that
16 pass muster in any peer-reviewed report where you're
17 switching between thresholds, without any discussion of
18 switching between thresholds, just doing it without any
19 explanation of why?
20     A. I can see peer reviewers saying just do a
21 consistent cutoff, either eighty/twenty or
22 ninety/ten.
23     Q. But you didn't think to do that in this
24 report?
25     A. No.

## Page 42

1     Q. Did you conduct the ecological inference
2 analysis of turnout by race in the Ferguson-Florissant
3 School District?
4     A. No.  Rodden did that in his report.
5     Q. So you didn't do the analysis to see if you
6 agreed with Dr. Rodden's results?
7     A. I figured he did it correctly, so -- so I
8 didn't see the need to do it myself.
9     Q. So do you believe that in this case the court
10 should reject ecological inference in favor of
11 homogeneous precinct analysis to determine whether or
12 not turnout -- the comparison of turnout between blacks
13 and whites?
14     A. No.  My point is it's useful to look at
15 different -- the different measures together.  All of
16 this is -- all this is inferential.  And that's the
17 challenge here, is we want to try and figure out voting
18 behavior of African Americans and whites, but they're
19 mixed together in precincts and all we have are the
20 precinct results.
21     And so any one method is going to be an estimate.
22 And so it's my point it's good to use them together and
23 consider all of the information used by these different
24 approaches.
25     Q. So in your initial report you focused on

## Page 43

1 aggregate votes of black candidates rather than votes
2 for individual candidates of choice; is that right?
3     A. In my --
4     Q. Initial report.
5     A. -- initial report?
6     Q. Yes.
7     A. The part on the 2014 election?
8     Q. Yes.
9     A. Right.  I just focused on the three
10 African-American candidates who ran together under that
11 reform coalition.
12     Q. And you showed that the so-called coalition
13 candidates in 2014 received higher vote shares in
14 African-American precincts than in white precincts; is
15 that right?
16     A. That was my -- that was my estimate.
17     Q. Okay.  And then in your supplemental report
18 you moved into a different analysis and discussed
19 individual candidates of choice; is that right?
20     A. In my rebuttal report?
21     Q. Yes.
22     A. Yeah.  In Table 2 I looked at individual
23 candidates.
24     Q. Why did you decide to switch strategies there?
25     A. The -- a couple of reasons.  One, I was

## Page 44

1 responding to Rodden's report and he produced estimates
2 of vote shares for individual candidates.  And two, his
3 report only -- I thought his report didn't provide
4 enough comparisons between the voting behavior of
5 whites versus the voting behavior of African Americans
6 and so that's what I wanted to include in that portion
7 of my rebuttal report.
8     Q. Do you believe that both of your strategies
9 are valid?
10     A. Both of our strategies --
11     Q. Both of -- no, no, no.  Both of your
12 strategies from your initial report to your
13 supplemental report where you analyzed just the three
14 candidates running together and then the individual
15 candidates.
16     MS. EBENSTEIN:  Just to be clear, when you're
17 referring to a supplemental report, do you mean his
18 rebuttal to Dr. Rodden's report?
19     MS. ORMSBY:  I do.  Yeah.  I use supplemental
20 and rebuttal interchangeably so.  Just so you're clear
21 when I say supplement I mean.
22     A. Yes, I think both approaches are valid.  I'm
23 trying to provide additional --
24     Q. (By Ms. Ormsby)  Okay.
25     A. -- information.

11 (Pages 41 to 44)

Page 45

1    Q. All right. Did you ever examine the combined
2  vote shares of black candidates in 2015 in
3  overwhelmingly black and overwhelmingly white
4  precincts?
5    A. I don't think I did. All I did is what's in
6  my rebuttal report.
7    Q. So you didn't do it for 2013 or earlier
8  elections either? That's right, correct?
9    A. The combined vote share of African-American
10 candidates?
11   Q. Correct.
12   A. No.
13   Q. Do you know what bullet voting or single-shot
14 voting is?
15   A. I believe it means in a multicandidate
16 election just voting for one candidate and not using
17 your remaining votes for any other candidates; is that
18 right?
19   Q. That's correct.
20   And do you believe that African Americans have
21 fewer opportunities than whites to engage in this
22 voting strategy?
23   A. Engage in bullet voting?
24   Q. Yes.
25   A. Any voter can engage in bullet voting.

Page 46

1    Q. All right. Let's look at the 2014 election
2  analysis. In your initial reports with regard to
3  Senate Factor 2, again it's only based on the 2014
4  election, right?
5    A. Yes.
6    Q. Okay. And how many African Americans ran for
7  election that year?
8    A. 2014, I believe there were five.
9    Q. And how many of those five were elected?
10   A. I believe one.
11   Q. And do you remember which coalition candidate
12 came in second?
13   A. I believe it was Mr. Savala. Do I have the
14 name right?
15   Q. Yes.
16   And do you remember how many votes he lost by?
17   A. Not exactly. It was around a hundred or it
18 was pretty close I think.
19   Q. In an article that you wrote that we're going
20 to look at later you said ninety-one. Do you have
21 any --
22   A. -- Okay.
23   Q. Okay.
24   A. That could -- that's probably right.
25   Q. Okay. And who was the third place coalition

Page 47

1  candidate?
2    A. I can't remember the candidate's name.
3    Q. Would it be F. Willis Thurman -- I mean, at
4  the top -- not Thurman. Johnson?
5    A. I think that could be.
6    Q. Yeah.
7    Do you have any idea how many votes he lost by?
8    A. Not off the top of my head.
9    Q. So there were three African-American coalition
10 candidates in 2014 but there were five African-American
11 candidates on the ballot; is that right?
12   A. I'm sorry?
13   Q. There were five African-American candidates on
14 the ballot. Three of those five were --
15   A. -- Part of this coalition, right.
16   Q. Okay.
17   A. In 2014.
18   Q. Okay. If the fourth and fifth place
19 African-American candidates had not run for office, and
20 the electorate is racially polarized as you suggest,
21 what are the chances that Savala would have won?
22   A. I don't know. I mean, it's hard for me to
23 speculate about what would have happened if the number
24 of candidates running was different than what it was.
25   Q. So can you tell us a little about the

Page 48

1  coalition? I think it was called Grade A for change.
2  Does that ring a bell?
3    A. That sounds -- uh-huh.
4    Q. Can you tell me what it was?
5    A. Three African-American candidates who were
6  running for the school board. I think my impression,
7  just based on the news reports I read, was that maybe
8  partly they were motivated by the suspension of the
9  superintendent that happened some months before the
10 election.
11   But since reform was in their title, I assume some
12 kind of a reform coalition running against the sitting
13 members of the board.
14   Q. Was the coalition racially based?
15   A. Well, the three candidates were African
16 American, if that's what you mean.
17   Q. Do you believe the three ran because they
18 believed more African Americans needed to be on the
19 school board?
20   A. I don't know that for certain. Yeah, I don't
21 know for certain.
22   Q. Do you speculate as to -- do you speculate
23 about that in any of the articles that you've written?
24   A. Articles that I've -- you mean my reports?
25   Q. No, I mean media articles that you've written

McGraw Reporting, L.L.C. (314) 704-2727

Page 49

1  regarding the Ferguson-Florissant situation.
2      A. Like media reports where they quoted me?
3      Q. No, where you've actually written some
4  articles that we're going to look at in a little bit.
5      A. Oh, like the blog posts?
6      Q. Uh-huh.  Yeah.
7      A. I can't remember everything what I said on the
8  blog posts.  But, I mean, I think -- I assume the
9  suspension of the superintendent seemed to be a hot
10  issue at the time so I'm guessing that that was a
11  factor in why they ran.
12      Q. Were there enough African-American votes in
13  the 2014 election to elect all three coalition
14  candidates if all of the votes would have gone to those
15  three candidates?
16      A. If all?  I'm sorry.  What do you mean?
17      Q. You collected raw data that gave you the
18  number of votes, correct?
19      A. Yeah, by precinct.
20      Q. Yeah.  So if all of the African-American votes
21  went to those three candidates and none with the other
22  two, would that have been enough for the African
23  American -- all three slate members to win?
24      A. I think so.  I can't remember exactly what the
25  totals for the other two were, but at least it might

Page 50

1  have been enough for Savala to win.  I'm not sure about
2  the other coalition candidate.
3      MS. ORMSBY:  Can you get the exhibit of voting
4  in 2014.
5      (Defendant's Exhibit S was marked for
6      identification.)
7      Q. (By Ms. Ormsby)  I'll let you look that over
8  for a minute.  Do you recognize that?
9      A. This looks like my blog post.
10      Q. What is "Arch Politics, Analysis of politics
11  in St. Louis and the USA?"
12      A. It's a blog that I post to.
13      Q. Okay.  And did you post -- did you post
14  originally on August 28th and then update it on
15  September 9th, 2014?
16      A. Yes.
17      Q. Did you do the analysis for your initial
18  expert report independently or did you take some of it
19  from this article that you published in 2014?
20      A. The graph -- the first graph in my blog looks
21  similar to the graph in my expert report.  I'm not sure
22  if they're exactly the same.
23      Q. This article includes two graphs.  The first
24  graph when I compared looked identical to the one in
25  your expert report; although, there could be some

Page 51

1  changes.  They're not visually apparent.
2      What is the second graph?
3      A. The second graph shows voter turnout by
4  precinct in the same election by African-American share
5  of voting age population.
6      Q. And what did you conclude about turnout in the
7  April 2014 election?
8      A. In the blog?
9      Q. Yes.
10      A. I said that the relationship between race and
11  turnout in the graph is pretty weak.
12      Q. And is there a reason you didn't include this
13  conclusion in your expert report when you talked about
14  turnout?
15      A. Part -- in this one I measured turnout as
16  percentage of registered voters, and I would prefer to
17  measure it as percentage of voting age population.
18  That's probably one reason.  I think for my report I
19  was just looking at whether there was evidence of
20  racially polarized voting and so that was the first
21  graph.  The turnout graph didn't speak to racially
22  polarized voting.
23      Q. In this article you also discussed the
24  resignation of Dr. McCoy, the district's
25  African-American superintendent, correct?

Page 52

1      A. Yes.
2      Q. And do you think his resignation affected the
3  racial polarization that you found?
4      A. It could have.  I didn't analyze that
5  specifically.
6      Q. Do you imply it in this article?
7      MS. EBENSTEIN:  Take your time to just read
8  it.
9      MS. ORMSBY:  Absolutely.
10      A. Yeah, I said one by-product of the protest was
11  the three African-American candidates who were
12  recruited to seats on the board.  So there could have
13  been a connection.
14      Q. (By Ms. Ormsby)  And did you write a few
15  articles or blogs where you commented negatively on
16  Dr. McCoy's resignation and the board's lack of
17  transparency?
18      A. I think I mention that here in this blog.
19      Q. Do you remember if you mentioned it in others?
20      A. I thought this was the only blog post I made
21  about the -- about the school board election.  I'm not
22  sure.
23      Q. Did you speak to any media outlets and make
24  that allegation?
25      A. Could be.

13 (Pages 49 to 52)

Page 53

1  Yeah, along the similar line, the lack of
2  transparency.  I'm not sure that any explanation was
3  given for his suspension and resignation.
4  **Q. Let's go to that.  I was going to save that**
5  **for later but that's a good segue.**
6  **Are you aware that the school board can't disclose**
7  **personnel issues without a release from the employee?**
8  A. I'm not familiar with school board policies.
9  **Q. Would you consider Dr. McCoy's suspension a**
10 **personnel issue?**
11 A. It could be.
12 **Q. Didn't, in fact, the school board mention that**
13 **it was in several....**
14 A. They may have.  Yeah, I.....
15 **Q. Are you aware that Dr. McCoy was represented**
16 **by legal counsel immediately upon his suspension?**
17 A. Did I know he was represented by legal
18 counsel?
19 **Q. Immediately after he was suspended?**
20 A. No, I don't think that was in the news reports
21 about the....
22 **Q. And are you aware that Dr. McCoy refused to**
23 **sign a release so the board could discuss the issues**
24 **that led up to Dr. McCoy's suspension?**
25 A. No, I don't think I knew that either.

Page 54

1  **Q. And are you aware that Dr. McCoy and his**
2  **attorney continued explicitly required the board not to release**
3  **any of the personnel information surrounding his**
4  **suspension?**
5  A. No.  I mean, obviously internal board
6  deliberations, I wouldn't have any knowledge of that.
7  **Q. Do you know that in this case Dr. McCoy and**
8  **his attorney continued to refuse to let the district**
9  **disclose the documentation surrounding the charges**
10 **brought against Dr. McCoy in order to keep them**
11 **private?**
12 A. No, I don't think I knew that.
13 **Q. And is it your belief that no matter what**
14 **Dr. McCoy did, the board should have done nothing**
15 **because he had support of the African-American**
16 **community?**
17 A. No.  I think what I was saying in the blog
18 post that it would be nice for the public to know
19 why -- why he left.
20 **Q. Even if that would have resulted in legal**
21 **action against the board?**
22 A. Well, I mean, now I understand legal issues.
23 **Q. Let me finish my question.**
24 **Are you aware that the board arranged a meeting**
25 **with the local NAACP to assure them that Dr. McCoy's**

Page 55

1  **suspension was not racially motivated?**
2  MS. EBENSTEIN:  Objection.  That
3  mischaracterizes, I believe, what occurred and anything
4  that's been entered in this case.
5  **Q. (By Ms. Ormsby)  It's a question that you can**
6  **go ahead and answer.**
7  **Were you aware of that?**
8  A. What was the question again?
9  **Q. That the board arranged a meeting with the**
10 **local NAACP to assure them that Dr. McCoy's suspension**
11 **was not racially motivated?**
12 A. I didn't know about that.
13 **Q. And are you aware that the school board had a**
14 **special meeting to take public comments on the issue?**
15 A. No.
16 **Q. And are you aware that not only did Dr. McCoy**
17 **have strong African-American support, but he also had**
18 **support from whites as well?**
19 A. Judging by the uproar, I figure he probably
20 had lots of support.
21 **Q. And are you aware of the statement made by**
22 **Dr. McCoy following his resignation that stated his**
23 **suspension was not racially motivated?**
24 A. I don't think I saw that.
25 **Q. So do you agree that you didn't have all the**

Page 56

1  facts about Dr. McCoy when you concluded that the board
2  was not responding to the needs of minorities?
3  A. I think I could still understand why residents
4  of the district would be frustrated about not knowing
5  what was going on.
6  **Q. And do you believe that the board should have**
7  **informed the public against Dr. McCoy's wishes?**
8  A. No.  I guess all I was trying to say was I
9  understand why the public would be frustrated about not
10 knowing why he left.
11 **Q. Could you read the paragraph of your blog**
12 **that -- not the paragraph but the sentence -- I guess**
13 **it's in the second paragraph.  It's kind of hard to**
14 **tell in this article.  Near the end it says:  Both the**
15 **school board and McCoy.  Could you read that?**
16 A. Both the school board and McCoy have been
17 tight-lipped about the reasons for his suspension and
18 resignation.
19 **Q. Keep going.**
20 A. For a time the board investigated, quote,
21 reporting irregularities by McCoy but as far as I can
22 tell nothing has come of that.
23 **Q. Read to the end of the paragraph.**
24 A. In any case, in what sounds all too familiar
25 now the lack of transparency about his suspension

14 (Pages 53 to 56)

Page 57

1   created frustration in the local community and fueled
2   protests of the board's decision.  And I cited a
3   newspaper article.
4       Q.  And then you go on to say that that's why you
5   believe the African-American candidates were recruited
6   to run for the three open seats?
7       A.  Well, I said one by-product of the protest was
8   that three African-American candidates were recruited
9   to run.
10      Q.  Do you believe that the board could also have
11  been frustrated by the situation?
12      A.  Sure.
13      Q.  So earlier you stated that the coalition --
14  well, after reviewing what you wrote here and wrote in
15  your blog, do you still believe that the -- do you
16  believe the coalition was racially motivated or not?
17      MS. LAKIN:  Can you -- strike that.
18      A.  I guess I --
19      Q.  (By Ms. Ormsby)  Would you like me to
20  rephrase?
21      MS. ORMSBY:  Would you like me to rephrase,
22  Sophia?
23      Q.  (By Ms. Ormsby)  Based on reviewing your blog
24  post and what you said at the time, do you believe that
25  the coalition of African-American candidates, that

Page 58

1   their formation was racially motivated or not?
2       A.  I guess -- I'm not sure I'd want to speculate
3   about that.  I mean -- I mean, in my blog I said I
4   think partly they may have been motivated to run as a
5   reaction to McCoy's resignation.  I don't know how much
6   to make -- to label that as racially motivated.
7       Q.  And you talked also in your blog about the
8   white board suspending an African-American
9   superintendent, correct?
10      A.  The school board that suspended McCoy was all
11  white.
12      Q.  And do you know the racial makeup of the board
13  when Dr. McCoy was hired?
14      A.  That would have been three or four years prior
15  when there still may have been an African American on
16  the board at the time.  So there may have been -- there
17  may have been one or two African Americans on the board
18  when he was hired.
19      Q.  But would you agree it was a majority white
20  board at the time that Dr --
21      A.  -- When he was hired, yeah.
22      Q.  Okay.  Let's go on to page 6 of your initial
23  report.  Let me look at this.  When -- let me look at
24  this for just a second.
25      I just want to make one other point.  In the first

Page 59

1   paragraph of this article you state near the end,
2   second to last sentence:  Much of the recent discussion
3   was focused on the city council and police force and
4   less on the Ferguson-Florissant School District, which
5   includes most of Ferguson as well as some surrounding
6   communities.
7       Did I read that correctly?
8       A.  I think so.
9       Q.  And are you aware of how much of Ferguson is
10  inside the Ferguson-Florissant School District?
11      A.  Part of the city of Ferguson is in the school
12  district.
13      Q.  Would you be surprised to know it's
14  twenty-seven percent of the city of Ferguson located in
15  the Ferguson-Florissant School District?
16      A.  Twenty-seven percent of the --
17      Q.  Of Ferguson.
18      A.  -- the residents or the area?
19      Q.  Of -- good question.  I think Ferguson is
20  pretty evenly populated however.  So twenty-five
21  percent of Ferguson.
22      A.  Yeah, part of Ferguson is in the school
23  district and part of Ferguson is outside the school
24  district.
25      Q.  But would you agree that most of Ferguson is

Page 60

1   not in the Ferguson-Florissant School District?
2       A.  I'm not certain either way.
3       Q.  So you weren't -- you weren't certain when you
4   wrote this that includes most of Ferguson?  Did you
5   just assume that that was true?
6       A.  I mean, I haven't checked the figures lately
7   to verify what -- whether it's twenty-seven percent or
8   something else.  Yeah.  So I'm not sure.
9       Q.  And are you aware where the protests are
10  taking place or where most of the events of Ferguson --
11  is it your belief that where those protests are taking
12  place and Canfield Apartment complex, which we've heard
13  a lot about, is it your belief that that's in or
14  outside the Ferguson-Florissant School District?
15      A.  I think that's outside.
16      Q.  Okay.  Page 6 of your initial report.  And if
17  you could read the last -- I'll read it.  I'm at the
18  last sentence of the first full paragraph.
19      "When there is racially polarized voting, a white
20  majority can more effectively determine the winners of
21  all at-large seats."
22      Did I read that correctly?
23      A.  Yes.
24      Q.  So you're saying that if there's a white
25  majority, I'm assuming of voting age population or

15 (Pages 57 to 60)

Page 61

1  total population?
2      A. Yeah, I didn't specify but voting age
3  population would probably be more precise.
4      Q. Okay.
5      A. But probably applies to either.
6      Q. You think it could apply to either?
7      A. Well, here I was looking -- I was citing
8  literature and political science studies tend to find
9  in places where there's a white majority of the overall
10  population, then there's also a white majority of the
11  voting age population.
12      Q. And how do you define majority?
13      A. Fifty percent or more. Or above fifty
14  percent. I should be more precise.
15      Q. Okay. So what about if there was a black
16  majority, can they determine all the winners of the
17  seats?
18      A. In -- at-large elections?
19      Q. Yes.
20      A. Potentially.
21      Q. If you could look at Footnote 5 on that same
22  page.
23      A. Uh-huh.
24      Q. Which I believe is the footnote that goes to
25  that sentence that I just read.

