EXHIBIT R

```
                            OFFICIAL RESULTS
                          FERGUSON SCHOOL DISTRICT
                          ST. LOUIS COUNTY, MISSOURI
                            TUESDAY, APRIL 4, 2000


***** FERGUSON SCHOOL DISTRICT (38 POLLING PLACES) *****    DIRECTOR
          1 Registered Voters -                             2 TO BE ELECTED
          2 Ballots Cast -                                      4    MICHAEL J. HIRSCH
          3 Percent of Registered Voters                        5    GREGORY L. FULTON
                                                                6    PAUL R. CHARNEY
                                                                7    GWENDOLYN THOMAS
                                                                8    LES LENTZ
                                                                9    ANTHONY SMITH

                                    1      2......3      4......5......6......7......8......9
0015 AP 10,17,36,43              1,067    352  32.99    100    56     49    119     36     39
0035 AP 64                           1      0   0.00      0     0      0      0      0      0
0205 FER 12                        329    107  32.52     36    18     15     37     16     22
0206 FER 1,21                      309    103  33.33     34    26     12     33     10     31
0214 FER 13,23,51                  804    147  18.28     71    17     19     54     29     27
0215 FER 3,15                    . 407  .  98..24.08  .  42.....16......9.....25.....12.....18
0216 FER 5,39                    1,035    473  45.70    201    80     45    184     62     70
0219 FER 14,40,60                  720    401  55.69    161    60     39    123     47     54
0220 FER 20,55                     263    125  47.53     58    34      9     48     18     10
0221 FER 31                         70     30  42.86     13     9      2      7      6      4
0222 FER 16,17                   1,470    504  34.29    218    51     39    184     65     86
0223 FER 18,19                   1,132  . 390..34.45  . 193.....46.....27....111.....84.....77
0224 FER 22,27,29                  540    200  37.04     92    36     17     58     29     32
0225 FER 24,26,32,36               867    138  15.92     64    22     19     45     11     14
0227 FER 9,10                      499     78  15.63     37    18      8     18     11     17
0229 FER 33                        795    415  52.20    194    64     55    118     54     51
0230 FER 56                        524    238  45.42     85    53     26     67     25     37
0231 FER 34,35                   1,430  . 504..35.24  . 212.....98.....72....146.....51.....89
0232 FER 42                      1,441    254  17.63    130    35     40     66     88     30
0233 FER 48,50                     732    116  15.85     61    21     17     47     20     19
0234 FER 52                          5      0   0.00      0     0      0      0      0      0
0237 FER 45,46                     127     12   9.45      5     4      2      4      5      2
0238 FER 53,54                      44      8  18.18      3     1      0      3      4      2
0239 FER 41, FLO 3               1,453  . 246..16.93  . 131.....40.....29.....77.....82.....25
0240 FLO 11                        618    117  18.93     60    17     19     33     21     23
0241 FLO 4                          72     13  18.06      4     1      2      3      6      4
0242 FLO 5,25                      852    153  17.96     71    21     23     46     45     24
0243 FLO 6                         963    176  18.28     78    21     27     59     27     27
0244 FLO 13                        469     65  13.86     30    11     10     22     15     10
0245 FLO 7,34                    1,230  . 220..17.89  . 119.....29.....33.....57.....81.....25
0246 FLO 22,38,39                  489     90  18.40     55    12      7     22     26      6
0247 FLO 32                        248     55  22.18     28     8      9     10     17      6
0248 FLO 8                         842    171  20.31     81    38     31     60     26     24
0249 FLO 30,35                     783    102  13.03     35    20      9     46     10     19
0250 FLO 12,33,36,46               860    163  18.95     73    27     37     36     40     26
0251 FLO 24                      . 524  .  50...9.54  .  25......5......4.....12.....16......9
0252 FLO 14,28                   1,240    293  23.63    140    34     34     91    103     30
