EXHIBIT S

| id | id2 | bvc_bvotes | wvc_wvotes | bvc_bvotes_upper | wvc_wvotes_upper | bvc_bvotes_lower | wvc_wvotes_lower | year |
|---|---|---|---|---|---|---|---|---|
| Charney | | 0.0950684 | 0.099227 | 0.1142759 | 0.1161347 | 0.081764 | 0.0849364 | 2000 |
| Fulton | | 0.1159426 | 0.1171307 | 0.1424605 | 0.1478693 | 0.0941255 | 0.0935014 | 2000 |
| Hirsch | 2000 | 0.1871037 | 0.3412689 | 0.2626945 | 0.4079166 | 0.127516 | 0.2822875 | 2000 |
| Lentz | | 0.0938769 | 0.1592109 | 0.123959 | 0.184698 | 0.072825 | 0.1318702 | 2000 |
| Smith | | 0.1681003 | 0.0942864 | 0.199477 | 0.1116728 | 0.1449923 | 0.0776645 | 2000 |
| Thomas, | | 0.3399082 | 0.1888761 | 0.4321267 | 0.2355609 | 0.2570347 | 0.1425573 | 2000 |
| Butler | | 0.4054012 | 0.1614575 | 0.6209441 | 0.2007763 | 0.2445299 | 0.1098029 | 2001 |
| Garofalo | 2001 | 0.2467498 | 0.3506231 | 0.359667 | 0.4083281 | 0.1732218 | 0.2901722 | 2001 |
| Hogshead | | 0.1973033 | 0.3220575 | 0.2488968 | 0.388159 | 0.1471316 | 0.2564948 | 2001 |
| Lentz | | 0.1505458 | 0.165862 | 0.1832112 | 0.1952737 | 0.1269422 | 0.1378939 | 2001 |
| Butler | | 0.250723 | 0.1142927 | 0.3189048 | 0.1349101 | 0.1832871 | 0.0920488 | 2002 |
| Clark | | 0.125589 | 0.178262 | 0.1716929 | 0.2024111 | 0.0965951 | 0.1532356 | 2002 |
| Fletcher | 2002 | 0.1013858 | 0.220016 | 0.1321004 | 0.2627925 | 0.078225 | 0.1753696 | 2002 |
| Graham | | 0.3185873 | 0.1384404 | 0.4377325 | 0.1639713 | 0.2162521 | 0.1100744 | 2002 |
| Knorr | | 0.1125127 | 0.180306 | 0.1468933 | 0.2071314 | 0.0849367 | 0.1563498 | 2002 |
| Morie | | 0.0912022 | 0.1686829 | 0.120935 | 0.2069115 | 0.0705519 | 0.1306999 | 2002 |
| Knorr | | 0.3019235 | 0.5209382 | 0.5039502 | 0.6206698 | 0.1165382 | 0.4103464 | 2003 |
| Lentz | 2003 | 0.1584659 | 0.2842326 | 0.2104417 | 0.3269347 | 0.1157828 | 0.2354869 | 2003 |
| Thomas, | | 0.5396105 | 0.1948292 | 0.8451564 | 0.2665659 | 0.2193252 | 0.1272725 | 2003 |
| Garofalo | | 0.1454795 | 0.3931108 | 0.1723248 | 0.4433905 | 0.1230949 | 0.3500129 | 2004 |
| Hogshead | | 0.1314188 | 0.3079892 | 0.158833 | 0.3508691 | 0.1123951 | 0.2637591 | 2004 |
| McLendon | 2004 | 0.2829244 | 0.0949625 | 0.3845461 | 0.1165974 | 0.1765238 | 0.0750626 | 2004 |
| Van | | 0.287081 | 0.1172915 | 0.4090958 | 0.1422288 | 0.1875092 | 0.0964411 | 2004 |
| Witherspoon | | 0.1530964 | 0.086646 | 0.1790586 | 0.0944639 | 0.1298203 | 0.0787446 | 2004 |
| Knorr | | 0.1729405 | 0.1595287 | 0.202106 | 0.1849539 | 0.1509622 | 0.1365284 | 2006 |
| Knowles | | 0.1511038 | 0.2703321 | 0.1821106 | 0.3225618 | 0.1243152 | 0.2130588 | 2006 |
| Schroeder | 2006 | 0.1427271 | 0.3796098 | 0.1790588 | 0.4312046 | 0.1165789 | 0.3239103 | 2006 |
| Thomas, | | 0.2820819 | 0.0982728 | 0.3338483 | 0.1080079 | 0.2328523 | 0.088815 | 2006 |
| Washington | | 0.2511467 | 0.0922566 | 0.309084 | 0.1021782 | 0.1943559 | 0.0825885 | 2006 |
| Heise | | 0.1721652 | 0.1928527 | 0.2550177 | 0.2359069 | 0.1206697 | 0.1508525 | 2009 |
