EXHIBIT T

9/30/2015  Case: 4:14-cv-02077-RWS   Doc. #: 82-19   Filed: 09/30/15   Page: 2 of 2 PageID #: 1396
St. Louis County Election Results

PAGE 1 OF 2

```
                                OFFICIAL RESULTS
                          FERGUSON-FLORISSANT SCHOOL DISTRICT
                              ST. LOUIS COUNTY, MISSOURI
                               TUESDAY, APRIL 3, 2001


  * FERGUSON-FLORISSANT SCHOOL DIST (38 POLLING PLACES) **    DIRECTOR
          1 Registered Voters -                               2 TO BE ELECTED
          2 Ballots Cast -                                         4    JEANNE GAROFALO
          3 Percent of Registered Voters                           5    LESLIE SUZANNE HOGSHEAD
                                                                   6    FELICIA BUTLER
                                                                   7    LES LENTZ


                                       1       2......3      4......5......6......7
  0018 AP 10,17,36,43               1,146   122  10.65      52    29    61    27
  0041 AP 64, NW 5,61                  16     2  12.50       2     0     1     1
  0225 FER 1,21                       342    42  12.28      18    18    16    12
  0226 FER 12                         347    40  11.53      19    16    23     4
  0234 FER 13,23,51                   801   148  18.48      84    85    42    37
  0235 FER 3,15                     . 386  .  72..18.65   .  38.....43.....25.....15
  0236 FER 5,39                     1,060   209  19.72     121   109    85    57
  0239 FER 14,40,60                   718   211  29.39     133   135    55    34
  0240 FER 20,55                      268    61  22.76      36    42    19    11
  0241 FER 31                          69    16  23.19       8     7     3     7
  0242 FER 16,17                    1,526   255  16.71     123   158    90    38
  0243 FER 18,19                    1,167  . 168..14.40   . 104....104.....53.....20
  0244 FER 22,27,29                   534    85  15.92      42    41    31    26
  0245 FER 24,26,32,36                900    97  10.78      54    29    38    23
  0247 FER 9,10                       505    95  18.81      48    41    26    20
  0249 FER 33                         789   206  26.11     125   150    38    40
  0250 FER 56                         522    89  17.05      56    51    28    16
  0251 FER 34,35                    1,454  . 222..15.27   . 115....117.....74.....50
  0252 FER 42,48,50,52              2,138   349  16.32     161   161   150   138
  0254 FER 45,46                      152    13   8.55       5     5     8     2
  0256 FER 41, FLO 3                1,451   315  21.71     149   150   101   131
  0257 FLO 4,11                       695   133  19.14      63    48    58    39
  0258 FLO 5,25                       839   125  14.90      67    66    30    32
  0259 FLO 6,13                     1,386  . 188..13.56   . 112......94.....57.....49
  0260 FLO 7,22,34,38,39            1,709   238  13.93     137   121    74    65
  0261 FLO 8,37                     1,376   220  15.99     133    93    57    57
  0262 FLO 12,24,33,36,46           1,382   223  16.14     113    74    88    62
  0263 FLO 14,28,47                 1,296   263  20.29     137   128    77   107
  0264 FLO 15                         968   213  22.00     130    96    52    77
  0265 FLO 16,26,29,41,49           1,189  . 129..10.85   .  80.....51.....33.....38
  0267 FLO 17                       1,187   199  16.76     124   117    43    51
  0268 FER 53,54, SPL 12              328    76  23.17      41    35    30     9
  0270 FLO 18,23                    1,117   206  18.44     120   114    78    45
  0271 FLO 19,42                    1,121   186  16.59     112    90    67    36
  0272 FLO 20,27,31,32,40,48        1,121   197  17.57     109    96    49    51
  0273 FLO 30,35                    . 749  .  91..12.15   .  48.....40.....25.....20
  0627 NOR 77, NRW 17,18,20           160    10   6.25       4     1     3     2
  0668 AP 27,49,62, NRW 5,6,7       1,941   112   5.77      39    17    69    21
  0669 NRW 8,9,10,11,13               125    14  11.20       5     3     5     2
  0670 NRW 12,14,15,16                114    47  41.23      13     8    20     3
  0671 NRW 2,4                      1,339   119   8.89      46    38    77    16
  0672 NRW 1,3                      . 888  .  56...6.31   .  17.....21.....41......2
  0673 NRW 21,24                    1,154   153  13.26      67    62    61    42
  0674 NRW 22                         364    52  14.29      21    23    27     6
  0675 NRW 23                         362    32   8.84      16     8    14     9
  0676 NRW 25                         619   159  25.69      59    43    67    21
  0678 NRW 26                         141    55  39.01      17     9    41     5
                                                                              PAGE 2 OF 2
                                OFFICIAL RESULTS
                          FERGUSON-FLORISSANT SCHOOL DISTRICT
                              ST. LOUIS COUNTY, MISSOURI
                               TUESDAY, APRIL 3, 2001


  * FERGUSON-FLORISSANT SCHOOL DIST (38 POLLING PLACES) **    DIRECTOR
          1 Registered Voters -                               2 TO BE ELECTED
          2 Ballots Cast -                                         4    JEANNE GAROFALO
          3 Percent of Registered Voters                           5    LESLIE SUZANNE HOGSHEAD
                                                                   6    FELICIA BUTLER
                                                                   7    LES LENTZ


                                       1       2......3      4......5......6......7
  0807 SPL 14,26                    1,405   252  17.94     153    96    87    65
  0808 SPL 20                         791   167  21.11     107    68    46    43
  0811 SPL 16                         842   151  17.93      97    78    31    32
  TOTAL                            42,999 6,883  16.01   3,680 3,229 2,374 1,716
```

WE, THE BOARD OF ELECTION COMMISSIONERS OF ST. LOUIS COUNTY, MISSOURI, ACTING AS THE VERIFICATION BOARD PURSUANT TO 115.507,R.S.Mo 1978, HEREBY CERTIFY THE FOREGOING TO BE A TRUE AND CORRECT ABSTRACT OF VOTES CAST FOR THE CANDIDATES AND OR PROPOSITIONS, AT THE GENERAL MUNICIPAL ELECTION HELD IN ST. LOUIS COUNTY, MISSOURI, ON APRIL 3, 2001.

IN TESTIMONY WHEREOF, WE HAVE HEREUNTO SET OUR HAND AT OUR OFFICE IN MAPLEWOOD, ST. LOUIS COUNTY, MISSOURI, ON APRIL 13, 2001.


_____   _____   _____   _____
    VIVIAN G. SCHMIDT, CHAIRWOMAN     JOHN MOTEN JR. SECRETARY         RICHARD W. SULLIVAN, MEMBER       BARBARA A. ENNEKING, MEMBER