EXHIBIT U

```
                                             OFFICIAL RESULTS
                                      FERGUSON-FLORISSANT SCHOOL DISTRICT
                                           ST. LOUIS COUNTY, MISSOURI
                                             TUESDAY, APRIL 2, 2002


  ** FERGUSON-FLORISSANT SCHOOL DIST (39 POLLING PLACES) *              6     FELICIA BUTLER
           1 Registered Voters -                                        7     LAWRENCE M. MORIE
           2 Ballots Cast -                                             8     BRIAN PATRICK FLETCHER
           3 Percent of Registered Voters                               9     JAMES H. CLARK
  DIRECTOR                                                      PROP AC -BONDS/AIR CONDITIONING SCHOOLS- 57.14% MAJORITY
    3 TO BE ELECTED                                                    10     YES
           4    DORIS A. GRAHAM                                        11     NO
           5    NANCY E. KNORR


                                         1       2......3     4......5......6......7......8......9      10.....11
  0016 AP 43                             35      8  22.86     3       2      1      2      1      3       5      2
  0018 AP 10                          1,036    264  25.48   134      66     89     55     74     82     184     68
  0022 AP 36                             86      4   4.65     2       1      2      0      0      0       3      0
  0043 AP 64, NW 5,61                    16      0   0.00     0       0      0      0      0      0       0      0
  0237 FER 12                           346     51  14.74    18      17     23     14     21     15      38     10
  0238 FER 1,21                        . 338   .  33...9.76 .  12......5......8.....14.....17.....10  .   25......7
  0246 FER 13,23,51                     807    196  24.29    57      60     45     97    118     57     139     55
  0247 FER 3,15                         388     63  16.24    31      30     20     25     28     20      50     12
  0248 FER 5,39                       1,058    246  23.25    83     103     59    112    175     71     191     52
  0251 FER 14,40,60                     727    222  30.54    41      80     52    145    174     44     175     43
  0252 FER 20,55                        282     77  27.30    10      28     22     49     59     23      63     13
  0253 FER 31                         .  71   .  16..22.54 .   7......5......7......7.....12......6  .   10......5
  0254 FER 16,17                      1,539    241  15.66    83      92     80     93    132     62     181     57
  0255 FER 18,19                      1,196    199  16.64    58      68     65    100    121     55     155     40
  0256 FER 22,27,29                     537     88  16.39    28      36     24     45     61     34      63     24
  0257 FER 24,26,32,36                  857     58   6.77    14      23     20     21     31     20      43     15
  0259 FER 9,10                         495     76  15.35    22      26     26     33     46     23      60     15
  0261 FER 33                         . 799   . 232..29.04 .  52.....76.....44....149....163.....59  .  191.....41
  0262 FER 56                           524    123  23.47    22      41     23     79     82     41      87     35
  0263 FER 34,35                      1,451    226  15.58    69      78     66     98    124    106     167     56
  0264 FER 42                         1,424    341  23.95   148     161    101     98    128    159     267     72
  0265 FER 48,50                        740     98  13.24    37      54     34     34     45     37      78     20
  0267 FER 45,46,52                     159     21  13.21    14       6     10      6      7      6      19      2
  0269 FER 41, FLO 3                  1,459   . 294..20.15 . 138....128....103.....65.....85....184  .  253.....40
  0270 FLO 11                           618    122  19.74    35      39     43     51     60     36      81     39
  0271 FLO 4,12                         375    144  38.40    50      58     43     46     48     54      90     52
  0272 FLO 5,25                         857    192  22.40    72      75     53     57     91     85     147     42
  0273 FLO 6                            973    133  13.67    44      49     40     44     49     68      98     34
  0274 FLO 13                           440     92  20.91    49      37     28     18     27     51      75     17
  0275 FLO 7,34                       1,245   . 174..13.98 .  71.....85.....43.....68.....91.....81  .  136.....38
  0276 FLO 22,38                        467    106  22.70    48      42     25     25     42     49      75     26
  0277 FLO 39                            17      2  11.76     0       1      1      2      1      1       1      1
  0278 FLO 8,37                       1,360    196  14.41    84      77     65     52     84     84     132     63
