EXHIBIT V

```
                                         OFFICIAL RESULTS
                                   FERGUSON-FLORISSANT SCHOOL DISTRICT
                                       ST. LOUIS COUNTY, MISSOURI
                                         TUESDAY, APRIL 8, 2003


 ** FERGUSON-FLORISSANT SCHOOL DIST (37 POLLING PLACES) *       DIRECTOR
              1 Registered Voters -                            2 TO BE ELECTED
              2 Ballots Cast -                                     4    NANCY E. KNORR
              3 Percent of Registered Voters                       5    GWEN THOMAS
                                                                   6    LES D. LENTZ


                                          1      2......3    4......5......6
 0017 AP 10,36,43                      1,074    50   4.66    35      31     16
 0037 AP 64, NW 5,61                      17     0   0.00     0       0      0
 0233 FER 13,23,51                       796    84  10.55    58      36     29
 0234 FER 15                             242    79  32.64    60      29     13
 0235 FER 3                              125    15  12.00     9       4      4
 0236 FER 5,39                         1,010 . 182..18.02  . 133.....77.....51
 0239 FER 14,40,60                       731    91  12.45    75      30     32
 0240 FER 20,55                          297    60  20.20    52      16     17
 0241 FER 31                              67    12  17.91     9       4      5
 0242 FER 24,26,32,36                    844    49   5.81    29      21     19
 0244 FER 9,10                           487    38   7.80    28      11     14
 0246 FER 33,59                        .  790 .  68...8.61 .  50.....30.....22
 0247 FER 47,56                          524    92  17.56    70      30     26
 0248 FER 34,35                        1,375   152  11.05   117      46     38
 0250 FER 45,46,52                       172     7   4.07     4       4      3
 0260 FLO 3                              834   124  14.87    79      52     59
 0261 FER 41                             689   101  14.66    67      35     42
 0262 FLO 11                           .  588 . 189..32.14 . 116.....56.....73
 0263 FLO 4,12                           377    79  20.95    52      20     36
 0264 FLO 5,25                           812   114  14.04    81      59     44
 0265 FLO 6                              920   164  17.83    98      63     66
 0266 FLO 13                             440    56  12.73    41      24     16
 0267 FLO 7,34,53                      1,224   287  23.45   204      91    103
 0268 FLO 22,38,39                     .  465 .  81..17.42 .  56.....24.....32
 0269 FLO 8,37                         1,336   355  26.57   211     114    157
 0270 FLO 14,28,36,46                  1,296   202  15.59   150      59    103
 0271 FLO 47                              44     6  13.64     2       3      2
 0272 FLO 15                             939   172  18.32   116      66     88
 0273 FLO 16,26,33,41,49               1,425   201  14.11   112      57    101
 0274 FLO 17                           1,104 . 146..13.22  . 114.....62.....50
 0275 FER 53,54, SPL 12                  321    32   9.97    24      23      4
 0276 FLO 23,29                          780   109  13.97    69      36     55
 0277 FLO 18                             484    50  10.33    31      20     22
 0278 FLO 19,24,42                     1,605   134   8.35    83      52     62
 0279 FLO 20,27,31,32,40                 986   294  29.82   174      74     98
 0280 FLO 48                           .  133 .  26..19.55 .  20......7......7
 0281 FLO 30,35                          693    50   7.22    38      24     12
 0287 FLO 55                           1,387   224  16.15   151      83    111
 0288 FER 48,50                          700   138  19.71    77      47     65
 0634 AP 17,73,77,79                     148    12   8.11     5       7      2
 0644 NOR 12                             621    76  12.24    44      38     11
 0648 NOR 13                           .  133 .  21..15.79 .  11.....13......5
 0649 NOR 10                             374    36   9.63    18      24      4
 0650 NOR 4                              362    33   9.12    18      15      5
 0665 AP 27,49,62,76, NRW 5,6          1,900    62   3.26    38      41     22
 0666 NRW 12,14,15,16                    118    61  51.69    23      30      4
 0667 NRW 8,9,10,11,13                   118    69  58.47    26      38     12
 0668 AP 74,75, NRW 3,4                2,201 .  99...4.50 .  50.....78.....23
                                                                           PAGE 2 OF 2
                                         OFFICIAL RESULTS
                                   FERGUSON-FLORISSANT SCHOOL DISTRICT
                                       ST. LOUIS COUNTY, MISSOURI
                                         TUESDAY, APRIL 8, 2003


 ** FERGUSON-FLORISSANT SCHOOL DIST (37 POLLING PLACES) *       DIRECTOR
              1 Registered Voters -                            2 TO BE ELECTED
              2 Ballots Cast -                                     4    NANCY E. KNORR
              3 Percent of Registered Voters                       5    GWEN THOMAS
                                                                   6    LES D. LENTZ


                                          1      2......3    4......5......6
 0669 NRW 21,24                        1,170    71   6.07    49      43     15
 0673 FER 12, NRW 68                     337    29   8.61    20      11     10
 0674 FER 21, NRW 1                      318    19   5.97    14       8      3
 0677 NRW 7,17                         1,536   100   6.51    72      47     38
 0678 NRW 19,20                        1,188    71   5.98    57      38     17
 0679 NRW 22,23,25                     .  518 .  40...7.72 .  35.....18.....16
 0806 SPL 14,18,26                     1,272   163  12.81   110      65     61
 0807 SPL 20                             766    75   9.79    55      39     27
 0811 SPL 16                             805    60   7.45    44      29     23

 TOTAL                                42,018 5,410  12.88  3,584 2,102  1,995
```

WE, THE BOARD OF ELECTION COMMISSIONERS OF ST. LOUIS COUNTY, MISSOURI, ACTING AS THE VERIFICATION BOARD PURSUANT TO 115.507,R.S.Mo 1978,
HEREBY CERTIFY THE FOREGOING TO BE A TRUE AND CORRECT ABSTRACT OF VOTES CAST FOR THE CANDIDATES AND OR PROPOSITIONS, AT THE GENERAL MUNICIPAL
ELECTION HELD IN ST. LOUIS COUNTY, MISSOURI, ON APRIL 8, 2003.

IN TESTIMONY WHEREOF, WE HAVE HEREUNTO SET OUR HAND AT OUR OFFICE IN MAPLEWOOD, ST. LOUIS COUNTY, MISSOURI, ON APRIL 15, 2003.


 _____     _____     _____     _____
 RICHARD W. SULLIVAN, CHAIRMAN   PAMELA S. WRIGHT, SECRETARY   LINDA M. LOCKE, COMMISSIONER   BARBARA A. ENNEKING, COMMISSIONER