EXHIBIT W

```
PAGE 1 OF 2
                                     OFFICIAL RESULTS
                              FERGUSON-FLORISSANT SCHOOL DISTRICT
                                   ST. LOUIS COUNTY, MISSOURI
                                     TUESDAY, APRIL 6, 2004


** FERGUSON-FLORISSANT SCHOOL DIST (37 POLLING PLACES) *         4    JEANNE  GAROFALO
          1 Registered Voters -                                  5    TOMMIE L. VAN
          2 Ballots Cast -                                       6    INGRID D. MCCLENDON
          3 Percent of Registered Voters                         7    PERNELL WITHERSPOON
DIRECTOR                                                         8    LESLIE S. HOGSHEAD
  2 TO BE ELECTED

                               1       2.....3     4......5......6......7......8
 0014 AP 10,43               1,023   241  23.56    96     26    124     22     43
 0015 AP 36                     63     4   6.35     2      3      1      1      0
 0036 AP 17,73,77,79           153    62  40.52    12      6      7     14      6
 0224 FER 13,23,51             765    86  11.24    43     14     13     12     41
 0225 FER 3,15                 359    61  16.99    37      8      8      7     39
 0226 FER 5,39               . 958 . 164..17.12  . 101.....38.....29.....21.....73
 0229 FER 14,40,60             679   128  18.85    96     27     15      5     88
 0230 FER 20,55                281    55  19.57    41     16      6      2     34
 0231 FER 31                    66     8  12.12     3      4      2      3      4
 0232 FER 24,26,32,36          806    94  11.66    51     17     18     18     38
 0234 FER 9,10                 478    63  13.18    33     11     11      9     27
 0236 FER 33,59              . 787 . 126..16.01  . 69.....30.....26.....12.....78
 0237 FER 47,56                513    88  17.15    54     10     10      8     55
 0238 FER 34,35              1,313   155  11.81    95     16     23     24     78
 0240 FER 45,46,52             162    17  10.49     3     11      6      2      3
 0251 FER 12, NRW 68           326    30   9.20    18      4      6      4     16
 0252 FER 21, NRW 1            285    24   8.42    11      4      3      5     12
 0255 FER 41, FLO 3          1,451 . 253..17.44  . 154....103.....44.....11....119
 0256 FLO 4,11,12              955   157  16.44    93     26     26     18     71
 0257 FLO 5,25                 781   110  14.08    80     18     18      7     53
 0258 FLO 6,13               1,323   154  11.64   103     41     20     14     74
 0259 FLO 7,22,34,38,39,53   1,638   179  10.93   137     34     16     10    103
 0260 FLO 8,37               1,314   180  13.70   117     23     31     25     87
 0261 FLO 14,28,36,46,47     1,300 . 195..15.00  . 152.....36.....25.....12....108
 0262 FLO 15                   949   140  14.75    99     32     16     18     78
 0263 FLO 16,26,33,41,49     1,344   142  10.57    99     22     24     21     69
 0264 FLO 17                 1,089   153  14.05    96     42     24     17     72
 0265 FER 53,54, SPL 12        308    60  19.48    27     30     14      4     14
 0266 FLO 18,23,29           1,207   161  13.34   109     40     25     20     70
 0267 FLO 19,24,42           1,562 . 230..14.72  . 130.....83.....31.....26....100
 0268 FLO 20,27,31,32,40,48  1,089   142  13.04    99     31     22      9     71
 0269 FLO 30,35                667   105  15.74    61     18     24     20     27
 0275 FER 48,50, FLO 55      1,991   273  13.71   167    108     30     29    111
 0615 NOR 12                   621    92  14.81    37     19     23     15     21
 0619 NOR 13                   134    20  14.93     7      7      2      4      5
 0620 NOR 10                 . 363 .  57..15.70  .  19.....26.....13......9.....13
 0621 NOR 4                    353    65  18.41    20     13     11     16     12
 0640 NRW 5                  1,159   231  19.93    53     69     90     26     18
 0641 AP 49,62,76              635   185  29.13    30     54     90     21     17
 0642 AP 27, NRW 6             225    50  22.22    10      9     24      7     11
 0643 NRW 8,9,10,11,13         117    32  27.35     3     14     11      4      4
 0644 NRW 12,14,15,16        . 133 .  45..33.83  .   3.....16.....16......6......2
 0645 AP 74,75, NRW 3,4      2,145   477  22.24    70    206    180     46     66
 0646 NRW 21,24              1,149    87   7.57    40     18     23     23     27
 0650 NRW 7,17               1,474   142   9.63    62     35     23     11     75
 0651 NRW 19,20              1,153   120  10.41    81     27     21      6     69
 0652 NRW 22,23,25             492    56  11.38    32     14      8      8     32

                                                                                    PAGE 2 OF 2
                                     OFFICIAL RESULTS
                              FERGUSON-FLORISSANT SCHOOL DISTRICT
                                   ST. LOUIS COUNTY, MISSOURI
                                     TUESDAY, APRIL 6, 2004


** FERGUSON-FLORISSANT SCHOOL DIST (37 POLLING PLACES) *         4    JEANNE  GAROFALO
          1 Registered Voters -                                  5    TOMMIE L. VAN
          2 Ballots Cast -                                       6    INGRID D. MCCLENDON
          3 Percent of Registered Voters                         7    PERNELL WITHERSPOON
DIRECTOR                                                         8    LESLIE S. HOGSHEAD
  2 TO BE ELECTED

                               1       2.....3     4......5......6......7......8
 0675 NW 5,61                   18     0   0.00     0      0      0      0      0
 0782 SPL 14,18,20,26        2,071   303  14.63   191     89     50     26    116
 0786 SPL 16                   780   127  16.28    86     23     19     18     50

TOTAL                       41,007 6,129  14.95 3,232  1,571  1,302    676  2,400


WE, THE BOARD OF ELECTION COMMISSIONERS OF ST. LOUIS COUNTY, MISSOURI, ACTING AS THE VERIFICATION BOARD PURSUANT TO 115.507,R.S.Mo 1978,
HEREBY CERTIFY THE FOREGOING TO BE A TRUE AND CORRECT ABSTRACT OF VOTES CAST FOR THE CANDIDATES AND PROPOSITIONS AT THE GENERAL MUNICIPAL
ELECTION HELD IN ST. LOUIS COUNTY, MISSOURI, ON APRIL 6, 2004.

IN TESTIMONY WHEREOF, WE HAVE HEREUNTO SET OUR HAND AT OUR OFFICE IN MAPLEWOOD, ST. LOUIS COUNTY, MISSOURI, ON APRIL 14, 2004.




 _____      _____     _____     _____
 RICHARD W. SULLIVAN, CHAIRMAN   PAMELA S. WRIGHT, SECRETARY   LINDA M. LOCKE, COMMISSIONER   BARBARA A. ENNEKING, COMMISSIONER
```