EXHIBIT Y

```
PAGE 1 OF 2
                                        OFFICIAL RESULTS
                                FERGUSON-FLORISSANT SCHOOL DISTRICT
                                     ST. LOUIS COUNTY, MISSOURI
                                       TUESDAY, APRIL 4, 2006


 *** FERGUSON-FLORISSANT SCH DIST (41 POLLING PLACES) ***         4    NANCY E. KNORR
          1 Registered Voters -                                   5    PAUL R. SCHROEDER
          2 Ballots Cast -                                        6    JOHN F. KNOWLES
          3 Percent of Registered Voters                          7    PAT WASHINGTON
 DIRECTOR-BOARD OF EDUCATION                                      8    GWENDOLYN THOMAS
   2 TO BE ELECTED
                                  1       2.....3      4......5......6......7......8
 0017 AP 10,43                1,126   198  17.58     53     87     56     27     38
 0018 AP 36                     112     3   2.68      0      0      2      1      3
 0039 AP 73,77,79               227    10   4.41      2      0      3      5      4
 0044 AP 49,62,76               740    51   6.89     11     22      6     12     22
 0045 AP 27,74                  666    78  11.71     11     26      6     24     31
 0046 NRW 12,14,15,16         .  165 .   9...5.45 .   1......1......1......0......3
 0047 NRW 8,9,10,11,13          127    15  11.81      2      4      2      5      6
 0225 FER 45                    212    12   5.66      3      4      2      3      6
 0227 FER 13,23,51              825   106  12.85     34     66     34      5     19
 0228 FER 15                    262    52  19.85     11     32     22      5      8
 0229 FER 3                     121    14  11.57      4      9      3      5      3
 0230 FER 5,39                1,083 . 178..16.44 .  42.....75.....86.....40.....37
 0234 FER 14,40,60              713   166  23.28     39     73    106     22     19
 0235 FER 20,55                 314    67  21.34      9     28     56      5      7
 0236 FER 31                     77    11  14.29      1      4      4      4      1
 0237 FER 24,26,32,36           864    67   7.75     16     24     29     10     14
 0239 FER 9,10                  546    91  16.67     19     32     25     16     21
 0240 FER 33,59               .  826 . 137..16.59 .  26.....73.....73.....28.....15
 0241 FER 47,56                 566    95  16.78     24     35     65     10     10
 0242 FER 34,35               1,539   151   9.81     25     64     88     30     25
 0243 FER 48,50,52              733    86  11.73     19     41     37     14     14
 0244 FER 46                     30     4  13.33      0      4      2      0      1
 0250 FER 53                     16     1   6.25      1      0      1      0      0
 0253 FER 21, NRW 1           .  387 .  17...4.39 .   2......6.....12......3......2
 0254 FER 12, NRW 68            398    41  10.30      7     11     13     16      7
 0258 FER 41,54, FLO 3        1,499   201  13.41     50    130     72     38     54
 0259 FLO 11                    580   131  22.59     37     83     38      8     14
 0260 FLO 4,12                  387    54  13.95     13     36     20      6      9
 0261 FLO 5,25                  809    99  12.24     26     59     34     16     18
 0262 FLO 6                   1,007 . 107..10.63 .  18.....74.....36......8.....12
 0263 FLO 13                    458    43   9.39     13     32     12      4      8
 0264 FLO 7,34,53             1,240   181  14.60     47    105     70     15     23
 0265 FLO 22,38,39              472    52  11.02     13     28     28      6      6
 0266 FLO 8,37                1,383   314  22.70     94    168     78     31     48
 0267 FLO 14,28,36,46         1,312   205  15.63     41    135     84     19     27
 0268 FLO 47                  .   54 .   8..14.81 .   4......4......4......0......0
