EXHIBIT Z

BUSINESS CUSTOMERS SAVE UP TO 33%.
Lock in savings for up to three years on the 2015 release of Adobe Creative Cloud for teams. Ends 11/27. Join now ›

YOUR SOURCE FOR LOCAL NEWS | SUBMIT NEWS | P-D E EDITION | APPS

73°
Clear

Home / Suburban Journals

# New member joins school board
UNCONTESTED RACE IN APRIL SAVES DISTRICT ABOUT $13,000

January 31, 2007 12:00 am    0



Submitted photo - Ferguson-Florissant Board President Leslie Suzanne Hogshead administers the oath of office to Charles "Chuck" Henson on Jan. 24. Henson was appointed to fill out the remaining term of Jeanne Garofalo, who resigned. He will also serve a three-year term after the April 3 election.

Enlarge Photo

The Ferguson-Florissant School District has a new board member a little earlier than expected.

Charles "Chuck" Henson, 47, of the 1000 block of Briargate Trail in Ferguson, was sworn in Jan. 24 as a board member at a special board study session.

Henson will fill out the remaining term of Jeanne Garofalo, who resigned last month. He will also serve a three-year term on the board after the April 3 election.

Henson can serve on the board because Missouri law allows the board to appoint an individual to fill the vacated position for the remainder of the term.

And Henson can continue to serve after Garofalo's term expires in April because the district does not have to hold a board election April 3.

Henson and Board President Leslie Suzanne Hogshead were the sole candidates to file for two seats up for election this spring. Filed closed for the seats Jan. 16. The incumbents were Garofalo and Hogshead.

The district filed a letter asking permission from the St. Louis County Board of Election Commissioners not to hold the election since the seats were not contested. The election board approved the request last week.

Nancy Pollock, executive director of public information for the school district, said the district would save about $13,000 in ballot-related expenses.

Reach Brian Flinchpaugh at bflinchpaugh@yourjournal.com

Copyright 2015 stltoday.com. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.