EXHIBIT AA

```
ELECTION SUMMARY                          GENERAL MUNICIPAL ELECTION                          OFFICIAL RESULTS
                                          FERGUSON R-2 SCHOOL DISTRICT
RUN DATE:04/16/09 02:21 PM                TUESDAY, APRIL 7, 2009
                                                                   WITH 56 OF 56 PRECINCTS REPORTING
                                          TOTAL  PERCENT                                    TOTAL  PERCENT
        01 = REGISTERED VOTERS - TOTAL    48,159           03 = VOTER TURNOUT - TOTAL               10.44
        02 = BALLOTS CAST - TOTAL          5,027
                                         - - - - - - - -
                                          01    02    03
                                         - - - - - - - -
0110 AP10,36                             1370 .  50  3.65
0127 AP27,54,56                          1494 .  31  2.07
0138 AP38                                 150 . . 6  4.00
0703 FER3                                 148 .  14  9.46
0705 FER5                                1174 . 167 14.22
0709 FER9,10                              578 .  26  4.50
0712 FER12 NRW9                           463 .  31  6.70
0713 FER13,23                             883 .  73  8.27
0715 FER15                                276 .  20  7.25
0720 FER20                                228 .  54 23.68
0721 FER21 NRW1                           390 .  23  5.90
0724 FER24                                946 . 100 10.57
0732 FER32,40                             750 . 168 22.40
0733 FER33,36                             853 . 151 17.70
0734 FER34,35                            1739 . 130  7.48
0738 FER38,47                             687 .  97 14.12
0745 FER45                                279 . . 4  1.43
0748 FER48,51                             380 .  23  6.05
0750 FER50                                466 .  34  7.30
0803 FLO3 FER41                          1558 . 172 11.04
0804 FLO4                                1495 . 127  8.49
0805 FLO5,15,25                          1869 . 182  9.74
0806 FLO6                                1114 .  68  6.10
0807 FLO7,29,34                          1261 . 137 10.86
0808 FLO8,37                             1393 . 287 20.60
0811 FLO11                                602 . 125 20.76
0812 FLO12                                389 .  60 15.42
0813 FLO13                                473 .  28  5.92
0814 FLO14,28                            1336 . 197 14.75
0816 FLO16,26,33,41                      1600 . 118  7.38
0817 FLO17                               1430 . 181 12.66
0818 FLO18                                543 .  25  4.60
0819 FLO19,24                            1784 . 121  6.78
0820 FLO20,31,32                         1012 . 217 21.44
0822 FLO22                                458 .  40  8.73
0823 FLO23                                884 . 135 15.27
0830 FLO30                                889 .  83  9.34
0839 FLO39                                139 .  12  8.63
1904 NOR4                                 437 .  82 18.76
1910 NOR10                                437 .  34  7.78
1912 NOR12                                777 . 216 27.80
1913 NOR13                                158 .  49 31.01
2003 NRW3,4 AP55                         2013 .  58  2.88
2005 NRW5,6                              1573 .  31  1.97
2007 NRW7,17                             1750 . 164  9.37
2008 NRW8                                 107 .  10  9.35
2015 NRW15                                166 . . 5  3.01
2019 NRW19,20                            1430 . 169 11.82
2021 NRW21,24                            1544 .  68  4.40
2025 NRW25 FER31                          748 .  59  7.89
2105 NW5                                    3 . . 0   .00
2512 SPL12 FER39,46                       686 .  89 12.97
2516 SPL16                                936 .  54  5.77
2518 SPL18                                357 .  61 17.09
2520 SPL20                                497 . 235 47.28
2526 SPL26                               1057 . 126 11.92
===================================================================================================================
                                                          WITH 56 OF 56 PRECINCTS REPORTING
                                          VOTES  PERCENT                                     VOTES  PERCENT
DIRECTOR FERGUSON SCHOOL
Vote for  2
        01 = PAUL R. SCHROEDER           3,233  42.45    03 = GREGORY H. HEISE              1,216  15.97
        02 = JOHN F. KNOWLES             3,123  41.01    04 = INVALID WRITE-IN VOTES           44    .58
                                        ------------------------
                                         01    02    03    04
                                        ------------------------
0110 AP10,36                             40    33    13     0
0127 AP27,54,56                          18    21     4     0
0138 AP38                                 3     5     3     0
0703 FER3                                 6     4    10     0
0705 FER5                               123   133    24     0
0709 FER9,10                             18    18     4     0
0712 FER12 NRW9                          13    25     1     0
```

```
0713  FER13,23              49    56    13     0
0715  FER15                 13    16     4     0
0720  FER20                 32    41    15     0
0721  FER21 NRW1            10    16     7     0
0724  FER24                 60    58    16     0
0732  FER32,40             102   134    23     3
0733  FER33,36             100   110    30     0
0734  FER34,35              80   105    17     0
0738  FER38,47              62    84    12     0
0745  FER45                  3     4     1     0
0748  FER48,51              18    12     6     0
0750  FER50                 25    23     8     1
0803  FLO3 FER41           132    99    51     0
0804  FLO4                  80    68    51     3
0805  FLO5,15,25           149   114    47     0
0806  FLO6                  48    44    12     0
0807  FLO7,29,34           100    87    26     0
0808  FLO8,37              177   133   108     0
0811  FLO11                 71    45    57     0
0812  FLO12                 39    33    23     1
0813  FLO13                 19    20     7     1
0814  FLO14,28             146   117    52     3
0816  FLO16,26,33,41        80    77    40     1
0817  FLO17                127    87    43     2
0818  FLO18                 21     9     9     0
0819  FLO19,24              86    78    27     1
0820  FLO20,31,32          123   110    74     4
0822  FLO22                 32    25    10     0
0823  FLO23                 97    68    26     1
0830  FLO30                 49    44    18     0
0839  FLO39                  9     6     6     0
1904  NOR4                  39    50    14     0
1910  NOR10                 14    26     8     1
1912  NOR12                 88    98    38     9
1913  NOR13                 21    35     7     0
2003  NRW3,4 AP55           38    39    10     0
2005  NRW5,6                21    19    12     0
2007  NRW7,17               92   102    27     7
2008  NRW8                   3     6     0     0
2015  NRW15                  4     1     1     0
2019  NRW19,20              93   126    38     2
2021  NRW21,24              38    53    15     0
2025  NRW25 FER31           38    52     9     0
2105  NW5                    0     0     0     0
2512  SPL12 FER39,46        58    57    23     0
2516  SPL16                 38    37    12     0
2518  SPL18                 46    35    19     1
2520  SPL20                159   142    62     0
2526  SPL26                 83    83    23     3
```

=======================================================================================================

WE, THE BOARD OF ELECTION COMMISSIONERS OF ST. LOUIS COUNTY, MISSOURI, ACTING AS THE VERIFICATION BOARD PURSUANT TO 115.507,R.S.Mo 1978, HEREBY CERTIFY THE FOREGOING TO BE A TRUE AND CORRECT ABSTRACT OF VOTES CAST FOR THE CANDIDATES AND ISSUES AT THE GENERAL MUNICIPAL ELECTION HELD IN ST. LOUIS COUNTY, MISSOURI, ON APRIL 7, 2009.  IN TESTIMONY WHEREOF, WE HAVE HEREUNTO SET OUR HAND AT OUR OFFICE IN MAPLEWOOD, ST. LOUIS COUNTY, MISSOURI, ON APRIL 17, 2009.

CHAIM H. ZIMBALIST, SECRETARY    ANITA T. YECKEL, COMMISSIONER    WILLIAM MILLER, JR., COMMISSIONER