EXHIBIT BB

```
FERGUSON R2 SCHOOL DISTRICT                  GENERAL MUNICIPAL ELECTION                         OFFICIAL FINAL RESULTS
                                             ST. LOUIS COUNTY, MISSOURI
                                             TUESDAY, APRIL 5, 2011
                                                                      WITH 48 OF 48 PRECINCTS REPORTING
                                                 TOTAL   PERCENT                                                     TOTAL   PERCENT
    01 = REGISTERED VOTERS - TOTAL                46,193               03 = VOTER TURNOUT - TOTAL                              21.60
    02 = BALLOTS CAST - TOTAL                      9,979
                                             - - - - - - - - -
                                              01    02    03
                                             - - - - - - - - -
 0110 AP10,36                                1290 .  109  8.45
 0127 AP27,54,56                             1361 .   66  4.85
 0138 AP38                                    113 . .  7  6.19
 0703 FER3,15                                 423 .   98 23.17
 0705 FER5                                   1136 .  319 28.08
 0709 FER9,10                                 563 .  116 20.60
 0712 FER12,21 NRW1,9                         874 .   83  9.50
 0713 FER13,23                                875 .  150 17.14
 0720 FER20,32,40                             948 .  358 37.76
 0724 FER24                                   946 .   74  7.82
 0733 FER33,36,38,47                         1453 .  425 29.25
 0734 FER34,35                               1665 .  246 14.77
 0745 FER45                                   263 .   30 11.41
 0748 FER48,51                                363 .   57 15.70
 0750 FER50                                   443 .   94 21.22
 0803 FLO3 FER41                             1503 .  467 31.07
 0804 FLO4                                   1483 .  430 29.00
 0805 FLO5,15,25                             1786 .  555 31.08
 0806 FLO6                                   1066 .  211 19.79
 0807 FLO7,29,34                             1223 .  402 32.87
 0808 FLO8,37                                1339 .  452 33.76
 0811 FLO11                                   590 .  263 44.58
 0812 FLO12                                   390 .  196 50.26
 0813 FLO13                                   448 .  112 25.00
 0814 FLO14,28                               1278 .  542 42.41
 0816 FLO16,26,33,41                         1538 .  451 29.32
 0817 FLO17                                  1358 .  320 23.56
 0818 FLO18                                   548 .   95 17.34
 0819 FLO19,24                               1749 .  262 14.98
 0820 FLO20,31,32,39                         1132 .  445 39.31
 0822 FLO22                                   465 .  163 35.05
 0823 FLO23                                   862 .  269 31.21
 0830 FLO30                                   817 .   81  9.91
 1904 NOR4                                    416 .   93 22.36
 1910 NOR10                                   416 .   57 13.70
 1912 NOR12                                   739 .  107 14.48
 1913 NOR13                                   151 .   27 17.88
 2003 NRW3,4 AP55                            1922 .  156  8.12
 2005 NRW5,6                                 1395 .   74  5.30
 2007 NRW7,17                                1701 .  249 14.64
 2008 NRW8,15                                 196 .   15  7.65
 2019 NRW19,20,25 FER31                      2072 .  314 15.15
 2021 NRW21,24                               1437 .  142  9.88
 2105 NW5                                       3 . .  0 . .00
 2512 SPL12 FER39,46                          699 .  164 23.46
 2516 SPL16                                   875 .  119 13.60
 2518 SPL18                                   356 .  101 28.37
 2520 SPL20,26                               1524 .  413 27.10
==================================================================================================================================
                                                                      WITH 48 OF 48 PRECINCTS REPORTING
                                                 VOTES   PERCENT                                                     VOTES   PERCENT
DIRECTOR FERGUSON REORGANIZED R-2 SCHOOL DISTRICT
  (Vote for ) 3
    01 = DORIS ANN GRAHAM                      2,795    12.03         06 = JOSEPH HOSEA                                566     2.44
    02 = VANESSA HAWKINS                       2,890    12.44         07 = ROBERT CHABOT                             3,080    13.25
    03 = BRIAN SCOTT EBERT                     2,667    11.48         08 = CHRIS MARTINEZ                            4,598    19.78
    04 = LES D. LENTZ                          1,027     4.42         09 = JAMES H. CLARK                            2,257     9.71
    05 = PAUL T. MORRIS                        3,305    14.22         10 = INVALID WRITE-IN                             55      .24
                                             -----------------------------------------------------------
