EXHIBIT CC

```
FERGUSON REORGANIZED R-2 SCH                    GENERAL MUNICIPAL ELECTION             OFFICIAL FINAL RESULTS
                                                 ST. LOUIS COUNTY, MISSOURI
RUN DATE:04/11/12 08:33 AM                       TUESDAY, APRIL 3, 2012

                                                  TOTAL   PERCENT                                        TOTAL   PERCENT
       01 = REGISTERED VOTERS - TOTAL             42,806                03 = VOTER TURNOUT - TOTAL                 12.25
       02 = BALLOTS CAST - TOTAL                   5,245
                                         - - - - - - - - -
                                          01    02    03
                                         - - - - - - - - -
  0110 AP10                              1025 .  143 13.95
  0127 AP27                               681 .   97 14.24
  0136 AP36                               123 .    6  4.88
  0154 AP54 NRW2                          560 .   86 15.36
  0703 FER3                               145 .    6  4.14
  0705 FER5                              1067 .  170 15.93
  0709 FER9,10                            530 .  161 30.38
  0712 FER12 NRW9                         446 .   28  6.28
  0713 FER13,23                           813 .   93 11.44
  0715 FER15                              264 .   43 16.29
  0720 FER20                              194 .   41 21.13
  0721 FER21 NRW1                         356 .   14  3.93
  0724 FER24                              856 .   40  4.67
  0731 FER31 NRW25                        673 .   65  9.66
  0732 FER32,40                           675 .   99 14.67
  0733 FER33,36                           738 .   93 12.60
  0734 FER34,35                          1522 .  129  8.48
  0738 FER38,47                           619 .   90 14.54
  0745 FER45                              238 .   19  7.98
  0748 FER48,51                           334 .   31  9.28
  0750 FER50                              413 .   56 13.56
  0803 FLO3,44                           1449 .  182 12.56
  0804 FLO4                              1404 .  137  9.76
  0805 FLO5,15,25                         995 .  100 10.05
  0806 FLO6,13                           1347 .  201 14.92
  0807 FLO7,29,34                        1149 .  252 21.93
  0808 FLO8,37                           1293 .  155 11.99
  0811 FLO11                              546 .   68 12.45
  0812 FLO12                              389 .   51 13.11
  0814 FLO14,28                          1510 .  171 11.32
  0816 FLO16,26,33,41                    1446 .  104  7.19
  0817 FLO17 SPL18                       1537 .  249 16.20
  0818 FLO18                              533 .   40  7.50
  0819 FLO19,24                          1647 .  138  8.38
  0820 FLO20,31,32,39                    1086 .  112 10.31
  0822 FLO22                              454 .   44  9.69
  0823 FLO23                             1208 .  224 18.54
  0830 FLO30 NW5                          703 .   44  6.26
  1904 NOR4,10                            776 .  106 13.66
  1912 NOR12                              656 .   43  6.55
  1913 NOR13                              143 .   10  6.99
  2003 NRW3,4 AP38                       1751 .  355 20.27
  2005 NRW5                              1125 .  219 19.47
  2006 NRW6                               124 .   22 17.74
  2007 NRW7,17                           1548 .  102  6.59
  2008 NRW8                               111 .   29 26.13
  2015 NRW15                               90 .   36 40.00
  2019 NRW19,20                          1261 .   80  6.34
  2021 NRW21,24                          1280 .   67  5.23
  2029 NRW29                              105 .   32 30.48
  2512 SPL12 FER46 FLO43                  687 .   71 10.33
  2516 SPL16                              776 .   59  7.60
  2520 SPL20,26                          1405 .  232 16.51
==============================================================================================================================

                                                  VOTES  PERCENT                                        VOTES  PERCENT
DIRECTOR FERGUSON REORGANIZED R-2 SCHOOL DISTRICT
   (Vote for ) 2
       01 = BRIAN SCOTT EBERT                     2,809   37.94         03 = BARBARA MORRIS            1,988   26.85
       02 = PAUL SCHROEDER                        2,566   34.66         04 = INVALID WRITE-IN             41     .55
                                         ------------------------
                                          01    02    03    04
                                         ------------------------
  0110 AP10                                58    65    60     0
  0127 AP27                                23    24    52     0
  0136 AP36                                 1     3     4     0
  0154 AP54 NRW2                           12    20    50     0
  0703 FER3                                 4     3     3     0
  0705 FER5                                94    78    81     2
  0709 FER9,10                             67    71    58     0
  0712 FER12 NRW9                          15    12    13     0
  0713 FER13,23                            38    50    35     1
  0715 FER15                               23    25    17     0
  0720 FER20                               22    26    12     0
  0721 FER21 NRW1                           5     7     5     0
  0724 FER24                               20    20    16     0
  0731 FER31 NRW25                         42    35    21     0
  0732 FER32,40                            64    48    32     3
  0733 FER33,36                            54    59    26     1
  0734 FER34,35                            67    61    58     0
  0738 FER38,47                            63    41    23     0
  0745 FER45                                8     5    13     0
  0748 FER48,51                            14    13    18     0
  0750 FER50                               31    31    17     2
  0803 FLO3,44                            116   105    52     3
  0804 FLO4                                91    81    52     6
  0805 FLO5,15,25                          62    55    39     0
```

```
0806 FL06,13                   120    92    64    0
0807 FL07,29,34                186   146    57    3
0808 FL08,37                    94    86    47    3
0811 FL011                      48    33    19    0
0812 FL012                      42    32     6    0
0814 FL014,28                  115   107    46    1
0816 FL016,26,33,41             64    63    24    0
0817 FL017 SPL18               141   140    85    7
0818 FL018                      30    32     6    0
0819 FL019,24                   84    73    64    1
0820 FL020,31,32,39             67    63    22    3
0822 FL022                      31    26    10    1
0823 FL023                     145   160    49    0
0830 FL030 NW5                  20    24    18    0
1904 NOR4,10                    47    39    55    0
1912 NOR12                      21    10    19    0
1913 NOR13                       3     5     5    0
2003 NRW3,4 AP38               137    90   224    1
2005 NRW5                       68    31   121    0
2006 NRW6                        5     3    16    0
2007 NRW7,17                    55    46    45    0
2008 NRW8                       11     4    13    0
2015 NRW15                       4    10    15    0
2019 NRW19,20                   47    41    33    1
2021 NRW21,24                   25    22    44    2
2029 NRW29                       2     4    12    0
2512 SPL12 FER46 FLO43          41    46    32    0
2516 SPL16                      38    37    20    0
2520 SPL20,26                  124   163    60    0
==============================================================================================
```

WE, THE BOARD OF ELECTION COMMISSIONERS OF ST. LOUIS COUNTY, MISSOURI, ACTING AS THE VERIFICATION BOARD PURSUANT TO 115.507,R.S.Mo 1978, HEREBY CERTIFY TH CAST FOR THE CANDIDATES AND ISSUES AT THE GENERAL MUNICIPAL ELECTION HELD IN ST. LOUIS COUNTY, MISSOURI, ON APRIL 3, 2012.  IN TESTIMONY WHEREOF, WE HAVE ST. LOUIS COUNTY, MISSOURI, ON APRIL 11, 2012.