EXHIBIT DD

```
FERGUSON R-2 SCHOOL DISTRICT                GENERAL MUNICIPAL ELECTION             OFFICIAL FINAL RESULTS
                                            ST. LOUIS COUNTY, MISSOURI
RUN DATE:04/15/13 01:47 PM                  TUESDAY, APRIL 2, 2013

                                              TOTAL   PERCENT                                          TOTAL   PERCENT
    01 = REGISTERED VOTERS - TOTAL            47,115                03 = VOTER TURNOUT - TOTAL                  10.54
    02 = BALLOTS CAST - TOTAL                  4,968
                                            - - - - - - - -
                                             01    02    03
                                            - - - - - - - -
  0110 AP10,36                              1305 .  82  6.28
  0127 AP27,54 NRW2                         1400 .  61  4.36
  0138 AP38 NRW3,4                          1916 . 141  7.36
  0703 FER3,15                               434 .  42  9.68
  0705 FER5                                 1165 . 214 18.37
  0709 FER9,10                               575 . 173 30.09
  0712 FER12 NRW9                            479 .  37  7.72
  0713 FER13,23                              846 . 128 15.13
  0716 FER16,48                              384 .  28  7.29
  0720 FER20                                 212 .  50 23.58
  0721 FER21 NRW1                            447 .  12  2.68
  0724 FER24                                 952 .  61  6.41
  0731 FER31 NRW25                           772 .  75  9.72
  0732 FER32,40                              752 . 189 25.13
  0733 FER33,36                              788 . 169 21.45
  0734 FER34,35                             1793 . 211 11.77
  0738 FER38,47                              646 . 119 18.42
  0745 FER45                                 284 .  16  5.63
  0746 FER46 FLOR43 SPL12,20,26             2286 . 266 11.64
  0750 FER50 FLO4                           1958 . 179  9.14
  0803 FLO3,44                              1525 . 188 12.33
  0805 FLO5,15,25,45                        1537 . 151  9.82
  0806 FLO6,13                              1504 .  80  5.32
  0807 FLO7,22,29,34                        1687 . 170 10.08
  0808 FLO8,37                              1373 . 140 10.20
  0811 FLO11,12                              955 . 135 14.14
  0814 FLO14,28,46                          1586 . 193 12.17
  0816 FLO16,26,33,41                       1615 . 128  7.93
  0817 FLO17                                1459 . 157 10.76
  0818 FLO18,23                             1432 . 137  9.57
  0819 FLO19,24                             1761 . 150  8.52
  0820 FLO20,31,32,39                       1151 . 138 11.99
  0830 FLO30                                 857 .  52  6.07
  1904 NOR4                                  426 .  68 15.96
  1910 NOR10                                 430 .  40  9.30
  1912 NOR12                                 734 . 123 16.76
  1913 NOR13                                 149 .  37 24.83
  2005 NRW5,6                               1379 .  55  3.99
  2007 NRW7,17                              1689 . 181 10.72
  2008 NRW8                                  120 .  20 16.67
  2015 NRW15                                  87 .  12 13.79
  2019 NRW19,20                             1410 . 156 11.06
  2021 NRW21,24                             1491 .  89  5.97
  2029 NRW29                                 114 . . 9  7.89
  2105 NW5                                     3 . . 0 . .00
  2516 SPL16                                 893 .  79  8.85
  2518 SPL18                                 354 .  27  7.63
=====================================================================================================================
                                                       VOTES   PERCENT                                 VOTES   PERCENT
DIRECTOR FERGUSON REORGANIZED R-2 SCHOOL DISTRICT
   (Vote for ) 2
    01 = CHARLES (CHUCK)  HENSON                       2,109    27.21
    02 = LESLIE SUZANNE HOGSHEAD                       2,475    31.93    04 = LARRY   THOMAS            875    11.29
    03 = KEITH A. BROWN                                2,234    28.82    05 = INVALID WRITE-IN           59     .76
                                            ------------------------------
                                             01    02    03    04    05
                                            ------------------------------
  0110 AP10,36                               34    36    20    15    3
  0127 AP27,54 NRW2                          44    21     9     8    0
  0138 AP38 NRW3,4                           82    50    47    30    1
  0703 FER3,15                               19    19    19     9    0
  0705 FER5                                 120   115    85    31    1
  0709 FER9,10                               63    73    57    37    2
  0712 FER12 NRW9                            16    18    16     4    1
  0713 FER13,23                              58    78    54    19    1
  0716 FER16,48                               9    17    11     7    0
  0720 FER20                                 26    23    26     5    2
  0721 FER21 NRW1                             5     5     3     5    0
  0724 FER24                                 22    36    21    13    0
  0731 FER31 NRW25                           29    36    46    14    1
  0732 FER32,40                              90    96   105    20    1
  0733 FER33,36                              82    80    76    28    0
  0734 FER34,35                              75    92    89    42    1
  0738 FER38,47                              47    65    55    21    0
  0745 FER45                                  9     5     5     3    0
  0746 FER46 FLOR43 SPL12,20,26             134   129   136    36    1
  0750 FER50 FLO4                            74    89    89    40    4
  0803 FLO3,44                               76   112   105    32    2
  0805 FLO5,15,25,45                         60    71    70    28    2
  0806 FLO6,13                               24    39    40    19    3
  0807 FLO7,22,29,34                         76    96    80    31    2
  0808 FLO8,37                               41    83    65    25    0
  0811 FLO11,12                              41    76    77    19    1
  0814 FLO14,28,46                           65   115   105    40    4
  0816 FLO16,26,33,41                        31    79    70    28    0
  0817 FLO17                                 75    69    72    24    1
```

```
0818 FLO18,23           58    70    75    19     0
0819 FLO19,24           52    89    78    37     2
0820 FLO20,31,32,39     32    86    70    28     5
0830 FLO30              16    29    20     7     2
1904 NOR4               43    21    20     7     2
1910 NOR10              25    21     9     4     2
1912 NOR12              49    49    46    22     1
1913 NOR13              13    18    16     6     0
2005 NRW5,6             32    23    14     6     0
2007 NRW7,17            96    81    64    29     6
2008 NRW8               12     2     4     2     0
2015 NRW15              10     1     1     1     1
2019 NRW19,20           54    80    74    27     2
2021 NRW21,24           48    25    39    17     2
2029 NRW29               4     4     4     1     0
2105 NW5                 0     0     0     0     0
2516 SPL16              27    39    34    20     0
2518 SPL18              11    14    13     9     0
=================================================================================================
```

WE, THE BOARD OF ELECTION COMMISSIONERS OF ST. LOUIS COUNTY, MISSOURI, ACTING AS THE VERIFICATION BOARD PURSUANT TO 115.507,R.S.Mo 1978, HEREBY CERTIFY TH
CAST FOR THE CANDIDATES AND ISSUES AT THE GENERAL MUNICIPAL ELECTION HELD IN ST. LOUIS COUNTY, MISSOURI, ON APRIL 2, 2013.  IN TESTIMONY WHEREOF, WE HAVE
 ST. LOUIS COUNTY, MISSOURI, ON APRIL 16, 2013.

*[signature]*
RICHARD H. KELLETT, CHAIRMAN

*[signature]*
ANN PLUEMER, COMMISSIONER