EXHIBIT EE

```
FERGUSON R2 SCHOOL DISTRICT                  GENERAL MUNICIPAL ELECTION              OFFICIAL FINAL RESULTS
                                             ST. LOUIS COUNTY, MISSOURI
 RUN DATE:04/18/14 12:12 PM                  TUESDAY, APRIL 8, 2014
                                                                       WITH 48 OF 48 PRECINCTS REPORTING
                                                TOTAL  PERCENT                                          TOTAL  PERCENT
     01 = REGISTERED VOTERS - TOTAL             42,428          03 = VOTER TURNOUT - TOTAL                       14.63
     02 = BALLOTS CAST - TOTAL                   6,206
                                            - - - - - - - - -
                                             01    02   03
                                            - - - - - - - - -
 0103 AP3                                    412 .  78 18.93
 0110 AP10                                  1038 . 148 14.26
 0127 AP27 NRW2,29                           879 . 101 11.49
 0136 AP36                                    87 . .  2  2.30
 0138 AP38 NRW4                             1321 . 319 24.15
 0703 FER3,15                                395 .  44 11.14
 0705 FER5 NRW1                             1222 . 208 17.02
 0709 FER9                                   559 . 160 28.62
 0712 FER12,20,31,32 NRW25                  1970 . 322 16.35
 0713 FER13                                  779 .  84 10.78
 0716 FER16                                  336 .  25  7.44
 0721 FER21,34,35                           1818 . 186 10.23
 0723 FER23                                  401 .  55 13.72
 0724 FER24                                  848 .  48  5.66
 0729 FER29 FLO10 SPL12,20,26               2110 . 354 16.78
 0733 FER33,38                              1340 . 277 20.67
 0736 FER36                                  239 .  23  9.62
 0802 FLO2                                   398 .  65 16.33
 0803 FLO3                                  1431 . 260 18.17
 0804 FLO4                                  1381 . 205 14.84
 0805 FLO5                                   998 . 157 15.73
 0806 FLO6,13                               1316 . 112  8.51
 0807 FLO7,29                               1148 . 131 11.41
 0808 FLO8                                  1240 . 124 10.00
 0811 FLO11                                  526 .  78 14.83
 0812 FLO12                                  365 . 140 38.36
 0814 FLO14                                 1438 . 375 26.08
 0816 FLO16                                 1428 . 235 16.46
 0817 FLO17                                 1227 . 149 12.14
 0818 FLO18,23                              1348 . 191 14.17
 0819 FLO19,24                              1673 . 236 14.11
 0820 FLO20,31                              1085 . 138 12.72
 0822 FLO22                                  430 .  87 20.23
 0830 FLO30                                  697 .  41  5.88
 1904 NOR4,10                                787 .  87 11.05
 1912 NOR12                                  666 .  62  9.31
 1913 NOR13                                  136 .  16 11.76
 2003 NRW3                                   381 . 112 29.40
 2005 NRW5                                  1098 . 154 14.03
 2006 NRW6                                   167 .  36 21.56
 2007 NRW7,17                               1509 . 189 12.52
 2008 NRW8,15                                137 .  15 10.95
 2009 NRW9                                    18 . .  4 22.22
 2019 NRW19                                 1310 . 121  9.24
 2021 NRW21                                 1238 .  89  7.19
 2105 NW5                                      3 . .  0  .00
 2516 SPL16                                  766 . 115 15.01
 2518 SPL18                                  329 .  48 14.59
=====================================================================================================================
                                                              WITH 48 OF 48  REPORTING
                                              VOTES  PERCENT                                          VOTES  PERCENT
 DIRECTOR FERGUSON REORGANIZED R-2 SCHOOL DISTRICT
   (Vote for )  3
     01 = ROB CHABOT                         2,898   17.98
     02 = PAUL T. MORRIS                     2,516   15.61    06 = DONNA PAULETTE-THURMAN           2,733   16.96
     03 = LaWANDA WALLACE                      590    3.66    07 = JAMES A. SAVALA                 2,425   15.05
     04 = KIMBERLY A. BENZ                   2,231   13.84    08 = LARRY THOMAS                      568    3.52
     05 = F. WILLIS JOHNSON, JR.             2,118   13.14    09 = INVALID WRITE-IN                   38     .24
                                            ------------------------------------------------------
