EXHIBIT FF

```
FERGUSON REORGANIZED R-2 SCH                   GENERAL MUNICIPAL ELECTION              OFFICIAL FINAL RESULTS
                                               ST. LOUIS COUNTY, MISSOURI
RUN DATE:04/16/15 02:56 PM                     TUESDAY, APRIL 7, 2015
                                                                  WITH 54 OF 54 PRECINCTS REPORTING
                                             TOTAL   PERCENT                                            TOTAL   PERCENT
    01 = REGISTERED VOTERS - TOTAL           44,135            03 = VOTER TURNOUT - TOTAL                        23.21
    02 = BALLOTS CAST - TOTAL                10,243
                                   - - - - - - - - -
                                    01    02    03
                                   - - - - - - - - -
 0103 AP3,27 NRW2,29               1346 .  120  8.92
 0110 AP10,36                      1139 .   93  8.17
 0138 AP38 NRW3,4                  1776 .  206 11.60
 0703 FER3                          149 .   22 14.77
 0705 FER5                         1086 .  471 43.37
 0709 FER9                          556 .  172 30.94
 0712 FER12,20                      629 .  212 33.70
 0713 FER13                         393 .  131 33.33
 0715 FER15                         281 .   66 23.49
 0716 FER16                         359 .   50 13.93
 0721 FER21                         222 .   47 21.17
 0723 FER23                         412 .   83 20.15
 0724 FER24                         893 .   86  9.63
 0729 FER29 FLO10 SPL12             679 .  159 23.42
 0731 FER31 NRW25                   689 .  210 30.48
 0732 FER32                         740 .  343 46.35
 0733 FER33                         755 .  345 45.70
 0734 FER34,35                     1684 .  466 27.67
 0736 FER36                         257 .   30 11.67
 0738 FER38                         625 .  243 38.88
 0744 FER44                         385 .   69 17.92
 0802 FLO2                          392 .  119 30.36
 0803 FLO3                         1473 .  416 28.24
 0804 FLO4                         1400 .  309 22.07
 0805 FLO5                         1062 .  247 23.26
 0806 FLO6,13                      1391 .  236 16.97
 0807 FLO7,29                      1176 .  273 23.21
 0808 FLO8                         1302 .  338 25.96
 0811 FLO11                         547 .  167 30.53
 0812 FLO12                         382 .  147 38.48
 0814 FLO14                        1531 .  433 28.28
 0816 FLO16                        1523 .  271 17.79
 0817 FLO17 SPL18                  1647 .  394 23.92
 0818 FLO18                         547 .   90 16.45
 0819 FLO19,24                     1715 .  264 15.39
 0820 FLO20,31                     1108 .  299 26.99
 0822 FLO22                         433 .  121 27.94
 0823 FLO23                         845 .  229 27.10
 0830 FLO30                         754 .  102 13.53
 1904 NOR4                          403 .   70 17.37
 1910 NOR10                         398 .   62 15.58
 1912 NOR12                         673 .  120 17.83
 1913 NOR13                         139 .   30 21.58
 2001 NRW1                          164 .   13  7.93
 2005 NRW5,6                       1310 .  103  7.86
 2007 NRW7,17                      1568 .  463 29.53
 2008 NRW8                          107 .   50 46.73
 2009 NRW9                           19 .  .  9 47.37
 2015 NRW15                          69 .   30 43.48
 2019 NRW19                        1357 .  358 26.38
 2021 NRW21                        1327 .  343 25.85
 2105 NW5                             3 .  . 0 . .00
 2516 SPL16                         823 .  115 13.97
 2520 SPL20,26                     1492 .  398 26.68
=================================================================================================================
                                                                  WITH 54 OF 54  REPORTING
                                               VOTES    PERCENT                                         VOTES   PERCENT
DIRECTOR FERGUSON REORGANIZED R-2 SCHOOL DISTRICT
  (Vote for )  2
   01 = BRIAN SCOTT EBERT                      4,697    30.03    04 = MICHAEL PERSON                    1,146    7.33
   02 = ROGER HINES                            2,728    17.44    05 = COURTNEY MICHELLE GRAVES          5,279   33.75
   03 = DONNA MARIE DAMERON                    1,711    10.94    06 = INVALID WRITE-IN                     82     .52
                                   ------------------------------------
                                    01    02    03    04    05    06
                                   ------------------------------------
 0103 AP3,27 NRW2,29                20    15    28    17    84     0
 0110 AP10,36                       37    13    13     7    61     2
 0138 AP38 NRW3,4                   33    44    27    18   161     2
 0703 FER3                           4     5     5     3    14     0
 0705 FER5                         189   147    66    62   267     6
 0709 FER9                          59    41    30    14    75     0
 0712 FER12,20                      95    44    38    26   110     0
 0713 FER13                         60    38    25    17    51     0
 0715 FER15                         24    15    12     5    41     2
 0716 FER16                         17     7    13     6    21     0
 0721 FER21                         16     5    15     5    23     0
 0723 FER23                         45    25    11     9    37     0
 0724 FER24                         34    10    17    21    37     1
 0729 FER29 FLO10 SPL12             55    43    20    22   119     0
 0731 FER31 NRW25                  104    61    45    27   102     4
 0732 FER32                        232   106    48    33   141     3
 0733 FER33                        174   124    35    40   156     4
 0734 FER34,35                     169   103    76    70   254     5
