| | | |
|---|---|---|
| MISSOURI STATE CONFERENCE OF | ) | |
| THE NATIONAL ASSOCIATION FOR | ) | |
| THE ADVANCEMENT OF COLORED | ) | |
| PEOPLE, REDDITT HUDSON, | ) | |
| F. WILLIS JOHNSON and | ) | |
| DORIS BAILEY, | ) | |
| | ) | Civ. No. 4:14-cv-02077-RWS |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FERGUSON-FLORISSANT SCHOOL | ) | |
| DISTRICT and ST. LOUIS COUNTY | ) | |
| BOARD OF ELECTIONS | ) | |
| COMMISSIONERS, | ) | |
| Defendants. | ) | |

## DECLARATION OF SOPHIA LIN LAKIN

I am an attorney representing all Plaintiffs in the above-captioned lawsuit. I am over

eighteen years of age and have personal knowledge of the facts to which I attest in this

Declaration.

The below documents, attached to this Declaration, were produced to Plaintiffs by

Defendants in the course of discovery. I hereby attest to their authenticity.

1.     Attached hereto as Exhibit H1 to Plaintiffs' Statement of Uncontroverted Facts is

a true and correct copy of the Minutes of the November 13, 2013 FFSD Board Meeting.

2.     Attached hereto as Exhibit H2 to Plaintiffs' Statement of Uncontroverted Facts is

a set of hyperlinks to three videos produced by Defendants to Plaintiffs:

(A)     November 13, 2013 Board Meeting,

https://www.youtube.com/watch?v=zmWqO20tbsw;

(B)     April 3, 2014 Candidate Forum,

https://www.youtube.com/watch?v=ewuStFb5uBc; and

(C)     March 6, 2014 Candidate Forum,

https://www.youtube.com/watch?v=c6ZR_sNW66o.

3.      Attached hereto as Exhibit H3 to Plaintiffs' Statement of Uncontroverted Facts is a true and correct copy of Minutes of the Regular December 11, 2013 FFSD Board Meeting.

4.      Attached hereto as Exhibit H4 to Plaintiffs' Statement of Uncontroverted Facts is a true and correct copy of Minutes of the Closed December 11, 2013 FFSD Board Meeting.

5.      Attached hereto as Exhibit H5 to Plaintiffs' Statement of Uncontroverted Facts is a true and correct copy of Minutes of the March 12, 2014 FFSD Board Meeting.


Dated this 30th day of September, 2015.     Respectfully submitted,

/s/ Sophia Lin Lakin
SOPHIA LIN LAKIN*
ACLU Voting Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Phone: (212) 519-7836

*appearing pursuant to Local Rule 12.01(F)*

ATTORNEY FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I, Sophia Lin Lakin, hereby certify that on September 30, 2015, I filed the foregoing document using the e-filing system, thereby serving electronic copies via email to all named parties below:

Darold E. Crotzer, Jr.
Crotzer and Ormsby, LLC
130 S. Bemiston Avenue, Suite 602
Clayton, MO 63105
Phone: (314) 726-3040
dcrotzer@crotzerormsby.com

Cindy Reeds Ormsby
Angela Bullock Gabel
Crotzer and Ormsby, LLC
130 S. Bemiston Avenue, Suite 602
Clayton, MO 63105
Phone: (314) 726-3040
cormsby@crotzerormsby.com
agabel@crotzerormsby.com

John A. Safarli
Floyd, Pflueger & Ringer, P.S.
200 W. Thomas Street, Suite 500
Seattle, WA 98119
Phone: (206) 441-4455
jsafarli@floyd-ringer.com

Respectfully Submitted,

/s/ Sophia Lin Lakin
SOPHIA LIN LAKIN*
ACLU Voting Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Phone: (212) 519-7836

*appearing pursuant to Local Rule 12.01(F)*

ATTORNEY FOR PLAINTIFFS