**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| MISSOURI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, REDDITT HUDSON, F. WILLIS JOHNSON and DORIS BAILEY, | ) | |
| Plaintiffs, | ) | Civ. No. 4:14-cv-02077-RWS |
| v. | ) | |
| FERGUSON-FLORISSANT SCHOOL DISTRICT and ST. LOUIS COUNTY BOARD OF ELECTIONS COMMISSIONERS, | ) | |
| Defendants. | ) | |

**SECOND DECLARATION OF JULIE A. EBENSTEIN**

I am an attorney representing all Plaintiffs in the above-captioned lawsuit. I am over eighteen years of age and have personal knowledge the facts to which I hereby attest in this Declaration.

1. Attached hereto as Exhibit G21 is a true and correct copy of U.S. Census Bureau, *Comparing ACS Data*, *available at* https://www.census.gov/programs-surveys/acs/guidance/comparing-acs-data.html.

2. Attached hereto as Exhibit G22 is a true and correct copy of U.S. Census Bureau, *A Compass for Understanding and Using American Community Survey Data: What General Data Users Need to Know* (Oct. 2008), *available at* https://www.census.gov/content/dam/Census/library/publications/2008/acs/ACSGeneralHandbook.pdf.

3. Attached hereto as Exhibit G23 is a true and correct copy of U.S. Census Bureau, *Programs, Datasets and Tables in American FactFinder*, *available at* http://factfinder.census.gov/help/en/programs_datasets_tables.htm.

4. Attached hereto as Exhibit G24 is a true and correct copy of *FFSD Board Candidate Interviews*, St. Louis Post-Dispatch (Mar. 25, 2011), *available at* http://www.stltoday.com/article_377edc5f-2b81-5502-9234-08b1cd607cad.html.

5. Attached hereto as Exhibit G25 is a true and correct copy of American Community Survey Office, U.S. Census Bureau, *American Community Survey Multiyear Accuracy of the Data (3-year 2011-2013 and 5-year 2009-2013)*, Sept. 24, 2014, *available at* http://www2.census.gov/programs-surveys/acs/tech_docs/accuracy/MultiyearACSAccuracyofData2013.pdf.

Dated this 23rd day of October, 2015.

Respectfully submitted,

/s/ Julie A. Ebenstein
JULIE A. EBENSTEIN*
ACLU Voting Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Phone: (212) 549-2686

* *appearing pursuant to Local Rule 12.01(F)*

ATTORNEY FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I, Julie A. Ebenstein, hereby certify that on October 23, 2015, I filed the foregoing document using the e-filing system, thereby serving electronic copies via email to all named parties below:

Darold E. Crotzer, Jr.
Crotzer and Ormsby, LLC
130 S. Bemiston Avenue, Suite 602
Clayton, MO 63105
Phone: (314) 726-3040
dcrotzer@crotzerormsby.com

Cindy Reeds Ormsby
Angela Bullock Gabel
Crotzer and Ormsby, LLC
130 S. Bemiston Avenue, Suite 602
Clayton, MO 63105
Phone: (314) 726-3040
cormsby@crotzerormsby.com
agabel@crotzerormsby.com

John A. Safarli
Floyd, Pflueger & Ringer, P.S.
200 W. Thomas Street, Suite 500
Seattle, WA 98119
Phone: (206) 441-4455
jsafarli@floyd-ringer.com

Respectfully Submitted,

/s/ Julie A. Ebenstein
JULIE A. EBENSTEIN*
ACLU Voting Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Phone: (212) 549-2686

** appearing pursuant to Local Rule 12.01(F)*

ATTORNEY FOR PLAINTIFFS