## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF MISSOURI

MISSOURI STATE CONFERENCE OF )
THE NATIONAL ASSOCIATION FOR )
THE ADVANCEMENT OF COLORED )
PEOPLE, REDDITT HUDSON, )
F. WILLIS JOHNSON and )
DORIS BAILEY, )
                           )
             Plaintiffs, )
                           )
v. )    Civ. No. 4:14-cv-02077-RWS
                           )
FERGUSON-FLORISSANT SCHOOL )
DISTRICT and ST. LOUIS COUNTY )
BOARD OF ELECTIONS )
COMMISSIONERS, )
             Defendants. )

## PLAINTIFFS' MOTION FOR INTERIM RELIEF

Plaintiffs the Missouri State Conference of the National Association for the Advancement of Colored People, Redditt Hudson, F. Willis Johnson, and Doris Bailey (collectively, "Plaintiffs") respectfully move this Court to grant their motion for interim relief. For the reasons explained in Plaintiffs' memorandum in support, should this Court find that the at-large method for electing Ferguson-Florissant School Board members violates Section 2 of the Voting Rights Act of 1965, 52 U.S.C. § 10301, interim relief in the form of a short delay of the upcoming election scheduled for April 5, 2016 until the next practicable date on which elections are currently scheduled to take place (either the August 2, 2016 statewide primary or the November 8, 2016 general election) to provide an opportunity to craft and implement a permanent remedy is appropriate because the irreparable harm to members of the FFSD community of holding an election under an unlawful election scheme outweighs any potential inconvenience to Defendants.

WHEREFORE, Plaintiffs request this Court grant Plaintiffs' request for interim relief.

Respectfully submitted,

/s/ Anthony E. Rothert
ANTHONY E. ROTHERT, #44827MO
JESSIE STEFFAN, #64861MO
ACLU of Missouri Foundation
454 Whittier Street
St. Louis, MO 63108
Phone: (314) 652-3114

JULIE A. EBENSTEIN*
DALE E. HO*
SOPHIA LIN LAKIN*
ACLU Voting Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Phone: (212) 549-2693

M. LAUGHLIN McDONALD*
ACLU Voting Rights Project
2700 International Tower
229 Peachtree Street, N.E.
Atlanta, GA 30303
Phone: (404) 500-1235

*appearing pursuant to Local Rule 12.01(F)*

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I, Anthony E. Rothert, hereby certify that on December 2, 2015, I filed the foregoing

document using the e-filing system, thereby serving electronic copies via email to all named

parties below:

Darold E. Crotzer, Jr.
Crotzer and Ormsby, LLC
130 S. Bemiston Avenue, Suite 602
Clayton, MO 63105
Phone: (314) 726-3040
dcrotzer@crotzerormsby.com

Cindy Reeds Ormsby
Angela Bullock Gabel
Crotzer and Ormsby, LLC
130 S. Bemiston Avenue, Suite 602
Clayton, MO 63105
Phone: (314) 726-3040
cormsby@crotzerormsby.com
agabel@crotzerormsby.com

John A. Safarli
Floyd, Pflueger & Ringer, P.S.
200 W. Thomas Street, Suite 500
Seattle, WA 98119
Phone: (206) 441-4455
jsafarli@floyd-ringer.com


/s/ Anthony E. Rothert