UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MISSOURI STATE CONFERENCE OF )<br>THE NATIONAL ASSOCIATION FOR THE )<br>ADVANCEMENT OF COLORED PEOPLE, )<br>REDDITT HUDSON, F. WILLIS JOHNSON )<br>and DORIS BAILEY, )<br>) <br>      Plaintiffs, )<br>v. )<br>)<br>FERGUSON-FLORISSANT SCHOOL )<br>DISTRICT and ST. LOUIS COUNTY BOARD )<br>OF ELECTION COMMISSIONERS, )<br>)<br>      Defendants. ) | Civ. No. 14-2077 |

**DEFENDANT ST. LOUIS COUNTY BOARD OF ELECTION COMMISIONERS'
SUGGESTIONS IN RESPONSE TO PLAINTIFFS' MOTION FOR INTERIM RELIEF**

This Defendant (hereafter the "Election Board") does not support or oppose Plaintiffs' Request but wishes to inform the Court of the timing and practical effects when determining such relief, either on an interim basis or as a final order.

1. If Plaintiffs' Motion is granted and the election scheduled for April 5, 2016 is cancelled, the Election Board requests that the Order require the cancellation to take place on or before January 16, 2016.

2. School Districts are required to certify (notify) the Election Board by that date of the fact they will have an election and identify the candidates. (Section 115.125 RSMo).

3. The logistics of holding an election in August would be difficult. In the event the Court orders single member districts, a map showing the exact of each such district (streets, and precincts) would need to be created and programmed before

1

February 23, 2016. That is the prescribed statutory date for candidate filing pursuant to Section 115.127 RSMo.

4. Preparation for a November 8, 2016 election date would be feasible if a new district map is available by July 5, 2016.

5. The Election Board will attempt to follow any schedule established by the Court, but practical issues may make preparation for certain election dates impossible.

For the reasons above the Election Board requests the Court consider these statutory and practical guidelines before issuing any order regarding cancellation or changing the date of the April 5, 2016 election.

Respectfully submitted,

CROTZER & ORMSBY, LLC

*/s/ Darold E. Crotzer, Jr.*
Darold E. Crotzer, Jr., #19434MO
130 S. Bemiston Ave., Suite 602
Clayton, MO 63105
314.726.3040 / 314.726.5120 (fax)

*Attorney for Defendant St. Louis County Board of Election Commissioners*

## **CERTIFICATE OF SERVICE**

On December 10, 2015, a copy of the foregoing was electronically filed with the Clerk of the Court using the e-filing system, an electronic copy therefore being served on Anthony E. Rothert, Grant R. Doty, Andrew J. McNulty, Gillian R. Wilcox, Dale E. Ho, Julie A. Ebenstein, and M. Laughlin McDonald, Attorneys for Plaintiffs.

*/s/ Darold E. Crotzer, Jr.*