```
FERGUSON REORGANIZED SCH DIST                    GENERAL MUNICIPAL ELECTION           OFFICIAL FINAL RESULTS
                                                 ST. LOUIS COUNTY, MISSOURI
RUN DATE:04/18/16  10:29 AM                      TUESDAY, APRIL 5, 2016

                                                       TOTAL   PERCENT                                              TOTAL  PERCENT
 01 = REGISTERED VOTERS - TOTAL                        41,980                03 = VOTER TURNOUT - TOTAL                     22.99
 02 = BALLOTS CAST - TOTAL                              9,650

                                       01      02       03
                                       --      --       --
0103 AP3                              404      89    22.03
0110 AP10                            1013     201    19.84
0127 AP27 NRW2,29                     890     210    23.60
0136 AP36                              66       4     6.06
0138 AP38 NRW3,4                     1636     422    25.79
0703 FER3,15                          418      89    21.29
0705 FER5                            1049     397    37.85
0709 FER9                             526     150    28.52
0712 FER12,20                         589     168    28.52
0713 FER13                            391      76    19.44
0716 FER16                            339      56    16.52
0721 FER21                            208      34    16.35
0723 FER23 FLO4                      1750     388    22.17
0724 FER24                            850      92    10.82
0729 FER29 FLO10 SPL12                678     172    25.37
0731 FER31 NRW25                      666     149    22.37
0732 FER32                            698     309    44.27
0733 FER33                            739     329    44.52
0734 FER34,35                        1605     319    19.88
0736 FER36                            233      34    14.59
0738 FER38                            591     204    34.52
0744 FER44                            389      58    14.91
0802 FLO2,5                          1401     336    23.98
0803 FLO3                            1487     377    25.35
0806 FLO6,13                         1289     233    18.08
0807 FLO7,22,29                      1477     350    23.70
0808 FLO8                            1255     258    20.56
0811 FLO11,12                         891     254    28.51
0814 FLO14                           1484     404    27.22
0816 FLO16                           1437     314    21.85
0817 FLO17                           1217     267    21.94
0818 FLO18                            513      98    19.10
0819 FLO19,24                        1671     260    15.56
0820 FLO20,31                        1001     264    26.37
0823 FLO23                            820     188    22.93
0830 FLO30                            729      87    11.93
1904 NOR4,10                          776     153    19.72
1912 NOR12                            627      96    15.31
1913 NOR13                            130      23    17.69
2001 NRW1                             127       6     4.72
2005 NRW5                            1052     253    24.05
2006 NRW6                             168      34    20.24
2007 NRW7,17                         1529     351    22.96
2008 NRW8                              94       6     6.38
2009 NRW9                              19       3    15.79
2015 NRW15                             60       6    10.00
2019 NRW19                           1222     316    25.86
2021 NRW21                           1245     218    17.51
2105 NW5                                3       1    33.33
2516 SPL16                            760     134    17.63
2518 SPL18                            332      61    18.37
2520 SPL20,26                        1436     349    24.30
========================================================================================================================

DIRECTOR FERGUSON REORGANIZED R-2 SCHOOL DISTRICT           VOTES   PERCENT                                    VOTES  PERCENT
 (Vote for ) 2
 01 = LESLIE SUZANNE HOGSHEAD                               3,513    28.07     04 = DONNA M. DAMERON           1,357   10.84
 02 = CONNIE HARGE                                          4,572    36.53     05 = INVALID WRITE-IN             167    1.33
 03 = ROGER HINES                                           2,907    23.23

                                       01      02       03       04       05
                                       --      --       --       --       --
0103 AP3                               14      61       10       14        2
```

Exhibit A

```
0110 AP10                    33   115    40    41     5
0127 AP27 NRW2,29            42   123    26    26     0
0136 AP36                     0     3     0     0     0
0138 AP38 NRW3,4            109   256    62    31     4
0703 FER3,15                 31    43    25    16     4
0705 FER5                   160   218   128    33    12
0709 FER9                    54    64    42    16     2
0712 FER12,20                59    72    57    26     2
0713 FER13                   34    26    18    15     7
0716 FER16                   14    20    12    16     0
0721 FER21                   13    19     7     5     1
0723 FER23 FLO4             129   188   135    73     2
0724 FER24                   40    30    24    22     4
0729 FER29 FLO10 SPL12       36   124    68    14     2
0731 FER31 NRW25             73    58    40    21     7
0732 FER32                  179   124    91    32     3
0733 FER33                  173   137    90    29     6
0734 FER34,35               112   185    66    25     5
0736 FER36                   10    19     9     5     1
0738 FER38                  104    91    54    20     4
0744 FER44                   29    21    22     9     2
0802 FLO2,5                 143   161   104    55     6
0803 FLO3                   151   191   123    52     6
0806 FLO6,13                 99    99    73    33     0
0807 FLO7,22,29             175   122   103    49    10
0808 FLO8                   103    69   140    47     0
0811 FLO11,12               109    68    92    26    14
0814 FLO14                  197   131   176    72    10
0816 FLO16                   94   149    97    51     1
0817 FLO17                   97   150    93    57     4
0818 FLO18                   31    47    34    17     1
0819 FLO19,24                74   155    89    35     5
0820 FLO20,31               110    94    95    40     6
0823 FLO23                   82    71    53    22     0
0830 FLO30                   20    32    35    20     0
1904 NOR4,10                 23    78    45    33     1
1912 NOR12                   24    46    30    20     1
1913 NOR13                    8    10     4     4     0
2001 NRW1                     2     2     0     2     0
2005 NRW5                    40   128    39    48     1
2006 NRW6                     5    17     7     6     0
2007 NRW7,17                133   157   122    32     7
2008 NRW8                     0     4     0     1     0
2009 NRW9                     2     1     1     0     0
2015 NRW15                    0     3     0     0     1
2019 NRW19                  148   132    95    46     8
2021 NRW21                   40   111    44    42     7
2105 NW5                      1     0     0     0     0
2516 SPL16                   43    68    45    19     2
2518 SPL18                   28    37    23     5     0
2520 SPL20,26                83   242   119    34     3
```

WE, THE BOARD OF ELECTION COMMISSIONERS OF ST. LOUIS COUNTY, MISSOURI, ACTING AS THE VERIFICATION BOARD PURSUANT TO SECTION 115.507,RSMo, HEREBY CERTIFY THE FOREGOING TO BE A TRUE AND CORRECT ABSTRACT OF VOTES CAST FOR THE CANDIDATES AND ISSUES AT THE GENERAL MUNICIPAL ELECTION HELD IN ST. LOUIS COUNTY, MISSOURI, ON APRIL 5, 2016. IN TESTIMONY WHEREOF, WE HAVE HEREUNTO SET OUR HAND AT OUR OFFICE IN MAPLEWOOD, ST. LOUIS COUNTY, MISSOURI, ON APRIL 19, 2016.

RICHARD H. KELLETT, CHAIRMAN    JOHN W. MAUPIN, SECRETARY    TRUDI MCCOLLUM FOUSHEE, COMMISSIONER    JOHN P. KING, COMMISSIONER

