UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MISSOURI STATE CONFERENCE OF )
THE NATIONAL ASSOCIATION FOR )
THE ADVANCEMENT OF COLORED )
PEOPLE, et al.,, )
                       )
        Plaintiffs, )
                       )
      vs. )        Case No. 4:14 CV 2077 RWS
                       )
FERGUSON-FLORISSANT SCHOOL )
DISTRICT, et al., )
                       )
        Defendants. )

## ORDER

In accordance with and for the reasons stated on the record during today's status conference, including Defendant Ferguson-Florissant School District's stated preference that Plaintiffs, rather than Defendants, submit remedial proposals for the Court's consideration,[1]

**IT IS HEREBY ORDERED** that Plaintiffs shall file remedial proposals consistent with the Court's Memorandum Opinion and Order of August 22, 2016 **no later than Wednesday, September 28, 2016.** Defendants shall file any response to Plaintiffs' remedial proposals **no later than Friday, October 14, 2016**.


                                                  _____
                                                  RODNEY W. SIPPEL
                                                  UNITED STATES DISTRICT JUDGE

Dated this 26th day of August, 2016.

---

[1] Neither Plaintiffs nor Defendant St. Louis County Board of Election Commissioners objected to this briefing structure.