**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| MISSOURI STATE CONFERENCE OF THE, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> FERGUSON-FLORISSANT SCHOOL DISTRICT, et al., <br><br> Defendants. | Case No. 4:14 CV 2077 RWS |

# DEFENDANT FERGUSON-FLORISSANT SCHOOL DISTRICT'S MOTION TO AMEND OR ALTER JUDGMENT UNDER RULES 54(b) and/or 59(e)

COMES NOW Defendant Ferguson-Florissant School District ("FFSD"), pursuant to Rules 54(b) and/or 59(e) of Federal Civil Procedure, and moves this Court to alter or amend its Order dated August 8, 2016, pursuant to Rule 28 U.S.C. §1292(b), that the Court's opinion and order involve a controlling questions of law as to which there is substantial ground for difference of opinion and that an immediate appeal from the judgment order may materially advance the ultimate termination of this litigation. Absent such language, the August 8, 2016 Order is not otherwise appealable.

1

Respectfully submitted,

CROTZER & ORMSBY, LLC

　　　/s/ *Cindy Reeds Ormsby*
Cindy Reeds Ormsby, ED#50986MO
Angela B. Gabel, ED#58227MO
130 S. Bemiston, Suite 602
Clayton, MO  63105
314.726.3040/314.726.5120 (fax)

John A. Safarli, *pro hac vice*
200 W. Thomas St., Suite 500
Seattle, WA  98119
206.441.4455/206.441.8484 (fax)

*Attorneys for Defendant Ferguson-Florissant School District*

## CERTIFICATE OF SERVICE

On September 1, 2016, a copy of the foregoing was electronically filed using the e-filing system, thereby serving electronic copies via email to all named parties.

　　　*/s/ Cindy Reeds Ormsby*