# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MISSOURI STATE CONFERENCE OF THE, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 4:14 CV 2077 RWS ) |
| FERGUSON-FLORISSANT SCHOOL DISTRICT, et al., | ) ) ) ) |
| Defendants. | ) |

## DEFENDANT FERGUSON-FLORISSANT SCHOOL DISTRICT NOTICE OF INTERLOCUTORY APPEAL

Notice is hereby given that Defendant Ferguson-Florissant School District, appeals to the United States Court of Appeals for the Eighth Circuit from the Memorandum Opinion and Order entered in this action on the 22nd day of August, 2016.

Respectfully submitted,

CROTZER & ORMSBY, LLC

    /s/ Cindy Reeds Ormsby
Cindy Reeds Ormsby, ED#50986MO
Angela B. Gabel, ED#58227MO
130 S. Bemiston, Suite 602
Clayton, MO  63105
314.726.3040/314.726.5120 (fax)

John A. Safarli, *pro hac vice*
200 W. Thomas St., Suite 500
Seattle, WA 98119
206.441.4455/206.441.8484 (fax)

*Attorneys for Defendant Ferguson-Florissant School District*

## **CERTIFICATE OF SERVICE**

On September 1, 2016, a copy of the foregoing was electronically filed using the e-filing system, thereby serving electronic copies via email to all named parties.

　　　　　　　　　　　　　　　　　*/s/ Cindy Reeds Ormsby*