# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 16-8015

Missouri State Conference of the National Association for the Advancement of Colored People, et al.

Respondents

v.

Ferguson-Florissant School District

Petitioner

St. Louis County Board of Election Commissioners

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:14-cv-02077-RWS)

_____

**ORDER**

Motion filed by Petitioner Ferguson-Florissant School District for leave to exceed page limitation on 1292 (b) petition is granted.

September 08, 2016

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans