# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 16-8015

Missouri State Conference of the National Association for the Advancement of Colored People, et al.

Respondents

v.

Ferguson-Florissant School District

Petitioner

St. Louis County Board of Election Commissioners

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:14-cv-02077-RWS)

_____

**ORDER**

Petitioner's motion to hold case in abeyance is granted pending the filing of a decision in 4:14cv2077-RWS from Eastern District of Missouri permitting the district court to rule on the District's motion to certify the case for interlocutory appeal. Petitioner is directed to advise the court of the status in 10 days.

September 09, 2016

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
           /s/ Michael E. Gans