# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| Missouri State Conference of the National Association for the Advancement of Colored People, et al. | ) ) ) |
| | ) |
| Plaintiffs – Respondents | ) |
| | ) |
| v. | ) |
| | ) |
| Ferguson-Florissant School District; | ) |
| | ) |
| Petitioner – Defendant | ) |
| | ) |
| St. Louis County Board of Election Commissioners | ) ) |
| | ) |
| Defendant. | ) |

**Petitioner/Defendant Ferguson-Florissant School District's Notice of Status of 28 U.S.C. §1292(b) Motion for Interlocutory Appeal**

Petitioner/Defendant Ferguson-Florissant School District ("FFSD") hereby files the instant status report as Ordered by this Court on September 9, 2016.

FFSD filed its Motion for Interlocutory Appeal pursuant to 28 U.S.C. §1292(b) with this Court and with the United States District Court, Eastern District of Missouri, Eastern Division on September 1, 2016. Plaintiffs-Respondents filed their Memorandum in Opposition on September 12, 2016. The Eastern District has not ruled on the Motion to date.

Respectfully submitted,

CROTZER & ORMSBY, LLC

s/ Angela Bullock Gabel
Cindy Reeds Ormsby, #50986
Angela Gabel, #58227
130 S. Bemiston, Ste. 602
Clayton, MO 63105
(314) 726-3040
(314) 726-5120 (fax)
cormsby@crotzerormsby.com
agabel@crotzerormsby.com

*Attorneys for Petitioner-Defendant*
*Ferguson-Florissant School District*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is a person of such age and discretion as to be competent to serve papers. It is further certified that on September 19, 2016, the undersigned electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to the following CM/ECF participant(s):

Anthony E. Rothert
Andrew J. McNulty
Jessie M. Steffan
ACLU of Missouri Foundation
454 Whittier Street
St. Louis, MO 63108
Phone: 314-652-3114
Fax: 314-652-3112
trothert@aclu-mo.org
andrew.joseph.mcnulty@gmail.com
jsteffan@aclu-mo.org
*Counsel for Respondents-Plaintiffs*

Dale Ho
Julie A. Ebenstein
Sophia Lin Lakin
ACLU Voting Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Phone: 212-549-2686
dale.ho@aclu.org
jebenstein@aclu.org
slakin@aclu.org
*Counsel for Respondents-Plaintiffs*

M. Laughlin McDonald
ACLU Voting Rights Project
2700 International Tower
229 Peachtree Street, N.E.
Atlanta, GA 30303
Phone: 404-500-1235
lmcdonald@aclu.org
*Counsel for Respondents-Plaintiffs*

Gillian R. Wilcox
ACLU of Missouri
3601 Main St.
Kansas City, MO 64111
gwilcox@aclu-mo.org
*Counsel for Respondents-Plaintiffs*

Dated this 19th day of September, 2016.

s/ Angela Bullock Gabel