# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

October 25, 2016

Ms. Angela Gabel
CROTZER & ORMSBY
Suite 602
130 S. Bemiston
Saint Louis, MO  63105-0000

RE:  16-8015  MO State Conference - NAACP, et al v. Ferguson-Florissant School Dis, et al

Dear Counsel:

Enclosed is a copy of an order entered today in the above case. Mandate is being issued and sent today to the Clerk of the United States District Court.

Michael E. Gans
Clerk of Court

CMD

Enclosure(s)

cc:    Ms. Julie A. Ebenstein
       Mr. Michael Keith Hill
       Mr. Dale E. Ho
       Ms. Sophia Lin Lakin
       Mr. Gregory J. Linhares
       M. Laughlin McDonald
       Mr. Andrew McNulty
       Ms. Cindy Reeds Ormsby
       Mr. Anthony E. Rothert
       Mr. John A. Safarli
       Mr. Jessie Steffan
       Ms. Gillian R. Wilcox

District Court/Agency Case Number(s):  4:14-cv-02077-RWS

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 16-8015
_____

Missouri State Conference of the National Association for the Advancement of Colored People;
Redditt Hudson; Redditt Hudson; F. Willis Johnson; Doris Bailey

Plaintiffs - Respondents

v.

Ferguson-Florissant School District

Defendant - Petitioner

St. Louis County Board of Election Commissioners

Defendant

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:14-cv-02077-RWS)
_____

## JUDGMENT

Before MURPHY, ARNOLD and COLLOTON, Circuit Judges.

     The court has carefully reviewed the original file of the United States District Court and

orders that the petition for permission to appeal is dismissed for lack of jurisdiction under 28

U.S.C. § 1292(b).

                              October 25, 2016

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
      /s/ Michael E. Gans

Appellate Case: 16-8015    Page: 1    Date Filed: 10/25/2016 Entry ID: 4462180