# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 16-8015

Missouri State Conference of the National Association for the Advancement of Colored People, et al.

Respondents

v.

Ferguson-Florissant School District

Petitioner

St. Louis County Board of Election Commissioners

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:14-cv-02077-RWS)
_____

**MANDATE**

In accordance with the judgment of 10/25/2016, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

October 25, 2016

Clerk, U.S. Court of Appeals, Eighth Circuit