UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MISSOURI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al., | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 4:14 CV 2077 RWS ) |
| FERGUSON-FLORISSANT SCHOOL DISTRICT, et al., | ) ) ) |
| Defendants. | ) |

# JUDGMENT AND INJUNCTION

**IT IS HEREBY ORDERED**, **ADJUDGED, AND DECREED** that judgment is entered for Plaintiffs on the issue of vote dilution in violation of Section 2 of the Voting Rights Act of 1965. Defendants Ferguson-Florissant School District and the St. Louis Board of Election Commissioners are enjoined from conducting elections for the Ferguson-Florissant School Board via the traditional at-large electoral method at issue in this litigation. Defendants shall implement a cumulative voting at-large electoral system for Ferguson-Florissant School Board elections with a voter education program. The parties shall comply with all provisions stated in the Remedial Order entered this same date.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 21st day of November, 2016.