UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MISSOURI STATE CONFERENCE OF THE )
NATIONAL ASSOCIATION FOR THE )
ADVANCEMENT OF COLORED PEOPLE, )
et al., )
)
        Plaintiffs, )
)
v. )   Case No. 4:14-cv-2077 RWS
)
FERGUSON-FLORISSANT SCHOOL )
DISTRICT, et al., )
)
        Defendants. )

## ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT

Complete one option and file this report with the Clerk's Office:

### Option 1

☐ An ADR conference has been held. The neutral elects to extend the deadline for completing ADR for ____ days [not to exceed fourteen additional days] and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____.

### Option 2

In accordance with the Court's Order Referring Case to ADR,

☒ A final ADR conference was held on: **December 7, 2016**.

☒ All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference, and each possessed the requisite settlement authority;

☐ The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered: _____.

The ADR referral was concluded on December 7, 2016 and the parties [☒* did ☐ did not] achieve a settlement. *TENTATIVE — CONDITIONED ON SCHOOL BD APPROVAL WHICH, I BELIEVE, WAS NOT GIVEN

December 12, 2016
Date        Neutral