# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| MISSOURI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, ET AL., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 4:14-cv-02077-RWS |
| FERGUSON-FLORISSANT SCHOOL DISTRICT and ST. LOUIS COUNTY BOARD OF ELECTIONS COMMISSIONERS, | ) ) ) ) ) | |
| Defendants. | ) | |

**Motion to Modify Judgment to Include Voter Education Program and Apportion Costs**

Come now Plaintiffs and move this Court to modify its judgment to include the parties' proposed voter education program and apportion the costs for that program between Defendants. In support, they state:

1. Judgment in this case was entered on November 21, 2016. ECF No. 213.

2. On December 6, 2016, the parties submitted their joint propose voter education program. ECF No. 225.

3. Although the parties reached agreement on what the voter education program should entail, there has been no agreement as to who should bear the costs of the program, with the exception that Ferguson Florissant School District to be responsible for the production of certain items.

4. A voter education program is an essential part of the remedy ordered by this Court.

WHEREFORE Plaintiffs request this Court modify its judgment to include an order requiring Defendants to implement a voter education program and apportioning the costs for that program

1

between Defendants.

                                        Respectfully submitted,

                                        <u>/s/ Anthony E. Rothert</u>
                                        ANTHONY E. ROTHERT, #44827MO
                                        ACLU of Missouri Foundation
                                        454 Whittier Street
                                        St. Louis, Missouri 63108
                                        Phone: (314) 652-3114

# CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2016, I filed the foregoing document using the e-filing system, thereby serving electronic copies via email to all named parties below:

Darold E. Crotzer, Jr.
Kathryn B. Forster
Crotzer and Ormsby, LLC
130 S. Bemiston Avenue, Suite 602
Clayton, MO 63105
Phone: (314) 726-3040
dcrotzer@crotzerormsby.com
kforster@crotzerormsby.com

Cindy Reeds Ormsby
Angela Bullock Gabel
Crotzer and Ormsby, LLC
130 S. Bemiston Avenue, Suite 602
Clayton, MO 63105
Phone: (314) 726-3040
cormsby@crotzerormsby.com
agabel@crotzerormsby.com

John A. Safarli
Floyd, Pflueger & Ringer, P.S.
200 W. Thomas Street, Suite 500
Seattle, WA 98119
Phone: (206) 441-4455
jsafarli@floyd-ringer.com

/s/ Anthony E. Rothert