# UNITED STATES DISTRICT COURT

for the

Eastern District of Missouri  ▾

| | | |
|---|---|---|
| Missouri NAACP, et al. | ) | |
| | ) | |
| v. | ) | Case No.:4:14-cv-2077-RWS |
| | ) | |
| Ferguson Florissant School District, et al. | ) | |
| | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on ____11/21/2016____ against ___defendants___ ,
                                                            Date
the Clerk is requested to tax the following as costs:

| | | |
|---|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 800.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | | 14,196.75 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 4,596.10 |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 52.54 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| | TOTAL   $ | 19,645.39 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

    I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service         ☐ First class mail, postage prepaid

☐ Other:

s/ Attorney: _____

     Name of Attorney: Anthony E. Rothert

For: _____Plaintiffs_____     Date: ___12/14/2016___
                *Name of Claiming Party*

## Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____   By: _____   _____
     *Clerk of Court*                             *Deputy Clerk*                   *Date*

# UNITED STATES DISTRICT COURT

## Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)

| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Frank Green, St. Louis, Missouri | 1 | 40.00 | | | 22 | 12.54 | $52.54 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $52.54 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF MISSOURI

MISSOURI STATE CONFERENCE OF )
THE NATIONAL ASSOCIATION FOR )
THE ADVANCEMENT OF COLORED )
PEOPLE, REDDITT HUDSON, )
F. WILLIS JOHNSON and )
DORIS BAILEY, )
            )    Civ. No. 4:14-cv-02077-RWS
           Plaintiffs, )
            )
v. )
            )
FERGUSON-FLORISSANT SCHOOL )
DISTRICT and ST. LOUIS COUNTY )
BOARD OF ELECTIONS )
COMMISSIONERS, )
           Defendants. )

## Itemization of Taxable Costs

Fees of the Clerk

| | |
|---|---|
| Filing Fee | $ 400.00 |
| Pro hac vice fees | $ 400.00 |
| Total | $ 800.00 |

Fees for Service of Summons and Subpoena

Not applicable

Fees for Printed or Electronically Recorded Transcripts Necessarily Obtained for Use in This Case

| | |
|---|---|
| Transcript of Rule 16 Conference | $ 87.30 |
| Transcripts of Thurman, Morris, K. Brown, & Ebert depositions | $ 3,547.00 |
| Transcript of Jowei Chen deposition | $ 719.20 |

| | |
|---|---|
| Transcript of Jonathan Rodden deposition | $ 3,055.45 |
| Transcripts of Cooper, Engstrom, Gordon, and Kimball Depos | $ 1,094.85 |
| Transcript of Johnson deposition | $ 228.65 |
| Transcript of Green deposition | $ 740.70 |
| Transcript of May 20, 2015 motion hearing | $ 174.60 |
| Transcript of Haywood (1st) and Ford depositions | $ 135.20 |
| Transcript of Haywood (2d) deposition | $ 124.70 |
| Transcript of November 12, 2015 status conference | $ 77.60 |
| Trial Transcript – Days 1 – 5 | $ 3,730.00 |
| Trial Transcript – Day 6 | $ 335.80 |
| Transcript of August 26, 2016 hearing | $ 87.30 |
| Transcript of November 22, 2016 hearing | $ 58.40 |
| | |
| Total | $14,196.75 |

Fees for Printing

| | |
|---|---|
| Printing for Trial exhibits | $ 4,596.10 |

# Reagan A. Fiorino, RMR, CRR
111 S. 10th Street, Third Floor
St. Louis, MO 63102
(314) 244-7989
Tax ID: 47-3754402

September 8, 2015

Julie A. Ebenstein, Esq.
ACLU Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2686

| Invoice Number |
| :---: |
| **RAF 31** |

**Re:** Missouri State Conference of the NAACP, et al.
v. Ferguson-Florissant Schoool District, Cause No. 4:14-CV-02077(RWS)
May 20, 2015 Motion Hearing

| Description of Services | | Pgs/Qty | Rate | Extension |
| --- | --- | --- | --- | --- |
| Expedited | Transcript | 36.00 | 4.85 | 174.60 |
| | | **Invoice total:** | | **$174.60** |

Please submit prompt payment to the name and address listed above.  Thank You!

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements
of this court and the Judicial Conference of the United States.

