**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| MISSOURI STATE CONFERENCE OF THE, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> FERGUSON-FLORISSANT SCHOOL DISTRICT, et al., <br><br> Defendants. | Case No. 4:14 CV 2077 RWS |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Ferguson-Florissant School District appeals to the United States Court of Appeals for the Eight Circuit from the final judgment entered in this action on the 22nd of August, 2016 (ECF #185 Memorandum Opinion and Order finding a violation of §2 of the Voting Rights Action of 1965, 52 U.S.C. § 10301) and the final judgement entered in this action on the 21st day of November, 2016 (ECF # 212 Remedial Order changing the electoral system to Cumulative Voting).

Respectfully submitted,

CROTZER & ORMSBY, LLC

/s/ *Angela Bullock Gabel*
Cindy Reeds Ormsby, ED#50986MO
Angela B. Gabel, ED#58227MO
130 S. Bemiston, Suite 602
Clayton, MO 63105
314.726.3040/314.726.5120 (fax)

John A. Safarli, *pro hac vice*
200 W. Thomas St., Suite 500
Seattle, WA  98119
206.441.4455/206.441.8484 (fax)
*Attorneys for Defendant Ferguson-Florissant School District*

## CERTIFICATE OF SERVICE

On December 14, 2016, a copy of the foregoing was electronically filed using the e-filing system, thereby serving electronic copies via email to all named parties.

                                         */s/ Angela Bullock Gabel*