# US Court of Appeals - Eighth Circuit
## NOA Supplement

**Caption:** Missouri State Conference of the National Association for the Advancement of Colored People et al v. Ferguson-Florrisant School District et al

**USCA#:** _____

**Case Number:** 4:14cv2077 RWS

| Plaintiff: | Defendant: |
|---|---|
| **Missouri State Conference of the National Association for the Advancement of Colored People et al** | **Ferguson-Florissant School District et al** |
| Attorney: | Attorney: |
| SEE DOCKET SHEET | SEE DOCKET SHEET |

**Court Reporter:**
Shannon White
Reagan Fiorino
Patti Dunn-Wecke
Sue Moran

**Please return files and documents to:** Clerk, Eastern District of Missouri

**Person to contact about the appeal::** Beth Kirkland 244-7925

| Length of trial: | Fee: | IFP: | Pending IFP Motion: |
|---|---|---|---|
| 6 DAYS | PAID | N/A | N/A |

| Counsel: | Pending Motions: | Local Interest: | Simultaneous Release: |
|---|---|---|---|
| ANGELA BULLOCK GABEL | [227] MTN TO ALTER, [228] BILL OF COSTS | N/A | N/A |

**Criminal Cases/Prisoner Pro Se Cases Only:**
Is defendant incarcerated?   Yes   No   Where: _____

Please list all other defendants in this case if there were multiple defendants: