# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MISSOURI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, ET AL., | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 4:14-cv-02077-RWS ) |
| FERGUSON-FLORISSANT SCHOOL DISTRICT and ST. LOUIS COUNTY BOARD OF ELECTIONS COMMISSIONERS, | ) ) ) ) ) |
| Defendants. | ) |

**Motion for Attorneys' Fees and Non-Taxable Costs**

Come now Plaintiffs, pursuant to 42 U.S.C. § 1988 and 52 U.S.C. § 10310(e), and for the reasons set forth in the accompanying memorandum in support of this motion and supporting documentation request this Court award Plaintiffs' attorneys' fees and non-taxable expenses. As explained and documented in Plaintiffs' memorandum, the lodestar for attorneys' fees to date in this case is $1,476,952.75; however, use of a modified lodestar of $1,137,920.05 is appropriate here. Plaintiffs' non-taxable expenses should be awarded in the voluntarily reduced amount of $232,320.43.

Respectfully submitted,

/s/ Anthony E. Rothert
ANTHONY E. ROTHERT, #44827MO
ACLU of Missouri Foundation
454 Whittier Street
St. Louis, Missouri 63108
Phone: (314) 652-3114

# CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2016, I filed the foregoing document using the e-filing system, thereby serving electronic copies via email to all named parties below:

Darold E. Crotzer, Jr.
Kathryn B. Forster
Crotzer and Ormsby, LLC
130 S. Bemiston Avenue, Suite 602
Clayton, MO 63105
Phone: (314) 726-3040
dcrotzer@crotzerormsby.com
kforster@crotzerormsby.com

Cindy Reeds Ormsby
Angela Bullock Gabel
Crotzer and Ormsby, LLC
130 S. Bemiston Avenue, Suite 602
Clayton, MO 63105
Phone: (314) 726-3040
cormsby@crotzerormsby.com
agabel@crotzerormsby.com

John A. Safarli
Floyd, Pflueger & Ringer, P.S.
200 W. Thomas Street, Suite 500
Seattle, WA 98119
Phone: (206) 441-4455
jsafarli@floyd-ringer.com

/s/ Anthony E. Rothert