# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

December 21, 2016

Ms. Angela Gabel
Ms. Cindy Reeds Ormsby
CROTZER & ORMSBY
Suite 602
130 S. Bemiston
Saint Louis, MO  63105

Mr. John A. Safarli
FLOYD & PFLUEGER
Suite 500
200 W. Thomas Street
Seattle, WA  98119

RE:  16-4511  NAACP, et al v. Ferguson-Florissant

Dear Counsel:

The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may

lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

    Michael E. Gans
    Clerk of Court

JMH

Enclosures

cc:   Ms. Julie A. Ebenstein
      Ms. Reagan A. Fiorino
      Mr. Michael Keith Hill
      Mr. Dale E. Ho
      Ms. Sophia Lin Lakin
      Mr. Gregory J. Linhares
      M. Laughlin McDonald
      Mr. Andrew McNulty
      Ms. Sue Moran
      Mr. Anthony E. Rothert
      Mr. Jessie Steffan
      Ms. Patti Dunn Wecke
      Ms. Shannon White
      Ms. Gillian R. Wilcox

    District Court Case Number: 4:14-cv-02077-RWS

**Caption For Case Number: 16-4511**

Missouri State Conference of the National Association for the Advancement of Colored People; Redditt Hudson; F. Willis Johnson; Doris Bailey

    Plaintiffs - Appellees

v.

Ferguson-Florissant School District

    Defendant - Appellant

St. Louis County Board of Election Commissioners

    Defendant

**Addresses For Case Participants:   16-4511**

Ms. Angela Gabel
Ms. Cindy Reeds Ormsby
CROTZER & ORMSBY
Suite 602
130 S. Bemiston
Saint Louis, MO  63105

Mr. John A. Safarli
FLOYD & PFLUEGER
Suite 500
200 W. Thomas Street
Seattle, WA  98119

Ms. Julie A. Ebenstein
AMERICAN CIVIL LIBERTIES UNION
ACLU of New York
18th Floor
125 Broad Street
New York, NY  10004-2400

Ms. Reagan A. Fiorino
Suite 8.139
Thomas F. Eagleton U.S. Courthouse
111 S. Tenth Street
Saint Louis, MO  63102

Mr. Michael Keith Hill
AMERICAN CIVIL LIBERTIES UNION OF MISSOURI FOUNDATION
454 Whittier Street
Saint Louis, MO  63108

Mr. Dale E. Ho
Ms. Sophia Lin Lakin
AMERICAN CIVIL LIBERTIES UNION
ACLU of New York
18th Floor
125 Broad Street
New York, NY  10004-2400

16-4511   pg 2

M. Laughlin McDonald
AMERICAN CIVIL LIBERTIES UNION
ACLU of Northern California
39 Drumm Street
San Francisco, CA  94111

Mr. Andrew McNulty
Mr. Anthony E. Rothert
Mr. Jessie Steffan
AMERICAN CIVIL LIBERTIES UNION OF MISSOURI FOUNDATION
454 Whittier Street
Saint Louis, MO  63108

Ms. Gillian R. Wilcox
ACLU OF MISSOURI FOUNDATION
Suite 420
406 W. 34th Street
Kansas City, MO  64111

Ms. Sue Moran
Room 3.357
Thomas F. Eagleton U.S. Courthouse
111 S. Tenth Street
Saint Louis, MO  63102

Ms. Patti Dunn Wecke
Ms. Shannon White
Court Reporter
Thomas F. Eagleton U.S. Courthouse
111 S. Tenth Street
Saint Louis, MO  63102

Mr. Gregory J. Linhares
U.S. DISTRICT COURT
Eastern District of Missouri
111 S. Tenth Street
Saint Louis, MO  63102