UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MISSOURI STATE CONFERENCE )
OF THE NATIONAL ASSOCIATION )
FOR THE ADVANCEMENT OF )
COLORED PEOPLE, et al., )
)
      Plaintiffs, )
)
vs. ) Case No. 4:14 CV 2077 RWS
)
FERGUSON-FLORISSANT )
SCHOOL DISTRICT, et al., )
)
      Defendants. )

## AMENDED JUDGMENT AND INJUNCTION

In accordance with and for the reasons stated in the orders entered in this matter on August 22, 2016; November 21, 2016; and December 21, 2016,

**IT IS HEREBY ORDERED**, **ADJUDGED, AND DECREED** that judgment is entered for Plaintiffs on the issue of vote dilution in violation of Section 2 of the Voting Rights Act of 1965. Defendants Ferguson-Florissant School District and the St. Louis Board of Election Commissioners are enjoined from conducting elections for the Ferguson-Florissant School Board via the traditional at-large electoral method at issue in this litigation. Defendants shall implement a cumulative voting at-large electoral system for Ferguson-Florissant School Board elections with a voter education program. Costs for the education program are to be apportioned as agreed by the parties, except that costs for

production of sample ballots and mailing of agreed-upon materials to voters are apportioned equally between Defendants. The parties shall comply with all provisions stated in the Remedial Order entered November 21, 2016.

／s/ Rodney W. Sippel
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 21st day of December, 2016.