# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

December 21, 2016

Ms. Angela Gabel
Ms. Cindy Reeds Ormsby
CROTZER & ORMSBY
Suite 602
130 S. Bemiston
Saint Louis, MO  63105

Mr. John A. Safarli
FLOYD & PFLUEGER
Suite 500
200 W. Thomas Street
Seattle, WA  98119

RE:  16-4511  NAACP, et al v. Ferguson-Florissant

Dear Counsel:

The court requests a status report from counsel as to what effect, if any, the District Court's order granting the motion to alter has on this appeal.

The briefing schedule will remain in effect pending counsel's response.

Michael E. Gans
Clerk of Court

JMH

cc:  Mr. Grant R Doty                Ms. Julie A. Ebenstein
     Ms. Reagan A. Fiorino           Mr. Michael Keith Hill
     Mr. Dale E. Ho                  Ms. Sophia Lin Lakin
     Mr. Gregory J. Linhares         M. Laughlin McDonald
     Mr. Andrew McNulty              Ms. Sue Moran
     Mr. Anthony E. Rothert          Honorable Rodney W. Sippel
     Mr. Jessie Steffan              Ms. Patti Dunn Wecke
     Ms. Shannon White               Ms. Gillian R. Wilcox

District Court Case Number:   4:14-cv-02077-RWS