# United States Court of Appeals
*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

February 08, 2017

Ms. Kelli Hopkins
MISSOURI SCHOOL BOARDS' ASSOCIATION
2100 I-70 Drive S.W.
Columbia, MO 65203

RE: 16-4511 NAACP, et al v. Ferguson-Florissant

Dear Counsel:

Enclosed please find an order acknowledging receipt of your motion for leave to file an amicus brief and your proposed amicus brief. The order gives the parties to the appeal 8 days to respond to the motion.

Please note that Federal Rule of Appellate Procedure 29(g) provides that an amicus may only present oral argument by leave of court. If your motion for leave to file an amicus brief did not contain such a request and you wish to participate in oral argument, you will need to file an additional motion in the event you are granted amicus status. Please note that if permission to present oral argument is eventually granted, the court's usual practice is that the time granted to the amicus will be deducted from the time allotted to the party the amicus supports. You may wish to discuss this with the other attorneys in the case before you submit your motion.

Please contact me if you have any questions.

Michael E. Gans
Clerk of Court

CMD

Enclosure(s)

cc: Mr. Grant R Doty
Ms. Julie A. Ebenstein
Ms. Angela Gabel
Mr. Michael Keith Hill
Mr. Dale E. Ho
Ms. Sophia Lin Lakin
Mr. Gregory J. Linhares
M. Laughlin McDonald
Mr. Andrew McNulty
Ms. Cindy Reeds Ormsby

1 of 3

Appellate Case: 16-4511    Page: 1    Date Filed: 02/08/2017 Entry ID: 4499214

Mr. Anthony E. Rothert
Mr. John A. Safarli
Mr. Jessie Steffan
Ms. Gillian R. Wilcox

District Court/Agency Case Number(s):   4:14-cv-02077-RWS

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 16-4511

Missouri State Conference of the National Association for the Advancement of Colored People, et al.

Appellees

v.

Ferguson-Florissant School District

Appellant

St. Louis County Board of Election Commissioners

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:14-cv-02077-RWS)
_____

**ORDER**

Missouri School Boards' Association has filed a motion for permission to file an amicus brief and has tendered a proposed amicus brief on behalf of Appellant Ferguson-Florissant School District. The parties are hereby notified that they have eight (8) days from the date of this order to file objections to the motion. If at the end of that time no objections have been filed, the motion will be granted, and the brief will be filed.

February 08, 2017

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans