# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 16-4511
_____

Missouri State Conference of the National Association for the Advancement of Colored People;
Redditt Hudson; F. Willis Johnson; Doris Bailey

Plaintiffs - Appellees

v.

Ferguson-Florissant School District

Defendant - Appellant

St. Louis County Board of Election Commissioners

Defendant

------------------------------

Missouri School Boards' Association

Amicus on Behalf of Appellant(s)

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:14-cv-02077-RWS)
_____

## JUDGMENT

Before SMITH, Chief Judge, ARNOLD and KELLY, Circuit Judges.

     This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

     After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

July 03, 2018

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
     /s/ Michael E. Gans