# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 16-4511

Missouri State Conference of the National Association for the Advancement of Colored People, et al.

Appellees

v.

Ferguson-Florissant School District

Appellant

St. Louis County Board of Election Commissioners

------------------------------

Missouri School Boards' Association

Amicus on Behalf of Appellant(s)

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:14-cv-02077-RWS)
_____

**ORDER**

The petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied.

August 06, 2018

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
　　　　/s/ Michael E. Gans