# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 16-4511

Missouri State Conference of the National Association for the Advancement of Colored People, et al.

Appellees

v.

Ferguson-Florissant School District

Appellant

St. Louis County Board of Election Commissioners

Interested Party

St. Louis County Board of Election Commissioners

------------------------------

Missouri School Boards' Association

Amicus on Behalf of Appellant(s)

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:14-cv-02077-RWS)
_____

**ORDER**

Appellees' motion for attorney fees is remanded to the district court for appropriate hearing and determination. See, 8th Cir. R. 47C(b). The motion of St. Louis County Board of Election Commissioners for leave to file a response in opposition to the motion for attorney fees is denied as moot.

August 14, 2018

Order Entered at the Direction of the Court:

Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans