# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 16-4511

Missouri State Conference of the National Association for the Advancement of Colored People, et al.

Appellees

v.

Ferguson-Florissant School District

Appellant

St. Louis County Board of Election Commissioners

Interested Party

St. Louis County Board of Election Commissioners

------------------------------

Missouri School Boards' Association

Amicus on Behalf of Appellant(s)

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:14-cv-02077-RWS)
_____

**MANDATE**

In accordance with the opinion and judgment of 07/03/2018, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

August 14, 2018

Clerk, U.S. Court of Appeals, Eighth Circuit