# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

November 6, 2018

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO  63102-1125

      Re:   Ferguson Florissant School District
             v. Missouri State Conference of the National Association for the
             Advancement of Colored People, et al.
             No. 18-592
             (Your No. 16-4511)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on November 2, 2018 and placed on the docket November 6, 2018 as No. 18-592.

                                Sincerely,

                                **Scott S. Harris**, Clerk

                                by

                                Clayton Higgins
                                Case Analyst

United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

November 08, 2018

Mr. Gregory J. Linhares
U.S. DISTRICT COURT
Eastern District of Missouri
111 S. Tenth Street
Saint Louis, MO  63102-0000

      RE:  16-4511  NAACP, et al v. Ferguson-Florissant

Dear Clerk:

      Enclosed is a copy of a letter from the Supreme Court stating certiorari has been filed in the referenced case.

                        Michael E. Gans
                        Clerk of Court

AMT

Enclosure(s)

      District Court/Agency Case Number(s):   4:14-cv-02077-RWS