# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

January 7, 2019

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO  63102-1125

    Re:  Ferguson Florissant School District
          v. Missouri State Conference of the National Association for the
          Advancement of Colored People, et al.
          No. 18-592
          (Your No. 16-4511)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk

# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

## MEMORANDUM

**TO:** Mr. Gregory J. Linhares

**FROM:** Michael E. Gans, Clerk of Court

**DATE:** January 10, 2019

**RE:** 16-4511  NAACP, et al v. Ferguson-Florissant

District Court/Agency Case Number(s):   4:14-cv-02077-RWS

___

    Enclosed is a letter received from the United States Supreme Court stating that an order has been filed denying certiorari in the above case.


AMT