# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MISSOURI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, ET AL., | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 4:14-cv-02077-RWS ) |
| FERGUSON-FLORISSANT SCHOOL DISTRICT and ST. LOUIS COUNTY BOARD OF ELECTIONS COMMISSIONERS, | ) ) ) ) ) |
| Defendants. | ) |

## Joint Status Report

The parties advise that they have fully resolved all pending matters and that the Court may deny Plaintiffs' motion for attorneys' fees and expenses as moot.

Respectfully submitted,

/s/ Anthony E. Rothert
ANTHONY E. ROTHERT, #44827MO
ACLU of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, Missouri 63101
Phone: (314) 669-3420
For Plaintiffs

/s/ Cindy Reeds Ormsby
CINDY REEDS ORMSBY, #50986MO
CURTIS, HEINZ, GARRETT & O'KEEFE
130 S. Bemiston Avenue, Suite 200
Clayton, MO 63105
For Ferguson-Florissant School District

/s/ W. Dudley McCarter
W. Dudley McCarter, #24939MO
Behr, McCarter & Potter, P.C.
7777 Bonhomme Avenue
Suite 1400
St. Louis, Missouri 63105

For St. Louis County Board of Elections