UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MISSOURI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al., | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 4:14 CV 2077 RWS ) |
| FERGUSON-FLORISSANT SCHOOL DISTRICT, et al., | ) ) ) ) |
| Defendants. | ) |

## **ORDER**

In accordance with the joint status report filed July 28, 2020 [295],

**IT IS HEREBY ORDERED** that Plaintiffs' motion for attorneys' fees [236] is **DENIED** as moot.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 29th day of July, 2020.