Page 62

1      A. Uh-huh.
2      Q. In that note you cite to several scholarly
3  articles and the first one you cite is, "The context
4  matters".
5      A. Uh-huh.
6      Q. "The effects of single-member versus at-large
7  districts"; is that right?
8      A. Yes.
9      MS. ORMSBY: I want to mark that as an
10  exhibit.
11      (Defendant's Exhibit T was marked for
12      identification.)
13      Q. (By Ms. Ormsby) Is this the article that you
14  were citing to?
15      A. Yes.
16      Q. Okay. Could you turn to page 556. And the
17  last paragraph of the first column. Going down to --
18  about two thirds of the way down.
19      "Alternatively if a group composes a majority of
20  the city population in a majoritarian, at-large system,
21  the group may be able to win all of the council seats."
22  So that's what you were referring to in this?
23      A. Uh-huh.
24      Q. Right.
25      A. Well, I mean, I was citing the whole article

Page 63

1  but.
2      Q. And then the next sentence says: Districts
3  might even decrease the group's representation on the
4  city council.
5      Is that right?
6      A. If a group is -- holds a majority.
7      Q. Okay. So next in your initial report -- you
8  can put that away.
9      Next in your initial report you talk about
10  turnout. Have you ever analyzed -- prior to writing
11  this report had you analyzed turnout in a district?
12      A. Just in that blog post.
13      Q. So for 2014 in that blog post?
14      But you didn't cite from your blog post the
15  conclusion that the relationship between race and
16  turnout is pretty weak; is that right?
17      A. That part wasn't in my report.
18      Q. When you say in your initial report that,
19  quote, Turnout among African-American voters tends to
20  be disproportionately low in off cycles. And that's on
21  page 6, the second full paragraph. What do you base
22  that on?
23      A. Page 6?
24      Q. Yeah. Do you see it? Page 6, second full
25  paragraph. It starts: In addition, turnout among

Page 64

1  African-American voters tends to be disproportionately
2  low in off-cycle local elections.
3      A. Yeah. There -- and I cited a couple studies.
4  There I was referring to some political science studies
5  that have found that.
6      Q. What does that mean though? What does that
7  sentence mean?
8      A. Turnout of African-American voters tends to be
9  disproportionately low in off-cycle elections.
10      That, I guess doesn't mean either what I said.
11  Turnout of African-American voters tends to be
12  disproportionately low in off-cycle elections.
13      Q. All right. I'll withdraw the question.
14      A. Okay.
15      Q. But when you -- when you wrote your blog post,
16  that -- your evidence doesn't show that that's what
17  happened in Ferguson-Florissant; is that right?
18  According to your blog post, the conclusions in your
19  blog post?
20      A. The blog post said the relationship between
21  race and turnout in that figure was weak; although,
22  it's still indicated that turnout among African
23  Americans was lower than among white voters. --
24      Q. It was lower.
25      A. -- or that's what I concluded in the blog

16 (Pages 61 to 64)

Page 65

1    post.
2        Q.  Right.  I think you say specifically:  Turnout
3    is only about six percentage points higher on average
4    in the majority white precincts than the majority black
5    precincts.  This does not seem to be as large as the
6    racial disparity in the turnout in the April 2013
7    election.  Is that right?
8        A.  Right.
9        Q.  So when you make this statement in your
10   initial report, are you talking in a more generalized
11   nature or are you talking specific to the
12   Ferguson-Florissant School District when you state
13   turnout among African-American voters tends to be
14   disproportionately low in off-cycle elections?
15       A.  Yeah.  Here I was referring to political
16   science studies.
17       Q.  But not specific to Ferguson-Florissant?
18       A.  Right.  I was describing the political science
19   literature in that part.
20       Q.  Okay.  And have you examined racial turnout
21   differentials in elections held in the district in
22   other months?  Say, in August or in November?
23       A.  In the Ferguson-Florissant School District?
24       Q.  Yeah.
25       A.  Not in -- not in -- not in other months.

Page 66

1        Q.  Okay.  So we don't have any basis to claim
2    that the turnout differential is different in elections
3    held in other months?
4        You've provided -- you've provided nothing --
5        A.  -- I didn't provide evidence, no.  This
6    section, I'm just summarizing a variety of studies in
7    the political science literature that have examined
8    local elections.
9        Q.  Sure.  Okay.  If you could turn to page 8 now.
10   And you talk about labor -- local labor organizations
11   and endorsements; is that right?
12       A.  Yes.
13       Q.  And in your first -- the first full paragraph
14   on page 8, you give the total number of candidates that
15   ran for election in years by race; is that right?
16       A.  Which?
17       Q.  The first full paragraph on page 8.
18       A.  Yeah.
19       Q.  Starting local labor organizations.  And you
20   analyzed -- you provided the total number of candidates
21   that ran for election in years by race; is that right?
22       A.  I provided the number of candidates running in
23   the five elections I examined?
24       Q.  Uh-huh.
25       A.  That part you mean?

Page 67

1        Q.  Yes.
2        A.  Okay.
3        Q.  And then you identify how many -- you state:
4    Nine of the twelve candidates endorsed by the local NEA
5    affiliate are white.  Is that what you say?
6        A.  Yeah.
7        Q.  Okay.  Now, do you know how many African
8    Americans applied for the NEA endorsement?
9        A.  No.
10       Q.  And do you believe that whites apply for NEA
11   endorsement more than blacks?
12       A.  I don't know one way or the other.  I just
13   thought it was interesting to examine the figures on
14   endorsements.
15       Q.  So you might be -- so the differential rate at
16   which whites apply for the endorsement and blacks is
17   not captured in this data; is that right?
18       A.  Right.  This is just who was endorsed and who
19   was not endorsed.
20       Q.  In 2015 -- 2015, do you know whether all of
21   the African-American candidates applied for the NEA
22   endorsement?
23       A.  No, I don't know who applied for endorsements.
24       Q.  So you don't know whether blacks even applied
25   for the endorsement at the same rate as whites did?

Page 68

1        A.  Correct.
2        Q.  And then you state that all of the white
3    candidates who were endorsed won but the blacks didn't.
4    So does that mean that more endorsements would help
5    African Americans if they received more of them?
6        A.  I just thought it was interesting to report
7    those numbers on endorsements.  Who was endorsed and
8    how they did.  And some of those numbers I updated in
9    my rebuttal report.
10       Q.  It seems to me if African Americans received
11   the endorsement and lost, they might not want the
12   endorsement; is that true?
13       A.  Well, it was such a small number of
14   African-American candidates who were endorsed, it's
15   hard to draw a conclusion.
16       Usually labor endorsements are things candidates
17   would like to have in local elections.
18       Q.  Are you aware of the racial makeup of the NEA
19   endorsing committee?
20       A.  No.
21       Q.  Let's look at North County Labor, which is the
22   next paragraph that you refer to.
23       A.  Uh-huh.
24       Q.  Do you know how many candidates applied for
25   the North County Labor endorsement?

Page 69

1      A.  No.
2      Q.  Do you know whether Courtney Graves applied
3  for the North County Labor endorsement?
4      A.  No.
5      Q.  So she stated in her deposition that she did
6  not apply for that endorsement.  So would that make any
7  difference in your conclusions?  Would it change your
8  denominators?
9      A.  No.  I was -- I thought it was interesting to
10  look at who -- who got the endorsements and how they
11  faired in the elections.
12      Q.  But wouldn't you -- wouldn't you agree that
13  without a specific context that this information could
14  be misleading?
15      A.  The -- I don't know.  I think the numbers kind
16  of speak for themselves.  I'm not trying to make
17  statements about how the -- how the endorsement process
18  works, I'm looking at the end result of the endorsement
19  process.
20      Q.  But you're stating that nine of twelve
21  candidates were endorsed by the local affiliate were
22  white, not knowing whether all of those twelve
23  candidates even sought that endorsement.  So it
24  skews -- don't you agree that it skews the denominator
25  if only nine candidates sought the endorsement?  Then

Page 70

1  it would be nine of nine endorsed, you know.  It
2  changes the implication.  Do you agree with that?
3      A.  It could.  Candidates may not know that
4  they're supposed to apply for endorsement or know how
5  to apply.  You know, there's lots of -- I'm sure
6  there's lots of variables that go into the process
7  that....
8      Q.  So would it surprise you that all of the board
9  members that were deposed stated that the
10  Ferguson-Florissant NEA sent to every single candidate
11  an application for endorsement with a questionnaire and
12  an invitation to come for an interview and some chose
13  to go and some chose not to?
14      MS. EBENSTEIN:  Sorry.  Objection.  I don't
15  think they testified on who chose to go and who chose
16  not to.  Would they have that information?
17      MS. ORMSBY:  They individually testified
18  whether they went or didn't.
19      MS. EBENSTEIN:  Whether they did.  Okay.  I
20  see.
21      Q.  Was that a question?
22      Q.  (By Ms. Ormsby)  Yeah.  Were you aware of
23  that?
24      A.  No.
25      Q.  And you didn't look into to what the process

Page 71

1  was when you made the --
2      A.  -- No, I didn't look into....
3      Q.  Okay.  I'm moving on to your Senate 5
4  analysis.  So as I'm looking through this analysis I'm
5  wondering if you could tell me, as you flip through
6  these pages under this section, which information
7  applies specifically to the Ferguson-Florissant School
8  District.
9      A.  Which?
10      Q.  All of the paragraphs under Senate Factor 5
11  beginning on page 8 and I believe it goes to page 14.
12  I've looked through it.  I can only find you discussing
13  St. Louis County, the region, and the municipality of
14  Ferguson.  And I'm wondering about whether or not you
15  did any analysis specific to the Ferguson-Florissant
16  School District.
17      A.  Let's see.  Section page 9 mentions local
18  zoning practices in Berkeley and Ferguson.
19      Q.  But not the district specifically.
20      A.  Right.  But those are areas that are part of
21  the district.
22      Correct.  Page 10 mentions the expansion of the
23  Ferguson-Florissant School District and include
24  Berkeley and Kinloch.
25      Q.  A historical fact, correct?

Page 72

1      A.  Right.  Yeah.  The data on traffic stops are
2  for Ferguson -- municipalities of Ferguson and
3  Florissant, which are partly -- two municipalities that
4  are partly within.
5      Q.  But we would agree that the
6  Ferguson-Florissant School District doesn't issue any
7  municipal violations, correct?
8      A.  I think that's right.  They're not a municipal
9  government.  Yeah.
10      On page 11 on the DOJ report, it mentions
11  Ferguson, part of which is in the school district.
12      Q.  But not the district specifically, correct?
13      A.  Right.
14      Right.
15      Q.  Okay.  Oh, I'm sorry.
16      Okay.  Let's move on to page 13.  So just to be
17  clear, you couldn't find anything specific to the
18  Ferguson-Florissant School District; is that right?
19  You mentioned --
20      A.  -- In the Section 5?
21      Q.  Yes.
22      A.  I mentioned some of the areas within the
23  district but not specific to the district.
24      Q.  Okay.  Thank you.
25      If you move to page 13, second paragraph, second

Page 73

1    sentence, you give the number of votes that
2    African-American candidates received; is that right?
3        A. On average?
4        Q. Yes.
5        A. Yeah. Across the eight elections that I
6    studied.
7        Q. And did you rely on precinct level data to
8    obtain that number when you authored this report?
9        A. For that I may have just looked at the
10   districtwide vote totals. Yeah, I was looking at the
11   election totals overall for the district as a whole for
12   each candidate. So I don't think that was based on
13   precinct results.
14       Q. So it's a very general assumption about the
15   district, based on over how many -- how many elections?
16   Eight elections?
17       A. Eight elections.
18       Yeah, I just reported the average number of votes
19   African-American candidates received in those elections
20   and the average number of votes that white candidates
21   received in those elections.
22       Q. But you didn't provide any sort of detailed
23   analysis on those elections and those numbers, right?
24       A. No. I was just reporting those two numbers in
25   that paragraph.

Page 74

1        Q. Okay. All right. So you've followed
2    Ferguson-Florissant board elections and written blog
3    posts about them; is that right?
4        A. Right. I think just the one that we discussed
5    already.
6        Q. Okay. And we've already determined -- have
7    you examined information about more than 2014 to
8    determine whether or not there's racial polarized
9    voting in the Ferguson-Florissant School District?
10       A. I did in the rebuttal report.
11       Q. In your rebuttal report?
12       And in your rebuttal report did you find that
13   Dr. Graves' rebuttal report -- I'm looking at page 5.
14   Did you find that Dr. Graves was a candidate of choice
15   for African Americans in 2015?
16       A. I took that from Dr. Rodden's report, that she
17   was the top choice of African-American voters in 2015.
18       Q. So you took that -- this is a homogeneous
19   precinct analysis?
20       A. Right.
21       Q. And you looked at precincts with over eighty
22   percent and over twenty percent. Did Dr. Rodden do
23   that as well?
24       A. In which?
25       Q. I'm looking at --

Page 75

1        A. In which report?
2        Q. I don't know. You just said you took these
3    from Dr. Rodden's numbers and I --
4        A. -- I took the fact that Dr. Graves was the top
5    choice of African Americans. That I got from
6    Dr. Rodden's report.
7        Q. And did you verify it by counting ballots and
8    votes in this? I'm assuming that's what it is, that
9    five seventeen over seven forty-two?
10       A. That she got five hundred and seventeen votes
11   out of seven hundred and forty-two voters in those
12   precincts.
13       Q. And is that your analysis or is that
14   Dr. Rodden's?
15       A. Yeah, that's my analysis.
16       Q. Okay.
17       A. Yeah.
18       Q. Do you know why Dr. Graves won?
19       A. She got the most votes.
20       Q. Do you think that she did anything specific to
21   assist her in getting the most votes when she ran?
22       A. I can't really say. I didn't have an insight
23   into her campaign or the other campaigns.
24       Q. Did you look at any specific campaigns of any
25   of the candidates?

Page 76

1        A. No. I just looked at the -- I mean, I looked
2    at the vote totals and the other data that I presented
3    in my reports.
4        Q. You've done research on elections and voter
5    turnout; is that right?
6        A. Some, yes.
7        Q. Okay. And are you aware of any academic
8    research suggesting that white voters respond to
9    racially polarizing events by voting for black
10   candidates?
11       A. By voting for black candidates?
12       Q. Yeah.
13       A. That's not ringing a bell.
14       Q. Are you aware of any academic research on the
15   impact of Voting Rights Act lawsuits on elections?
16       A. The impact of Voting Rights lawsuits on
17   elections. No, I haven't studied that.
18       Q. Do you have any reason to believe that whites
19   strategically voted for Dr. Graves because they wanted
20   to influence this lawsuit?
21       A. I have no idea.
22       Q. Do you have any reason to believe that some
23   candidates decided not to run because of this lawsuit?
24       A. I don't know.
25       Q. Have you -- and do you have any reason to

Page 77

1  believe that some candidates threw their hat in the
2  ring because they knew about this lawsuit?
3      A.  No, I don't know.  Like I said, that would
4  have been in 2015.
5      Q.  Yes.  And are you aware of any research that
6  suggests that this is behavior that occurs after a
7  Voting Rights Act lawsuit is filed?
8      A.  I'm not aware of research on that.
9      Q.  Are you aware of any political science
10  research that says that a VRA lawsuit has an effect on
11  the candidate pool in the next election?
12      A.  I'm not aware of any research on that.
13      Q.  Okay.  How do you define a minority-preferred
14  candidate?
15      A.  A minority-preferred candidate, the simplest
16  definition would be the candidate got the most votes
17  from minority voters.  The top choice.
18      Q.  How do we know -- how do we determine
19  minority-preferred candidates in a multiwinner system?
20      A.  Well, yeah.  I mean, there's -- I think that
21  gets trickier.  The -- in a multi -- yeah.  So then you
22  would want -- the next step would be if it's a three --
23  if it's a three-seat base, to try and find out which
24  candidate got the second most votes from a
25  particular -- from the minority group and which

Page 78

1  candidate got the third most votes.
2      Q.  And did you do that or did you just do the top
3  vote-getter?
4      A.  In my rebuttal?
5      Q.  Yes.
6      A.  In that Table 2 I just looked at the top
7  vote-getter.  Elsewhere in my rebuttal report I looked
8  at the other minority-preferred candidates using
9  Rodden's other definition based on how their second and
10  third choices, depending on what election it was.
11      Q.  And did you determine independently of
12  Dr. Rodden then who you believed to be the second
13  minority-preferred candidate in an election where there
14  were two seats or three, if there were three seats up
15  for election?
16      A.  I didn't do it independently of Dr. Rodden.  I
17  took his estimates from his report.
18      Q.  Do you disagree with Dr. Rodden's analysis of
19  that?
20      A.  I think -- where I -- I guess where I'm a
21  little more hesitant to use his report is, in many
22  cases, is in determining the second and third choice of
23  particularly African-American voters in these elections
24  where the vote share looked -- was very, very close
25  among different candidates.  And the confidence

Page 79

1  intervals were so wide that they were statistically
2  indistinguishable from each other.
3      Q.  I want to take you to one election in
4  particular.  And I want to take you to 2013.  And in
5  your -- in 2013 you state that Mr. Henson was the top
6  choice of African-American voters; is that right?
7      A.  Right.
8      Q.  Okay.  And there were -- do you know how many
9  seats were up for election in that?
10      A.  I believe in -- I think in 2013 there were two
11  seats if I remember correctly.
12      Q.  I believe that's correct.  I might have it.
13  We pulled it out.
14      MS. EBENSTEIN:  While you're finding that, do
15  you mind if we take a quick bathroom and water break.
16      (Short break.)
17      Q.  (By Ms. Ormsby)  We agree -- okay.
18      Q.  Okay.  So in 2013 you state that Henson is the --
19  has the -- is the top choice of African-American voters
20  in 2013; is that right?
21      A.  Yes.
22      Q.  And then you just stated that it's difficult
23  then to pick who would be the second because of
24  confidence intervals and we're looking at then the
25  ecological inference analysis; is that correct?