0253 FLO 47                         54     15  27.78      7     0      1      6      6      0
0254 FLO 15                        985    220  22.34    122    23     26     66     81     20
0255 FLO 16,26,41,49               984    108  10.98     42    19     20     47     22     21
0256 FLO 29                        235     42  17.87     18     5      9     15     11      7
0257 FLO 17                      1,170  . 248..21.20  . 127.....37.....31.....68.....81.....34
0258 FLO 23                        625    179  28.64     90    21     23     52     70     20
0259 FLO 18                        524     70  13.36     44     7     12     13     27      9
0260 FLO 20,27,31,37,40          1,260    268  21.27    116    40     48     76     59     28
                                                                                  PAGE 2 OF 2
                            OFFICIAL RESULTS
                          FERGUSON SCHOOL DISTRICT
                          ST. LOUIS COUNTY, MISSOURI
                            TUESDAY, APRIL 4, 2000


***** FERGUSON SCHOOL DISTRICT (38 POLLING PLACES) *****    DIRECTOR
          1 Registered Voters -                             2 TO BE ELECTED
          2 Ballots Cast -                                      4    MICHAEL J. HIRSCH
          3 Percent of Registered Voters                        5    GREGORY L. FULTON
                                                                6    PAUL R. CHARNEY
                                                                7    GWENDOLYN THOMAS
                                                                8    LES LENTZ
                                                                9    ANTHONY SMITH

                                    1      2......3      4......5......6......7......8......9
0261 FLO 48                        135     15  11.11     12     4      5      3      2      1
0269 FLO 19,42                   1,114    142  12.75     88    16     23     44     45     16
0606 NOR 77, NRW 17,20             123     40  32.52      4     2      4     12      0      5
0607 NRW 18                          0      0   0.00      0     0      0      0      0      0
0639 NRW 5                       1,179    285  24.17     68    25     21    126     23     34
0640 AP 27,49, NRW 6             . 398  .  89..22.36  .  26......9......5.....31.....12.....13
0641 AP 62, NRW 7                  257     58  22.57     15     7      1     31      3     12
0642 NRW 8,9,10,11,13              222     18   8.11      1     3      3      9      0      6
0643 NRW 12,14,15,16               136     43  31.62     11     2      2     22      4      6
0644 NRW 1,2,3,4                 2,196    630  28.69    173    48     22    243    115     99
0645 NRW 21,24                   1,148    290  25.26     97    48     39    109     27     68
0646 NRW 23                      . 354  . 121..34.18  .  42.....10.....15.....54.....10.....23
0647 NRW 22                        348    101  29.02     38    11      8     39      8     18
0648 NRW 25                        602     81  13.46     27    14     14     32      6     11
0650 NRW 26                        140     25  17.86      6     4      1     17      0      9
0677 NW 5,61                        18      0   0.00      0     0      0      0      0      0
0769 SPL 14,26                   1,412    293  20.75    129    44     37    110     57     51
0770 SPL 20                      . 767  . 152..19.82  .  77.....18.....22.....51.....38.....24
0773 SPL 12                        287     53  18.47     30     8      8     27      7      6
0775 SPL 16                        861    120  13.94     56    16     27     39     27     24
TOTAL                           42,788 10,313  24.10  4,406 1,490  1,222  3,413  1,939  1,554
```

WE, THE BOARD OF ELECTION COMMISSIONERS OF ST. LOUIS COUNTY, MISSOURI, ACTING AS THE VERIFICATION BOARD PURSUANT TO 115.507,R.S.Mo 1978, HEREBY CERTIFY THE FOREGOING TO BE A TRUE AND CORRECT ABSTRACT OF VOTES CAST FOR THE CANDIDATES AND PROPOSITIONS AT THE GENERAL MUNICIPAL ELECTION HELD IN ST. LOUIS COUNTY, MISSOURI, ON APRIL 4, 2000.

IN TESTIMONY WHEREOF, WE HAVE HEREUNTO SET OUR HAND AT OUR OFFICE IN MAPLEWOOD, ST. LOUIS COUNTY, MISSOURI, ON APRIL 14, 2000.

_____        _____        _____        _____
VIVIAN G. SCHMIDT, CHAIRWOMAN   JOHN MOTEN JR., SECRETARY    RICHARD W. SULLIVAN, MEMBER   BARBARA A. ENNEKING, MEMBER