| Knowles | 2009 | 0.4766304 | 0.3649525 | 0.7401861 | 0.4754225 | 0.274889 | 0.2617607 | 2009 |
| Schroeder | | 0.3512043 | 0.4421948 | 0.5254767 | 0.5191458 | 0.2253542 | 0.3633905 | 2009 |
| Chabot | | 0.0730927 | 0.1405294 | 0.1104489 | 0.1701305 | 0.0532542 | 0.1168359 | 2011 |
| Clark | | 0.1258432 | 0.0892119 | 0.1441759 | 0.0996905 | 0.1032777 | 0.0795774 | 2011 |
| Ebert | | 0.0745448 | 0.1361493 | 0.1040211 | 0.1611711 | 0.0485725 | 0.1118606 | 2011 |
| Graham | | 0.2195076 | 0.0904177 | 0.2879712 | 0.1042589 | 0.1631997 | 0.0775938 | 2011 |
| Hawkins | 2011 | 0.2186874 | 0.0919997 | 0.3046114 | 0.1068208 | 0.1409982 | 0.0751842 | 2011 |
| Hosea | | 0.0687693 | 0.029136 | 0.0779717 | 0.0321346 | 0.0618267 | 0.0265256 | 2011 |
| Lentz | | 0.0758423 | 0.0449109 | 0.0919588 | 0.0538152 | 0.0638151 | 0.037556 | 2011 |
| Martinez | | 0.0593409 | 0.2297235 | 0.08167 | 0.2562749 | 0.0460215 | 0.1957847 | 2011 |
| Morris, | | 0.0843719 | 0.1479217 | 0.1100363 | 0.1703053 | 0.0661972 | 0.1245768 | 2011 |
| Ebert | | 0.2309365 | 0.469344 | 0.2869692 | 0.5379307 | 0.16644 | 0.390801 | 2012 |

| Name | Year | | | | | | | Year |
|---|---|---|---|---|---|---|---|---|
| Morris, | 2012 | 0.5132997 | 0.1201396 | 0.7503657 | 0.1776361 | 0.3494007 | 0.0695999 | 2012 |
| Schroeder | | 0.2557638 | 0.4105164 | 0.3668304 | 0.4770987 | 0.1590233 | 0.3388124 | 2012 |
| Brown | | 0.2274242 | 0.3201271 | 0.3535355 | 0.4050596 | 0.1559042 | 0.2398191 | 2013 |
| Henson | 2013 | 0.386634 | 0.2005754 | 0.4846588 | 0.2727373 | 0.2988413 | 0.1219531 | 2013 |
| Hogshead | | 0.2499644 | 0.3448575 | 0.3761007 | 0.4270424 | 0.1740824 | 0.263147 | 2013 |
| Thomas, | | 0.1359774 | 0.13444 | 0.1633192 | 0.1516015 | 0.1185716 | 0.1188917 | 2013 |
| Benz | | 0.060002 | 0.1906091 | 0.0749065 | 0.2334383 | 0.0479151 | 0.1528931 | 2014 |
| Chabot | | 0.0619561 | 0.2568485 | 0.0902251 | 0.3239833 | 0.0427714 | 0.1979989 | 2014 |
| Johnson | | 0.2153771 | 0.0571465 | 0.2905928 | 0.078384 | 0.1571951 | 0.0409928 | 2014 |
| Morris, | 2014 | 0.0577706 | 0.2231952 | 0.079022 | 0.2782539 | 0.0438611 | 0.1769058 | 2014 |
| Paulette | | 0.2420809 | 0.0891914 | 0.3295307 | 0.1193528 | 0.1752176 | 0.0627531 | 2014 |
| Savala | | 0.2136151 | 0.0873875 | 0.2873218 | 0.1136859 | 0.1576212 | 0.0609334 | 2014 |
| Thomas, | | 0.0660935 | 0.0508804 | 0.076845 | 0.0575548 | 0.0567863 | 0.0441959 | 2014 |
| Wallace | | 0.0831046 | 0.0447415 | 0.1084765 | 0.0503462 | 0.0658487 | 0.0395066 | 2014 |
| Dameron | | 0.1409354 | 0.1007624 | 0.1792055 | 0.1154298 | 0.1117779 | 0.0855855 | 2015 |
| Ebert | | 0.100627 | 0.4088544 | 0.1341065 | 0.4653306 | 0.0642975 | 0.3516597 | 2015 |
| Graves | 2015 | 0.4942873 | 0.2289927 | 0.6082794 | 0.2946467 | 0.3789752 | 0.1710431 | 2015 |
| Hines | | 0.1388624 | 0.1937037 | 0.1825939 | 0.2309446 | 0.0983905 | 0.1605826 | 2015 |
| Person | | 0.1252879 | 0.0676868 | 0.1686271 | 0.0799323 | 0.0942668 | 0.0562523 | 2015 |