  0279 FLO 14,28,36,46                1,317    340  25.82   120     126    111    105    127    171     248     82
  0280 FLO 47                            50      2   4.00     0       2      1      0      1      2       1      1
  0281 FLO 15                         . 971   . 237..24.41 .  99.....96.....59.....75.....98....122  .  181.....51
  0282 FLO 16,26,33,41,49             1,486    306  20.59    98     110     77     82    131    145     222     78
  0284 FLO 17                         1,221    205  16.79    96     121     53     43     76     93     166     33
  0285 FLO 53,54, SPL 12                326     72  22.09    40      30     36     11     21     26      55     14
  0287 FLO 23,29                        807    118  14.62    60      58     39     36     50     60      96     21
  0288 FLO 18                           521     93  17.85    45      50     38     17     30     37      81     11
  0289 FLO 19,24,42                   1,647   . 259..15.73 . 128....116....102.....49.....82....109  .  227.....32
  0290 FLO 20,27,31,32,40,48          1,120    169  15.09    59      86     30     69     84     64     128     41
  0291 FLO 30,35                        694     65   9.37    30      21     13     20     20     36      50     15
  0663 AP 17, NOR 77, NRW 17,20         148     52  35.14    27       1     18      1      1      1      32      3
                                                                                                           PAGE 2 OF 2
                                             OFFICIAL RESULTS
                                      FERGUSON-FLORISSANT SCHOOL DISTRICT
                                           ST. LOUIS COUNTY, MISSOURI
                                             TUESDAY, APRIL 2, 2002


  ** FERGUSON-FLORISSANT SCHOOL DIST (39 POLLING PLACES) *              6     FELICIA BUTLER
           1 Registered Voters -                                        7     LAWRENCE M. MORIE
           2 Ballots Cast -                                             8     BRIAN PATRICK FLETCHER
           3 Percent of Registered Voters                               9     JAMES H. CLARK
  DIRECTOR                                                      PROP AC -BONDS/AIR CONDITIONING SCHOOLS- 57.14% MAJORITY
    3 TO BE ELECTED                                                    10     YES
           4    DORIS A. GRAHAM                                        11     NO
           5    NANCY E. KNORR


                                         1       2......3     4......5......6......7......8......9      10.....11
  0689 AP 49,62, NRW 5,7              1,739    263  15.12   140      54    112     34     35    100     194     53
  0690 AP 27, NRW 6                     224     58  25.89    24       6     24      1      4     12      46      7
  0691 NRW 12,14,15,16                   96     17  17.71     8       1      7      0      1      2      10      5
  0692 NRW 8,9,10,11,13                  91     33  36.26    16       5      7      3      3      6      22      5
  0693 NRW 2,4                        1,404    416  29.63   226      99    170     36     62     81     310     65
  0694 NRW 1,3                        . 851   . 246..28.91 . 166.....36....111.....14.....10.....37  .  152.....69
  0695 NRW 21,24                      1,168    113   9.67    44      36     36     55     58     28      79     30
  0696 NRW 22                           359    116  32.31    57      21     36     20     32     27      85     25
  0697 NRW 25                           611    116  18.99    51      24     49     18     30     32      84     28
  0700 NRW 26                           136     18  13.24     5       4     10      4      5      7      12      4
  0702 NRW 23                           357    126  35.29    76      27     47     21     23     34      91     27
  0833 SPL 14,26                      1,381   . 229..16.58 . 101....111.....85.....44.....86....119  .  187.....39
  0834 SPL 20                           781    128  16.39    62      58     40     29     59     52      95     29
  0837 SPL 16                           866    146  16.86    74      78     34     31     52     64     126     19
  TOTAL                              43,094  8,281  19.22  3,388   3,026  2,610  2,522  3,378  3,093   6,262  1,783
```

WE, THE BOARD OF ELECTION COMMISSIONERS OF ST. LOUIS COUNTY, MISSOURI, ACTING AS THE VERIFICATION BOARD PURSUANT TO 115.507,R.S.Mo 1978,
HEREBY CERTIFY THE FOREGOING TO BE A TRUE AND CORRECT ABSTRACT OF VOTES CAST FOR THE CANDIDATES AND OR PROPOSITIONS, AT THE GENERAL MUNICIPAL
ELECTION HELD IN ST. LOUIS COUNTY, MISSOURI, ON APRIL 2, 2002.

IN TESTIMONY WHEREOF, WE HAVE HEREUNTO SET OUR HAND AT OUR OFFICE IN MAPLEWOOD, ST. LOUIS COUNTY, MISSOURI, ON APRIL 12, 2002.

_____　　_____　　_____　　_____
 RICHARD W. SULLIVAN, CHAIRMAN　　PAMELA S. WRIGHT, SECRETARY　　LINDA M. LOCKE, MEMBER　　BARBARA A. ENNEKING, MEMBER