 0269 FLO 15                    972   141  14.51     28    111     41     18     24
 0270 FLO 16,26,33,41,49      1,504   116   7.71     29     67     39     16     17
 0271 FLO 17, SPL 18          1,616   269  16.65     86    169     61     44     56
 0272 FLO 23,29                 762   130  17.06     26     85     43     19     21
 0273 FLO 18                    503    49   9.74      9     35     10     13     14
 0274 FLO 19,24,42            1,729 . 162...9.37 .  27....111.....37.....30.....43
 0275 FLO 20,27,31,32,40        988   238  24.09     64    138     86     19     32
 0276 FLO 48                    128    17  13.28      3     13      6      1      0
 0277 FLO 30,35                 884    72   8.14     23     35     15     10     18
 0283 FLO 55                  1,472   156  10.60     25    108     59     28     33
 0622 NOR 12                    719    68   9.46     15     20     14     26     18
                                                                                        PAGE 2 OF 2
                                        OFFICIAL RESULTS
                                FERGUSON-FLORISSANT SCHOOL DISTRICT
                                     ST. LOUIS COUNTY, MISSOURI
                                       TUESDAY, APRIL 4, 2006


 *** FERGUSON-FLORISSANT SCH DIST (41 POLLING PLACES) ***         4    NANCY E. KNORR
          1 Registered Voters -                                   5    PAUL R. SCHROEDER
          2 Ballots Cast -                                        6    JOHN F. KNOWLES
          3 Percent of Registered Voters                          7    PAT WASHINGTON
 DIRECTOR-BOARD OF EDUCATION                                      8    GWENDOLYN THOMAS
   2 TO BE ELECTED
                                  1       2.....3      4......5......6......7......8
 0624 NOR 13                    133    15  11.28      3      4      5      6      7
 0625 NOR 4,10                  829    53   6.39     12     11      6     17     21
 0641 NRW 5                   1,356    98   7.23     31     26     10     23     24
 0642 NRW 6                     132    16  12.12      4      1      2      6      9
 0643 AP 75, NRW 4            1,531   222  14.50     29     52     25     78     69
 0644 NRW 3                   .  387 .  66..17.05 .   6.....10......3.....24.....26
 0645 NRW 21,24               1,384    72   5.20     15     17     34     15     23
 0653 NRW 7,17                1,686   148   8.78     29     58     66     34     32
 0654 NRW 19,20               1,329   127   9.56     24     63     79     16     17
 0655 NRW 22,23,25              599    49   8.18     13     20     30      6     12
 0675 NW 5,61                     3     0   0.00      0      0      0      0      0
 0781 SPL 14,26               .  999 . 122..12.21 .  25.....84.....27.....18.....24
 0782 SPL 20                    805    82  10.19     18     57     16     15     19
 0784 SPL 12                    269    41  15.24     13     22      7      6      9
 0787 SPL 16                    897    97  10.81     28     62     28     15     19
 TOTAL                       45,492 5,681  12.49  1,303  2,954  1,959    944  1,122


 WE, THE BOARD OF ELECTION COMMISSIONERS OF ST. LOUIS COUNTY, MISSOURI, ACTING AS THE VERIFICATION BOARD PURSUANT TO 115.507,R.S.Mo 1978,
 HEREBY CERTIFY THE FOREGOING TO BE A TRUE AND CORRECT ABSTRACT OF VOTES CAST FOR THE CANDIDATES AND PROPOSITIONS AT THE GENERAL MUNICIPAL
 ELECTION HELD IN ST. LOUIS COUNTY, MISSOURI, ON APRIL 4, 2006.

 IN TESTIMONY WHEREOF, WE HAVE HEREUNTO SET OUR HAND AT OUR OFFICE IN MAPLEWOOD, ST. LOUIS COUNTY, MISSOURI, ON APRIL 12, 2006.




 _____    _____    _____    _____
  JOHN J. DIEHL, JR., CHAIRMAN  CHAIM H. ZIMBALIST, SECRETARY  ANITA T. YECKEL, COMMISSIONER    WILLIAM MILLER, JR., COMMISSIONER
```