                                              01    02   03    04    05    06    07    08    09    10
                                             -----------------------------------------------------------
 0110 AP10,36                                  58    38   26     8    38     9    14    29    25     0
 0127 AP27,54,56                               35    28   16     5    10     4    13    16    14     0
 0138 AP38                                      3     1    3     0     1     0     0     1     2     0
 0703 FER3,15                                  35    31   22    12    36     6    37    42    20     0
 0705 FER5                                    117    69   51    25   158     9   170   175    76     1
 0709 FER9,10                                  33    32   30     7    43     7    37    35    34     4
 0712 FER12,21 NRW1,9                          30    28   21     5    22     3    27    23    29     0
 0713 FER13,23                                 50    41   35    17    55     9    47    57    41     3
 0720 FER20,32,40                              58    56   69    11   180    21   233   182    70     4
 0724 FER24                                    23    13   23     5    23     5    19    31    21     0
 0733 FER33,36,38,47                           78    92   84    23   237    21   251   231    59     2
 0734 FER34,35                                 62    68   49    15    84    10   123    93    59     4
```

```
0745 FER45                   12    16     9     0     9     3     6    13     4    0
0748 FER48,51                21    19    12     5    13     3    14    26    10    0
0750 FER50                   20    25    27    14    36     7    23    39    16    0
0803 FLO3 FER41             143   180   141    91   115    22    86   184   136    0
0804 FLO4                   127   136    96    81   127    21   100   214    91    5
0805 FLO5,15,25             158   121   166    99   189    27   158   282   156    0
0806 FLO6                    46    49    65    17    66    16    62    93    45    0
0807 FLO7,29,34              86    79   130    29   151    20   109   189    92    2
0808 FLO8,37                115    78   152    39   147    30   114   214    89    3
0811 FLO11                   57    56   106    18    69    19    62   138    45    0
0812 FLO12                   28    38    73    15    49    15    50   109    30    0
0813 FLO13                   29    24    26     7    34     7    40    61    27    0
0814 FLO14,28               103    80   198    79   196    32   166   302   107    5
0816 FLO16,26,33,41         123    84   156    47   114    36   102   240    90    0
0817 FLO17                   71    95    96    38    84    13    86   166    74    0
0818 FLO18                   29    37    25    13    36     2    28    47    28    0
0819 FLO19,24                93   117    57    24   122    12    80   143    54    1
0820 FLO20,31,32,39          76    95   131    44   135    31   114   225    79    7
0822 FLO22                   53    30    71    22    45     8    46    79    42    0
0823 FLO23                   74    91    83    41    58    10    62   126    85    1
0830 FLO30                   28    23    31     6    26     8    19    20    29    0
1904 NOR4                    48    57    19     1    12     5     2    15    19    1
1910 NOR10                   42    39     6     2     5     1     2    12    16    0
1912 NOR12                   43    31    18    14    20     8    17    23    39    0
1913 NOR13                   14    13     7     1     6     1     1     6     5    0
2003 NRW3,4 AP55             85   105    19     9    32    10    17    42    29    1
2005 NRW5,6                  59    36     5    14     9     5    13    13    31    0
2007 NRW7,17                 77    90    44    17   104    23    84   101    44    6
2008 NRW8,15                  8     3     2     6     3     1     1     1     7    0
2019 NRW19,20,25 FER31       64    95    49    20   163    12   154   178    61    4
2021 NRW21,24                74    47    28    12    36    10    31    38    43    0
2105 NW5                      0     0     0     0     0     0     0     0     0    0
2512 SPL12 FER39,46          47   116    31    11    38    10    47    63    43    0
2516 SPL16                   33    41    31    12    35    12    35    45    37    0
2518 SPL18                   25    39    37    16    25     7    31    53    23    1
2520 SPL20,26               102   208    91    30   109    15   147   183    81    0
=====================================================================================
```

WE, THE BOARD OF ELECTION COMMISSIONERS OF ST. LOUIS COUNTY, MISSOURI, ACTING AS THE VERIFICATION BOARD PURSUANT TO 115.507,R.S.Mo 1978, HEREBY CERTIFY THE FOREGOING TO BE A TRUE AND CORRECT ABSTRACT OF VOTES CAST FOR THE CANDIDATES AND ISSUES AT THE GENERAL MUNICIPAL ELECTION HELD IN ST. LOUIS COUNTY, MISSOURI, ON APRIL 5, 2011.  IN TESTIMONY WHEREOF, WE HAVE HEREUNTO SET OUR HAND AT OUR OFFICE IN MAPLEWOOD, ST. LOUIS COUNTY, MISSOURI, ON APRIL 19, 2011.

RICHARD H. KELLETT, CHAIRMAN    JULIE R. JONES, SECRETARY    ANITA T. YECKEL, COMMISSIONER    ANN PLUEMER, COMMISSIONER