                                             01   02   03   04   05   06   07   08   09
                                            ------------------------------------------------------
 0103 AP3                                     8    8   17   10   46   45   41   11    0
 0110 AP10                                   33   36   20   45   38   77   50   19    0
 0127 AP27 NRW2,29                           16   13   17   16   45   57   53   16    0
 0136 AP36                                    0    0    1    0    2    1    2    0    0
 0138 AP38 NRW4                              33   29   54   40  186  204  183   41    0
 0703 FER3,15                                16   11    6   12   22   24   20    2    0
 0705 FER5 NRW1                              98   86    7   68   98  111  108   10    0
 0709 FER9                                   66   54   18   39   52   67   58   18    0
 0712 FER12,20,31,32 NRW25                  217  166   19  113  107  109   88   33    6
 0713 FER13                                  57   47    3   38   21   28   22    6    0
 0716 FER16                                   9    9    5    9    8   12   13    0    0
 0721 FER21,34,35                            81   65   17   51   79  105   79    9    0
 0723 FER23                                  33   30    5   27    9   22   23    7    0
 0724 FER24                                  27   27    9   16    5   17    9    8    1
 0729 FER29 FLO10 SPL12,20,26               118  108   24  110  169  211  205   30    0
 0733 FER33,38                              173  134   20  114   96  114   99   18    2
```

```
 0736 FER36                  8     5     6     5     9    16     9     3     0
 0802 FLO2                  38    31     3    27    16    25    29     8     0
 0803 FLO3                 142   113    12    99   102   136   120    14     2
 0804 FLO4                 105   104    15    98    64    81    74    30     2
 0805 FLO5                  96    84     7    81    42    57    51     7     1
 0806 FLO6,13               64    63     8    47    29    48    36    12     0
 0807 FLO7,29               86    83    13    82    15    38    27    14     1
 0808 FLO8                  85    79    10    63    17    29    33    10     1
 0811 FLO11                 57    52     3    35    13    12    20     4     2
 0812 FLO12                 96    82    12    59     4    24    26    14     0
 0814 FLO14                237   199    25   206    57    90    94    39     4
 0816 FLO16                135   118    17   109    31    65    51    20     2
 0817 FLO17                 71    67    12    51    55    70    71    10     1
 0818 FLO18,23             112    93     8   101    55    78    68    15     0
 0819 FLO19,24             109   102    14    66   107   126   123    17     1
 0820 FLO20,31             115   100     6    90     8    26    14    11     5
 0822 FLO22                 62    51     8    45     5    20    19    11     0
 0830 FLO30                 16    18     8    19     7    15    11     5     0
 1904 NOR4,10                7     9     9    13    58    71    59     3     1
 1912 NOR12                 17    16    14    16    24    26    29     4     0
 1913 NOR13                  4     2     6     2     7     5     4     2     0
 2003 NRW3                  10    10    19    12    66    69    62    10     0
 2005 NRW5                  17    15    36    15    74    96    76    16     0
 2006 NRW6                   2     2    10     1    17    22    18     6     0
 2007 NRW7,17               49    40    24    41   104   108    96    19     1
 2008 NRW8,15                1     0     2     2     9     7     9     4     1
 2009 NRW9                   4     2     0     0     0     2     2     0     0
 2019 NRW19                 61    51     8    45    50    58    48     4     2
 2021 NRW21                 27    19    17    20    48    46    41     7     0
 2105 NW5                    0     0     0     0     0     0     0     0     0
 2516 SPL16                 51    55    10    44    31    50    36    15     2
 2518 SPL18                 29    28     6    29    11    13    16     6     0
===========================================================================================
```

WE, THE BOARD OF ELECTION COMMISSIONERS OF ST. LOUIS COUNTY, MISSOURI, ACTING AS THE VERIFICATION BOARD PURSUANT
TO 115.507,R.S.Mo 1978, HEREBY CERTIFY THE FOREGOING TO BE A TRUE AND CORRECT ABSTRACT OF VOTES CAST FOR THE CANDIDATES AND
ISSUES AT THE GENERAL MUNICIPAL ELECTION HELD IN ST. LOUIS COUNTY, MISSOURI, ON APRIL 8, 2014.  IN TESTIMONY WHEREOF, WE HAVE
HEREUNTO SET OUR HAND AT OUR OFFICE IN MAPLEWOOD, ST. LOUIS COUNTY, MISSOURI, ON APRIL 18, 2014.


RICHARD H. KELLETT, CHAIRMAN


JOHN W. MAUPIN, SECRETARY


ANN PLUEMER, COMMISSIONER


JOHN P. KING, COMMISSIONER