 0736 FER36                          6     9     4     4    23     2
 0738 FER38                        129    58    22    24   119     2
 0744 FER44                         30    22    13    12    35     0
 0802 FLO2                          68    22    16    12    63     0
```

```
0803 FLO3                    212   145    47    39   226    3
0804 FLO4                    160    77    47    38   166    2
0805 FLO5                    137    48    48    32   125    2
0806 FLO6,13                 123    39    42    32   109    3
0807 FLO7,29                 178    75    58    18   108    1
0808 FLO8                    179   119    94    38   112    0
0811 FLO11                   111    65    25     8    38    0
0812 FLO12                   101    39    15    19    35    3
0814 FLO14                   275   162    60    37   153    3
0816 FLO16                   158    60    69    31   112    1
0817 FLO17 SPL18             166    81    70    44   219    6
0818 FLO18                    49    22    13    16    44    0
0819 FLO19,24                111    91    32    33   171    1
0820 FLO20,31                194    89    39    26   101    6
0822 FLO22                    83    33    21     6    44    1
0823 FLO23                   149    57    21    21   100    0
0830 FLO30                    38    26    32     9    42    0
1904 NOR4                     14    25    15     4    52    0
1910 NOR10                    12    24     8     5    52    1
1912 NOR12                    30    16    27    12    79    0
1913 NOR13                     8     7     5     5    21    0
2001 NRW1                      2     0     5     3     5    0
2005 NRW5,6                   14    17    15    11    76    0
2007 NRW7,17                 147   123    61    62   287    1
2008 NRW8                      7     9    11     7    22    1
2009 NRW9                      4     0     1     2     6    0
2015 NRW15                     5     5     3     7    17    0
2019 NRW19                   150    98    67    42   218    6
2021 NRW21                    63    57   118    40   229    1
2105 NW5                       0     0     0     0     0    0
2516 SPL16                    46    44    26    16    61    0
2520 SPL20,26                171   118    37    29   255    7
==================================================================================================================
                                                          WITH 54 OF 54   REPORTING
                                              VOTES   PERCENT
FERGUSON REORGANIZED R-2 SCHOOL DISTRICT - PROPOSITION I
**BONDS - CAPITAL IMPROV (57.15% NEEDED)**
   (Vote for )  1
    01 = YES                                  7,285    73.30
    02 = NO                                   2,654    26.70
                              ------------
                                 01    02
                              ------------
0103 AP3,27 NRW2,29              75    40
0110 AP10,36                     69    24
0138 AP38 NRW3,4                148    52
0703 FER3                        19     2
0705 FER5                       344   105
0709 FER9                       110    46
0712 FER12,20                   137    68
0713 FER13                       87    41
0715 FER15                       45    20
0716 FER16                       27    20
0721 FER21                       31    12
0723 FER23                       61    21
0724 FER24                       66    20
0729 FER29 FLO10 SPL12          120    37
0731 FER31 NRW25                143    58
0732 FER32                      280    56
0733 FER33                      255    81
0734 FER34,35                   352    98
0736 FER36                       21     9
0738 FER38                      176    56
0744 FER44                       46    23
0802 FLO2                        91    24
0803 FLO3                       305    97
0804 FLO4                       231    72
0805 FLO5                       169    73
0806 FLO6,13                    172    57
0807 FLO7,29                    187    82
0808 FLO8                       214   120
0811 FLO11                       95    65
0812 FLO12                       89    48
0814 FLO14                      302   119
0816 FLO16                      190    74
0817 FLO17 SPL18                266   118
0818 FLO18                       72    17
0819 FLO19,24                   207    56
0820 FLO20,31                   191   101
0822 FLO22                       86    30
0823 FLO23                      157    69
0830 FLO30                       76    24
1904 NOR4                        56    12
1910 NOR10                       50    12
1912 NOR12                       83    31
1913 NOR13                       19     9
2001 NRW1                        10     3
2005 NRW5,6                      61    36
2007 NRW7,17                    346    98
2008 NRW8                        39     7
2009 NRW9                         7     2
2015 NRW15                       17     9
2019 NRW19                      267    84
2021 NRW21                      224   107
2105 NW5                          0     0
2516 SPL16                       90    24
2520 SPL20,26                   304    85
```

Case: 4:14-cv-02077-RWS Doc. #: 82-31 Filed: 09/30/15 Page: 4 of 4 PageID #: 1465

=================================================================================================================

WE, THE BOARD OF ELECTION COMMISSIONERS OF ST. LOUIS COUNTY, MISSOURI, ACTING AS THE VERIFICATION BOARD PURSUANT TO 115.507,R.S.Mo 1978, HEREBY CERTIFY TH
FOREGOING TO BE A TRUE AND CORRECT ABSTRACT OF VOTES CAST FOR THE CANDIDATES AND ISSUES AT GENERAL MUNICIPAL ELECTION HELD IN ST. LOUIS COUNTY, MISSOURI,
IN TESTIMONY WHEREOF, WE HAVE HEREUNTO SET OUR HAND AT OUR OFFICE IN MAPLEWOOD, ST. LOUIS COUNTY, MISSOURI, ON APRIL 17, 2015.

RICHARD H. KELLETT, CHAIRMAN    JOHN W. MAUPIN, SECRETARY    ANN PLUEMER, COMMISSIONER    JOHN P. KING, COMMISSIONER