/s/ Reagan A. Fiorino

_____
Signature of Official Court Reporter

McGraw Reporting, LLC

# Invoice

2927 Droste Road
St. Charles, MO 63301

| Date | Invoice # |
|------|-----------|
| 8/26/2015 | 2680 |

| Bill To |
|---------|
| ACLU<br>Julie Ebenstein<br>125 Broad Street, 18th Fl.<br>New York, NY 10004-2400 |

| Style of Case |
|---------------|
| NAACP v Ferguson-Florissant<br>Depos of Dr. Cooper, Dr. Engstrom<br>Dr. Gordon, and Dr. Kimball<br>taken 8-17 -- 8-21-2015 |

| Plaintiff Attorney | Defendant Attorney | Reporter | Tax I.D. No. |
|--------------------|--------------------|----------|--------------|
| Ebenstein | Ormsby | SM | 20-0665496 |

| Quantity | Item Code | Amount |
|----------|-----------|--------|
| 475 | Certified transcript, expert | 1,094.85 |
| | **Total** | $1,094.85 |

| Phone # | Fax # |
|---------|-------|
| 636-946-0285 | 636-947-7499 |

# McGraw Reporting, LLC

2927 Droste Road
St. Charles, MO 63301

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/1/2015 | 2684 |

| Bill To |
|---------|
| ACLU<br>Julie Ebenstein<br>125 Broad Street, 18th Fl.<br>New York, NY 10004-2400 |

| Style of Case |
|---------------|
| NAACP v Ferguson-Florissant<br>School District<br>deposition of Fred Willis Johnson, Jr.<br>taken 8-26-15 |

| Plaintiff Attorney | Defendant Attorney | Reporter | Tax I.D. No. |
|--------------------|--------------------|----------|--------------|
| Rothert | Gabel | SM | 20-0665496 |

| Quantity | Item Code | Amount |
|----------|-----------|--------|
| 102 | Certified transcript, expedited | 228.65 |

| | **Total** | $228.65 |

| Phone # | Fax # |
|---------|-------|
| 636-946-0285 | 636-947-7499 |

# McGraw Reporting, LLC

2927 Droste Road
St. Charles, MO 63301

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/12/2015 | 2705 |

| Bill To |
|---------|
| ACLU<br>Julie Ebenstein<br>125 Broad Street, 18th Fl.<br>New York, NY 10004-2400 |

| Style of Case |
|---------------|
| NAACP v Ferguson-Florissant<br>depositions of Ms. Haywood<br>and Mr. Ford<br>taken 10-09-15 |

| Plaintiff Attorney | Defendant Attorney | Reporter | Tax I.D. No. |
|--------------------|--------------------|----------|--------------|
| Rothert | Ormsby | SM | 20-0665496 |

| Quantity | Item Code | Amount |
|----------|-----------|--------|
| 48 | Certified copy, one day | 115.20 |
| 2 | E-TRAN | 20.00 |

| | Total | $135.20 |
|---|---|---|

| Phone # | Fax # |
|---------|-------|
| 636-946-0285 | 636-947-7499 |

# McGraw Reporting, LLC

2927 Droste Road
St. Charles, MO 63301

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/23/2015 | 2713 |

| Bill To |
|---------|
| ACLU<br>Julie Ebenstein<br>125 Broad Street, 18th Fl.<br>New York, NY 10004-2400 |

| Style of Case |
|---------------|
| NAACP v Ferguson-Florissant<br>Vol 2 of Esther Haywood<br>taken 10-13-15 |

| Plaintiff Attorney | Defendant Attorney | Reporter | Tax I.D. No. |
|--------------------|--------------------|----------|--------------|
| Rothert | Ormsby | SM | 20-0665496 |

| Quantity | Item Code | Amount |
|----------|-----------|--------|
| 52 | Certified transcript | 124.70 |

| | **Total** | $124.70 |

| Phone # | Fax # |
|---------|-------|
| 636-946-0285 | 636-947-7499 |

# Midwest Litigation Services

An Affiliate of National Depo
711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191  Fax: 314-644-1334

Bill To: Anthony E Rothert
American Civil Liberties Union
454 Whittier Street
St Louis, MO 63108

Invoice #:  STL248165
Invoice Date:  08/24/2015
Balance Due:  $ 719.20

Case  # :  142077RWS

Case: Missouri State Conference of the NAACP et al v. Ferguson Florissant Sch
Job #: 187098 | Job Date: 8/19/2015 | Delivery: Expedited
Billing Atty: Anthony E Rothert
Location: American Civil Liberties Union of Missouri
454 Whittier Street | St Louis, MO 63108
Sched Atty: Anthony E Rothert | American Civil Liberties Union of Eastern Misso

| Item | Witness | Description | Units | Qty | Price | Amount |
|------|---------|-------------|-------|-----|-------|--------|
| 1 | Jowei Chen PhD | Shipping & handling | Package | 1.00 | $10.00 | $10.00 |
| 2 | Jowei Chen PhD | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |
| 3 | Jowei Chen PhD | Jurat prep | 1 | 1.00 | $2.50 | $2.50 |
| 4 | Jowei Chen PhD | Exhibit - B/W | Per page | 174.00 | $0.40 | $69.60 |
| 5 | Jowei Chen PhD | Transcript - Original & 1 copy | Page | 91.00 | $5.60 | $509.60 |
| 6 | Jowei Chen PhD | Attendance - Hourly | Hour | 4.00 | $30.00 | $120.00 |