Page 80

1      A.  Uh-huh.
2      Q.  No longer are we looking at homogeneous
3  precinct, right?
4      A.  Well, we're looking at homogenous precinct in
5  that Table 2.
6      Q.  In this.  But you didn't do homogeneous
7  precinct for any other?
8      A.  Oh, for the second and third choice?
9      Q.  Second and third choice, did you?
10      A.  I don't think I did.  I think I just looked at
11  who won.
12      Q.  Okay.
13      A.  With the second choice or third choice I
14  didn't do the homogeneous precinct.
15      Q.  But you're familiar with ecological inference,
16  right?
17      A.  Yes.
18      Q.  And I think you already had pulled up the
19  chart on and page 25 of Dr. Rodden's report?
20      A.  Uh-huh.
21      Q.  Which that is an ecological inference
22  analysis, correct?
23      A.  Yeah, those are the results --
24      Q.  Right.
25      A.  -- of the ecological inference.

20 (Pages 77 to 80)

Page 81

1    Q. So I'll direct you to the 2013 election. And
2    would we agree then that this shows that Mr. Henson
3    absolutely was the top choice for African Americans,
4    correct?
5    A. That he got the highest vote share among
6    African -- among all the candidates in 2013 Henson got
7    the highest vote share among African-American voters
8    based on this analysis.
9    Q. So he was definitely a minority-preferred
10   candidate, correct?
11   A. I would call -- yeah. I mean, I labeled him
12   the top choice for African-american voters.
13   Q. But then when we try to decide who the second
14   candidate is, it's difficult because Hogshead and Brown
15   are within each other's confidence intervals, right?
16   A. They're pretty close, right.
17   Q. So we can agree then that Hogshead and Brown
18   are tied for the second place, correct?
19   A. Statistically speaking it's harder to -- well,
20   statistically speaking Henson's confidence intervals
21   overlap with Hogshead and Brown's as well.
22   Q. Okay. So the three of them are tied; would
23   you say?
24   A. Statistically they're hard to distinguish from
25   each other. I still would call Henson the top choice

Page 82

1    among African-American voters.
2    Q. And wouldn't you say that too because his -- I
3    forgot what they call it. The point is -- the actual
4    midpoint is outside of both Hogshead's and Brown's
5    confidence level; isn't that right?
6    A. Yeah, I think so. It's hard to tell compared
7    to Hogshead. But for a more precise answer, you
8    probably want to do a separate statistical test to see
9    if the difference between the two candidates is
10   statistically different or not.
11   Q. Okay. Can we agree though that Brown and
12   Hogshead are statistically tied?
13   A. Right.
14   Q. There's no --
15   A. -- They're very similar statistically.
16   Q. Yeah. So my -- so we know that Henson did not
17   win the election so the minority-preferred candidate
18   did not win; is that correct?
19   A. In 2013.
20   Q. Yes.
21   A. Right.
22   Q. And if we say that Hogshead and Brown are
23   tied, if either one of them won then they would be --
24   they are tied for the second place minority-preferred
25   candidate. So if either one of them won, then we can

Page 83

1    say the second -- their second minority-preferred
2    candidate was elected; do you agree with that?
3    A. In this -- in this case?
4    Q. Yes.
5    A. I think that's probably correct.
6    Q. Okay. And we know that Leslie Hogshead was
7    elected, correct?
8    A. Right.
9    Q. Okay. So if we look at 2013 we can say that
10   Ms. Hogshead is a minority-preferred candidate and she
11   was elected, correct?
12   A. This is using Rodden's second -- his measure
13   of minority-preferred candidates. Here it's harder to
14   tell the difference between Hogshead and Brown as to
15   who was the second choice.
16   Q. Well, I think we agreed they were tied,
17   correct? I mean statistically tied?
18   A. Statistically similar, yeah.
19   Q. So if they're tied and one of them wins, then
20   they --
21   A. -- Well, they're tied based on the evidence we
22   can see. I mean, it may have been that Brown got more
23   votes among African-American voters than Hogshead if we
24   had had the individual level data --
25   Q. -- And actually -- okay.

Page 84

1    Okay. So we agree though that Ms. Hogshead was
2    elected?
3    A. Yeah.
4    Q. Okay. And we agree that in 2014 Dr. Thurman
5    was the top choice of African-American voters, correct?
6    A. In 2014?
7    Q. Yes.
8    A. Right. Although her -- hers -- hers was not
9    too far off from Savala and Johnson. Well, I mean, the
10   confidence interval.
11   Q. And actually another of the experts of the
12   Plaintiffs named all three of those African-American
13   choices for that election -- or minority-preferred
14   candidate elections. He chose three. Of Plaintiffs.
15   So we can say --
16   A. -- Yeah, 'cause they're -- I'm sorry.
17   Q. Go ahead. You go.
18   A. Their three -- the three confidence intervals
19   for Paulette, Savala, and Johnson among the
20   African-American voters are clearly higher than the
21   confidence intervals for the other candidates among
22   African-American voters.
23   Q. So we can say they're tied for first more or
24   less, correct? There's no statistical difference?
25   A. They're similar. Yeah, the point estimate has

21 (Pages 81 to 84)

Page 85

1  Paulette being the most -- the one who got the most
2  votes among African Americans.
3      Q.  And so we agree that she was one of the
4  African-Americans preferred candidates, do we not?  One
5  of the -- they got three votes that year?
6      A.  Uh-huh.
7      Q.  And she was elected; is that right?
8      A.  She was elected.
9      Q.  And in 2015, I don't think there's a doubt in
10 the world that Dr. Graves was the top choice of African
11 Americans, correct?
12     A.  Right.  Uh-huh.
13     Q.  And she was elected?
14     A.  Yes.
15     Q.  Okay.  So in your expert opinion do you
16 believe African Americans did not have the opportunity
17 to elect candidates of their choosing in the elections
18 between 2011 and 2015?
19     A.  Sorry.  Say that again.  Do I believe?
20     Q.  I'm just going to -- I'm going to change that
21 question to say, In your opinion, in your expert
22 opinion, do you believe African Americans did not have
23 the opportunity to elect candidates of their choosing
24 in elections?  We just talked about '13, '14, '15.  How
25 about '11 and '12, were they able to elect their

Page 86

1  candidates of choice in '11 and '12?
2      A.  In 2012 the top choice among African Americans
3  was Morris.  She lost.  2011, I had Graham as the top
4  choice among African-American voters.  She lost.
5      Q.  So my question is, Did the African Americans,
6  did they not have the opportunity to elect either of
7  those individuals?
8      A.  I guess I would say in those elections
9  African-American voters didn't have as much success in
10 electing their candidates of choice as did white
11 voters.
12     Q.  And why do you think that they didn't have
13 that success?
14     A.  Because in each of those elections the top
15 choice among African-American voters was a different
16 candidate than the top choice among white voters, and
17 the top choice among white voters won each of those
18 elections but the top choice among black voters didn't
19 win in each of those elections.
20     Q.  Do you believe that the white voters in those
21 two elections blocked African Americans from being able
22 to elect their candidates of choice?
23     A.  I don't know that I would use -- well, I guess
24 the way I would say it is that in those elections white
25 voters tended to vote for somebody else than the top

Page 87

1  choice of African-American voters.
2      Q.  So you say that Dr. Graham was the
3  minority-preferred candidate in 2011; is that right?
4      A.  That's what I got from Rodden's report.
5      Q.  And you agree with that?
6      A.  That was the top one, or she was pretty close
7  to Hawkins.  But the number was slightly higher so --
8  for Graham so.
9      Q.  And Dr. Graham lost by a small number of
10 votes; is that right?
11     A.  Right.  I can't remember how many votes but.
12     Q.  So is it your testimony that even though her
13 margin of loss was rather narrow, the at-large system
14 diluted African Americans' ability to elect her?
15     A.  I think -- I think the at-large system was a
16 factor, a contributing factor.
17     Q.  Are you done?  I don't want to interrupt.
18     A.  The -- yeah, we're talking about 2011?
19     Q.  Yes.
20     A.  Since white voters tended to support other --
21 other candidates more than her.
22     Q.  Are you aware that Dr. Graham served on the
23 Ferguson-Florissant board for twenty-two years and was
24 reelected several times?
25     A.  I knew she was on the board a long time and

Page 88

1  had been reelected in the past.
2      Q.  So the at-large system did not dilute
3  African-Americans' ability to elect her in previous
4  elections; is that right?
5      A.  Her specifically, no.
6      Q.  And is it your opinion that African Americans
7  did not have the ability to elect Charles Henson in
8  2013?
9      A.  He was the -- he was the top -- he was the top
10 choice among African-American voters in 2013, but he
11 lost because white voters tended to vote for other
12 candidates more heavily than for him in part.
13     Q.  Would you agree that some African-American
14 voters chose to vote for someone other than him as
15 well?
16     A.  Right.
17     Q.  And that would --
18     A.  -- The evidence suggests that, yeah.
19     Q.  And that would be true for Dr. Graham as well
20 in 2011?
21     A.  That there were some African-American voters
22 who did not vote for her?  That's entirely possible,
23 yeah.
24     Q.  Okay.  And are you aware that Mr. Henson lost
25 by a hundred and twenty-five votes in 2013?

---

Page 89

1     A.  I didn't know the exact number but I remember
2  it being fairly close.
3     Q.  And are you aware that he served on the board
4  for seven years prior to that?
5     A.  I knew he had been on the board for, yeah, a
6  couple terms.
7     Q.  Okay.  And so it's still your contention that
8  the at-large system diluted the African-Americans'
9  ability to elect him?
10    A.  Yes.
11    Q.  But you agree if more African Americans would
12  have voted for him, he could have won the election,
13  correct?
14    A.  Instead of voting for somebody else?
15    Q.  Somebody else.
16    A.  Theoretically, yes.
17    Q.  Okay.  You do a lot of research using census
18  data; is that correct?
19    A.  Some research, yes, using census data.
20    Q.  And do you ever study things like poverty and
21  income?
22    A.  Sometimes.
23    Q.  And when you do that do you use the American
24  Community Survey?
25    A.  More recently, yes.  Since the census got rid

---

Page 90

1  of the long form.
2     Q.  And do you believe when you use the ACS, that
3  that's a reliable source of data?
4     A.  For certain things.  For measuring income and
5  poverty, I think you said.  For larger jurisdictions I
6  think it's pretty reliable.  It's more difficult -- or
7  there's more uncertainties using the ACS data for
8  smaller jurisdiction.
9     Q.  And you -- that -- and I can show you the form
10  if you want me to.  But would you agree that the Census
11  Bureau states it is appropriate to use the three-year
12  ACS to study geographic entities that are above twenty
13  thousand?  Do you know?
14    A.  That may be the case.
15    Q.  I'll show you.
16    A.  I know there's the five-year averages as well
17  that the census provides.
18    Q.  I'm showing you what's been previously marked
19  as Exhibit C.  And under the three-year estimates,
20  what's the geographic -- the size of a geographic
21  entity that's appropriate to use the three-year ACS?
22    A.  Yeah.  The table says data for areas with
23  populations of twenty thousand plus.
24    Q.  Okay.  And that's information provided by the
25  Census Bureau?

---

Page 91

1     A.  Right.  Although they say -- also say choosing
2  which data set involves more than simply considering
3  the population size in your area.  You must think about
4  the balance between currency and sample size,
5  reliability, precision.
6     Q.  All right.  Thank you.
7     Okay.  Have you been asked to form any opinion on
8  any subject that is not included already in your two
9  submitted reports?
10    A.  Have I been asked to?
11    Q.  Have you been asked by Plaintiffs' counsel
12  to --
13    A.  Oh.
14    Q.  -- form any opinion on any subject that's not
15  already in your two reports?
16    A.  No.
17    Q.  And have you been asked or do you plan to do
18  any additional work between now and trial as of today?
19    A.  I hadn't thought about it.
20    Q.  As of today.
21    A.  As of today, no.
22    Q.  Okay.
23    A.  If I'm asked, I'll do more.
24    MS. ORMSBY:  I don't have any other questions.
25    MS. EBENSTEIN:  If we could go off the record

---

Page 92

1  and just have five minutes to confer between the two of
2  us.
3     (Short break.)
4         CROSS-EXAMINATION
5  BY MS. LAKIN:
6     Q.  Dr. Kimball, if you wouldn't mind turning to
7  Exhibit 4.  It's Dr. Rodden's initial report and turn
8  to page 20.
9     A.  Okay.
10    Q.  And I just wanted to ask you a question about
11  these scatter plots.
12    A.  Uh-huh.
13    Q.  And before making any conclusions from these
14  scatter plots, wouldn't you want to know some other
15  information, such as the number of candidates there
16  were or how many black candidates or how many white
17  candidates?
18    A.  Yeah, that would be helpful to know.
19    Q.  Is there any other information that you would
20  find useful before you tried to interpret this data?
21    A.  That would be good to know how many candidates
22  of each race were running.  It would be helpful to know
23  how many voters were in each of the precincts as well.
24    Q.  Would it also be helpful to know -- to see if
25  there's an analysis done with white VAP share?

---

Page 93

1    A. Sure. Yeah. It might not -- might not be
2  entirely symmetrical to the African-American VAP share
3  data but to see if it's a similar -- yeah, a similar
4  pattern in reverse.
5    Q. I'd like you to take a look at your report,
6  which is Exhibit R. And turn to page -- I have the
7  wrong page.
8    I guess if you turn to page 5 of your report?
9    A. Okay.
10    Q. I just want to ask you a general question
11  about your homogeneous precinct analysis.
12    A. Uh-huh.
13    Q. When you use the word integrated when you're
14  referring to -- you are referring to the districts or
15  precincts in which there are less than eighty percent
16  or more than twenty percent African American
17  population, you are not referring to the lived
18  integration experience, for instance, integrated
19  schools, churches, etc., is that correct?
20    A. Right. It's just the voting age population.
21    Q. If you turn back to -- I don't know if you
22  need to turn to this but it might be useful. Back to
23  Exhibit 4. And go to the page 25. We were talking a
24  little bit before about the 2013 election.
25    A. Yes.

Page 94

1    Q. You recall?
2    A. Uh-huh.
3    Q. And you had identified that Henson was the
4  clear minority-preferred candidate in this election; is
5  that right?
6    A. Right. In my rebuttal report I have him as
7  the top choice among African-American voters in 2013.
8    Q. And then we had discussed -- and you had
9  discussed with Ms. Ormsby that as between the remaining
10  two candidates Hogshead --
11    A. Uh-huh.
12    Q. -- and Brown, that we couldn't determine to a
13  high level of statistical significance which candidate
14  was preferred; is that correct?
15    A. The difference between Hogshead and Brown?
16    Q. Is that correct?
17    A. Right. They're statistically
18  indistinguishable.
19    Q. And could it be that neither Hogshead nor
20  Brown was preferred by the African-American voters --
21    (Interruption.)
22    MS. ORMSBY: Go off the record.
23    (Off the record.)
24    Q. (By Ms. Lakin) So just to -- I think I was in
25  the middle of a question.

Page 95

1    Could it be that neither Henson nor -- sorry.
2  Brown nor Hogshead was preferred; in other words, that,
3  for instance, black voters cast their ballots evenly
4  between the two?
5    A. I suppose that's possible. That if Henson was
6  their first choice and then if the other choices
7  weren't that appealing, they had to vote for somebody I
8  suppose.
9    Q. Is it possible in your view of what
10  constitutes a minority-preferred candidate that if
11  there are two seats available that there must be two
12  preferred candidates?
13    A. Not necessarily.
14    Q. Just one last question for me and I think
15  Ms. Ebenstein has some questions.
16    But are you -- were you aware -- are you aware
17  that Chuck Henson -- I know that you are aware that he
18  was on the board for many years. Are you aware that he
19  never faced a challenger when he was up for reelection
20  until he lost in 2015?
21    A. Right. Because his name didn't appear as a
22  candidate in previous -- previous elections I believe.
23    MS. LAKIN: Thank you.
24    CROSS-EXAMINATION
25  BY MS. EBENSTEIN:

Page 96

1    Q. Just one additional question.
2    If you could go to page 6 of your report.
3    A. Of my initial report?
4    Q. Yes, your initial report.
5    In the first full paragraph on page 6 that starts
6  with seats on the Ferguson-Florissant school board?
7    A. Yes.
8    Q. You refer to a previous research finding that
9  racial and ethnic minority voters have had more
10  difficulty electing candidates of their choice in local
11  at-large elections than in the local district
12  elections. When you say voters there?
13    A. Uh-huh.
14    Q. Do you understand that to mean either the
15  voting age population or registered voters but not the
16  entire population?
17    A. Right. Yeah. Voters meaning adults of voting
18  age population.
19    Q. So it wouldn't matter how many five-year-olds,
20  ten-year-olds, young children there were in a district,
21  the relevant statistic that you're referring to or the
22  literature you're referring to?
23    A. Right, it refers to vote, yeah. Voting
24  adults.
25    Q. Okay. In the next paragraph, when you speak

24 (Pages 93 to 96)

Page 97

1  to the -- that literature finds that turnout among
2  African-American voters tends to be disproportionately
3  low in off-cycle local elections?
4      A. Yes.
5      Q. Defense counsel asked you and you affirmed
6  that that was not a statement specific to
7  Ferguson-Florissant School District or based on
8  original research for this report; however, would you
9  be surprised to find out that the African-American
10 turnout along with the white turnout is higher in
11 November elections than in April elections?
12     A. Right, that's pretty common.
13     Q. Is that consistent --
14     A. Yeah.
15     Q. -- with research that you've read on the
16 topic?
17     A. Yes. Uh-huh.
18     MS. EBENSTEIN:  Those are all the questions
19 that we have.
20          REDIRECT EXAMINATION
21 BY MS. ORMSBY:
22     Q. So I'll start at the last question and then
23 move backwards. Is that okay with you?
24     A. Sure.
25     Q. Have you done any specific research on voter

Page 98

1  turnout in Ferguson-Florissant within the
2  Ferguson-Florissant School District boundaries for
3  months other than April?
4      A. No.
5      Q. Do you believe it's important to know the
6  number of black and white candidates before
7  interpreting any data with regard to this case?
8      A. Not any data. I mean, I think for under --
9  not for all aspects. I think it's important for
10 studying racially-polarized voting specifically.
11     Q. Why is it helpful?
12     A. To know -- well, knowing who's running -- I
13 think, for example, in 2014 the fact that there were
14 three African-American candidates running as a
15 coalition is useful to know. If there are -- knowing
16 how many seats are up in the election and how many
17 candidates of each race are running is useful to know.
18     Q. Do you think it's helpful in order for the
19 reader or for the court to gain a perspective when they
20 have that information?
21     A. Sure.
22     Q. But you didn't think it was important to
23 provide that information when you were looking at labor
24 endorsements? Whether or not specifically black
25 candidates sought an endorsement, whether white

Page 99

1  candidates sought an endorsement, how those numbers
2  played out?
3      A. On the endorsement side --
4      Q. -- And to clarify, when I say labor
5  endorsements I'm including NEA and North County Labor.
6      A. Sure. Sure.
7      Yeah, on the endorsement side, I didn't examine
8  the process. I took the process as given and said
9  let's look at what the outcome of that process is.
10     Q. But do you believe that it would have been --
11 or it's helpful for the reader to have that information
12 in order to come to a proper conclusion?
13     A. I guess I'll leave that to readers to decide.
14     Q. You don't -- I think you testified earlier
15 that the way it's written now could be misleading?
16     A. The way what's written?
17     Q. The way your report is written now with regard
18 to endorsements. Well, maybe you didn't say that.
19     A. I didn't say that it's misleading.
20     Q. And you don't believe it is misleading?
21     A. No. I just provided no which candidates on which
22 candidates were endorsed and which candidates were not
23 endorsed.
24     Q. Without any consideration who wanted their
25 endorsement?