Notes: 3-Day Expedite
ar

| | |
|--|--|
| Invoice Total: | $719.20 |
| Payment: | |
| Credits: | |
| Balance Due: | $719.20 |

Fed. Tax ID: 20-3132569          Term: Due Upon Receipt

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Make check payable to:  **National Depo**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

_____
Credit Card #                    Exp. Date
SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Invoice #:  STL248165
Job #:  187098
Invoice Date: 08/24/2015

Balance : $ 719.20

Please remit payment to:
National Depo
P. O. Box 505247
St. Louis, MO 63150-5247

# Midwest Litigation Services

An Affiliate of National Depo
711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191  Fax: 314-644-1334

**Bill To:** Anthony E Rothert
American Civil Liberties Union
454 Whittier Street
St Louis, MO 63108

**Invoice #:** STL248374
**Invoice Date:** 08/26/2015
**Balance Due:** $ 3,055.45

**Case #:** 142077RWS

---

**Case:** Missouri State Conference of the NAACP et al v. Ferguson Florissant Sch
**Job #:** 187100 | Job Date: 8/20/2015 | Delivery: Expedited
**Billing Atty:** Anthony E Rothert
**Location:** American Civil Liberties Union of Missouri
454 Whittier Street | St Louis, MO 63108
**Sched Atty:** Anthony E Rothert | American Civil Liberties Union of Eastern Misso

---

| Item | Witness | Description | Units | Qty | Price | Amount |
|------|---------|-------------|-------|-----|-------|--------|
| 1 | Jonathan Rodden PhD | Shipping - Messenger service | 1 | 1.00 | $10.00 | $10.00 |
| 2 | Jonathan Rodden PhD | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |
| 3 | Jonathan Rodden PhD | Exhibit - B/W | Per page | 180.00 | $0.40 | $72.00 |
| 4 | Jonathan Rodden PhD | Exhibit - Color | Per page | 25.00 | $0.95 | $23.75 |
| 5 | Jonathan Rodden PhD | Jurat prep | 1 | 1.00 | $2.50 | $2.50 |
| 6 | Jonathan Rodden PhD | Transcript - Original & 1 copy | Page | 427.00 | $6.10 | $2,604.70 |
| 7 | Jonathan Rodden PhD | Attendance - Hourly | Hour | 8.50 | $30.00 | $255.00 |
| 8 | Jonathan Rodden PhD | Attend - Night, Early A.M. or Weekend | Hour | 2.00 | $40.00 | $80.00 |

**Notes:** 3-Day Expedite
After Hours Attendance
ar

| | |
|---|---|
| **Invoice Total:** | $3,055.45 |
| **Payment:** | |
| **Credits:** | |
| **Balance Due:** | $3,055.45 |

**Fed. Tax ID:** 20-3132569

**Term:** Due Upon Receipt

TERMS:  Payable upon receipt.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.

---

Make check payable to: **National Depo**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

**Invoice #:** STL248374
**Job #:** 187100
**Invoice Date:** 08/26/2015

**Balance :** $ 3,055.45

Please remit payment to:
National Depo
P. O. Box 505247
St. Louis, MO 63150-5247

# Midwest Litigation Services

An Affiliate of National Depo
711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191  Fax: 314-644-1334

Bill To: Anthony E Rothert
American Civil Liberties Union
454 Whittier Street
St Louis, MO 63108

Invoice #: STL249152
Invoice Date: 09/03/2015
Balance Due: $ 740.70

Case #: 414CV2077RWS

| | |
|---|---|
| Case: | Missouri State Conference of the NAACP et al v. Ferguson Florissant Sch |
| Job #: | 188386  |  Job Date: 9/2/2015  |  Delivery:  Expedited |
| Billing Atty: | Anthony E Rothert |
| Location: | American Civil Liberties Union |
| | 454 Whittier Street | St Louis, MO 63108 |
| Sched Atty: | Anthony E Rothert | American Civil Liberties Union of Eastern Misso |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Frank D Green Jr | Shipping & handling | Package | 1.00 | $10.00 | $10.00 |
| 2 | Frank D Green Jr | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |
| 3 | Frank D Green Jr | Exhibit - B/W | Per page | 13.00 | $0.40 | $5.20 |
| 4 | Frank D Green Jr | Transcript - Original & 1 copy | Page | 105.00 | $6.10 | $640.50 |
| 5 | Frank D Green Jr | Attendance - Hourly | Hour | 2.50 | $30.00 | $75.00 |
| 6 | Frank D Green Jr | Jurat prep | 1 | 1.00 | $2.50 | $2.50 |

| Notes: | 2 day expedite | | Invoice Total: | $740.70 |
|---|---|---|---|---|
| | Etran | | Payment: | |
| | dt | | Credits: | |
| Fed. Tax ID: 20-3132569 | | Term: Due Upon Receipt | Balance Due: | $740.70 |