Page 100

1      A. Yeah. I didn't examine the -- how the
2  endorsement process works. I took the process as given
3  and said let's look at the results of that process.
4      Q. But your conclusion was, however, that whites
5  received the endorsement more often than African
6  Americans?
7      A. Yes.
8      Q. Without even determining whether or not
9  African-American candidates wanted or even asked for
10 the endorsement; isn't that right?
11     A. I reported that whites more frequently --
12 white candidates more frequently received endorsements
13 than African-American candidates.
14     Q. But you didn't answer my question. You didn't
15 determine whether or not all candidates, including
16 African Americans, even wanted or sought the
17 endorsement, you just reported the numbers; is that
18 right?
19     A. I reported who got the endorsement. I didn't
20 investigate who sought an endorsement.
21     Q. And that could lead to a misleading conclusion
22 without providing that information?
23     MS. EBENSTEIN:  That's been asked and
24 answered. Unless there's another question in that
25 statement.

25 (Pages 97 to 100)

Page 101

1    Q. (By Ms. Ormsby)  You can go ahead and answer.
2    MS. EBENSTEIN:  The question?  It was
3    statement.  It wasn't a question.  If there's a
4    question --
5    MS. ORMSBY:  -- There was a question.
6    A. What was the question?
7    Q. (By Ms. Ormsby)  Do you not believe that that
8    could lead to an inaccurate conclusion for the reader
9    if they don't have all of that information?
10   A. I mean, I think the report speaks for itself.
11   You know, I took the process as given and said let's
12   look at what the outcome of that process is.
13   Q. Does your report speak for itself?  Do you
14   tell the reader that you did not find out whether or
15   not a candidate wanted the endorsement?  Did you tell
16   them that?  Does the reader know that?
17   A. No, I didn't state that in the report.
18   Q. Would it have been more accurate if you would
19   have said nine out of ten candidates who sought the
20   endorsement of the NEA received it or didn't receive
21   it?  Could those words have made your report a little
22   bit more clear?
23   MS. EBENSTEIN:  Objection.  Asked and answered
24   a few times.
25   A. Yeah, I thought I answered this.  I guess I'll

Page 102

1    leave it to others to judge.
2    Q. (By Ms. Ormsby)  Okay.
3    A. Reach your own conclusions on that.
4    Q. All right.  You were asked a question about
5    whether or not Mr. Henson had ever faced election
6    prior; is that right?
7    A. Right.
8    Q. And as a political scientist, when you look at
9    elections where incumbents are not challenged when
10   they're up for reelection, what is your conclusion with
11   regard to that?
12   Let me ask it another way.  Is it an indication
13   when nobody files against incumbents that generally the
14   constituents are content with the representation that
15   they're getting?
16   A. That's one possible explanation.
17   MS. ORMSBY:  I don't have any further
18   questions.  Thank you.
19   MS. LAKIN:  Were you finished with your
20   answer?
21   MS. ORMSBY:  Oh, I'm sorry.
22   A. It's possible that there are other -- there
23   are other possible explanations.  Maybe nobody was
24   interested to run.
25   MS. ORMSBY:  Are you done?

Page 103

1    A. There are reasons.
2    Yeah.
3    MS. ORMSBY:  Okay.  I don't have anything
4    further.
5    MS. EBENSTEIN:  I have one additional
6    question.
7    RECROSS-EXAMINATION
8    BY MS. EBENSTEIN:
9    Q. Mr. Kimball, I believe you made this quite
10   clear that you did not investigate which candidates
11   sought endorsement either from unions or from the
12   FFNEA.  Do you have any reason to believe that fewer
13   African-American candidates who ran for office sought
14   the endorsements?
15   A. No, 'cause I didn't investigate that.
16   MS. EBENSTEIN:  Those are all the questions I
17   have.
18   MS. ORMSBY:  I have nothing further.
19
20
21
22
23
24
25

Page 104

1    MCGRAW REPORTING, L.L.C.
     Certified Court Reporter
2    2927 Droste Road
     St. Charles, MO  63301
3    314.704.2727
4
5
6    August 24, 2015
7
     American Civil Liberties Union
8    Ms. Julie A. Ebenstein
     125 Broad Street, 18th Floor
9    New York, New York 10004-2400
10
11   In re:  Deposition of David Kimball
         NAACP, et al vs. Ferguson-Florissant
12
13   Dear Ms. Ebenstein,
14     Enclosed please find your copy of the transcript,
     the original signature page, and the errata sheets
15   for the deposition of Dr.  Kimball.  Please have him read
     the transcript, make any necessary corrections on the
16   errata sheets, and sign the original signature page and
     the errata sheets in front of a notary public.
17
     Please send the signed and notarized signature
18   page and errata pages directly to Ms. Ormsby, as she
     will have the original transcript.
19
     If you have any questions, please don't hesitate
20   to call me.
21
             Sincerely,
22
23
24           Sandy McGraw
25

## Page 105

1      I, DAVID KIMBALL, do hereby state that I have read

2   the foregoing questions and answers in this transcript

3   of my deposition, page 5 through and including page

4   103, and that this is a true and accurate report of

5   said answers given in response to the questions

6   propounded and appearing herein.

7

8      _____

9      DAVID KIMBALL

10

11

12      Subscribed and sworn to before me this _____

13   day of _____, 2015.

14      _____

15      NOTARY PUBLIC

16

17      My commission expires _____.

18

19

20

21

22

23

24

25

## Page 107

1

2   STATE OF MISSOURI    )

                   ) ss

3   COUNTY OF ST. CHARLES   )

4      I, Sandra McGraw, Certified Court Reporter within

5   and for the State of Missouri, do hereby certify that

6   pursuant to agreement between counsel came before me in

7   the law offices of Crotzer & Ormsby, 130 South Bemiston

8   Avenue, Suite 602, in the County of St. Louis, State of

9   Missouri, DAVID KIMBALL, who was by me first duly sworn

10   to testify the whole truth of his knowledge touching

11   the matter in controversy aforesaid; that he was

12   examined and his examination was reduced to shorthand

13   writing by me on the day, between the hours, and at the

14   place, and in that behalf aforesaid; and afterwards

15   transcribed into typewriting, and presented to the

16   deponent for signature and his said deposition is now

17   herewith returned.

18

19      IN WITNESS WHEREOF, I have hereunto subscribed my

20   name on this _____ day of _____, 2015.

21

22

23      _____

24      Sandra McGraw, CCR #614

25

## Page 106

1      E R R A T A  S H E E T

2      I do hereby certify that I have read the foregoing

      deposition and that, to the best of my knowledge, said

3   deposition is true and accurate (with the exception of

      the following corrections listed below):

4

5   PAGE/LINE   CORRECTION AND REASON FOR CORRECTION

6

7

8

9

10

11

12

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____

23   _____

24

25      _____

      DAVID KIMBALL

**A**

**ability** 87:14
88:3,7 88:9
**able** 30:14 62:21
85:25 86:21
**absolutely** 29:23
52:9 81:3
**academic** 76:7
76:14
**accept** 34:1
**acceptable** 30:16
41:7,14
**accepted** 17:15
**accomplished**
15:25
**accurate** 101:18
105:4 106:3
**aclu** 10:17 11:1,9
12:22,24
**acronym** 10:18
**acs** 90:2,7,12,21
**act** 13:17 76:15
77:7
**action** 54:21
**actual** 28:25 82:3
**addition** 24:2
25:13 63:25
**additional** 23:10
23:25 35:19
44:23 91:18
96:1 103:5
**admit** 19:14
**adults** 36:6 96:17
96:24
**advancement** 1:4
2:4,22
**advantage** 27:12
31:4 35:10
**affiliate** 67:5
69:21
**affirmed** 97:5
**aforesaid** 107:11
107:14
**african** 17:1
27:14 32:9
34:18 36:9
42:18 44:5
45:20 46:6
48:15,18 49:22
58:15,17 64:22

67:7 68:5,10
74:15 75:5 81:3
81:6 85:2,10,16
85:22 86:2,5,21
87:14 88:6
89:11 93:16
100:5,16
**africanamerican**
16:25 19:6,8
20:1,2,19,20,23
20:24 21:3,12
23:3 26:4,7
35:2 37:6,7
43:10,14 45:9
47:9,10,13,19
48:5 49:12,20
51:4,25 52:11
54:15 55:17
57:5,8,25 58:8
63:19 64:1,8,11
65:13 67:21
68:14 73:2,19
74:17 78:23
79:6,19 81:7,12
82:1 83:23 84:5
84:12,20,22
86:4,9,15 87:1
88:10,13,21
93:2 94:7,20
97:2,9 98:14
100:9,13
103:13
**africanameric...**
85:4 88:3 89:8
**afternoon** 2:15
2:16 5:7
**age** 5:2 17:1 26:5
26:7 32:8 37:7
51:5,17 60:25
61:2,11 93:20
96:15,18
**agency** 8:9
**aggregate** 28:6
43:1
**ago** 12:15
**agree** 20:10 24:7
37:2 55:25
58:19 59:25
69:12,24 70:2
72:5 79:17 81:2

81:17 82:11
83:2 84:1,4
85:3 87:5 88:13
89:11 90:10
**agreed** 42:6
83:16
**agreement** 107:6
**ahead** 55:6 84:17
101:1
**al** 2:24 104:11
**allegation** 52:24
**alternatively**
62:19
**american** 4:2
14:11,12 17:1
27:14 32:9
34:18 48:16
49:23 58:15
89:23 93:16
104:7
**americans** 36:9
42:18 44:5
45:20 46:6
48:18 58:17
64:23 67:8 68:5
68:10 74:15
75:5 81:3 85:2
85:11,16,22
86:2,5,21 87:14
88:6 89:11
100:6,16
**analyses** 35:1
**analysis** 13:14
16:22 17:12
18:7,25 19:3,5
19:13 22:7,8
24:11 25:1,5,13
25:15,24 26:10
26:14 30:3,15
30:20,25 31:15
31:24 32:1,2,7
32:23 33:6 34:2
34:22 35:8,12
35:19,24 38:7
39:4,5,6,9 40:2
41:9 42:2,5,11
43:18 46:2
50:10,17 71:4,4
71:15 73:23
74:19 75:13,15

78:18 79:25
80:22 81:8
92:25 93:11
**analysts** 32:16
**analyze** 20:4
21:8 52:4
**analyzed** 23:2
31:22 44:13
63:10,11 66:20
**analyzing** 29:1
**angela** 4:15
**answer** 5:22,23
5:24,24 6:4,13
7:24 23:24 55:6
82:7 100:14
101:1 102:20
**answered** 41:3
100:24 101:23
101:25
**answering** 21:24
**answers** 29:13
30:13 105:2,5
**apartment** 60:12
**apparent** 51:1
**appealing** 95:7
**appear** 95:21
**appearances** 4:1
**appearing** 105:6
**appears** 19:12
21:21
**application**
32:24 70:11
**applied** 7:18
28:25 67:8,21
67:23,24 68:24
69:2
**applies** 61:5 71:7
**apply** 61:6 67:10
67:16 69:6 70:4
70:5
**approaches** 17:7
17:9 22:1 42:24
44:22
**appropriate**
41:10,13 90:11
90:21
**approximately**
13:1 15:9,21
21:1
**april** 25:11 51:7

65:6 97:1 98:3
**arch** 50:10
**area** 37:12 59:18
91:3
**areas** 71:20
72:22 90:22
**arent** 21:8
**argues** 29:5
**arranged** 54:24
55:9
**article** 3:16
13:22,23 14:19
46:19 50:19,23
51:23 52:6
56:14 57:3 59:1
62:13,25
**articles** 48:23,24
48:25 49:4
52:15 62:3
**asked** 16:19 41:3
91:7,10,11,17
91:23 97:5
100:9,23
101:23 102:4
**asking** 22:12
23:19 26:11
27:24 30:9,11
**aspect** 22:9
**aspects** 98:9
**assessing** 28:9,12
**assessment** 16:15
**assist** 75:21
**assistant** 9:9
**assisted** 13:5
**associated** 33:11
**association** 1:3
2:3,22
**assume** 6:14
48:11 49:8 60:5
**assuming** 60:25
75:8
**assumption**
73:14
**assure** 54:25
55:10
**atlarge** 60:21
61:18 62:6,20
87:13,15 88:2
89:8 96:11
**attached** 13:18

**attainment** 14:24
**attend** 8:17
**attorney** 16:16
  54:2,8
**attorneys** 4:11
  5:9,20 7:5 12:7
**august** 1:16 2:14
  50:14 65:22
  104:6
**authored** 73:8
**available** 18:3,6
  25:9 95:11
**avenue** 2:17 4:12
  107:8
**average** 65:3
  73:3,18,20
**averages** 90:16
**aware** 19:23 53:6
  53:15,22 54:1
  54:24 55:7,13
  55:16,21 59:9
  60:9 68:18
  70:22 76:7,14
  77:5,8,9,12
  87:22 88:24
  89:3 95:16,16
  95:17,18

**B**

**back** 39:11 93:21
  93:22
**background** 7:8
  22:18 23:20
**backward** 10:10
**backwards** 97:23
**bailey** 1:5 2:5,23
**balance** 91:4
**ballot** 47:11,14
**ballots** 75:7 95:3
**banner** 19:7
**base** 63:21 77:23
**based** 17:23
  21:25 22:13
  23:6 24:3,5,9
  24:11 32:23
  34:23 46:3 48:7
  48:14 57:23
  73:12,15 78:9
  81:8 83:21 97:7
**basically** 21:3

**basis** 66:1
**bathroom** 79:15
**beginning** 12:15
  71:11
**behalf** 1:15 2:25
  5:4 11:18,21
  29:4 107:14
**behavior** 21:9
  27:16 28:6 31:7
  35:2,4 36:8,18
  36:19,22 42:18
  44:4,5 77:6
**belief** 54:13
  60:11,13
**believe** 13:15
  17:4 19:19
  20:14 23:16,18
  25:3 26:20
  30:19 35:22,23
  39:11 41:6 42:9
  44:8 45:15,20
  46:8,10,13
  48:17 55:3 56:6
  57:5,10,15,16
  57:24 61:24
  67:10 71:11
  76:18,22 77:1
  79:10,12 85:16
  85:19,22 86:20
  90:2 95:22 98:5
  99:10,20 101:7
  103:9,12
**believed** 48:18
  78:12
**bell** 48:2 76:13
**bemiston** 2:17
  4:12 107:7
**berkeley** 71:18
  71:24
**best** 106:2
**better** 35:7
**billed** 13:2
**bit** 7:7 33:23 49:4
  93:24 101:22
**black** 21:14
  25:19 36:6,19
  37:9 43:1 45:2
  45:3 61:15 65:4
  76:9,11 86:18
  92:16 95:3 98:6

98:24
**blacks** 36:21
  37:2 42:12
  67:11,16,24
  68:3
**blocked** 86:21
**blog** 3:15 49:5,8
  50:9,12,20 51:8
  52:18,20 54:17
  56:11 57:15,23
  58:3,7 63:12,13
  63:14 64:15,18
  64:19,20,25
  74:2
**blogs** 52:15
**blue** 20:13
**board** 1:9 2:9
  18:4 32:11 48:6
  48:13,19 52:12
  52:21 53:6,8,12
  53:23 54:2,5,14
  54:21,24 55:9
  55:13 56:1,6,15
  56:16,20 57:10
  58:8,10,12,16
  58:17,20 70:8
  74:2 87:23,25
  89:3,5 95:18
  96:6
**boards** 52:16
  57:2
**body** 26:11
**book** 14:5 15:5
  26:21,21
**boundaries** 98:2
**break** 7:22 79:15
  79:16 92:3
**brennan** 10:21
**broad** 4:3 104:8
**brought** 54:10
**brown** 7:13,15
  8:1 81:14,17
  82:11,22 83:14
  83:22 94:12,15
  94:20 95:2
**browns** 81:21
  82:4
**brunner** 10:25
  11:1
**bullet** 45:13,23

45:25
**bullock** 4:15
**bureau** 90:11,25
**burroughs** 7:10
**byproduct** 52:10
  57:7

**C**

**c** 1:20 3:12 8:11
  90:19 104:1
**calculations** 40:7
  40:21 41:2
**call** 21:6 81:11
  81:25 82:3
  104:20
**called** 48:1
**cambridge** 28:23
**campaign** 75:23
**campaigns** 75:23
  75:24
**candidate** 28:12
  40:23 45:16
  46:11 47:1 50:2
  70:10 73:12
  74:14 77:11,14
  77:15,16,24
  78:1,13 81:10
  81:14 82:17,25
  83:2,10 84:14
  86:16 87:3 94:4
  94:13 95:10,22
  101:15
**candidates** 16:25
  19:6,6,8 20:2
  20:20,24 23:3
  25:14,20 31:23
  32:10 40:14
  43:1,2,10,13,19
  43:23 44:2,14
  44:15 45:2,10
  45:17 47:2,10
  47:11,13,19,24
  48:5,15 49:14
  49:15,21 52:11
  57:5,8,25 66:14
  66:20,22 67:4
  67:21 68:3,14
  68:16,24 69:21
  69:23,25 70:3
  73:2,19,20

75:25 76:10,11
76:23 77:1,19
78:8,25 81:6
82:9 83:13
84:21 85:4,17
85:23 86:1,10
86:22 87:21
88:12 92:15,16
92:17,21 94:10
95:12 96:10
98:6,14,17,25
99:1,22,22
100:9,12,13,15
101:19 103:10
103:13
**canfield** 60:12
**cant** 6:1 10:22
  11:13 12:18,18
  34:3 36:14
  39:24 40:4,5
  47:2 49:7,24
  53:6 75:22
  87:11
**captured** 67:17
**carbondale** 9:4
**case** 1:7 2:7 5:10
  6:24 7:2,5 10:3
  10:6,11,12,16
  10:20,23 11:10
  11:11,23 12:2,4
  12:7,12,20 13:2
  13:6,9 16:7,12
  26:3 27:4,5,22
  28:17 29:4 42:9
  54:7 55:4 56:24
  83:3 90:14 98:7
**cases** 9:19,23,25
  10:1,8 11:4,7
  11:20,24,24
  12:1 27:3 28:10
  78:22
**cast** 32:11 95:3
**cause** 2:19 84:16
  103:15
**cautious** 36:2
**ccr** 1:20 2:18
  107:24
**census** 3:12
  89:17,19,25
  90:10,17,25