TERMS:  Payable upon receipt.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.

| Make check payable to:  **National Depo** | |
|---|---|
| ☐ Visa ☐ MC ☐ Amex  ☐ Discover ☐ Lock Box | |

Credit Card # _____  Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Invoice #:  STL249152
Job #:  188386
Invoice Date:  09/03/2015

Balance :  $ 740.70

Please remit payment to:
National Depo
P. O. Box 505247
St. Louis, MO 63150-5247

# Susan R. Moran, RMR
## Official Court Reporter
## 111 South 10th Street
## St. Louis, MO  63102
## (314) 244-7983

**Bill To**

ACLU OF EASTERN MISSOURI
454 Whittier Street
St. Louis, MO  63108
ATTENTION:  ANTHONY ROTHERT

| Date | Invoice # |
|------|-----------|
| 2/26/2016 | 979 |

| Description | Amount |
|-------------|--------|
| Transcript of Bench Trial, Vol. VI, 1/19/16, 92 Pages. <br><br>In the Matter of: <br>Missouri State Conference of the NAACP, et al. vs. Ferguson-Florissant School District, et al., <br>Cause No. 4:14-CV-2077 RWS <br><br>Original, 92 Pages @ $3.65 <br><br>I certify that the transcript fees charged and page format used comply with the requirements of this Court and the Judicial Conference of the United States. <br><br>/s/ Susan R. Moran <br>Official Reporter | 335.80 |

| | Total | $335.80 |
|---|-------|---------|

SSN# 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

**Susan R. Moran, RMR**
**Official Court Reporter**
**111 South 10th Street**
**St. Louis, MO  63102**
**(314) 244-7983**

| Bill To |
| --- |
| ACLU Foundation |
| 125 Broad Street |
| 18th Floor |
| New York, NY  10004 |
| ATTENTION:  JULIE EBENSTEIN |

| Date | Invoice # |
| --- | --- |
| 9/12/2016 | 1025 |

| Description | Amount |
| --- | --- |
| Transcript of Status Hearing, 8/26/16, 18 Pages.<br><br>In the Matter of:<br>Missouri State Conference of the NAACP, et al. vs. Ferguson-Florissant School District, et al.,<br>Cause No. 4:14-CV-2077 RWS<br><br>Original, Expedited, 18 Pages @ $4.85<br><br>I certify that the transcript fees charged and page format used comply with the requirements of this Court and the Judicial Conference of the United States.<br><br>/s/ Susan R. Moran<br>Official Reporter | 87.30 |

| Total | $87.30 |
| --- | --- |

SSN# 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

**\*\*Finance Department Use Only\*\***

Date
Received: _____

Session ID: _____

NOTE: Original invoice **MUST** be attached. Please keep a copy for department / project records. If this form is insufficient for coding a complex invoice, attach a complete expense allocation schedule. All fields must be completed and include "N/A" if not applicable.

| ACLU Business Purpose: | Reimbursement to affiliate for transcript for Donna Paulette Thurman, Paul Tomas Morris, Keith Brown, Brian Scott Ebert |
|---|---|

| From: | Legal/VRP | Faith Barksdale | x7881 | 7/20/15 |
|---|---|---|---|---|
| | **Department / Project** | **Name** | **Extension** | **Date** |

| Amount: | $3,547 | | **Payable to:** | ACLU Foundation of Missouri |
|---|---|---|---|---|
| **Vendor Invoice #:** | STL243041, STL243046, STL243051 | | **Address:** | P.O. Box 505247 |
| **Invoice Date:** | 6/22/15 | | | St. Louis, MO 63150 |
| **Payment Due Date:** | ASAP | | | |

| Billing Code: | Legal/VRP | 72020 | Equality | SN010 |
|---|---|---|---|---|
| | **Department / Project Name** | **Expense Code** | **Cost Center Name** | **Case Cost Code** |

| **Additional Comments / Special Instructions:** | Please return to Faith Barksdale when the check is ready. Please see attached email |
|---|---|
| | For additional explanation. We paid $1,1014.90 out of the overpayment of $3547. We will be refunded $2,532.10 from Midwest Litigation Services. |

| **Payment Authorized by:** | *[signature]* | Dale Ho | 7/20/15 |
|---|---|---|---|
| | **Original Signature** | **Print Name** | **Date** |

**\*\*Finance Department Use Only\*\***

| Date | Fund | GL Account | Resp. Center | Cost Center | Case Cost | Debit |
|---|---|---|---|---|---|---|
| | | | | | | |