**center** 10:21
**certain** 2:19 13:4
  27:15 31:6
  48:20,21 60:2,3
  90:4
**certified** 1:21
  104:1 107:4
**certify** 106:2
  107:5
**challenge** 36:7
  42:17
**challenged** 102:9
**challenger** 95:19
**chances** 47:21
**change** 34:6
  39:15 48:1 69:7
  85:20
**changes** 51:1
  70:2
**changing** 34:9
  37:24 38:4
**charges** 54:9
**charles** 1:23 88:7
  104:2 107:2
**chart** 80:19
**check** 15:12
**checked** 15:15
  60:6
**children** 96:20
**choice** 21:11,12
  21:13,14 43:2
  43:19 74:14,17
  75:5 77:17
  78:22 79:6,19
  80:8,9,13,13
  81:3,12,25
  83:15 84:5
  85:10 86:1,2,4
  86:10,15,16,17
  86:18,22 87:1
  88:10 94:7 95:6
  96:10
**choices** 36:15
  78:10 84:13
  95:6
**choosing** 85:17
  85:23 91:1
**chose** 38:15
  70:12,13,15,15
  84:14 88:14

**chuck** 95:17
**churches** 93:19
**cindy** 4:14 5:9
  22:17
**citations** 15:10
**cite** 33:25 62:2,3
  63:14
**cited** 15:3,7 57:2
  64:3
**citing** 61:7 62:14
  62:25
**city** 59:3,11,14
  62:20 63:4
**civil** 4:2 104:7
**claim** 66:1
**clarify** 99:4
**clear** 30:5,8
  31:14 44:16,20
  72:17 94:4
  101:22 103:10
**clearly** 84:20
**close** 28:7,20,23
  29:2,2 46:18
  78:24 81:16
  87:6 89:2
**coalition** 10:19
  23:4 32:9 43:11
  43:12 46:11,25
  47:9,15 48:1,12
  48:14 49:13
  50:2 57:13,16
  57:25 98:15
**collected** 49:17
**colon** 28:5,22
**colored** 1:4 2:4
  2:22
**column** 62:17
**combined** 16:24
  45:1,9
**come** 56:22
  70:12 99:12
**comfortable**
  21:24
**comma** 28:15
**commented**
  52:15
**comments** 55:14
**commission**
  105:17
**commissioners**

1:10 2:10
**committee** 68:19
**common** 39:11
  97:12
**commonly** 17:7
**communities**
  59:6
**community**
  54:16 57:1
  89:24
**compare** 34:25
  36:24 40:11
**compared** 19:24
  50:24 82:6
**comparing** 25:25
  26:3 39:19
**comparison**
  42:12
**comparisons**
  44:4
**completeness**
  22:21
**complex** 60:12
**composes** 62:19
**conclude** 24:8
  51:6
**concluded** 24:12
  56:1 64:25
**conclusion** 22:2
  23:10 24:1
  51:13 63:15
  68:15 99:12
  100:4,21 101:8
  102:10
**conclusions**
  64:18 69:7
  92:13 102:3
**conditions** 30:24
**conduct** 40:1
  42:1
**conducted** 25:15
**conducting** 34:2
**confer** 92:1
**conference** 1:3
  2:3,21
**confidence** 78:25
  79:24 81:15,20
  82:5 84:10,18
  84:21
**confused** 38:8

**congressional**
  12:4
**conjunction**
  17:18 30:23
  31:3,13 35:13
  35:16
**connecting** 25:14
**connection** 52:13
**consider** 14:7
  15:23 17:10
  19:21 25:6 26:9
  26:13 42:23
  53:9
**consideration**
  99:24
**considering**
  21:22 91:2
**consistent** 41:21
  97:13
**constituents**
  102:14
**constitutes** 95:10
**contacted** 12:11
  16:21,22
**content** 102:14
**contention** 89:7
**context** 25:3 62:3
  69:13
**contextual** 28:20
**continued** 54:8
**contrasted** 25:19
**contributing**
  87:16
**controversy**
  107:11
**conversations**
  6:21
**coopers** 3:11
**copy** 13:18
  104:14
**correct** 11:6
  13:19 14:20
  17:2,24 18:2,20
  20:20 22:9,10
  29:9 35:16,25
  37:21 45:8,11
  45:19 49:18
  51:25 58:9 68:1
  71:22,25 72:7
  72:12 79:12,25

80:22 81:4,10
  81:18 82:18
  83:5,7,11,17
  84:5,24 85:11
  89:13,18 93:19
  94:14,16
**correction** 106:5
  106:5
**corrections**
  104:15 106:3
**correctly** 33:3
  36:12 42:7 59:7
  60:22 79:11
**correlation** 16:23
  19:25
**correlations** 20:5
**couldnt** 72:17
  94:12
**council** 10:5,11
  59:3 62:21 63:4
**counsel** 27:22
  53:16,18 91:11
  97:5 107:6
**counting** 75:7
**county** 1:9 2:9,17
  10:5,11 12:2
  68:21,25 69:3
  71:13 99:5
  107:2,8
**couple** 15:11
  22:1 43:25 64:3
  89:6
**course** 30:16
**court** 1:1,21 2:1
  2:20 6:1 16:17
  19:19 23:19
  24:8,13,15
  28:14 42:9
  98:19 104:1
  107:4
**courtney** 69:2
**courts** 25:5
**created** 57:1
**crossexaminati...**
  3:3,4 92:4
  95:24
**crotzer** 2:16 4:10
  107:7
**csr** 1:20
**cunningham**

5:13
**currency** 91:4
**current** 25:8
**currently** 11:24
**curves** 20:13
**cut** 17:19
**cutoff** 32:12,14
    33:22 34:4
    37:17,21 38:4
    38:10,11,14,16
    38:17 40:3
    41:21
**cutoffs** 32:23
**cv** 13:18
**cycles** 63:20

**D**

**d** 8:11,20,23
    28:19
**danger** 31:9
**dash** 28:15,16
**data** 18:3,6 20:7
    22:19,20,20,21
    23:20 24:14
    27:1,2 28:6,25
    49:17 67:17
    72:1 73:7 76:2
    83:24 89:18,19
    90:3,7,22 91:2
    92:20 93:3 98:7
    98:8
**date** 12:18
**david** 1:14 2:13
    5:1,13 104:11
    105:1,9 106:25
    107:9
**day** 2:14,16
    105:13 107:13
    107:20
**dear** 104:13
**decide** 18:7
    43:24 81:13
    99:13
**decided** 17:21
    40:12,15 41:1
    76:23
**decision** 57:2
**decrease** 63:3
**defendant** 1:15
    4:10 5:4 10:17

10:22,25
**defendants** 1:11
    2:11,25,25 3:10
    5:10 16:3 27:20
    50:5 62:11
**defense** 97:5
**define** 13:21
    25:23 61:12
    77:13
**definitely** 81:9
**definition** 14:4
    33:23 77:16
    78:9
**definitive** 24:23
**degree** 7:17
    22:10,11
**deliberations**
    54:6
**demonstrate**
    22:4
**denominator**
    69:24
**denominators**
    69:8
**depending** 78:10
**depicted** 21:10
**depicts** 23:8
**deponent** 107:16
**deposed** 70:9
**deposes** 5:3
**deposition** 1:14
    2:13 5:16 6:18
    11:4 69:5
    104:11,15
    105:3 106:2,3
    107:16
**describe** 40:2
**describing** 65:18
**detailed** 28:4
    73:22
**determination**
    17:22
**determine** 40:10
    42:11 60:20
    61:16 74:8
    77:18 78:11
    94:12 100:15
**determined** 74:6
**determining**
    40:14 78:22

100:8
**developed** 28:16
**didnt** 15:19
    18:14 19:12,19
    19:21,21,21
    20:4,5 21:14
    25:3,6 26:19,23
    31:15 33:18
    38:3 40:10,21
    41:1,23 42:5,8
    44:3 45:7 51:12
    51:21 52:4
    53:12 55:12,25
    61:2 63:14 66:5
    68:3 70:18,25
    71:2 73:22
    75:22 78:16
    80:6,14 86:9,12
    86:18 89:1
    95:21 98:22
    99:7,18,19
    100:1,14,14,19
    101:17,20
    103:15
**difference** 69:7
    82:9 83:14
    84:24 94:15
**differences** 19:10
    28:12
**different** 17:6
    21:11 22:1
    25:20 33:23
    36:22 39:12
    42:15,15,23
    43:18 47:24
    66:2 78:25
    82:10 86:15
**differential** 66:2
    67:15
**differentials**
    65:21
**difficult** 6:7
    36:17 79:22
    81:14 90:6
**difficulty** 96:10
**dilute** 88:2
**diluted** 87:14
    89:8
**direct** 3:2 5:5
    81:1

**directly** 8:4
    12:24 16:19
    104:18
**disadvantage**
    26:24 31:8
**disagree** 78:18
**disclose** 33:18
    53:6 54:9
**discuss** 53:23
**discussed** 43:18
    51:23 74:4 94:8
    94:9
**discussing** 71:12
**discussion** 10:7
    16:9 18:18
    41:17 59:2
**disparity** 65:6
**disproportiona...**
    64:12
**disproportiona...**
    63:20 64:1,9
    65:14 97:2
**distinguish** 81:24
**district** 1:1,1,9
    2:1,1,9,20,20
    13:11 16:18
    36:5,13,17 37:5
    37:10 42:3 54:8
    56:4 59:4,10,12
    59:15,23,24
    60:1,14 63:11
    65:12,21,23
    71:8,16,19,21
    71:23 72:6,11
    72:12,18,23,23
    73:11,15 74:9
    96:11,20 97:7
    98:2
**districts** 51:24
    62:7 63:2 93:14
**districtwide**
    73:10
**doctoral** 26:18
    26:20
**doctorate** 8:20
    9:1
**documentation**
    54:9
**documents** 3:12
**doesnt** 14:2

**directly** 31:21 35:5
    64:10,16 72:6
**doing** 36:23
    40:24 41:18
**doj** 72:10
**dollars** 12:21
**dont** 6:10,13 10:4
    10:4 13:7 15:11
    15:13 16:19
    17:16,19 24:3
    26:19 29:11,19
    31:2 32:14 34:3
    34:9,21 37:12
    38:1 45:5 47:22
    48:20,20 53:20
    53:25 54:12
    55:24 58:5 66:1
    67:12,23,24
    69:15,24 70:14
    73:12 75:2
    76:24 77:3
    80:10 85:9
    86:23 87:17
    91:24 93:21
    99:14,20 101:9
    102:17 103:3
    104:19
**doris** 1:5 2:5,23
**doubt** 20:7 85:9
**dr** 3:13,14,18 5:7
    6:20,21 18:20
    18:25 19:14
    20:8,17 22:8,21
    23:1,6 27:21,25
    29:5 30:2 33:5
    33:15 42:6
    44:18 51:24
    52:16 53:9,15
    53:22,24 54:1,7
    54:10,14,25
    55:10,16,22
    56:1,7 58:13,20
    74:13,14,16,22
    75:3,4,6,14,18
    76:19 78:12,16
    78:18 80:19
    84:4 85:10 87:2
    87:9,22 88:19
    92:6,7 104:15
**dramatically**

39:15
**draw** 68:15
**drink** 7:19
**droste** 1:22 104:2
**due** 33:1
**duly** 5:2 107:9

**E**

**e** 106:1,1,1
**earlier** 45:7
  57:13 99:14
**eastern** 1:1 2:1
  2:20
**ebenstein** 3:4,6
  4:8 22:17 29:19
  29:24 30:5,8,12
  44:16 52:7 55:2
  70:14,19 79:14
  91:25 95:15,25
  97:18 100:23
  101:2,23 103:5
  103:8,16 104:8
  104:13
**ecological** 17:11
  17:12 24:20
  26:22 28:5,11
  28:19,21 29:6,8
  29:11 30:3,21
  31:1,9,10,16,18
  31:25 35:7,10
  35:17,24 36:2,7
  36:8,24 42:1,10
  79:25 80:15,21
  80:25
**editors** 28:21
**education** 7:8
**effect** 77:10
**effectively** 60:20
**effects** 62:6
**ei** 28:11,16,24
**eight** 73:5,16,17
**eighty** 20:22 21:2
  21:4 26:4 32:9
  32:15 33:21
  34:1,7,8,12
  37:7,17,24
  38:16,17,20,21
  38:24 39:5,25
  40:3,14,17,19
  40:24 41:21

74:21 93:15
**eightyfive** 32:15
  32:25 33:17
**either** 10:17 11:8
  11:13 26:20
  37:6 41:21 45:8
  53:25 60:2 61:5
  61:6 64:10
  82:23,25 86:6
  96:14 103:11
**elect** 49:13 85:17
  85:23,25 86:6
  86:22 87:14
  88:3,7 89:9
**elected** 46:9 83:2
  83:7,11 84:2
  85:7,8,13
**electing** 86:10
  96:10
**election** 16:22
  17:23 18:13,14
  19:9 20:3,15
  21:6 25:8,11,16
  35:3,4 43:7
  45:16 46:1,4,7
  48:10 49:13
  51:4,7 52:21
  65:7 66:15,21
  73:11 77:11
  78:10,13,15
  79:3,9 81:1
  82:17 84:13
  89:12 93:24
  94:4 98:16
  102:5
**elections** 1:9 2:9
  13:11,17 18:4
  19:2,17,25 20:6
  20:11 21:9,10
  21:13,15 25:3,7
  45:8 61:18 64:2
  64:9,12 65:14
  65:21 66:2,8,23
  68:17 69:11
  73:5,15,16,17
  73:19,21,23
  74:2 76:4,15,17
  78:23 84:14
  85:17,24 86:8
  86:14,18,19,21

86:24 88:4
  95:22 96:11,12
  97:3,11,11
  102:9
**electorate** 47:20
**eleven** 32:11
**employed** 32:25
**employee** 53:7
**enclosed** 104:14
**endorsed** 67:4,18
  67:19 68:3,7,14
  69:21 70:1
  99:22,23
**endorsement**
  67:8,11,16,22
  67:25 68:11,12
  68:25 69:3,6,17
  69:18,23,25
  70:4,11 98:25
  99:1,3,7,25
  100:2,5,10,17
  100:19,20
  101:15,20
  103:11
**endorsements**
  66:11 67:14,23
  68:4,7,16 69:10
  98:24 99:5,18
  100:12 103:14
**endorsing** 68:19
**engage** 45:21,23
  45:25
**engstrom** 27:21
  29:5 33:5,15
  38:12
**engstroms** 3:13
  27:25 30:2
  32:19 33:24
**enter** 16:2
**entered** 55:4
**entire** 27:23
  96:16
**entirely** 88:22
  93:2
**entities** 90:12
**entity** 90:21
**environmental**
  8:8
**errata** 104:14,16
  104:16,18

**establishing** 17:5
**estimate** 24:20
  31:21 42:21
  43:16 84:25
**estimates** 24:19
  28:18 31:11
  35:1 36:8,25
  37:1 44:1 78:17
  90:19
**estimation** 27:18
  35:14
**et** 2:24 104:11
**ethnic** 96:9
**evenly** 59:20
  95:3
**events** 60:10 76:9
**evidence** 18:10
  21:17 22:13
  23:10,25 24:18
  24:24 51:19
  64:16 66:5
  83:21 88:18
**exact** 89:1
**exactly** 11:14
  12:18 19:4
  46:17 49:24
  50:22
**examination** 3:2
  3:5 5:5 97:20
  107:12
**examine** 16:16
  17:7 45:1 67:13
  99:7 100:1
**examined** 2:14
  19:5,8 65:20
  66:7,23 74:7
  107:12
**examining** 16:23
  26:25 27:13
  31:5
**example** 98:13
**exception** 106:3
**exhibit** 3:10 16:3
  27:9,20 50:3,5
  62:10,11 90:19
  92:7 93:6,23
**exhibits** 3:9 16:2
**expansion** 71:22
**experience** 93:18
**expert** 9:22 11:3

11:8,17 13:10
  13:12,15 27:21
  27:22 28:8 29:4
  50:18,21,25
  51:13 85:15,21
**experts** 6:24 7:2
  84:11
**expires** 105:17
**explain** 26:19
  37:24
**explanation**
  41:19 53:2
  102:16
**explanations**
  102:23
**explicit** 28:17
**explicitly** 54:2

**F**

**f** 1:5 2:5,23 47:3
**faced** 95:19
  102:5
**facet** 23:14
**fact** 53:12 71:25
  75:4 98:13
**factor** 16:15 46:3
  49:11 71:10
  87:16,16
**factors** 21:22
**facts** 56:1
**fair** 6:16
**faired** 69:11
**fairly** 14:24
  15:25 37:3 89:2
**familiar** 32:17
  53:8 56:24
  80:15
**far** 12:23 13:2
  20:2 56:21 84:9
**favor** 42:10
**feel** 32:20 33:10
**fellow** 4:7 29:4
**felt** 33:15
**ferguson** 37:12
  59:5,9,11,14,17
  59:19,21,22,23
  59:25 60:4,10
  71:14,18 72:2,2
  72:11
**fergusonfloriss...**

1:8 2:8,24
13:11 16:18
42:2 49:1 59:4
59:10,15 60:1
60:14 64:17
65:12,17,23
70:10 71:7,15
71:23 72:6,18
74:2,9 87:23
96:6 97:7 98:1
98:2 104:11
**fewer** 45:21
103:12
**ffnea** 103:12
**ffsd** 32:11
**field** 14:25 26:9
**fifteen** 15:18,19
32:25 33:17
**fifth** 47:18
**fifty** 20:19 61:13
61:13
**figure** 20:8,10
23:17 24:2
42:17 55:19
64:21
**figured** 42:7
**figures** 24:6 60:6
67:13
**filed** 16:6,11 77:7
**files** 102:13
**find** 19:20 61:8
71:12 72:17
74:12,14 77:23
92:20 97:9
101:14 104:14
**finding** 79:14
96:8
**finds** 97:1
**finish** 5:22,24
27:10 54:23
**finished** 102:19
**first** 6:19 8:25
9:3 1:11:19 12:16
20:4 22:23,24
22:24 25:10
26:21,21 32:4,7
32:22 33:8 39:4
50:20,23 51:20
58:25 60:18
62:3,17 66:13

66:13,17 84:23
95:6 96:5 107:9
**five** 9:21 10:8
46:8,9 47:10,13
47:14 66:23
75:9,10 92:1
**fiveyear** 90:16
**fiveyearolds**
96:19
**flat** 21:3
**flatter** 20:11,13
**flip** 29:14 71:5
**floor** 4:3 104:8
**florissant** 72:3
**focused** 42:25
43:9 59:3
**followed** 74:1
**following** 55:22
106:3
**follows** 5:4
**footnote** 27:24
28:2 29:12,20
29:21,25 32:20
32:21 33:12
61:21,24
**footnotes** 29:22
**force** 59:3
**foregoing** 105:2
106:2
**forgot** 7:21 82:3
**form** 90:1,9 91:7
91:14
**formation** 58:1
**forth** 39:12
**fortytwo** 75:9,11
**found** 18:11 52:3
64:5
**four** 21:10 29:16
58:14
**fourteen** 29:16
**fourth** 47:18
**fourthirty** 2:15
**free** 32:20 33:10
**frequently**
100:11,12
**front** 23:21
104:16
**frustrated** 56:4,9
57:11
**frustration** 57:1