# Midwest Litigation Services

An Affiliate of National Depo
711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191  Fax: 314-644-1334

| Bill To: | Julie Ebenstein | Invoice #: | STL243041 |
|---|---|---|---|
| | American Civil Liberties Union | Invoice Date: | 06/22/2015 |
| | 454 Whittier Street | Balance Due: | $ 836.10 |
| | St Louis, MO 63108 | | |
| | | Case #: | 142077RWS |

| | |
|---|---|
| **Case:** Missouri State Conference of the NAACP et al v. Ferguson Florissant Sch | |
| **Job #:** 183345  \|  **Job Date:** 6/17/2015  \|  **Delivery:** Expedited | |
| **Billing Atty:** Julie Ebenstein | *approved ar 6/24/15* |
| **Location:** American Civil Liberties Union of Missouri | |
| 454 Whittier Street \| St Louis, MO 63108 | |
| **Sched Atty:** Amy Fettig \| American Civil Liberties Union | |

| Line | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Donna Paulette Thurman PhD | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |
| 2 | Donna Paulette Thurman PhD | Exhibit - B/W | Per page | 2.00 | $0.40 | $0.80 |
| 3 | Donna Paulette Thurman PhD | Jurat prep | 1 | 1.00 | $2.50 | $2.50 |
| 4 | Donna Paulette Thurman PhD | Transcript - Original & 1 copy | Page | 123.00 | $6.10 | $750.30 |
| 5 | Donna Paulette Thurman PhD | Attendance - Hourly | Hour | 2.50 | $30.00 | $75.00 |

| Notes: 3-Day Expedite | | |
|---|---|---|
| ar | **Invoice Total:** | $836.10 |
| | **Payment:** | |
| | **Credits:** | |
| Fed. Tax ID: 20-3132589        Term: Due Upon Receipt | **Balance Due:** | $836.10 |

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Make check payable to: **National Depo**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

_____  _____
Credit Card #                                          Exp. Date

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Invoice #: STL243041
Job #: 183345
Invoice Date: 06/22/2015

Balance : $ 836.10

Please remit payment to:
National Depo
P. O. Box 505247
St. Louis, MO 63150-5247

Page 1 of 1

# Midwest Litigation Services

An Affiliate of National Depo
711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191  Fax: 314-644-1334

| Bill To: | Julie Ebenstein | Invoice #: | STL243046 |
|---|---|---|---|
| | American Civil Liberties Union | Invoice Date: | 06/22/2015 |
| | 454 Whittier Street | Balance Due: | $ 1,145.80 |
| | St Louis, MO 63108 | | |

Case # : 142077RWS

| | |
|---|---|
| **Case:** Missouri State Conference of the NAACP et al v. Ferguson Florissant Sch | |
| **Job #:** 183341 | Job Date: 6/15/2015 | Delivery: Expedited | |
| **Billing Atty:** Julie Ebenstein | |
| **Location:** Ferguson Florissant School District | |
| Administration Center | 1005 Waterford Drive | Florissant, MO 63033 | |
| **Sched Atty:** Amy Fettig | American Civil Liberties Union | |

*approved*
*aeh*
*6/29/15*

| | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Paul Thomas Morris | Shipping & handling | Package | 1.00 | $10.00 | $10.00 |
| 2 | Paul Thomas Morris | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |
| 3 | Paul Thomas Morris | Exhibit - B/W | Per page | 43.00 | $0.40 | $17.20 |
| 4 | Paul Thomas Morris | Jurat prep | 1 | 1.00 | $2.50 | $2.50 |
| 5 | Paul Thomas Morris | Transcript - Original & 1 copy | Page | 186.00 | $5.10 | $948.60 |
| 6 | Paul Thomas Morris | Attendance - Hourly | Hour | 4.00 | $30.00 | $120.00 |
| 7 | Paul Thomas Morris | Attend - Night, Early A.M. or Weekend | Hour | 1.00 | $40.00 | $40.00 |

| Notes: 4-Day Expedite | Invoice Total: | $1,145.80 |
|---|---|---|
| After-hours appearance | Payment: | |
| ar | Credits: | |
| Fed. Tax ID: 20-3132569        Term: Due Upon Receipt | Balance Due: | $1,145.80 |

TERMS:  Payable upon receipt.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.