**fueled** 57:1
**full** 5:11 60:18
63:21,24 66:13
66:17 96:5
**further** 22:8
102:17 103:4
103:18

**G**
**gabel** 4:15
**gain** 98:19
**gary** 28:4,20 35:5
35:6
**general** 32:12
73:14 93:10
**generalized**
65:10
**generally** 17:15
32:12 40:17
102:13
**geographic** 90:12
90:20,20
**gestures** 6:7
**getting** 31:11
75:21 102:15
**gingles** 28:15
**give** 15:21 22:12
27:9,19 31:21
66:14 73:1
**given** 53:3 99:8
100:2 101:11
105:5
**go** 5:19 7:12 8:4
8:14 16:10
24:25 25:12
39:16 53:4 55:6
57:4 58:22 70:6
70:13,15 84:17
84:17 91:25
93:23 94:22
96:2 101:1
**goes** 61:24 71:11
**going** 6:14 16:2
18:17 22:17
24:21 27:9,19
30:1,12,14
32:18 40:12,13
40:23,25 42:21
46:19 49:4 53:4
56:5,19 62:17

85:20,20
**good** 5:7 15:6,8
15:11 17:4
36:24 42:22
53:5 59:19
92:21
**government** 3:12
72:9
**grad** 8:4,14,16
8:17
**grade** 48:1
**graduate** 4:6
7:14 8:23
**graduated** 7:9
8:1
**graham** 86:3
87:2,8,9,22
88:19
**graph** 17:10
20:17 21:17,21
21:25 22:3
23:12 24:13,14
31:18,20,21
50:20,20,21,24
51:2,3,11,21,21
**graphs** 21:8,16
22:15,19 23:19
24:4 50:23
**graves** 69:2
74:13,14 75:4
75:18 76:19
85:10
**ground** 5:19
**group** 16:25 26:1
26:2 62:19,21
63:6 77:25
**groups** 28:13
36:15 63:3
**groves** 5:15
**guaranteed**
31:11
**guess** 10:3 11:1
14:10 21:24
23:24 25:10
31:2 35:11 38:8
56:8,12 57:18
58:2 64:10
78:20 86:8,23
93:8 99:13
101:25

**guessing** 37:11
49:10

**H**
**h** 3:13 27:9,20
106:1
**hadnt** 91:19
**handed** 18:19
**happened** 47:23
48:9 64:17
**hard** 47:22 56:13
68:15 81:24
82:6
**harder** 81:19
83:13
**hasnt** 30:10
**hat** 77:1
**havent** 15:12,12
60:6 76:17
**hawkins** 87:7
**head** 6:5,5 47:8
**heard** 12:2 60:12
**heavily** 25:25
26:1 27:14,14
88:12
**held** 16:9 18:18
65:21 66:3
**help** 68:4
**helpful** 92:18,22
92:24 98:11,18
99:11
**henson** 79:5,18
81:2,6,25 82:16
88:7,24 94:3
95:1,5,17 102:5
**hensons** 81:20
**heres** 16:8
**hereunto** 107:19
**herewith** 107:17
**hes** 22:25
**hesitant** 78:21
**hesitate** 104:19
**hi** 5:8
**high** 7:9,10 14:7
14:11,24 15:20
94:13
**higher** 20:2
43:13 65:3
84:20 87:7
97:10

**hired** 58:13,18
    58:21
**historical** 71:25
**hogshead** 81:14
    81:17,21 82:7
    82:12,22 83:6
    83:10,14,23
    84:1 94:10,15
    94:19 95:2
**hogsheads** 82:4
**holds** 63:6
**homeless** 10:19
**homogeneous**
    17:12 22:6
    24:19 25:12,15
    25:23 26:9,24
    27:5,12 29:9,12
    30:3,20,25 31:4
    31:5,17,24 32:1
    32:6,13 33:20
    34:2 35:12,19
    36:21,25 37:19
    39:4,9 40:18
    41:9 42:11
    74:18 80:2,6,14
    93:11
**homogenous**
    24:25 30:22
    37:9 80:4
**hot** 49:9
**hour** 40:8
**hourly** 12:19
**hours** 2:15 13:1,3
    107:13
**hp** 26:23 32:22
    33:5
**hudson** 1:4 2:4
    2:23
**hundred** 12:21
    15:11,13,18,19
    15:25 46:17
    75:10,11 88:25
**husted** 10:16,18

**I**

**id** 21:25 23:24
    29:14 58:2 93:5
**idea** 47:7 76:21
**identical** 50:24
**identification**

16:4 50:6 62:12
**identified** 94:3
**identify** 16:6
    67:3
**ignore** 24:13
**ignoring** 31:8
**ill** 5:19,21 7:19
    50:7 60:17
    64:13 81:1
    90:15 91:23
    97:22 99:13
    101:25
**illinois** 9:4,12
**im** 5:9,9,20 6:14
    8:1 10:13 11:1
    13:3,3 16:2
    18:17 22:12,17
    22:17 23:19
    24:22 26:10
    27:9,11,19,23
    30:11 32:17,18
    36:12 37:11
    38:8 40:12,13
    40:23,24 41:14
    44:22 47:12
    49:10,16 50:1
    50:21 52:21
    53:2,8 58:2
    60:2,8,17,25
    66:6 69:16,18
    70:5 71:3,4,4
    71:14 72:15
    74:13,25 75:8
    77:8,12 78:20
    84:16 85:20,20
    90:18 91:23
    99:5 102:21
**immediately**
    53:16,19
**impact** 76:15,16
**implication** 70:2
**imply** 52:6
**important** 29:1
    33:15 38:3 98:5
    98:9,22
**impression** 48:6
**improving** 28:17
**inaccurate** 101:8
**inappropriate**
    35:24 36:1

**include** 44:6
    51:12 71:23
**included** 19:1
    22:10,11 23:2
    23:15 24:23,24
    25:2 91:8
**includes** 50:23
    59:5 60:4
**including** 25:6
    99:5 100:15
    105:3
**income** 89:21
    90:4
**incumbents**
    102:9,13
**independently**
    50:18 78:11,16
**index** 3:1,9
**indicate** 22:15,15
    23:22
**indicated** 64:22
**indicating** 38:7
**indication**
    102:12
**indicator** 24:23
**indistinguisha...**
    79:2 94:18
**individual** 28:6
    43:2,19,22 44:2
    44:14 83:24
**individually**
    70:17
**individuals** 86:7
**infer** 36:18
**inference** 17:12
    26:22 27:17
    28:5,20,22 29:6
    30:4,21 31:1,10
    35:8,10,24 36:3
    36:7,25 42:1,10
    79:25 80:15,21
    80:25
**inferential** 42:16
**influence** 76:20
**inform** 34:11
    38:3
**information**
    19:15,20 23:1
    26:13 35:9
    42:23 44:25

54:3 69:13
    70:16 71:6 74:7
    90:24 92:15,19
    98:20,23 99:11
    100:22 101:9
**informed** 56:7
**initial** 13:18
    18:20 25:2,16
    31:14,16,25
    34:9,14 38:19
    38:20,21 39:1,2
    39:3,8 42:25
    43:4,5 44:12
    46:2 50:17
    58:22 60:16
    63:7,9,18 65:10
    92:7 96:3,4
**initially** 12:11
**inside** 59:10
**insight** 75:22
**instance** 93:18
    95:3
**integrated** 36:14
    36:17 37:3
    93:13,18
**integration** 93:18
**interchangeably**
    44:20
**interest** 4:7
**interested** 18:9
    102:24
**interesting** 67:13
    68:6 69:9
**internal** 54:5
**interpret** 22:22
    30:9 92:20
**interpreting** 36:2
    98:7
**interrupt** 87:17
**interruption**
    94:21
**interval** 84:10
**intervals** 79:1,24
    81:15,20 84:18
    84:21
**interview** 70:12
**investigate**
    100:20 103:10
    103:15
**investigated**

56:20
**invitation** 70:12
**invoices** 12:22
**involved** 9:20
    10:4,9 11:24
    27:18 35:14
**involves** 33:6
    91:2
**involving** 10:1
**irregularities**
    56:21
**isnt** 24:16 82:5
    100:10
**issue** 49:10 53:10
    55:14 72:6
**issues** 10:5 13:17
    29:1 53:7,23
    54:22
**ive** 6:21 9:24
    12:23 13:16
    18:19 48:24
    71:12

**J**

**jarbled** 6:11
**job** 9:1,3
**john** 7:10 10:16
**johnson** 1:5 2:5
    2:23 47:4 84:9
    84:19
**jointly** 19:7
**journal** 14:8,12
    14:12
**journals** 14:9,11
    14:16,20,23
**judge** 102:1
**judging** 55:19
**judgment** 24:5
**julie** 4:8 6:21
    12:8,13,25
    104:8
**jurisdiction** 90:8
**jurisdictions**
    90:5

**K**

**keep** 54:10 56:19
**kellett** 10:11
**kimball** 1:14
    2:13 5:1,7,13

92:6 103:9
104:11,15
105:1,9 106:25
107:9
**kimballs** 3:14
**kind** 48:12 56:13
69:15
**king** 26:22 28:4
28:15,21 35:5,6
**kings** 26:10
30:21
**kinloch** 71:24
**knew** 53:25
54:12 77:2
87:25 89:5
**know** 7:25 13:1
15:9,13,17,19
17:16 20:5 24:3
34:3 37:9,12
45:13 47:22
48:20,21 53:17
54:7,18 55:12
58:5,12 59:13
67:7,12,20,23
67:24 68:24
69:2,15 70:1,3
70:4,5 75:2,18
76:24 77:3,18
79:8 82:16 83:6
86:23 89:1
90:13,16 92:14
92:18,21,22,24
93:21 95:17
98:5,12,15,17
101:11,16
**knowing** 56:4,10
69:22 98:12,15
**knowledge** 54:6
106:2 107:10
**koster** 10:13

—————————
**L**
**l** 1:20,20 104:1,1
**label** 58:6
**labeled** 81:11
**labor** 66:10,10
66:19 68:16,21
68:25 69:3
98:23 99:4,5
**lack** 52:16 53:1

56:25
**lakin** 3:3 4:5
29:13 41:3
57:17 92:5
94:24 95:23
102:19
**large** 65:5
**larger** 90:5
**lately** 60:6
**law** 4:11 107:7
**lawful** 5:2
**lawsuit** 76:20,23
77:2,7,10
**lawsuits** 76:15,16
**lead** 100:21
101:8
**learn** 36:14
**leave** 99:13 102:1
**leaving** 27:1,1,7
**led** 53:24
**left** 54:19 56:10
**legal** 53:16,17
54:20,22
**leslie** 83:6
**level** 14:7,11,24
16:24 18:3 73:7
82:5 83:24
94:13
**liberties** 4:2
104:7
**limit** 18:7
**lin** 4:5
**line** 21:3 53:1
106:5
**lines** 20:10
**listed** 106:3
**literature** 61:8
65:19 66:7
96:22 97:1
**little** 7:7 33:23
38:8 47:25 49:4
78:21 93:24
101:21
**live** 5:14 36:21
**lived** 93:17
**living** 37:3
**local** 54:25 55:10
57:1 64:2 66:8
66:10,19 67:4
68:17 69:21

71:17 96:10,11
97:3
**located** 37:10
59:14
**long** 7:24 8:12
9:10 40:6,8
87:25 90:1
**longer** 80:2
**look** 16:5 18:14
20:17 23:25
24:14 32:18
34:22 37:14
42:14 46:1,20
49:4 50:7 58:23
58:23 61:21
68:21 69:10
70:25 71:2
75:24 83:9 93:5
99:9 100:3
101:12 102:8
**looked** 43:22
50:24 71:12
73:9 74:21 76:1
76:1 78:6,7,24
80:10
**looking** 21:16,20
23:11 24:3
41:15 51:19
61:7 69:18 71:4
73:10 74:13,25
79:24 80:2,4
98:23
**looks** 20:18,22
50:9,20
**loss** 87:13
**lost** 46:16 47:7
68:11 86:3,4
87:9 88:11,24
95:20
**lot** 27:2 60:13
89:17
**lots** 14:9 55:20
70:5,6
**loud** 28:1
**louis** 1:9 2:9,18
4:13 5:14 7:11
10:10 12:2
50:11 71:13
107:8
**low** 33:19 63:20

64:2,9,12 65:14
97:3
**lower** 33:16
64:23,24

—————————
**M**
**mailed** 12:25
**majoritarian**
62:20
**majority** 26:8
36:13 37:2
58:19 60:20,25
61:9,10,12,16
62:19 63:6 65:4
65:4
**makeup** 58:12
68:18
**making** 92:13
**manner** 13:6
**map** 23:15 24:9
24:15,17,22
**maps** 23:6,21
24:4
**margin** 87:13
**mark** 62:9
**marked** 16:3
27:20 50:5
62:11 90:18
**martin** 28:21
**mathematics**
7:18
**matter** 54:13
96:19 107:11
**matters** 62:4
**mccoy** 51:24
53:15,22 54:1,7
54:10,14 55:16
55:22 56:1,15
56:16,21 58:10
58:13
**mccoys** 52:16
53:9,24 54:25
55:10 56:7 58:5
**mcgraw** 1:20,20
2:18 104:1,24
107:4,24
**mean** 13:13
17:10 21:7
44:17,21 47:3
47:22 48:16,24

48:25 49:8,16
54:5,22 58:3,3
60:6 62:25 64:6
64:7,10 66:25
68:4 76:1 77:20
81:11 83:17,22
84:9 96:14 98:8
101:10
**meaning** 96:17
**means** 15:2,4
25:25 45:15
**measure** 51:17
83:12
**measured** 51:15
**measures** 23:10
23:25 42:15
**measuring** 90:4
**media** 48:25 49:2
52:23
**meeting** 54:24
55:9,14
**members** 48:13
49:23 70:9
**mention** 52:18
53:12
**mentioned** 14:21
21:23 29:12
52:19 72:19,22
**mentions** 15:4
71:17,22 72:10
**method** 26:10
30:21,23 35:16
41:7,15 42:21
**methodological**
28:22
**methodologists**
35:6
**methods** 17:15
26:13,20 31:13
35:13 41:10
**middle** 94:25
**midpoint** 82:4
**mind** 79:15 92:6
**minorities** 56:2
**minority** 31:23
77:17,25 96:9
**minorityprefer...**
40:23 77:13,15
77:19 78:8,13
81:9 82:17,24

83:1,10,13
84:13 87:3 94:4
95:10
**minute** 50:8
**minutes** 24:22
92:1
**mischaracterizes**
55:3
**misleading** 69:14
99:15,19,20
100:21
**missouri** 1:1,3
2:1,3,18,21,21
4:13 10:3,12
12:2,3 107:1,5
107:9
**mixed** 42:19
**mo** 1:23 104:2
**months** 12:15
48:9 65:22,25
66:3 98:3
**morris** 86:3
**motivated** 48:8
55:1,11,23
57:16 58:1,4,6
**move** 72:16,25
97:23
**moved** 43:18
**moving** 71:3
**multi** 77:21
**multicandidate**
45:15
**multiwinner**
77:19
**municipal** 72:7,8
**municipalities**
72:2,3
**municipality**
71:13
**muster** 41:16

**N**

**naacp** 11:18
54:25 55:10
104:11
**name** 5:11 46:14
47:2 95:21
107:20
**named** 84:12
**names** 10:14

11:2
**narrow** 87:13
**national** 1:3 2:3
2:21
**nature** 65:11
**nea** 67:4,8,10,21
68:18 70:10
99:5 101:20
**near** 56:14 59:1
**necessarily** 95:13
**necessary** 29:20
104:15
**need** 7:21 30:24
36:20 42:8
93:22
**needed** 29:1
48:18
**needs** 56:2
**negatively** 52:15
**neighborhoods**
37:4
**neither** 94:19
95:1
**neoch** 10:17,18
**never** 11:4 95:19
**new** 4:4,4 10:20
10:21,21 28:22
104:9,9
**news** 48:7 53:20
**newspaper** 57:3
**nice** 54:18
**nine** 67:4 69:20
69:25 70:1,1
101:19
**ninety** 26:4 32:16
32:23 33:2,6,21
34:8,12,18,22
37:20,25 38:10
38:10,14,18,22
38:24 39:6,20
39:25 40:13,17
40:20,25 41:22
**ninetyone** 46:20
**nodding** 6:5
**nonafricaname...**
35:3
**normal** 33:17
**north** 68:21,25
69:3 99:5
**northeast** 10:19

**notarized** 104:17
**notary** 104:16
105:15
**note** 62:2
**november** 65:22
97:11
**number** 33:1
34:23 36:21
47:23 49:18
66:14,20,22
68:13 73:1,8,18
73:20 87:7,9
89:1 92:15 98:6
**numbers** 34:24
34:25 40:11,15
68:7,8 69:15
73:23,24 75:3
99:1,21 100:17

**O**

**object** 22:18
**objection** 55:2
70:14 101:23
**obtain** 73:8
**obviously** 31:7
54:5
**occurred** 18:13
55:3
**occurs** 77:6
**offcycle** 64:2,9
64:12 65:14
97:3
**office** 47:19
103:13
**offices** 107:7
**oh** 7:11 11:12
15:11 40:22
49:5 72:15 80:8
91:13 102:21
**ohio** 8:18 10:16
10:19,23 11:10
11:11,13
**okay** 5:14,16 6:2
6:15,17,23 7:4
7:7,11,14,17,19
7:23 8:4,12,14
8:19,22 9:5,8
9:12,15,19,19
9:22 10:1,8,24
11:3,7,17 12:17

12:19 13:5
14:15 15:9,16
15:20,22 16:14
17:19,21 18:1
18:19 19:23
27:9,19 30:18
30:19 33:10,14
41:4,6 43:17
44:24 46:6,22
46:23,25 47:16
47:18 50:13
58:22 60:16
61:4,15 62:16
63:7 64:14
65:20 66:1,9
67:2,7 70:19
71:3 72:15,16
72:24 74:1,6
75:16 76:7
77:13 79:8,17
79:18 80:12
81:22 82:11
83:6,9,25 84:1
84:4 85:15
88:24 89:7,17
90:24 91:7,22
92:9 93:9 96:25
97:23 102:2
103:3
**once** 6:12
**ones** 14:21
**onethirty** 2:15
**open** 32:3 57:6
**opinion** 14:13
22:13 85:15,21
85:22 88:6 91:7
91:14
**opportunities**
45:21
**opportunity**
85:16,23 86:6
**oppose** 14:2
**optimal** 35:8
**order** 30:24
54:10 98:18
99:12
**organizations**
66:10,19
**ori** 28:21
**original** 97:8

104:14,16,18
**originally** 50:14
**ormsby** 2:16 3:2
3:5 4:10,14 5:6
5:9 16:5,10
18:19 22:24
23:5 29:17,23
30:1,6,11,16,19
41:4 44:19,24
50:3,7 52:9,14
55:5 57:19,21
57:23 62:9,13
70:17,22 79:17
91:24 94:9,22
97:21 101:1,5,7
102:2,17,21,25
103:3,18
104:18 107:7
**outcome** 99:9
101:12
**outlets** 52:23
**outlier** 19:24
**outside** 59:23
60:14,15 82:4
**overall** 61:9
73:11
**overlap** 81:21
**overwhelmingly**
45:3,3

**P**

**page** 3:2,3,4,5,6
3:11,12,13,14
3:15,16,18
18:24 27:24,25
32:5,19 34:16
36:4 39:3 58:22
60:16 61:22
62:16 63:21,23
63:24 66:9,14
66:17 71:11,11
71:17,22 72:10
72:16,25 74:13
80:19 92:8 93:6
93:7,8,23 96:2
96:5 104:14,16
104:18 105:3,3
106:5
**pages** 29:15 71:6
104:18