Make check payable to:  **National Depo**

☐ Visa ☐  MC ☐ Amex  ☐  Discover ☐  Lock Box

_____        _____
Credit Card #                Exp. Date

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Invoice #: STL243046
Job #: 183341
Invoice Date: 06/22/2015

Balance : $ 1,145.80

Please remit payment to:
National Depo
P. O. Box 505247
St. Louis, MO 63150-5247

# Midwest Litigation Services
An Affiliate of National Depo
711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191  Fax: 314-644-1334

| Bill To: | Julie Ebenstein | | |
|---|---|---|---|
| | American Civil Liberties Union | | |
| | 454 Whittier Street | | |
| | St Louis, MO 63108 | | |

| Invoice #: | STL243051 |
|---|---|
| Invoice Date: | 06/22/2015 |
| Balance Due: | $ 1,565.10 |
| Case #: | 142077RWS |

| | |
|---|---|
| **Case:** | Missouri State Conference of the NAACP et al v. Ferguson Florissant Sch |
| **Job #:** | 183344  \|  Job Date: 6/16/2015  \|  Delivery:  Expedited |
| **Billing Atty:** | Julie Ebenstein |
| **Location:** | American Civil Liberties Union of Missouri |
| | 454 Whittier Street \| St Louis, MO 63108 |
| **Sched Atty:** | Amy Fettig \| American Civil Liberties Union |

*approved aff*
*6/24/16*

| ITEM | WITNESS | DESCRIPTION | UNITS | QTY | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | Keith Brown | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |
| 2 | Keith Brown | Exhibit - B/W | Per page | 2.00 | $0.40 | $0.80 |
| 3 | Keith Brown | Jurat prep | 1 | 1.00 | $2.50 | $2.50 |
| 4 | Keith Brown | Transcript - Original & 1 copy | Page | 89.00 | $5.10 | $453.90 |
| 5 | Brian Scott Ebert | Exhibit - B/W | Per page | 77.00 | $0.40 | $30.80 |
| 6 | Brian Scott Ebert | Jurat prep | 1 | 1.00 | $2.50 | $2.50 |
| 7 | Brian Scott Ebert | Transcript - Original & 1 copy | Page | 171.00 | $5.10 | $872.10 |
| 8 | Brian Scott Ebert | Attendance - Hourly | Hour | 6.50 | $30.00 | $195.00 |

| Notes: | 4-Day Expedite ar | | | | Invoice Total: | $1,565.10 |
|---|---|---|---|---|---|---|
| | | | | | Payment: | |
| | | | | | Credits: | |
| Fed. Tax ID: 20-3132569 | | Term: Due Upon Receipt | | | Balance Due: | $1,565.10 |

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Make check payable to: **National Depo**

☐ Visa ☐  MC ☐ Amex  ☐  Discover ☐  Lock Box

Credit Card # _____     Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Invoice #: STL243051
Job #:  183344
Invoice Date: 06/22/2015

Balance : $ 1,565.10

Please remit payment to:
National Depo
P. O. Box 505247
St. Louis, MO 63150-5247

## Faith Barksdale

**From:**       Anthony Rothert <ARothert@aclu-mo.org>
**Sent:**       Monday, July 20, 2015 3:07 PM
**To:**         Faith Barksdale
**Cc:**         Dale Ho; Julie Ebenstein
**Subject:**    Re: Deposition Bill - NAACP MO v. FFSD

Sure. That is fine.

Sent from my iPhone

On Jul 20, 2015, at 11:47 AM, Faith Barksdale <fbarksdale@aclu.org> wrote:

> Hi Anthony,
>
> We accidentally issued a check to Midwest Litigation Services for the first set of invoices, instead of issuing the payment to the ACLU of MO. We're processing a check to reimburse you guys for the first set of invoices (in the amount of $3,547).
>
> At Dale's request, I contacted the deposition company and applied the credit from the overpayment of the first set of invoices to cover the cost of the most recent invoice, so you guys don't have to pay that one ($1,014.90, invoice #STL244387).
>
> Dale has suggested that VRP just covers the cost of the invoices directly, going forward. Does that sound okay?
>
> Best,
> Faith
>
>
>
> **From:** Anthony Rothert [mailto:ARothert@aclu-mo.org]
> **Sent:** Thursday, July 16, 2015 12:57 PM
> **To:** Faith Barksdale
> **Subject:** Re: Deposition Bill - NAACP MO v. FFSD
>
> ACLU of Missouri foundation
>
> Sent from my iPhone
>
> On Jul 16, 2015, at 11:53 AM, Faith Barksdale <fbarksdale@aclu.org> wrote:
>
>> Hi Anthony,
>>
>> I'm sorry to bother you, but should the check be made out to the ACLU of Missouri or the ACLU Foundation of Missouri?
>>
>> Thank you,
>> Faith

1

# Midwest Litigation Services

An Affiliate of National Depo
711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191  Fax: 314-644-1334

| Bill To: Julie Ebenstein<br>American Civil Liberties Union<br>454 Whittier Street<br>St Louis, MO 63108 | Invoice #: | STL244387 |
|---|---|---|
| | Invoice Date: | 07/08/2015 |
| | Balance Due: | $ 1,014.90 |
| | Case #: | 142077RWS |