**paper** 15:5
**paragraph** 29:22
  33:10 56:11,12
  56:13,23 59:1
  60:18 62:17
  63:21,25 66:13
  66:17 68:22
  72:25 73:25
  96:5,25
**paragraphs**
  71:10
**parentheses** 28:7
  28:8,23,24,24
  29:3
**part** 13:13,13
  16:15 24:18,24
  39:8 43:7 47:15
  51:15 59:11,22
  59:23 63:17
  65:19 66:25
  71:20 72:11
  88:12
**particular** 22:13
  22:14 77:25
  79:4
**particularly**
  78:23
**partly** 48:8 58:4
  72:3,4
**pass** 41:16
**pattern** 93:4
**patterns** 29:2
**paulette** 84:19
  85:1
**pearson** 10:13
**peer** 41:10,20
**peerreview** 13:24
**peerreviewed**
  41:8,16
**peerreviwed**
  14:19
**pending** 2:19
**people** 1:4 2:4,22
  6:2 27:16
**percent** 16:25
  20:18,19,23,23
  21:2,4 26:4,4,6
  26:6 32:9,10,15
  32:15,16,24,24
  32:25,25 33:2,2

33:21,22 34:18
  34:19 37:6,7
  59:14,16,21
  60:7 61:13,14
  74:22,22 93:15
  93:16
**percentage** 51:16
  51:17 65:3
**period** 28:10
**personnel** 53:7
  53:10 54:3
**perspective**
  98:19
**ph** 8:20,23
**pick** 79:23
**place** 25:4 46:25
  47:18 60:10,12
  81:18 82:24
  107:14
**places** 61:9
**plaintiff** 4:2
**plaintiffs** 1:6 2:6
  2:24 7:2 11:21
  12:7 16:16
  27:21 29:5
  84:12,14 91:11
**plan** 91:17
**played** 99:2
**please** 5:11 6:12
  28:1 32:20
  104:14,15,17
  104:19
**plot** 19:1
**plots** 25:13 92:11
  92:14
**plus** 90:23
**point** 8:14 18:9
  27:23 42:14,22
  58:25 82:3
  84:25
**points** 65:3
**polarization**
  21:22 22:16
  23:8,14,22 24:9
  24:16 52:3
**polarized** 16:17
  17:5,8,23 18:10
  20:15 21:6 22:2
  22:4 23:11 24:1
  24:12 28:9

47:20 51:20,22
  60:19 74:8
**polarizing** 76:9
**police** 59:3
**policies** 53:8
**political** 7:18
  14:8,10,11,13
  14:14,24 15:6
  15:23 17:15
  26:8,11,12,12
  35:6 61:8 64:4
  65:15,18 66:7
  77:9 102:8
**politics** 14:12
  50:10,10
**pool** 77:11
**populated** 26:2
  59:20
**population** 17:1
  26:5,7 32:8
  37:8 51:5,17
  60:25 61:1,3,10
  61:11 62:20
  91:3 93:17,20
  96:15,16,18
**populations**
  90:23
**portion** 22:14
  44:6
**poses** 36:7
**possible** 88:22
  95:5,9 102:16
  102:22,23
**post** 3:15 4:6
  50:9,12,13,13
  52:20 54:18
  57:24 63:12,13
  63:14 64:15,18
  64:19,20 65:1
**postdoc** 9:2
**posts** 49:5,8 74:3
**potentially** 61:20
**poverty** 89:20
  90:5
**practices** 71:18
**precinct** 17:12
  18:3,6 19:12
  24:19 25:1,13
  25:15,23 26:9
  29:9 30:3,20,25

31:24 32:1,6,13
  34:2 35:12,19
  39:4,9 42:11,20
  49:19 51:4 73:7
  73:13 74:19
  80:3,4,7,14
  93:11
**precincts** 16:24
  19:11 20:18,22
  22:6 25:20,25
  26:1,3,5,25
  27:1,5,7,8,12
  27:13,16,17
  29:12 30:22
  31:4,5,7,8,17
  32:8,11 33:1,20
  34:17,17,23
  35:9,11 36:5,16
  36:22,25 37:5
  37:10,19 38:9
  38:13 40:18
  41:9 42:19
  43:14,14 45:4
  65:4,5 74:21
  75:12 92:23
  93:15
**precise** 61:3,14
  82:7
**precision** 91:5
**prefer** 21:25
  23:25 51:16
**preferences**
  28:13 31:22
**preferred** 17:17
  40:14 85:4
  94:14,20 95:2
  95:12
**preferring** 31:2
**prepare** 6:17
**preparing** 40:9
**present** 30:24
**presented** 76:2
  107:15
**press** 28:7,23
**pretty** 46:18
  51:11 59:20
  63:16 81:16
  87:6 90:6 97:12
**previous** 13:16
  88:3 95:22,22

96:8
**previously** 12:1
  27:20 90:18
**princeton** 28:7
**prior** 12:7 18:22
  40:11 58:14
  63:10 89:4
  102:6
**private** 54:11
**probably** 11:1
  37:12 46:24
  51:18 55:19
  61:3,5 82:8
  83:5
**problem** 28:5
**procedure** 28:2,4
**process** 13:24
  69:17,19 70:6
  70:25 99:8,8,9
  100:2,2,3
  101:11,12
**produced** 2:13
  35:1 44:1
**professional** 8:25
**professor** 9:5,9
  32:19
**proper** 99:12
**proportions** 36:6
**propounded**
  105:6
**protection** 8:8
**protest** 52:10
  57:7
**protests** 57:2
  60:9,11
**provide** 13:10
  22:18 23:1
  35:23 44:3,23
  66:5 73:22
  98:23
**provided** 11:8
  19:14 21:17
  22:20,22 24:9
  24:18,19 66:4,4
  66:20,22 90:24
  99:21
**provides** 90:17
**providing** 100:22
**provisional**
  10:15

**public** 4:7 14:13
54:18 55:14
56:7,9 104:16
105:15
**publication** 14:8
**publications**
33:25
**publish** 14:19
**published** 13:24
14:1,3,15,23
15:4,24 50:19
**publishing** 14:1
14:2
**pulled** 79:13
80:18
**purpose** 24:17
28:17
**pursuant** 107:6
**put** 24:14 38:2
63:8
**putting** 40:11

**Q**

**quarter** 27:6,6
**quarterly** 14:13
14:14
**quarters** 27:8
**question** 5:23,25
6:10,12,14 7:24
19:22 20:5
21:25 23:5 40:1
41:12 54:23
55:5,8 59:19
64:13 70:21
85:21 86:5
92:10 93:10
94:25 95:14
96:1 97:22
100:14,24
101:2,3,4,5,6
102:4 103:6
**questionnaire**
70:11
**questions** 29:14
29:25 30:13
91:24 95:15
97:18 102:18
103:16 104:19
105:2,5
**quick** 79:15

**quite** 31:5 103:9
**quote** 28:19,20
28:24 29:2
56:20 63:19
**quoted** 49:2

**R**

**r** 3:14 16:2,3
93:6 106:1,1
**race** 25:14,14
42:2 51:10
63:15 64:21
66:15,21 92:22
98:17
**racial** 21:21
22:16 23:8,11
23:14,22 24:8
24:16 29:2
36:15 52:3
58:12 65:6,20
68:18 74:8 96:9
**racially** 16:17
17:5,7,22 18:10
20:14 22:2,4
24:1,12 28:9
36:13 47:20
48:14 51:20,21
55:1,11,23
57:16 58:1,6
60:19 76:9
**raciallypolariz...**
98:10
**ran** 19:7 43:10
46:6 48:17
49:11 66:15,21
75:21 103:13
**rate** 12:19 67:15
67:25
**raw** 49:17
**reach** 102:3
**reached** 14:23
**reaction** 58:5
**read** 6:19,19 7:1
13:25 27:23,25
29:17,20 30:9
32:5,7,20 33:3
33:10 48:7 52:7
56:11,15,23
59:7 60:17,17
60:22 61:25

97:15 104:15
105:1 106:2
**reader** 34:11
38:4 98:19
99:11 101:8,14
101:16
**readers** 34:24
99:13
**ready** 33:13
**really** 34:21
75:22
**reason** 20:7
51:12,18 76:18
76:22,25
103:12 106:5
**reasons** 43:25
56:17 103:1
**rebuttal** 6:20
18:15 35:18,21
43:20 44:7,18
44:20 45:6 68:9
74:10,11,12,13
78:4,7 94:6
**recall** 94:1
**receive** 101:20
**received** 32:10
43:13 68:5,10
73:2,19,21
100:5,12
101:20
**receiving** 9:1
**recognize** 16:11
50:8
**recognized** 29:6
**reconstructing**
28:6
**record** 5:12 16:9
18:18 30:9
91:25 94:22,23
**recrossexamin...**
3:6 103:7
**recruited** 52:12
57:5,8
**reddens** 18:20
**reddit** 1:4 2:4,23
**redirect** 3:5
97:20
**redistricting**
9:25 10:3,6,12
12:4,4

**reduced** 107:12
**reeds** 4:14
**reelected** 87:24
88:1
**reelection** 95:19
102:10
**refer** 27:24 30:1
68:22 96:8
**refereed** 13:21
14:4
**referring** 30:7
44:17 62:22
64:4 65:15
93:14,14,17
96:21,22
**refers** 96:23
**reform** 43:11
48:11,12
**refuse** 54:8
**refused** 53:22
**regard** 12:11
30:2 32:21 46:2
98:7 99:17
102:11
**regarding** 7:5
49:1
**region** 71:13
**registered** 51:16
96:15
**regression** 17:11
24:20 28:12
29:8,11 31:10
31:17,18 32:1
35:17 36:8
**reject** 42:10
**relating** 13:17
**relationship**
51:10 63:15
64:20
**release** 53:7,23
54:2
**relevant** 23:18
25:4 96:21
**reliability** 91:5
**reliable** 26:10
30:20 90:3,6
**relied** 28:14
**rely** 26:16 73:7
**remainder** 33:11
**remaining** 45:17

94:9
**remember** 10:22
11:14 12:14,18
39:24 40:4,5
46:11,16 47:2
49:7,24 52:19
79:11 87:11
89:1
**rephrase** 6:12
57:20,21
**report** 3:11,13,14
3:18 6:19,20
13:10,19 17:25
18:12,15,16,20
18:24 19:10,22
19:24 20:4,8
21:20 22:4,7,10
22:14,15,21
23:2,6,15 24:15
25:2,10,16
27:21,25 31:14
31:16,25 32:4
32:19 34:9,14
35:18,21 37:15
38:19,20,21
39:1,2,3,9,21
40:9,22 41:8,16
41:24 42:4,25
43:4,5,17,20
44:1,3,3,7,12
44:13,17,18
45:6 50:18,21
50:25 51:13,18
58:23 60:16
63:7,9,11,17,18
65:10 68:6,9
72:10 73:8
74:10,11,12,13
74:16 75:1,6
78:7,17,21
80:19 87:4 92:7
93:5,8 94:6
96:2,3,4 97:8
99:17 101:10
101:13,17,21
105:4
**reported** 1:20
34:24 39:23
40:19,19 73:18
100:11,17,19

**reporter** 1:21 6:1
   104:1 107:4
**reporting** 1:20
   56:21 73:24
   104:1
**reports** 6:19 7:1
   11:8 16:6,11
   22:25 39:13
   46:2 48:7,24
   49:2 53:20 76:3
   91:9,15
**represent** 5:10
**representation**
   63:3 102:14
**represented**
   53:15,17
**required** 54:2
**research** 13:16
   14:14 28:20
   76:4,8,14 77:5
   77:8,10,12
   89:17,19 96:8
   97:8,15,25
**residents** 56:3
   59:18
**resignation**
   51:24 52:2,16
   53:3 55:22
   56:18 58:5
**respond** 76:8
**responding** 44:1
   56:2
**response** 105:5
**result** 69:18
**resulted** 54:20
**results** 36:2
   39:15,19 40:11
   42:6,20 73:13
   80:23 100:3
**returned** 107:17
**reveal** 33:16
**reverse** 93:4
**review** 14:12
   22:20 30:14
   41:11
**reviewed** 18:22
**reviewers** 41:20
**reviewing** 57:14
   57:23
**rid** 89:25

**ridiculously**
   34:23
**right** 5:19 6:9 8:1
   9:5 10:14 11:2
   11:16,22 12:2,3
   12:25 14:21
   15:8 19:2 20:25
   22:5 23:7,15,20
   24:5,16,25
   25:10,12,17,18
   25:21,22 27:2
   29:7 30:1 31:19
   31:24 33:7
   34:20 35:17,19
   35:22 37:4,18
   38:16 39:10
   43:2,9,15,19
   45:1,8,18 46:1
   46:4,14,24
   47:11,15 62:7
   62:24 63:5,16
   64:13,17 65:2,7
   65:8,18 66:11
   66:15,21 67:17
   67:18 71:20
   72:1,8,13,14,18
   73:2,23 74:1,3
   74:4,20 76:5
   79:6,7,20 80:3
   80:16,24 81:15
   81:16 82:5,13
   82:21 83:8 84:8
   85:7,12 87:3,10
   87:11 88:4,16
   91:1,6 93:20
   94:5,6,17 95:21
   96:17,23 97:12
   100:10,18
   102:4,6,7
**rights** 10:4,7
   13:17 28:9
   76:15,16 77:7
**ring** 48:2 77:2
**ringing** 76:13
**road** 1:22 104:2
**rodden** 6:20,21
   18:25 19:7,12
   19:14 22:8,21
   23:1 42:4 74:22
   78:12,16

**roddens** 3:18
   20:8,17 23:6
   42:6 44:1,18
   74:16 75:3,6,14
   78:9,18 80:19
   83:12 87:4 92:7
**role** 13:8
**rosen** 28:21
**roughly** 13:3
   20:21
**rules** 5:20
**run** 47:19 57:6,9
   58:4 76:23
   102:24
**running** 44:14
   47:24 48:6,12
   66:22 92:22
   98:12,14,17

_____

**S**

**s** 3:15 16:2 28:15
   50:5 106:1
**sample** 91:4
**sandra** 1:20 2:18
   107:4,24
**sandy** 104:24
**satisfy** 33:1
**savala** 46:13
   47:21 50:1 84:9
   84:19
**save** 53:4
**saw** 55:24
**saying** 33:9
   34:21 36:13,15
   41:20 54:17
   60:24
**says** 5:4 29:10,10
   56:14 63:2
   77:10 90:22
**scatter** 19:1
   25:13 92:11,14
**scholarly** 33:25
   62:2
**scholars** 13:25
**school** 1:8 2:8,24
   7:9,10 8:5,15
   8:16,17 13:11
   16:18 18:4
   32:11 36:5 42:3
   48:6,19 52:21

**53**:6,8,12 55:13
   56:15,16 58:10
   59:4,10,11,15
   59:22,23 60:1
   60:14 65:12,23
   71:7,16,23 72:6
   72:11,18 74:9
   96:6 97:7 98:2
**schools** 93:19
**science** 7:18 14:8
   14:10,12,13,25
   35:6 61:8 64:4
   65:16,18 66:7
   77:9
**scientist** 15:7,23
   102:8
**scientists** 17:15
   26:9,11,12
**seats** 32:11 52:12
   57:6 60:21
   61:17 62:21
   78:14,14 79:9
   79:11 95:11
   96:6 98:16
**second** 16:8
   39:21 46:12
   51:2,3 56:13
   58:24 59:2
   63:21,24 72:25
   72:25 77:24
   78:9,12,22
   79:23 80:8,9,13
   81:13,18 82:24
   83:1,1,12,15
**section** 10:2,5,7
   32:6 39:3 66:6
   71:6,17 72:20
**see** 10:10,15 23:9
   28:15,19 29:21
   31:9 36:22
   39:15 41:20
   42:5,8 63:24
   70:20 71:17
   82:8 83:22
   92:24 93:3
**seeing** 18:9
**seek** 36:20
**seen** 30:10
**segue** 53:5
**senate** 16:15 46:3

   71:3,10
**send** 104:17
**sent** 70:10
**sentence** 32:7,22
   33:8 56:12 59:2
   60:18 61:25
   63:2 64:7 73:1
**sentences** 39:4,6
**separate** 82:8
**september** 50:15
**served** 87:22
   89:3
**set** 91:2
**sets** 34:25
**seven** 75:9,11
   89:4
**seventeen** 75:9
   75:10
**seventyone** 32:10
**shaking** 6:5
**share** 20:1 45:9
   51:4 78:24 81:5
   81:7 92:25 93:2
**shares** 20:2
   43:13 44:2 45:2
**sheets** 104:14,16
   104:16
**short** 79:16 92:3
**shorthand**
   107:12
**show** 24:15 37:23
   38:23 64:16
   90:9,15
**showed** 43:12
**showing** 90:18
**shows** 51:3 81:2
**side** 99:3,7
**sign** 53:23
   104:16
**signature** 104:14
   104:16,17
   107:16
**signed** 104:17
**significance**
   94:13
**similar** 19:3
   21:17 23:17
   35:1 36:5 50:21
   53:1 82:15
   83:18 84:25

93:3,3
**simple** 23:5
**simplest** 77:15
**simply** 91:2
**sincerely** 104:21
**single** 70:10
**singlemember**
  62:6
**singleshot** 45:13
**sir** 18:19
**sitting** 23:21
  48:12
**situation** 49:1
  57:11
**six** 9:21 65:3
**sixty** 20:23
**size** 90:20 91:3,4
**skews** 69:24,24
**slate** 49:23
**slightly** 21:5 87:7
**sloping** 21:5
**sls** 4:6
**small** 33:1 34:23
  68:13 87:9
**smaller** 36:20
  90:8
**socalled** 43:12
**social** 29:1
**solely** 17:23
**solution** 28:5,16
**somebody** 86:25
  89:14,15 95:7
**sophia** 4:5 6:22
  12:8 57:22
**sorry** 8:2 16:8
  22:17 27:11
  47:12 49:16
  70:14 72:15
  84:16 85:19
  95:1 102:21
**sort** 28:25 29:14
  73:22
**sorts** 23:19
**sought** 69:23,25
  98:25 99:1
  100:16,20
  101:19 103:11
  103:13
**sounds** 48:3
  56:24

**source** 90:3
**south** 2:17 4:12
  107:7
**southern** 9:3,12
**speak** 7:22 51:21
  52:23 69:16
  96:25 101:13
**speaking** 81:19
  81:20
**speaks** 101:10
**special** 55:14
**specific** 65:11,17
  69:13 71:15
  72:17,23 75:20
  75:24 97:6,25
**specifically** 12:6
  15:14 34:4 52:5
  65:2 71:7,19
  72:12 88:5
  98:10,24
**specify** 61:2
**speculate** 47:23
  48:22,22 58:2
**spoke** 38:6
**spoken** 6:23 7:4
**ss** 107:2
**st** 1:9,23 2:9,17
  4:13 5:14 7:11
  10:10 12:2
  50:11 71:13
  104:2 107:2,8
**standards** 32:13
**start** 5:23 97:22
**started** 16:21
**starting** 66:19
**starts** 63:25 96:5
**state** 1:3 2:3,18
  2:21 5:11 8:18
  10:21 34:16,19
  35:5,7 36:10
  59:1 65:12 67:3
  68:2 79:5,18
  101:17 105:1
  107:1,5,8
**stated** 35:15
  55:22 57:13
  69:5 70:9 79:22
**statement** 55:21
  65:9 97:6
  100:25 101:3