**Case:** Missouri State Conference of the NAACP et al v. Ferguson Florissant Sch
**Job #:** 183346  |  Job Date: 7/1/2015  |  Delivery: Normal
**Billing Atty:** Julie Ebenstein
**Location:** American Civil Liberties Union
454 Whittier Street | St Louis, MO 63108
**Sched Atty:** Amy Fettig | American Civil Liberties Union

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Leslie Hogshead | Shipping & handling | Package | 1.00 | $10.00 | $10.00 |
| 2 | Leslie Hogshead | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |
| 3 | Leslie Hogshead | Exhibit - B/W | Per page | 12.00 | $0.40 | $4.80 |
| 4 | Leslie Hogshead | Jurat prep | 1 | 1.00 | $2.50 | $2.50 |
| 5 | Leslie Hogshead | Transcript - Original & 1 copy | Page | 127.00 | $3.60 | $457.20 |
| 6 | Courtney Graves MD | Exhibit - B/W | Per page | 18.00 | $0.40 | $7.20 |
| 7 | Courtney Graves MD | Jurat prep | 1 | 1.00 | $2.50 | $2.50 |
| 8 | Courtney Graves MD | Transcript - Original & 1 copy | Page | 87.00 | $3.60 | $313.20 |
| 9 | Courtney Graves MD | Attendance - Hourly | Hour | 7.00 | $30.00 | $210.00 |

**Notes:** ar

| | |
|---|---|
| Invoice Total: | $1,014.90 |
| Payment: | |
| Credits: | |
| Balance Due: | $1,014.90 |

Fed. Tax ID: 20-3132569                     Term: Due Upon Receipt

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Make check payable to: **National Depo**

☐ Visa ☐  MC ☐ Amex ☐  Discover ☐  Lock Box

_____   _____
Credit Card #                                    Exp. Date
SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Invoice #: STL244387
Job #: 183346
Invoice Date: 07/08/2015

Balance : $ 1,014.90

Please remit payment to:
National Depo
P. O. Box 505247
St. Louis, MO 63150-5247

Page 1 of 2

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI

## INVOICE

INVOICE NO. : 15-037                    INVOICE DATE: April 6, 2015

BILL TO:
ACLU
Attn: Molly Rugg, Paralegal
Atty of Record: Julie A. Ebenstein
125 Broad Street, 18th Floor
New York, NY 10004

**MAKE CHECK PAYABLE TO:**        **Shannon L. White**

**Please do not make check payable to the U.S. District Court**

ADDRESS:                    Tax Id:  16-1693645
Shannon L. White
Official Court Reporter
U.S. District Court
111 South 10th Street, 3rd Floor
St. Louis, MO 63102
(314) 244-7966
*Shannon_White@moed.uscourts.gov*

| CASE NAME: | Missouri State Conf of the NAACP, et al v Ferguson-Florissant School District, et al. |
|---|---|
| CAUSE NO. : | 4:14-CV-2077 RWS |
| DATE: | 3-5-15 Rule 16 Conference |

18 PGS Orig Expedite @ $4.85 per page ................................................ $ 87.30
                                        TOTAL DUE:  $ 87.30

Certification
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE OF OFFICIAL COURT REPORTER


Dated:  04-06-15
/s/Shannon L. White, RMR, CSR, CCR

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI

## INVOICE

INVOICE NO. : 16-009       INVOICE DATE:     February 2, 2016

BILL TO:
ACLU
Attn: Tony Rothert, Esq.
454 Whittier Street
St. Louis, MO 63108

**MAKE CHECK PAYABLE TO:**      **Shannon L. White**

**Please <u>do not</u> make check payable to the U.S. District Court**

ADDRESS:               Tax Id: 16-1693645
Shannon L. White
Official Court Reporter
U.S. District Court
111 South 10th Street, 3rd Floor
St. Louis, MO 63102
(314) 244-7966
*Shannon_White@moed.uscourts.gov*

CASE NAME:      Missouri State Conf of the NAACP, et al v Ferguson-Florissant School District, et al.
CAUSE NO. :      4:14-CV-2077 RWS
DATE:      January 11-15, 2016 Bench Trial, Five Volumes,

Estimate of Deposit.

1,022 Estimated Total Pgs Orig @ $3.65 per page ………….……………… $ <u>3,730</u>
                                 TOTAL DUE: $ 3,730

Certification
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE OF OFFICIAL COURT REPORTER

_____     Dated: 2-1-16
/s/Shannon L. White, RMR, CSR, CCR

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI

## INVOICE

INVOICE NO. : 15-097          INVOICE DATE:  November 17, 2015

BILL TO:
ACLU
Attn:  Molly Rugg, Paralegal
Atty of Record:  Julie A. Ebenstein
125 Broad Street, 18th Floor
New York, NY  10004