**statements** 69:17
**states** 1:1 2:1,20
  29:5 32:22,22
  33:5 90:11
**stating** 23:2
  69:20
**statistic** 96:21
**statistical** 82:8
  84:24 94:13
**statistically** 79:1
  81:19,20,24
  82:10,12,15
  83:17,18 94:17
**stenger** 10:11
**step** 77:22
**stephen** 28:19
**stops** 72:1
**strategically**
  76:19
**strategies** 28:22
  43:24 44:8,10
  44:12
**strategy** 45:22
**street** 4:3 104:8
**strike** 57:17
**strong** 55:17
**studied** 73:6
  76:17
**studies** 34:4 61:8
  64:3,4 65:16
  66:6
**study** 15:4,5 22:2
  89:20 90:12
**studying** 98:10
**subject** 91:8,14
**submit** 12:24
**submitted** 12:22
  12:23 91:9
**submitting** 41:7
**subscribed**
  105:12 107:19
**subsequent**
  28:16
**success** 25:19
  86:9,13
**sufficient** 18:12
**suggest** 36:4
  47:20
**suggesting** 76:8
**suggests** 77:6

88:18
**suite** 2:17 4:12
  107:8
**summarizing**
  66:6
**superintendent**
  48:9 49:9 51:25
  58:9
**superior** 29:6,8
  29:11
**superiority** 28:11
**supplement**
  44:21
**supplemental**
  37:14 43:17
  44:13,17,19
**support** 14:1
  54:15 55:17,18
  55:20 87:20
**suppose** 95:5,8
**supposed** 70:4
**supreme** 28:14
**sure** 5:20 10:13
  11:1 27:11
  37:13 50:1,21
  52:22 53:2
  57:12 58:2 60:8
  66:9 70:5 93:1
  97:24 98:21
  99:6,6
**surprise** 70:8
**surprised** 15:17
  59:13 97:9
**surrounding**
  54:3,9 59:5
**survey** 89:24
**suspended** 53:19
  58:10
**suspending** 58:8
**suspension** 48:8
  49:9 53:3,9,16
  53:24 54:4 55:1
  55:10,23 56:17
  56:25
**switch** 37:20
  39:11 40:10
  41:13 43:24
**switching** 41:17
  41:18
**sworn** 2:13 5:2

105:12 107:9
**symmetrical**
  93:2
**system** 62:20
  77:19 87:13,15
  88:2 89:8

**T**

**t** 3:16 62:11
  106:1,1
**table** 7:25 37:14
  37:15,20 38:11
  38:15,17,18
  39:25,25 43:22
  78:6 80:5 90:22
**tables** 30:2,6,13
  38:2,5,6 39:24
**take** 7:19 15:21
  27:22 29:17
  40:6 50:18 52:7
  55:14 79:3,4,15
  93:5
**taken** 1:14 5:16
  11:5
**talk** 24:21 63:9
  66:10
**talked** 5:20 51:13
  58:7 85:24
**talking** 6:2 65:10
  65:11 87:18
  93:23
**tanner** 28:21
**tell** 5:2,21 7:8
  15:2 47:25 48:4
  56:14,22 71:5
  82:6 83:14
  101:14,15
**ten** 26:6 32:24
  33:2,6 34:8,12
  34:19,22 37:20
  37:25 38:10,10
  38:14,18,22,24
  39:6,20,25
  40:13,20,25
  41:22 101:19
**tend** 61:8
**tended** 86:25
  87:20 88:11
**tends** 63:19 64:1
  64:8,11 65:13

97:2
**tenyearolds**
96:20
**terms** 89:6
**test** 82:8
**testified** 9:22,24
11:3,8 70:15,17
99:14
**testify** 11:20
107:10
**testimony** 87:12
**text** 37:23 38:1
**thank** 72:24 91:6
95:23 102:18
**thanks** 7:20
**thats** 7:25 11:22
13:23,23 17:16
25:10 29:19
30:16 31:20,20
33:8,11 35:7
39:10,14 41:12
42:16 44:6 45:8
45:19 46:24
48:16 51:18
53:5 55:4 57:4
60:13,15 62:22
63:20 64:16,25
72:8 75:8,15
76:13 79:12
83:5 87:4 88:22
90:3,21,24
91:14 95:5
97:12 100:23
102:16
**theoretically**
89:16
**theory** 26:15
**theres** 17:16
21:21 24:16
27:14,17 31:6
32:14 35:14
60:24 61:9,10
70:5,6 74:8
77:20 82:14
84:24 85:9 90:7
90:16 92:25
100:24 101:3
**thesis** 26:15,16
26:18,21
**theyre** 23:7

31:10 42:18
50:22 51:1 70:4
72:8 81:16,24
82:15 83:19,21
84:16,23,25
94:17 102:10
102:15
**thing** 7:21 15:6,8
27:23 29:18
**things** 68:16
89:20 90:4
**think** 10:4,4,6,12
10:19,20 11:19
11:22 12:13,16
12:23,25 13:7
15:13 16:19
17:17 19:8,22
23:9 26:12 27:5
29:11,19 30:22
31:2,4,12 32:14
34:3,9 37:1
38:1,3,12 39:8
39:10,14,21,23
40:23,24 41:9
41:12,13,23
44:22 45:5
46:18 47:5 48:1
48:6 49:8,24
51:18 52:2,18
53:20,25 54:12
54:17 55:24
56:3 58:4 59:8
59:19 60:15
61:6 65:2 69:15
70:15 72:8
73:12 74:4
75:20 77:20
78:20 79:10
80:10,10,18
82:6 83:5,16
85:9 86:12
87:15,15 90:5,6
91:3 94:24
95:14 98:8,9,13
98:18,22 99:14
101:10
**third** 17:13 27:6
46:25 78:1,10
78:22 80:8,9,13
**thirds** 27:7 62:18

**thirty** 13:3
**thoroughly** 24:21
**thought** 18:11,12
38:6 40:22 44:3
52:20 67:13
68:6 69:9 91:19
101:25
**thoughts** 35:23
**thousand** 90:13
90:23
**three** 8:13 9:11
13:25 17:6,14
17:17 19:2,5,6
19:15,25 20:11
23:3 27:7 34:16
34:17 43:9
44:13 47:9,14
48:5,15,17
49:13,15,21,23
52:11 57:6,8
58:14 77:22
78:14,14 81:22
84:12,14,18,18
85:5 98:14
**threeseat** 77:23
**threeyear** 90:11
90:19,21
**threshold** 33:2,6
33:16,18,19
34:1,6
**thresholds** 39:12
40:10 41:13,17
41:18
**threw** 77:1
**thurman** 47:3,4
84:4
**tied** 81:18,22
82:12,23,24
83:16,17,19,21
84:23
**tightlipped** 56:17
**time** 7:22 19:23
22:23,25 25:7
27:23 29:17
49:10 52:7
56:20 57:24
58:16,20 87:25
**times** 15:25
87:24 101:24
**title** 48:11

**titled** 32:6
**today** 91:18,20
91:21
**top** 21:11,12,13
21:14 47:4,8
74:17 75:4
77:17 78:2,6
79:5,19 81:3,12
81:25 84:5
85:10 86:2,3,14
86:16,17,18,25
87:6 88:9,9
94:7
**topic** 97:16
**total** 61:1 66:14
66:20
**totals** 49:25
73:10,11 76:2
**touching** 107:10
**traffic** 72:1
**transcribed**
107:15
**transcript**
104:14,15,18
105:2
**transparency**
52:17 53:2
56:25
**trial** 91:18
**trickier** 77:21
**tried** 92:20
**true** 60:5 68:12
88:19 105:4
106:3
**trust** 34:21
**truth** 5:2,3,3
31:11 107:10
**try** 5:23 42:17
77:23 81:13
**trying** 44:23 56:8
69:16
**turn** 18:24 32:2,5
32:19 40:25
62:16 66:9 92:7
93:6,8,21,22
**turning** 92:6
**turnout** 40:2,13
42:2,12,12 51:3
51:6,11,14,15
51:21 63:10,11

63:16,19,25
64:8,11,21,22
65:2,6,13,20
66:2 76:5 97:1
97:10,10 98:1
**twelve** 67:4
69:20,22
**twenty** 20:18
21:2,4 26:6
34:1,7,8,12
37:6,17,24
38:16,17,21,24
39:5,25 40:3,14
40:19,24 41:21
74:22 90:12,23
93:16
**twentyeighty**
39:20
**twentyfive** 15:25
59:20 88:25
**twentyseven**
59:14,16 60:7
**twentytwo** 87:23
**two** 6:2 9:24
12:23 13:25
17:9,11,17 27:7
30:23 34:19
35:13 39:4,5,12
40:10 44:2
49:22,25 50:23
58:17 62:18
72:3 73:24
78:14 79:10
82:9 86:21 91:8
91:15 92:1
94:10 95:4,11
95:11
**type** 6:2,7
**types** 25:20
**typewriting**
107:15
**typical** 33:5,23
**typically** 13:24
32:16,23

―――――――――
U
―――――――――
**u** 28:15
**uhhuh** 6:3 9:7
12:9 16:1 21:19
28:3 32:5 36:11

37:16 39:22
48:3 49:6 61:23
62:1,5,23 66:24
68:23 80:1,20
85:6,12 92:12
93:12 94:2,11
96:13 97:17
**umsl** 9:14,17
**uncertainties**
90:7
**undergrad** 7:12
**underlying** 31:6
**understand** 6:11
6:13 13:8 23:13
23:13 54:22
56:3,9 96:14
**understanding**
36:12
**understood** 6:14
**union** 4:2 104:7
**unions** 103:11
**unique** 32:14
**united** 1:1 2:1,19
**university** 7:13
8:18 9:4,13
28:7,23
**unparalleled**
28:25
**unusually** 33:19
**update** 50:14
**updated** 68:8
**uproar** 55:19
**upwardly** 21:5
**usa** 50:11
**use** 17:17 26:23
31:3,12,15
32:16 35:8,13
37:1,17 38:9,10
38:15 40:12,13
40:24 42:22
44:19 78:21
86:23 89:23
90:2,11,21
93:13
**useful** 17:17
19:20 26:13
30:22 31:12
37:1 39:14
42:14 92:20
93:22 98:15,17

**uses** 35:11
**usually** 14:1
33:22 40:18
68:16

---
**V**
**v** 10:11,13,21
**valid** 44:9,22
**vap** 20:1,19,23
21:3 92:25 93:2
**variables** 70:6
**variety** 66:6
**vast** 37:2
**verbally** 6:4
**verify** 60:7 75:7
**versus** 10:17
26:5 36:18 44:5
62:6
**view** 33:20 35:1
35:11 95:9
**violations** 72:7
**visually** 51:1
**voss** 28:19
**vote** 20:1 43:13
44:2 45:2,9
73:10 76:2
78:24 81:5,7
86:25 88:11,14
88:22 95:7
96:23
**voted** 76:19
89:12
**votegetter** 78:3,7
**voter** 45:25 51:3
76:4 97:25
**voters** 19:11
21:11,12,13,14
25:15 28:13
36:18,19 51:16
63:19 64:1,8,11
64:23 65:13
74:17 75:11
76:8 77:17
78:23 79:6,19
81:7,12 82:1
83:23 84:5,20
84:22 86:4,9,11
86:15,16,17,18
86:20,25 87:1
87:20 88:10,11

88:14,21 92:23
94:7,20 95:3
96:9,12,15,17
97:2
**votes** 16:24 20:20
20:24 32:10
43:1,1 45:17
46:16 47:7
49:12,14,18,20
73:1,18,20 75:8
75:10,19,21
77:16,24 78:1
83:23 85:2,5
87:10,11 88:25
**voting** 10:4,6,16
13:16,17 16:17
17:1,5,8,22
18:11 21:8 22:2
22:4 23:11 24:1
24:12 26:5,7
27:16 28:9,9
29:2 31:7,22
32:8 35:2,3
36:8,14 37:7
42:17 44:4,5
45:13,14,16,22
45:23,25 50:3
51:5,17,20,22
60:19,25 61:2
61:11 74:9 76:9
76:11,15,16
77:7 89:14
93:20 96:15,17
96:23 98:10
**vr** 11:24
**vra** 9:19 10:1,2
11:24 13:12
77:10
**vs** 1:7 2:7,24
104:11

---
**W**
**wait** 5:22,24
**want** 17:19 27:22
32:21 35:21
42:17 58:2,25
62:9 68:11
77:22 79:3,4
82:8 87:17
90:10 92:14

93:10
**wanted** 44:6
76:19 92:10
99:24 100:9,16
101:15
**washington** 8:11
**wasnt** 63:17
101:3
**water** 79:15
**way** 17:4 21:8
41:2 60:2 62:18
67:12 86:24
99:15,16,17
102:12
**ways** 40:21
**weak** 51:11
63:16 64:21
**website** 3:12
**webster** 5:15
**weighted** 19:10
**went** 8:16 9:12
49:21 70:18
**weve** 60:12 74:6
**whats** 12:19
27:19 33:22
41:14 45:5
90:18,20 99:16
**whereof** 107:19
**white** 21:11,13
25:20 27:14
31:23 36:6,18
43:14 45:3 58:8
58:11,19 60:19
60:24 61:9,10
64:23 65:4 67:5
68:2 69:22
73:20 76:8
86:10,16,17,20
86:24 87:20
88:11 92:16,25
97:10 98:6,25
100:12
**whites** 36:9,21
37:3 42:13,18
44:5 45:21
55:18 67:10,16
67:25 76:18
100:4,11
**whos** 98:12
**wide** 79:1

**widely** 28:8
29:10
**william** 3:11
**willis** 1:5 2:5,23
47:3
**win** 21:14 49:23
50:1 62:21
82:17,18 86:19
**winners** 60:20
61:16
**wins** 83:19
**wishes** 56:7
**withdraw** 64:13
**witness** 9:23,24
11:3,17 107:19
**witnesses** 28:8
**won** 21:14 47:21
68:3 75:18
80:11 82:23,25
86:17 89:12
**wondering** 24:22
71:5,14
**word** 41:14
93:13
**words** 6:11 95:2
101:21
**work** 8:12 11:9
15:2 91:18
**worked** 8:8 12:1
12:6
**working** 10:10
**works** 69:18
100:2
**world** 85:10
**wouldnt** 21:24
24:5 54:6 69:12
69:12 82:2 92:6
92:14 96:19
**write** 52:14
**writing** 40:22
63:10 107:13
**written** 7:1 48:23
48:25 49:3 74:2
99:15,16,17
**wrong** 23:7,20
93:7
**wrote** 19:22,24
20:4 46:19
57:14,14 60:4
64:15

**X**

**Y**

**yeah** 8:21 9:16
 9:25 12:16
 14:10 15:8,13
 17:20 20:21
 23:18 25:10
 40:4,17,18
 43:22 44:19
 47:6 48:20 49:6
 49:19,20 52:10
 53:1,14 58:21
 59:22 60:8 61:2
 63:24 64:3
 65:15,24 66:18
 67:6 70:22 72:1
 72:9 73:5,10,18
 75:15,17 76:12
 77:20,21 80:23
 81:11 82:6,16
 83:18 84:3,16
 84:25 87:18
 88:18,23 89:5
 90:22 92:18
 93:1,3 96:17,23
 97:14 99:7
 100:1 101:25
 103:2
**year** 7:14 9:17
 11:14 12:16,16
 46:7 85:5
**years** 8:13 9:11
 58:14 66:15,21
 87:23 89:4
 95:18
**york** 4:4,4 10:20
 10:21,21 104:9
 104:9
**youd** 22:19,22
 29:18 33:12
**young** 96:20
**youre** 13:15
 26:25 27:13,15
 30:9 31:4,6,8
 31:11 34:11,12
 36:12,15 37:24
 40:22 41:16
 44:16,20 60:24
 69:20 79:14

80:15 93:13
 96:21,22
**youve** 9:15 10:8
 11:4 13:2 14:22
 14:23 29:20
 48:23,25 49:3
 66:4,4 74:1
 76:4 97:15

**Z**

**zoning** 71:18

**0**

**1**

**1** 30:6
**10** 71:22
**100042400** 4:4
 104:9
**103** 3:6 105:4
**11** 72:10 85:25
 86:1
**12** 25:4 85:25
 86:1
**125** 4:3 104:8
**13** 23:23 25:4
 32:20 72:16,25
 85:24
**130** 2:16 4:12
 107:7
**14** 29:15 71:11
 85:24
**142077** 1:7 2:7
**15** 23:23 25:4
 28:16 85:24
**16** 28:16
**18th** 4:3 104:8
**1986** 28:14
**1989** 7:16 8:3
**1997** 8:24 28:7

**2**

**2** 10:2,5,7 16:15
 30:6 37:14
 38:17 39:25
 43:22 46:3 78:6
 80:5
**20** 18:24 92:8
**2001** 9:18
**2003** 10:20 11:12
**2004** 28:23

**2006** 10:23 11:12
 11:13
**2008** 10:23 11:11
 11:12,13
**2011** 85:18 86:3
 87:3,18 88:20
**2012** 10:16 11:10
 11:15 12:5 18:5
 21:7 23:23 86:2
**2013** 18:5 21:7
 45:7 65:6 79:4
 79:5,10,18,20
 81:1,6 82:19
 83:9 88:8,10,25
 93:24 94:7
**2014** 16:22 17:23
 18:8,11 19:1,5
 19:24 20:3,12
 23:4 24:10,11
 25:3,16 31:19
 43:7,13 46:1,3
 46:8 47:10,17
 49:13 50:4,15
 50:19 51:7
 63:13 74:7 84:4
 84:6 98:13
**2015** 1:16 2:14
 18:5,13 20:14
 25:11 45:2
 67:20,20 74:15
 74:17 77:4 85:9
 85:18 95:20
 104:6 105:13
 107:20
**21** 1:16
**21st** 2:14
**24** 104:6
**25** 80:19 93:23
**27** 3:13
**2727** 1:24 104:3
**28th** 50:14
**2927** 1:22 104:2

**3**

**3** 37:20 38:11,15
 38:18 39:25
**314** 1:24 104:3

**4**

**4** 3:18 28:2 29:15

36:4 92:7 93:23
**478** 28:15

**5**

**5** 3:2 27:24,25
 32:5 34:16 39:3
 61:21 71:3,10
 72:20 74:13
 93:8 105:3
**50** 3:15
**52** 28:15
**53** 28:15
**556** 62:16

**6**

**6** 58:22 60:16
 63:21,23,24
 96:2,5
**602** 2:17 4:12
 107:8
**614** 2:19 107:24
**62** 3:16
**63105** 4:13
**63301** 1:23 104:2

**7**

**7** 20:8,10
**704** 1:24 104:3

**8**

**8** 66:9,14,17
 71:11

**9**

**9** 32:20 71:17
**92** 3:3,18
**93** 28:24
**95** 3:4
**97** 3:5
**9th** 50:15