**MAKE CHECK PAYABLE TO:**          **Shannon L. White**

**Please do not make check payable to the U.S. District Court**

ADDRESS:                              Tax Id:  16-1693645
Shannon L. White
Official Court Reporter
U.S. District Court
111 South 10th Street, 3rd Floor
St. Louis, MO  63102
(314)  244-7966
*Shannon_White@moed.uscourts.gov*

CASE NAME:          Missouri State Conf of the NAACP, et al v Ferguson-Florissant
                    School District, et al.
CAUSE NO. :         4:14-CV-2077  RWS
DATE:               11-12-15 Status Conference

16 PGS Orig Expedite @ $4.85 per page …………..………………........ $  77.60
                                        TOTAL DUE:  $  77.60

Certification
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE OF OFFICIAL COURT REPORTER

_____          Dated:  11-17-15

/s/Shannon L. White, RMR, CSR, CCR

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI

## _____INVOICE_____

INVOICE NO. : 16-113       INVOICE DATE:      November 29, 2016

---

BILL TO:
ACLU
Attn: Tony Rothert, Esq.
454 Whittier Street
St. Louis, MO 63108

---

**MAKE CHECK PAYABLE TO:**     **Shannon L. White**

**Please <u>do not</u> make check payable to the U.S. District Court**

---

<u>ADDRESS</u>:                Tax Id: 16-1693645
Shannon L. White
Official Court Reporter
U.S. District Court
111 South 10th Street, 3rd Floor
St. Louis, MO 63102
(314) 244-7966
*Shannon_White@moed.uscourts.gov*

---

CASE NAME:       Missouri State Conf of the NAACP, et al v Ferguson-Florissant
                        School District, et al.
CAUSE NO. :      4:14-CV-2077 RWS
DATE:            November 22, 2016 Status Hearing

<br>

16 Pgs Orig @ $3.65 per page ……………..………………....................... $ <u>58.40</u>
                                          TOTAL DUE: $ 58.40

---

Certification
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

---

SIGNATURE OF OFFICIAL COURT REPORTER

_____     Dated: 11-29-16

/s/Shannon L. White, RMR, CSR, CCR

# RICOH

## INVOICE

| Invoice # | STL16010166 |
|---|---|
| Invoice Date: | 01/28/2016 |
| Due Date: | 02/27/2016 |
| Terms: | Net 30 Days |
| Account: | 21829769 |
| Natl ID: | 67631 |

Ricoh USA, Inc. - St Louis, MO
Phone: (314) 241-0444    Fax: (314) 241-2678
Federal ID: 230334400

**BILL TO / SHIP TO:**

**AMERICAN CIVIL LIBERTIES UNION**
Attn: Accounts Payable
125 BROAD STREET 18TH FLOOR
NEW YORK, NY 10004

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| NAACP v.Ferguson- Florissant School | SN010 | | House Account |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-1601-0009 | 01/05/2016 | Molly Rugg | | | | |
| *637 | Tabs (Custom) | | 20.00 | 0.5000 | | 10.00 |
| *629 | Folders: Manila Folders - LTR | | 22.00 | 0.5000 | | 11.00 |
| *625 | Binder - D Ring 1" | | 30.00 | 8.0000 | | 240.00 |
| *626 | Binder - D Ring 2" | | 20.00 | 12.0000 | | 240.00 |
| *632 | Folders: Redwell Folders - LTR | | 10.00 | 3.0000 | | 30.00 |
| *634 | Tabs (Alpha/Numeric) | | 1,058.00 | 0.2500 | | 264.50 |
| *1027 | Prints - Color (ea) | | 3,295.00 | 0.8000 | | 2,636.00 |
| *729 | Prints w/o Assembly | | 19,601.00 | 0.1000 | | 1,960.10 |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| | | | | | | |

Valued Customer:
Due to increases in service costs, effective January 1, 2014 Ricoh reserves the right to charge a minimum fee of $150 for all document outsourcing orders.
This policy will allow us to continue to provide the quality and service you have come to expect from Ricoh.
We thank you for your business and appreciate your understanding the necessity of this policy.

**Please Pay From This Invoice**

Customer's duly authorized signature below is an agreement that the above-described work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law, will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection with the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 0.00 |
| Sales Tax: | 0.00 |
| * Non-Taxable: | 5,391.60 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** $ | **5,391.60** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received/Accepted by: {Print} _____ {Signature} _____ Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
**AMERICAN CIVIL LIBERTIES UNION**
125 BROAD STREET 18TH FLOOR
NEW YORK, NY 10004

| Amount Enclosed |
|---|
| $ |

**Invoice:** STL16010166
Invoice Date: 01/28/2016
Due Date: 02/27/2016
Account: 21829769
natl id: 67631

**Please Remit To:**
**Ricoh USA, Inc.**
Dallas District - STL
P O Box 660342
Dallas, TX 75266-0342

**PAY THIS**
**AMOUNT** $ **5,391.60**